The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, <br><br> Defendants. | Civil Action No.  2:21-CV-01551-TSZ <br><br> **DECLARATION OF BENJAMIN T.G. NIVISON IN SUPPORT OF LEE MCCORMICK'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, <br><br> Defendants. | Civil Action No. 2:21-cv-01567-TSZ |
| AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, <br><br> Defendants. | Civil Action No. 2:22-cv-00014-TSZ |

DECLARATION OF BENJAMIN NIVISON ISO
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF COUNSEL
(2:21-CV-01551-TSZ) - 1

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003 / Fax (425) 646-8004

I, Benjamin T.G. Nivison, declare as follows:

1.      I am an attorney with the law firm of Rossi Vucinovich, P.C., liaison counsel for lead plaintiff movant Lee McCormick ("McCormick"), and proposed liaison counsel for the class in the above-captioned action. I make this declaration in support of McCormick's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Notice published in *Business Wire* on November 16, 2021, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:     Signed PSLRA Certification of McCormick;

Exhibit C:     Analysis of McCormick's financial interest as a result of his transactions in Zillow Group Inc. securities; and

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January 2022, at Seattle, Washinton.


*/s/ Benjamin T.G. Nivison*
Benjamin T.G. Nivison

DECLARATION OF BENJAMIN NIVISON ISO
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF COUNSEL
(2:21-CV-01551-TSZ) - 1

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003 / Fax (425) 646-8004

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 18, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 18, 2022, at Seattle, Washington.

*/s/ Benjamin T.G. Nivison*
Benjamin T.G. Nivison

DECLARATION OF BENJAMIN NIVISON ISO
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF COUNSEL
(2:21-CV-01551-TSZ) - 1

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003 / Fax (425) 646-8004