# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Zillow Group, Inc.
**Ticker:** Z
**Class Period:** August 7, 2020 to November 2, 2021
**Name:** Lee McCormick

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/12/2021 | 2,080.0000 | $146.7865 | -$305,315.9200 | | $0.0000 | -$305,315.92 |
| 1/12/2021 | 1.7580 | $146.8600 | -$258.1799 | | $0.0000 | -$258.18 |
| 2/12/2021 | 1,931.0000 | $198.8250 | -$383,931.0750 | | $0.0000 | -$383,931.08 |
| 2/12/2021 | 0.9550 | $198.8250 | -$189.8779 | | $0.0000 | -$189.88 |

| **Shares Retained:** | **4,013.7130** | | | | **Subtotal:** | **-$689,695.05** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $241,975.74 |
| | | | $60.2873 | 4,014 | **Total:** | **-$447,719.31** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 3, 2021 and January 14, 2022.