The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, <br><br> Defendants. | Case No. 2:21-cv-01551-TSZ <br><br> **DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF ALEX AMBROSE'S MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD AND LIAISON COUNSEL** <br><br> NOTE ON MOTION CALENDAR: February 4, 2022 |
| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, <br><br> Defendants. | Case No. 2:21-cv-01567-TSZ |

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

      Defendants.

Case No. 2:22-cv-00014-TSZ

I, Roger M. Townsend, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Washington and am admitted to practice in this District.

2. I submit this Declaration, together with the attached exhibits, in support of Mr. Alex Ambrose's Motion to Consolidate Actions, Appoint Him Lead Plaintiff, and Approve His Selection of Lead and Liaison Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of Mr. Alex Ambrose reflecting all of his transactions in Zillow Group, Inc. ("Zillow") securities during the Class Period.

4. Attached hereto as **Exhibit B** is a table reflecting Alex Ambrose's financial interest from his transactions in Zillow securities during the Class Period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Alex Ambrose in Support of His Motion to Consolidate Actions, Appoint Him Lead Plaintiff, and Approve His Selection of Lead Counsel and Liaison Counsel, dated January 14, 2022.

6. Attached hereto as **Exhibit D** are true and correct copies of the press releases published: (i) on November 16, 2021 on *Business Wire*, a well-known national business-oriented publication, announcing the pendency of the first-filed lawsuit commenced against Defendants in *Barua v. Zillow Group, Inc., et al.,* No. 2:21-cv-1551-TSZ (W.D. Wash.); and (ii) on January 6, 2022 on *GlobeNewswire*, a well-known national business-oriented publication, announcing the pendency of the third-filed lawsuit commenced against Defendants in *Hillier v. Zillow Group, Inc., et al.*, No. 2:22-cv-00014-TSZ (W.D. Wash.).

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Breskin Johnson & Townsend, PLLC.

8. Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 18, 2022, in Seattle, Washington.

_s/ Roger M. Townsend_
ROGER M. TOWNSEND