The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIBAKAR BARUA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:21-cv-01551-TSZ

**DECLARATION OF KIM D. STEPHENS IN SUPPORT OF JOSEPH SWITZER 'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

NOTE ON MOTION CALENDAR:
Friday, February 4, 2022

ORAL ARGUMENT REQUESTED
CLASS ACTION

No. 2:21-cv-01567-TSZ

STEVEN SILVERBERG, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

*Caption continued on following page*

DECLARATION OF KIM D. STEPHENS - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

AARON WINSTON HILLIER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:22-cv-00014-TSZ

I, Kim D. Stephens, certify as follows:

1.      I am an attorney at the law firm of Tousley Brain Stephens PLLC ("TBS"), Liaison Counsel for Joseph Switzer ("Movant"). I am an attorney licensed to practice law in the State of Washington. I make this declaration in support of Movant's motion: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff in the Actions; (3) approving Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel and TBS as Liaison Counsel for the Class; and (4) for any such other relief as the Court may deem just and proper.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses of Movant.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action on November 16, 2021.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky.

DECLARATION OF KIM D. STEPHENS - 2

7.      Attached hereto as **Exhibit F** is a true and correct copy of the firm resumé of TBS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2022.

/s/ Kim D. Stephens
Kim D. Stephens

DECLARATION OF KIM D. STEPHENS - 3

**CERTIFICATE OF SERVICE**

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will serve all parties by emailing notice of filing to their counsel of record.

/s/ *Kim D. Stephens*
By: Kim D. Stephens

DECLARATION OF KIM D. STEPHENS - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992