# EXHIBIT B

| | |
|---|---|
| **Client Name** | Joseph Switzer |
| **Company Name** | Zillow Group, Inc. |
| **Ticker Symbol** | Z |
| **Security Type** | |
| **Class Period Start** | 08-07-2020 |
| **Class Period End** | 11-02-2021 |
| **90-DAY Lookback Period Start** | 11-03-2021 |
| **90-DAY Lookback Period End** | 01-18-2022 |
| **90-DAY Lookback Average** | $ 60.17 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 280,270.38 |
| *DURA LIFO* Total* | $ 280,270.38 |
| **Gross Shares Purchased** | 4,500 |
| **Net Shares Retained** | 4,500 |
| **Net Funds Expended** | $551,025.00 |

### Joseph Switzer

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 03-29-2021 | 4500 | 122.45 | $ 551,025.00 | | | | | | - | 4500 | 4500 | $ 60.17 | $ 270,754.62 | $ 280,270.38 | $ 280,270.38 |
| **Total:** | **4,500** | | **$551,025.00** | | | | | | | **4,500** | **4,500** | | **$ 270,754.62** | **$ 280,270.38** | **$ 280,270.38** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.