# EXHIBIT D

Kim D. Stephens P.S., WSBA # 11984
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-4416
Telephone: (206) 682-5600
Email: kstephens@tousley.com

*Attorneys for [Proposed] Lead Plaintiff*
*Joseph Switzer*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>**DECLARATION OF JOSEPH SWITZER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, February 4, 2022<br><br>ORAL ARGUMENT REQUESTED<br>CLASS ACTION<br><br>No. 2:21-cv-01567-TSZ |
| STEVEN SILVERBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | |

*Caption continued on following page*

MOT. FOR CONSOL. & APPOINTMENT
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ;
2:22-cv-00014-TSZ - 1

AARON WINSTON HILLIER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:22-cv-00014-TSZ

MOT. FOR CONSOL. & APPOINTMENT
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ;
2:22-cv-00014-TSZ - 2

## DECLARATION OF JOSEPH SWITZER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Joseph Switzer, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Zillow Group, Inc. ("Zillow" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Highland, Illinois. I possess a high school diploma. I am currently employed as a Sales Executive with Truck Centers Inc. I have been investing in securities for forty-three years. Further, I have experience hiring and overseeing attorneys for estate planning matters.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP and

SWITZER DECL. ISO MOT. FOR APPT.
& COUNSEL
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ;
2:22-cv-00014-TSZ - 1

DocuSign Envelope ID: 602B0C6A-8F62-46F5-9688-9814ACFA993F

authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed: _Joseph Switzer_
DocuSigned by:
D1C27A0EFDC1417...

Name: Joseph Switzer

Date: 1/17/2022

SWITZER DECL. ISO MOT. FOR APPT.
& COUNSEL
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ;
2:22-cv-00014-TSZ - 2