Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*[Proposed] Lead Counsel for [Proposed]*
*Lead Plaintiff Jeremy Jaeger*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF JEREMY JAEGER'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| STEVEN SILVERBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01567-TSZ<br><br>CLASS ACTION |

BERMAN DECL. ISO MOT. FOR CONSOL. & APPOINTMENT
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ; 2:22-CV-00014-TSZ



AARON WINSTON HILLIER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLYOD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:22-cv-00014-TSZ

CLASS ACTION

BERMAN DECL. ISO MOT. FOR CONSOL. & APPOINTMENT
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ; 2:22-CV-00014-TSZ



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

I Steve W. Berman, certify as follows:

1.    I am the managing partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Lead Counsel for Jeremy Jaeger ("Movant"). I am an attorney licensed to practice law in the State of Washington. I make this declaration in support of Movant's motion: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff in the Actions; (3) approving Movant's selection of Hagens Berman as Lead Counsel, for the Class; and (4) for any such other relief as the Court may deem just and proper. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's Declaration;

Exhibit D:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on November 16, 2021; and

Exhibit E:    Hagens Berman firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2022.

_/s/ Steve W. Berman_
STEVE W. BERMAN

BERMAN DECL. ISO MOT. FOR CONSOL. &
APPOINTMENT                                                              - 1
Nos. 2:21-cv-01551-TSZ; 2:21-cv-01567-TSZ;
2:22-CV-00014-TSZ



1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594