# Exhibit B

**Loss Analysis for Jeremy Jaeger - Zillow Group, Inc. (Z)**
**\*\* Class Period 02/10/21 - 11/02/21**

### PURCHASES

| | Date | Shares | Share Price | Amount Paid |
|---|---|---|---|---|
| **Pre-Class Held** | | | | |
| **Class Period Purchases** | 03/29/21 | 10 | $120.8000 | $1,208.00 |
| | 03/29/21 | 2,500 | $120.5000 | $301,250.00 |
| | 03/29/21 | 2,500 | $120.0400 | $300,100.00 |
| | 03/29/21 | 2,000 | $119.2000 | $238,400.00 |
| | 03/29/21 | 2,000 | $119.2500 | $238,500.00 |
| | 03/29/21 | 2,500 | $119.2000 | $298,000.00 |
| | 03/29/21 | 2,500 | $119.0100 | $297,525.00 |
| | 03/29/21 | 2,500 | $118.5000 | $296,250.00 |
| | 03/29/21 | 3,000 | $118.3000 | $354,900.00 |
| | 04/14/21 | 3,000 | $137.3500 | $412,050.00 |
| | 04/16/21 | 1,300 | $135.5000 | $176,150.00 |
| | 04/16/21 | 200 | $135.4800 | $27,096.00 |
| | 04/16/21 | 400 | $135.4700 | $54,188.00 |
| | 04/16/21 | 100 | $135.4600 | $13,546.00 |
| | 05/04/21 | 10,000 | $121.0000 | $1,210,000.00 |
| | 05/04/21 | 4,500 | $119.7500 | $538,875.00 |
| | 05/04/21 | 500 | $119.6950 | $59,847.50 |
| | 05/04/21 | 10,000 | $120.0000 | $1,200,000.00 |
| | 05/04/21 | 4,989 | $118.7500 | $592,443.75 |
| | 05/04/21 | 11 | $118.7200 | $1,305.92 |
| | 05/04/21 | 5,000 | $118.3000 | $591,500.00 |
| | 05/04/21 | 10,000 | $118.5000 | $1,185,000.00 |
| | 05/04/21 | 5,000 | $118.0000 | $590,000.00 |
| | 05/04/21 | 5,000 | $117.5000 | $587,500.00 |
| | 05/04/21 | 5,000 | $117.2500 | $586,250.00 |
| | 05/04/21 | 2,400 | $117.0000 | $280,800.00 |
| | 05/04/21 | 100 | $116.9900 | $11,699.00 |
| | 05/05/21 | 8,592 | $116.5000 | $1,000,968.00 |
| | 05/05/21 | 408 | $116.4900 | $47,527.92 |
| | 05/05/21 | 1,000 | $116.4600 | $116,460.00 |
| | 05/05/21 | 5,000 | $115.0000 | $575,000.00 |
| | 05/06/21 | 1 | $112.7500 | $112.75 |
| | 05/06/21 | 5,000 | $108.7500 | $543,750.00 |
| | 05/06/21 | 5,000 | $108.5000 | $542,500.00 |
| | 05/12/21 | 3,000 | $109.2500 | $327,750.00 |
| | 05/12/21 | 3,000 | $107.7500 | $323,250.00 |
| | 05/12/21 | 7,500 | $107.5000 | $806,250.00 |
| | 05/13/21 | 7,500 | $105.2500 | $789,375.00 |
| | 08/06/21 | 3,128 | $101.3000 | $316,866.40 |
| | 08/06/21 | 1,872 | $101.2700 | $189,577.44 |
| | 08/12/21 | 2,500 | $98.8500 | $247,125.00 |
| | 08/13/21 | 2,645 | $97.0000 | $256,565.00 |
| | 08/13/21 | 5,000 | $96.8000 | $484,000.00 |
| | 08/16/21 | 1,700 | $94.0000 | $159,800.00 |
| | 08/16/21 | 2,745 | $93.9800 | $257,975.10 |
| | 09/14/21 | 2,500 | $92.0000 | $230,000.00 |
| | 09/24/21 | 2,940 | $90.9800 | $267,481.20 |
| | 09/27/21 | 1,500 | $90.0000 | $135,000.00 |
| | 09/27/21 | 2,000 | $89.5500 | $179,100.00 |
| | 09/27/21 | 200 | $89.5400 | $17,908.00 |
| | 09/27/21 | 300 | $89.5300 | $26,859.00 |
| | 10/04/21 | 3,500 | $85.2000 | $298,200.00 |
| | 11/02/21 | 4,000 | $87.9500 | $351,800.00 |
| | 11/02/21 | 2,800 | $87.5000 | $245,000.00 |
| | 11/02/21 | 2,200 | $86.5000 | $190,300.00 |
| **Post Class Purchases** | | | | |

### SALES

| | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|
| | 04/29/21 | 24,510 | $134.8000 | $3,303,948.00 |
| **Post Class Sales** | *11/11/2021 | 4,000 | $66.2200 | $264,880.00 |
| | *11/11/2021 | 6,000 | $66.2200 | $397,320.00 |
| | *11/16/2021 | 5,000 | $65.3900 | $326,950.00 |
| | *11/17/2021 | 10,000 | $65.1300 | $651,300.00 |
| | *11/17/2021 | 27 | $65.1300 | $1,758.51 |
| | *11/17/2021 | 24,973 | $65.1300 | $1,626,491.49 |
| | *11/17/2021 | 25,000 | $65.1300 | $1,628,250.00 |
| | *11/17/2021 | 25,000 | $65.1300 | $1,628,250.00 |
| | *11/18/2021 | 50,031 | $64.6900 | $3,236,505.39 |

*\* On 11/11/21 movant actually sold 4,000 shares at $63.55 and 6,000 shares at $63.59.  On 11/16/21 movant actually sold 5,000 shares at $62.50.  On 11/17/21 movant actually sold 10,000 shares at $61.16, 27 shares at $60.15, 24,973 shares at $60.14, 25,000 shares at $60.10, and 25,000 shares at $60.30. On 11/18/21 movant actually sold 50,031 shares at $58.90.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of Z between 11/03/21 and 11/10/21, $66.22, between 11/03/21 and 11/15/21, $65.39, between 11/03/21 and 11/16/21, $65.13, and between 11/03/21 and 11/17/21, $64.69, respectively.*

*\*\* Trades remain the same if the longer class period of 08/07/20 - 11/02/21 is applied.*

| | | | | | |
|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 174,541 | **Total Amt. Paid in CP** | $19,370,884.98 | **Total Shares Sold in CP** | 24,510 |

| | |
|---|---|
| **Total Amt. Sold in CP** | $3,303,948.00 |
| **Post CP Shares Sold** | 150,031 |
| **Post CP Amount Sold** | $9,761,705.39 |
| **Total Shares Sold to Current** | 174,541 |
| **Total Amt. Sold to Current** | $13,065,653.39 ALTERNATIVE |

**Actual Net Shares Acquired in CP** 150,031 **(CP Retained Shares)**

**Net Amount Paid  in CP** $16,066,936.98
**Net Amount Paid in CP Minus Sold to Current Date** $6,305,231.59 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 150,031 Automatically 0 if Negative
**Net  Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $60.17

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $9,027,019.04
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $16,066,936.98 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $7,039,917.94
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $6,305,231.59 ALTERNATIVE