THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No.: 2:21-cv-01551-TSZ

**DECLARATION OF ADRIENNE MCENTEE IN SUPPORT OF SLAV DANEV'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD AND LIAISON COUNSEL**

NOTE ON MOTION CALENDAR: February 4, 2022

STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No.: 2:21-cv-01567-TSZ

[additional caption on following page]

Declaration of Adrienne McEntee in Support of Slav Danev's Motion for Consolidation and Appointment of Lead Plaintiff, Lead and Liaison Counsel

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103, (206) 816-6603

AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

Defendants.

No.:  2:22-cv-00014-TSZ

Declaration of Adrienne McEntee in Support of Slav Danev's Motion for Consolidation and Appointment of Lead Plaintiff, Lead and Liaison Counsel

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103, (206) 816-6603

I, Adrienne McEntee, declare as follows:

1.    I am a member in good standing of the bar of the State of Washington and am admitted in this Court. I am a member of Terrell Marshall Law Group PLLC. I submit this declaration in support of the motion filed by Slav Danev ("Danev"), for (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of Danev's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Terrell Marshall Law Group PLLC to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:    First Notice of Pendency of a Class Action

Exhibit B:    Slav Danev's PSLRA Certification

Exhibit C:    Declaration of Slav Danev

Exhibit D:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:    Women's Business Enterprise National Council Certificate

Exhibit F:    Firm Resume of Terrell Marshall Law Group PLLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of January 2022 at Seattle, WA

**TERRELL MARSHALL LAW GROUP PLLC**

By:    */s/ Adrienne McEntee*
       Adrienne McEntee, WSBA #34061

Declaration of Adrienne McEntee in Support of
Slav Danev's Motion for Consolidation and
Appointment of Lead Plaintiff, Lead and Liaison
Counsel - 1

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103, (206) 816-6603