# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated, | No.: 2:21-cv-01551-TSZ |
| Plaintiff, | |
| v. | |
| ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, | |
| Defendants. | |
| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | No.: 2:21-cv-01567-TSZ |
| v. | |
| ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN, | |
| Defendants. | |

[additional caption on following page]

|  |  |
|---|---|
| AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,<br><br>   Defendants. | No.:  2:22-cv-00014-JCC |

## DECLARATION OF SLAV DANEV

I, Slav Danev, ("Movant"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant class actions on behalf of investors in Zillow Group, Inc. ("Zillow" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I was born on June 27, 1978.

3.      I am a Canadian citizen, and a United States Resident. I reside in Santa Barbara, California.

4.      I have a master's degree in Computer Science.

5.      I am President of Madeia, Inc., a medical device company. I have served as President for the past twenty-one years.

6.      I have been investing in the stock market for approximately a year and a half, managing my own investments.

2

7.      I believe the securities class action against Zillow is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class.  I traded in Zillow securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action.  I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the class.

8.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, we believe the Faruqi Firm is well qualified to represent the class.  As part of my due diligence process, prior to my selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with attorney Dylan Weeks.

9.      I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.  I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

10.     I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member.  As my certificate states, I will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses –

3

such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Slav Danev declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2022

_____
Slav Danev