# EXHIBIT F

# TERRELL | MARSHALL

## LAW GROUP PLLC

Terrell Marshall is a law firm in Seattle, Washington, that focuses on complex civil and commercial litigation with an emphasis on consumer protection, product defect, civil rights, and wage and hour cases. Terrell Marshall has been appointed lead or co-lead counsel representing multi-state and nationwide classes in state and federal court in Washington and throughout the United States. Since its founding in 2008, the attorneys at Terrell Marshall have represented scores of classes, tried class actions in state and federal court, and obtained hundreds of millions of dollars in monetary relief to workers, consumers, and other individuals.

## Beth E. Terrell

Beth E. Terrell is a founding member of Terrell Marshall. She concentrates her practice in complex litigation, including the prosecution of consumer protection, defective product, and wage and hour class actions. Ms. Terrell has served as co-lead counsel on numerous multi-state and nationwide class actions.

Ms. Terrell has served as co-lead counsel in multi-district litigation such as *In re Capital One Telephone Consumer Protection Act Litigation*, Master Docket No. 1:12-cv-10064, MDL No. 2416 (N.D. Ill.), which settled for $75 million and *In re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation*, No. 1:13-md-02493-IMK-JSK (D. W. Va.), which settled for $28 million. She has litigated, certified, and settled many other consumer finance class actions, including TCPA, FDCPA, and FCRA cases.

Ms. Terrell has litigated, certified, and settled many wage and hour class actions, including *Barnett v. Wal-Mart Stores, Inc.*, where Terrell Marshall represented a certified class of 90,000 current and former employees. The case settled for $35 million in 2009.

Ms. Terrell has tried and won cases in state and federal courts, and has also successfully briefed and argued cases before the Washington Supreme Court, the Washington State Court of Appeals, and the Ninth Circuit Court of Appeals.

Ms. Terrell serves on a number of non-profit boards and is active in the legal community both in Washington state and nationally, including President-elect of the Public Justice Foundation; Chair of the Washington Employment Lawyers Association; Chair of the Washington State Association for Justice's Consumer Protection section; Chair of the Northwest Consumer Law Center; and Member of the National Consumer Law Center's Partner's Council. Ms. Terrell also chairs and speaks at legal seminars and continuing legal education programs nationally on topics ranging from consumer class actions, ESI, and ethics. Ms. Terrell has been consistently recognized as a Washington "Super Lawyer," and named in the Top 100 Super Lawyers and Top 50 Women Super Lawyers.

Ms. Terrell received her B.A., *magna cum laude*, from Gonzaga University in 1990. In 1995, she received her J.D. from the University of California, Davis School of Law, Order of the Coif.

## Toby J. Marshall

Toby J. Marshall is a founding member of Terrell Marshall and the firm's current managing member. He concentrates his practice in complex civil litigation, including the prosecution of consumer, wage and hour, and civil rights class actions. He has been actively involved in every aspect of dozens of class actions brought on behalf of consumers, employees, and others and has recovered millions of dollars and obtained substantial injunctive relief for the represented groups.

Mr. Marshall has tried and won cases in state and federal courts and has also successfully briefed and argued cases before the Washington Supreme Court, the Washington State Court of Appeals, and the Ninth Circuit Court of Appeals. In *Wilbur v. Mount Vernon* (W.D. Wash.), he was appointed co-lead class counsel for a certified class of indigent defendants in Mount Vernon and Burlington, Washington. After three years of litigation and a nine-day bench trial, he and his co-counsel prevailed and obtained substantial injunctive relief on behalf of the class. In *McGinnity v. AutoNation, Inc.* (Arbitration; Spokane County Superior Court,

2

Washington), he was appointed co-lead class counsel for a certified class of more than 500 AutoNation employees. After two years of litigation, he and his co-counsel prevailed at a four-day arbitration hearing and obtained an award, later reduced to judgment, in excess of $2.6 million. That judgment was affirmed by the Washington Court of Appeals. In *Ramirez v. Precision Drywall, Inc*. (King County Superior Court, Washington), Terrell Marshall was appointed lead class counsel for a certified class of 325 Washington employees. After a five-week jury trial, the class obtained a judgment of $4.1 million. That judgment was affirmed by the Washington Court of Appeals.

Mr. Marshall has also successfully litigated and settled many other class actions. In *Fuentes v. Benton County* (Yakima County Superior Court, Washington), for example, he served as co-lead class counsel for two certified classes of indigent people in a case in which a county was incarcerating indigent persons for non-payment of court-imposed fines, fees, and court costs. After one year of litigation, he and his co-counsel secured a court-approved settlement that obtained substantial injunctive relief on behalf of thousands of indigent people. In *Barnett v. Wal-Mart Stores, Inc.* (King County Superior Court, Washington), Terrell Marshall was appointed co-lead class counsel for a certified class of more than 88,000 current and former Wal-Mart employees in Washington who alleged wage and hour violations. After more than seven years of litigation, Terrell Marshall obtained a $35 million settlement on behalf of the class.

Mr. Marshall is actively involved in several professional organizations and activities. For example, he serves on the amicus and legislative committees of the Washington Employment Lawyers Association, the legal committee of the ACLU Foundation of Washington, and the board of the Washington Appellate Project. He is also a member of the American Association for Justice, the Washington State Association of Justice, the Public Justice Foundation, and the National Association of Consumer Advocates. Toby served as the Chair of the Washington State Bar Association Labor & Employment Law Section Executive Committee in 2013, and he acted

3

as the Section's Treasurer in 2011 and 2012. Mr. Marshall has been named several times to the annual Washington "Super Lawyers" list by Washington Law & Politics Magazine.

Mr. Marshall received his B.A., *cum laude*, from California State University, Sacramento in 1996. In 2002, he received his J.D. from the University of Washington School of Law, where he served on the Moot Court Honor Board and was selected to the Order of Barristers.

## Jennifer Rust Murray

Jennifer Murray is a founding member of Terrell Marshall. She concentrates her practice in complex litigation, including the prosecution of consumer, defective product, and wage and hour class actions. Ms. Murray graduated *cum laude* from Whitman College in 1990 and from the University of Washington School of Law in 2005, where she was a member of the Washington Law Review. Her law review article entitled "Proving Cause in Fact under Washington's Consumer Protection Act: The Case for a Rebuttable Presumption of Reliance" won the Carkeek prize for best submission by a student author. Before law school, Ms. Murray earned a Ph.D. in Philosophy from Emory University.

Ms. Murray has been an active member of the Washington State Bar Association since her admission to the bar in 2005. In 2010, she was admitted to the Oregon State Bar. In 2011, 2012, 2013, 2014, and 2015, she was named a Washington "Rising Star" by SuperLawyer Magazine.

## Adrienne D. McEntee

Adrienne McEntee is a member of Terrell Marshall. She concentrates her practice on complex litigation, including the prosecution of class actions on behalf of consumers, actions involving vulnerable adults, trusts and estates, and real estate and commercial disputes.

Ms. McEntee has significant trial experience, having successfully tried commercial cases involving claims of breach of fiduciary duty, breach of contract, and breach of easement. Before joining Terrell Marshall, Ms. McEntee was a member of Tousley Brain Stephens PLLC, where she practiced for five years. Before entering private practice, Adrienne worked with the King County

4

Prosecuting Attorney's Office, where she prosecuted a broad range of cases, including fraud and other economic crimes. Adrienne has tried approximately fifty cases and has briefed, argued, and won cases before the Washington State Court of Appeals.

Ms. McEntee graduated from the University of Washington School of Law in 2003, where she was a member of the Pacific Rim Law and Policy Journal and Moot Court Honor Board. Ms. McEntee has been named on the Washington Super Lawyers list since 2018.

## Amanda M. Steiner

Amanda Steiner is a member of Terrell Marshall, where she concentrates her practice on class actions and complex litigation. Ms. Steiner specializes in legal writing at the trial court and appellate levels. She has authored briefs that have resulted in numerous favorable decisions for plaintiffs in high-profile and complex securities, antitrust, consumer, and civil rights class actions throughout the United States. She has handled all aspects of class action practice, including investigations, discovery, expert work, class certification, summary judgment motions, and settlement. She has gained a diverse litigation background over her nearly twenty years of practice that includes cases involving defective products, privacy issues, civil rights, employment disputes, real estate development, construction and environmental issues, and lender-related disputes.

Ms. Steiner graduated from UC Berkeley School of Law in 1997 and is admitted in Washington, California, New York and Hawaii. She was selected for inclusion in the annual Northern California "Super Lawyers" list (2012-2016) and was named to the Top 50 Women Lawyers of Northern California. She is a member of the Legal Writing Institute and the American Bar Association's Appellate Practice Committee, and is a Fellow of the American Bar Foundation.

## Blythe H. Chandler

Blythe Chandler is a member of Terrell Marshall. She concentrates her practice on consumer class actions and appeals. Before joining Terrell Marshall she served as a law clerk to

5

the Honorable Betty B. Fletcher, Senior United States Circuit Judge for the Ninth Circuit Court of Appeals and to the Honorable John C. Coughenour, Senior United States District Judge for the Western District of Washington. As a law student, she served as an extern to the Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington and the Honorable Steven C. González in the King County Superior Court.

## Erika L. Nusser

Erika Nusser is a member of Terrell Marshall. She concentrates her practice on sexual abuse, personal injury, and complex litigation, including individual and class action employment and consumer fraud litigation.

Ms. Nusser litigated and served as co-lead counsel in *Ramirez v. Precision Drywall, Inc.* (King County Superior Court). After a five-week jury trial, she obtained a judgment of $4.1 million for the class. That judgment was affirmed by the Washington Court of Appeals.

In *Smith v. JEM Group, Inc.*, 737 F.3d 636 (9th Cir. 2013), Ms. Nusser served as co-lead counsel on behalf of a proposed consumer class alleging defendants charged fees for debt adjusting services in excess of those permitted by state consumer protection statutes. One defendant appealed the Court's denial of a motion to compel arbitration, which was decided post-*Concepcion*. She successfully briefed and argued the response before a Ninth Circuit panel, which affirmed the denial of the motion to compel arbitration. She has also litigated and tried employment and other cases in both state and federal court and has successfully briefed and argued cases before the Ninth Circuit Court of Appeals and the Washington State Court of Appeals.

Ms. Nusser is the Co-Chair of the Interpersonal Violence Section of the Washington State Association of Justice, and has previously served as the Vice-Chair of the Employment Section from 2010-2012. She is also the co-editor of the Washington State Association of Justice, Consumer Protection Law Deskbook.

6

Ms. Nusser received a double B.A., with distinction, from the University of Washington in 2005. In 2008, she received her J.D. from the University of San Francisco School of Law, graduating in the top 25%. Ms. Nusser has been repeatedly named to the annual Rising Star list by Washington Law & Politics Magazine.

## Ryan Tack-Hooper

Ryan Tack-Hooper has been a member of Terrell Marshall since 2020. He concentrates on class actions to protect employees, consumers, and people whose civil rights have been violated. He has been co-lead counsel in successful litigation across the country in state and federal courts, including cases involving discrimination on the basis of disability, religion, speech, and race. In 2009, Mr. Tack-Hooper received a J.D., cum laude, from New York University School of Law. Before joining Terrell Marshall, Mr. Tack-Hooper was the Legal Director of the American Civil Liberties Union of Delaware, where he practiced civil rights law. He has also served as an adjunct professor of law at the University of Pennsylvania Law School, where he taught legal writing. He was a law clerk to the Honorable Jerome B. Simandle, Chief Judge of the United States District Court for the District of New Jersey.

## Elizabeth A. Adams

Elizabeth Adams has been an associate at Terrell Marshall since 2015. She concentrates her practice on complex civil litigation including consumer protection and civil rights class actions. Ms. Adams is a 2012 graduate of the UCLA School of Law, where she received the Order of the Coif and served as a Comments Editor for the UCLA Law Review. Before joining Terrell Marshall, Ms. Adams served as a law clerk to the Honorable Dean D. Pregerson, the Honorable George Wu, and the Honorable John A. Kronstadt, all of the United States District Court for the Central District of California.

## Eric R. Nusser

Eric Nusser is an associate at Terrell Marshall, where he concentrates his practice on complex litigation, including consumer protection, workers' rights class actions, and civil rights

law. He graduated *cum laude* from Seattle University School of Law where he focused his studies on labor and employment law and civil litigation. While a student, he served as a law clerk for Terrell Marshall, as an extern to the Honorable Lisa R. Worswick at the Washington Court of Appeals, Div. II, and as a summer associate for the Unemployment Law Project. He also served as president of the Seattle University Labor and Employment Law Association, was a three-time recipient of the Presidential Law Scholarship, and contributed more than 200 hours to the Pro Bono Pledge Program.

## Benjamin M. Drachler

Ben Drachler is an associate at Terrell Marshall. He concentrates his practice on complex civil litigation, with a particular focus on consumer, product defect, and wage and hour class actions. Ben graduated from the Seattle University School of Law where he was recognized with the CALI Excellence for the Future Awards in Constitutional Law and Legal Writing and was also the Associate Editor for the Seattle University Law Review. Prior to joining Terrell Marshall, he served as law clerk to the Honorable Robert H. Whaley in the Eastern District of Washington, and to the Honorable Thomas S. Zilly in the Western District of Washington.

## Representative Cases

## Civil Rights Class Actions

a. *Wilbur, et al. v. Mount Vernon, et al.*—Filed in 2011 on behalf of thousands of low-income individuals accused of misdemeanors against the cities of Mount Vernon and Burlington in Skagit County, Washington for systematically failing to provide them with assistance of counsel. Terrell Marshall was part of the team of attorneys who tried the case in the Western District of Washington, obtaining a complete victory for their clients and the class. The relief included appointment of a supervisor to oversee the public-defense systems in those two cities, which is the first time a federal court has ever made such an appointment.

b. *Descanzo, et al. v. Grand America Hotels & Resorts, Inc., et al.*— Filed in 2019 on behalf of low-wage foreign workers against the

largest hotel in Salt Lake City, Utah. The workers allege defendants recruited them to come to the United States under a visa program that required defendants to provide workers with genuine internships but that defendants unlawfully used the program to import low wage foreign labor. The case is currently pending in the District of Utah.

c. *White, et al. v. Shwedo, et al.*—Filed in 2019 on behalf of more than 100,000 people in South Carolina who are barred from driving by the state's system of automatic and indefinite suspension of driver's licenses for nonpayment of traffic fines and fees without proper notice or a hearing. The case is currently pending in the District of South Carolina.

d. *Moore v. Johanknecht*—Filed in 2016 on behalf of Washington tenants who faced eviction under a procedure that deprives them of a hearing and creates a significant risk that the right to housing will be erroneously deprived in violation of the due process clauses of the United States Constitution. Currently on appeal for the second time before the Ninth Circuit Court of Appeals.

e. *Brown, et al. v. Lexington County, et al.*—Filed in 2017 on behalf of thousands of impoverished people who are routinely arrested and incarcerated for their inability to pay fines and fees imposed by the County's magistrate courts in traffic and misdemeanor criminal cases. The case is currently pending in the District of South Carolina.

f. *Fuentes v. Benton County* — Filed in 2015 on behalf of persons who were affected by Benton County's practice of generating revenue by incarcerating or threatening to incarcerate indigent persons who were unable to afford the fines, fees, and costs imposed on them by Benton County District Court. In November 2016, the Yakima County Superior Court granted final approval of a class settlement that achieved sweeping reforms in Benton County, including cessation of the challenged practices and ensuring that individuals receive written notice and court hearings.

## Consumer Protection Class Actions

a. *Gold, et al. v. Lumber Liquidators, Inc.*—Filed in 2014 on behalf of a class of consumers who purchased defective flooring. The Northern District of California granted final approval of the settlement, valued at up to $30 million, on October 22, 2020.

b.  *Van Fleet v. Trion Worlds, Inc.*—Filed in 2015 on behalf of a nationwide class of online video game players deprived of a promised discount on purchases of virtual goods and who participated in an alleged illegal lottery. The San Mateo County Superior Court granted final approval of a $420,000 settlement on June 1, 2020.

c.  *Wornicki v. BrokerPriceOpinion.com*—Filed in 2013 on behalf of a nationwide class of people who provided home valuations, known as broker price opinions, but who were not paid for the opinions as promised. The District of Colorado granted final approval of a settlement of more than $1.5 million on September 20, 2018.

d.  *Jordan v. Nationstar Mortgage, LLC*—Filed in 2012 on behalf of Washington homeowners who were improperly locked out of their homes by their mortgage lender. The Eastern District of Washington granted final approval of a $17 million settlement on May 2, 2019.

e.  *Lohr v. Nissan*— Filed in 2016 on behalf of Washington consumers who purchased or leased certain Nissan vehicles with a factory-installed panoramic sunroof that is allegedly defective. The case is currently pending in the Western District of Washington.

f.  *Carrillo v. Wells Fargo Bank, N.A.*—Filed in 2018 on behalf of borrowers who allege Wells Fargo charged them interest rates on residential loans that were higher than the rates disclosed in the bank's buydown agreements and closing disclosures. The case is currently pending in the Eastern District of New York.

## Debt Adjusting Class Actions

a.  *Smith v. Legal Helpers Debt Resolution LLC, et al.*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. The Western District of Washington granted final approval to separate settlements reached with multiple defendants totaling more than $2.17 million on December 7, 2012 and December 12, 2013.

b.  *Brown v. Consumer Law Assocs. LLC, et al.*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. The Eastern District of Washington granted final approval of the more than $1.15 million settlement on May 23, 2013.

10

c. *Bronzich, et al. v. Persels & Assocs., LLC, et al.*—Filed in 2010 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. The Eastern District of Washington granted final approval of the $2.2 million settlement on January 25, 2013.

# Employment Cases

a. *Hashi, et al. v. Airport Management Services LLC, et al.*—Filed in 2018 on behalf of Muslim employees seeking accommodations for their religious beliefs, including the ability to perform daily prayers, time to break their fasts during Ramadan, and the ability to avoid handling or selling pork products. The King County Superior Court granted final approval of a settlement that provided injunctive relief and $300,000 on September 6, 2019.

b. *Hanford Challenge et al. v. U.S. Dep't of Energy, et al.*—Filed in 2015 on behalf of workers at the Hanford nuclear site endangered or injured by toxic vapors escaping underground tanks storing millions of gallons of nuclear waste. The Eastern District of Washington approved an administrative stay of the case in October 2018 based on a public settlement requiring the government and its contractors to take numerous steps to improve worker safety at the site, including provision of appropriate personal protective equipment.

# Environmental Protection Cases

a. *Kupale O'okala, Inc. v. Big Island Dairy, LLC* — Filed in 2014 on behalf of the Center for Food Safety, Inc. and a nonprofit organization of concerned citizens who reside within the O'okala area on the Big Island of Hawaii and were affected by the dairy's allegedly improper manure management and operational practices. The District Court for the District of Hawaii approved a consent decree governing the dairy's cessation of operations and payment of civil penalties in March 2019.

b. *Cmty. Ass'n for Restoration of the Env't, Inc. v. Cow Palace, LLC, et al.*—Three cases filed in 2013 on behalf Yakima Valley residents impacted by three mega-dairies' improper manure management and operational practices. The case was the first in the country to find agricultural waste from industrial farming is solid waste under the Resource Conservation and Recovery Act. The Eastern District of Washington approved a consent decree requiring the dairies to change operations, including by

11

lining manure lagoons and reducing applications of manure to fields in May 2015. The Court found one dairy failed to comply in April 2020 and is considering appropriate sanctions.

## Fair Credit Reporting Act Class Actions

a. *Gambles et al. v. Sterling Infosystems, Inc.*—Filed in 2015 on behalf of a nationwide class of consumers who were affected by Sterling's inclusion of outdated adverse information on consumer reports. The Southern District of New York granted final approval to a $15 million class settlement on September 23, 2020.

b. *Rosario v. Starbucks*-Filed in 2016 on behalf of job applicants who were affected by Starbucks' failure to provide notice before taking adverse action. On July 15, 2020, the Northern District of Georgia granted final approval of the settlement which provides class members up to $8 million in benefits.

c. *Leo v. Appfolio. Inc.*—Filed in 2017 on behalf of consumers who were affected by Appfolio's matching procedures that resulted in incorrect information being included on consumer reports and Appfolio's failure to provide consumers with required information about the sources any inaccuracies. The Western District of Washington granted final approval of the $4.5 million settlement on July 18, 2019.

d. *Dougherty v. Barrett Business Services, Inc.*—Filed in 2016 on behalf of job applicants who were affected by BBSI's failure to provide required disclosures before procuring criminal background reports. The Clark County Superior Court granted final approval of the $1.5 million settlement on November 8, 2019

e. *Terrell v. Costco Wholesale Corp.*—Filed in 2016 on behalf of applicants and employees who were affected by Costco's failure to provide required disclosures before procuring criminal background reports. The King County Superior Court granted final approval of the $2.49 million settlement on June 15, 2018.

f. *Connolly v. Umpqua Bank*—Filed in 2015 on behalf of applicants and employees who were affected by Umpqua's failure to provide required disclosures before procuring criminal background reports and before taking adverse action based on such reports.

The Western District of Washington granted final approval of the $325,000 settlement on February 28, 2019.

# Fair Debt Collection Practices Act Class Actions

a. *Long v. First Resolution Investment Corp.*—Filed in 2018 on behalf of Washington consumers against whom a debt buyer and its collection agency law firm obtained judgments when the debt buyer was not licensed as a collection agency. The King County Superior Court granted final approval of a settlement providing over $20 million in debt relief and $600,000 on August 28, 2020.

b. *Miller v. P.S.C., Inc.*—Filed in 2017 on behalf of Washington consumers who alleged P.S.C. filed lawsuits against them using unlawful debt collection forms. The Western District of Washington granted final approval of a settlement that provided injunctive relief and $1.52 million on January 10, 2020.

c. *Bowen v. CSO Financial, Inc., et al.*—Filed in 2017 on behalf of consumers in Washington who received unfair and deceptive debt collection notices that included threats of criminal prosecution. The Western District of Washington granted final approval of a settlement that provided injunctive relief and $345,000 on July 2018.

d. *Dibb, et al. v. AllianceOne Receivables Management, Inc.*—Filed in 2014 on behalf of Washington consumers who received unfair and deceptive debt collection notices that included threats of criminal prosecution. The Western District of Washington granted final approval of the $1.9 million settlement on July 31, 2017.

e. *Solberg, et al. v. Victim Services, Inc., et al.*— Filed in 2014 on behalf of California consumers who received false, misleading, and deceptive debt collection letters printed on the letter head of county prosecuting attorneys. The case has been certified as a class action and is pending in the Northern District of California.

f. *Cavnar, et al. v. BounceBack, Inc.*—Filed in 2014 on behalf of Washington consumers who received false, misleading, and deceptive debt collection letters printed on the letterhead of county prosecuting attorneys. The Eastern District of Washington granted final approval of the $530,000 settlement on September 15, 2016.

# Telephone Consumer Protection Act Class Actions

a.  *Abante Rooter & Plumbing, Inc., et al. v. Alarm.com Inc., et al.*—Filed in 2015 on behalf of consumers who received solicitation calls on their cellular and residential telephones without their prior express consent. The Northern District of California granted final approval of the $28 million settlement on August 15, 2019.

b.  *Borecki v. Raymours Furniture Co., Inc.*—Filed in 2017 on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent. The Southern District of New York granted final approval of the $4.25 million settlement on September 10, 2019.

c.  *Snyder v. Ocwen Loan Servicing, LLC*—Filed in 2014 on behalf of consumers who received automated collection calls on their cellular telephones without their prior express consent. The Northern District of Illinois granted final approval of the $21.5 million settlement on May 14, 2019.

d.  *Melito, et al. v. American Eagle Outfitters, Inc., et al.*—Filed in 2014 on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent. The Southern District of New York granted final approval to the $14.5 million settlement on September 11, 2017, which the Second Circuit affirmed on April 30, 2019.

e.  *In re Capital One Telephone Consumer Protection Act Litigation*—Filed in 2012 on behalf of consumers who received automated, prerecorded collection calls on their cellular telephones without their prior express consent. Terrell Marshall served as co-lead counsel in the multidistrict litigation. The Northern District of Illinois granted final approval of the $75 million settlement on February 23, 2015.

f.  *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*—Filed in 2011 on behalf consumers who received automated, prerecorded solicitation calls on their residential and telephones without their prior express consent. Terrell Marshall served as co-lead counsel in the multidistrict litigation. The Northern District of West Virginia granted final approval of the $28 million settlement on June 12, 2018.

g.  *Abante Rooter & Plumbing, Inc. v. Pivotal Payments Inc.*— Filed in 2016 on behalf of consumers that received automated solicitation telephone calls to their cell phones without their

14

prior express consent. The Northern District of California granted final approval of the $9 million settlement on October 15, 2018.

h. *Wilkins, et al. v. HSBC Bank Nevada, N.A., et al.*—Filed in 2014 on behalf of individuals who received prerecorded calls using an automatic dialing system without their prior consent. The Northern District of Illinois granted final approval of the $39.9 million settlement on March 17, 2015.

i. *Booth v. Appstack, Inc.*—Filed in 2013 on behalf of small businesses that received prerecorded calls using an automatic dialing system on cellular telephone lines without their prior consent. The court certified the class, denied a motion to decertify, denied the defendants' motion for summary judgment and granted partial summary judgment for the class. The case settled on the eve of trial and the court granted final approval of the $975,000 settlement in 2017.

## Wage and Hour Class and Collective Actions

a. *Barnett, et al. v. Wal-Mart Stores, Inc.*—Filed in 2001 on behalf of Washington employees who alleged wage and hour violations by the country's largest private employer. Terrell Marshall obtained certification on behalf of the class of 90,000 current and former employees and was preparing for trial when the case settled. The King County Superior Court granted final approval of the $35 million settlement on July 20, 2009.

b. *Spencer v. FedEx Ground Package Sys., Inc.*—Filed in 2014 on behalf of delivery drivers who alleged violations of state wage and hour laws. The Superior Court of King County granted final approval of the $10.5 million settlement on December 2, 2016.

c. *Mendis v. Schneider Nat'l Carriers, Inc.*—Filed in 2014 on behalf of more than 1,200 truck drivers who alleged wage and hour violations, including failure to pay for rest breaks and overtime, and unlawful deductions from wages. The Western District of Washington granted final approval of the $5.75 million settlement on November 13, 2018.

d. *Lowry v. Ralph's Concrete Pumping, Inc.*—Filed in 2012 on behalf of 200 employees who alleged violations of Washington rest and meal break, minimum wage, and prevailing wage laws. The King County Superior Court granted final approval of the $2.55 million settlement on December 10, 2018.

e.  *Rhode v. T-Mobile USA, Inc.*—Filed in 2015 on behalf of retails sales associates who alleged T-Mobile failed to properly and timely pay them all their earned commissions in violation of Washington law. The King County Superior Court granted final approval of the $1.27 million settlement on May 24, 2019.

f.  *Helde v. Knight Transp., Inc.*—Filed in 2012 on behalf of truck drivers who alleged violations of wage and hour laws in Washington, including failure to pay for rest breaks and unlawful deductions from wages. The Western District of Washington granted final approval of the $1.45 million settlement and separately awarded $1.2 million in attorneys' fees and costs in October 2017.

g.  *Tolliver, et al. v. Avvo, Inc.*—Filed in 2016 on behalf of sales employees who alleged they were misclassified as overtime exempt. The King County Superior Court granted final approval of the $1.75 million settlement on September 15, 2017.

h.  *Garrett v. The CJS Solutions Grp., LLC*—Filed in 2017 on behalf of employees who alleged they had been misclassified as independent contractors and who were therefore not paid overtime compensation in violation of state and federal law. The Southern District of New York granted final approval of the $3.24 million settlement on June 26, 2018.

i.  *Kariuki v. Pacific Bells, LLC*—Filed in 2017 on behalf of employees of several Taco Bell franchises who alleged they were not provided with proper rest and meal breaks, among other violations. The King County Superior Court granted final approval of the $750,000 settlement on July 11, 2019.

j.  *Carranza v. Dovex Fruit Co.*—Filed in 2016 on behalf of migrant and seasonal farm workers who alleged their employer failed to pay for all hours worked. Terrell Marshall successfully litigated the claims, which resulted in an opinion by the Washington Supreme Court in *Carranza v. Dovex Fruit Company*, 190 Wn.2d 612 (2018). Following the Washington Supreme Court decision, the Eastern District of Washington granted final approval of the $1.22 million settlement on August 22, 2019.

k.  *Martinez v. Auvil Fruit Co.*—Filed in 2016 on behalf of more than 4,000 migrant and seasonal farm workers who alleged their employer failed to pay for all hours worked, including rest breaks, in violation of Washington law. The Eastern District of Washington granted final approval of the $2.5 million settlement on October 10, 2018.

16

l.  *Paz v. Sakuma Brothers Farms, Inc.*—Filed in 2013 on behalf of almost 1,000 migrant and seasonal berry pickers who alleged violations of state wage and hour law and the federal Agricultural Worker Protection Act. The Western District of Washington approved two settlements totaling more than $935,000 with a separate payment of attorneys' fees and costs of more than $239,000. The primary claims in the case settled for $850,000 plus an agreement on injunctive relief, which the court approved in November 2014. Terrell Marshall successfully litigated additional claims not covered by the 2014 settlement, which resulted in a unanimous opinion by the Washington Supreme Court in *Lopez Demetrio v. Sakuma Brothers Farms, Inc.,* 183 Wn.2d 649 (2015). Following the Washington Supreme Court decision, the court approved a final settlement of all claims and ordered payment of plaintiffs' attorneys' fees and costs on July 8, 2016.

m.  *Witschel v. IMCO General Construction, Inc.*—Filed in 2013 on behalf of construction employees who alleged wage and hour violations. The Superior Court of Skagit County granted final approval of the $1.1 million settlement on June 16, 2016.

n.  *McCracken v. Pacific Cargo Services, LLC, et al.*—Filed 2011 on behalf of truck drivers in Washington and Oregon who alleged wage and hour violations. The Superior Court of King County granted final approval of the $475,000 settlement on August 25, 2017.

o.  *Hill v. Xerox Business Services, LLC, et al.*—Filed in 2012 on behalf of current or former call center workers who allege violations of state wage and hour laws. The employees prevailed on an appeal that went to the Ninth Circuit and Washington Supreme Court. The Western District of Washington has certified the case as a class action.

p.  *Ramirez, et al. v. Precision Drywall, Inc.*—Filed in 2008 on behalf of drywall workers who alleged wage and hour violations including rest and meal break and overtime violations. Terrell Marshall represented the class through a five-week jury trial and obtained a judgment for the workers in excess of $4 million.

q.  *Hudson v. Oatridge Security Grp., Inc., et al.*—Filed in 2018 on behalf of private security officers who allege wage and hour violation including rest and meal break and overtime violations. The King County Superior Court certified a class and subclass on December 20, 2019.

r.  *Tschosik, et al. v. Diamond Freight Systems, Inc., et al.*—Filed in 2016 on behalf of Washington employees who alleged wage and hour violations including rest and meal break, overtime, and off-the-clock violations. The Spokane County Superior Court granted final approval of the $385,000 settlement on August 30, 2019.