THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:21-cv-01551-TSZ<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF STEVEN HACKBARTH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: FRIDAY, FEBRUARY 4, 2022 |

DECL. OF JEREMY A. LIEBERMAN ISO MOTION TO CONSOLIDATE, APPOINT LEAD PLAINTIFF, & APPROVE COUNSEL (CASE NOS. 2:21-CV-01551-TSZ; 2:21-CV-01567-TSZ; 2:22-CV-00014-TSZ)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:21-cv-01567-TSZ |
| --- | --- |
| AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00014-TSZ |

DECL. OF JEREMY A. LIEBERMAN ISO
MOTION TO CONSOLIDATE, APPOINT LEAD
PLAINTIFF, & APPROVE COUNSEL
(CASE NOS. 2:21-CV-01551-TSZ;
2:21-CV-01567-TSZ; 2:22-CV-00014-TSZ)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Steven Hackbarth ("Hackbarth"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hackbarth's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel and Badgley Mullins Turner, PLLC ("Badgley Mullins") as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Hackbarth in the Related Actions;

Exhibit B:    Press release published over *Business Wire* on November 16, 2021, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Hackbarth;

Exhibit D:    Declaration executed by Hackbarth;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Badgley Mullins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 18, 2022.

*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

DECL. OF JEREMY A. LIEBERMAN ISO
MOTION TO CONSOLIDATE, APPOINT LEAD
PLAINTIFF, & APPROVE COUNSEL - 1
(CASE NOS. 2:21-CV-01551-TSZ;
2:21-CV-01567-TSZ; 2:22-CV-00014-TSZ)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686