# Exhibit  A

**Zillow Group, Inc. (Z; ZG)**
**Class Period: August 7, 2020, and November 2, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | 58-Day* Mean Price |
|---|---|---|---|---|---|
| | | | | Z | $60.2873 |
| | | | | ZG | $59.5765 |

| Plaintiff | Ticker | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hackbarth, Steven | Z | 10/20/2020 | 1,000 | $98.1050 | ($98,105) | 11/4/2020 | (1,000) | $100.0000 | $100,000 | | | | |
| Hackbarth, Steven | Z | 11/10/2020 | 1,000 | $100.1093 | ($100,109) | 11/16/2020 | (2,000) | $107.0000 | $214,000 | | | | |
| Hackbarth, Steven | Z | 11/16/2020 | 1,000 | $105.2550 | ($105,255) | 11/19/2020 | (1,000) | $109.1583 | $109,158 | | | | |
| Hackbarth, Steven | Z | 11/17/2020 | 1,000 | $105.7393 | ($105,739) | 12/7/2020 | (1,000) | $112.3350 | $112,335 | | | | |
| Hackbarth, Steven | Z | 12/1/2020 | 1,000 | $108.0981 | ($108,098) | 3/10/2021 | (1,000) | $149.3276 | $149,328 | | | | |
| Hackbarth, Steven | Z | 3/10/2021 | 1,000 | $144.3293 | ($144,329) | 3/12/2021 | (1,000) | $150.8284 | $150,828 | | | | |
| Hackbarth, Steven | Z | 3/12/2021 | 1,000 | $149.3150 | ($149,315) | 4/8/2021 | (1,000) | $143.4064 | $143,406 | | | | |
| Hackbarth, Steven | Z | 4/5/2021 | 1,000 | $132.2450 | ($132,245) | 12/30/2021 | (1,000) | $63.0419 | $63,042 | | | | |
| Hackbarth, Steven | Z | 4/15/2021 | 1,000 | $139.5400 | ($139,540) | | | | | | | | |
| **Hackbarth, Steven** | **Z** | | **9,000** | | **($1,082,736)** | | **(9,000)** | | **$1,042,098** | **1,000** | **0** | **$0** | **($40,638)** |
| Hackbarth, Steven | ZG | 10/26/2020 | 1,000 | $91.9261 | ($91,926) | 10/27/2020 | (1,000) | $93.3198 | $93,320 | | | | |
| Hackbarth, Steven | ZG | 10/28/2020 | 1,000 | $91.0665 | ($91,067) | 10/30/2020 | (1,000) | $90.0000 | $90,000 | | | | |
| Hackbarth, Steven | ZG | 10/30/2020 | 1,000 | $88.2100 | ($88,210) | 11/3/2020 | (1,000) | $92.0922 | $92,092 | | | | |
| Hackbarth, Steven | ZG | 11/2/2020 | 1,000 | $88.5101 | ($88,510) | 11/23/2020 | (1,000) | $116.9800 | $116,980 | | | | |
| Hackbarth, Steven | ZG | 11/9/2020 | 1,000 | $113.4600 | ($113,460) | 12/7/2020 | (1,000) | $116.7937 | $116,794 | | | | |
| Hackbarth, Steven | ZG | 3/11/2021 | 1,000 | $152.6296 | ($152,630) | 3/11/2021 | (1,000) | $162.0000 | $162,000 | | | | |
| Hackbarth, Steven | ZG | 3/15/2021 | 1,000 | $154.3550 | ($154,355) | 12/30/2021 | (1,000) | $61.4100 | $61,410 | | | | |
| Hackbarth, Steven | ZG | 7/12/2021 | 1,000 | $116.9945 | ($116,995) | 12/30/2021 | (1,000) | $61.2500 | $61,250 | | | | |
| Hackbarth, Steven | ZG | 10/7/2021 | 1,000 | $90.2900 | ($90,290) | | | | | | | | |
| Hackbarth, Steven | ZG | 10/14/2021 | 1,000 | $95.1688 | ($95,169) | | | | | | | | |
| Hackbarth, Steven | ZG | 10/18/2021 | 1,000 | $86.1896 | ($86,190) | | | | | | | | |
| Hackbarth, Steven | **ZG** | | **11,000** | | **($1,168,800)** | | **(8,000)** | | **$793,846** | **5,000** | **3,000** | **$178,729** | **($196,225)** |
| **Hackbarth, Steven** | | | **20,000** | | **($2,251,536)** | | **(17,000)** | | **$1,835,943** | **6,000** | **3,000** | | **($236,863)** |

*Average Closing Prices from November 3, 2021 to January 14,2022