# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>            Defendants. | Civil Action No.  2:21-CV-01551-TSZ<br><br>**LEE MCCORMICK'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>            Defendants. | Civil Action No. 2:21-cv-01567-TSZ |
| AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>            Defendants. | Civil Action No. 2:22-cv-00014-TSZ |

RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (2:21-CV-01551-TSZ) - 1

Lee McCormick filed a timely motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 17. Six similar motions were filed by other putative class members in this action. Dkt. Nos. 20, 24, 26, 31, 33, 34.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). While it appears that competing movants Jeremy Jaeger and Sjunde AP-Fonden (motions at Dkt. Nos. 26, 34) have a larger financial interest than Mr. McCormick, Mr. McCormick has a larger financial interest than the other four remaining movants. *See* Dkt. No. 18-3 (McCormick's Financial Interest Analysis, demonstrating a last-in, first-out loss of $447,719.31).

Accordingly, if the Court determines that the lead plaintiff movants with financial interests larger than that of Mr. McCormick are incapable or inadequate to represent the class in this litigation, Mr. McCormick remains willing and able to serve as lead plaintiff or as a class representative, and should be appointed as lead plaintiff.

RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (2:21-CV-
01551-TSZ) - 2

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(415) 646-8003 / Fax (425) 646-8004

DATED:  January 31, 2022                Respectfully submitted,

                                        **ROSSI VUCINOVICH, P.C.**
                                        By: _____*/s/ Benjamin T. G. Nivison*_____
                                        Benjamin T.G. Nivison, WA Bar No. 39797
                                        1000 Second Avenue, Suite 1780
                                        Seattle, WA 98104
                                        Phone (425) 646-8003
                                        Fax (425) 646-8004

                                        *Liaison Counsel for Movant Lee McCormick and Proposed Liaison Counsel for the Class*

                                        **GLANCY PRONGAY & MURRAY LLP**
                                        Robert V. Prongay
                                        Charles H. Linehan
                                        Pavithra Rajesh
                                        1925 Century Park East, Suite 2100
                                        Los Angeles, California 90067
                                        Phone (310) 201-9150
                                        Fax (310) 201-9160

                                        *Counsel for Movant Lee McCormick and Proposed Lead Counsel for the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 31, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 31, 2022, at Seattle, Washington.

/s/ Benjamin T.G. Nivison
Benjamin T.G. Nivison