THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,

Defendants.

No. 2:21-CV-01551-TSZ

**DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman (collectively, "Defendants"[1]) file this response to the Motions for Consolidation, Appointment of Lead Plaintiff, and Approval of Lead Counsel ("Motions") brought by Movants Lee McCormick, Alex Ambrose, Joseph Switzer, Jeremy Jaeger, Slav Danev, Steven Hackbarth, and Sjunde AP-Fonden, in the following securities actions:

1.  *Barua v. Zillow Group, Inc., et al.*, No. 2:21-cv-01551-TSZ (W.D. Wash.)

2.  *Silverberg v. Zillow Group, Inc., et al.*, No. 2:21-cv-01567-TSZ (W.D. Wash.)

3.  *Hillier v. Zillow Group, Inc., et al.*, No. 2:22-CV-00014-TSZ (W.D. Wash.)

---

[1] Lloyd D. Frink, a named defendant in the *Hillier v. Zillow Group, Inc., et al.*, No. 2:22-CV-00014-TSZ (W.D. Wash.) action, takes the same position as Defendants here.

DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION
(No. 2:21-cv-01551-TSZ) – 1

**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

While Defendants will address Plaintiffs' characterization of this action at the appropriate time, Defendants respond briefly here to inform the Court that Defendants do not oppose consolidation of the above-captioned actions into a single shareholder securities action before this Court. With respect to the appointment of lead plaintiff and lead counsel, Defendants take no position.

DATED: January 31, 2022

By: s/ Sean C. Knowles
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
SKnowles@perkinscoie.com

Peter B. Morrison (admitted *pro hac vice*)
Virginia F. Milstead (admitted *pro hac vice*)
Raza Rasheed (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Raza.Rasheed@skadden.com

*Counsel for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

DEFENDANTS' RESPONSE TO MOTIONS
FOR CONSOLIDATION
(No. 2:21-cv-01551-TSZ) – 2

**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000