The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | Case No. 2:21-cv-01551-TSZ<br><br>**ALEX AMBROSE'S STATEMENT OF NON-OPPOSITION TO JERMEY JAEGER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>NOTE ON MOTION CALENDAR: February 4, 2022 |
| STEVEN SILVERBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | Case No. 2:21-cv-01567-TSZ |

AMBROSE'S STMT. OF NON-OPPOSITION
CASE NO. 2:21-cv-1551-TSZ

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

AARON WINSTON HILLIER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ZILLOW GROUP, INC., RICHARD N. BARTON, LLOYD D. FRINK, ALLEN W. PARKER, and JEREMY WACKSMAN,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-00014-TSZ

On January 18, 2022, Alex Ambrose ("Mr. Ambrose") filed a motion pursuant to the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u–4(a)(3)(B), and FED. R. CIV. P. 42, to: (i) consolidate the above-captioned actions; (ii) appoint him as lead plaintiff; and (iii) approve his selection of Kahn Swick & Foti, LLC as lead counsel for the putative Class. *See, generally,* ECF No. 20. No applicant before the Court has challenged Mr. Ambrose's qualifications under FED. R. CIV. P. 23. Following a discussion between counsel for Mr. Ambrose and Mr. Jaeger, Mr. Ambrose no longer opposes Mr. Jaeger's motion. Mr. Ambrose, however, remains ready, willing, and able to serve as co-lead plaintiff alongside Mr. Jaeger should the Court determine that separate leadership for voting Class A shares ("ZG") and non-voting Class C ("Z") shares is appropriate. *See*, *e.g.*, *Miller v. Ventro Corp.*, 2001 U.S. Dist. LEXIS 26027, at *38-41 (N.D. Cal. 2001) (appointing co-lead plaintiffs to represent shareholders and bondholders); *In re Cable & Wireless, PLC, Sec. Litig.*, 217 F.R.D. 372, 376-77 (E.D. Va. 2003) (appointing co-lead plaintiffs to represent ADRs and common stock).

Dated: February 4, 2022                 Respectfully submitted,

                                        **BRESKIN JOHNSON & TOWNSEND, PLLC**

                                        By:   *s/ Roger M. Townsend*
                                            Roger M. Townsend
                                            1000 Second Avenue, Suite 3670
                                            Seattle, Washington 98104
                                            Telephone: (206) 652-8660
                                            Facsimile: (206) 652-8290
                                            rtownsend@bjtlegal.com

                                        *Proposed Liaison Counsel for Movant,*
                                        *Alex Ambrose*

                                            -and-

**KAHN SWICK & FOTI, LLP**

By:      s/ Ramzi Abadou
Ramzi Abadou (admitted *pro hac vice*)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Alex Ambrose*

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660