UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>ZILLOW GROUP INC,<br><br>                Defendants. | C21-1551 TSZ<br><br>[consolidated with C21-1567 TSZ and C22-14 TSZ] |
| STEVEN SILVERBERG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>ZILLOW GROUP INC,<br><br>                Defendants. | MINUTE ORDER |
| AARON HILLIER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>ZILLOW GROUP, INC.; RICHARD BARTON; LLOYD FRINK; ALLEN PARKER; and JEREMY WACKSMAN,<br><br>                Defendants. | |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 62, submitted by Lead Plaintiff Jeremy Jaeger and Defendants, the Court hereby DESIGNATES Catherine Gannon of Hagens Berman Sobol Shapiro LLP as liaison counsel for Lead Plaintiff and Virginia Milstead of Skadden, Arps, Slate, Meagher & Flom LLP as liaison counsel for Defendants.

(2) The Court SETS the following deadlines:

    a. A consolidated amended complaint shall be filed by May 11, 2022;

    b. Any responsive pleading or motion is due by July 11, 2022;

    c. If a responsive motion is filed, it shall be noted for October 14, 2022; any response to such motion shall be filed by August 26, 2022, and any reply in support of such motion shall be filed by October 11, 2022; and

    d. If no responsive motion is filed, Lead Plaintiff and Defendants shall file another Joint Status Report by July 22, 2022, proposing a schedule for this matter, including a deadline for completing discovery and a trial date.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2