The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,<br><br>Defendants. | CASE NO.: 2:21-cv-01551-TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 14, 2022** |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
(NO. 2:21-cv-01551-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

This Court, having considered Defendants' Motion to Dismiss the Consolidated Class Action Complaint (the "Motion") and all papers filed in support thereof and in opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the Motion. The Consolidated Class Action Complaint is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____
The Honorable Thomas S. Zilly

Presented by:

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted *pro hac vice*)
peter.morrison@skadden.com
Virginia F. Milstead (admitted *pro hac vice*)
virginia.milstead@skadden.com
Winston Hsiao (admitted *pro hac vice*)
winston.hsiao@skadden.com
Raza Rasheed (admitted *pro hac vice*)
raza.rasheed@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

By: */s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: sknowles@perkinscoie.com

*Attorneys for Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman*

2

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
(NO. 2:21-cv-01551-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000