The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,<br><br>      Defendants. | CASE NO.: 2:21-cv-01551-TSZ<br><br>**DECLARATION OF SEAN C. KNOWLES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

DECLARATION OF SEAN C. KNOWLES ISO
DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-80

1.      I am a partner at Perkins Coie LLP, counsel of record for Defendants Zillow Group, Inc. ("Zillow"), Richard Barton, Allen Parker, and Jeremy Wacksman (together with Zillow, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently to the matters attested to in this declaration.

2.      Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the 2020 Form 10-K filed by Zillow with the Securities & Exchange Commission ("SEC") on February 12, 2021. This document is publicly available on the Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") database at: https://www.sec.gov/Archives/edgar/data/0001617640/000161764021000012/z-20201231.htm (last accessed July 11, 2022).

3.      Attached to this declaration as **Exhibit 2** is a true and correct copy of a transcript of Zillow's May 4, 2021 earnings call for the first quarter of fiscal year 2021. This transcript is publicly available online and referenced in the currently operative complaint in the above-captioned matter (ECF 71, "Complaint") at paragraphs 14, 88, 90, and 97.

4.      Attached to this declaration as **Exhibit 3** is a true and correct copy of a transcript of Zillow's August 5, 2021 earnings call for the second quarter of fiscal year 2021. This transcript is publicly available online and referenced in the Complaint at paragraphs 23, 27, 151, 152, 154, 157, 178, 181, 183-90, 199, 206, 209, and 225.

5.      Attached to this declaration as **Exhibit 4** is a true and correct copy of Zillow's August 5, 2021 shareholder letter for the second quarter of fiscal year 2021 included as Exhibit 99.3 in the 2021 Form 8-K filed by Zillow with the SEC on August 5, 2021. This document is publicly available on the EDGAR database at: https://www.sec.gov/Archives/edgar/data/1617640/000161764021000053/exhibit993.htm (last accessed July 11, 2022). This document is referenced in the Complaint at paragraphs 24, 36, 49, 151, 180, 182, 187-90, 206, 209, 213, and 249.

DECLARATION OF SEAN C. KNOWLES ISO
DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 2

6.      Attached to this declaration as **Exhibit 5** is a true and correct copy of a transcript of Zillow's November 2, 2021 earnings call for the third quarter of fiscal year 2021. This transcript is publicly available online and referenced in the Complaint at paragraphs 33, 170-72, 178, 200, 209-11, 231-237, 239, and 247.

7.      Attached to this declaration as **Exhibit 6** is a true and correct copy of a transcript of Zillow's September 13, 2021 presentation at the Piper Sandler 2021 Virtual Global Technology Conference. This transcript is publicly available online and referenced in the Complaint at paragraphs 29, 158, 160, 191, 192, 194-96, 199, 206, and 209.

8.      Attached to this declaration as **Exhibit 7** is a true and correct copy of a transcript of Zillow's November 7, 2019 earnings call for the third quarter of fiscal year 2019. This transcript is publicly available online.

9.      Attached to this declaration as **Exhibit 8** is a true and correct copy of historical stock price data for Zillow's Class A common stock (Symbol: ZG), from January 4, 2021 through December 31, 2021. The stock price data was retrieved from Bloomberg, and is publicly available at: https://www.bloomberg.com/quote/ZG:US#xj4y7vzkg. The Class A common stock prices are referenced in the Complaint at paragraphs 1, 30-32, 34, 36, 43, 56, 58, 163, 166, 169, 174, 215-17, 219, 220, 223-25, 229, 238, 255, 256, 258-60, 267, 272, 273, 277, 279, and 281.

10.     Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the 2018 Form 10-K filed by Zillow with the SEC on February 21, 2019. This document is publicly available on the EDGAR database at: https://www.sec.gov/Archives/edgar/data/0001617640/000161764019000005/q42018form10-kdoc.htm (last accessed July 11, 2022).

11.     Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts of the 2019 Form 10-K filed by Zillow with the SEC on February 19, 2020. This document is publicly available on the EDGAR database at: https://www.sec.gov/Archives/edgar/data/0001617640/000161764020000015/z-20191231.htm (last accessed July 11, 2022). This document is referenced in the Complaint at paragraphs 5 and 64.

DECLARATION OF SEAN C. KNOWLES ISO
DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-80

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this day on July 11, 2022, in Seattle, Washington.

By: /s/ Sean C. Knowles
SEAN C. KNOWLES

DECLARATION OF SEAN C. KNOWLES ISO
DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-80