# EXHIBIT 8

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 12/31/2021 | 60.54 | 62.61 | 60.45 | 62.22 |
| 12/30/2021 | 59.33 | 61.87 | 58.8 | 61.27 |
| 12/29/2021 | 59.85 | 60.2 | 58.56 | 59.21 |
| 12/28/2021 | 60.73 | 61.75 | 59.3 | 60 |
| 12/27/2021 | 62.03 | 62.4199 | 60.75 | 60.99 |
| 12/23/2021 | 60.75 | 62.84 | 60.74 | 62.34 |
| 12/22/2021 | 60.29 | 61.28 | 59.74 | 60.8 |
| 12/21/2021 | 59 | 61.036 | 57.53 | 60.78 |
| 12/20/2021 | 59.35 | 60.26 | 58.08 | 58.34 |
| 12/17/2021 | 57.41 | 61.15 | 57.4 | 61.06 |
| 12/16/2021 | 60 | 60.99 | 57.56 | 58.03 |
| 12/15/2021 | 57.4525 | 60.17 | 56.28 | 59.91 |
| 12/14/2021 | 56.91 | 58.71 | 56.79 | 57.57 |
| 12/13/2021 | 59.05 | 59.91 | 56.97 | 57.97 |
| 12/10/2021 | 61.57 | 62.574 | 58.91 | 59.1 |
| 12/9/2021 | 63.41 | 63.83 | 60.62 | 61.24 |
| 12/8/2021 | 62 | 64.81 | 61.29 | 64.48 |
| 12/7/2021 | 61.45 | 63.6 | 60.75 | 61.85 |
| 12/6/2021 | 58.615 | 60.78 | 57.17 | 60.27 |
| 12/3/2021 | 57.99 | 59.68 | 56.39 | 59.43 |
| 12/2/2021 | 52.42 | 54.75 | 52.31 | 53.77 |
| 12/1/2021 | 54.78 | 56.06 | 52.36 | 52.38 |
| 11/30/2021 | 53.8 | 55.47 | 52.49 | 54.11 |
| 11/29/2021 | 55.44 | 55.655 | 52.43 | 54.16 |
| 11/26/2021 | 55.2 | 56.16 | 53.35 | 55.07 |
| 11/24/2021 | 54.11 | 57.97 | 53.72 | 56.11 |
| 11/23/2021 | 53.56 | 55.63 | 53 | 54.39 |
| 11/22/2021 | 56.13 | 56.36 | 53.24 | 53.65 |
| 11/19/2021 | 57.19 | 58.1 | 55.87 | 56.39 |
| 11/18/2021 | 59.57 | 59.799 | 56.74 | 57.31 |
| 11/17/2021 | 62.285 | 63.29 | 59.75 | 60.12 |
| 11/16/2021 | 63.3 | 63.35 | 62.1101 | 62.72 |
| 11/15/2021 | 64 | 65.07 | 63.43 | 63.6 |
| 11/12/2021 | 63.6 | 64.75 | 63.3101 | 63.94 |
| 11/11/2021 | 64.63 | 65.3891 | 63.35 | 63.48 |
| 11/10/2021 | 66.46 | 66.64 | 63.58 | 64.18 |
| 11/9/2021 | 68.78 | 69 | 65.6025 | 66.62 |
| 11/8/2021 | 66.5 | 68.88 | 65.95 | 68.23 |
| 11/5/2021 | 68.0333 | 68.28 | 65.8 | 66.17 |
| 11/4/2021 | 68.125 | 70.66 | 67.7824 | 68.52 |
| 11/3/2021 | 72.77 | 74.75 | 64.04 | 65.86 |
| 11/2/2021 | 95.18 | 96 | 84.28 | 85.48 |
| 11/1/2021 | 104.74 | 105.17 | 95.0001 | 96.61 |
| 10/29/2021 | 99.59 | 105.85 | 99.49 | 105.72 |
| 10/28/2021 | 95.85 | 100.84 | 95.59 | 100.56 |
| 10/27/2021 | 95.65 | 97.5 | 94.1451 | 94.4 |

| | | | | |
|---|---|---|---|---|
| 10/26/2021 | 97.2 | 99.22 | 96.035 | 96.19 |
| 10/25/2021 | 93.75 | 96.895 | 93.64 | 96.36 |
| 10/22/2021 | 92.66 | 95.14 | 92.33 | 93.68 |
| 10/21/2021 | 89.7 | 94.35 | 89.3407 | 93.32 |
| 10/20/2021 | 89 | 90.705 | 88.64 | 89.61 |
| 10/19/2021 | 84.7 | 89.41 | 84.3801 | 88.86 |
| 10/18/2021 | 86.83 | 87.25 | 83.5402 | 85.46 |
| 10/15/2021 | 95.25 | 95.42 | 93.905 | 94.3 |
| 10/14/2021 | 95 | 96.17 | 94.65 | 95.01 |
| 10/13/2021 | 92.73 | 94.635 | 92.47 | 94.01 |
| 10/12/2021 | 89.93 | 91.94 | 89.17 | 91.91 |
| 10/11/2021 | 90.51 | 92.41 | 89.68 | 89.79 |
| 10/8/2021 | 93.47 | 95.4309 | 90.2735 | 90.67 |
| 10/7/2021 | 89.46 | 93.93 | 89.46 | 93.22 |
| 10/6/2021 | 85.34 | 89.66 | 85.34 | 88.66 |
| 10/5/2021 | 86 | 88 | 85.65 | 86.37 |
| 10/4/2021 | 89.95 | 90 | 84.92 | 85.68 |
| 10/1/2021 | 88.94 | 91.65 | 88.5 | 91.4 |
| 9/30/2021 | 87.1 | 89.69 | 86.8074 | 88.58 |
| 9/29/2021 | 89 | 91.01 | 86.8378 | 86.88 |
| 9/28/2021 | 90.11 | 90.48 | 87.41 | 88.6 |
| 9/27/2021 | 90.53 | 92.41 | 89.1 | 91.08 |
| 9/24/2021 | 93.68 | 94.02 | 90.95 | 91.07 |
| 9/23/2021 | 94.64 | 95.05 | 92.685 | 94.28 |
| 9/22/2021 | 95.5 | 95.835 | 93.9 | 94.06 |
| 9/21/2021 | 96.38 | 97.32 | 94.16 | 95.18 |
| 9/20/2021 | 93.69 | 97.725 | 93.16 | 95.92 |
| 9/17/2021 | 93.74 | 96.23 | 93.65 | 96.14 |
| 9/16/2021 | 91.09 | 93.7492 | 90.7 | 93.6 |
| 9/15/2021 | 91.73 | 92.22 | 90.7483 | 92.12 |
| 9/14/2021 | 95.1 | 95.24 | 92.03 | 92.21 |
| 9/13/2021 | 92.398 | 94.85 | 89.87 | 94.65 |
| 9/10/2021 | 93.2 | 93.63 | 91.915 | 92.09 |
| 9/9/2021 | 93.65 | 95.1231 | 92.81 | 92.88 |
| 9/8/2021 | 97.97 | 98.1 | 94.25 | 94.34 |
| 9/7/2021 | 97.83 | 98.56 | 96.65 | 98.18 |
| 9/3/2021 | 98.22 | 98.22 | 96.64 | 97.08 |
| 9/2/2021 | 98.86 | 100.07 | 97.67 | 98.63 |
| 9/1/2021 | 96.11 | 99.26 | 95.61 | 98.32 |
| 8/31/2021 | 96.13 | 96.9 | 94.72 | 95.6 |
| 8/30/2021 | 98.63 | 99.31 | 95.85 | 95.98 |
| 8/27/2021 | 97.69 | 100.05 | 97.69 | 98.63 |
| 8/26/2021 | 100 | 101.21 | 96.96 | 97.95 |
| 8/25/2021 | 98.4362 | 100.46 | 97.94 | 100.22 |
| 8/24/2021 | 98.83 | 99.8899 | 97.65 | 97.82 |
| 8/23/2021 | 98 | 100.74 | 97.5 | 98.42 |
| 8/20/2021 | 93.85 | 97.88 | 93.695 | 97.75 |

| | | | | |
|---|---|---|---|---|
| 8/19/2021 | 94.51 | 94.9699 | 92.91 | 93.5 |
| 8/18/2021 | 95.34 | 97.8885 | 94.61 | 95.75 |
| 8/17/2021 | 95.02 | 95.84 | 92.37 | 95.34 |
| 8/16/2021 | 98.79 | 98.79 | 95.755 | 96.44 |
| 8/13/2021 | 100.9 | 101.02 | 98.885 | 99.33 |
| 8/12/2021 | 102 | 103.26 | 100.2083 | 101.32 |
| 8/11/2021 | 101.9 | 102.34 | 98.51 | 101.58 |
| 8/10/2021 | 104.36 | 105.47 | 101.42 | 101.5 |
| 8/9/2021 | 103.9123 | 104.7799 | 100.19 | 103.41 |
| 8/6/2021 | 111.81 | 111.81 | 103.18 | 103.24 |
| 8/5/2021 | 109.8 | 112.5 | 109 | 110.3 |
| 8/4/2021 | 105.25 | 110.94 | 105.25 | 110.43 |
| 8/3/2021 | 109.21 | 109.21 | 103.21 | 105.64 |
| 8/2/2021 | 108.76 | 110.23 | 107.13 | 108.75 |
| 7/30/2021 | 106.87 | 108.83 | 106.4878 | 107.13 |
| 7/29/2021 | 110.88 | 111.9199 | 108.47 | 108.64 |
| 7/28/2021 | 108.19 | 111.56 | 108.05 | 110.95 |
| 7/27/2021 | 109.48 | 110.4099 | 104.16 | 107.35 |
| 7/26/2021 | 112.97 | 114.07 | 109.25 | 109.9 |
| 7/23/2021 | 111.77 | 113.36 | 110.17 | 113.28 |
| 7/22/2021 | 112.08 | 113.45 | 110.89 | 111.5 |
| 7/21/2021 | 109.02 | 113.41 | 109.02 | 112.69 |
| 7/20/2021 | 106.85 | 109.98 | 105.95 | 108.96 |
| 7/19/2021 | 102.98 | 106.83 | 101.64 | 106.29 |
| 7/16/2021 | 107.88 | 107.88 | 105.27 | 105.61 |
| 7/15/2021 | 107.8 | 109 | 103.78 | 106.28 |
| 7/14/2021 | 112.4 | 113.11 | 107.17 | 107.3 |
| 7/13/2021 | 114.88 | 115.45 | 111.32 | 111.82 |
| 7/12/2021 | 117.17 | 118.31 | 114.15 | 115.27 |
| 7/9/2021 | 115 | 116.81 | 113.3144 | 116.59 |
| 7/8/2021 | 115.31 | 116.538 | 112.5016 | 114.58 |
| 7/7/2021 | 121.46 | 123.18 | 118.66 | 119.04 |
| 7/6/2021 | 118.38 | 121.04 | 116.3301 | 120.37 |
| 7/2/2021 | 122.81 | 123.57 | 117.84 | 118.03 |
| 7/1/2021 | 122.5 | 124.65 | 121.11 | 121.5 |
| 6/30/2021 | 124.57 | 124.66 | 121.14 | 122.53 |
| 6/29/2021 | 124.55 | 124.9 | 121.93 | 124.59 |
| 6/28/2021 | 120.6 | 124.8599 | 120.49 | 124.53 |
| 6/25/2021 | 122.4 | 123.38 | 118 | 118.96 |
| 6/24/2021 | 119.56 | 123.53 | 119 | 121.87 |
| 6/23/2021 | 115.64 | 118.885 | 115.64 | 118.15 |
| 6/22/2021 | 114 | 116.2315 | 113.42 | 115.67 |
| 6/21/2021 | 117.71 | 117.71 | 113.57 | 113.84 |
| 6/18/2021 | 113.76 | 119.15 | 112.53 | 117.99 |
| 6/17/2021 | 108.445 | 115.14 | 108 | 113.66 |
| 6/16/2021 | 111.23 | 113.575 | 107.84 | 108.84 |
| 6/15/2021 | 115.805 | 116.37 | 111.06 | 111.21 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 6/14/2021 | 113.64 | 117.51 | 113.64 | 116.6 |
| 6/11/2021 | 113.02 | 113.8 | 111.42 | 113.47 |
| 6/10/2021 | 114.13 | 114.48 | 110.21 | 112.54 |
| 6/9/2021 | 116 | 116.98 | 113.1088 | 113.8 |
| 6/8/2021 | 116.076 | 117.27 | 113.09 | 115.19 |
| 6/7/2021 | 110.1 | 115.04 | 108.91 | 114.4 |
| 6/4/2021 | 111.09 | 112.31 | 109.7 | 110.45 |
| 6/3/2021 | 111.8988 | 113.165 | 109.33 | 110.28 |
| 6/2/2021 | 116 | 116 | 112.7301 | 113.67 |
| 6/1/2021 | 119.6342 | 120 | 114.44 | 115.74 |
| 5/28/2021 | 117.39 | 120.7401 | 116.86 | 118.29 |
| 5/27/2021 | 117.29 | 118.02 | 113.77 | 116.67 |
| 5/26/2021 | 114.99 | 117.35 | 114.45 | 116.32 |
| 5/25/2021 | 115.87 | 116.73 | 113.45 | 113.77 |
| 5/24/2021 | 112.88 | 115.98 | 112.56 | 114.86 |
| 5/21/2021 | 114.98 | 116.2462 | 111.46 | 111.49 |
| 5/20/2021 | 110.76 | 114.49 | 110.49 | 113.81 |
| 5/19/2021 | 106.05 | 110.72 | 105.58 | 109.72 |
| 5/18/2021 | 112.69 | 114.92 | 110.125 | 110.43 |
| 5/17/2021 | 111.95 | 112.49 | 108.64 | 111.59 |
| 5/14/2021 | 109.22 | 114.08 | 109.1 | 113.32 |
| 5/13/2021 | 110.99 | 114.23 | 105.12 | 108.24 |
| 5/12/2021 | 111.98 | 114.5 | 108.23 | 109.87 |
| 5/11/2021 | 108.82 | 117.1822 | 106.72 | 116.09 |
| 5/10/2021 | 115.99 | 116.16 | 112.745 | 113.87 |
| 5/7/2021 | 118.07 | 121.8 | 117.55 | 119.4 |
| 5/6/2021 | 115.65 | 115.94 | 109.23 | 114.14 |
| 5/5/2021 | 124.18 | 126.28 | 113.4002 | 115.26 |
| 5/4/2021 | 127.36 | 127.36 | 119.47 | 123.8 |
| 5/3/2021 | 134.4936 | 134.71 | 128.02 | 129.08 |
| 4/30/2021 | 132.72 | 135.93 | 131.91 | 133.35 |
| 4/29/2021 | 140.44 | 141.5 | 134.11 | 135.28 |
| 4/28/2021 | 140.6 | 140.6 | 135.99 | 139.05 |
| 4/27/2021 | 143.32 | 144.8425 | 139.96 | 141.77 |
| 4/26/2021 | 139.89 | 143.7 | 138.89 | 143.53 |
| 4/23/2021 | 134.64 | 139.81 | 134.64 | 138.94 |
| 4/22/2021 | 138.29 | 138.94 | 133 | 134.14 |
| 4/21/2021 | 129.93 | 137.15 | 128.2856 | 137.04 |
| 4/20/2021 | 133 | 136.15 | 128.8501 | 131.68 |
| 4/19/2021 | 135.42 | 136.99 | 131.4275 | 134.59 |
| 4/16/2021 | 143.27 | 143.27 | 135.68 | 136.14 |
| 4/15/2021 | 141.38 | 143.56 | 139.66 | 143.25 |
| 4/14/2021 | 147.69 | 149.37 | 138.73 | 139.28 |
| 4/13/2021 | 146.28 | 147.5079 | 143.03 | 146.13 |
| 4/12/2021 | 147 | 147.11 | 140.42 | 144.68 |
| 4/9/2021 | 147.56 | 148.095 | 143.89 | 147.6 |
| 4/8/2021 | 143 | 150.13 | 142.78 | 149.26 |

| | | | | |
|---|---|---|---|---|
| 4/7/2021 | 143.06 | 144.53 | 140.08 | 141.37 |
| 4/6/2021 | 138.6 | 145.62 | 137.51 | 143.77 |
| 4/5/2021 | 138.63 | 138.97 | 132.91 | 137.21 |
| 4/1/2021 | 137.2402 | 139.8041 | 134.485 | 135.42 |
| 3/31/2021 | 128.46 | 132.84 | 128.46 | 131.38 |
| 3/30/2021 | 122.03 | 128.135 | 120.52 | 126.56 |
| 3/29/2021 | 130.76 | 131.82 | 122.13 | 122.88 |
| 3/26/2021 | 131.3 | 136.5247 | 126.56 | 132.08 |
| 3/25/2021 | 129.37 | 134.22 | 126.61 | 131.35 |
| 3/24/2021 | 143.39 | 143.85 | 132.87 | 133.22 |
| 3/23/2021 | 144.15 | 144.98 | 138.96 | 140.88 |
| 3/22/2021 | 144.3 | 146.3 | 141.51 | 143.89 |
| 3/19/2021 | 137.3609 | 142.2093 | 135.82 | 141.71 |
| 3/18/2021 | 144.4 | 145 | 136.66 | 137.8 |
| 3/17/2021 | 145.33 | 151.1 | 140.0101 | 148.97 |
| 3/16/2021 | 159.88 | 162 | 147.09 | 150.23 |
| 3/15/2021 | 156.83 | 158.07 | 153.01 | 155.99 |
| 3/12/2021 | 154.47 | 158 | 151 | 156.83 |
| 3/11/2021 | 157.59 | 163.003 | 151.25 | 161.1 |
| 3/10/2021 | 148.88 | 153.22 | 145.52 | 149.02 |
| 3/9/2021 | 141.64 | 145.67 | 138.09 | 142.56 |
| 3/8/2021 | 141.16 | 144.79 | 128.5201 | 130.04 |
| 3/5/2021 | 139.24 | 142.01 | 122.71 | 139.97 |
| 3/4/2021 | 150.1 | 153.69 | 132.035 | 137.63 |
| 3/3/2021 | 169.28 | 169.9682 | 152.58 | 153.04 |
| 3/2/2021 | 177.81 | 178.53 | 168.89 | 169.01 |
| 3/1/2021 | 175 | 177.72 | 172.51 | 175.85 |
| 2/26/2021 | 162.26 | 171.6 | 158.96 | 169.82 |
| 2/25/2021 | 171 | 175.5 | 158.26 | 159.33 |
| 2/24/2021 | 170.99 | 176.97 | 169.0204 | 172.22 |
| 2/23/2021 | 165.08 | 177.33 | 158.11 | 175.08 |
| 2/22/2021 | 185.05 | 185.98 | 173.33 | 173.73 |
| 2/19/2021 | 190.78 | 197.9 | 190.19 | 191.46 |
| 2/18/2021 | 189.1 | 190.41 | 182.325 | 187.15 |
| 2/17/2021 | 200.01 | 203.7308 | 188.76 | 193.55 |
| 2/16/2021 | 208.12 | 212.4 | 202.85 | 203.79 |
| 2/12/2021 | 198.78 | 208.58 | 196.7 | 202.94 |
| 2/11/2021 | 189.67 | 205.7 | 188.2692 | 200.6 |
| 2/10/2021 | 174.15 | 174.66 | 166 | 171.71 |
| 2/9/2021 | 168.01 | 175.6 | 166.67 | 172.93 |
| 2/8/2021 | 165.4 | 169.27 | 163.4 | 169.08 |
| 2/5/2021 | 161.68 | 167.1246 | 161.1 | 163.76 |
| 2/4/2021 | 154.2 | 156.96 | 152.68 | 156.85 |
| 2/3/2021 | 154.9 | 156.35 | 151.45 | 153.29 |
| 2/2/2021 | 149.58 | 154.47 | 148.2073 | 153.39 |
| 2/1/2021 | 140.81 | 146.57 | 139.14 | 146.33 |
| 1/29/2021 | 141.72 | 143.84 | 136.7919 | 138.72 |

| | | | | |
|---|---|---|---|---|
| 1/28/2021 | 138 | 143.71 | 136.09 | 141.72 |
| 1/27/2021 | 142.71 | 142.86 | 132.36 | 136.09 |
| 1/26/2021 | 153.92 | 155.38 | 145.08 | 145.68 |
| 1/25/2021 | 155.58 | 159.1575 | 149.21 | 152.88 |
| 1/22/2021 | 151.98 | 153.21 | 150.4 | 152.05 |
| 1/21/2021 | 158 | 158.8 | 152.04 | 152.6 |
| 1/20/2021 | 153.6 | 157.6599 | 152.8 | 156.64 |
| 1/19/2021 | 146.16 | 151.12 | 145.26 | 149.98 |
| 1/15/2021 | 150.8 | 151.37 | 142.7772 | 143.9 |
| 1/14/2021 | 150.35 | 152.29 | 149.16 | 150.84 |
| 1/13/2021 | 152.3 | 154.1 | 148.945 | 149.88 |
| 1/12/2021 | 148.75 | 154.35 | 148.75 | 152.21 |
| 1/11/2021 | 149.66 | 152.74 | 146.1352 | 149.27 |
| 1/8/2021 | 149.05 | 154.95 | 148.26 | 150.02 |
| 1/7/2021 | 139.71 | 147.18 | 139.675 | 146.93 |
| 1/6/2021 | 138 | 141.03 | 135.52 | 138.22 |
| 1/5/2021 | 135.03 | 142.5 | 134.27 | 139.6 |
| 1/4/2021 | 136.39 | 137.91 | 131.49 | 136.51 |