# Appendix A

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| Ex. 1: Form 10-K filed by Zillow with the SEC on February 12, 2021 ("2021 10-K") | Exhibit 1 contained certain disclaimers, including that "Zillow Offers is an unproven business model that relies on our ability to accurately value homes and manage inventory," and "relies on third parties to renovate and repair homes before resale, and homes we buy may decline in value and result in inventory write downs." (Ex. 1 at 9.)<br><br>Zillow disclosed that "Zillow Offers['] business model and technology is still nascent compared to the business model of the incumbents in the United States residential real estate industry." (*Id*. at 13.) Zillow further warned that "[a] number of factors could have a negative effect on the industry and harm our business, including … the pace of home appreciation" (*id*. at 11) and emphasized that "[h]ome prices can be volatile." (*Id*. at 15.)<br><br>Zillow disclosed that it "may acquire homes priced above our expectations or pay more than expected to renovate homes, which may adversely impact our profitability and results of operations." (*Id*. at 14.)<br><br>Exhibit 1 disclosed that, "[t]he success of Zillow Offers depends in part on our ability to efficiently acquire, renovate and sell properties … using in-person evaluations and data science and proprietary algorithms based on a number of factors, including our knowledge of the real estate markets in which Zillow Offers operates."(*Id*. at 13.) Zillow further warned that "[t]hese assessments may be inaccurate." (*Id*.)<br><br>Zillow explained how its "business relies on local and national third-party general contractors, vendors and service providers to make upgrades to and perform maintenance on homes prior to resale" and, therefore, it "can |

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | provide no assurances regarding the quality of their work, that we will have uninterrupted or unlimited access to their services or that we will be able to effectively control the timing and costs of their projects." (*Id*. at 15.)<br><br>Zillow explained that, "if we have excess inventory or our average days to sale increases, the results of our operations may be adversely affected because we may be unable to liquidate such inventory at prices that allow us to meet profitability targets or to recover our costs." (*Id*. at 14.)<br><br>Zillow also disclosed that "[t]his Annual Report on Form 10-K, including the sections entitled 'Management's Discussion and Analysis of Financial Condition and Results of Operations,' 'Risk Factors' and 'Business,' contains forward-looking statements based on our management's beliefs and assumptions and on information currently available to our management." (*Id*. at 1.) Zillow further disclosed that "[f]orward-looking statements include all statements that are not historical facts and generally may be identified by terms such as 'believe,' 'may,' 'will,' 'estimate,' 'continue,' 'anticipate,' 'intend,' 'could,' 'would,' 'project,' 'plan,' 'expect' or the negative or plural of these words or similar expressions." (*Id*.) |
| <u>Ex. 2</u>: Transcript of Zillow's Q1 2021 Earnings Call. | Zillow provided an overview of its objectives, noting, "the margins that we're earning on a unit basis right now are not what our goal is," and Zillow Offers "can be a giant business, and it's only going to be a giant business when the pricing is perceived to be fair to consumers." (Ex. 2 at 13.) Zillow further noted that "it's not our goal to have 549 basis points … [b]ut [] what we're aiming to do is to provide a fair offer and charge a fair fee to our customers." (*Id*.)<br><br>Zillow described the real estate climate, stating, "forecast of home price appreciation is a very |

2

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | important part of pricing . . . and we're learning really quickly." (*Id.* at 14.) Zillow further disclosed that it will "continue to work on refining our models to catch up with the rapid acceleration in home price appreciation." (*Id.* at 7.)<br><br>Zillow disclosed its "improved 280 basis points primarily across renovations and selling costs versus last year" and that improvement is a testament to it "get[ting] better and smarter about what needs to be done and what the customer is willing to pay for, who is repurchasing the home that you'll see benefits in that area." (*Id.* at 16.) Zillow further noted that, "we are continually figuring out how to improve our Offer strength." (*Id.* at 13.)<br><br>Zillow noted that Zillow explained the multi-month lag between Zillow's offer and re-sale, stating that "even with strong top-of-funnel activity, there is a lag as we go through between offer, purchase and an eventual sale, and when we see the revenue . . . [a]nd so a lot of this top-of-funnel activity will start to show up more in Q3." (*Id.* at 9.)<br><br>Zillow stated that it was "heavily staffing" and "planning as a company," including "hiring a net 2,000 people in 2021, and a lot of that will be for Zillow Offers." (*Id.*)<br><br>Zillow disclosed that "we continued to focus on unit costs, automation, adding capacity and sharpening pricing models to improve offer strength as we continue to scale." (*Id.* at 7.) |
| Ex. 3: Transcript of Zillow's Q2 2021 Earnings Call. | Zillow explained, "[i]n Q3, we expect our Homes segment revenue to increase sequentially from Q2 to $1.45 billion at the midpoint of our outlook range . . . [and] [t]his step-up in pace demonstrates our confidence in our ability to scale, resulting from the progress we have made |

3

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | in strengthening our pricing models and automating the top of the funnel." (Ex. 3 at 9.)<br><br>Zillow disclosed that "Zillow Offers unit economics are above our plus or minus 200 basis point guardrails as we build and scale the business, a trend that continued in Q2 despite our efforts," but that Zillow "expect[ed] these unit economic trends to normalize over time as we iterate, continue to learn and as home price appreciation inevitably slows." (*Id*. at 5.) Zillow further disclosed that Zillow has "been testing price elasticity in this hot housing market, and we saw rapid conversion gains throughout the quarter as we improved our offer strength." (*Id*.)<br><br>Zillow disclosed, "that the 353 basis point improvement from a year ago in renovation, holding and selling costs, were largely durable operational improvements." (*Id*. at 8.) Zillow further noted that it saw "opportunities for continued operational improvements over time." (*Id*.)<br><br>Zillow explained, "we saw significant customer demand at the beginning of Q2 that we expected would drive revenue growth on a lagged basis in Q3, which is now leading to our strong Q3 outlook . . . [a]nd we continued to see strong growth in customer demand as we entered Q3 that we expect will favorably impact revenue in future quarters." (*Id*. at 5.) Zillow further disclosed that "we are now back on track with our original objective to purchase 5,000 homes per month" and that "we are seeing more and more signals from our customers that validate our integration thesis and growth strategy." (*Id*. at 6.)<br><br>Zillow disclosed that "we'll make forward-looking statements about our future performance and operating plans based on current expectations and assumptions" but that "[t]hese statements are subject to risks and uncertainties, |

4

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
|  | and we encourage you to consider the risk factors described in our SEC filings for additional information." (*Id*. at 4.)<br><br>Zillow provided an overview of its services, noting that the "Zillow Offers value proposition of a fast, fair, flexible and convenient close has proved more than durable even in the sizzling hot sellers' market." (*id*.) Zillow further disclosed that "[w]e expect the homes we are scheduled to purchase will trend towards our plus or minus 200 basis point target over the course of the second half of the year." (*Id*. at 5.)<br><br>Zillow explained that "[g]rowth in Zillow Offers continued to accelerate in Q2 and exceeded our expectations" and Zillow Offers "made progress this quarter in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength." (*Id*. at 8.) Zillow further noted that "we continue to make progress building automation at the top of the funnel when providing offers to customers" and that "[t]hese improvements drove rapid gains in conversion rates in Q2 when compared to Q1, resulting in record purchases." (*Id*.)<br><br>Zillow disclosed that "the biggest one and most important one constraint is ourselves . . . [a]nd by that," it was referring to "execution." (*Id*. at 10.) Zillow further noted that it is "growing this thing as rapidly as we can and really quickly in an operationally complex way and we're tuning it simultaneously," "[s]o it is a challenge," and "[w]e've got to focus on increasing automation," "[w]e've got to get better and better at pricing," and "[w]e have to reduce costs." (*Id*.)<br><br>Zillow disclosed that "price is moving really quickly… and it's hard for us to keep up with it." (*Id*. at 14.) Zillow stated, "we're focused on [] trying to get the most accurate pricing to be fair to the customer and to continue to reduce our |

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | cost structure with the benefits of scale, automation and productivity." (*Id*. at 15.) |
| Ex. 4: Zillow's Q2 2021 Shareholder Letter. | Zillow disclosed that "[t]his communication contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 that involve risks and uncertainties, including, without limitation, statements regarding the future performance and operation of our business and the current and future health and stability of the residential housing market and economy and our expectations regarding future shifts in behavior by consumers and employees." (*Id*. at 11.) Zillow further disclosed that "[f]orward-looking statements are made based on assumptions as of August 5, 2021, and although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee these results" and "[d]ifferences in Zillow Group's actual results from those described in these forward-looking statements may result from actions taken by Zillow Group as well as from risks and uncertainties beyond Zillow Group's control." (*Id*.)

Zillow stated that "[w]e expect homes that we purchase to have tighter pricing assumptions closer to our self-imposed guardrails of +/- 200 basis points before interest expense over the course of the second half of the year." (*Id*. at 9.)

Zillow described "strong customer demand for Zillow Offers" and "[t]he record number of homes purchased was more than double that of Q1 2021 and is a direct reflection of the customer value proposition, the progress we have made in strengthening our pricing models and automation when providing offers to customers." (*Id*. at 5.) |
| Ex. 5: Transcript of Zillow's Q3 2021 Earnings Call. | Zillow disclosed its "decision to wind down our Zillow Offers operations." (*Id*. at 4.) Zillow further explained that "[t]his decision was not |

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | taken lightly . . . [b]ut ultimately, we determined that further scaling up Zillow Offers is too risky, too volatile to our earnings and operations, too low of a return on equity opportunity and too narrow in its ability to serve our customers." (*Id*.) Zillow further disclosed the need for a "$304 million inventory write-down included in Homes segment cost of revenue in Q3." (*Id*. at 7.) <br><br> Zillow stated that "in our short tenure operating Zillow Offers, we've experienced a series of extraordinary events: a global pandemic, a temporary freezing of the housing market and then a supply-demand imbalance that led to a rise in home prices at a rate that was without precedent" and that Zillow has "been unable to accurately forecast future home prices at different times in both directions by much more than we modeled as possible." (*Id*. at 5.) <br><br> Zillow explained that it "experienced significant capacity and demand planning challenges, exacerbated by an admittedly difficult labor and supply chain environment" and that "[t]he combination of these factors has caused a meaningful backup in our processing of homes in the Zillow pipeline, which we announced 2 weeks ago." (*Id*. at 5.) <br><br> Zillow stated, "when we decided to take a big swing on Zillow Offers 3.5 years ago, our aim was to become a market maker, not a market risk taker . . . [a]nd this was underpinned by the need to forecast the price of homes accurately 3 to 6 months into the future." (*Id*. at 4-5.) Zillow further explained that "[w]e used historical data and countless simulations to test this belief" and "[w]e set unit economics targets that required us to stay within plus or minus 200 basis points in breakeven, holding ourselves accountable to these levels publicly with you all." (*Id*. at 5.) |

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| Ex. 6: Transcript of Zillow's presentation at the Piper Sandler Conference. | The transcript stated that, as "excit[ed] as we get about Zillow Offers . . . it's still incredibly early." (Ex. 6 at 8.)<br><br>Exhibit 6 states that "[s]ome of the inventory growth timing was just based on the fastest home price appreciation . . . any of us had ever seen before and much stronger than both our internal and other third-party forecast we're seeing at the beginning of the year [and] [s]o keeping up with rising home price appreciation . . . [has been a] new and unique challenge." (*Id*. at 7-8.) Zillow further disclosed that, "the operational challenge is more acute, just given we're seeing so much demand." (*Id*. at 8.)<br><br>Exhibit 6 noted that "Zillow Offers, is a business that exists across all housing market cycles . . . [and] while we saw these incredibly hot markets, the strength and the appeal for Zillow Offers just continues to grow." (*Id*. at 8.) Zillow further explained that, "some of those unit economic improvements are durable" and "you're going to see us book those improvements as unit economic savings to the unit and be able to pass those back on to the customer and eventually to the bottom line." (*Id*. at 10.) |
| Ex. 7: Transcript of Zillow's November 7, 2019 Q3 2019 earnings call ("Q3 2019 Earnings Call") | Zillow disclosed its "vision is to create an integrated real estate experience that combines advanced technology with high touch services into a single platform to remove friction and one day, make moving between homes as simple as trading in your car." (Ex. 7 at 4.) |
| Ex. 9: Form 10-K filed by Zillow with the SEC on February 21, 2019 ("2018 10-K") | Zillow disclosed: "The success of the Homes business depends in part on our ability to efficiently acquire, renovate, and sell properties"; "[o]ur estimates of what homes are worth may not be accurate, and we may pay more for homes than the price at which we are able to resell them"; "homes we purchase may suffer decreases in value due . . . forces outside |

8

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | of our control"; and "[c]ompetition for the purchase of homes may result in our purchase of fewer properties, higher purchase prices, and lower margins—or losses—realized on the sale of our homes." (Ex. 9 at 18.)<br><br>Zillow also disclosed: "We use local and national third-party vendors and service providers to make upgrades to and perform maintenance on homes, and we can provide no assurances that we will have uninterrupted or unlimited access to their services or that we will be able to effectively control the timing and costs of their projects." (*Id.* at 19.)<br><br>Further, Zillow explained it had "limited experience purchasing, upgrading, and selling homes, and our forecasts of financial results for this new business segment may vary significantly from our actual results. The accounting treatment, operational demands, and other aspects of the Homes business are very different from our Internet, Media, and Technology ('IMT') business and may impact our overall results in ways that are difficult to predict." (*Id.* at 19.) |
| Ex. 10: Form 10-K filed by Zillow with the SEC on February 19, 2020 ("2019 10-K") | Zillow noted that "[t]he success of Zillow Offers depends in part on our ability to efficiently acquire, renovate and sell properties." (Ex. 10 at 8.) Zillow further warned that "[o]ur estimates of what homes are worth may not be accurate, and we may pay more for homes than the price at which we are able to resell them." (*Id.*)<br><br>Zillow disclosed that, "we may be required to write down the inventory value of those homes and may not be able to resell them for the price we anticipated or at all," and "homes we purchase may suffer decreases in value due to natural disasters, catastrophic events or other forces outside of our control and such loss or damage may not be insured." (*Id.*) |

| Exhibit No. and Description | Fact(s) for Which Notice is Requested |
|---|---|
| | Zillow further warned that, "[c]ompetition for the purchase of homes may result in our purchase of fewer properties, higher purchase prices and lower margins—or losses—realized on the sale of our homes." (*Id.*) Zillow also stated that it "use[d] local and national third-party general contractors, vendors and service providers to make upgrades to and perform maintenance on homes, and we can provide no assurances regarding the quality of their work." (*Id.*)<br><br>Zillow explained that its business could be impacted by "downturns in the U.S. residential real estate market." (*Id.*) Zillow further waned that, if its "unable to compete successfully against our existing or future competitors, we could lose or fail to gain market share and our business, results of operations or financial condition would be harmed." (*Id.* at 10.)<br><br>Zillow stated that, ZO, "which provides a way to buy and sell homes directly through Zillow Offers, may not continue to engage home sellers and home buyers as we think it will." (*Id.* at 11.) |

10