The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 2:21-cv-01551-TSZ

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

**NOTE ON MOTION CALENDAR: OCTOBER 14, 2022**

[PROPOSED] ORDER GRANTING DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE
(NO. 2:21-cv-01551-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

This Court, having considered Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Consolidated Class Action Complaint (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____

The Honorable Thomas S. Zilly

Presented by:

By: */s/ Peter B. Morrison*_____
    Peter B. Morrison (admitted *pro hac vice*)
    peter.morrison@skadden.com
    Virginia F. Milstead (admitted *pro hac vice*)
    virginia.milstead@skadden.com
    Winston Hsiao (admitted *pro hac vice*)
    winston.hsiao@skadden.com
    Raza Rasheed (admitted *pro hac vice*)
    raza.rasheed@skadden.com
    **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
    300 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071
    Telephone: (213) 687-5000
    Facsimile: (213) 687-5600

By: */s/ Sean C. Knowles*_____
    Sean C. Knowles, WSBA No. 39893
    **PERKINS COIE LLP**
    1201 Third Avenue, Ste. 4900
    Seattle, WA 98101
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    Email: sknowles@perkinscoie.com

*Attorneys for Defendants Zillow Group, Inc.,*
*Richard Barton, Allen Parker, and Jeremy Wacksman*

[PROPOSED] ORDER GRANTING DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE
(NO. 2:21-cv-01551-TSZ) – 2