The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., et al.,<br><br>Defendants. | NO. C21-1551 TSZ<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY** |

The Motion for Withdrawal of Attorneys Bradley S. Keller and John A. Tondini, docket no. 88, is hereby GRANTED. It is ORDERED that Bradley S. Keller and John A. Tondini are permitted to withdraw their appearance as counsel in this matter for Movant Sjunde AP-Fonden ("AP7").

IT IS SO ORDERED.

Dated this 8th day of August, 2022.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY (NO. C21-1551 TSZ) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000