The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-CV-01551-TSZ<br><br>**STIPULATION AND ORDER (1) STIPULATING FOR OVERLENGTH BRIEF; AND (2) EXTENDING TIME TO RESPOND TO MOTION TO DISMISS** |

Lead Plaintiff and Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's docket entry granting Defendants' Unopposed Motion for Leave to File an Overlength Brief Pursuant to Local Rule 7(f) on June 28, 2022, the page limit for the briefing on Defendants' motion to dismiss the Corrected Consolidated Class Action Complaint in the above-captioned action is as follows: 30 pages for Defendants' opening brief and Lead Plaintiff's opposition brief, and 15 pages for Defendants' reply brief;

WHEREAS, Defendants filed a brief of less than a full 30 pages on the date it was due, but realized the margins in the motion to dismiss brief were incorrect and that using the correct margins per Local Rule 10(e)(1) would have caused the motion to dismiss brief to exceed the 30 page limit by roughly five pages;

STIPULATION FOR OVERLENGTH BRIEF AND EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 1

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

WHEREAS, Defendants alerted Lead Plaintiff of this error and the parties agree, that subject to the Court's approval, and in the interests of fairness, Defendants' brief will be treated as a 35-page brief and therefore, pursuant to Local Rule 7(f)(4), Lead Plaintiff should be allowed an equal number of additional pages in his opposition to Defendants' motion to dismiss brief totaling 35 pages;

WHEREAS, the parties agree that Defendants' reply brief will remain at 15 pages;

WHEREAS, the parties further agree that in the interests of fairness, Lead Plaintiff will receive an additional week to file his opposition brief, but that Defendants' reply brief will remain due on its current due date of October 11, 2022;

WHEREAS, Defendants apologize to Lead Plaintiff and the Court for this mistake and regret the error;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. Defendants' motion to dismiss will be deemed a 35-page brief, and pursuant to Local Rule 7(f)(4), Lead Plaintiff will be given an additional five pages for his opposition to Defendants' motion to dismiss, for a total of 35 pages.

2. Defendants' reply brief will remain at 15 pages.

3. Lead Plaintiff's opposition brief is now due on September 2, 2022.

4. Defendants' reply brief will remain due on its original due date of October 11, 2022.

DATED: August 23, 2022

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Catherine Y. N. Gannon, WSBA No. 47664
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
Raza Rasheed (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000

STIPULATION FOR OVERLENGTH BRIEF AND EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 2

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

| | |
|---|---|
| 1   catherineg@hbsslaw.com | Peter.Morrison@skadden.com |
| | Virginia.Milstead@skadden.com |
| 2   Reed R. Kathrein | Winston.Hsiao@skadden.com |
| 3   Lucas E. Gilmore | Raza.Rasheed@skadden.com |
|     **HAGENS BERMAN SOBOL SHAPIRO LLP** | |
| 4   715 Hearst Avenue, Suite 202 | By:   */s/ Sean C. Knowles* |
|     Berkeley, CA 94710 | Sean C. Knowles, WSBA No. 39893 |
| 5   Telephone: (510) 725-3000 | **PERKINS COIE LLP** |
|     Facsimile: (510) 725-3001 | 1201 Third Avenue, Suite 4900 |
| 6   reed@hbsslaw.com | Seattle, WA 98101 |
|     lucasg@hbsslaw.com | Telephone: (206) 359-8000 |
| 7 | Facsimile: (206) 359-9000 |
| 8   *Lead Counsel for Lead Plaintiff Jaeger* | SKnowles@perkinscoie.com |
| 9   Stacey M. Kaplan | *Attorneys for Defendants* |
|     **KESSLER TOPAZ MELTZER** | *Zillow Group, Inc., Richard Barton,* |
| 10  **& CHECK, LLP** | *Allen Parker, and Jeremy Wacksman* |
|     One Sansome Street, Suite 1850 | |
| 11  San Francisco, CA 94104 | |
|     Telephone: (415) 400-3000 | |
| 12  Facsimile: (415) 400-3001 | |
| 13  skaplan@ktmc.com | |
| 14  Gregory M. Castaldo | |
|     Evan R. Hoey | |
| 15  Helen J. Bass | |
|     **KESSLER TOPAZ MELTZER** | |
| 16  **& CHECK, LLP** | |
|     280 King of Prussia Road | |
| 17  Radnor, PA 19087 | |
|     Telephone: (610) 667-7706 | |
| 18  Facsimile: (610) 667-7056 | |
|     gcastaldo@ktmc.com | |
| 19  ehoey@ktmc.com | |
|     hbass@ktmc.com | |
| 20 | |
| 21  *Additional Counsel for Lead Plaintiff Jaeger* | |

| STIPULATION FOR OVERLENGTH BRIEF AND EXTENDING TIME TO RESPOND TO MOTION TO DISMISS (No. 2:21-cv-01551-TSZ) – 3 | **Skadden, Arps, Slate, Meagher & Flom, LLP** 300 South Grand Avenue, Ste. 3400 Los Angeles, CA 90071 Phone: (213) 687-5000 | **Perkins Coie LLP** 1201 Third Avenue, Suite 4900 Seattle, WA 98101-3099 Phone: (206) 359-8000 Fax: (206) 359-9000 |

# ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED**.

Dated this 24th day of August, 2022.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
Raza Rasheed (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com
Raza.Rasheed@skadden.com

*By: /s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
SKnowles@perkinscoie.com

*Counsel for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Catherine Y. N. Gannon, WSBA No. 47664
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000

STIPULATION FOR OVERLENGTH BRIEF AND EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 4

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1  Seattle, WA 98101
   Telephone: (206) 623-7292
2  Facsimile: (206) 623-0594
3  steve@hbsslaw.com
   catherineg@hbsslaw.com
4
   Reed R. Kathrein
5  Lucas E. Gilmore
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
6  715 Hearst Avenue, Suite 202
7  Berkeley, CA 94710
   Telephone: (510) 725-3000
8  Facsimile: (510) 725-3001
   reed@hbsslaw.com
9  lucasg@hbsslaw.com
10
   *Lead Counsel for Lead Plaintiff Jaeger*
11
   Stacey M. Kaplan
12 **KESSLER TOPAZ MELTZER
   & CHECK, LLP**
13 One Sansome Street, Suite 1850
   San Francisco, CA 94104
14 Telephone: (415) 400-3000
   Facsimile: (415) 400-3001
15 skaplan@ktmc.com

16 Gregory M. Castaldo
   Evan R. Hoey
17 Helen J. Bass
   **KESSLER TOPAZ MELTZER**
18 **& CHECK, LLP**
19 280 King of Prussia Road
   Radnor, PA 19087
20 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
21 gcastaldo@ktmc.com
   ehoey@ktmc.com
22 hbass@ktmc.com

23 *Additional Counsel for Lead Plaintiff Jaeger*

24

25

26

STIPULATION FOR OVERLENGTH BRIEF AND
EXTENDING TIME TO RESPOND TO
MOTION TO DISMISS
(No. 2:21-cv-01551-TSZ) – 5

**Skadden, Arps, Slate, Meagher &
Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000