1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

      v.

ZILLOW GROUP, INC., *et al.*,

                       Defendants.

No. 2:21-CV-01551-TSZ

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Lead Plaintiff and Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on May 12, 2022, Lead Plaintiff filed the Corrected Consolidated Class Action Complaint (the "Complaint") in the above-captioned matter;

WHEREAS, on December 7, 2022, the Court granted in part and denied in part Defendants' Motion to Dismiss the Consolidated Class Action Complaint and granted Lead Plaintiff leave to file an amended complaint by December 21, 2022 (ECF No. 97);

WHEREAS, on December 13, 2022, Lead Plaintiff filed a Notice of Intention Not to Amend Complaint (ECF No. 100);

WHEREAS, pursuant to Local Civil Rule 12(a)(1), Defendants' response to the Complaint is currently due January 4, 2023;

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO ANSWER CORRECTED CONSOLIDATED CLASS
ACTION COMPLAINT
(No. 2:21-cv-01551-TSZ) – 1

**Skadden, Arps, Slate, Meagher &
Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1    WHEREAS, in light of the upcoming holidays and press of business, Lead Plaintiff and

2    Defendants agree to extend Defendants' time to file an answer to January 23, 2023.

3    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

4    the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

5    1.    Defendants must file an answer to the Complaint by January 23, 2023;

6    2.    Nothing herein shall be deemed to constitute a waiver of any rights, defenses,

7    objections or any other application to any court that any party may have with respect to the claims

8    set forth in the Complaint.

9    DATED: December 21, 2022

10   By: s/ Catherine Y.N. Gannon                    By: s/ Peter B. Morrison

11   Steve W. Berman, WSBA No. 12536             Peter B. Morrison (admitted pro hac vice)
     Catherine Y. N. Gannon, WSBA No. 47664     Virginia F. Milstead (admitted pro hac vice)
12   **HAGENS BERMAN SOBOL SHAPIRO LLP**           Winston Hsiao (admitted pro hac vice)
                                                  Raza Rasheed (admitted pro hac vice)
13   1301 Second Avenue, Suite 2000               **SKADDEN, ARPS, SLATE, MEAGHER**
     Seattle, WA 98101                            **& FLOM, LLP**
14   Telephone: (206) 623-7292                    300 South Grand Avenue, Suite 3400
     Facsimile: (206) 623-0594                    Los Angeles, CA 90071
15   steve@hbsslaw.com                            Telephone: (213) 687-5000
     catherineg@hbsslaw.com                       Facsimile: (213) 521-5000
16                                                Peter.Morrison@skadden.com
     Reed R. Kathrein                             Virginia.Milstead@skadden.com
17   Lucas E. Gilmore                             Winston.Hsiao@skadden.com
     **HAGENS BERMAN SOBOL SHAPIRO LLP**           Raza.Rasheed@skadden.com
18   715 Hearst Avenue, Suite 202
     Berkeley, CA 94710                            By: s/ Sean C. Knowles
19   Telephone: (510) 725-3000                    Sean C. Knowles, WSBA No. 39893
     Facsimile: (510) 725-3001                    **PERKINS COIE LLP**
20   reed@hbsslaw.com                             1201 Third Avenue, Suite 4900
     lucasg@hbsslaw.com                           Seattle, WA 98101
21                                                Telephone: (206) 359-8000
                                                  Facsimile: (206) 359-9000
22   *Lead Counsel for Lead Plaintiff Jaeger*      SKnowles@perkinscoie.com

23   Stacey M. Kaplan
     **KESSLER TOPAZ MELTZER**                      *Attorneys for Defendants*
24   **& CHECK, LLP**                              *Zillow Group, Inc., Richard Barton,*
     One Sansome Street, Suite 1850               *Allen Parker, and Jeremy Wacksman*
25   San Francisco, CA 94104
     Telephone: (415) 400-3000
26

**Skadden, Arps, Slate, Meagher &**
**Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1   Facsimile: (415) 400-3001
    skaplan@ktmc.com
2

3   Gregory M. Castaldo
    Evan R. Hoey
4   Helen J. Bass
    **KESSLER TOPAZ MELTZER**
5   **& CHECK, LLP**
    280 King of Prussia Road
6   Radnor, PA 19087
    Telephone: (610) 667-7706
7   Facsimile: (610) 667-7056
    gcastaldo@ktmc.com
8   ehoey@ktmc.com
    hbass@ktmc.com
9

10  *Additional Counsel for Lead Plaintiff Jaeger*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Skadden, Arps, Slate, Meagher &**
**Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

**ORDER**

Pursuant to the above Stipulation, **IT IS SO ORDERED**. *Thomas S Zilly*

_____
The Honorable Thomas S. Zilly

Presented by:

By: *s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
Raza Rasheed (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com
Raza.Rasheed@skadden.com

By: *s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
SKnowles@perkinscoie.com

*Counsel for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

By: *s/ Catherine Y.N. Gannon*
Steve W. Berman, WSBA No. 12536
Catherine Y. N. Gannon, WSBA No. 47664
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER CORRECTED CONSOLIDATED
CLASS ACTION COMPLAINT
(No. 2:21-cv-01551-TSZ) – 4

**Skadden, Arps, Slate, Meagher &**
**Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1  Telephone: (206) 623-7292
2  Facsimile: (206) 623-0594
   steve@hbsslaw.com
3  catherineg@hbsslaw.com

4  Reed R. Kathrein
   Lucas E. Gilmore
5  **HAGENS BERMAN SOBOL SHAPIRO LLP**
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  reed@hbsslaw.com
   lucasg@hbsslaw.com
9
   *Lead Counsel for Lead Plaintiff Jaeger*
10
11 Stacey M. Kaplan
   **KESSLER TOPAZ MELTZER**
12 **& CHECK, LLP**
   One Sansome Street, Suite 1850
13 San Francisco, CA 94104
   Telephone: (415) 400-3000
14 Facsimile: (415) 400-3001
   skaplan@ktmc.com
15
16 Gregory M. Castaldo
   Evan R. Hoey
17 Helen J. Bass
   **KESSLER TOPAZ MELTZER**
18 **& CHECK, LLP**
   280 King of Prussia Road
19 Radnor, PA 19087
   Telephone: (610) 667-7706
20 Facsimile: (610) 667-7056
   gcastaldo@ktmc.com
21 ehoey@ktmc.com
   hbass@ktmc.com
22
   *Additional Counsel for Lead Plaintiff Jaeger*
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER CORRECTED CONSOLIDATED
CLASS ACTION COMPLAINT
(No. 2:21-cv-01551-TSZ) – 5

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000