UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER,<br><br>            Plaintiff,<br><br>  v.<br><br>ZILLOW GROUP, INC., et al.,<br><br>            Defendant. | C21-1551 TSZ<br><br>ORDER |

The Motion for Withdrawal of Attorneys Duncan C. Turner, Jeremy A. Lieberman, and J. Alexander Hood II, docket no. 101, is hereby GRANTED. It is ORDERED that they are permitted to withdraw their appearance as counsel in this matter for Consolidated Plaintiff Steven Silverberg and Movant Steven Hackbarth.

IT IS SO ORDERED.

Dated this 5th day of January, 2023.

*Thomas S. Zilly* (signature)

_____
Thomas S. Zilly
United States District Judge

ORDER - 1