# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JEREMY JAEGER, on behalf of himself and all others similarly situated, | | |
| Plaintiff, | C21-1551 TSZ | |
| v. | MINUTE ORDER | |
| ZILLOW GROUP, INC., et al., | | |
| Defendants. | | |

| | |
|---|---|
| **JURY TRIAL DATE** | **June 2, 2025** |
| Length of Trial | 10 days |
| Substantial Completion of Rolling Production of Non-Privileged Documents | January 29, 2024 |
| Final Privilege Log Production | February 12, 2024 |
| Discovery on class certification issues completed by | March 11, 2024 |
| Any motions related to class certification must be filed by and noted on the motion calendar June 14, 2024 | May 9, 2024 |
| Any responses to motions for class certification filed by | May 31, 2024 |
| Any replies in support of motions for class certification filed by | June 14, 2024 |
| Initial Mediation Session on or before | May 31, 2024 |
| Deadline for joining additional parties | May 9, 2024 |

MINUTE ORDER - 1

| | |
|---|---|
| Any motions for leave to amend pleadings filed by | July 5, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 23, 2024 |
| All motions related to discovery must be filed by | September 26, 2024 |
| All remaining discovery completed by | October 24, 2024 |
| All dispositive motions must be filed by<br>    and noted on the motion calendar January 24, 2025 | December 19, 2024 |
| Any responses to dispositive motions filed by | January 10, 2025 |
| Any replies in support of dispositive motions filed by | January 24, 2025 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by<br>    and noted on the motion calendar January 24, 2025 | January 2, 2025 |
| Any responses to expert-related motions filed by | January 17, 2025 |
| Any replies in support of expert-related motions filed by | January 24, 2025 |
| All motions *in limine* must be filed by<br>    and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | April 17, 2025 |
| Agreed Pretrial Order due[1] | May 16, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | May 16, 2025 |
| Pretrial conference to be held at 10:00 a.m. on | May 23, 2025 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court,

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at 206-370-8521, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if

plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Chambers at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of July, 2023.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 4