The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DIBAKAR BARUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>NOTED ON MOTION CALENDAR: December 15, 2023 |

This matter comes before the Court on the parties' Stipulated Motion to Amend Scheduling Order. Having reviewed the Stipulated Motion, and good cause appearing, it is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order is GRANTED in part and the case schedule is hereby modified as follows:

| Event | Current Deadline | NEW Deadline |
|---|---|---|
| **Class Certification/Amendments** | | |
| Discovery on Class Certification Issues (Excluding Class Certification Expert Witness Depositions) Completed By | March 11, 2024 | March 11, 2024 |
| Motion for Class Certification and produce Rule 26(b)(4)(C) material | May 9, 2024 | March 14, 2024 |

ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER – 1
No. 2:21-cv-01551-TSZ

| Event | Current Deadline | NEW Deadline |
|---|---|---|
| Deadline for Joining Additional Parties | May 9, 2024 | March 14, 2024 |
| Opposition to Class Certification & Production of Rule 26(b)(4)(C) Material | May 31, 2024 | April 26, 2024 |
| Class Certification Expert Witness Depositions | n/a | May 24, 2024 |
| Reply in Further Support of Class Certification | June 14, 2024 | June 7, 2024 |
| Initial Mediation Session By | May 31, 2024 | May 1, 2024 |
| **Merits Expert Witnesses** | | |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | July 23, 2024 | July 31, 2024 |
| Discovery Motion Cutoff | September 26, 2024 | September 5, 2024 |
| Completion of All Discovery [Fact and Expert] | October 24, 2024 | September 20, 2024 |
| **Motions for Dispositive Relief and Expert-Related Matters** | | |
| Deadline for Defendants to File Dispositive Motions and Daubert Motions<br><br>The parties may each file only one dispositive motion and one consolidated Daubert motion.  The consolidated Daubert motion may be the length of a dispositive motion (8,400 words).  The parties must indicate which portions of any consolidated Daubert motion are necessary for resolution of dispositive motions.  The Daubert and dispositive motions must be noted for February 7, 2025. | December 19, 2024 | October 17, 2024 |
| Oppositions to any Dispositive or Daubert Motions | January 2, 2025 | December 19, 2024 |
| Replies to any Dispositive or Daubert Motions | January 24, 2025 | February 7, 2025 |

ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER – 2
No. 2:21-cv-01551-TSZ

**All other deadlines remain in full force and effect.** *See* **Minute Order (docket no. 108).**

**IT IS SO ORDERED.**

DATED: December 20, 2023.

_____
HONORABLE THOMAS S. ZILLY
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER – 3
No. 2:21-cv-01551-TSZ