The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>    Defendants. | No. 2:21-cv-01551-TSZ<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br>JUNE 14, 2024 |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

I, Steve W. Berman, declare as follows:

1. I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman" or "Lead Counsel"), which represents the Court-appointed Lead Plaintiff Jeremy Jaeger ("Lead Plaintiff"). *See* ECF No. 61. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, filed concurrently herewith.

3. Since this Court appointed Hagens Berman as Lead Counsel, *see* ECF No. 55, the firm, under Lead Plaintiff's supervision and direction, and with the assistance of Additional Counsel Kessler Topaz Meltzer & Check, LLP, has:

    a.    thoroughly analyzed, researched, and investigated the securities law claims at issue, including interviews with multiple former employees of Zillow, Grp., Inc. ("Zillow");

    b.    drafted a detailed amended complaint;

    c.    successfully opposed Defendants' motions to dismiss;

    d.    analyzed the Court's motion to dismiss opinion;

    e.    continued investigation and research into Lead Plaintiff's claims;

    f.    begun pursuing discovery from Defendants, including propounding document requests, issuing requests for admission, and participating in multiple meet and confers with other counsel;

    g.    reviewed nearly 200,000 documents produced by other parties;

    h.    assisted Lead Plaintiff in responding to Defendants' discovery requests;

    i.    retained a market efficiency expert;

DECLARATION ISO LEAD PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION - 1
Case No. 3:19-cv-03422-SI



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

j.      filed a motion for class certification; and

k.      regularly updated Lead Plaintiff on developments in this litigation, among other things.

4.      Lead Counsel is willing and able to continue committing the necessary resources to achieve a successful recovery for the proposed Class.

5.      Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Zachary Nye, dated March 14, 2024.

6.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Jeremy Jaeger in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, dated March 14, 2024.

7.      Attached as **Exhibit C** is a true and correct copy of the firm resume of Hagens Berman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of March 2024, in Seattle, Washington.

By: /s/ *Steve W. Berman*
Steve W. Berman

DECLARATION ISO LEAD PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION - 2
Case No. 3:19-cv-03422-SI



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX