# Exhibit B

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, individually and on
behalf of all others similarly situated,

                    Plaintiff,

        v.

ZILLOW GROUP, INC., RICHARD
BARTON, ALLEN PARKER, and
JEREMY WACKSMAN,

                    Defendants.

No. 2:21-cv-01551-TSZ

CLASS ACTION

**DECLARATION OF LEAD PLAINTIFF
JEREMY JAEGER IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION,
APPOINTMENT OF CLASS
REPRESENTATIVE, AND
APPOINTMENT OF CLASS COUNSEL**

**NOTE ON MOTION CALENDAR:**
JUNE 14, 2024

***Oral Argument Requested***

DECLARATION ISO LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

I, Jeremy Jaeger, declare as follows:

1. I am the Court-appointed Lead Plaintiff in this matter. *See* Dkt. No. 61. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently as to the following.

2. I currently reside in Loomis, California. I presently work as a president of a general emerging contractor company based in Roseville, California. This company specializes in underground utility installation, remediation, and repair for residential, commercial, and municipal clients.

3. During the Class Period, I purchased shares of Zillow common stock and suffered substantial losses thereby.

4. Since my appointment as Lead Plaintiff on February 16, 2022, I have been committed to actively managing and vigorously prosecuting this litigation.

5. I have reviewed and monitored the prosecution of this Action with Lead Counsel Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). Among other things, I have:

    a. reviewed periodic updates and other correspondence from Lead Counsel regarding this Action;

    b. read draft and/or final versions of the Consolidated Amended Class Action Complaint;

    c. received news of other important filings in this Action;

    d. discussed with Lead Counsel requests served upon Defendants and several third-party entities for documents and information concerning the claims and defenses in this Action;

e.     worked with Lead Counsel to respond to Defendants' document requests and interrogatories; and

f.     participated in periodic meetings and discussions with Lead Counsel regarding this Action's status, including its strengths and weaknesses, litigation strategy, and significant developments.

6.     As was true with respect to my efforts to date in connection with this Action, I am committed to working with Lead Counsel in the vigorous and effective prosecution of this case on behalf of the proposed Class to obtain the largest recovery for the proposed Class that is consistent with good faith efforts, sound judgment, and meritorious advocacy. This commitment includes (i) meeting and communicating frequently with counsel, (ii) devoting my time and resources whenever necessary, (iii) participating in depositions, mediations, and trial, if requested to do so, (iv) reviewing important filings, (v) authorizing any potential settlement on behalf of the Class, and (vi) approving any requests for attorneys' fees or expenses by counsel.

7.     I understand that, as a Class Representative, I would owe a fiduciary duty to all members of the proposed Class.

8.     I have no conflicts with the interests of the Class.

9.     I understand that my share of any recovery will be the same as every other potential Class member. I will not accept any payment for serving as a representative party beyond my respective pro rata share, except any reasonable costs and expenses (e.g., lost wages and travel expenses) directly related to the Class representation, as ordered or approved by the Court.

10.     I also support Hagens Berman's appointment as Class Counsel. Hagens Berman has devoted significant time and resources to investigating Defendants' alleged fraud. Through

DECLARATION ISO LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION - 2



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

their representative efforts to date, the firm and its attorneys have demonstrated they are strongly dedicated to representing the Class's best interests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of March 2024, in Loomis, California.

DocuSigned by:

*Jeremy Jaeger*

AC2A04F020D7441...

Jeremy Jaeger

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX