# EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

:

JAEGER V. ZILLOW GROUP INC., ET AL.          :

:          2:21-CV-01551-TSZ

:

:

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**EXPERT REPORT OF FATEN SABRY, PH.D.**

**April 26, 2024**

## TABLE OF CONTENTS

Table of Contents ..................................................................................................................... i

List of Exhibits ...................................................................................................................... iv

I. Introduction and Background ......................................................................................... 1

II. Qualifications and Materials Considered ...................................................................... 2

    A. Qualifications .......................................................................................................... 2
    B. Materials Considered .............................................................................................. 3

III. Summary of Zillow Offers and the iBuying Industry .................................................... 3

    A. Zillow Offers ........................................................................................................... 3
    B. Developments in the iBuying Industry After the Class Period .............................. 8

IV. Overview of Lead Plaintiff's Allegations .................................................................... 10

    A. Alleged False and Misleading Statements ............................................................ 10

        1. Alleged False and Misleading Statements about Zillow's Reliance on and
           Improvements to its Pricing Algorithms ..................................................... 10

        2. Alleged Misrepresentations Attributing the Growth in Zillow's Inventory to
           Consumer Demand ...................................................................................... 11

        3. Alleged Misstatements about Zillow's Renovation Process Improvements ........... 12

    B. Alleged Corrective Disclosures ............................................................................. 13

        1. RBC Analyst Report on October 4, 2021 at 12:15 AM ET ...................... 14

        2. Bloomberg's Report That Zillow Paused the Purchase of Homes on October 17,
           2021 at 12:05 PM ET ................................................................................ 14

        3. KeyBanc Analyst Report on Sunday October 31, 2021 and Bloomberg's Report
           on November 1, 2021 at 2:45 PM ET that Zillow Overpaid for Homes Across
           Various Markets ......................................................................................... 15

        4. Zillow's Third Quarter Earnings Results on November 2, 2021 at 4:05 PM ET ..... 16

V. Assignment and Summary of Opinions ....................................................................... 17

VI. Overview of Methodology to Assess Price Impact ..................................................... 22

    A. In an Efficient Market, Prices React Quickly to All Publicly Available, Relevant
       Information ............................................................................................................. 22
    B. Event Study Methodology to Determine Whether Stock Price Movement was
       Statistically Significant .......................................................................................... 24
    C. Assessment of Alleged Misstatements and Alleged Corrective Disclosures ........ 27
    D. Assessment of Equity Analyst Reports ................................................................. 28

VII. Opinion 1. The Alleged Misstatements Had No Price Impact At the Time they Were Made
    ......................................................................................................................................... 30

    A. The August 5, 2021 Alleged Misstatements Had No Price Impact at the Time They
       Were Made ............................................................................................................. 30

1.     Zillow's Earlier Disclosure on May 4, 2021 About its "Durable" Renovation Improvements Had No Statistically Positive Effect .................................... 31

2.     Zillow's Earlier Disclosure on June 15, 2021 about Improvements in its Pricing Algorithm Had No Significant Positive Price Reaction ........................... 34

3.     Zillow's Stock Price Did Not Increase Following the Alleged Misstatements on August 5, 2021 .................................................................................... 36

4.     Consistent with the Stock Price Decline, Most Equity Analysts Reduced their Estimated Valuations of Zillow Homes Following August 5, 2021 ...................... 37

5.     Some Equity Analysts Expressed Skepticism that the Increased Number of Acquired Properties Was Due to the Improved Algorithm, or that Expanding Zillow Homes Was Desirable ........................................................................ 38

B.   The Alleged Misstatements on September 13, 2021 Had No Price Impact at the Time They Were Made ........................................................................................ 39

1.     The September 13, 2021 Alleged Misstatements Did Not Contain New Information ....................................................................................................... 39

2.     The Increase in Zillow's Stock on September 13 Occurred Prior to the Alleged Misstatement ...................................................................................... 42

VIII.   Opinion 2: The Alleged Corrective Disclosures Did Not Have Price Impact That Is Attributable to the Misstatements ................................................................................ 43

A.   There is No Price Impact from the October 4, 2021 Alleged Corrective Disclosure ...... 44

1.     The RBC Report Did Not Address the Pricing Overlays or Renovation Operations ........................................................................................................ 44

2.     The RBC Report on October 4, 2021 Was Not Followed by a Statistically Significant Negative Stock Price Reaction .......................................................... 44

3.     The RBC Report Was Based on Publicly Available Data ....................................... 45

4.     The RBC Report Concluded that Zillow's Overpayments Did Not "Matter That Much" ............................................................................................................... 46

5.     Other Equity Analysts Did Not Report the Results of the RBC Analysis ............... 46

B.   The Alleged Corrective Disclosures on October 17 and 18, 2021 Had No Price Impact Attributable to the Misstatements ............................................................................. 46

1.     The October 17 and 18 Alleged Corrective Disclosures Did Not Address the Alleged Misstatements ..................................................................................... 47

2.     Zillow's Decision to "Pause" Acquisitions Due to Labor Supply Issues Is Consistent with Macroeconomic Conditions at the Time ...................................... 48

3.     Equity Analysts Did Not Attribute Zillow's Announcement to the Use of "Pricing Overlays" or to Reductions in Renovation Scope and Pay ...................... 49

C.   The KeyBanc Equity Analyst Report on October 31, 2021 or the November 1, 2021 Bloomberg Report Had No Price Impact Attributable to the Misstatements ................ 51

ii

1. The October 31 and November 1 Alleged Corrective Disclosures Did Not Address the Alleged Misstatements ...................................................................52

2. Analysts Reports Prior to October 31, 2021 Disclosed Findings Similar to KeyBanc's and There Was No Statistically Significant Negative Price Reactions ....................................................................................................53

3. Equity Analysts Did Not Attribute the Results of the KeyBanc Analysis or the Bloomberg Article to Zillow's Use of "Pricing Overlays" or to Reduction in Zillow's Payments to Contractors ...........................................................57

D. The Alleged Corrective Disclosures on November 2, 2021 Did Not Have Price Impact Attributable to the Misstatements ...........................................................59

1. The November 2, 2021 Alleged Disclosures Did Not Address the Alleged Misstatements ...................................................................................59

2. No Equity Analyst Attributed Zillow's Inventory Impairment or Decision to Wind Down Zillow Offers to Zillow's Use of "Pricing Overlays" or to Reduction in Zillow's Payments to Contractors ......................................60

3. Zillow's Announced Impairment on November 2, 2021 Was Consistent with the Earlier Disclosures of Losses .................................................................61

4. Zillow's Strategic Decision to "Wind Down" Zillow Offers Was a Realization of Previously Disclosed Risks ........................................................................63

E. There Were No Statistically Significant Price Reactions Following the News of Zillow's Use of Overlays and Reduction of Scope of Renovation ...............................67

1. The Business Insider Article on November 9, 2021 Was Not Followed by a Statistically Significant Price Reaction ...............................................67

2. The WSJ Article on November 17, 2021 Was Not Followed by a Statistically Significant Price Reaction ...............................................69

Appendix I - Curriculum Vitae ................................................................................. 72

Appendix II – Materials Considered ........................................................................ 73

Appendix III ................................................................................................................ 74

Appendix IV ................................................................................................................ 84

Appendix V ................................................................................................................. 86

Appendix VI ................................................................................................................ 89

Appendix VII .............................................................................................................. 90

Appendix VIII ............................................................................................................. 96

Appendix IX ................................................................................................................ 98

Appendix X ................................................................................................................ 100

## LIST OF EXHIBITS

Exhibit 1.    Stock Prices of Offerpad and Opendoor Decreased Precipitously in 2022 ... 9

Exhibit 2.    Zillow's May 4, 2021 Statements Regarding Renovations Were Similar to the Alleged August 5, 2021 Misstatements ........................................................ 32

Exhibit 3.    Zillow's First Quarter Earnings Announcement Was Not Followed by a Statistically Significant Price Increase ......................................................... 34

Exhibit 4.    Zillow's News About the Improved Algorithm on June 15, 2021 Had A Negative Price Reaction that Was Not Significant ........................................ 36

Exhibit 5.    The Nye Report Demonstrates that there Was No Statistically Significant Price Increase Following the Alleged Misrepresentations on August 5, 2021 ..... 37

Exhibit 6.    Most Equity Analysts Decreased Their Valuations of Zillow Homes Following the Alleged Misstatements on August 5, 2021 ............................................ 38

Exhibit 7.    The News in the September 13, 2021 Alleged Misstatements Is Similar to the Alleged Misstatements on August 5, 2021 and June 15, 2021 .................... 41

Exhibit 8.    Zillow's Class A and Class C Shares Increased by 0.73 Percent and 1.03 Percent, Respectively, Between the Start of Zillow's Presentation and the End of Trading on September 13, 2021 ..................................................... 43

Exhibit 9.    There Was No Statistically Significant Price Reaction Following the Publication of the RBC Report on October 4, 2021 .................................... 45

Exhibit 10.    Reasons Identified by Equity Analysts for Zillow's Announced Home Purchasing Pause on October 18 ................................................................ 50

Exhibit 11.    Dr. Nye's Analysis Demonstrates that There Were No Statistically Significant Negative Price Reactions Following Multiple Analyses of Zillow's Acquisition and Listing Prices from October 19 to October 29 ...................................... 56

Exhibit 12.    Reasons Identified by Equity Analysts for the Results of the KeyBanc Analysis and the November 1 Report of Zillow's Decision to Sell Inventory for $2.8 Billion ........................................................................................................ 58

Exhibit 13.    Reasons Identified by Equity Analysts for the Zillow's Inventory Impairment and Zillow's Decision to Wind Down Zillow Offers ................................. 61

Exhibit 14.    Zillow's Inventory Impairment Reported on November 2 Was Consistent with Previously Reported Losses and Zillow's Selling Expenses ...................... 63

Exhibit 15.    Zillow's Market Capitalization Decreased by $11.87 Billion Following the Four Alleged Corrective Disclosures Which Is Inconsistent with the No Positive Reaction Following the Alleged Misstatements ............................ 65

Exhibit 16.    There Was Not a Statistically Significant Price Reaction Following the Business Insider Article on November 9, 2021 .......................................... 68

Exhibit 17.    There Was Not a Statistically Significant Price Reaction Following the WSJ Article on November 17, 2021 .................................................................... 70

## I.    INTRODUCTION AND BACKGROUND

1.      I have been retained by Counsel for Zillow Group, Inc. ("Zillow" or "Company") and individual defendants Richard N. Barton, Allen W. Parker and Jeremy Wacksman (collectively "Defendants"), in connection with *Jeremy Jaeger v. Zillow Group, et al.* I have been asked to assess whether the alleged misstatements at issue had a price impact on Zillow's common stock. I have also been asked to review and respond to certain opinions expressed in the Expert Report of Dr. Zachary Nye dated March 14, 2024 ("Nye Report").

2.      I understand that in his May 12, 2022 Corrected Consolidated Class Action Complaint, ("Complaint" or "Corrected Consolidated Complaint") as modified by the Court's Order on December 7, 2022, to the motion to dismiss (the "Order"), Lead Plaintiff Jeremy Jaeger ("Lead Plaintiff") has alleged claims of securities fraud against the Defendants.

3.      I understand that Lead Plaintiff has asserted claims on behalf of purchasers of Zillow common stock Class A and C shares under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 regarding materially false and misleading statements.[1] I understand Lead Plaintiff seeks to certify a class of persons or entities consisting of all persons who purchased or otherwise acquired the common stock of Zillow during the period of August 5, 2021 to November 2, 2021, inclusive ("Class Period.")[2]

4.      The Complaint alleges that Zillow made different types of false or misleading statements during the Class Period concerning its former Zillow Offers business segment, that allegedly inflated the share prices of Zillow during the Class Period and subsequently caused damages to investors. These misstatements are categorized as follows: (1) statements about Zillow's reliance on and improvements to its algorithms; (2) statements attributing Zillow's inventory growth to consumer demand caused by improving offer prices; and (3) statements

---

[1] Corrected Consolidated Complaint, p. 5.

[2] Corrected Consolidated Complaint, p. 5.

concerning the durability of operational, unit economic, and/or renovation process improvements.[3] I discuss the allegations in detail below in Section IV.

## II.   QUALIFICATIONS AND MATERIALS CONSIDERED

### A.   Qualifications

5.      I am a Senior Managing Director in the Securities and Finance Practice at National Economic Research Associates, Inc. ("NERA") and Chair of the Global Securities and Finance Practice. I provide economic consulting and expert witness work in securities, class actions and bankruptcy matters. I have over twenty-five years of experience in performing economic analyses of class certification, liability, materiality, and damages. I have conducted event studies in numerous securities class actions to, among other things, opine on whether alleged misstatements had any price impact on the defendant company's publicly traded stock. I have conducted valuations of fixed income securities, illiquid assets, businesses, derivatives, and litigation settlements. I also have testified as an expert in state and federal courts.

6.      I am the author of various articles on the credit crisis, the Supreme Court's decision in *Comcast Corp. v. Behrend,* 569 U.S. 27 (2013), the impact of securitization on the cost and availability of credit to consumers, alternatives to LIBOR, econometric analysis of mutual funds' advisory fees, and claiming behavior. My research has been published in the Journal of Fixed Income, The Handbook of Mortgage-Backed Securities, the Journal of Structured Finance, Journal of Real Estate Practice, Journal of Investment Compliance, Journal of Alternative Investments, Business Economics, International Trade Journal, and other periodicals.

7.      I am a member of the American Finance Association and the American Statistics Association. I have been accredited as a professional statistician by the American Statistics Association. I received my Ph.D. in Business from Stanford Business School. Prior to joining NERA, I was a Post-Doctoral Fellow at the International Food Policy Research Institute and an assistant professor of economics at the American University, where I taught graduate and undergraduate economic courses.

---

[3] Corrected Consolidated Complaint, ¶¶ 151-159; Order regarding the motion to dismiss dated December 7, 2022 ("Order"), pp. 5-6.

8.      My curriculum vitae, attached as **Appendix I**, summarizes my qualifications and professional experience, testimony history, and the publications I have authored.

### B.      Materials Considered

9.      As part of my analysis of the alleged misstatements and alleged corrective disclosures that form the basis for Lead Plaintiff's allegations, I assessed Lead Plaintiff's Corrected Consolidated Complaint, other filings in the matter, the Nye Report, news articles, academic articles, and equity analysts' reports, among other documents. The materials considered in preparing my report are listed in **Appendix II**.

## III.   SUMMARY OF ZILLOW OFFERS AND THE iBUYING INDUSTRY

10.      Zillow is a leading digital real estate company that enables customers to sell, buy, rent, and finance residential real estate in the United States. Through its "living database of more than 135 million U.S. homes" and Zestimate, its "patented proprietary automated valuation model," Zillow is able to provide real-time home value estimates.[4] Millions of people visit Zillow's website every month. According to the company, traffic to Zillow's services reached 245 million unique users in July 2020, with more than 9.6 billion visits to Zillow's mobile applications and websites (primarily to Zillow, Trulia, and StreetEasy) in 2020.[5] Zillow has two publicly traded classes of common shares, its "A" Class and its "C" Class. Both classes of Zillow shares trade on NASDAQ under the tickers "ZG" and "Z," respectively.[6] Holders of Class A shares are entitled to one vote per share and Class C shares are non-voting.[7]

### A.      Zillow Offers

11.      Zillow initiated its iBuying business, Zillow Offers, in April 2018 to provide homeowners in certain metropolitan areas with the opportunity to receive offers to purchase their

---

[4] Zillow Group, Inc. Form 10-K for the year ended December 31, 2020. p. 3.

[5] Zillow Group, Inc. Form 10-K for the year ended December 31, 2020. p. 3.

[6] Zillow Group, Inc. Form 10-K for the year ended December 31, 2020. p. 38.

[7] Zillow Group's capital structure also includes "B" Class shares. Holders of Class B shares are entitled to 10 votes per share. As of December 31, 2020 all Class B shares were held or controlled by Richard Barton and Lloyd Frink, the founders of Zillow Group. Class B stock is not listed and there is no established public trading market. Zillow Group, Inc. Form 10-K for the year ended December 31, 2020, pp. 35, 38, and 103.

home from Zillow.[8] If a homeowner accepted an offer from Zillow Offers, Zillow bought the house, made repairs and updates, and later listed the house for re-sale on the open market.[9] Zillow explained that Zillow Offers was part of a new future for the Company and part of a larger "vision…to create an integrated real estate experience that combines advanced technology with high touch services into a single platform to remove friction and one day, make moving between homes as simple as trading in your car."[10]

12.     Zillow Offers competed with iBuying companies such as Opendoor, Offerpad, and RedfinNow, the iBuying business of Redfin.[11] When Zillow entered the iBuying market, all three competitors were already present, with Opendoor, Offerpad, and RedfinNow launching in 2014, 2015, and 2017, respectively.[12]

13.     As of 2021, Zillow's business was organized into three primary business segments: Homes; Internet, Media & Technology ("IMT"); and Mortgages.[13] The Homes segment included the "financial results from [Zillow's] purchase and sale of homes directly through Zillow Offers" as well as the "financial results from the title and escrow services provided through Zillow Closing Services."[14] Between 2019 and 2021, Zillow Offers generated more than 99 percent of the Homes Segment revenue.[15] The IMT segment included the "financial results for the Premier Agent, rentals and new construction marketplaces, dotloop, ShowingTime, display and other advertising and business software solutions."[16] Finally, the

---

[8] Zillow Group, Inc. Form 10-K for the year ended December 31, 2018. p. 3.

[9] Zillow Group, Inc. Form 10-K for the year ended December 31, 2018. p. 9.

[10] "Zillow Group, Inc. Q3 2019 Earnings Call," Zillow Group, Inc., November 7, 2019.

[11] Alina Ptaszynski, "Raleigh Led Nation in iBuyer Market Share in 2019, followed by Phoenix, Charlotte and Atlanta," Redfin News, February 25, 2020.

[12] Corrected Consolidated Complaint, ¶ 3.

[13] Zillow Group, Inc. Form 10-K for the year ended December 31, 2021. p. 3.

[14] Zillow Group, Inc. Form 10-K for the year ended December 31, 2021. p. 3.

[15] Zillow Group, Inc. Form 10-K for the year ended December 31, 2020. p. 44; Zillow Group, Inc. Form 10-K for the year ended December 31, 2021. p. 47.

[16] Zillow Group, Inc. Form 10-K for the year ended December 31, 2021. p. 3.

Mortgages segment included the "financial results for mortgage originations through Zillow Home Loans, and advertising sold to mortgage lenders and other mortgage professionals."[17]

14.     While the majority of Zillow's revenue was attributable to the Homes segment, the Homes segment was reported as generally unprofitable during this time. The Homes segment reported a negative adjusted EBITDA (earnings before interest, taxes, depreciation, and amortization) between 2019 and 2021. In 2019, the Homes segment reported an adjusted EBITDA of negative $241 million. Adjusted EBITDA decreased to approximately negative $650 million in 2021. The IMT segment, on the other hand, reported a positive adjusted EBITDA from 2019 to 2021.[18]

15.     Zillow explained from the start that Zillow Offers was not about maximizing profitability from the purchase and sale transaction in the short run, but rather about becoming a market maker that prioritizes scaling the business and reducing operational expenses over short term profitability.[19] To help achieve that goal, Zillow disclosed that it set a "guardrail" profit margin of 200 plus or minus basis points for its Zillow Offers purchases and re-sales, which is a narrow profit margin.[20]

16.     During the fourth quarter of 2020 and the first quarter of 2021, the profit margin of Zillow Offers exceeded the 200 basis points profit targets and the Company realized higher profit margins of 6.68 percent and 5.49 percent, respectively.[21] Zillow stated that these high profit margins and the resulting low rates of acquisition was a problem because it meant lower acquisitions than targeted. On the May 4, 2021 earnings call, Defendant Richard Barton explained: "The margins that we're earning on a unit basis right now are not what our goal is […] [Zillow Offers] is only going to be a giant business when the pricing is perceived to be fair to consumers. So it's not our goal to have 549 basis points."[22]

---

[17] Zillow Group, Inc. Form 10-K for the year ended December 31, 2021. pp. 3-4.

[18] Zillow Group, Inc. Form 10-Ks for the years ended December 31, 2020, p. 46 and December 31, 2021, p. 48.

[19] Corrected Consolidated Complaint, ¶¶ 81-82.

[20] Corrected Consolidated Complaint, ¶¶ 81-82.

[21] Corrected Consolidated Complaint, ¶¶ 86-88.

[22] "Zillow Group, Inc. Q1 2021 Earnings Call," Zillow Group, Inc, May 4, 2021.

17.     Prior to the start of the Class Period on August 5, 2021, the Company specifically disclosed the need to make changes to its pricing algorithm so that it can increase the number of home purchases. Zillow disclosed that the reason for the high profit margins was due to Zillow's pricing methodologies being unable to keep up with the historic growth in home price appreciation that began at the end of 2020/early 2021. In other words, Zillow's home acquisition offers were too low which caused Zillow to acquire fewer homes than it projected.[23]

18.     Zillow disclosed that it determined how much to pay for houses in Zillow Offers through a combination of "in-person evaluations and data science and proprietary algorithms based on a number of factors, including [its] knowledge of the real estate markets in which Zillow Offers operates. These assessments included the estimated time from purchase to sale, the cost of updating a home, market conditions and potential resale proceeds, closing costs and holding costs."[24] Zillow disclosed that data and models "provide the foundation for our pricing algorithms for Zillow Offers, although substantially more home-specific information is incorporated to further refine the valuation for this application."[25] Part of Zillow's offers were "based in large part on [its] estimates of projected demand."[26]

19.     Zillow disclosed the risks associated with its Zillow Offers business in its public filings well before the Class Period. For example, Zillow disclosed that "Zillow Offers is an unproven business model," "still nascent compared to the business model of the incumbents in the United States residential real estate industry," and "Could Fail to Achieve Expected Results and Cause Harm to Our Financial Results, Operations, and Reputation."[27]

20.     Also, before the Class Period, Zillow disclosed various risks associated with the pricing algorithm. Zillow disclosed that "Our Zillow Offers Business Depends on Our Ability to Accurately Value Homes and Manage Inventory," and that Zillow's pricing "assessments may be inaccurate."[28] "If valuations are too low and/or fees are too high, conversion rates and customer

---

[23] Corrected Consolidated Complaint, ¶¶ 86-88.

[24] Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 13.

[25] Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 4.

[26] Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 14.

[27] Zillow Group, Inc., 10-K for the year ended December 31, 2020. pp. 9, 13.

[28] Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 13.

satisfaction may be adversely impacted, as our offers may not be competitive."[29] Zillow also disclosed that "[W]e evaluate thousands of potential homes daily using our proprietary pricing model and there can be no assurance that we will be able to acquire homes to meet our needs at the prices we expect. If we do not adjust our pricing to stay in line with broader market trends . . . [w]e may acquire homes priced above our expectations or pay more than expected to renovate homes, which may adversely impact our profitability and results of operations."[30]

21.    Also, before the Class Period, Zillow disclosed risks related to relying on their estimates of projected consumer demand and on third-party general contractors. Zillow disclosed that "If actual sales are materially less than our forecasts, we could experience an over-supply of inventory, which may cause downward pressure on our sales prices and profitability and increase our average days to sale."[31] Zillow also disclosed, "Our Zillow Offers business relies on local and national third-party general contractors, vendors and service providers to make upgrades to and perform maintenance on homes prior to resale, and we can provide no assurances regarding the quality of their work, that we will have uninterrupted or unlimited access to their services or that we will be able to effectively control the timing and costs of their projects."[32] Zillow also disclosed similar risks with the Zillow Offers business in its 10-K for the year ended 2019.[33]

22.    On June 15, 2021, Zillow announced that it had made improvements to its pricing algorithm. Zillow disclosed that these improvements led to a national median error rate of the algorithm of 6.9 percent, which was "an improvement of nearly a full percentage point." [34]

23.    Equity analysts and other real estate industry analysts expressed concerns over Zillow's pricing algorithm before the start of the Class Period. In June 2021, Jefferies stated that "iBuyer algorithms are having trouble adjusting to the market because it is changing so quickly. Our expert highlighted how Zillow recently introduced the Zestimate as a standing offer on

---

[29] Zillow Group. 10-K for the year ended December 31, 2020, p. 13.

[30] Zillow Group. 10-K for the year ended December 31, 2020, p. 14.

[31] Zillow Group. 10-K for the year ended December 31, 2020, p. 14.

[32] Zillow Group. 10-K for the year ended December 31, 2020, p. 15.

[33] Zillow Group. 10-K for the year ended December 31, 2019, pp. 8-11.

[34] Zillow Group. "Zillow Launches New Neural Zestimate, Yielding Major Accuracy Gains." PRNewswire. June 15, 2021; Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 3.

homes. However, he believes the Zestimate has become less accurate in this fast-changing market. In fact, the Zestimate has been removed from many listings."[35] In May 2021, KeyBanc stated that Zillow's competitors "may bid up the price Zillow has to pay in order to purchase a home or may have more accurate predictive algorithms in home buying purchasing decisions."[36]

24.     In addition to equity analysts, press coverage also identified the difficulty that Zillow's computer algorithms had in pricing houses prior to the start of the Class Period. For example, real estate analyst Tracey Velt stated that the "[a]ccuracy of the Zillow Zestimate has been in question for years."[37] A CNN article in April 2021 about Zillow Offers questioned the ability of computer models to accurately assess house values. The story described how Zestimates can be far off the ultimate value under some circumstances, quoting a real estate agent who said, "[t]he models can get a lot of information, but you can't have a robot go inside your house."[38]

25.     After Zillow made its strategic decision to wind down Zillow Offers in November 2021, other iBuying businesses encountered various difficulties with the iBuying business model, forcing them to end or significantly reduce their iBuying operations.

## B.     Developments in the iBuying Industry After the Class Period

26.     Exhibit 1, below, presents the stock prices of Offerpad and Opendoor anchored to $100 as of August 5, 2021. The stock prices of both companies declined notably since August 5, 2021. By May 9, 2022, approximately six months after the Class Period, the stock prices of both companies had lost more than half of their value. By December 30, 2022, the prices of Offerpad and Opendoor were 4.6 percent and 8.1 percent of their values as of August 2021, respectively.

---

[35] Brent Thill, John Colantuoni, and David Lustberg, "Recap of Call with Top Zillow Premier Agent," Jefferies, June 16, 2021, p. 1.

[36] Edward Yruma, Abigail Zvejnieks, and Samantha Hanley, "Z: 1Q – Strong IMT, Homes in Progress," KeyBanc Capital Markets, May 4, 2021, p. 2.

[37] Tracey Velt, "Zillow says they've got a new, more accurate Zestimate," REAL Trends Newsletter, June 15, 2021.

[38] Anna Bahney, "Selling your home? Here's how accurate online estimates are," CNN, April 21, 2021.

Exhibit 1.     *Stock Prices of Offerpad and Opendoor Decreased Precipitously in 2022*



**Notes and Sources:**
- Data are from FactSet, Opendoor Technologies Inc. Form 10-K for the year ended December 31, 2021, Offerpad Solutions Inc. Transcript for Earnings Call of Third Quarter of 2022, and RealTrends.
- Prices are pegged to $100 as of August 5, 2021.

27.     During the third quarter earnings call on November 2, 2022, Offerpad announced that it reduced its home acquisition pace in the third quarter of 2022 by 50 percent compared to second quarter of 2022 and expects to acquire in the fourth quarter of 2022 less than half of what it acquired in the third quarter of 2022.[39]

---

[39] "Offerpad Solutions, Inc. Q3 2022 Earnings Call," Offerpad Solutions Inc., November 2, 2022. *See also* 2022 Q4 Earnings Call Transcript "Last quarter, we talked about the challenging residential real estate environment that we are all too familiar with by now and our expectations for a continuation of these conditions in the near-term. We also laid out our operational approach to dealing with these challenges, which included: […] slowing down the acquisition side of the business to ensure that homes that we do acquire produce positive returns. "Transcript for Earnings Call of Fourth Quarter of 2022," Offerpad Solutions Inc., February 22, 2023.

28.     Similarly, RedfinNow, Redfin's iBuying business, reported net losses every year from 2020 to 2022, before eventually ceasing operations.[40] In November 2022, Redfin decided to wind-down its iBuying business, and blamed shifting macroeconomic conditions in creating an "adverse impact on consumer demand for [their] services."[41]

## IV.   OVERVIEW OF LEAD PLAINTIFF'S ALLEGATIONS

29.     This section summarizes the alleged misstatements and alleged corrective disclosures according to the Complaint.

### A.     Alleged False and Misleading Statements

30.     The Complaint alleges that Zillow's stock prices were impacted by alleged false and misleading statements concerning Zillow Offers on August 5, 2021 and September 13, 2021. The Court's Order in the matter, dated December 7, 2022, identified three categories of alleged false or misleading statements: "(1) statements about Zillow's reliance on and improvements to its algorithms; (2) statements concerning the durability of operational, unit economic, and/or renovation process improvements; and (3) statements attributing Zillow's inventory growth to consumer demand."[42]

### 1.   Alleged False and Misleading Statements about Zillow's Reliance on and Improvements to its Pricing Algorithms

31.     The Complaint identifies alleged misstatements from the August 5, 2021 shareholders' letter and statements made at Zillow's August 5, 2021 earnings call, particularly by Zillow's Chief Financial Officer at the time, Allen W. Parker. Zillow stated in its shareholders' letter as of August 5, 2021, "[t]he record number of homes purchased was more than double that of Q1 2021 and is a direct reflection of the customer value proposition, the progress we have made in strengthening our pricing models and automation when providing offers to customers. These drivers resulted in rapid gains in our customer conversion rate from requested offers to

---

[40] Mike DelPrete, "Redfin: High Debt, Low Cash, and Unprofitable," December 12, 2023.

[41] Redfin Corporation Form 10-K for the year ended December 31, 2022. p. 21.

[42] Order dated December 7, 2022, pp. 5-6

signed agreements, which drove inventory to more than double from the end of Q1, with 3,142 homes in inventory at the end of Q2."[43]

32.     In the August 5, 2021 earnings call, Parker stated, "We made progress this quarter in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength" and "[t]hese improvements drove rapid gains in conversion rates in Q2 when compared to Q1, resulting in record purchases, more than catching up to our pre-pandemic pace."[44] The Complaint claims these statements were false and misleading, and that Zillow was "slapping overlays on top of its model outputs in an effort to drive higher volumes."[45]

33.     The Complaint alleges that statements regarding Zillow's algorithm were false and misleading because, as Plaintiff alleges, instead of making sustainable improvements to its algorithms and models, "Zillow management overrode the offer prices generated by Zillow's algorithms and pricing analysts, and instead tacked on 'overlays' to the offer prices, significantly increasing the prices Zillow Offers would pay for homes in order to entice more home sellers to accept offers to meet Zillow's volume goals. In the April to May 2021 time frame, Defendants initiated Project Ketchup to quickly ramp up the purchases of homes to meet the targets set in Zillow's Annual Operating Plan. To do so, management decided to systematically overrule Zillow's highly-touted algorithm and, unbeknownst to the market, 'retooled the system to raise the analysts' suggested prices' in light of what Zillow's management internally told employees was the Company's 'increased appetite for risk.'"[46]

### 2. Alleged Misrepresentations Attributing the Growth in Zillow's Inventory to Consumer Demand

34.     Similarly, the Complaint alleges that Zillow falsely attributed the reported increase in the volume of home purchases from 1,856 homes in the first quarter of 2021 to 3,805 homes in the second quarter of 2021 to sustainable growth in consumer demand for Zillow Offers caused by "improvements in their pricing models." [47] The Complaint alleges that in

---

[43] Corrected Consolidated Complaint, ¶ 151.

[44] Corrected Consolidated Complaint, ¶ 152.

[45] Corrected Consolidated Complaint, ¶ 153.

[46] Corrected Consolidated Complaint, ¶ 187(a).

[47] Corrected Consolidated Complaint, ¶ 151.

reality, the increase in acquisitions was, again, due to Zillow "applying overlays to their pricing model… which caused Zillow to significantly overpay for homes."[48]

35.     Specifically, the Complaint alleges that during the August 5, 2021 earnings call, Zillow "repeatedly represented that there was 'strong customer interest' for Zillow Offers at the start of the quarter, which 'continued to accelerate in Q2.'"[49] The Complaint claims these statements were false and misleading and that Zillow, "in truth, artificially created 'demand' through the significant and unsustainable overpayments the Company was offering to entice sellers and drive higher home purchase volumes."[50]

### 3.   Alleged Misstatements about Zillow's Renovation Process Improvements

36.     The Complaint states that Zillow misled the market as to how it improved its margins in the second quarter of 2021. The Complaint alleges that while Zillow told the market that these cost improvements were due to "durable operational improvements," in reality, Zillow reduced costs in an unsustainable way such as slashing the scope of its renovation jobs and the prices it was paying to its contractors, which were causing the Company's contractors to begin declining to take Zillow jobs."[51] Plaintiff alleges that Zillow failed to disclose that "[a]s a result [of these measures], the Company had a massive backlog of renovation jobs that it could not complete, which meant that its homes could not be sold and were instead sitting on Zillow's books accruing significant interest costs."[52]

37.     Specifically, the Complaint highlights that during the earnings call on August 5, 2021, Parker stated that the Zillow Offers contribution margin before interest expense of positive 576 basis points was "665 basis points higher than Q2 2020" and "that the 353 basis point improvement from a year ago in renovation, holding and selling costs, were largely durable operational improvements."[53]

---

[48] Corrected Consolidated Complaint, ¶ 151.

[49] Corrected Consolidated Complaint, ¶ 154.

[50] Corrected Consolidated Complaint, ¶ 154.

[51] Corrected Consolidated Complaint, ¶¶ 157-159

[52] Corrected Consolidated Complaint, ¶ 159.

[53] Corrected Consolidated Complaint, ¶ 157.

38.     The Complaint also challenges statements by Zillow's Chief Operating Officer, Jeremy Wacksman, from the Piper Sandler 2021 Virtual Global Technology Conference on September 13, 2021, where he stated, "some of those unit economic improvements are durable" and "[t]he work we're doing on more dynamic renovations, the work we're doing on selling costs as our homes brokerage improvements roll out more gradually, you're going to see us book those improvements as unit economic savings to the unit and be able to pass those back on to the customer and eventually to the bottom line."[54] The Complaint alleges that the statements made by the Defendants "gave the false impression that Zillow had made 'durable' improvements in renovation and holding costs, when in truth Defendants knew or recklessly disregarded that the changes they made were having a negative impact on the Company that was not durable or sustainable."[55]

39.     The Complaint alleges these statements were false and misleading because "[i]n April or May 2021, Defendants began decreasing the scope of its renovations and the prices it would pay contractors for those renovations… [b]y the summer of 2021, Zillow's contractors began deprioritizing Zillow renovations or declining jobs altogether due to Zillow's actions."[56]

**B.     Alleged Corrective Disclosures**

40.     According to the Complaint, there are four corrective disclosures that allegedly revealed the truth of Zillow's misstatements concerning Zillow Offers on August 5 and September 13, 2021, from October 4, 2021 to November 2, 2021: (1) the publication of an analyst report by RBC Capital Markets on October 4, 2021 that analyzed the price reductions for Zillow's Phoenix listings and concluded that company has meaningful inventory to work through into Q4 that was bought at too high a price; (2) the publication of a Bloomberg News article on October 17, 2021 that reported that Zillow was pausing additional property acquisitions, which was followed by an announcement by Zillow the next day confirming the pause; (3) the publication of a KeyBanc report on October 31, 2021, which estimated that Zillow Offers listed homes for an average of two percent less than it acquired them. This estimate was based on KeyBanc's review of 650 Zillow homes across various housing markets. The KeyBanc report

---

[54] Corrected Consolidated Complaint, ¶ 158.

[55] Corrected Consolidated Complaint, ¶ 159.

[56] Corrected Consolidated Complaint, ¶ 187(c).

was followed by a November 1, 2021 Bloomberg story that repeated the KeyBanc report and further stated Zillow was seeking to sell 7,000 homes to institutional investors; and (4) Zillow's third quarter earnings announcement on November 2, 2021, which reported (i) Zillow would take impairment charges of $304 million in Q3 2021 and an expected $240 million to $265 million in Q4 2021 on properties that it had acquired; and (ii) Zillow would wind down its Zillow Offers business.[57]

41.     I briefly describe the alleged corrective disclosures below.

### 1.  RBC Analyst Report on October 4, 2021 at 12:15 AM ET

42.     The Complaint alleges that investors "began to learn the relevant truth" on October 4, 2021 when RBC Capital Markets published a report on home price reductions by Zillow in the Phoenix area.[58] "RBC Capital Markets noted that their analysis of home price reductions for Zillow's Phoenix-area listings suggests that 'the company likely still has meaningful inventory to work through into Q4 that was bought at too high a price and thus we would expect Q3 results and Q4 guidance to reflect this.'"[59]

43.     The Complaint states that following the news, Zillow's Class A stock (ZG) declined by $5.72 per share, or 6 percent, from a close of $91.40 on October 1, 2021 to a close of $85.68 on October 4, 2021. Also, Zillow's Class C shares capital stock (Z) declined by $4.98 per share, or 5.5 percent, from a close of $90.36 on October 1, 2021 to a close of $85.38 on October 4, 2021 in response to this news.[60]

### 2.  Bloomberg's Report That Zillow Paused the Purchase of Homes on October 17, 2021 at 12:05 PM ET

44.     The Complaint alleges that on October 17, 2021, Bloomberg reported that "Zillow would pause its buying of homes in its Offers business, through at least year-end, due to

---

[57] Corrected Consolidated Complaint, ¶¶ 30-33 and Edward Yruma et al., "Z: Volatile iBuying Trends, Earnings Risk," KeyBanc Capital Markets, October 31, 2021.

[58] Corrected Consolidated Complaint, ¶¶ 161-162.

[59] Corrected Consolidated Complaint, ¶ 162.

[60] Corrected Consolidated Complaint, ¶ 163.

capacity constraints."[61] The Complaint also cites a Wedbush analyst, who stated, "According to the [Bloomberg] article, Zillow has run into a labor capacity issue in its iBuying business which relies on inspectors visiting a property before purchasing the home as well as contractors to make repairs like replacing appliances and repainting interiors."[62]

45.     On the next day, October 18, 2021, "Zillow confirmed the reports in a press release, disclosing that: '[d]ue to a backlog in renovations and operational capacity constraints,' Zillow Offers 'will not sign any new, additional contracts to buy homes through the end of the year.'"[63] The Complaint also cites Wacksman, who stated Zillow is "operating within a labor- and supply-constrained economy inside a competitive real estate market, especially in the construction, renovation and closing spaces" and that Zillow had "not been exempt from these market and capacity issues."[64]

46.     Following this news, Zillow Class A stock declined by $8.84, or 9 percent, from a close of $94.30 on October 15, 2021 to a close of $85.46 on October 18, 2021. Similarly, Zillow Class C stock declined by $8.97 per share, or 9 percent, from a close of $94.97 on October 15, 2021 to $86.00 on October 18, 2021.[65]

**3.  KeyBanc Analyst Report on Sunday October 31, 2021 and Bloomberg's Report on November 1, 2021 at 2:45 PM ET that Zillow Overpaid for Homes Across Various Markets**

47.     The Complaint alleges that "media outlets reported that, pursuant to a detailed analysis by KeyBanc, most of the homes in the Zillow Offers inventory were now worth less than the Company paid for them. Specifically, KeyBanc Capital Markets found that: (1) 66% of Zillow's homes are currently listed below the purchase price (at an average discount of 4.5% versus the purchase price); and (2) 94.3% of homes in San Diego, California, 93.4% of homes in Phoenix, Arizona, and 92.6% of homes in Mesa, Arizona, were listed below Zillow's purchase

---

[61] Corrected Consolidated Complaint, ¶ 164.

[62] Corrected Consolidated Complaint, ¶ 164.

[63] Corrected Consolidated Complaint, ¶ 165.

[64] Corrected Consolidated Complaint, ¶ 165.

[65] Corrected Consolidated Complaint, ¶ 166.

price."[66] The KeyBanc report stated that its analysis showed that across the entire sample set, the value-weighted listing price was at a two percent discount compared to Zillow's purchase price.[67]

48.      The Complaint also alleges that an additional corrective disclosure occurred later on November 1, 2021, when Bloomberg published an article. The article reported Zillow "is looking to sell about 7,000 homes as it seeks to recover from a fumble in its high-tech home-flipping business."[68] The Complaint cites the Bloomberg article, which states, "the company is seeking roughly $2.8 billion for the houses, which are being pitched to institutional investors… as Zillow seeks to recover from an operational stumble that saw it buy too many houses, with many now being listed for less than it paid."[69]

49.      Following these news stories, Zillow Class A stock declined by $20.24 over two trading days, or 19 percent, from a close of $105.72 on October 29, 2021 to $85.48 on November 2, 2021. The Complaint also reports that Zillow Class C stock declined by $16.43, or 16 percent, from a close of $103.63 on October 29, 2021 to $87.20 on November 2, 2021.[70]

### 4.   Zillow's Third Quarter Earnings Results on November 2, 2021 at 4:05 PM ET

50.      Zillow released its earnings results for the third quarter of 2021 after market hours and announced it was winding down Zillow Offers. The Complaint alleges "Zillow further revealed that it had significantly overpaid for homes and would need to take write-downs of approximately $569 million because Zillow expected to sell the homes in its inventory for significantly less than it had purchased them for."[71] The Complaint states that Zillow's Chief Executive Officer, Richard Barton, "disclosed that the Company expected to lose -5 to -7% on the homes in its inventory."[72]

---

[66] Corrected Consolidated Complaint, ¶ 167.

[67] Edward Yruma et al., "Z: Volatile iBuying Trends, Earnings Risk," KeyBanc Capital Markets, October 31, 2021, p. 1.

[68] Corrected Consolidated Complaint, ¶ 168.

[69] Corrected Consolidated Complaint, ¶ 168.

[70] Corrected Consolidated Complaint, ¶ 169.

[71] Corrected Consolidated Complaint, ¶ 170.

[72] Corrected Consolidated Complaint, ¶ 170.

51.     Following the November 2, 2021 earnings announcement, Zillow Class A shares declined by $19.62, or 23 percent, to a close of $65.86 on November 3, 2021. The Complaint also states that Zillow Class C shares declined by $21.73, or 25 percent, to a close of $65.47 on November 3, 2021.[73]

## V.   ASSIGNMENT AND SUMMARY OF OPINIONS

52.     I was asked to examine the price impact of the alleged misstatements and the corrective disclosures on the stock price of Zillow during the Class Period.

53.     My findings can be summarized as follows:

54.     **Opinion 1**: Qualitative and quantitative evidence indicates that the alleged misstatements on August 5 and September 13, 2021 had no price impact on Zillow's common stock at the time the statements were made. Price impact at the time of the alleged misstatements is often referred to as "front-end" price impact.

55.     On August 5, 2021, Zillow announced its second quarter earnings, including alleged misstatements regarding its "improved" pricing algorithm and durable operational improvements. Quantitative and qualitative evidence demonstrates that the August 5 statements had no price impact, for several reasons.

56.     First, before the Class Period, on May 4 and June 15, 2021, Zillow made public statements with similar content to the alleged misstatements made on August 5 and September 13, 2021. Specifically, on May 4, 2021—just like it later did on August 5 and September 13— Zillow attributed increased margins in Zillow Offers to "durable operational improvements." On June 15, 2021, Zillow announced improvements to its pricing algorithm, specifically the Zestimate, which is similar to the statements about its pricing algorithm that it would make during the Class Period. There was no statistically significant positive price reaction following either Zillow's statement on May 4 or June 15.

57.     Second, Zillow's stock prices **decreased** following the August 5 earnings announcement which contradicts Plaintiff's claim that the announcement misled the market and

---

[73] Corrected Consolidated Complaint, ¶ 174.

inflated the value of the stock. In fact, the Nye Report itself confirms there was a statistically significant price decrease, not increase, for the Class A and C shares following the August 5 announcement.

58.     Third, consistent with the stock price decline, the majority of equity analyst reports decreased, rather than increased, their valuations of the Zillow Homes business segment following the August 5 news.

59.     In fact, some analysts expressed concerns about Zillow's efforts to expand the iBuying business given the various risks involved and disclosed by Zillow. This further explains why the alleged misstatements did not impact prices given the concerns of some market participants of the viability of scaling up Zillow's iBuying business.

60.     On September 13, 2021, starting at 1:30 pm ET, Zillow management made statements at the Piper Sandler 2021 Virtual Global Technology Conference regarding its renovation improvements. These alleged misstatements also did not have price impact at the time it was made for several reasons:

61.     First, the statement did not provide new information relative to the alleged misstatements on August 5 (or May 4 and June 15), which means that no significant price reaction is expected if the stock is operating in an efficient market.

62.     Second, about 73 percent of the Class A stock intraday price increase and 64 percent of the Class C stock intraday price increase that day occurred prior to the start of Zillow's remarks at 1:30 pm ET which included the alleged misstatements. (See Section VII)

63.     **Opinion 2**: Qualitative and quantitative economic evidence demonstrates that the four alleged corrective disclosures identified in the Complaint did not have price impact attributable to the alleged misstatements—so-called "back-end" price impact. Specifically:

   a.   **The October 4, 2021 RBC report** concluded that Zillow had accumulated too much inventory in the Phoenix area and paid too high a price for that inventory. The October 4, 2021 alleged corrective disclosure did not have price impact attributable to the alleged misstatements at issue, for the following reasons:

    i.    The report did not correct the alleged misstatements about Zillow overriding its pricing algorithm or slashing the scope of the renovations.

    ii.    There was no statistically significant price reaction following the disclosure.

    iii.    The RBC report was based on publicly available information. The RBC report itself commented that Zillow's pricing issue was "somewhat understood and discounted in the stock."

    iv.    The RBC report concluded that Zillow's pricing issue did not "matter that much" because the ultimate value of Zillow Offers depended on its ability to execute its long-term strategy to scale its operations.

    v.    Only three equity analysts published reports between October 4 and the following alleged corrective disclosure on October 17, 2021, and none of them directly addressed the RBC report.

b. **On October 17 and 18, a Bloomberg News article and Zillow press release** reported that Zillow was implementing a "pause" in home acquisitions while it addressed a backlog in inventory renovations attributable to construction labor market shortages. The alleged disclosures did not have price impact attributable to the alleged misstatements at issue for the following reasons:

    i.    The news did not correct the alleged misstatements that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors."

    ii.    Zillow attributed its decision to "pause" home purchases to construction industry labor shortages. This explanation is consistent with contemporaneous macro-economic evidence from the construction labor market.

    iii.    Following this news, no equity analyst concluded that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors,"

or that Zillow was "applying price overlays to increase its home purchasing volume and conversion rate."

c.  **On October 31, 2021, KeyBanc** issued a report that an analysis of Zillow's publicly available transaction data showed that it had systematically overpaid for homes across various markets. **On November 1, 2021, Bloomberg** repeated the results of the KeyBanc report and reported that Zillow was in negotiations to sell much of its housing inventory to private investors. The alleged corrective disclosures did not have price impact attributable to the alleged misstatements at issue in this action, for the following reasons:

   i.  This news did not address the alleged misstatements that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors," or that Zillow was "applying price overlays to increase its home purchasing volume and conversion rate."

   ii.  Between October 19 and October 29, several analysts and financial journalists published analyses to demonstrate that Zillow was overpaying. The additional analyses demonstrated that Zillow was paying more than competitors and had paid more than its current listing price in several of its important markets. Zillow's stock prices did not have a statistically significant decline following any of these reports which were published before the KeyBanc report on October 31 and the Bloomberg article on November 1.

   iii.  Following this news, no equity analyst concluded that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors," or that Zillow was "applying price overlays to increase its home purchasing volume and conversion rate."

d.  Finally, **Zillow's November 2, 2021 earnings announcement** disclosed that it would (i) write down its home inventory for third and fourth quarters by over $500 million; and (ii) shut down Zillow Offers and exit the iBuying business. The alleged corrective

disclosure did not have price impact from the alleged misstatements for the following reasons:

    i.    This news did not address the alleged misstatements that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors," or that Zillow was "applying price overlays to increase its home purchasing volume and conversion rate."

    ii.    Following this news, no equity analyst concluded that Zillow had "tacked on 'overlays' to the offer prices," or that Zillow had engaged in "unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors."

    iii.    The news about the asset impairments was predictable given the earlier news about Zillow's discounts of listing prices and the resulting expected losses. As such, it would not be considered new information or expected to have a price impact.

    iv.    Zillow's announcement of its decision to wind down Zillow Offers was a strategic decision that represented the realization of disclosed risks about the iBuying business which Zillow explained in its 2020 public filings.

e.    The concealed facts that are alleged in the Complaint were not disclosed to the market until **after** the Class Period, and there was no statistically significant movement to Zillow's stock price following these disclosures, further confirming that the alleged misstatements at issue had no "back-end" price impact.

    i.    On November 9, 2021, a Business Insider story reported that in 2021, Zillow launched an initiative to increase its home purchases and reduced its budgets for renovation costs. There was no statistically significant price reaction following this news.

    ii.    On November 17, 2021, a WSJ article reported that Zillow had used pricing overlays in determining the prices it should bid on for homes. There was no statistically significant price reaction following this news.

## VI.   OVERVIEW OF METHODOLOGY TO ASSESS PRICE IMPACT

64.     My methodology for assessing price impact combines quantitative and qualitative analyses to evaluate the market reaction to each alleged misstatement and corrective disclosure. My methodology uses event study models to assess the statistical significance of new information on the Company's stock price. In addition, my methodology evaluates whether the alleged corrective disclosure matches the economic content as the alleged misstatements, and evaluates the reactions of equity analysts to the release of new information about the Company by assessing (1) whether or not the analysts themselves connected the contents of the corrective disclosure to the prior challenged statements; (2) the analysts' commentary and explanation of the new information and its relevance or importance to the outlook of the Company; and (3) whether the new information impacts the analysts' valuation of the Zillow Homes business segment and Zillow generally.

### A.     In an Efficient Market, Prices React Quickly to All Publicly Available, Relevant Information

65.     Market efficiency has been a key concept in financial economics since the seminal work by Professor Eugene Fama in the 1960s.[74] The idea of an efficient market is that "[a] capital market is said to be efficient if it fully and correctly reflects all relevant information in determining security prices. Formally, the market is said to be efficient with respect to some information set …if security prices would be unaffected by revealing that information to all participants. Moreover, efficiency with respect to an information set…implies that it is impossible to make profits by trading on the basis of [that information set]."[75]

66.     Academics have divided the concept of market efficiency into three categories: "(1) weak-form tests (How well do past returns predict future returns?), (2) semi-strong-form tests (How quickly do security prices reflect public information announcements?), and (3)

---

[74] Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, No. 2 (1970): 383-417.

[75] John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets*, (1997), pp. 20-21.

strong-form tests (Do any investors have private information that is not fully reflected in market prices?)"[76] A stock generally cannot be semi-strong efficient if it is not weak-form efficient.

67.    In securities litigation, the focus is often on the semi-strong form of market efficiency and the question of whether the market price efficiently reflects all publicly available information. Event studies and other tests are usually used to test if the market is semi-strong efficient.[77]

68.    An efficient market is one where trading activities cause the prices to adjust quickly to reflect all relevant and available information, and as a result, price changes at any given time are due to the arrival of new information or due to unpredictable random movements. In other words, "[i]n an efficient market it is not possible to find expected returns greater (or less) than the risk-adjusted opportunity cost of capital. This implies that every security trades at its fundamental value, based on cash flows…and the opportunity cost of capital."[78]

69.    The academic literature addresses how information affects stock prices. Studies have shown that in an efficient market, market forces and the competition between investors cause new information to be incorporated rapidly into stock prices.[79] For example, if there is new information indicating that a stock is underpriced, investors will attempt to profit by buying the stock. This will increase the price of the stock until the price reaches an appropriate level and the mispricing is corrected and the stock is properly valued. Investors, therefore, have an incentive to review public information such as company filings, news stories, and analyst reports as they are

---

[76] Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* Vol. 46, No. 5 (1991).

[77] *See, e.g.*, David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom", NERA Working Paper No. 34, April 1999. "Event studies of the type used in litigation rely on two well-accepted principles: first, the semi-strong version of the Efficient Market Hypothesis, which states that stock prices in an actively traded security reflect all publicly available information and respond quickly to new information; and, second, the price of an efficiently traded stock is equal to the present discounted value of the future stream of free cash flow."

[78] Richard A. Brealey, Franklin Allen, and Stewart C. Myers, "13-3 The Evidence Against Market Efficiency," in *Principles of Corporate Finance*, 11th ed. (New York, NY: McGraw-Hill, 2014), p. 328.

[79] *See, e.g.*, Richard A. Brealey, Stewart C. Myers and Franklin Allen, *Principles of Corporate Finance*, 10th ed. (New York, NY: McGraw-Hill, 2011), p. 330, and Berk, Jonathan and Peter DeMarzo, *Corporate Finance*, 3rd ed. (Boston, MA: Pearson, 2014), pp. 295-296 ("The idea that markets aggregate the information of many investors, and that this information is reflected in security prices, is a natural consequence of investor competition.")

released to identify new information that has not yet been incorporated into the stock price.[80] In an efficient market, after the information is publicly disclosed and reflected in the price, the reiteration of such previously disclosed information will not impact the stock price.[81]

70.     The Nye Report concluded that the shares of Zillow traded in an efficient market.[82] I do not dispute that opinion. Accordingly, I have assumed that Zillow's stock prices behaved consistently with securities trade in an efficient market in this report. This means that, among other things, Zillow's stock prices should react quickly to new information and that the stock price should not react to information that is not new.

## B.     Event Study Methodology to Determine Whether Stock Price Movement was Statistically Significant

71.     "An event study is a statistical technique that estimates the stock price impact of occurrences such as mergers, earnings announcements, and so forth. The basic notion is to disentangle the effects of two types of information on stock prices information that is specific to the firm under question … and information that is likely to affect stock prices market wide (e.g., change in interest rates)."[83]

72.     The event study starts with the identification of a specific event or announcement, its exact timing, and the procedure for determining the appropriate event window. The event window is the time period over which one would estimate the behavior of the stock.

---

[80] *See, e.g.*, Jonathan Berk and Peter DeMarzo, *Corporate Finance*, 3rd ed. (Boston, MA: Pearson, 2014), p. 296 ("Information that is available to all investors includes information in news reports, financial statements, corporate press releases, or in other public data sources. If the impact of this information on the firm's future cash flows can be readily ascertained, then all investors can determine the effect of this information on the firm's value. In this situation, we expect competition between investors to be fierce and the stock price to react nearly instantaneously to such news.").

[81] *See, e.g.*, Zvi Bodie, Alex Kane, and Alan J. Marcus, *Investments*, 10th ed. (New York, NY: McGraw-Hill, 2014), p. 351, and Ross, Stephen A., Randolph Westerfield, and Jeffrey F. Jaffe, *Corporate Finance*, 6th ed. (Boston, MA: McGraw-Hill, 2002), p. 351 ("According to the efficient-market hypothesis, a stock's abnormal return […] should reflect the release of information at the same time[.] Any information released before then, though, should have no effect on abnormal returns in this period, because all of its influence should have been felt before. In other words, an efficient market would already have incorporated previous information into prices.").

[82] Nye Report, ¶ 8.

[83] Mark L. Mitchell, and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, No. 2 (February 1994): 545–590.

73.    After establishing the framework for determining the event window, the next step is to calculate the relation between the company's stock price and the market. This relation is established using a regression analysis of the returns of the stock price of the company in question on the returns of the relevant market indices. The purpose of this estimation procedure is to quantify the expected returns of stock price after considering general market and industry conditions. One would then use the estimated relation between the stock price in question and the market factors to predict the returns on the event date. The predicted return is then compared to the actual return with the difference representing the abnormal or excess return.

74.    A statistically significant price reaction means a change in the stock price was likely not caused by chance alone. Academics rely on the five percent significance level as the standard measure to report their statistical results. "Significance levels of five percent and one percent are generally used by statisticians in testing hypotheses. That is, given a significance level of five percent (or one percent for a stricter researcher) it is safe to assume that the true coefficient is not zero and that therefore the variable being tested has some effect on the dependent variable in question."[84] I understand that court decisions in securities class action litigation also rely on the standard of five percent significance for event studies.[85]

75.    Another way to present the statistical results is to report the 95 percent confidence interval in addition to or in place of the significance (confidence) level. When determining

---

[84] Fisher, Franklin M., Multiple Regression in Legal Proceedings, *Columbia Law Review,* Vol. 80, No. 4, 1980, p. 717. See also Kothari, S.P. and Jerold B. Warner, Econometrics of Event Studies, *Handbook of Corporate Finance: Empirical Corporate Finance*, Volume A, 2006, which states that statistical results are "typically corresponding" to 5 percent or 1 percent significance, p. 12. See also Gujarati, Damodar N., *Essentials of Econometrics*, 5th ed. SAGE Publishing, 2022. "The classical approach to this problem, embodied in the work of statisticians Neyman and Pearson, is to assume that a Type I error is likely to be more serious in practice than a Type II error. Therefore, we should try to keep the probability of committing a Type I error at a fairly low level, such as 0.01 or 0.05," pp. 548-549.

[85] See, for example, *In re Barclays Bank PLC SEC. Litig.,* Case No. 09 Civ. 1989 (S.D. NY September 13, 2017), which refers to the 95 percent confidence interval as "standard," p. 47. See also *Erica P. John Fund, Inc. v. Halliburton Company*, No. 3: 02-CV-1152-M (N.D. Tex. July 25, 2015). "To show that a corrective disclosure had a negative impact on a company's share price, courts generally require a party's expert to testify based on an event study that meets the 95% confidence standard," p. 16. See also *In re Intuitive Surgical Securities Litigation*, No. 5: 13-cv-01920-EJD (N.D. Cal. Dec. 22, 2016). "Although Plaintiffs argue that price impact at a 90% confidence level is a statistically significant, the district court in Halliburton Tex adopted 95% confidence level as the threshold requirement and this court finds no reason to deviate here," p. 26. See also *In re Moody's Corporation Securities Litigation*, 274 F.R.D. 480 (S.D.N.Y. Mar. 31, 2011), which found the 90 percent confidence level to be "below the conventional statistical measure of 95% confidence level and therefore is not sufficient evidence of a link between the corrective disclosure and the price," p. 19.

whether an alleged misrepresentation (or corrective disclosure) affected the stock price, the generally accepted threshold for statistical significance is a 95 percent confidence level—meaning, there is a five percent or less chance that a movement as large or larger than the actual movement in a company's stock price would have occurred if the alleged misrepresentation (or corrective disclosure) had not impacted the stock price.[86]

76.   The Nye Report uses an event study to determine whether certain news, such as earnings announcements or alleged disclosures, resulted in abnormal or excess returns that were statistically significant. I refer to the results from the Nye Report in assessing whether the stock price reaction following news was statistically significant.

77.   For his event study analysis, Dr. Nye uses the rolling regression methodology with a regression window of one calendar year to determine whether a particular stock price movement was statistically significant. A rolling regression is conducted over a changing regression window, and for each day in the Class Period, Dr. Nye regresses the Company's returns on the returns of a market index (S&P 500 Total Return Index) for the prior calendar year and the excess return of an industry index (the Dow Jones Internet Composite Index [DJINET]) when regressed onto the market index for the prior calendar year.[87]

78.   The Dow Jones Internet Composite Index is "designed to measure the performance of the 40 largest and most actively traded stocks of U.S. companies in the internet industry. To be eligible for the index, a company must derive at least 50 percent of sales/revenue from the internet."[88] As of November 2021, the index's largest constituents include the equity for Amazon, Meta, Salesforce, Netflix, and Alphabet (Google).[89] It does not include the direct competitors to Zillow Homes, such as Redfin, Opendoor, and Offerpad. As such, the index

---

[86] See, e.g., Jackson, Sherri L., *Research Methods and Statistics: A Critical Thinking Approach*, 5th ed., Wadsworth Publishing, 2015.

[87] Nye Report, pp. 48-51.

[88] S&P Dow Jones Indices, "Dow Jones Internet Composite Index," https://www.spglobal.com/spdji/en/indices/equity/dow-jones-internet-composite-index/#overview

[89] The index constituents as of November 1, 2021 were obtained from Bloomberg L.P.

would not capture changes to Zillow's stock price associated with changes with news regarding the iBuying industry.[90]

### C.  Assessment of Alleged Misstatements and Alleged Corrective Disclosures

79.    The price impact of an alleged misstatement can be measured either at the time of the alleged misstatement, often referred to as "front end" price impact, or at the time of the corrective disclosure, often referred to as "back end" impact.[91]

80.    Positive front-end impact can be observed when a misstatement reports a misleading piece of goods news that inflates the value of the stock price.[92] In this case, the inflation can be measured by the increase in the stock price following the alleged misstatement, after controlling for market and industry effects. The inflation ends when the false positive statements are corrected.[93] Alternatively, an alleged misstatement that omits negative information that the market would consider important may keep the stock price at its current level. The intuition is that if investors had learned about the correct information, the stock price would have declined, but the failure to disclose this information does not change the price at the time of the misstatement.[94]

81.    Under certain circumstances (e. g., when plaintiff alleges that the omission of a negative fact that caused the stock to artificially maintain its price), the alleged inflation of the misstatement can be estimated by the price reaction at the time of the alleged corrective

---

[90] I have replicated the event study analysis in the Nye Report and identified an error in the implementation of the methodology. Dr. Nye used a rolling regression approach, where the market model regression to estimate the expected return following an event uses a market model estimation period that ends just prior to each examined event. Dr. Nye applied the methodology inconsistently when testing for the price reactions on October 18, 2021, November 1, 2021 to November 2, 2021 or November 3, 2021 because he did not re-estimate the market model prior to these alleged disclosures. Additionally, Dr. Nye's confidence levels did not incorporate both the standard error of the regression predicted returns and the standard error of the regression residuals, See Appendix III for my recalculation of the event studies after correcting for these two flaws.

[91] Matthew C. Turk, "The Securities Fraud Class Action after Goldman Sachs," American Business Law Journal, Volume 59, Issue 3, Summer 2022, p. 12-13.

[92] Matthew C. Turk, "The Securities Fraud Class Action after Goldman Sachs," American Business Law Journal, Volume 59, Issue 3, Summer 2022, p. 12.

[93] Matthew C. Turk, "The Securities Fraud Class Action after Goldman Sachs," American Business Law Journal, Volume 59, Issue 3, Summer 2022, p. 12.

[94] *Goldman Sachs Grp., Inc. v. Ark. Teachers Ret. Sys.*, Opinion of the Court, 141 S. Ct. 1951 (2021), p. 25.

disclosure (as opposed to the price reaction at the time of the statements).[95] In an efficient market, investors evaluate relevant new information, including correctives disclosures, quickly.[96] If the content of a corrective disclosure addresses the alleged misstatement, the change in the stock price at the time of the corrective disclosure could be a measure of the inflation in the stock price due to the misstatement.[97] The stock price reaction following a corrective disclosure may also be fully or partially attributable to other company news released concurrently with the corrective disclosure.[98]

82.     I understand, as a legal matter, if the content of the alleged corrective disclosure does not match the alleged misstatement, the inflation cannot be inferred from the price reaction alone. The ability to estimate inflation due to the alleged misstatement using the corrective disclosure, "starts to break down when there is a mismatch between the contents of the misrepresentation and the corrective disclosure." [99] To address this element of price impact analysis, I assess whether the economic content of the alleged misstatement is addressed by the alleged corrective disclosure.

### D.     Assessment of Equity Analyst Reports

83.     As part of my analysis of price impact, I examined the publicly available equity analyst reports and equity analyst reports received from counsel before and after the alleged misstatements and corrective disclosures to assess the views of informed market analysts.

84.     Equity analyst reports are issued by professional financial analysts who perform research and analysis on specific industries and companies. They evaluate companies by analyzing financial information about a company and its stock, such as SEC filings and news reports, as well as participating on conference calls and attending investor conferences where

---

[95] David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," NERA Working Paper No. 34, April 1999, pp. 5-6.

[96] Richard A. Brealey, Stewart C. Myers and Franklin Allen, *Principles of Corporate Finance*, 10th ed. (New York, NY: McGraw-Hill, 2011), p. 330, and Berk, Jonathan and Peter DeMarzo, *Corporate Finance*, 3rd ed. (Boston, MA: Pearson, 2014), pp. 295-296.

[97] David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," NERA Working Paper No. 34, April 1999, pp. 5-6.

[98] David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," NERA Working Paper No. 34, April 1999, p. 11.

[99] *Goldman Sachs Grp., Inc. v. Ark. Teachers Ret. Sys.*, Opinion of the Court, 141 S. Ct. 1951 (2021), p. 25.

they can ask questions directly to management. Analysts then evaluate companies, develop financial projections, and often estimate the value of the company using standard valuation methods such as discounted cash flow analysis and valuation multiples. Equity analyst reports often include price targets (i.e., what price they expect the stock of a company to be in a certain time period) derived from their fundamental evaluation of the company, and give recommendations to buy, hold, or sell the stock.[100]

85.     Analysts covering a company typically issue reports after news about the company that could impact the stock price is released and are an important source of information on market knowledge and sentiment at the time because they reveal how sophisticated financial actors interpret company news. The absence of coverage of an event in analyst reports suggests that the information released was not important to market participants.[101]

86.     The Nye Report itself also discusses the usefulness of equity analyst reports for understanding market sentiment as they report information, disseminate news to investors, help interpret the importance of that news, provide context for the importance or lack of importance of news to investors, and analyze the relative potential impact of news on the company. For example, the Nye Report states, "Securities analysts research and report to investors on the financial condition and prospects of a covered company. Analysts are conduits to the market for information collected from on-site visits, conference calls accompanying key company announcements, and other contacts with senior management. Analysts can channel new information to the market through their published reports, online reporting services, and alerts

---

[100] *See, e.g.*, Jonathan Berk and Peter DeMarzo, *Corporate Finance,* 3rd ed. (Boston, MA: Pearson, 2014), p. 965 ("Securities analysts produce independent valuations of the firms they cover so that they can make buy and sell recommendations to clients. They collect as much information as they can, becoming an expert on the firm and its competitors by poring over a company's financial statements and filings. As a result, they are in a position to uncover irregularities first. Analysts often ask difficult and probing questions of CEOs and CFOs during quarterly earnings releases. Anyone can listen to these conference calls, which are typically simulcast on the company's investor relations Web site.").

[101] I understand that Courts have relied on analyst reports to help evaluate what information is important to the market in valuing a stock and the cause of stock price movements. *See, e.g.*, *In re TECO Energy Inc. Securities Litigation*, Order, (M.D. Fla. Mar. 30, 2006) ("Specifically, the analyst reports on September 3, 2002, September 23, 2002, October 8, 2002, and January 23, 2003 address ratings cuts, opinions, and predictions regarding TECO's stock value but do not reference any misstatements, omissions, or accounting practices by Defendants as the reason for the bleak forecasts or changes in market conditions."); *Barrie v. Intervoice-Brite, Inc.*, Memorandum Opinion and Order, (N.D. Tex. Oct. 26, 2009) ("Barry's review of analyst reports and the public press also shows that those information sources did not link the June 6 disclosure to any prior earnings or revenues that were supposedly overstated.").

given to clients and other employees of the same investment firm. Analysts, as well as other commentators in the financial news media, thus facilitate the dissemination of new information to investors and any corresponding price reaction in a company's securities."[102] The Nye Report also uses equity analyst reports to assess market sentiment following earnings announcements, to determine if the observed excess stock price returns were consistent with market sentiment.[103]

87.     My methodology for identifying the analysts' reports starts with a search of Refinitiv Eikon (a third-party data provider) for all reports issued by broker analysts for Zillow from May 1, 2021 through December 31, 2021. This period includes the alleged Class Period, several weeks after the final alleged disclosure, and three months prior to the first alleged misstatement to assess whether and how analyst sentiment changed following the alleged misstatements. I also obtained equity analyst reports through counsel that were not available through Refinitiv Eikon. I then evaluated all the publicly available reports from Refinitiv Eikon in addition to the reports received from counsel to assess their commentary following the release of new information, as well as the price targets, and discussions of the risk factors facing the Company.

## VII.   OPINION 1. THE ALLEGED MISSTATEMENTS HAD NO PRICE IMPACT AT THE TIME THEY WERE MADE

88.     The alleged misrepresentations about Zillow's reliance on and improvements to its algorithms or statements about the durability of operational, unit economic, and/or renovation process improvements on August 5, 2021 or September 13, 2021 had no price impact. I discuss the reasons for no price impact in detail below.

### A.     The August 5, 2021 Alleged Misstatements Had No Price Impact at the Time They Were Made

89.     There is no economic indication of price impact of the alleged misstatements on August 5, 2021 for the reasons discussed below.

---

[102] Nye Report, ¶ 32.

[103] Nye Report, Exhibit 12.

1.  **Zillow's Earlier Disclosure on May 4, 2021 About its "Durable" Renovation Improvements Had No Statistically Significant Positive Effect**

90.     Zillow had previously reported improvements to its renovation costs in its first quarter results on May 4, 2021 and there was no significant positive reaction to the announcement. This contradicts the claim that the news about the operational improvements misled the market and inflated the value of the Company on August 5. Specifically, in its May 4 earnings call with analysts, Zillow executives noted that "[w]e made progress during the quarter on improving offer strength and sharpened pricing that tightened our unit economics by approximately 120 basis points from that of Q4. The durable operational improvements in overall cost per home contributed 280 basis points improvement from Q1 2020."[104]

91.     Exhibit 2, below, compares Zillow's alleged misstatements about its "durable" renovation improvements on August 5 cited in the Complaint, to Zillow's statements on May 4, 2021. Both the August 5 alleged misstatements and the May 4 earning statements cited "durable operational improvements" as a source of improving the "unit economics" of the Zillow Offers business. Both statements cited the use of Zestimates to drive "top of the funnel" interest from consumers that would allow Zillow to acquire more homes and "scale" the business.

---

[104] "Zillow Group, Inc. Q1 2021 Earnings Call," Zillow Group, Inc., May 4, 2021.

Exhibit 2.        *Zillow's May 4, 2021 Statements Regarding Renovations Were*
                 *Similar to the Alleged August 5, 2021 Misstatements*

| Zillow Group Q2 2021 Earnings Announcement Excerpts<br>August 5, 2021 | Zillow Group Q1 2021 Earnings Announcement Excerpts<br>May 4, 2021 |
|---|---|
| **(1)** | **(2)** |
| **"Our Q2 Zillow Offers unit economics of 576 basis points before interest expense was above the plus or minus 200 basis point guardrails we set for ourselves while working to scale the business. The outsized unit economic results that were 665 basis points higher than Q2 2020 did benefit from the ongoing strong housing market, which we fully recognize as temporal in nature and largely contributed to the 312 basis points lower home acquisition costs of 87.1% in Q2. We also note that the 353 basis point improvement from a year ago in renovation, holding and selling costs were largely durable operational improvements.** Clearly, some portion of the holding costs and a smaller portion of the renovation costs likely benefited from the strong housing market, but we also see opportunities for continued operational improvements over time." (Corrected Consolidated Complaint, ¶ 184) | "During Q1, we continued to focus on unit costs, automation, adding capacity and sharpening pricing models to improve our offer strength as we continue to scale. **Our Q1 Zillow Offers unit economics of 549 basis points return before interest expense was above the plus or minus 200 basis point guardrails we've set for ourselves while working to scale the business. The outsized unit economic results were impacted by the ongoing strong housing market, which is temporal in nature. We made progress during the quarter on improving offer strength and sharpened pricing that tightened our unit economics by approximately 120 basis points from that of Q4. The durable operational improvements in overall cost per home contributed 280 basis points improvement from Q1 2020."** (Q1 2021 Earnings Call Transcript, p. 6)<br><br>**"We have improved 280 basis points primarily across renovations and selling costs versus last year. You can imagine renovations as you have more density in the area for your renovations and as you get better and smarter about what needs to be done and what the customer is willing to pay for, who is repurchasing the home that you'll see benefits in that area. Right now it's about 3% of cost -- the cost of revenue."** (Q1 2021 Earnings Call Transcript, p. 17)<br><br>"Zillow Offers unit economics also benefit from reduced home acquisition costs when we use Zillow Closing Services for homes we purchase." (Q1 2021 Shareholder Letter, p. 5) |
| **"We made progress this quarter in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength. The neural Zestimate puts more weight on attributes of homes and allows more granularity at the asset level, placing less emphasis on repeat home sales price comparisons. In addition, we continue to make progress building automation at the top of the funnel when providing offers to customers.** These improvements drove rapid gains in conversion rates in Q2 when compared to Q1, resulting in record purchases, more than catching up to our pre-pandemic pace." (Corrected Consolidated Complaint, ¶ 183) | "Most prominently, **we launched Zestimate as an initial offer, which is beginning to improve automation of our offers, and we made additional operational improvements across customer experiences that we believe will put us in a strong position to scale the business in periods ahead.** The Q1 resale velocity, in which 128% of beginning inventory was sold during the quarter, was ahead of plan." (Q1 2021 Shareholder Letter, p. 4) |

| Zillow Group Q2 2021 Earnings Announcement Excerpts<br>August 5, 2021 | Zillow Group Q1 2021 Earnings Announcement Excerpts<br>May 4, 2021 |
|---|---|
| (1) | (2) |
| "[T]he strong customer demand for Zillow Offers at the start of the quarter continued to accelerate in Q2, resulting in the purchase of 3,805 homes and sale of 2,086 homes. The record number of homes purchased was more than double that of Q1 2021 and is a direct reflection of the customer value proposition, the progress we have made in strengthening our pricing models and automation when providing offers to customers.** These drivers resulted in rapid gains in our customer conversion rate from requested offers to signed agreements, which drove inventory to more than double from the end of Q1" (Corrected Consolidated Complaint, ¶ 182) | "A great example of our customers' enthusiasm for ease is the reaction to our recent announcement that many homeowners in Zillow Offers markets now can see that their Zestimate is a live initial offer from Zillow. The announcement press alone drove record-breaking interest in the service, with requests coming in at levels we've never seen before. We believe we are on to something with the Zestimate offer. The continuing challenge and opportunity going forward will be to translate customer interest into transactions."** (Q1 2021 Earnings Call Transcript, p. 5) |
| "In Q3, we expect our Home segment revenue to increase sequentially from Q2 to $1.45 billion at the midpoint of our outlook range. **This step-up in pace demonstrates our confidence in our ability to scale, resulting from the progress we have made in strengthening our pricing models and automating the top of the funnel.**" (Corrected Consolidated Complaint, ¶ 184) | "So I guess what I would describe is we are continually figuring out how to improve our Offer strength and the way we communicate that to our customers. **The top of funnel and the interest is strong. We're seeing early trends in Q2 that give us confidence that this is something that we are going to be able to do. The guide that I provided in Q2 is reflective of the lag as we purchase those homes, renovate them and then resell them as well as the Q1 kind of overperformance. But we're very confident that we have a compelling offer that iBuying is something customers want even in this market, and the early signs give us confidence that we can continue to grow and scale this business.** So hopefully, that helps." (Q1 2021 Earnings Call Transcript, p. 13) |
| "Importantly, **the Zillow Offers value proposition of a fast, fair, flexible and convenient close has proved more than durable even in this sizzling hot seller's market.**" (Corrected Consolidated Complaint, ¶ 183) | "[O]ur top-of-funnel indicators are good, like it turns out that speed, certainty and convenience **are attractive to sellers no matter what kind of market they are in. So we are seeing record levels of folks raising their hand to get a Zillow Offer.**" (Q1 2021 Earnings Call Transcript, p. 8) |

**Notes and Sources:**
- Excerpts are from Corrected Amended Complaint, Zillow Group, Inc. Q1 2021 Earnings Call, and Zillow Group, Inc. Q1 2021 Shareholder Letter.
- Emphasis added.

92.     Dr. Nye's event study demonstrated that there was no statistically significant positive price reaction following Zillow's May 4, 2021 earnings announcement. See Exhibit 3, below. On May 5, 2021, after accounting for market and industry index returns, the Nye event study estimated that Zillow Class A exhibited an excess return of -5.61 percent. This negative price reaction was statistically significant at the 5 percent level (confidence level of 96.98 percent).[105] Similarly, Zillow Class C exhibited a negative excess return of -5.02 percent

---

[105] When determining whether an event affected the stock price, the generally accepted threshold for statistical significance is a 95 percent confidence level—meaning, there is a 5 percent or less chance that a movement as large or larger than the actual movement in a company's stock price would have occurred if the event had not impacted the stock price. See, for example, Sherri L. Jackson, *Research Methods and Statistics: A Critical Thinking Approach*, 5th edition, Wadsworth Publishing, 2015, pp. 182-184 and David H. Kaye and David A. Freedman, *Reference Guide on Statistics,* Reference Manual on Scientific Evidence: Third Edition, 2011, p. 247.

(confidence level of 94.20 percent). I conclude that the lack of a statistically significant positive price reaction following Zillow's May 4, 2021 statements regarding renovations is an indication that the information from the similar alleged misstatements on August 5 and September 13 was not relevant to the value of the company.

Exhibit 3.    *Zillow's First Quarter Earnings Announcement Was Not Followed by a Statistically Significant Price Increase*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| *Zillow Released Its 2021 Q1 Financial Results on 5/4/2021 at 4:05 PM ET* | | | | | | |
| **Class A** | | | | | | |
| 5/4/2021 | $   123.80 | 1,089,026 | | | | |
| 5/5/2021 | 115.26 | 1,438,775 | -5.61 % | $     -6.95 | -2.18 * | 96.98 % |
| **Class C** | | | | | | |
| 5/4/2021 | $   121.45 | 6,533,994 | | | | |
| 5/5/2021 | 113.80 | 7,741,697 | -5.02 % | $     -6.10 | -1.90 | 94.20 % |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

### 2. Zillow's Earlier Disclosure on June 15, 2021 about Improvements in its Pricing Algorithm Had No Significant Positive Price Reaction

93.    The Complaint alleges that Zillow's stock price was inflated by the Company's claims in August and September 2021 that it had strengthened and improved its algorithms.[106] However, the news about the improvements in the pricing algorithm was disclosed earlier by Zillow on June 15, 2021, and there was no significant price reaction on that day. As with the May 4 disclosure discussed above, this contradicts the claim that the alleged misstatements on August 5 concerning pricing algorithms misled investors and inflated the value of the stock.

94.    On June 15, 2021, Zillow announced that it was launching its "new Neural Zestimate, Yielding Major Accuracy Gains."[107] The press release stated that the "changes allow the algorithm to react more quickly to current market trends and improve the national median error rate to 6.9% -- an improvement of nearly a full percentage point for more than 104 million

---

[106] See, for example, Corrected Consolidated Complaint, ¶¶ 25, 97, 152-153, 182-184.

[107] Zillow Group, Inc., "Zillow Launches New Neural Zestimate, Yielding Major Accuracy Gains," June 15, 2021.

off-market homes." This is a similar information to the alleged misstatements on August 5, such as the statement that Zillow made "rapid gains in our customer conversion rate" due to "progress . . . in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength."[108]

95.     If the announcement of Zillow's improved pricing methodologies and ***how*** Zillow improved such methodologies (i.e., through the use of neural Zestimate) was important to investors, then Zillow's initial announcement on June 15, 2021 would have been followed by a statistically significant stock price increase. Instead, the lack of a statistically significant price reaction following the June 15, 2021 announcement indicates that this information was not important to the valuation of the Company.

96.     Dr. Nye's event study demonstrated that there was no statistically significant stock price reaction following Zillow's June 15, 2021 announcement. See Exhibit 4 below. The Nye event study estimated that Zillow Class A, after controlling for market and industry factors, exhibited a negative excess return of -3.17 percent (confidence level of 81.73 percent). Similarly, on June 15, 2021, the Zillow Class C exhibited a negative excess return of -2.34 percent (confidence level of 66.23 percent).[109] Both the Class A and Class C event studies demonstrate no statistically significant price reaction for Zillow shares following the June 15, 2021 announcement of an improved algorithm. I conclude that the lack of a statistically significant positive price reaction following Zillow's June 15, 2021 statements regarding improvements to its algorithm is an indication that the similar alleged misstatements on August 5 and September 13 were not relevant to the value of the company.

---

[108] Corrected Consolidated Complaint, ¶ 188

[109] This analysis uses the results of Dr. Nye's event study to evaluate statistical significance.

Exhibit 4.   *Zillow's News About the Improved Algorithm on June 15, 2021*
*Had A Negative Price Reaction that Was Not Significant*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |

*Zillow Announced an Enhanced Valuation Algorithm on 6/15/2021 at 9:05 AM ET*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Class A** | | | | | | |
| 6/14/2021 | $   116.60 | 525,570 | | | | |
| 6/15/2021 | 111.21 | 567,420 | -3.17 % | $     -3.70 | -1.34 | 81.73 % |
| | | | | | | |
| **Class C** | | | | | | |
| 6/14/2021 | $   113.58 | 3,626,871 | | | | |
| 6/15/2021 | 109.28 | 2,204,468 | -2.34 % | $     -2.66 | -0.96 | 66.23 % |

**Notes and Sources:**
 - Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

97.      The lack of a statistically significant positive price reaction following the news about how Zillow was improving its pricing methodology through the use of Zestimate contradicts the Complaint's allegations that similar statements made on August 5, 2021 were important to investors. If Plaintiff is correct that investors placed value on "improvements" to the algorithm (specifically to the Zestimate) as essential for Zillow to successfully operate its iBuying business, then Zillow's stock price should have increased significantly following the announced improvement of the algorithm on June 15, 2021. This was not the case. (See Appendix IV for equity analyst commentary following Zillow's June 15, 2021 statement.)

### 3.   Zillow's Stock Price Did Not Increase Following the Alleged Misstatements on August 5, 2021

98.      The Complaint alleges that Zillow had falsely claimed that it had "improved" its algorithm, which was critical to the success of Zillow Offers. Similarly, the Complaint alleges that Zillow made misstatements regarding the "durability" of cost saving improvements to its renovation costs. Both of these alleged misstatements imply that Zillow Offers business has improved and would lead to better performance.

99.      However, the Nye Report demonstrates that Zillow's share prices did not increase following the alleged misstatements on August 5. Exhibit 5, below, demonstrates that Dr. Nye's event study shows there were no statistically significant stock price increases following the August 5 announcement. Instead of an increase, there was a statistically significant price decrease, which contradicts the claim that the alleged misstatements on that day would have

inflated the stock price. Zillow Class A share price exhibited a -4.24 percent excess return (confidence level of 93.60 percent), and Zillow Class C showed a -6.14 percent excess return (confidence level of 99.16 percent). I conclude that the absence of a statistically significant positive price reaction following the alleged misstatements is an indication of that the alleged misstatements were not relevant to the value of the company at the time they were made.

Exhibit 5.   *The Nye Report Demonstrates that there Was No Statistically Significant Price Increase Following the Alleged Misrepresentations on August 5, 2021*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| *Zillow Released Its 2021 Q2 Financial Results on 8/5/2021 at 4:05 PM ET* | | | | | | |
| **Class A** | | | | | | |
| 8/5/2021 | $ 110.30 | 859,200 | | | | |
| 8/6/2021 | 103.24 | 1,107,114 | -4.24 % | $ -4.68 | -1.86 | 93.60 % |
| **Class C** | | | | | | |
| 8/5/2021 | $ 110.24 | 4,415,033 | | | | |
| 8/6/2021 | 101.15 | 7,660,467 | -6.14 % | $ -6.77 | -2.66 * | 99.16 % |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

### 4.   Consistent with the Stock Price Decline, Most Equity Analysts Reduced their Estimated Valuations of Zillow Homes Following August 5, 2021

100.   I reviewed equity analyst reports that were published following the August 5, 2021 earnings announcement. Overall, 25 equity analysts published reports in the seven days following the August 5, 2021 earnings announcement. Of those, I identified ten equity analysts that reported valuations for Zillow Home before and after August 5.

101.   Exhibit 6, below, presents the change in the valuation of Zillow Homes by equity analysts following the alleged misrepresentations on August 5, 2021. Overall, seven equity analysts reduced their estimated valuation of the Zillow Homes business segment and three increased valuations. This response by equity analysts is consistent with the stock price decline following the August 5 misstatements and further contradicts the allegations that Zillow's alleged misrepresentations of an improved algorithm and the durability of the renovations misled the market and inflated the value of the Company.

Exhibit 6.     *Most Equity Analysts Decreased Their Valuations of Zillow Homes Following the Alleged Misstatements on August 5, 2021*

| Analyst | Date | Enterprise Value for the Homes Segment Prior to August 5, 2021 | Enterprise Value for the Homes Segment After August 5, 2021 | Difference | Did the Valuation Decrease? |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) =(4)-(3) | (6) |
| | | ------------------------------ *in millions* ------------------------------ | | | |
| Piper Sandler | August 5, 2021 | $          16,355 | $          20,965 | $     4,610 | No |
| Bank of America | August 6, 2021 | 14,166 | 13,548 | (618) | Yes |
| Barclays | August 6, 2021 | 4,914 | 1,866 | (3,048) | Yes |
| Benchmark | August 6, 2021 | 24,236 | 24,906 | 670 | No |
| Craig-Hallum | August 6, 2021 | 6,250 | 5,773 | (477) | Yes |
| Evercore | August 6, 2021 | 8,189 | 4,738 | (3,451) | Yes |
| JMP | August 6, 2021 | 23,307 | 10,200 | (13,107) | Yes |
| Morgan Stanley | August 6, 2021 | 7,461 | 7,591 | 130 | No |
| Wedbush | August 6, 2021 | 12,991 | 12,972 | (19) | Yes |
| Stephens | August 9, 2021 | 6,897 | 5,838 | (1,060) | Yes |

| | |
|---|---|
| Count of Analysts who decreased their Zillow Homes Valuation After August 5, 2021: | 7 |
| Count of Analysts who increased their Zillow Homes Valuation After August 5, 2021: | 3 |

**Notes and Sources:**
- Information is from Analyst Reports dated May 4, 2021 to August 9, 2021.

### 5.  Some Equity Analysts Expressed Skepticism that the Increased Number of Acquired Properties Was Due to the Improved Algorithm, or that Expanding Zillow Homes Was Desirable

102.    Other equity analysts expressed skepticism that the rate of growth in Zillow Homes was desirable, given the inherent risks in the business model. This further explains why the alleged misstatements did not impact prices given the concerns of some market participants of the viability of scaling up Zillow's iBuying business.

103.    For example, Bank of America maintained its rating of "underperform" for Zillow in part based on "inherent macro uncertainty in the iBuyer business model."[110] Similarly, Barclays rated Zillow stock as "Underweight" partially because "Homes unit economics may be positive in strong high velocity markets at present, but may prove to be low /no margin long term."[111] Berenberg expressed concerns that growing the iBuying business would reduce Zillow's margins, stating, "Despite ramping up revenue, ZG's AVM and other factors may not

---

[110] Nat Schindler, "2Q beat and Homes gaining traction; Lowering PO to $125; Reit. Underperform," Bank of America, August 6, 2021, p. 1.

[111] Trevor Young et. Al., "Zillow, Inc.: IMT Growth, Homes Economics May Normalize From Here," Barclays, August 6, 2021, p. 2.

coalesce into being able to pay the right price for homes, leading to margin pressure." [112]
KeyBanc's August 5, 2021 report stated, "Zillow faces substantial competitors and entrenched
business relationships in mortgages, title insurance, and other ancillary businesses" and
"Zillow's iBuying business involves buying and selling homes in short time frames, often doing
minor renovation work on the homes as well. Therefore, Zillow carries these homes on the
balance sheet for months at a time. If Zillow were not able to accurately predict the selling price
of homes, or if the housing market deteriorated significantly, Zillow might have to sell these
homes for substantial losses or write-down the inventory value of homes. As of 4Q19, Zillow
had $837M of inventory on balance sheet." [113]

104.     In addition, some equity analysts expressed skepticism that the increased number
of properties acquired by Zillow was due to the improved algorithm, as opposed to industry
factors such as the increase in housing transactions. Benchmark states, "it may be hard to parse
out macro tailwinds from organic improvement." [114]

### B.     The Alleged Misstatements on September 13, 2021 Had No Price Impact at the Time They Were Made

105.     There is no economic indication of price impact as of September 13, 2021
because (1) the September 13, 2021 alleged misstatements did not contain new information as
compared to August 5, 2021. This means that one would not expect the Zillow's stock price to
react to old news if the stock is trading in an efficient market; and (2) most of the stock price
increase during the day occurred before the start of Zillow's remarks at the conference.

### 1.     The September 13, 2021 Alleged Misstatements Did Not Contain New Information

106.     The September 13, 2021 alleged misstatements repeated the alleged
misstatements made on August 5, 2021. The August 5, 2021 alleged misstatements regarding

---

[112] Justin Ages et. Al., "Zillow Group, Inc.: Strong Q2; on track to deliver LT targets," Berenberg Capital Markets, August 6, 2021, p. 4.

[113] Edward Yruma et al., "Zillow Group, Inc. Z: 2Q – The Secular and Cyclical", KeyBanc Capital Markets, August 6, 2021, p. 2.

[114] Daniel L. Kumos, CFA, "Zillow Group, Inc. (ZG)," Better than Feared as ZO Defies Expectations, August 6, 2021, p. 1.

Zillow's algorithm improvements were also similar to the June 15, 2021 announcement of its improved algorithm.

107.    Plaintiffs allege that during the September 13, 2021 Piper Sandler 2021 Virtual Global Technology Conference, Zillow stated that, "some of those unit economic improvements are durable" and that "you're going to see us book those improvements as unit economic savings to the unit and be able to pass those back on to the customer and eventually to the bottom line."[115]

108.    The economic substance of this statement is similar to alleged misstatements on August 5, 2021, such as Zillow's statement that its unit economics were better in the second quarter in part because of "durable operational improvements."[116] Exhibit 7, below, compares the alleged misstatements on September 13, 2021 to the similar information that came out on June 15, 2021 about the improved algorithm and the alleged misstatements on August 5, 2021.

---

[115] Corrected Consolidated Complaint, ¶ 158.

[116] Corrected Consolidated Complaint, ¶ 158.

Exhibit 7.     *The News in the September 13, 2021 Alleged Misstatements Is Similar to the Alleged Misstatements on August 5, 2021 and June 15, 2021*

| Zillow Participates in the Piper Sandler Virtual Global Technology Conference September 13, 2021 | Zillow Announces 2021 Q2 Earnings and Improvements to its Pricing Algorithm August 5, 2021 and June 15, 2021 |
| --- | --- |
| (1) | (2) |
| "Some of the inventory growth timing was just based on the fastest home price appreciation we -- any of us had ever seen before and much stronger than both our internal and other third-party forecast we're seeing at the beginning of the year..... But I will say **what we've learned is that this business, Zillow Offers, is a business that exists across all housing market cycles**, right? And that's been a question that we've touched on over the past few years. Is Zillow Offers more interesting in a hot or a cold or a medium market? Zillow Offers is a really interesting opportunity for our customers in all markets. Now what customers may value continues to shift, right? **In a super hot market, it's not as hard to sell your house, yet we're still seeing record demand for Zillow Offers .... So we were really encouraged to see while we saw these incredibly hot markets, the strength and the appeal for Zillow Offers just continues to grow, and we're even more confident now that this is going to be a service really in all weather markets.**" (Corrected Consolidated Complaint, ¶ 191) | "Importantly, **the Zillow Offers value proposition of a fast, fair, flexible and convenient close has proved more than durable even in this sizzling hot seller's market.**" (Corrected Consolidated Complaint, ¶ 183)<br><br>**"The outsized unit economic results that were 665 basis points higher than Q2 2020 did benefit from the ongoing strong housing market, which we fully recognize as temporal in nature and largely contributed to the 312 basis points lower home acquisition costs of 87.1% in Q2.**" (Corrected Consolidated Complaint, ¶ 184)<br><br>"**the strong customer demand for Zillow Offers at the start of the quarter continued to accelerate in Q2, resulting in the purchase of 3,805 homes and sale of 2,086 homes.** The record number of homes purchased was more than double that of Q1 2021 and is a direct reflection of the customer value proposition, the progress we have made in strengthening our pricing models and automation when providing offers to customers. These drivers resulted in rapid gains in our customer conversion rate from requested offers to signed agreements, which drove inventory to more than double from the end of Q1" (Corrected Consolidated Complaint, ¶ 182)<br><br>"As we discussed on our last call, **we entered Q2 with strong customer interest in ZO [Zillow Offers], which accelerated throughout the quarter and into Q3.** Allen will get into more details. But as we said on our Q1 call, **we saw significant customer demand at the beginning of Q2 that we expected would drive revenue growth on a lagged basis in Q3,** which is now leading to our strong Q3 outlook. **And we continued to see strong growth in customer demand as we entered Q3 that we expect will favorably impact revenue in future quarters.**" (Corrected Consolidated Complaint, ¶ 183)<br><br>"As a result of the company's increasing confidence in Zestimate accuracy, in February Zillow began using the Zestimate as a live, initial cash offer through its home buying program, Zillow Offers. The Zestimate is an initial cash offer on about 900,000 eligible homes across 23 markets. **With this latest update and increased Zestimate accuracy, the number of homes eligible for a cash offer will likely increase by 30%.**" (PRNewswire) |

**Notes and Sources:**
- Excerpts are from Corrected Amended Complaint and Zillow Group, Inc. "Zillow Launches New Neural Zestimate, Yielding Major Accuracy Gains." PRNewswire. June 15, 2021.
- Emphasis added.

109.     Because the September 13, 2021 alleged misstatement did not contain additional information, it should not affect Zillow's stock prices if the stock is trading in an efficient market.[117]

---

[117] *See, e.g.*, Zvi Bodie, Alex Kane, and Alan J. Marcus, *Investments*, 10th ed. (New York, NY: McGraw-Hill, 2014), p. 351, and Ross, Stephen A., Randolph Westerfield, and Jeffrey F. Jaffe, *Corporate Finance*, 6th ed. (Boston, MA: McGraw-Hill, 2002), p. 351 ("According to the efficient-market hypothesis, a stock's abnormal return […] should reflect the release of information at the same time[.] Any information released before then, though, should have no effect on abnormal returns in this period, because all of its influence should have been felt before. In other words, an efficient market would already have incorporated previous information into prices.").

### 2. The Increase in Zillow's Stock on September 13 Occurred Prior to the Alleged Misstatement

110.    On September 13, 2021, Zillow's Class A stock price increased from $92.09 at the close of the prior trading day to $94.65, a 2.78 percent return. The Class C shares increased $91.83 to $94.49, a 2.90 percent increase. However, most of that price increase took place during the day prior to the start of Zillow's presentation at the Piper Sandler conference.

111.    Exhibit 8, below, presents the intraday trading data for Zillow's Class A and Class C shares. Zillow's presentation at the Piper Sandler conference began at 1:30 pm ET.[118] As of 1:30 pm ET, Zillow's Class A shares traded at $93.96, and the Class C shares traded at $93.53. This means that most of the price increase for the day, 73.14 percent and 63.80 percent for Class A and Class C, respectively, occurred before Zillow alleged misrepresentatives were made.

112.    Additionally, there was no immediate price increase to Zillow's presentation. As of 2:30 pm ET, one hour after the Zillow presentation began, Zillow's Class A shares traded at $93.87, and the Class C shares traded at $93.49, representing a decrease of 0.10 percent and 0.04 percent, respectively. The S&P 500 Index also decreased by 0.18 percent from 1:30 pm ET to 2:30 pm ET. The prices of the Class A and Class C shares closed at $94.65 and $94.49 per share, respectively, representing an increase of 0.73 percent and 1.03 percent, respectively from the start of the Zillow presentation that afternoon.

---

[118] Seeking Alpha, "Zillow Group, Inc. (Z) Management Presents on Piper Sandler 2021 Virtual Global Technology Conference (Transcript)," September 13, 2021.

Exhibit 8.     *Zillow's Class A and Class C Shares Increased by 0.73 Percent and 1.03 Percent, Respectively, Between the Start of Zillow's Presentation and the End of Trading on September 13, 2021*



**Notes and Sources:**
- Data are from TickData.
- Zillow volume weighted average prices calculated every minute.
- S&P 500 Anchored to Zillow Class A price at 1:30 PM.
[1] Seeking Alpha, "Zillow Group, Inc. (Z) Management Presents on Piper Sandler 2021 Virtual Global Technology Conference (Transcript)", September 13, 2021.

## VIII.   OPINION 2: THE ALLEGED CORRECTIVE DISCLOSURES DID NOT HAVE PRICE IMPACT THAT IS ATTRIBUTABLE TO THE MISSTATEMENTS

113.     The alleged misrepresentations at issue have no "front-end" price impact on Zillow's common stock, and no "back-end" price impact either.

114.     The Complaint alleges that the corrective disclosures occurred over a series of statements that disclosed that Zillow was selling properties at prices lower than the acquisition prices, that Zillow decided to pause its purchases of properties given labor shortages that prevented the renovation of its existing inventory, and Zillow's decision to wind down its Zillow Offers operations. However, there is no price impact from the alleged corrective disclosures for several reasons that I discuss in this section.

## A.     There is No Price Impact from the October 4, 2021 Alleged Corrective Disclosure

115.     The Complaint alleges that the first corrective disclosure occurred on October 4, 2021, when RBC issued an equity analyst report which stated that Zillow was selling properties below the acquisition price in the Phoenix area.[119] Qualitative and quantitative analysis demonstrates no price impact from this alleged disclosure for the reasons discussed below.

### 1.   The RBC Report Did Not Address the Pricing Overlays or Renovation Operations

116.     The Complaint alleges that on October 4, "RBC Capital markets noted that their analysis of home price reductions for Zillow's Phoenix-area listings suggest that 'the company likely still has meaningful inventory to work through into Q4 that was bought at too high a price and thus we would expect Q3 results and Q4 guidance to reflect this.'"[120] However, while the RBC article discusses overpayment for homes, it does not provide information revealing the allegedly concealed facts about Zillow Offers. That is, it does not provide information about: 1) Zillow's overriding of its pricing algorithm using overlays; or 2) Zillow's reduction of renovation scope and pay and the impact of those changes on Zillow's renovation operations.

### 2.   The RBC Report on October 4, 2021 Was Not Followed by a Statistically Significant Negative Stock Price Reaction

117.     Zillow's stock prices did not have a statistically significant price decrease following the publication of the RBC report. Exhibit 9, below, demonstrates the lack of a statistically significant price reaction using Dr. Nye's own event study results. The RBC report was published on October 4, 2021 at 12:15 am ET.[121] On that day, Zillow's Class A stock return was -6.26 percent. After accounting for market and industry index returns using Dr. Nye's event study, Zillow Class A stock exhibited an excess return of -0.70 percent (confidence level of 25.47 percent). Similarly, for Zillow's Class C stock, the excess stock price return was -0.04 percent (confidence level of 1.58 percent). According to Dr. Nye, the excess returns for both

---

[119] Corrected Consolidated Complaint, ¶ 162.

[120] Corrected Consolidated Complaint, ¶ 162.

[121] Brad Erickson and Daniel Parr, "Zillow Group: It was bound to happen at some point; lowering estimates and price target," RBC Capital Markets, October 4, 2021, p. 1.

stocks are not statistically significant at the five percent level. I conclude that market participants did not consider the RBC report to be news that was relevant to the value of the Zillow stock.

| Exhibit 9. | There Was No Statistically Significant Price Reaction Following the Publication of the RBC Report on October 4, 2021 |

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|------|---------------|--------|---------------|----------------------|----------------------|------------------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | | | | | |
| *RBC Produced a Zillow Analyst Report on 10/04/2021 at 12:15 AM ET* | | | | | | |
| **Class A** | | | | | | |
| 10/1/2021 | $ 91.40 | 394,528 | | | | |
| 10/4/2021 | 85.68 | 768,132 | -0.70 % | $ -0.64 | -0.33 | 25.47 % |
| | | | | | | |
| **Class C** | | | | | | |
| 10/1/2021 | $ 90.36 | 2,979,817 | | | | |
| 10/4/2021 | 85.38 | 6,075,023 | -0.04 % | $ -0.04 | -0.02 | 1.58 % |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

### 3. The RBC Report Was Based on Publicly Available Data

118.    RBC's report is based on the analysis of 32 homes in Maricopa County (Phoenix), Arizona. The analysis compared the price Zillow paid for a home, the price they initially listed the home for, and the price the home was listed for as of the report date.[122] Appendix V provides screenshots of historic webpages demonstrating that this information was publicly available and accessible by analysts and investors at the time.

119.    The RBC report itself noted that "[g]iven 3P [third party] data, we think this is generally already somewhat understood and discounted in the stock."[123] The prices at which Zillow purchased and listed homes were public information and could be followed closely by sophisticated investors and other market participants. Multiple third-party vendors provide real estate transaction price and listing price data that market participants could have used to analyze Zillow Offers' home acquisition prices and listing prices.

---

[122] Brad Erickson and Daniel Parr, "Zillow Group: It was bound to happen at some point; lowering estimates and price target," RBC Capital Markets, October 4, 2021, pp. 1-2.

[123] Brad Erickson and Daniel Parr, "Zillow Group: It was bound to happen at some point; lowering estimates and price target," RBC Capital Markets, October 4, 2021, p. 1.

### 4.   The RBC Report Concluded that Zillow's Overpayments Did Not "Matter That Much"

120.    The RBC report concluded that Zillow's overpaying for houses in Phoenix should not "matter that much."[124] The RBC report stated, "Should this matter that much? Not really. We believe investors are more focused on iBuying's standalone economics than is necessary given our view that market-making in homes is simply a Trojan horse for capturing prospective home-seller signal that is vital for Zillow to connect premier agents with valuable, intentful sellers… we believe that as Zillow's strategy comes to be better understood over the next few years, these concerns should steadily dissipate."[125]

121.    RBC's emphasis on the long-term potential of Zillow Offers, rather than short-term earnings, is consistent with the lack of price impact from news about current listings below acquisition costs.

### 5.   Other Equity Analysts Did Not Report the Results of the RBC Analysis

122.    Other equity analysts did not comment on the importance of the RBC report, a further indication that the RBC report was not of relevance. Of the 25 equity analysts that issued Zillow reports in October or November 2021, only three other analysts issued reports on Zillow between October 4 and October 17, the date of the next alleged corrective disclosure. None of these equity analysts addressed the RBC report. See Appendix VI.

### B.   The Alleged Corrective Disclosures on October 17 and 18, 2021 Had No Price Impact Attributable to the Misstatements

123.    The Complaint alleges that Zillow's decision to pause on any additional contracts to buy homes through year-end was a corrective disclosure.[126] However, the October 17 Bloomberg article and the October 18 Zillow press release do not have price impact for several reasons discussed below.

---

[124] Brad Erickson and Daniel Parr, "Zillow Group: It was bound to happen at some point; lowering estimates and price target," RBC Capital Markets, October 4, 2021, p. 1.

[125] Brad Erickson and Daniel Parr, "Zillow Group: It was bound to happen at some point; lowering estimates and price target," RBC Capital Markets, October 4, 2021, p. 1.

[126] The Complaint does not articulate any reasons why this was a corrective disclosure. See, Corrected Consolidated Complaint, ¶ 164.

### 1. The October 17 and 18 Alleged Corrective Disclosures Did Not Address the Alleged Misstatements

124.    On October 17, Bloomberg News reported that Zillow would "pause" its acquisition of homes through Zillow Offers. The article quoted a Zillow spokesperson who said, "We are beyond operational capacity in our Zillow Offers business and are not taking on additional contracts to purchase homes at this time... We continue to process the purchase of homes from sellers who are already under contract, as quickly as possible."[127]

125.    The Bloomberg article reported that Zillow's iBuying process is "also reliant on humans. Before Zillow signs a contract to buy a house, it sends an inspector to make sure the property doesn't need costly repairs. After it buys a property, contractors replace carpets and repaint interiors. Finding workers for those tasks has been challenging during a pandemic that has stretched labor across industries. Staffing shortages have been exacerbated by Zillow's willingness to let customers set a closing date months into the future, meaning it could agree to buy a house in August and begin renovating it in November."[128]

126.    On October 18, 2021 at 8:00 am ET (before the start of trading), Zillow issued a press release stating that "[d]ue to a backlog in renovations and operational capacity constraints, Zillow announced its Zillow Offers business will not sign any new, additional contracts to buy homes through the end of the year."[129] Zillow attributed the backlog due to macro labor and supply shortages: "We're operating within a labor- and supply-constrained economy inside a competitive real estate market, especially in the construction, renovation and closing spaces . . . We have not been exempt from these market and capacity issues and we now have an operational backlog for renovations and closings. Pausing new contracts will enable us to focus on sellers already under contract with us and our current home inventory."[130]

---

[127] Patrick Clark, "Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping," Bloomberg, October 17, 2021.

[128] Patrick Clark, "Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping," Bloomberg, October 17, 2021.

[129] Zillow Group, Inc., "At Operational Capacity, "Zillow Offers" to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021.

[130] Zillow Group, Inc., "At Operational Capacity, "Zillow Offers" to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021.

127.     The Complaint alleges that Zillow's decision to pause on any additional contracts to buy homes through year-end was a corrective disclosure.[131] However, as shown, the October 17 Bloomberg article and the October 18 Zillow press release did not reveal alleged misrepresentations that Zillow applied overlays to its pricing model or reduced the scope of renovations and decreased payments offered to contractors, let alone attribute the pause to those actions. See Appendix VII.

## 2. Zillow's Decision to "Pause" Acquisitions Due to Labor Supply Issues Is Consistent with Macroeconomic Conditions at the Time

128.     Zillow's attribution of the renovation backlog to larger labor and supply shortages was consistent with macroeconomic conditions at the time. In 2021, the construction industry in the United States faced labor shortages in addition to customer demand for home services following the COVID-19 pandemic. In a March 2021 press release, the Associated Builders and Contractors stated, "In 2021, construction companies will need to hire 430,000 more workers than they employed in 2020" because "construction spending is likely to reach $1.45 trillion in 2021, up 1.3% from 2020."[132] Months later, the National Association of Home Builders found that "[a]ccording to the October 2021 survey for the NAHB/Well Fargo Housing Market Index (HMI), more than 55% of single-family builders reported a shortage of labor across 16 home-building trades."[133]

129.     A report by Jobber in November 2021 stated, "[a]s a result of the booming real estate market and growth in home renovations, customer demand for home services is at an all-time high and shows no signs of slowing down," but "the percentage of businesses who added employees has not returned at the same pace."[134] Furthermore, "[t]he data suggests that global

---

[131] The Complaint does not articulate any reasons why this was a corrective disclosure. See, Corrected Consolidated Complaint, ¶ 164.

[132] "ABC: The Construction Industry Needs to Hire an Additional 430,000 Craft Professionals in 2021," Associated Builders and Contractors, March 23, 2021.

[133] "Record Share of NAHB Members Report Labor Shortages," National Association of Home Builders, November 16, 2021.

[134] "Home Service Economic Report: Record Growth Fuels Labor Shortage," Jobber, November 2021.

and domestic supply chain bottlenecks will extend into the final quarter of this year, which means continued high cost for many materials needed to perform home services." [135]

130.    The U.S. Chamber of Commerce 2021 third and fourth quarter reports identified labor shortages as a prime concern amongst commercial construction contractors. The third quarter report stated "Contractors are facing increasing difficulties finding skilled workers and are paying more in order to attract them. The percentage of those reporting difficulty finding skilled workers this quarter rose, jumping 10 points to 55%." [136] This percentage increased to 62 percent in the fourth quarter. [137]

### 3. Equity Analysts Did Not Attribute Zillow's Announcement to the Use of "Pricing Overlays" or to Reductions in Renovation Scope and Pay

131.    I examined the equity analyst reports following the alleged corrective disclosures on October 17 and October 18 and prior to the next alleged corrective disclosure to determine the reaction of market participants. Based on the reports that I have reviewed, no equity analysts reported or speculated that Zillow had created a "pricing overlay." Additionally, no equity analysts attributed the pause in purchases to Zillow's alleged reduction to the scope of renovations or reduced payments to contractors. Instead, analysts primarily attributed the "pause" in home acquisitions to the construction industry labor shortage and the slowing of housing market price appreciation.

132.    Exhibit 10, below, presents a summary of equity analyst assessments of the reasons for Zillow's decision to "pause" home acquisitions. Overall, I examined 20 equity analyst reports published between October 17, 2021 and October 31, 2021, the date of the next alleged corrective disclosure. The most common reason that analysts attributed Zillow's "pause" in home purchasing was the economy-wide labor shortage, which was provided by 13 analysts. The second most common reason was "market softening", which was cited by eight analysts, followed by Zillow's untimely increase in home acquisitions, which was cited by six equity

---

[135] "Home Service Economic Report: Record Growth Fuels Labor Shortage," Jobber, November 2021.

[136] "U.S. Chamber of Commerce: Commercial Construction Index Q3 2021," U.S Chamber of Commerce, September 22, 2021, p. 2.

[137] "U.S. Chamber of Commerce: Commercial Construction Index Q4 2021," U.S Chamber of Commerce, December 15, 2021, p. 2.

analysts. Analysts also cited potential issues with Zillow's algorithm (without mentioning an "overlay"), potential government intervention, iBuyer market saturation, increased competition, Zillow achieving its milestones for growing the business, managerial issues, and expected process streamlining.

Exhibit 10.    *Reasons Identified by Equity Analysts for Zillow's Announced Home Purchasing Pause on October 18*

| Reason for Pause in Zillow Offers (1) | Equity Analysts (2) | Count (3) |
|---|---|---|
| Economy-Wide Labor Shortages and Resulting Capacity Issues | Bank of America, Berenberg, BTIG, Jefferies, JMP, KeyBanc Capital Markets, Piper Sandler, RBC Capital Markets, Stifel, Stephens, Truist, Wedbush, Zelman & Associates | 13 |
| Market Softening | Bank of America, BTIG, Jefferies, Piper Sandler, RBC Capital Markets, Stephens, Stifel, Zelman & Associates | 8 |
| Untimely Surge in Home Acquisitions | Bank of America, BTIG, KeyBanc Capital Markets, RBC Capital Markets, Stifel, Zelman & Associates | 6 |
| Potential Algorithm Errors | Piper Sandler, Stephens, Zelman & Associates | 3 |
| Government Intervention | Stephens | 1 |
| iBuyer Market Saturation | RBC Capital Markets | 1 |
| iBuying Milestone Reached | Berenberg | 1 |
| Increased Competition | RBC Capital Markets | 1 |
| Managerial Issues | Zelman & Associates | 1 |
| Pending Process Streamlining | Truist | 1 |
| Reduction to the Scope and Pricing for Contractors | n.a. | 0 |
| Valuation Model Pricing Overlay | n.a. | 0 |

**Notes and Sources**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

133.    For example, Piper Sandler stated on October 18, 2021 that "[i]t's been widely reported that labor supply is constrained and supply chains are stretched. We take it at face value this is the most likely explanation and that Zillow will resume home purchases after it digests the backlog."[138] Zelman & Associates stated on October 19, 2021 that "[i]n hindsight, we could have connected the dots more tangibly between the abundant challenges in the homebuilding sector and the renovation-related headwinds in the iBuyer space."[139] Similarly, on October 18, 2021, Truist stated, "[a]t the same time, labor shortages in the economy are real and likely resulting in

---

[138] Thomas Champion and James Callahan, "ZOffers on Pause; Adjusting Target Price," Piper Sandler, October 18, 2021, p. 1.

[139] Ivy Zelman et al, "Acquisition Pause Signals Operational Challenges," Zelman & Associates, October 19, 2021, p. 1.

bottlenecks along the chain. In such a setup, the current pause lowers inventory risk to Zillow, in our view."[140]

134.    Additionally, analysts focused on the implications for the "pause" on the long-term goals of Zillow Offers. For example, on October 18, BTIG emphasized the importance of the long term perspective when evaluating Zillow Offers, stating, "[o]ur favorable view of ZG is driven by healthy growth prospects in its core high-margin advertising business, as well as increased comfort in the ability to ramp the Offers platform over the next several years."[141] On October 18, Stephens stated, "we do like that ZG is taking on the iBuying expansion in what appears to be a disciplined fashion."[142] These views demonstrate that equity analysts focused on the long term prospect of Zillow Offers.

135.    In summary, equity analysts agreed that there were significant shortages in the labor market that contributed to the current pause. Some analysts also expressed concern that the pause could also be driven by Zillow's acquisition of additional houses as housing price increases were decelerating. However, analysts also focused on the implication of the pause on Zillow's long-term business strategy.

**C.    The KeyBanc Equity Analyst Report on October 31, 2021 or the November 1, 2021 Bloomberg Report Had No Price Impact Attributable to the Misstatements**

136.    The Complaint alleges that KeyBanc's October 31 equity analyst report and the subsequent media coverage of the report were a corrective disclosure.[143] The KeyBanc analyst report of October 31, 2021 stated that Zillow's listing prices were an average two percent lower than the acquisition prices.[144] On November 1 at 2:45 pm ET, Bloomberg published an article

---

[140] Naved Khan et al., "Pause in iBuyer a NT Setback; No Change to LT Thesis," Truist, October 18, 2021, p. 1.

[141] Jake Fuller and W. Clark Lampen, "Our Take on iBuyer Pause," BTIG, October 18, 2021, p. 2.

[142] John Campbell, "First Look: Zillow Offers Halts Purchases For Remainder Of Year," Stephens, October 18, 2021, p. 1.

[143] The Complaint does not articulate any reasons why this was a corrective disclosure. See, Corrected Consolidated Complaint, ¶¶ 227-229.

[144] Edward Yruma et al., "Z: Volatile iBuying Trends, Earnings Risk," KeyBanc Capital Markets, October 31, 2021, p. 1.

that repeated the KeyBanc findings and reported that Zillow planned to sell approximately 7,000 properties for approximately $2.8 billion.

137.    However, qualitative and quantitative evidence demonstrate that the alleged corrective disclosures did not have price impact for the reasons discussed below.

### 1. The October 31 and November 1 Alleged Corrective Disclosures Did Not Address the Alleged Misstatements

138.    The Complaint reiterated KeyBanc's conclusions that, "Zillow may have leaned into home acquisition at the wrong time."[145] It also highlighted the findings from KeyBanc's analysis that "66% of Zillow's homes are currently listed below the purchase price (at an average discount of 4.5% versus the purchase price)."[146] In addition, a Bloomberg article on November 1 reported that Zillow was "looking to sell 7,000 houses" and "seeking roughly $2.8 billion for the houses, which are being pitched to institutional investors."[147]

139.    However, the KeyBanc report and the November 1 Bloomberg News article did not disclose the alleged misrepresentations or discuss the claim that Zillow applied pricing "overlays" or whether Zillow reduced the scope or pricing for renovations.[148]

140.    The KeyBanc report also did not raise any issues regarding Zillow's pricing algorithm. The Bloomberg News article repeated that Zillow had "tweaked" its algorithm, the same language it used in a previous article about Zillow on October 26, 2021.[149]

---

[145] Corrected Consolidated Complaint, ¶ 227.

[146] Corrected Consolidated Complaint, ¶ 227.

[147] Patrick Clark, Sridhar Natarajan, and Heather Perlberg, "Zillow Seeks to Sell 7,000 Homes for $2.8 Billion After Flipping Halt," Bloomberg News, November 1, 2021.

[148] Corrected Consolidated Complaint, ¶ 187©.

[149] Patrick Clark and Noah Buhayar, "Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble," Bloomberg News, October 26, 2021.

## 2. Analysts Reports Prior to October 31, 2021 Disclosed Findings Similar to KeyBanc's and There Was No Statistically Significant Negative Price Reactions

141.     The KeyBanc report concluding that Zillow Offers was listing homes for an average of two percent less than the acquisition prices was not new information.[150] In October 2021 and prior to the publication of the KeyBanc report, several analysts reported similar results of their own investigations, concluding that Zillow Offers was listing properties at prices less than acquisition costs. These analyses were based on publicly available information that would enable equity analysts and investors to evaluate Zillow's acquisition and listing prices. There are no statistically significant negative price reactions following any of the earlier reports with similar news to the KeyBanc report. Because the KeyBanc findings were not new, they could not have resulted in a stock price reaction on November 1, 2021, the first trading day following the report.

142.     On October 19, 2021, real estate analyst Mike DelPrete reported his analysis of the Phoenix market and showed that as the Phoenix market cooled off, Zillow continued to acquire properties in August and September, while Opendoor and Offerpad purchased fewer houses.[151] DelPrete also reported that in Phoenix, "Zillow continued to purchase homes well above the market median -- a full $65k higher in September. It continued to pay top dollar to fuel acquisitions at a time when the market was cooling and other iBuyers were pumping the brakes."[152] Mr. DelPrete's analysis was also reported in a Stifel equity analyst report on October 21, 2021.[153] Dr. Nye's event study shows a positive stock price reaction on October 19 and 21 for both Class A and C Zillow share prices. There was no statistically significant negative price reaction on October 19 as demonstrated in Exhibit 11. [154]

143.     On October 20, 2021, an analyst report by BTIG stated that Zillow was listing properties below purchase price in Phoenix. It reported that, "[o]ur analysis of ZG listings purchased since 8/1 shows an average listing price ~$1K below purchase price; 3) A layer

---

[150] Corrected Consolidated Complaint, ¶¶ 227-229.

[151] Mike DelPrete, "iBuying is Hard: Zillow Pauses New Purchases," October 19, 2021.

[152] Mike DelPrete, "iBuying is Hard: Zillow Pauses New Purchases," October 19, 2021.

[153] Scott W. Devitt and Wesley Sanford, "3Q:21 Online Real Estate Preview," Stifel, October 21, 2021.

[154] Nye Report, Exhibits 11B and 11D.

deeper, we find that 203 out of 220 Phoenix listings are below purchase price."[155] There was no statistically significant negative price reaction on October 20 as demonstrated in Exhibit 11.

144.    On October 25, 2021, Mike DelPrete published another report analyzing Zillow's recent transactions and listings.[156] Mr. DelPrete reported in his analysis that Zillow listed houses in Phoenix at a 6.2 percent discount to acquisition prices. Mr. DelPrete reported that, "[i]n Phoenix, Zillow's 250 listings are currently priced at a median of 6.2 percent below what they were bought for (the "buy-to-list" metric)."[157] Mr. DelPrete reported that he identified similar trends in other markets. There was no statistically significant negative price reaction on October 25 as demonstrated in Exhibit 11.

145.    On October 26, 2021, Bloomberg reported that Zillow had "tweaked the algorithms that power its home-flipping operation to make higher offers" and that "[s]lowing price appreciation means it will sell many homes at a loss."[158] Bloomberg further reported that "Zillow cut prices on nearly half of its U.S. listings in the third quarter, according to Yipit, signaling that its inventory was commanding prices lower than it expected."[159] The article provided an example of a home seller, Abidemi Bolatiwa, who sold his house to Zillow for $531,300 in September as compared to an offer from Opendoor of $504,000. Zillow listed the property for $494,900.[160] There was no statistically significant negative price reaction on October 26 as demonstrated in Exhibit 11.

146.    On October 28, 2021, Bank of America published an equity analyst report that also estimated Zillow had systematically paid more for homes than the current listing price.[161] It

---

[155] Jake Fuller and W. Clark Lampen, "ZG May Have Been Slow To Adjust To Market Conditions, But OPEN Wasn't," BTIG, October 20, 2021, p. 1.

[156] Mike DelPrete, "Priced to Sell: Zillow's Inventory Problem," October 25, 2021.

[157] Mike DelPrete, "Priced to Sell: Zillow's Inventory Problem," October 25, 2021.

[158] Patrick Clark and Noah Buhayar, "Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble," Bloomberg News, October 26, 2021.

[159] Patrick Clark and Noah Buhayar, "Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble," Bloomberg News, October 26, 2021.

[160] Patrick Clark and Noah Buhayar, "Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble," Bloomberg News, October 26, 2021.

[161] Nat Schindler et al., "iBuy that risks for ZG may not be just a pause in sales: Lower ests and PO to $85," Bank of America, October 28, 2021.

reported the results of its analysis of 301 properties from a proportional representation of Zillow's markets. The study found, "1) on average Zillow is selling homes for 2% less than the purchase price; 2) current selling prices are 6% lower than the initial price and on average Zillow has taken two price cuts per home; and 3) on average, the homes purchased by Zillow appreciated 113% since the last time they turned over, well above market averages. In our opinion, these numbers may suggest Zillow could be facing a potential demand issue and is thus attempting to clear inventory before trends worsen."[162] There was no statistically significant negative price reaction on October 28 as demonstrated in Exhibit 11.

147.    Also on October 28, 2021, Business Insider reported that its analysis showed that Zillow had "listed hundreds of homes that it owns in key markets for less than it originally paid for them."[163] The Business Insider analysis found that 616 of the 963 recently acquired homes in Dallas, Houston, Phoenix, Minneapolis, and Atlanta were listed below their purchase prices by a median amount of $16,000.[164] There was no statistically significant negative price reaction on October 28 as demonstrated in Exhibit 11.

148.    On October 29, 2021, Business Insider reported that as of October 27, Zillow listed 92.9 percent of homes in Phoenix below Zillow's acquisition price. The article reported that many believed blame was attributable to a "faulty algorithm." [165] There was no statistically significant negative price reaction on October 29 as demonstrated in Exhibit 11.

149.    Taken as a whole, the reports published between October 19 and October 29 revealed that Zillow was offering more for properties than other iBuyers, that it was listing the majority of its recent acquisitions for less than the acquisition prices, that the issue was systematic across different markets and not specific to Phoenix, that nationally, Zillow's listings were an average of two percent below acquisition prices and some noted that Zillow had recently

---

[162] Nat Schindler et al., "iBuy that risks for ZG may not be just a pause in sales: Lower ests and PO to $85," Bank of America, October 28, 2021, p 1.

[163] Alex Nicoll et al., "Zillow is selling hundreds of homes in places such as Atlanta, Phoenix, and Houston. An Insider analysis found that almost two-thirds were listed for less than it paid." Business Insider, October 28, 2021.

[164] Alex Nicoll et al., "Zillow is selling hundreds of homes in places such as Atlanta, Phoenix, and Houston. An Insider analysis found that almost two-thirds were listed for less than it paid." Business Insider, October 28, 2021.

[165] Alex Nicoll et al., "Zillow has listed a staggering 93% of the hundreds of Phoenix homes it owns at a loss," Business Insider, October 29, 2021.

"tweaked" its algorithm to "make higher offers." This is the same as, similar to, or more extensive than, the information that was reported in the KeyBanc on October 31, 2021.

150.    None of these reports published between October 19 and 29 about Zillow overpaying for houses was followed by a statistically significant negative stock price. Exhibit 11, below, presents Dr. Nye's event study results of Zillow's Class A shares and Class C shares from October 19 to October 29, 2021. It demonstrates that Zillow's stock price generally increased over this period after controlling for market and industry factors, with no statistically significant stock price declines.

Exhibit 11.    *Dr. Nye's Analysis Demonstrates that There Were No Statistically Significant Negative Price Reactions Following Multiple Analyses of Zillow's Acquisition and Listing Prices from October 19 to October 29*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|------|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| **Class A** | | | | | | |
| 10/18/2021 | $ 85.46 | 1,803,401 | | | | |
| 10/19/2021 | 88.86 | 1,192,866 | 3.08 % | $ 2.63 | 1.44 | 84.95 % |
| 10/20/2021 | 89.61 | 949,656 | 2.12 | 1.88 | 0.99 | 67.76 |
| 10/21/2021 | 93.32 | 824,082 | 3.40 | 3.05 | 1.59 | 88.73 |
| 10/22/2021 | 93.68 | 781,879 | 5.00 | 4.67 | 2.34 * | 97.99 |
| 10/25/2021 | 96.36 | 845,357 | 3.05 | 2.86 | 1.43 | 84.51 |
| 10/26/2021 | 96.19 | 768,532 | 0.95 | 0.92 | 0.44 | 34.15 |
| 10/27/2021 | 94.40 | 585,299 | -0.41 | -0.39 | -0.19 | 15.27 |
| 10/28/2021 | 100.56 | 1,102,505 | 5.94 | 5.61 | 2.78 * | 99.41 |
| 10/29/2021 | 105.72 | 5,263,645 | 4.50 | 4.53 | 2.11 * | 96.37 |
| **Class C** | | | | | | |
| 10/18/2021 | $ 86.00 | 15,495,377 | | | | |
| 10/19/2021 | 87.59 | 6,374,382 | 0.97 % | $ 0.83 | 0.44 | 34.10 % |
| 10/20/2021 | 88.61 | 4,341,899 | 2.42 | 2.12 | 1.10 | 72.79 |
| 10/21/2021 | 92.03 | 4,360,232 | 3.14 | 2.78 | 1.43 | 84.57 |
| 10/22/2021 | 92.21 | 2,932,784 | 4.73 | 4.35 | 2.15 * | 96.77 |
| 10/25/2021 | 95.43 | 3,368,076 | 3.68 | 3.39 | 1.67 | 90.47 |
| 10/26/2021 | 95.47 | 4,908,151 | 1.15 | 1.10 | 0.52 | 39.74 |
| 10/27/2021 | 93.18 | 4,136,837 | -0.97 | -0.93 | -0.44 | 34.16 |
| 10/28/2021 | 98.60 | 5,951,601 | 5.24 | 4.88 | 2.38 * | 98.21 |
| 10/29/2021 | 103.63 | 17,376,416 | 4.49 | 4.43 | 2.04 * | 95.78 |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

151.    Zillow's stock prices closed higher at the end of trading on November 1 (after the KeyBanc report) than on October 27 (immediately prior to the Bank of America report which

also estimated that Zillow was listing homes at prices two percent less than acquisition costs nationally.) Zillow's Class A shares closed at $94.40 on October 27 compared to $96.61 on November 1, while Zillow's Class C shares closed at $93.18 on October 27 compared to $97.15 on November 1.

152.    Analysts explained that the issue of Zillow's offering prices being less than purchase prices was unlikely to matter to Zillow in the big picture given the long-term focus on iBuying companies on scale. For example, Mr. DelPrete stated, "the loss [of Zillow], relative to its total investment in iBuying, is small. Sold today, Zillow's Phoenix listing would incur a loss of $7 million. That's a fraction of Zillow's total iBuying losses of this year and last." [166] He concluded, "[t]he iBuyer investment case for Zillow, Opendoor and others is clear: this is an opportunity measured in trillions, not billions, of dollars. Within the context of long-term industry disruption, this may simply be an embarrassing detour on Zillow's inexorable march to transform real estate." [167]

### 3.   Equity Analysts Did Not Attribute the Results of the KeyBanc Analysis or the Bloomberg Article to Zillow's Use of "Pricing Overlays" or to Reduction in Zillow's Payments to Contractors

153.    I examined the equity analyst reports following the alleged corrective disclosures on October 31 and November 1 and prior to the next alleged corrective disclosure after trading on November 2. In my assessment, no equity analysts reported or speculated that Zillow had created a "pricing overlay." See Appendix VIII and Appendix IX.

154.    Exhibit 12, below, presents a summary of equity analyst assessments of the reasons for the results of the KeyBanc analysis and Zillow's decision to sell 7,000 homes from its inventory to private equity. Overall, I obtained eight equity analyst reports published between October 31 and November 2, 2021, the time of the next alleged corrective disclosure. The most common reasons analysts mentioned were the untimely surge in home acquisitions given changes in housing prices and narrow or negative returns on home sales. Analysts also cited

---

[166] Mike DelPrete, "Priced to Sell: Zillow's Inventory Problem," October 25, 2021.

[167] Mike DelPrete, "Priced to Sell: Zillow's Inventory Problem," October 25, 2021.

labor shortages, markets softness, and undisciplined execution. No analysts addressed the potential use of overlays, or whether Zillow was reducing the scope of its house renovations.

Exhibit 12.   *Reasons Identified by Equity Analysts for the Results of the KeyBanc Analysis and the November 1 Report of Zillow's Decision to Sell Inventory for $2.8 Billion*

| Reason for Pause in Zillow Offers | Equity Analysts | Count |
|---|---|---|
| (1) | (2) | (3) |
| Untimely Surge in Home Acquisitions | KeyBanc Capital Markets, RBC Capital Markets | 2 |
| Narrow or Negative Returns on Home Sales | Barclays, RBC Capital Markets | 2 |
| Economy-Wide Labor Shortages and Resulting Capacity Issues | RBC Capital Markets | 1 |
| Market Softening | Bank of America | 1 |
| Undisciplined Execution | Bank of America | 1 |
| Reduction to the Scope and Pricing for Contractors | n.a. | 0 |
| Valuation Model Pricing Overlay | n.a. | 0 |

**Notes and Sources**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

155.    Following the November 1, 2021 Bloomberg news report of Zillow's decision to sell inventory for $2.8 billion, equity analysts determined that the news raised the possibility that Zillow would exit Zillow Offers. The November 1, 2021 news likely signaled to investors that Zillow was taking additional strategic actions which were not corrective disclosures to Zillow's use of overlays or changes to the scope or pricing of its renovations. For example, on November 1, 2021, after the close of trading, Barclays published an equity analyst report stating that the sale of 7,000 homes signaled Zillow's decision to exit the iBuying business.[168] In RBC's analysis on November 2 (before the earnings announcement) there were three potential implications of the inventory sale including that "Zillow was exiting the iBuying business."[169] The November 1, 2021 news therefore likely signaled to investors that Zillow was taking additional strategic actions that would reduce or end the company's commitment to its iBuying business. Zillow's decision to wind down Zillow Offers is not a corrective disclosure to Zillow's use of overlays or changes to the scope or pricing of its renovations.

---

[168] Trevor Young, Ross Sandler, and Mario Lu, "Handing Over the Keys on iBuying?" Barclays, November 1, 2021.

[169] Brad Erickson and Daniel Parr, "RBC 'Net Add: ZG, FVRR, DASH, MTCH, BMBL," RBC Capital Markets, November 2, 2021, p. 1.

**D.      The Alleged Corrective Disclosures on November 2, 2021 Did Not Have Price Impact Attributable to the Misstatements**

156.      On November 2, 2021, after the close of trading, Zillow announced its third quarter earnings results. Zillow also announced its decision to exit the Zillow Offers business, stating "[w]e've determined the unpredictability in forecasting home prices far exceeds what we anticipated and continuing to scale Zillow Offers would result in too much earnings and balance-sheet volatility."[170] The company also announced it would recognize asset impairments of $304 million on homes in the third quarter and an additional $240 to $265 million in impairments from homes acquired or scheduled to be acquired in the fourth quarter.[171] The Complaint alleges that Zillow's earnings statement contained corrective disclosures to the alleged misstatements that led to a decrease in Zillow's stock prices.[172] The November 2, 2021 earnings release and announcement that Zillow would wind down the Zillow Offers business did not have price impact for the reasons discussed below.

**1.  The November 2, 2021 Alleged Disclosures Did Not Address the Alleged Misstatements**

157.      None of Zillow's announcements on November 2, 2021 addressed the claim that Zillow used overlays to its pricing algorithm or reduced its expenditures on renovations. Zillow's announced inventory impairments were consistent with previous news that the company was listing properties for less than the asking price. Similarly, Zillow's discussion of its backlog of housing inventory awaiting renovation because of labor issues had been disclosed on October 17 and 18, 2021.

158.      The Complaint identifies as corrective disclosures statements about Zillow's strategic decision to wind down Zillow Offers, charges associated with the wind down of Zillow Offers, Zillow's announced asset impairment of approximately $569 million "because Zillow expected to sell the homes in its inventory for significantly less than it had purchased them for,"

---

[170] "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," Zillow Group, Inc., November 2, 2021.

[171] "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," Zillow Group, Inc., November 2, 2021.

[172] Corrected Consolidated Complaint, ¶ 33. The Complaint identifies several specific statements from Zillow's earnings release, and investor call that presumably corrected alleged misstatements.

negative unit economics in Zillow Homes, the inability of Zillow's pricing algorithms to "accurately forecast home prices," and "capacity and demand planning challenges."[173] None of these alleged corrective disclosures addressed the allegation that Zillow applied a pricing "overlay" or reduced the scope of renovation projects or the pricing it offered contractors.

### 2. No Equity Analyst Attributed Zillow's Inventory Impairment or Decision to Wind Down Zillow Offers to Zillow's Use of "Pricing Overlays" or to Reduction in Zillow's Payments to Contractors

159.    I examined the equity analyst reports following the alleged corrective disclosures on November 2 to assess the evaluation of market participants to the news. In my assessment, no equity analysts reported or speculated that Zillow had created a "pricing overlay" or had reduced the scope of renovations or payments offered to contractors. See Appendix X.

160.    Exhibit 13, below, presents a summary of equity analyst assessments of Zillow's inventory impairment and its decision to wind down Zillow Offers. I examined 28 equity analyst reports that were published between November 2, 2021 and November 9, 2021, the date a Business Insider report disclosed Zillow's alleged use of pricing overlays. The most common reason that analysts attributed to Zillow's decision to shut down Zillow Offers was inability to forecast housing prices, cited by 17 analysts. The second most common reason was the risk/volatility with the Zillow Offers business model, which was cited by 16 analysts, followed by excessive capital requirements, which was cited by seven equity analysts. Analysts also cited labor shortages, low seller conversion, a bloated inventory, low return on equity, and weak execution. No analysts addressed the potential use of overlays, or whether Zillow was reducing the scope for its house renovations as reasons for Zillow's announcements on November 2, 2021.

---

[173] Corrected Consolidated Complaint, ¶¶ 231-237.

Exhibit 13.    *Reasons Identified by Equity Analysts for the Zillow's Inventory Impairment and Zillow's Decision to Wind Down Zillow Offers*

| Reason for Pause in Zillow Offers | Equity Analysts | Count |
|---|---|---|
| (1) | (2) | (3) |
| Inability to Forecast Housing Prices | Berenberg, BTIG, Canaccord, Credit Suisse, D.A. Davidson, Evercore ISI, JMP, KeyBanc Capital Markets, Morgan Stanley, Oppenheimer, Piper Sandler, Stephens, Stifel, Susquehanna, Truist, Wedbush, Zelman & Associates | 17 |
| Risk/Volatility with Business Model | Benchmark, Berenberg, BTIG, Canaccord, D.A. Davidson, Evercore ISI, Jefferies, JMP, KeyBanc Capital Markets, Morgan Stanley, Stephens, Stifel, Susquehanna, Truist, Wedbush, Zelman & Associates | 16 |
| Excessive Capital Requirements | Berenberg, D.A. Davidson, Evercore ISI, JMP, Morgan Stanley, Stifel, Susquehanna | 7 |
| Labor Shortages | Canaccord, Evercore ISI, Oppenheimer, Susquehanna, Truist, Wedbush | 6 |
| Low Seller Conversion | Evercore ISI, Oppenheimer, Stephens, Stifel, Susquehanna | 5 |
| Bloated Inventory | KeyBanc Capital Markets, Piper Sandler, Stifel, Wedbush | 4 |
| Low Return on Equity | Berenberg, Jefferies, JMP, Stephens | 4 |
| Weak Execution | BTIG, Evercore ISI, Morgan Stanley, Wedbush | 4 |
| Negative Customer Impact | Barclays, RBC Capital Markets, Stephens | 3 |
| Untimely Surge in Acquisitions | KeyBanc Capital Markets, Truist, Wedbush | 3 |
| Inefficient Interaction With Sellers | RBC Capital Markets, Stephens | 2 |
| Narrow or Negative Returns on Home Sales | Berenberg, Canaccord | 2 |
| Scaling Issues | Morgan Stanley, Wedbush | 2 |
| Incompatible Business Models | KeyBanc Capital Markets | 1 |
| Narrow Market | Stephens | 1 |
| Reduction to the Scope and Pricing for Contractors | n.a. | 0 |
| Valuation Model Pricing Overlay | n.a. | 0 |

**Notes and Sources**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

### 3.  Zillow's Announced Impairment on November 2, 2021 Was Consistent with the Earlier Disclosures of Losses

161.    Zillow's announcement of asset impairments and expected losses on November 2, 2021 did not result in a price impact as the expected loss could be estimated based on earlier disclosures in October that Zillow was listing houses for less than its acquisition prices.

162.    Exhibit 14 demonstrates that the impairment amount that was announced on November 2 was expected given the already disclosed information about the discount on listing prices and renovations costs. The exhibit shows how one can estimate the loss per unit based on the information that Zillow disclosed earlier about its home purchases and the already disclosed information about the discount in listing prices. On November 2, Zillow reported that it expected

to lose "between negative 500 basis points to negative 700 basis points before interest expense in Q4 as informed by our Q3 inventory write-down and Q4 outlook."[174] In an earlier shareholder letter in August 2021, Zillow reported that it spent $322.4 million on the home purchases in Q2 and $26.3 million on additional costs between renovation costs, holding costs, and selling costs for a total cost of $348.8 million, not including interest expense.[175] See rows B and C in the Exhibit below. In addition, several analysts including Bank of America on October 28, 2021 and KeyBanc report in October 31, 2021 had estimated that Zillow was listing properties for two percent less than the acquisition price.[176] A two percent discount of listing price to purchase price means that Zillow could expect a revenue of $316.0 million (Row E in the Exhibit), which represents a loss of 10.4 percent per home after incorporating the additional costs (Row F in the Exhibit).[177] The 10.4 percent potential loss exceeded the expected loss of five to seven percent that Zillow reported on November 2, 2021.

---

[174] "Zillow Group, Inc. Q3 2021 Earnings Call," Zillow Group, Inc., November 2, 2021. p. 7.

[175] "Q2 2021 Shareholder Letter," Zillow Group, Inc., August 5, 2021.

[176] Nat Schindler et al., "iBuy that risks for ZG may not be just a pause in sales: Lower ests and PO to $85," Bank of America, October 28, 2021, p. 1 and Edward Yruma et al., "Z: Volatile iBuying Trends, Earnings Risk," KeyBanc Capital Markets, October 31, 2021, p. 1.

[177] ($348.8 million - $316.0 million) / $348.8 million = 10.4 percent

Exhibit 14.    *Zillow's Inventory Impairment Reported on November 2 Was Consistent with Previously Reported Losses and Zillow's Selling Expenses*

|  | Formula | Number | |
|---|---|---|---|
|  | (1) | (2) | |
|  |  | --($ in thousands)-- | |
| Estimated Discount of Listing Price to Purchase Price[1] | [A] |  | 2.0% |
| Additional Costs per Home of Homes Sold During Q2 2021[2] | [B] | $ | 26.3 |
| Average Purchase Price per Home of Homes Sold During Q2 2021[3] | [C] | $ | 322.4 |
| Total Costs | [D] = [B]+[C] | $ | 348.8 |
| Expected Revenue with Estimated Discount of Listing Price to Purchase Price | [E] = (1-[A])*[C] | $ | 316.0 |
| **Loss as a Percentage of Revenue** | **[F] = 1-([D]/[E])** |  | **-10.4%** |
| **Zillow's Expected Unit Economics in Q4 2021[4]** |  |  | **-5 to -7%** |

**Notes and Sources:**

[1] Estimated by KeyBanc in an October 31, 2021 analyst report and Bank of America in an October 28, 2021 analyst report.

[2] Additional costs include renovation costs, holding costs, and selling costs. Data are from Zillow's August 5, 2021 shareholder letter.

[3] Data are from Zillow's August 5, 2021 shareholder letter.

[4] Data are from Zillow's November 2, 2021 shareholder letter.

## 4.  Zillow's Strategic Decision to "Wind Down" Zillow Offers Was a Realization of Previously Disclosed Risks

163.    There is no price impact from the November 2 announcement because it reflects Zillow's strategic decision in the face of previously disclosed difficulties of the iBuyer industry, including its earnings volatility and its capital-intensive nature. These risks had been previously understood by market participants, including by Zillow's risk disclosures that were disclosed in 2020.

164.    For example, in its 10K ending in December 31, 2020, Zillow disclosed risks from its "unproven business model," which required its ability to "accurately value homes" but

that its "assessments may be inaccurate."[178] It disclosed that acquiring homes required it to "adjust our pricing to stay in line with broader market trends" and that its acquisitions were "based in large part on our estimates of projected demand."[179]

165.    Equity analysts' commentary reflected the challenges leading to the decision to unwind Zillow Offers. For example, Craig-Hallum noted that this announcement came "in the midst of unprecedented macro volatility."[180] Morgan Stanley argued, the "shutdown of Zillow Offers after 3.5 years of capital, human and mindshare investment was due to weaker than expected execution on developing/scaling effective pricing algorithms. This resulted in higher than expected earnings volatility and long-term potential capital commitments."[181] Finally, Stephens stated, "ZG's rationale for the wind down was driven by the Company's belief that further scaling up the offering was too risky, too volatile to its earnings/operations, provides too little opportunity for return on equity, and serves too narrow a portion of its customers."[182]

166.    Following the WSJ article that disclosed Zillow's alleged use of pricing "overlays," on November 18, 2021, RBC wrote that Zillow's algorithm issues in the third quarter were not the reason Zillow decided to wind down Zillow Offers, stating, "Zillow exited the iBuying business because the product & experience was not furthering its journey down-funnel in an effort to capture more transaction profit dollars. The fact that it mis-executed around its pricing algorithm was simply the catalyst for doing so but importantly, it was not the root driver."[183]

167.    The size of the loss in Zillow's market capitalization following the November 2, 2021 earnings announcement is inconsistent with the expected impact of the alleged misstatements. If I take account of the change in market capitalization following each of the four

---

[178] Zillow Group, Inc., 10-K for the year ended December 31, 2020, pp. 9, 13.

[179] Zillow Group, Inc., 10-K for the year ended December 31, 2020. p. 14.

[180] Jason Kreyer, "As iBuying Fades Away An Asset-Light Zillow Will Drive Attractive Profit And CF. Maintain BUY Rating, Lowering Price Target To $95," Craig-Hallum, November 3, 2021, p. 1.

[181] Brian Nowak et al., "Offers Off…What Matters Now?" Morgan Stanley, November 3, 2021, p. 1.

[182] John Campbell, "iBuying Trends Quite Different Than Zillow's; Brokerage Tweaks Underway," Stephens, November 5, 2021, p. 6.

[183] Brad Erickson and Daniel Parr, "RBC 'Net Add: UBER, LYFT, DASH, ZG, WIX, FVRR, SQSP," RBC Capital Markets, November 18, 2021, p. 1.

alleged corrective disclosures, Zillow's market capitalization changed by $11.87 billion, cumulatively. Exhibit 15, below, presents Zillow's loss in market capitalization following the four alleged corrective disclosures using the excess returns calculated in the Nye Report. Zillow's market capitalization changed by $46.03 million following the October 4 alleged corrective disclosure, by $2.48 billion following the October 17 and 18 alleged corrective disclosure, by $3.96 billion after the October 31 and November 1 news, and by $5.39 billion following the November 2 alleged corrective disclosure. However, there was no corresponding increase in market capitalization following the alleged misstatements on August 5, 2021 and September 13, 2021.

Exhibit 15.   *Zillow's Market Capitalization Decreased by $11.87 Billion Following the Four Alleged Corrective Disclosures Which Is Inconsistent with the No Positive Reaction Following the Alleged Misstatements*

| Date (1) | Closing Price (2) | Excess Return (3) | Stock Price Reaction (4) | Shares Outstanding (5) -(in millions)- | Change in Market Capitalization (6) =(4) * [(5)/1000] --(in billions)-- |
|---|---|---|---|---|---|
| October 4, 2021 | | | | | |
| **Class A stock:** | | | | | |
| 10/1/2021 $ | 91.40 | | | | |
| 10/4/2021 | 85.68 | -0.70% $ | -0.64 | 61.37 $ | -0.04 |
| | | | | | |
| **Class C stock:** | | | | | |
| 10/1/2021 $ | 90.36 | | | | |
| 10/4/2021 | 85.38 | -0.04% $ | -0.04 | 187.19 $ | -0.01 |
| **Subtotal** | | | | $ | **-0.05** |
| October 18, 2021 | | | | | |
| **Class A stock:** | | | | | |
| 10/15/2021 $ | 94.30 | | | | |
| 10/18/2021 | 85.46 | -10.47% $ | -9.87 | 61.37 $ | -0.61 |
| | | | | | |
| **Class C stock:** | | | | | |
| 10/15/2021 $ | 94.97 | | | | |
| 10/18/2021 | 86.00 | -10.52% $ | -9.99 | 187.19 $ | -1.87 |
| **Subtotal** | | | | $ | **-2.48** |

| Date | Closing Price | Excess Return | Stock Price Reaction | Shares Outstanding | Change in Market Capitalization |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | | =(4) * [(5)/1000] |
| | | | | -(in millions)- | --(in billions)-- |

| | | | | | |
|---|---|---|---|---|---|
| *November 1, 2021 - November 2, 2021* | | | | | |
| **Class A stock:** | | | | | |
| 10/29/2021 | $   105.72 | | | | |
| 11/1/2021 | 96.61 | -8.24% | $   -8.71 | 61.37 | $   -0.53 |
| 11/2/2021 | 85.48 | -10.43% | -10.08 | 61.37 | -0.62 |
| | | | | | |
| **Class C stock:** | | | | | |
| 10/29/2021 | $   103.63 | | | | |
| 11/1/2021 | 97.15 | -5.89% | $   -6.10 | 187.19 | $   -1.14 |
| 11/2/2021 | 87.20 | -9.17% | -8.91 | 187.19 | -1.67 |
| | | | | | |
| **Subtotal** | | | | $ | **-3.96** |
| *November 3, 2021* | | | | | |
| **Class A stock:** | | | | | |
| 11/2/2021 | $   85.48 | | | | |
| 11/3/2021 | 65.86 | -23.49% | $   -20.08 | 61.37 | $   -1.23 |
| | | | | | |
| **Class C stock:** | | | | | |
| 11/2/2021 | $   87.20 | | | | |
| 11/3/2021 | 65.47 | -25.45% | -22.19 | 187.19 | $   -4.15 |
| | | | | | |
| **Subtotal** | | | | $ | **-5.39** |
| **Grand Total Market Capitalization Change:** | | | | $ | **-11.87** |

**Notes and Sources:**
- Excess returns are obtained from the Expert Report of Zachary Nye, Ph.D., dated March 14, 2024. Exhibits 11B and 11D.
- Shares outstanding are from FactSet as of September 30, 2021.
- For events that occur after hours, the price reaction is measured on the following day.

168.     However, the alleged corrective disclosures did not address the alleged misstatements about pricing overlays or the scope of the renovations. Instead, the alleged corrective disclosures focused on (1) a report using public information, that itself described Zillow Offers' price fluctuations as not a "big deal" and was not followed by a statistically significant reaction (October 4), (2) a report on Zillow's strategic decision to pause additional acquisitions in the face of a labor shortage (October 17 - 18), (3) a report about a two percent average discount of Zillow's listing prices, news that was previously disclosed in various other

recent reports (October 31), (4) an article that reported Zillow's asset sale (November 1), and (5) Zillow's earnings report on its inventory impairment which was consistent with previous published reports on losses, and the Company's decision to wind down its Zillow Offers business because of previously disclosed risks (November 2).

### E.    There Were No Statistically Significant Price Reactions Following the News of Zillow's Use of Overlays and Reduction of Scope of Renovation

169.    The Complaint alleges that the failure to disclose such facts artificially inflated Zillow's stock price on the front end, and then when finally revealed to the market, caused the stock price to drop on the back end. However, as discussed above in this section, none of the four alleged corrective disclosures revealed information about Zillow's use of pricing overlays or its reduction in the scope of renovations.

170.    It appears that the allegedly concealed facts—Zillow's use of overlays to increase offer prices and its reduction of renovation project scope to cut costs—were not actually revealed to the market until after the Class Period when *Business Insider* and *Wall Street Journal* articles on November 9 and November 17, respectively, discussed these allegations. However, there were no statistically significant price reactions of Zillow share prices following these two news reports. Neither news articles had a statistically significant negative price reaction on Zillow's share prices, thus further confirming that the alleged misrepresentations did not have a "back-end" price impact on Zillow's common stock.

### 1.    The Business Insider Article on November 9, 2021 Was Not Followed by a Statistically Significant Price Reaction

171.    On November 9, 2021, a Business Insider article stated that "Zillow launched an initiative to supercharge its home-buying and gain ground on Opendoor, the nation's largest instant buyer, or iBuyer, and Zillow's chief rival in the emerging business. That effort, a play on the words 'catch up,' was called 'Project Ketchup' internally."[184] The article noted that "leaders at the company failed to heed signs that Project Ketchup was prompting it to pay too much for homes and damaging key business relationships with contractors who fix up properties before

---

[184] Alex Nicoll and Daniel Geiger, "Zillow insiders are blaming an internal initiative called Project Ketchup for the company's home-flipping failures," Business Insider, November 9, 2021.

Zillow relists them."[185] The Business Insider story also reported the allegations that Zillow reduced the scope and pricing for renovation work, stating, "Zillow began to reduce the price it was willing to pay for specific types of renovation work and shrink the scope of many jobs. Those adjustments, rolled out across the company's sprawling portfolio of homes, began to strain the relationships it had with hundreds of contractors whom it relied on to fix up the homes it bought and prepare them for resale." The news about "Project Ketchup" and the Zillow's revised renovation strategy had not been previously disclosed.

172.    Exhibit 16 demonstrates that this news was not followed by a statistically significant price reaction. After accounting for market and industry index returns using Dr. Nye's event study, Zillow Class A exhibited an excess return of -2.23 percent (confidence level of 70.29 percent). Similarly, for Zillow's Class C stock, the excess stock price return was -1.75 percent (confidence level of 57.37 percent). Neither of these excess returns are statistically significant at the five percent level. I conclude that the lack of a statistically significant negative price reaction following the first publication on November 9 of allegations that Zillow applied a pricing overlay to its algorithm and reduced renovation budgets indicates that this information was not relevant to the value of the company.

Exhibit 16.    *There Was Not a Statistically Significant Price Reaction Following the Business Insider Article on November 9, 2021*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|------|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| *Business Insider Published an Article on Project Ketchup on 11/9/2021 at 1:08 PM ET* | | | | | | |
| **Class A** | | | | | | |
| 11/8/2021 | $   68.23 | 2,222,385 | | | | |
| 11/9/2021 | 66.62 | 1,307,601 | -2.23 % | $   -1.52 | -1.05 | 70.29 % |
| **Class C** | | | | | | |
| 11/8/2021 | $   67.67 | 10,975,093 | | | | |
| 11/9/2021 | 66.40 | 8,018,591 | -1.75 % | $   -1.18 | -0.80 | 57.37 % |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

---

[185] Alex Nicoll and Daniel Geiger, "Zillow insiders are blaming an internal initiative called Project Ketchup for the company's home-flipping failures," Business Insider, November 9, 2021.

**2.  The WSJ Article on November 17, 2021 Was Not Followed by a Statistically Significant Price Reaction**

173.    Similarly, a WSJ report on November 17, 2021 at 11:29 am ET, cited heavily in the Complaint, provided additional details regarding Zillow's alleged use of overlays and renovation budget reductions.[186] There was no statistically significant price reaction following this actual disclosure of the Plaintiff's alleged misstatements.

174.    The WSJ article disclosed that "[i]n the spring [of 2021], around the time that Zillow started worrying about the accuracy of its algorithm, company executives and managers came together for a tense meeting. […] As first-quarter numbers trickled in, it became clear that even though it was making more money than anticipated, the company was on track to significantly miss its annual target for the number of homes it wanted to buy. Worse, it was falling behind its top competitor, Opendoor."[187] According to the article, following this meeting, "Zillow put together a plan to speed up the pace and volume of home purchases, dubbing it Project Ketchup—which employees took as a play on the team's mission to catch up to Opendoor." The consequences of this plan were that "[t]he company was buying so many homes that its overstretched staff started running behind on closings and renovations."[188]

175.    The event study analysis in the Nye Report demonstrates that there was no statistically significant price reaction with Zillow's Class A and Class C shares following the publication on November 17. Exhibit 17, below, presents the event study results for the Nye Report as of November 17, 2021 for Zillow's A Class and Class C shares. The Nye Report estimated that Zillow Class A's excess return on the day of the WSJ article was -2.44 percent. The corresponding confidence level is 74.42 percent, less than the 95 percent standard benchmark.[189] Similarly, the Nye Report estimated excess return for Class C shares was -2.33 percent, was also statistically insignificant, with a confidence level of 71.04 percent.[190] I

---

[186] Will Parker and Konrad Putzier, "What Went Wrong With Zillow? A Real-Estate Algorithm Derailed Its Big Bet", The Wall Street Journal, November 17, 2021.

[187] Will Parker and Konrad Putzier, "What Went Wrong With Zillow? A Real-Estate Algorithm Derailed Its Big Bet", The Wall Street Journal, November 17, 2021.

[188] Will Parker and Konrad Putzier, "What Went Wrong With Zillow? A Real-Estate Algorithm Derailed Its Big Bet", The Wall Street Journal, November 17, 2021.

[189] Nye Report, Exhibit 11B, p. 3.

[190] Nye Report, Exhibit 11D, p. 3.

conclude that the lack of a statistically significant negative price reaction following the publication on November 17 of allegations that Zillow applied a pricing overlay to its algorithm and reduced renovation budgets is an indication that there is no price impact from these allegations.

Exhibit 17.   *There Was Not a Statistically Significant Price Reaction Following the WSJ Article on November 17, 2021*

| Date | Closing Price | Volume | Excess Return | Stock Price Reaction | T-Stat Excess Return | Confidence Level |
|------|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| *The Wall Street Journal Published an Article on Project Ketchup on 11/17/2021 at 11:29 AM ET* | | | | | | |
| **Class A** | | | | | | |
| 11/16/2021 | $  62.72 | 987,767 | | | | |
| 11/17/2021 | 60.12 | 1,141,204 | -2.44 % | $   -1.53 | -1.14 | 74.42 % |
| **Class C** | | | | | | |
| 11/16/2021 | $  62.80 | 5,585,819 | | | | |
| 11/17/2021 | 60.28 | 8,344,796 | -2.33 % | $   -1.46 | -1.06 | 71.04 % |

**Notes and Sources:**
- Data are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.

176.    The lack of a statistically significant price reaction following the news about the price overlays and scope of renovations further support the conclusion that the alleged misrepresentations had no price impact on Zillow's common stock.

177.    My work is ongoing, and my opinions are subject to revision based on new information (including documentation, reports, or testimony by Dr. Nye), which subsequently may be provided to, or obtained by, me.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York

Dated: April 26, 2024

Faten Sabry, Ph.D.



Faten Sabry, Ph.D.
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
24th Floor
New York, NY 10036
+1 212 345 3285
faten.sabry@nera.com

# APPENDIX I:
# CURRICULUM VITAE OF FATEN SABRY, PH.D.

## FATEN SABRY
### SENIOR MANAGING DIRECTOR
### CHAIR OF GLOBAL SECURITIES & FINANCE PRACTICE

I am a Senior Managing Director in the Securities and Finance Practice at National Economic Research Associates, Inc. ("NERA") and Chair of the Global Securities and Finance Practice. I provide economic consulting and expert witness work in securities, class actions and bankruptcy matters. I have over twenty-five years of experience in performing economic analyses of class certification, liability, materiality, and damages. I have conducted event studies in numerous securities class actions to, among other things, opine on whether alleged misstatements had any price impact on the defendant company's publicly traded stock. I have conducted valuations of fixed income securities, illiquid assets, businesses, derivatives, and litigation settlements. I also have testified as an expert in state and federal courts.

I am the author of various articles on the credit crisis, the Supreme Court's decision in Comcast Corp. v. Behrend, 569 U.S. 27 (2013), the impact of securitization on the cost and availability of credit to consumers, alternatives to LIBOR, econometric analysis of mutual funds' advisory fees, and claiming behavior. My research has been published in the Journal of Fixed Income, The Handbook of Mortgage-Backed Securities, the Journal of Structured Finance, Journal of Real Estate Practice, Journal of Investment Compliance, Journal of Alternative Investments, Business Economics, International Trade Journal, and other periodicals. I am a member of the American Finance Association and the American Statistics Association. I have been accredited as a professional statistician by the American Statistics Association. I received my Ph.D. in Business from Stanford Business School. Prior to joining NERA, I was a Post-Doctoral Fellow at the International Food Policy Research Institute and an assistant professor of economics at the American University, where I taught graduate and undergraduate economic courses.

**Faten Sabry, Ph.D.**

## Education

| | |
|---|---|
| **1996** | **Stanford University, Graduate School of Business** |
| | Ph.D., Business |
| **1991** | **American University in Cairo, Egypt** |
| | M.A., *magna cum laude*, Economics |
| **1988** | **American University in Cairo, Egypt** |
| | B.A., *GPA 4.0*, Economics |

## Professional Experience

| | |
|---|---|
| | **NERA Economic Consulting** |
| **2010 -** | *Managing Director* |
| 2002 – 2010 | *Vice President* |
| 2000 – 2002 | *Senior Consultant* |
| 1998 – 2000 | *Consultant* |
| **1997 - 1998** | **American University in Cairo** |
| | *Assistant Professor of Economics* |
| | Taught graduate and undergraduate macroeconomics, economic development, and project valuation courses. |
| **1997 - 1998** | **International Food Policy Research Institute** |
| | *Post-Doctoral Fellow* |
| | Developed and estimated econometric almost ideal demand systems (AIDS) models for the demand for food commodities using a national survey data. Prepared a report on the subsidy system based on the results of the econometric analysis. |
| **1991 - 1996** | **Stanford University, Graduate School of Business** |
| | *Research and Teaching Assistant* |
| | Conducted statistical analysis for stochastic models of multi-party decision making. Designed a survey assessing moral responsibility of providing public goods in organizations. Developed case studies on the trade dispute between Fuji and Eastman Kodak. Also worked as a teaching assistant for graduate courses on negotiation and conflict resolution. |

## Honors and Professional Activities

Post-Doctoral Fellow, International Food Policy Research, 1997.

J. M. Olin Research Fellowship, Stanford Law School, 1995.

Stanford University Graduate School of Business Fellowship, 1991-1996.

Ford Foundation Scholarship, 1990-1991.

**Faten Sabry, Ph.D.**

## Expert Reports, Deposition and Testimony

Expert Report on behalf of Standard Chartered PLC on the analysis of alternative benchmark rates to three-month U.S. Dollar LIBOR as the dividend rate for certain preference shares. April 9, 2024

Declaration, in the United States District Court for the Eastern District of New York in In Re Dentsply Sirona, Inc. Securities Litigation. Rebuttal analysis of class certification issues. February 8, 2024.

Declaration, In the United States District Court for the District of Nevada in John V. Ferris, et al., v. Wynn Resorts Limited, et al. Rebuttal analysis of class certification issues in a securities class action. December 17, 2023.

Declaration, In the United States District Court for the District of Nevada in John V. Ferris, et al., v. Wynn Resorts Limited, et al. addressing whether alleged corrective disclosures caused losses to Wynn Resorts' shareholders. November 14, 2023.

Affidavit in an SEC regulatory investigation, economic analysis on assessing NFTs and applications of the Howey test, May 2023.

Affidavit, before the Supreme Court of the State of New York for the County of New York, in Securitized Asset Funding 2011-2, Ltd. v. Canadian Imperial Bank of Commerce / Canadian Imperial Bank of Commerce v. Securitized Asset Funding 2011-2, Ltd. and Securitized Asset Funding 2009-1, Ltd., Promontoria Europe Investments XXIII LDC, and CSMC 2012-8R, Ltd, regarding prejudgment interest, 2023.

Expert Report, and Deposition Testimony, *United States District Court, District of Nevada, John V. Ferris, et. al., Plaintiffs - v. – WYNN Resorts Limited, et. al., Defendants, Case No.: 2:18-cv-00479-APG-EJY*, October and November 2022.

Expert Report, Declaration, and Deposition Testimony, *United States District Court, Eastern District of New York, In re NIO, Inc. Securities Litigation, Case No. 1:19-cv-01424-NGG-VMS*, October and November 2022.

Expert Report, *United States District Court DOJ, Southern District of New York, United States of America - v. - James Velissaris, defendant, 22 Cr. 105 (DLC)*, September 2022.

Trial Testimony, Deposition Testimony, Affirmative Report and Expert Rebuttal Report, before the Supreme Court of the State of New York for the County of New York, in *Securitized Asset Funding 2011-2, Ltd. v. Canadian Imperial Bank of Commerce / Canadian Imperial Bank of Commerce v. Securitized Asset Funding 2011-2, Ltd. and Securitized Asset Funding 2009-1, Ltd., Promontoria Europe Investments XXIII LDC, and CSMC 2012-8R, Ltd,* on economic analysis of damages involving credit default swaps, 2021.

Expert Rebuttal Report, in the Superior Court of Justice (Commercial List) for the Province of Ontario, in *The Mangrove Partners Master Fund, Ltd. V. TransAlta Corporation, Brookfield BRP Holdings (Canada) Inc., Rona H. Ambrose, John P. Dielwart, Timothy W. Faithfull, Dawn L. Farrell, Alan J. Forrer, Gordon D. Griffin, Yakout Mansour, Georgia Nelson, Beverlee F.*

**Faten Sabry, Ph.D.**

*Park and Bryan D. Pinney*, on rebuttal analysis of damages related to a financial transaction with the option to convert debt to minority equity interest in hydro assets, 2021.

Trial Testimony, in the Superior Court of Justice (Commercial List) for the Province of Ontario, in *Duo Bank of Canada v. Fairstone Financial Holdings Inc., J.C. Flowers IV Coinvest Canada L.P., J.C. Flowers IV L.P. and VP Canada Acquisition, LP* and *Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, LP v. Duo Bank of Canada*, on economic analysis of roll rate models, loan loss reserves and amortization events for consumer loans collateral in asset-backed securities, 2020.

Rebuttal Report, Expert Report, in the Superior Court of Justice (Commercial List) for the Province of Ontario, in *Duo Bank of Canada v. Fairstone Financial Holdings Inc., J.C. Flowers IV Coinvest Canada L.P., J.C. Flowers IV L.P. and VP Canada Acquisition, LP / Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, LP v. Duo Bank of Canada*, on projections of losses on consumer loans and impact of macroeconomic factors, 2020.

Deposition Testimony, Expert Rebuttal Report, in the United States District Court for the Southern District of New York, in *Pacific Life Insurance Company et al v. The Bank of New York Mellon*, on alleged damages in a mortgage-backed securities case, 2020.

Declaration, in the United States District Court for the Southern District of New York, in *Phoenix Light SF Limited, et. al. v. the Bank of New York Mellon*, on alleged damages in a mortgage-backed securities case, 2019.

Deposition, Expert Rebuttal Report and Expert report, in the United States District Court for the District Court of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico As A Representative of The Commonwealth of Puerto Rico, et al. Debtor and The Financial Oversight and Management Board for Puerto Rico As A Representative of The Employees Retirement System of The Government of Puerto Rico, Debtor,* on evaluation of PR bonds, 2019.

Deposition, in the United States District Court for the Southern District of New York, in *Phoenix Light SF Limited, et. al. v. the Bank of New York Mellon*, on alleged damages in a mortgage-backed securities case, 2019.

Expert Rebuttal Report, in the US District Court for the Southern District of New York, in *Phoenix Light SF Limited, et al. v The Bank of New York Mellon*, on causation and damages, 2018.

Trial Testimony, in the U.S. District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*, related to the net benefits to bondholders from the debt exchanges and the impact of the exchanges on Windstream's leverage, 2018.

Affidavit, in the US District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC V. Aurelius Capital Master, Ltd.*, on the estimated net benefits provided to bondholders in a debt exchanged offered by the company, 2018.

**Faten Sabry, Ph.D.**

Deposition, in the US District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*, related to the net benefits to bondholders from the debt exchanges, 2018.

Expert Report and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *U.S. Bank National Association v. Windstream Services, LLC, v. Aurelius Capital Master, Ltd.* on the economic analysis of the net benefits received by Windstream bondholders in a purported debt exchange offered by the company, 2018.

Expert Report, In the United States District Court for the Southern District of New York, in *Phoenix Light SF Limited, et al. v. The Bank of New York Mellon*, on a statistical analysis of the performance of mortgage-backed securities, 2018.

Report, "Final Expert Calculation of Settlement Payment Pursuant to Settlement Agreement dated November 15, 2013," prepared on behalf of *U.S. Bank National Association, Bank of New York Mellon, Wilmington Trust, Wells Fargo, HSBC, and Deutsche Bank as Trustees*, 2017.

Rebuttal Expert Report, Deposition Testimony, and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *Royal Park Investments SA/NV, et al. v. The Bank of New York Mellon, as Trustee* on economic analysis of class certification issues, 2016-2017.

Expert Report, In the State of Minnesota District Court for the County of Hennepin, Fourth Judicial District in *Connie L. Gretsch, et al. v. CitiMortgage, Inc.* on the economic analysis of class certification in a consumer finance litigation, 2017.

Testimony and Expert Report, In the United States Bankruptcy Court for the District of Maryland – Baltimore Division, *In re: Novation Companies, Inc., et al. (Debtors)* on the valuation of subprime RMBS overcollateralization and excess interest certificates with and without the exercise of optional termination, 2017.

Affidavit, In the Supreme Court of the State of New York for the County of New York in *Securitized Asset Funding 2011-2, Ltd. v. Canadian Imperial Bank of Commerce / Canadian Imperial Bank of Commerce v. Securitized Asset Funding 2011-2, Ltd. and Securitized Asset Funding 2009-1, Ltd., Promontoria Europe Investments XXIII LDC, and CSMC 2012-8R, Ltd.* on economic analysis of damages involving credit default swaps, 2017.

Expert Reports, In the Superior Court of Justice for the Province of Ontario in *John M. McIntosh v. Takata Corporation, TK Holdings Inc., Toyota Motor Corporation, Toyota Motor Manufacturing Canada Inc. and Toyota Motor Manufacturing, Indiana, Inc. / Rick A. Des-Rosiers and Stephen Kominar v. Takata Corporation, TK Holdings Inc., Honda Motor Co., Ltd., Honda of America Manufacturing, Inc. and Honda Canada* on economic analysis of class certification issues, 2016.

**Faten Sabry, Ph.D.**

Deposition Testimony and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *Fixed Income Shares: Series M, et al. v. Citibank N.A.* on estimation of damages in an RMBS matter, 2016.

Declaration, In the United States District Court for the Southern District of New York in *The State of New York and The City of New York v. United Parcel Service, Inc.* on statistical analysis and estimation of damages, 2016.

Expert Report, In the United States District Court for the Southern District of New York in *The State of New York and The City of New York v. United Parcel Service, Inc.*, 2016.

Report regarding the allocable shares of the settlement trusts pursuant to the Settlement Agreement between The Bank of New York as Trustee for 530 Countrywide Mortgage-backed Securities Trusts, on the one hand, and Bank of America Corporation, Countrywide Home Loans and Bank of America on the other, prepared on behalf of The Bank of New York, January 2016.

Deposition Testimony, Rebuttal Report and Expert Report, In the Superior Court of the State of California in and For the City and County of San Francisco in *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities Inc., et al. / Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al.*, on a statistical analysis of the performance of mortgage-backed certificates, July-October-December 2015.

Testimony, Rebuttal Expert Report and Expert Report, In the Matter of the Arbitration Before JAMS in *Sonova Holding AG, et al. v. Alfred E. Mann, individually, on behalf of the Mann Trust, and as Seller Representative, et al.*, on estimation of damages in an acquisition dispute, August-September-November 2015.

Affidavit, In the United States Bankruptcy Court for the District of Delaware, *In re: AgFeed USA, LLC, et al. (Debtors)* on the structure of the proposed settlement allocation, October 2014.

Report, "Economic Analysis of the Impact of the Amendments to Rule G-23 on the Municipal Securities Market" on the impact of the amendments to Rule G-23 which prevents financial advisors from switching roles in competitive municipal sales on the cost of borrowing for municipal issues, with special emphasis on small issuers, September 2014.

Expert Report, *In re: Proposed RMBS Settlement Agreement – November 15, 2013* on analysis of reasonableness of the RMBS settlement for Rep and Warranty breaches involving 330 JP Morgan Trusts, July 2014.

Deposition Testimony and Report (with Chudozie Okongwu), In the United States Bankruptcy Court for the Middle District of Florida – Orlando Division, *In re: Sherwood Investments Overseas Limited, Inc. (Debtor) / Sherwood Investments Overseas Limited, Inc. v. The Royal Bank of Scotland N.V., f/k/a ABN AMRO Bank, N.V.* on alleged causation and damages with regard to investments in certain equity derivative products, May-June 2014.

Deposition Testimony and Expert Report, In the United States District Court for the Western District of Wisconsin in *CMFG Life Insurance Company, CUMIS Insurance Society, Inc. and Members Life Insurance Company v. RBS Securities Inc.* on statistical analysis of materiality of alleged breaches in representations and warranties of several RMBS trusts in a repurchase litigation, November 2013 & March 2014.

Deposition Testimony and Declaration, In the United States District Court for the Central District of California in *Securities and Exchange Commission v. Aletheia Research and Management, Inc., and Peter J. Eichler, Jr.*, on analysis of options trading, damages and disgorgement, February 2014.

Testimony, in the Supreme Court of the State of New York, County of New York in *The Bank of New York Mellon, et al. v. Walnut Place LLC, et al.* on a proposed RMBS settlement by Bank of America, September 2013.

Declaration, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, August 2013.

Deposition Testimony, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, June 2013.

Expert Report, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, May 2013.

Expert Report, In the Superior Court of Justice for the Province of Ontario in *Edward Selmani, et al. v. Toyota Canada Inc. and Toyota Motor Corporation, et al.* on economic analysis of class certification and analysis of diminution of value in Toyota's product recall litigation, May 2013.

Affidavit and Declaration, in the matter of *Michael Melley v. Toyota Canada Inc. and Toyota Motor Corporation*, Superior Court of the Province of Québec, District of Montréal, on economic analysis of diminution of value and class certification issues, April 2013.

Testimony, in the Supreme Court of the State of New York, County of New York in *IDX Capital, LLC, et al. v. Phoenix Partners Group LLC, et al.* on the fair market value of a CDS inter-dealer broker firm, December 2012.

Deposition Testimony, in the Supreme Court of the State of New York, County of New York in *The Bank of New York Mellon, et al. v. Walnut Place LLC, et al.* on a proposed RMBS settlement by Bank of America, December 2012.

**Faten Sabry, Ph.D.**

Testimony in a FINRA Disciplinary Proceeding, *Department of Enforcement v. Brookstone Securities, Inc., et al.*, regarding collateralized mortgage obligations, including inverse floating-rate and interest-only tranches, and the impact of changes in the yield curve during the period 2004 to 2007 on the value of the securities, February 2012.

Expert Report, in the matter of *Ryan Schachter v. Toyota Canada Inc. and Toyota Motor Corporation*, Superior Court of the Province of Québec, District of Montréal, on economic analysis of class certification, October 2011.

Trial Testimony in the Supreme Court of the State of New York, County of New York, in *Jet Acceptance Corporation v. Quest Mexicana, S.A. de C.V. and Lomas Group S.A. de C.V.*, on the estimation of damages and the use of discount rates, September 2011.

Rebuttal Affidavit on behalf of defendants, *IDX Capital LLC, et al. v. Phoenix Partners Group LLC, et al.* Index No. 102806-07 (Supreme Court of the State of New York). The rebuttal affidavit analyzed the revenue projections of a credit default swaps inter-dealer broker (IDB), January 2011.

Expert Report in a FINRA Disciplinary Proceeding, *Department of Enforcement v. Brookstone Securities, Inc., et al.*, on representations made to customers regarding CMOs, inverse floaters and IOs and examined the impact of changes in the interest rates environment and other market factors during the period 2004 to 2007, January 2011.

Affidavit on behalf of defendants, in the Supreme Court of the State of New York, County of New York, in *IDX Capital LLC, et al. v. Phoenix Partners Group LLC, et al.,* on the revenue projections of a credit default swaps inter-dealer broker (IDB), December 2010.

Testimony, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.,* on economic issues related to the materiality of alleged violations of Section 14(e) of the Securities Exchange Act of 1934 in connection with a hostile tender offer, October, 2010.

Deposition Testimony, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.,* on economic issues related to materiality of alleged violations of Section 14(e) of the Securities Act of 1934 in connection with a hostile tender offer, October 2010.

Rebuttal Report, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.,* on economic issues related to materiality of alleged violations of Section 14 (e) of the Securities Act of 1934 in connection with a hostile tender offer, October 2010.

Expert Report, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.,* on issues related

to materiality, regression models, event studies and alleged violations of Section 14(e) in connection with a hostile tender offer, October 2010.

Declaration in the *Official Committee of Unsecured Creditors v. Citibank et al.,* re Lyondell Chemical Companies et al, United Stated Bankruptcy Court, Southern District of New York (Joint Declaration with Ramsey Shehadeh and Jeff Baliban). An analysis of the capital market reactions including credit default swaps to the LBO and the foreseeability of bankruptcy during the credit crisis, December 2009.

Econometric Study titled, "The Impact of Securitization on Consumers, Investors, Financial Institutions, and the Capital Markets," (with Chudozie Okongwu), report commissioned by the American Securitization Forum. The study examines the impact of securitization on mortgages, auto loans, credit cards and other loans before and after the credit crisis, June 2009.

Trial Testimony on behalf of the defense in the Supreme Court of New York State, County of Orange, in *Cynthia Hoogland, et al. v. Transport Expressway, Inc. et al.,* regarding the analysis of damages and the projection of economic losses suffered by the plaintiffs' decedent including the valuation of shadow stocks, 401K plan and other assets, August 2008.

Report for the Village of Tinley Park, IL, on econometric analysis of the economic impact of municipal smoking bans on local businesses, March 2007.

Trial Testimony on behalf of plaintiffs in the Supreme Court of New York State, County of New York, in *Barbara Jiggetts, et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services,* on econometric analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market used to determine housing allowances in New York City, March 2007.

Expert Report on behalf of plaintiffs in *Barbara Jiggetts, et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services,* on statistical analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market for low-income families in New York City, March 2007.

Report on behalf of defendants in the United States District Court for the District of Utah - Central Division in *American Investment Bank, N.A., et al., v. Systems & Service Technologies, Inc., and JP Morgan Chase Bank* on analysis of servicers' loan-level data to assess the allegations related to servicing and performance of loans, May 2006.

Trial Testimony on behalf of plaintiffs in the Supreme Court of New York State, County of New York, in *Barbara Jiggetts et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services,* on statistical analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market used to determine housing allowances in New York City, March 2007.

Expert Report on behalf of plaintiffs in *Barbara Jiggetts et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services,* on statistical analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market for low-income families in New York City, March 2007.

Affidavit on behalf of plaintiffs in *Barbara Jiggetts et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services*, on a statistical analysis of rents and housing subsidies for low-income families in New York City, July 2005.

Affidavit on behalf of plaintiffs in *Barbara Jiggetts et al. v. Michael Dowling, As Commissioner of the New York State Department of Social Services*, on rebuttal of econometric analysis of the housing market for low-income families in New York City, September 2004.

Deposition testimony in *Liberty Mutual Insurance Company v. Lone Star Industries, Inc.*, on issues related to expected damages from silica liabilities, September 2004.

## Publications

"How Do Alternatives to LIBOR Measure Up?" (with Frank J. Fabozzi and Ramisa Roya), *Journal of Fixed Income*, Spring 2024.

"What Happened to SVB? Not a 2008 Repeat Story" (co-authored with William Hrycay and Sungi Lee), *Law360*, March 24, 2023.

"Cryptos Are Not All the Same, and the Market Knows It," (co-authored with Ignacio Franceschelli), *American Bar Association: Business Law Today,* January 12, 2023.

"How Will the LIBOR Transition Affect Mortgage Consumers?" (co-authored with Ignacio Franceschelli and Ramisa Roya), August 15, 2022.

"Hey Google: When Did People Stop Going to Work?" (co-authored with Linh Nguyen, and Aakash Bhalothia), NERA Working Paper, May 2020.

"Manufactured Defaults and the Use of Credit Default Swaps," (co-authored with Ignacio Franceschelli and David Cen), NERA Working Paper, December 2019.

"What Does the CFPB Complaints Database Tell Us About the Quality of Servicing of Student Loans?" (with Ignacio Franceschelli and David Cen), NERA Working Paper, December 2017.

"Not All MBS Settlements Are Equal," (with Sungi Lee and Linh Nguyen), *NERA Insights: Subprime Lending Series, Part XII*, June 2017 (Republished in *Law360* as "Trends in Credit Crisis Settlements," September 18, 2017).

"Home Equity, Home Value, and Determinants of Mortgage Defaults During the Credit Crisis," (with Drew Claxton and Ignacio Franceschelli), *Journal of Real Estate Practice and Education*, Vol. 19, No. 2, 2016.

"Mortgage Defaults, Foreclosures and Modifications," (with Drew Claxton and Ignacio Franceschelli), in the *Handbook of Mortgage-Backed Securities, 7th Edition*, Frank J. Fabozzi (ed.), Oxford University Press, 2016.

"What do the new risk retention requirements of the Dodd-Frank Act mean for securitization?," *Financial Regulation International*, Issue 18.5, June 2015.

"Credit Crisis Litigation Update: Significant Settlement Activity in 2014 and New Cases against RMBS Trustees and Mortgage Lenders," (with Sungi Lee, Joseph Mani and Linh Nguyen), NERA Working Paper, February 2015.

"An Economist's View of Market Evidence in Valuation and Bankruptcy Litigation," (with William Hrycay), NERA Working Paper, May 2014 (Republished in *Law360* as "Market Evidence In Solvency Disputes–An Economist's View," July 1, 2014, and republished by Harvard Law School Forum on Corporate Governance and Financial Regulation; website link http://blogs.law.harvard.edu/corpgov/).

"The Use of ABX in Credit Crisis Litigation," *Journal of Structured Finance*, Vol. 19, No. 4, Winter 2014.

"Credit Crisis Litigation Update: It is Settlement Time," (with Eric Wang and Joseph Mani), NERA Working Paper, October 2013. (Republished by Harvard Law School Forum on Corporate Governance and Financial Regulation; website link http://blogs.law.harvard.edu/corpgov/).

"Comcast and Economic Analysis of Class Certification Issues," (with Drew Claxton), NERA Working Paper, July 2013.

"The Use of ABX Derivatives in the Credit Crisis Litigation," (with Ethan Cohen-Cole) *NERA Insights: Subprime Lending Series*, January 2012.

"What Do the New Risk Retention Requirements of the Dodd-Frank Act Mean for Securitization?" *NERA Insights: Impact of the New Financial Regulations Series, Part III*, December 2010.

"Credit Crisis Litigation Revisited: Litigating the Alphabet of Structured Products," (with Anmol Sinha, Jesse Mark, and Sungi Lee) *NERA Insights: Subprime Lending Series, Part VII*, June 2010.

"An Update on the Credit Crisis Litigation: A Turn Towards Structured Products and Asset Management Firms," (with Anmol Sinha and Sungi Lee) *NERA Insights: Subprime Lending Series, Part VI*, June 2009.

"How Did We Get Here? The Story of the Credit Crisis," (with Chudozie Okongwu), *Journal of Structured Finance*, Spring 2009.

"The Use of Economic Analysis in Predatory Lending Cases: Application to Subprime Loans," (with Denise Martin and Stephanie Plancich) *NERA Insights: Subprime Lending Series, Part IV*, June 2009.

"Trends in the Subprime Securities Litigation," (with Anmol Sinha and Sungi Lee), *Journal of Alternative Investments*, Fall 2008.

"Subprime Securities Litigation: Key Players, Rising Stakes, and Emerging Trends," (with Anmol Sinha and Sungi Lee), *NERA Insights: Subprime Lending Series, Part III*, July 2008.

"The Subprime Meltdown: A Primer," (with Tom Schopflocher), *US Subprime Market: Evolution, Growth and Crisis*, Icfai University Press, July 2008.

"When Do Breakpoints Give Mutual Fund Investors a Break?" (with Winai Wongsurawat), *Journal of Investment Compliance*, Volume 9, Issue 2, April 2008.

"Subprime Litigation: The Opening Salvo," (with Anmol Sinha and Sungi Lee), *Tort Source*, Vol. 10 Issue No. 3, Spring 2008.

"The Subprime Meltdown: Not Again!" (with Tom Schopflocher), *American Bankruptcy Institute Journal*, Vol. XXVI, No. 7, September 2007.

"The Propensity to Sue: Why Do People Seek Legal Actions?" (with SEC Economic Fellow Fred Dunbar), *Business Economics*, April 2007.

"The Subprime Meltdown: A Primer," (with Tom Schopflocher), *NERA Insights: Subprime Lending Series, Part I*, June 2007.

"Forecasting Claims in an Era of Tort Reform," (with SEC Economic Fellow Fred Dunbar), *LNJ's Product Liability Newsletter*, November/December 2004.

"The Development and Effectiveness of the WTO's Dispute Settlement Body," *MSU-Journal of International Law*, Volume 10, Issue #3, Fall 2001.

"An Analysis of the Decision to File, the Dumping Margin and the Outcome of Antidumping Petitions," *The International Trade Journal*, Volume XIV, No. 2, Summer 2000.

## Recent Presentations

"Economic Analysis in Crypto Disputes" webinar at Shearman & Sterling, April 2023.

"Trends in Securities and Finance Issues in Arbitration" presentation during Paris Arbitration Week, March 2023.

"Insight in Economics and Trends in Securities Class Actions" FinPro Innovations panel discussion, Marsh, November 2022.

**Faten Sabry, Ph.D.**

"Two Sides of the Coin: Future Cryptocurrency Regulatory and Litigation Risks," panel discussion, NERA Insights Webinar, March 2021.

"A View of Bankruptcies on Both Sides of the Atlantic," panel discussion, NERA Insights Webinar, December 2020.

"Use of Credit Default Swaps in Valuation Disputes," presented at *American Bankruptcy Institute Conference*, New York, NY, May 2019.

"How Do Market Efficiency and Market Evidence Factor in Valuation Disputes?," presented at *VALCON 2019*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, February 2019.

"2018 Claim Trends and NERA Capabilities," presentation hosted by *FINPRO Global Advisory Board*, New York, NY, February 2019.

"Navigating Issues in Fraudulent Transfers," presented at *VALCON 2018: Cutting Edge Valuation Solutions*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, May 2018.

"Puerto Rico Restructuring Crisis as Compared to Detroit," ABA Section of Litigation Roundtable Webinar (moderator), November 2017.

"Economic Analysis of Plan Feasibility and Capital Adequacy," presented on Bankruptcy Litigation panel at *American Bankruptcy Institute New York City Bankruptcy Conference 2017*, New York, NY, May 2017.

"Shorting Credit Default Swaps," *NERA's 16th Securities & Finance Summer Seminar*, Park City, UT, July 2016.

"Use of Derivatives and Probabilistic Methods in Bankruptcy, Workouts and Insolvency Matters," presented at *VALCON 2016: Emerging Valuation Issues in Bankruptcy and Beyond*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, March 2016.

"Valuation Adjustment – The Economics of the Cost of Capital for Distressed Companies," *VALCON 2015: Emerging Valuation Issues in Bankruptcy and Beyond*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, February 2015.

"Economic Analysis of Risk Retention Under Dodd Frank," webcast hosted by *The Knowledge Group*, October 2014.

"Argentina Debt Litigation: Sovereign Debt Restructuring Going Forward," webcast hosted by Thomson Reuters, September 2014.

"Hot Topics in Bankruptcy Litigation," webcast hosted by West LegalEdcenter in conjunction with NERA Economic Consulting, April 2013.

**Faten Sabry, Ph.D.**

"Valuation Issues in Bankruptcy Litigation," presented at the Practising Law Institute's Webcast on Valuation and Bankruptcy Litigation, New York, NY, December 2012.

"Asset-backed Securitizations–What Happened?," presented at *Understanding Mortgage-Backed Securities*, hosted by the Southern District of New York Chapter and Securities Law Section of the Federal Bar Association: New York, NY, March 2012.

"The Impact of the New Risk Retention Rules on Securitization: Examining Economic Issues in Financial Regulation under Dodd-Frank," presented at the SEC Historical Society, July 2011.

"Mortgage-Backed Securities Litigation: Leveraging Latest Developments," a web seminar presented by Strafford Publishing, New York, NY, March 2011.

"Trends in the Credit Crisis Litigation," presented at *New York University Roundtable on the Securities Litigation in the Aftermath of the Crisis: What Happened in 2010 and What Lies Ahead?* Hosted by the New York University Vincent C. Ross Institute of Accounting Research and NERA: New York, NY, February 2011.

"The Causes and Effects of the Financial Crisis in the Context of the U.S. and Canadian Experience," presented at the Association of Canadian General Counsel, *2010 Fall Conference*, Chicago, IL, September 2010.

## Appendix II: Materials Considered

**Case Filings and Discovery Materials**
- *Dibakar Barua, et al., Plaintiffs v. Zillow Group, Inc. et al., Defendants.* Corrected Consolidated Class Action Complaint, (W.D. Wash. May 11, 2022).
- Expert Report of Zachary Nye, Ph.D., (W.D. Wash. March 14, 2024).
- *Jeremy Jaeger v. Zillow Group, Inc., et al.* , Order, (W.D. Wash. Dec. 7, 2022).

**Court Decisions**
- *Barrie v. Intervoice-Brite, Inc.* , Memorandum Opinion and Order, (N.D. Tex. Oct. 26, 2009).
- *Erica P. John Fund, Inc. v. Halliburton Company* , No. 3: 02-CV-1152-M (N.D. Tex. July 25, 2015).
- *Goldman Sachs Grp., Inc. v. Ark. Teachers Ret. Sys.* , Opinion of the Court, 141 S. Ct. 1951 (2021).
- *In re Barclays Bank PLC SEC. Litigation* , Case No. 09 Civ. 1989 (S.D.N.Y. Sept. 13, 2017).
- *In re Intuitive Surgical Securities Litigation* , No. 5: 13-cv-01920-EJD (N.D. Cal. Dec. 22, 2016).
- *In re Moody's Corporation Securities Litigation* , 274 F.R.D. 480 (S.D.N.Y. Mar. 31, 2011).
- *In re TECO Energy Inc. Securities Litigation* , Order, (M.D. Fla. Mar. 30, 2006).

**Data**
- Bloomberg L.P.
- FactSet Research Systems Inc.
- Tick Data, LLC.

**Academic and Industry Literature**
- Berk, Jonathan and Peter DeMarzo. *Corporate Finance* , 3rd ed. (Boston, MA: Pearson, 2014).
- Bodie, Zvi, Alex Kane, and Alan J. Marcus. *Investments* , 10th ed. (New York, NY: McGraw-Hill, 2014).
- Brealey, Richard A., Franklin Allen, and Stewart C. Myers. "13-3 The Evidence Against Market Efficiency" in *Principles of Corporate Finance* , 11th ed. (New York, NY: McGraw-Hill, 2014).
- Brealey, Richard A., Stewart C. Myers, and Franklin Allen. *Principles of Corporate Finance* , 10th ed. (New York, NY: McGraw-Hill, 2011).
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay. *The Econometrics of Financial Markets* (Princeton, NJ: Princeton University Press, 1997).
- DelPrete, Mike. "iBuying is Hard: Zillow Pauses New Purchases." October 19, 2021.
- DelPrete, Mike. "Priced to Sell: Zillow's Inventory Problem." October 25, 2021.
- DelPrete, Mike. "Redfin: High Debt, Low Cash, and Unprofitable." December 12, 2023.
- Fama, Eugene F. "Efficient Capital Markets: A Review of Theory and Empirical Work." *The Journal of Finance* vol. 25, no. 2 (1970).
- Fama, Eugene F. "Efficient Capital Markets: II." *The Journal of Finance* vol. 46, no. 5 (1991).
- Fisher, Franklin M. "Multiple Regression in Legal Proceedings." *Columbia Law Review* vol. 80, no. 4 (1980).
- Gujarati, Damodar N. *Essentials of Econometrics* , 5th ed. (Thousand Oaks, CA: SAGE Publishing, 2022).
- "Home Service Economic Report: Record Growth Fuels Labor Shortage." Jobber. November 2021.
- Jackson, Sherri L. *Research Methods and Statistics: A Critical Thinking Approach,* 5th ed. (San Francisco, CA: Wadsworth Publishing, 2015).
- Kothari, S.P. and Jerold B. Warner. "Econometrics of Event Studies," in *Handbook of Corporate Finance: Empirical Corporate Finance* , vol. A (2006).
- Mitchell, Mark L. and Jeffry M. Netter. "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission." *The Business Lawyer* vol. 49, no. 2 (1994).
- "Record Share of NAHB Members Report Labor Shortages." National Association of Home Builders. November 16, 2021.
- Ross, Stephen A., Randolph Westerfield, and Jeffrey F. Jaffe. *Corporate Finance* , 6th ed. (Boston, MA: McGraw-Hill, 2002).
- S&P Dow Jones Indices. "Dow Jones Internet Composite Index." https://www.spglobal.com/spdji/en/indices/equity/dow-jones-internet-composite-index/#overview.
- Tabak, David and Frederick Dunbar. "Materiality and Magnitude: Event Studies in the Courtroom." NERA Working Paper, no. 34 (1999).
- Turk, Matthew C. "The Securities Fraud Class Action after Goldman Sachs." *American Business Law Journal* vol. 59, no. 3 (2022).
- "U.S. Chamber of Commerce: Commercial Construction Index Q3 2021." U.S Chamber of Commerce. September 22, 2021.
- "U.S. Chamber of Commerce: Commercial Construction Index Q4 2021." U.S Chamber of Commerce. December 15, 2021.

**SEC Filings**
- Opendoor Technologies Inc. Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2021.
- Redfin Corporation Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2022.
- Zillow Group, Inc. Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2018.
- Zillow Group, Inc. Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2020.
- Zillow Group, Inc. Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2021.

- Zillow Group, Inc. Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended June 30, 2021.
- Zillow Group, Inc. Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended March 31, 2021.
- Zillow Group, Inc. Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended September 30, 2021.

**News Articles and Press Releases**

- "ABC: The Construction Industry Needs to Hire an Additional 430,000 Craft Professionals in 2021." Associated Builders and Contractors. March 23, 2021.
- "At Operational Capacity, 'Zillow Offers' to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021." Zillow Group, Inc. October 18, 2021.
- Bahney, Anna. "Selling your home? Here's how accurate online estimates are." CNN. April 21, 2021.
- Clark, Patrick and Noah Buhayar. "Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble." Bloomberg News. October 26, 2021.
- Clark, Patrick, Sridhar Natrajan, and Heather Perlberg. "Zillow Seeks to Sell 7,000 Homes for $2.8 Billion After Flipping Halt." Bloomberg News. November 1, 2021.
- Clark, Patrick. "Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping." Bloomberg. October 17, 2021.
- Han, Brooklee. "Opendoor cuts 18% of its workforce." Real Trends. November 2, 2022.
- Kilgore, Tomi. "Zillow stock dives after analyst highlights two-thirds of homes bought are underwater." Dow Jones Newswires. November 1, 2021.
- "Maricopa County Assessor's Office." Maricopa County Assessor's Office. https://www.mcassessor.maricopa.gov/. Accessed via The Wayback Machine.
- Nicoll, Alex and Daniel Geiger. "Zillow insiders are blaming an internal initiative called Project Ketchup for the company's home-flipping failures." Business Insider. November 9, 2021.
- Nicoll, Alex et al. "Zillow has listed a staggering 93% of the hundreds of Phoenix homes it owns at a loss." Business Insider. October 29, 2021.
- Nicoll, Alex et al. "Zillow is selling hundreds of homes in places such as Atlanta, Phoenix, and Houston. An Insider analysis found that almost two-thirds were listed for less than it paid." Business Insider. October 28, 2021.
- "Offerpad Solutions, Inc. Q3 2022 Earnings Call." Offerpad Solutions Inc. November 2, 2022.
- "Offerpad Solutions, Inc. Q4 2022 Earnings Call." Offerpad Solutions Inc. February 22, 2023.
- Parker, Will and Konrad Putzier. "What Went Wrong With Zillow? A Real-Estate Algorithm Derailed Its Big Bet." The Wall Street Journal. November 17, 2021.
- Ptaszynski, Alina. "Raleigh Led Nation in iBuyer Market Share in 2019, followed by Phoenix, Charlotte and Atlanta." Redfin News. February 25, 2020.
- "Q1 2021 Shareholder Letter." Zillow Group, Inc. May 4, 2021.
- "Q2 2021 Shareholder Letter." Zillow Group, Inc. August 5, 2021.
- "Q3 2021 Shareholder Letter." Zillow Group, Inc. November 2, 2021.
- "Real Estate & Homes for Sale." Zillow Group, Inc. https://www.zillow.com/homes/for_sale/. Accessed via The Wayback Machine.
- Velt, Tracey. "Zillow says they've got a new, more accurate Zestimate." REAL Trends Newsletter. June 15, 2021.
- "Zillow Group Is Maintained at Outperform by RBC Capital." Dow Jones Institutional News. October 4, 2021.
- "Zillow Group Reports First-Quarter 2021 Financial Results." Zillow Group, Inc. May 4, 2021.
- "Zillow Group Reports Second-Quarter 2021 Financial Results." Zillow Group, Inc. August 5, 2021.
- "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations." Zillow Group, Inc. November 2, 2021.
- "Zillow Group, Inc. (Z) Management Presents on Piper Sandler 2021 Virtual Global Technology Conference (Transcript)." Seeking Alpha. September 13, 2021.
- "Zillow Group, Inc. Q1 2021 Earnings Call." Zillow Group, Inc. May 4, 2021.
- "Zillow Group, Inc. Q2 2021 Earnings Call." Zillow Group, Inc. August 5, 2021.
- "Zillow Group, Inc. Q3 2019 Earnings Call." Zillow Group, Inc. November 7, 2019.
- "Zillow Group, Inc. Q3 2021 Earnings Call." Zillow Group, Inc. November 2, 2021.
- "Zillow Launches New Neural Zestimate, Yielding Major Accuracy Gains." Zillow Group, Inc. June 15, 2021.

**Equity Analyst Reports**

- Ages, Justin et. al. "Zillow Group, Inc.: Strong Q2; on track to deliver LT targets." Berenberg Capital Markets. August 6, 2021.
- Ages, Justin, Nate Crossett, and Connor Siversky. "Resetting focus on core business." Berenberg Capital Markets. November 5, 2021.
- Ages, Justin, Nate Crossett, and Connor Siversky. "Winding down Zillow Offers; solid IMT results." Berenberg Capital Markets. November 2, 2021.
- Ages, Justin, Nate Crossett, and Connor Siversky. "Zillow pauses iBuying for 2021." Berenberg Capital Markets. October 18, 2021.
- Ages, Justin, Nate Crossett, and Connor Siversky. "Zillow unloads large chunk of homes." Berenberg Capital Markets. November 10, 2021.
- Arounian, Ygal and Chad Larkin. "A Shocking End to an Ambitious Project." Wedbush Securities. November 3, 2021.
- Arounian, Ygal and Chad Larkin. "Downgrade to Neutral as Operational Capacity Leaves Unanswered Questions." Wedbush Securities. October 19, 2021.
- Arounian, Ygal and Chad Larkin. "Pausing Zillow Offers Through YE Would Be A Clear Negative." Wedbush Securities. October 17, 2021.

- Arounian, Ygal and Chad Larkin. "Residential Real Estate Tech Conference Recap & 3Q21 Previews (ZG, OPEN, RDFN)." Wedbush Securities. November 1, 2021.
- Arounian, Ygal and Chad Larkin. "Zillow 360 Ties The Room Together." Wedbush. August 6, 2021.
- Boltansky, Isaac. "Washington Policy Weekly Update." BTIG. November 12, 2021.
- Boone, Andrew and Matthew Condon. "Downgrading Zillow Group to Market Perform as Zillow Announces Its Exit from iBuying." JMP Securities. November 3, 2021.
- Boone, Andrew and Matthew Condon. "Zillow Offers Pauses Home Acquisitions With iBuying Reaching An Inflection Point In Demand." JMP Securities. October 18, 2021.
- Campbell, John. "First Look: 3Q21 Results; The Final Surprising iBuying News...It's Game Over." Stephens. November 2, 2021.
- Campbell, John. "First Look: Zillow Offers Halts Purchases For Remainder Of Year." Stephens. October 18, 2021.
- Campbell, John. "iBuying Trends Quite Different Than Zillow's; Brokerage Tweaks Underway." Stephens. November 5, 2021.
- Campbell, John. "Making Tangible Progress in the Journey Down the Funnel; Reiterate OW/V." Stephens. August 9, 2021.
- Campbell, John. "Zillow Without iBuying Is Still Attractive + Makes it More Investable for Some." Stephens. November 3, 2021.
- Champion, Thomas and James Callahan. "2Q Wrap: ZOffers Segment Outlook Improves; Raising Estimates." Piper Sandler. August 5, 2021.
- Champion, Thomas and James Callahan. "Downgrading to Neutral: ZOffers Mothballed; Back to Basics in Core Internet." Piper Sandler. November 3, 2021.
- Champion, Thomas and James Callahan. "Zestimate Update Yields Accuracy Gains; Bodes Well For ZOffers Inventory in 2H." Piper Sandler. June 18, 2021.
- Champion, Thomas and James Callahan. "ZOffers Epilogue: A Pro-forma Investment Framework for Core IMT." Piper Sandler. November 19, 2021.
- Champion, Thomas and James Callahan. "ZOffers on Pause; Adjusting Target Price." Piper Sandler. October 18, 2021.
- Devitt, Scott W. and Wesley Sanford. "3Q:21 Online Real Estate Preview." Stifel. October 21, 2021.
- Devitt, Scott W. and Wesley Sanford. "From Flipping to Flopping; Hold, $85 PT." Stifel. November 2, 2021.
- Devitt, Scott W. and Wesley Sanford. "The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends." Stifel. November 18, 2021.
- Devitt, Scott W. and Wesley Sanford. "The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends." Stifel. November 7, 2021.
- Devitt, Scott W. and Wesley Sanford. "The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends." Stifel. October 7, 2021.
- Egbert, John, William Taveras and Wesley Sanford. "The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends." Stifel. June 25, 2021.
- Erickson, Brad and Daniel Parr. "iBuying is dead, long live Zillow. Adjusting estimates & lowering target." RBC Capital Markets. November 3, 2021.
- Erickson, Brad and Daniel Parr. "It was bound to happen at some point; lowering estimates and price target." RBC Capital Markets. October 4, 2021.
- Erickson, Brad and Daniel Parr. "RBC 'Net Add: BKNG, EXPE, WIX, SQSP, ZG, RDFN." RBC Capital Markets. November 12, 2021.
- Erickson, Brad and Daniel Parr. "RBC 'Net Add: UBER, LYFT, DASH, ZG, WIX, FVRR, SQSP." RBC Capital Markets. November 18, 2021.
- Erickson, Brad and Daniel Parr. "RBC 'Net Add: ZG, FVRR, DASH, MTCH, BMBL." RBC Capital Markets. November 2, 2021.
- Erickson, Brad and Daniel Parr. "Softer M/M sales? Yes. Lowered Zillow Spend? Hard No. Reiterate Outperform." RBC Capital Markets. June 24, 2021.
- Erickson, Brad and Daniel Parr. "Zillow in dire straits? PA for nothing and iBuying for free." RBC Capital Markets. October 19, 2021.
- Erickson, Brad. "That's a wrap on 2021 for Zillow iBuying." RBC Capital Markets. October 17, 2021.
- Erickson, Brad. "Zillow reportedly looking to sell 7,000 homes! Wait - isn't that what they already do?" RBC Capital Markets. November 1, 2021.
- Fuller, Jake and W. Clark Lampen. "3P Data Points To 3Q iBuyer Miss, We Aren't Seeing The Same." BTIG. October 4, 2021.
- Fuller, Jake and W. Clark Lampen. "Can't Justify Buy w/o iBuyer, Downgrade to Neutral." BTIG. November 3, 2021.
- Fuller, Jake and W. Clark Lampen. "iBuyer Model Not Flawed: Zillow Executed Poorly & OPEN On Track." BTIG. November 10, 2021.
- Fuller, Jake and W. Clark Lampen. "Offers Back On Track & Likely to Top 2Q Consensus." BTIG. June 18, 2021.
- Fuller, Jake and W. Clark Lampen. "Our Take on iBuyer Pause." BTIG. October 18, 2021.
- Fuller, Jake and W. Clark Lampen. "ZG May Have Been Slow To Adjust To Market Conditions, But OPEN Wasn't." BTIG. October 20, 2021.
- Helfstein, Jason et al. "iBuyer Exit to Act as Overhang, with No Near-term Catalysts in Sight; Maintain Perform." Oppenheimer. November 2, 2021.
- Josey, Ronald V., Andrew Boone, and Matthew Condon. "Improved Execution at Homes as IMT Continues to Deliver Connects; Reiterate MO Rating." JMP. August 6, 2021.
- Khan, Naved et al. "Pause in iBuyer a NT Setback; No Change to LT Thesis." Truist. October 18, 2021.
- Khan, Naved et al. "Pause in iBuyer to be a Key Focus for 3Q Earnings; Lowering 2022 Ests/PT Ahead of Print." Truist. October 31, 2021.
- Khan, Naved et al. "Surprise iBuyer Exit Removes a Growth Catalyst, Creates NT Uncertainty; Lower to Hold (from Buy)." Truist. November 3, 2021.
- Kreyer, Jason. "As iBuying Fades Away An Asset-Light Zillow Will Drive Attractive Profit And CF. Maintain BUY Rating, Lowering Price Target To $95." Craig-Hallum. November 3, 2021.
- Kreyer, Jason. "Zillow Accelerates Investments In iBuyer. Maintain BUY Rating, Lowering Price Target To $135." Craig-Hallum. August 6, 2021.

- Kurnos, Daniel L. "Better than Feared as ZO Defies Expectations." Benchmark. August 6, 2021.
- Kurnos, Daniel L. "Bye Bye (i)Buy. PT $105." Benchmark. November 3, 2021.
- Mahaney, Mark et al. "Downgrading To In-Line On Strategy Shift." Evercore ISI. November 3, 2021.
- Mahaney, Mark et al. "Real Estate Agents Moving Online." Evercore ISI. October 4, 2021.
- Mahaney, Mark et al. "The Quantum Of Gross Profit." Evercore ISI. August 6, 2021.
- Mahaney, Mark et al. "ZG Q3:21 Preview & Cheat Sheet." Evercore ISI. October 29, 2021.
- "Market expectations are for Uniform ROA to stabilize, but management may have concerns about Zillow Offers, Zillow 360, and execution constraints." Valens. October 27, 2021.
- Mcternan, Bernie and Chris Pierce. "Stress Testing Amid Uncertainty, Reiterate Hold." Needham. November 3, 2021.
- Nagle, Curtis, Nat Schindler, and Nitin Bansal. "ZG shutting the door on iBuying business; Lowering PO to $50; Reiterate U/P." Bank of America. November 3, 2021.
- Nowak, Brian Alaxander Wang, and Nathan Feather. "Will the Platform Resolve the Macro Debate?" Morgan Stanley. August 6, 2021.
- Nowak, Brian et al. "Offers Off...What Matters Now?" Morgan Stanley. November 3, 2021.
- Patil, Shyam and Ryan Lister. "Zillow Group: Offers Shuttered, Focus Shifts to Core." Susquehanna Financial Group. November 8, 2021.
- Raykovski, Entcho and Lachlan Brown. "Zillow 3Q21 results - Winding down Zillow Offers and pointing to slowing growth." Credit Suisse. November 3, 2021.
- Ripps, Maria et al. "Weekly earnings preview: ABNB, DKNG, ETSY, EVER, FLNT, LYFT, MSGM, PTON, SKLZ, TRUP, UBER, W, ZG." Canaccord Genuity Capital Markets. October 31, 2021.
- Ripps, Maria, Michael Graham, and Jason Tilchen. "Mixed and eventful Q3 as Zillow exits Offers." Canaccord Genuity Capital Markets. November 2, 2021.
- Sandler, Ross et al. "Assuming Coverage." Barclays. June 28, 2021.
- Schindler, Nat, Curtis Nagle, and Nitin Bansal. "iBuy that risks for ZG may not be just a pause in sales: Lower ests and PO to $85." Bank of America. October 28, 2021.
- Schindler, Nat, Curtis Nagle, and Nitin Bansal. "Zillow pauses ibuying till year end; Maintain Underperform." Bank of America. October 18, 2021.
- Schindler, Nat, Curtis Nagle, and Nitin Bansal. "Zillow selling 7,000 homes raises a lot more questions; Maintain Underperform." Bank of America. November 2, 2021.
- Schindler, Nat. "2Q beat and Homes gaining traction; Lowering PO to $125; Reit. Underperform." Bank of America. August 6, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "A Fixer Upper So Far in 2021, But a Great Foundation for the Long Term." Jefferies. October 25, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "Big Swing and Miss, But Dugout Still Has Some Stars." Jefferies. November 3, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "Invite: Call with Former CEO of Zillow Today at 2PM ET." Jefferies. November 11, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "Invite: Call with Top Zillow Premier Agent; Tues 6/15 @ 11am ET." Jefferies. June 15, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "Pressing the Brakes on Home Purchases." Jefferies. October 19, 2021.
- Thill, Brent, John Colantuoni, and David Lustberg. "Recap of Call with Top Zillow Premier Agent." Jefferies. June 16, 2021.
- Trainer, David et al. "Position Close Update: Zillow Group Inc. (ZG)." New Constructs. June 29, 2021.
- White, Tom. "3Q'21: A Little Less Of a 'BHAG'...Or Is It?" Davidson. November 3, 2021.
- Young, Trevor et al. "IMT Growth, Homes Economics May Normalize From Here." Barclays. August 6, 2021.
- Young, Trevor et al. "Unwinding Homes, Refocus on Core." Barclays. November 3, 2021.
- Young, Trevor, Ross Sandler, and Mario Lu. "Handing Over the Keys on iBuying?" Barclays. November 1, 2021.
- Yruma, Edward et al. "KBCM iBuying Tracker Vol. III: Breaking Waves, Impact Zone." KeyBanc Capital Markets. October 18, 2021.
- Yruma, Edward et al. "Z: 3Q - Flipping Is a Flop, IMT Concerns." KeyBanc Capital Markets. November 2, 2021.
- Yruma, Edward et al. "Z: Volatile iBuying Trends, Earnings Risk." KeyBanc Capital Markets. October 31, 2021.
- Yruma, Edward et al. "Zillow Group, Inc. Z: 2Q – The Secular and Cyclical." KeyBanc Capital Markets. August 6, 2021.
- Yruma, Edward, Abigail Zvejnieks, and Samantha Hanley. "Z: 1Q – Strong IMT, Homes in Progress." KeyBanc Capital Markets. May 4, 2021.
- Zelman, Ivy et al. "Acquisition Pause Signals Operational Challenges." Zelman & Associates. October 19, 2021.
- Zelman, Ivy et al. "Reaching the Breaking Point." Zelman & Associates. November 4, 2021.

# APPENDIX III

## Dr. Nye's Reported vs Corrected Event Study Results

| Date | Closing Price | | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction | |
|---|---|---|---|---|---|---|---|
| (1) | (2) | | (3) | (4) | (5) | (6) | |

*Zillow Released Its 2021 Q1 Financial Results on 5/4/2021 at 4:05 PM ET*

**Dr. Nye Reported Results**

**Class A**

| 5/4/2021 | $ | 123.80 | 1,089,026 | | | | |
|---|---|---|---|---|---|---|---|
| 5/5/2021 | | 115.26 | 1,438,775 | -5.61% | -2.18 * | $ | -6.95 |

**Class C**

| 5/4/2021 | $ | 121.45 | 6,533,994 | | | | |
|---|---|---|---|---|---|---|---|
| 5/5/2021 | | 113.80 | 7,741,697 | -5.02% | -1.90 | $ | -6.10 |

**Corrected Nye Results**

**Class A**

| 5/4/2021 | $ | 123.80 | 1,089,026 | | | | |
|---|---|---|---|---|---|---|---|
| 5/5/2021 | | 115.26 | 1,438,775 | -5.61% | -2.17 * | $ | -6.95 |

**Class C**

| 5/4/2021 | $ | 121.45 | 6,533,994 | | | | |
|---|---|---|---|---|---|---|---|
| 5/5/2021 | | 113.80 | 7,741,697 | -5.02% | -1.90 | $ | -6.09 |

**Notes and Sources:**
- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

*Zillow Announced an Enhanced Valuation Algorithm on 6/15/2021 at 9:05 AM ET*

**Dr. Nye Reported Results**

**Class A**

| 6/14/2021 | $ 116.60 | 525,570 | | | |
|---|---|---|---|---|---|
| 6/15/2021 | 111.21 | 567,420 | -3.17% | -1.34 | $ -3.70 |

**Class C**

| 6/14/2021 | $ 113.58 | 3,626,871 | | | |
|---|---|---|---|---|---|
| 6/15/2021 | 109.28 | 2,204,468 | -2.34% | -0.96 | $ -2.66 |

Corrected Nye Results

**Class A**

| 6/14/2021 | $ 116.60 | 525,570 | | | |
|---|---|---|---|---|---|
| 6/15/2021 | 111.21 | 567,420 | -3.17% | -1.33 | $ -3.69 |

**Class C**

| 6/14/2021 | $ 113.58 | 3,626,871 | | | |
|---|---|---|---|---|---|
| 6/15/2021 | 109.28 | 2,204,468 | -2.34% | -0.96 | $ -2.66 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date (1) | Closing Price (2) | Volume (3) | Excess Return (4) | T-Stat Excess Return (5) | Stock Price Reaction (6) | |
|---|---|---|---|---|---|---|

*Zillow Released Its 2021 Q2 Financial Results on 8/5/2021 at 4:05 PM ET*

**Dr. Nye Reported Results**

**Class A**

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction | |
|---|---|---|---|---|---|---|
| 8/5/2021 | $ 110.30 | 859,200 | | | | |
| 8/6/2021 | 103.24 | 1,107,114 | -4.24% | -1.86 | $ | -4.68 |

**Class C**

| 8/5/2021 | $ 110.24 | 4,415,033 | | | | |
| 8/6/2021 | 101.15 | 7,660,467 | -6.14% | -2.66 * | $ | -6.77 |

**Corrected Nye Results**

**Class A**

| 8/5/2021 | $ 110.30 | 859,200 | | | | |
| 8/6/2021 | 103.24 | 1,107,114 | -4.24% | -1.85 | $ | -4.67 |

**Class C**

| 8/5/2021 | $ 110.24 | 4,415,033 | | | | |
| 8/6/2021 | 101.15 | 7,660,467 | -6.14% | -2.64 * | $ | -6.77 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date (1) | Closing Price (2) | Volume (3) | Excess Return (4) | T-Stat Excess Return (5) | Stock Price Reaction (6) | |
|---|---|---|---|---|---|---|

*Zillow Presented at the Piper Sandler 2021 Virtual Global Technology Conference on 9/13/2021 at 1:30 PM ET*

**Dr. Nye Reported Results**

**Class A**

| 9/10/2021 | $ 92.09 | 564,375 | | | | |
|---|---|---|---|---|---|---|
| 9/13/2021 | 94.65 | 528,379 | 4.25% | 1.96 | $ | 3.91 |

**Class C**

| 9/10/2021 | $ 91.83 | 3,109,450 | | | | |
|---|---|---|---|---|---|---|
| 9/13/2021 | 94.49 | 4,965,113 | 4.33% | 1.95 | $ | 3.98 |

**Corrected Nye Results**

**Class A**

| 9/10/2021 | $ 92.09 | 564,375 | | | | |
|---|---|---|---|---|---|---|
| 9/13/2021 | 94.65 | 528,379 | 4.25% | 1.95 | $ | 3.91 |

**Class C**

| 9/10/2021 | $ 91.83 | 3,109,450 | | | | |
|---|---|---|---|---|---|---|
| 9/13/2021 | 94.49 | 4,965,113 | 4.33% | 1.95 | $ | 3.97 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction | |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | |

*RBC Produced a Zillow Analyst Report on 10/04/2021 at 12:15 AM ET*

| Dr. Nye Reported Results | | | | | | |
|---|---|---|---|---|---|---|
| **Class A** | | | | | | |
| 10/1/2021 | $  91.40 | 394,528 | | | | |
| 10/4/2021 | 85.68 | 768,132 | -0.70% | -0.33 | $ | -0.64 |
| **Class C** | | | | | | |
| 10/1/2021 | $  90.36 | 2,979,817 | | | | |
| 10/4/2021 | 85.38 | 6,075,023 | -0.04% | -0.02 | $ | -0.04 |
| Corrected Nye Results | | | | | | |
| **Class A** | | | | | | |
| 10/1/2021 | $  91.40 | 394,528 | | | | |
| 10/4/2021 | 85.68 | 768,132 | -0.70% | -0.32 | $ | -0.64 |
| **Class C** | | | | | | |
| 10/1/2021 | $  90.36 | 2,979,817 | | | | |
| 10/4/2021 | 85.38 | 6,075,023 | -0.04% | -0.02 | $ | -0.04 |

**Notes and Sources:**
- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

*Zillow Announced a Pause in Home Buying Through the End of the Year on 10/18/2021*

| Dr. Nye Reported Results | | | | | |
|---|---|---|---|---|---|
| **Class A** | | | | | |
| 10/15/2021 | $ 94.30 | 267,988 | | | |
| 10/18/2021 | 85.46 | 1,803,401 | -10.47% | -4.89 * | $ -9.87 |
| | | | | | |
| **Class C** | | | | | |
| 10/15/2021 | $ 94.97 | 1,407,189 | | | |
| 10/18/2021 | 86.00 | 15,495,377 | -10.52% | -4.79 * | $ -9.99 |
| | | | | | |
| Corrected Nye Results | | | | | |
| **Class A** | | | | | |
| 10/15/2021 | $ 94.30 | 267,988 | | | |
| 10/18/2021 | 85.46 | 1,803,401 | -10.57% | -5.08 * | $ -9.97 |
| | | | | | |
| **Class C** | | | | | |
| 10/15/2021 | $ 94.97 | 1,407,189 | | | |
| 10/18/2021 | 86.00 | 15,495,377 | -10.63% | -4.96 * | $ -10.10 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |

*Keybanc Released a Report on Zillow on 10/31/2021,*
*Bloomberg Released an Article on 11/1/2021 at 2:45 PM ET*

**Dr. Nye Reported Results**

**Class A**

| | | | | | |
|------|------|------|------|------|------|
| 10/29/2021 | $    105.72 | 5,263,645 | | | |
| 11/1/2021 | 96.61 | 2,781,148 | -8.24% | -3.86 * | $    -8.71 |
| 11/2/2021 | 85.48 | 3,440,673 | -10.43% | -4.88 * | -10.08 |

**Class C**

| | | | | | |
|------|------|------|------|------|------|
| 10/29/2021 | $    103.63 | 17,376,416 | | | |
| 11/1/2021 | 97.15 | 8,776,700 | -5.89% | -2.68 * | $    -6.10 |
| 11/2/2021 | 87.20 | 19,485,828 | -9.17% | -4.18 * | -8.91 |

**Corrected Nye Results**

**Class A**

| | | | | | |
|------|------|------|------|------|------|
| 10/29/2021 | $    105.72 | 5,263,645 | | | |
| 11/1/2021 | 96.61 | 2,781,148 | -8.43% | -3.92 * | $    -8.91 |
| 11/2/2021 | 85.48 | 3,440,673 | -10.63% | -4.94 * | -10.27 |

**Class C**

| | | | | | |
|------|------|------|------|------|------|
| 10/29/2021 | $    103.63 | 17,376,416 | | | |
| 11/1/2021 | 97.15 | 8,776,700 | -6.07% | -2.76 * | $    -6.29 |
| 11/2/2021 | 87.20 | 19,485,828 | -9.37% | -4.26 * | -9.10 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

*Zillow Released Its 2021 Q3 Financial Results on 11/2/2021 at 4:05 PM ET*

| Dr. Nye Reported Results | | | | | |
|---|---|---|---|---|---|
| **Class A** | | | | | |
| 11/2/2021 | $ 85.48 | 3,440,673 | | | |
| 11/3/2021 | 65.86 | 13,557,337 | -23.49% | -10.98 * | $ -20.08 |
| | | | | | |
| **Class C** | | | | | |
| 11/2/2021 | $ 87.20 | 19,485,828 | | | |
| 11/3/2021 | 65.47 | 78,433,868 | -25.45% | -11.59 * | $ -22.19 |
| | | | | | |
| Corrected Nye Results | | | | | |
| **Class A** | | | | | |
| 11/2/2021 | $ 85.48 | 3,440,673 | | | |
| 11/3/2021 | 65.86 | 13,557,337 | -23.75% | -11.04 * | $ -20.30 |
| | | | | | |
| **Class C** | | | | | |
| 11/2/2021 | $ 87.20 | 19,485,828 | | | |
| 11/3/2021 | 65.47 | 78,433,868 | -25.70% | -11.68 * | $ -22.41 |

**Notes and Sources:**
- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date (1) | Closing Price (2) | | Volume (3) | Excess Return (4) | T-Stat Excess Return (5) | Stock Price Reaction (6) | |
|---|---|---|---|---|---|---|---|
| *Business Insider Published an Article on Project Ketchup on 11/9/2021 at 1:08 PM ET* | | | | | | | |
| Dr. Nye Reported Results | | | | | | | |
| **Class A** | | | | | | | |
| 11/8/2021 | $ | 68.23 | 2,222,385 | | | | |
| 11/9/2021 | | 66.62 | 1,307,601 | -2.23% | -1.05 | $ | -1.52 |
| **Class C** | | | | | | | |
| 11/8/2021 | $ | 67.67 | 10,975,093 | | | | |
| 11/9/2021 | | 66.40 | 8,018,591 | -1.75% | -0.80 | $ | -1.18 |
| Corrected Nye Results | | | | | | | |
| **Class A** | | | | | | | |
| 11/8/2021 | $ | 68.23 | 2,222,385 | | | | |
| 11/9/2021 | | 66.62 | 1,307,601 | -2.36% | -1.08 | $ | -1.61 |
| **Class C** | | | | | | | |
| 11/8/2021 | $ | 67.67 | 10,975,093 | | | | |
| 11/9/2021 | | 66.40 | 8,018,591 | -1.87% | -0.85 | $ | -1.27 |

**Notes and Sources:**

- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

| Date (1) | Closing Price (2) | Volume (3) | Excess Return (4) | T-Stat Excess Return (5) | Stock Price Reaction (6) |
|---|---|---|---|---|---|

*The Wall Street Journal Published an Article on Project Ketchup on 11/17/2021 at 11:29 AM ET*

**Dr. Nye Reported Results**

**Class A**

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| 11/16/2021 | $ 62.72 | 987,767 | | | |
| 11/17/2021 | 60.12 | 1,141,204 | -2.44% | -1.14 | $ -1.53 |

**Class C**

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| 11/16/2021 | $ 62.80 | 5,585,819 | | | |
| 11/17/2021 | 60.28 | 8,344,796 | -2.33% | -1.06 | $ -1.46 |

**Corrected Nye Results**

**Class A**

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| 11/16/2021 | $ 62.72 | 987,767 | | | |
| 11/17/2021 | 60.12 | 1,141,204 | -2.51% | -1.15 | $ -1.57 |

**Class C**

| Date | Closing Price | Volume | Excess Return | T-Stat Excess Return | Stock Price Reaction |
|---|---|---|---|---|---|
| 11/16/2021 | $ 62.80 | 5,585,819 | | | |
| 11/17/2021 | 60.28 | 8,344,796 | -2.41% | -1.08 | $ -1.51 |

**Notes and Sources:**
- Dr. Nye Reported Results are from the Expert Report of Zachary Nye, dated March 14, 2024 and Bloomberg.
- Corrected Nye Results fix Dr. Nye's rolling regressions, fix his standard error for predictions, and exclude alleged disclosure dates in addition to the earnings announcement dates that Dr. Nye excludes.

# APPENDIX IV

## Equity Analyst Commentary Following the June 15, 2021 Announcement of an Improved Home Valuation Algorithm

| Date (1) | Equity Analyst (2) | Excerpts (3) |
|---|---|---|
| June 15, 2021 | Jefferies | n.a. |
| June 16, 2021 | Jefferies | "Our expert highlighted how Zillow recently introduced the Zestimate as a standing offer on homes. However, he believes the Zestimate has become less accurate in this fast-changing market. In fact, the Zestimate has been removed from many listings." |
| June 18, 2021 | BTIG | n.a. |
| June 18, 2021 | Piper Sandler | "This week, ZG announced an update to its Zestimate valuation model. The revision boosts data inputs into the model and allows more rapid price adjustment, improving accuracy. We see Zestimate taking one step closer to being an industry pricing benchmark. The change may also benefit the ZOffers business which has been inventory constrained. We continue to view ZG as a long-term disruptor in technology real estate. Reiterate OW, $174 PT." <br><br> "What's New: Zestimate Refresh. This week's Zestimate update incorporates more data sources (sales transactions, tax assessments, and public records) within a neural network to react more quickly to market trends. The update could take the median error rate to 6.9%, a 100bps pricing accuracy improvement on 104MM off-market homes. The updates should also increase the number of homes eligible for a Zestimate cash offer by 30% (up from 900k in 23 markets)." <br><br> "Multiple Benefits Across Core Business & ZOffers. First, the updated Zestimate improves Zillow's general consumer utility, boosting the core IMT segment. It positions the Zestimate to emerge as an industry standard and appraisal mechanism for consumers. Second, we see a benefit to the iBuying business which has been challenged in the low-inventory, high-price environment. Average inventory for 2021 is down 27% y/y, while pricing is +16%. ZG's 1Q21 report featured 1,856 homes purchased, but resulted in a declining home inventory balance with 1,956 sales. While ZO unit profitability demonstrated record strength ($17.6k/home or 5.5%, better than the +/-200bps target), the 2Q ZO guide was low and potentially hamstrung by low inventory. The Zestimate update may signal a greater ability to respond to changing price, giving ZOffers the confidence to 'bid-up' for homes when the market is hot (it's also defensive if the market were in decline). With better valuation tools, ZOffers may be able to address its top-of-funnel issues and build inventory for sale in 2H21." <br><br> "PSC Analysis Provides Supporting Evidence Of Improved Accuracy. We looked at fifty listed homes across five cities, comparing historical Zestimates (the listed Zestimate closest to the point of sale) to closing prices in June '21 versus January '21. Our sample is abridged, but the analysis points to a 2.1% accuracy improvement from January to June." |

| Date | Equity Analyst | Excerpts |
|:---:|:---:|:---:|
| **(1)** | **(2)** | **(3)** |
| June 24, 2021 | RBC Capital Markets | n.a. |
| June 25, 2021 | Stifel | "Zillow launches new neural Zestimate, yielding major accuracy gains. (Zillow) Summary: Zillow has made significant upgrades to its Zestimate home valuation model that have reportedly resulted in a ~1% improvement to the national median error rate, which is now 6.9%. Zillow indicated the new Zestimate algorithm utilizes neural networks and incorporates a deeper history of property data, such as sales transactions, tax assessments, and public records. Neural networks are AI systems that attempt to mimic how the human brain works and can map hundreds of millions of data points; with regard to the Zestimate algorithm, the neural network model correlates home facts, location, market trends, and home values, which Zillow believes will allow the Zestimate to quickly react to dynamic market conditions as well as reduce its processing time. In February, Zillow began using the Zestimate as an initial cash offer for Zillow Offers, so these improvements should help it make more accurate offers on the homes it is purchasing; the Zestimate serves as an initial cash offer on ~900,000 eligible homes across 23 markets, but this latest update is expected to increase the homes eligible for this service by approximately 30%." |
| June 28, 2021 | Barclays | n.a. |
| June 29, 2021 | New Constructs | n.a. |

**Notes and Sources**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

<u>**APPENDIX V**</u>

**The October 4, 2021 RBC Capital Markets Analysis Used Publicly Available Information**

Publicly available information on homes offered by Zillow (Zillow Website).





Publicly available information on the price paid for the home by Zillow (Public County Records).





Publicly available information on original listing price and current listing price (Zillow Website)

| Event | Price |
|---|---|
| Price change | $347,000 -0.9% $182/sqft |
| Price change | $350,000 -5.4% $184/sqft |
| Listed for sale | $370,000 +12.7% $195/sqft |

## APPENDIX VI

## Equity Analyst Commentary Following the October 4, 2021 RBC Capital Markets Report

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| BTIG | October 4, 2021 | "Our understanding is that one of the major 3P data vendors is pointing to the potential for a ZG miss, with a significant shortfall in 3Q iBuyer transaction volume. ZG guides to segment revenue ($1.4-1.5B) and does not provide a price/ volume break-out, but the consensus view on volume is 4K homes and that is in line with our estimate."<br><br>"We will refine our analysis once we get a full Sept. dataset, but at this point we see modest downside to consensus on volume and upside on revenue for the iBuyer segment. A miss on volume would normally be an issue for growth investors, but expectations have clearly come down and our 3.9K/$1.5B+ iBuyer scenario would likely be a positive scenario for the stock." |
| Evercore ISI | October 4, 2021 | n.a. |
| RBC Capital Markets | October 4, 2021 | "An analysis of Zillow-owned homes for sale in Phoenix points to Zillow likely missing iBuying expectations in the quarter. Given 3P data, we think this is generally already somewhat understood and discounted in the stock, but we lower our estimates accordingly, which reduces our price target."<br><br>"We believe the company likely still has meaningful inventory to work through into Q4 that was bought at too high a price and thus we would expect Q3 results and Q4 guidance to reflect this, as contemplated in our lowered/below-Street Q3 and Q4 estimates. We lower '22E as well on views of stable pricing at the new lower levels."<br><br>"Should this matter that much? Not really. We believe investors are more focused on iBuying's standalone economics than is necessary given our view that market-making in homes is simply a Trojan horse for capturing prospective home-seller signal that is vital for Zillow to connect premier agents with valuable, intentful sellers." |
| Stifel | October 7, 2021 | n.a. |

**Notes and Sources:**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

### APPENDIX VII

### Equity Analyst Commentary Following the October 17, 2021 "Pause" in Zillow Offers Acquisitions

| Analyst (1) | Date (2) | Excerpts (3) |
|---|---|---|
| RBC Capital Markets | October 17, 2021 | "This is a headline negative but we would ultimately view it as noise, if not a positive long-term sign, given it indicates stronger-than-expected inbound demand from homeowners and Zillow's likely buying ahead-of-expectations. Importantly, relative to our thesis: Zillow is in the iBuying business to capture valuable signal from prospective home sellers which unlocks the 2nd half of its entire TAM along with a host of other new monetization opportunities vs. simply buying & selling homes for profit." "We believe labor and supply shortages have been a key limiting factor to getting bought homes back on the market but additionally, we think that Zillow remains relatively under-staffed in many markets which have only ramped up in the past 12 months where anecdotally through the quarter, we'd heard reports of 30-45 day waits to get a bid back from the time of requesting." "The company has capacity issues it must continue to overcome given how new the Zillow Offers business is; however, keeping the longer-term strategy in mind, we'd view this as a sign that the company's capture of prospective home-seller signal is going better than it had anticipated (and thus, it better get to work on adding more capacity)." |
| Wedbush | October 17, 2021 | "The core issue at hand for Zillow seems to be labor shortages impacting capacity constraints, but particularly around the renovation piece of the transaction." "[I]f Zillow pauses the purchase of new homes through the end of the year our homes sold estimate would have to come down significantly." "If true, it would have a material impact on our 2022 estimates, across not just Homes but PA and Mortgage. Ironically, it would be a positive for overall company EBITDA, but would be a huge negative for top-line growth, and major setback for the strategic initiative put in place over the past few years. Zillow had ~3,100 homes in inventory after 2Q and while we don't know yet what it sold and purchased in 3Q, we're modeling 4,600 sales in 4Q, meaning even if it sells down all of its inventory, would likely miss those estimates as well. And since it takes time to ramp the business back up, depending on the length of the pause, we could see minimal revenue here for much of 1H22." |
| Bank of America | October 18, 2021 | "The recent supply/demand imbalance in the housing industry has contributed to rapid rise in home prices, which have started to weigh negatively on affordability and housing demand. We believe Zillow's decision might be affected by slowing homes sales and company's inability to sell through at the same rate at which it is acquiring as buyers take a step back." "We believe, this temporary halt could be a good opportunity for the competitors to increase their market share, although they could have also face the operational constraints of labor and material shortage affecting Zillow. We also believe, this temporary halt might be beneficial for Zillow in the near-term as the company would avoid acquiring overpriced inventory in currently overheated housing market and prevent overextending its balance sheet." "Highlights uncertainty in new business model: Although we were encouraged by management's above expectation guidance for 3Q Homes Rev, this latest development comes as a negative surprise and might affect our 4Q and '22 Homes revenue ests. Commentary on future of Homes segment will be critical for stock in 3Q call. Also, potential issues around operational constraints (labor, material) raise questions about scalability. Given inherent macro uncertainty in ibuyer model combined with low margins and added risk, we maintain U/P and PO at $100." "The timing of Zillow's latest decision to pause ibuying comes as a surprise given the aggressive guidance for 3Q, showcasing inherent scalability and macro uncertainty issues with the new business model." |
| Berenberg Capital Markets | October 18, 2021 | "Open questions on long-term goals. In 2019, the company indicated it was aiming to purchase 5,000 homes per month. Additionally, on the Q221 earnings call, management reiterated that long-term goal, stating "we are now back on track with our original objective to purchase 5,000 homes per month... within the original three to five-year timeline." In our view, this pause in purchases could mean ZG has reached an interim milestone in its iBuying business." |

| Analyst | Date | Excerpts |
|---------|------|----------|
| **(1)** | **(2)** | **(3)** |
| BTIG | October 18, 2021 | "ZG is hitting pause on signing new iBuyer contracts through year end. Our Take: 1) While ZG uses algorithms to inform initial offers, it needs people to inspect homes and complete renovations and that is where the bottleneck appears to be; 2) Pausing on new contracts will be a significant drag on 1H22 iBuyer revenue (BTIGe $3.5B) and it will likely take into 2H22 to rebuild inventory; 3) The two questions we are getting from investors is whether the pause might also be due to eroding unit economics (our data is not encouraging)" |
| | | "The question we are getting from investors this morning is whether there might be more to the iBuyer pause than just capacity constraints. We can't say for sure, but our look at active listings isn't encouraging. We don't see a unit economic issue for 3Q21. In the 2,452 sales that we observed (we don't capture 100% of sales, so this isn't meant to be a comment on volume), we find an average mark-up of 8.1% (consistent with 2Q). However, looking at just the 1,365 active listings purchased since 8/1, we see that 658 have had a price cut and the average listing price is $1,091 below purchase price." |
| | | "Our favorable view of ZG is driven by healthy growth prospects in its core high-margin advertising business, as well as increased comfort in the ability to ramp the Offers platform over the next several years." |
| JMP | October 18, 2021 | "This morning, Zillow Group announced that Zillow Offers has paused making new home acquisition offers for the remainder of the year as the company works through its backlog of renovations. With other iBuying services (Offerpad (OPAD, MO, $12 PT) and Opendoor (OPEN, NC) reporting NPSs of 80+, the Zestimate a live offer on 900K+ homes as of June, and offer conversion improving through 2Q, we view this as a sign of demand. With iBuying seemingly at an inflection for consumer adoption, we reiterate our Market Outperform rating and $163 price target." |
| | | "iBuying is operationally complex and it remains early days for optimizing processes. During the purchase process, Zillow must visit the home to confirm its condition, renovate the home (Offerpad took an average 16.4 days for renovations in 1Q21), and then sell it. The current bottleneck is renovations and we highlight a recent DEWALT survey that suggests two-thirds of Charlotte homeowners are planning or considering a home renovation before the end of the year, showing the high demand for contractors. While Zillow is actively working to resolve this--we note there are at least 50 jobs on the Zillow careers section of the site today focused on renovations (see Figure 1)--we acknowledge hiring has been difficult across all industries of late." |
| KeyBanc Capital Markets | October 18, 2021 | "Zillow continues to struggle with iBuying; continue to prefer OPEN > Z. We think these results are consistent with our framework that Z's top of the funnel advantage and data are not material differentiators for iBuying and that tactical execution remains the primary differentiator. Zillow pointed to a backlog in renovations and operational capacity constraints, especially labor and supply constraints, as the catalyst for the pause in Zillow Offers. Recall that Z has had some struggles with iBuying in recent quarters on the inventory acquisition front, and we think its local services are not as well scaled as OPEN. Looking at our data for Zillow, we can see total listings growth start to flatten in mid-August, with total listings actually declining 2% since mid-August" |
| | | "We also worry that Zillow's operational issues will drive higher hold times, which underpins our lower EBITDA estimates for the Homes segment." |

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Piper Sandler | October 18, 2021 | "Following this morning's release, we find ourselves with more questions than answers. We have fielded calls about whether ZOffers transactions have been trending below plan for 3Q based on 3P data sources. In our view, this is difficult to track and would point out that ZOffers topline results have exceeded guidance the past three quarters. We note they did not pre-announce a miss in the release this morning. It's been widely reported that labor supply is constrained and supply chains are stretched. We take it at face value this is the most likely explanation and that Zillow will resume home purchases after it digests the backlog. However, it's also possible that ZG's home-buying pricing algorithm is not working optimally. Or that the price environment is changing resulting in excessive losses on homes. We'll have to wait until earnings."<br><br>"[W]e lower our price target to $117 from $174 on lower value attributed to the Homes segment; reiterate Overweight rating."<br><br>"We are adjusting our view on the stock by reducing the multiple we ascribe to the Homes segment from 3.0x '22 revenue to 0.75x." |
| Stephens | October 18, 2021 | "There is a nice degree of built-up inventory (~3.8K homes acquired in 2Q21/+66% on a two-year look), but this move will lower Zillow Offers rev. trajectory well-into the early stages of '21. This news is surprising given the ZO momentum of late. Outside of a one-off comment from ZG's COO, we do not believe that the Company has provided much of an official statement. The key questions for us are: 1) is this partially market-related (fears of sharply decelerating price)?, 2) is there an external force (ex. gov't) pushing against Zillow/other iBuyers and 3) did some early-stage automation efforts (ex. kink in the algorithm) turn up faulty, in hindsight? We reiterate our OW/V rating and our PT/estimates are under review."<br><br>"We have been bullish on ZG since its early days, but in truth, we have likely been on the lower end up the bull spectrum relating to views on iBuying. With that said and given the likely positive overall profit/margin lift from slower iBuying rev., we do not find this all too troubling. In addition, we do like that ZG is taking on the iBuying expansion in what appears to be a disciplined fashion." |
| Truist | October 18, 2021 | "We view the recent pause in home buying by Zillow as a temporary setback and part of "growing pains" in the iBuyer segment but do not see an impact to our LT view of the business. We believe the current pause in home purchases by Zillow is driven by a confluence of factors - both internal and external. We note that Zillow is in the midst of building/ rolling-out tech stack to streamline processes in order to efficiently scale/manage iBuyer operations. At the same time, labor shortages in the economy are real and likely resulting in bottlenecks along the chain. In such a setup, the current pause lowers inventory risk to Zillow, in our view. We believe that the current pause in home purchases will limit volumes in 1H22 but expect operations to be more efficient upon relaunch as tech rollout progresses."<br><br>"Amidst a macro environment with labor shortages and supply constraints, Zillow stated in its press release that it has "not been exempt from these market and capacity issues", and that it is pausing new contracts to reduce the operational backlog for both renovations and closings. We note Zillow will continue to sell homes through Zillow Offer through the suspension of signing new contracts. Recall, Zillow Offers saw record revenue and home purchase activity in 2Q21, with Homes revenue of $771M and a total of 2,086 homes sold." |

108

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Jefferies | October 19, 2021 | "Z suspended iBuying purchases through 2021 due to an operational backlog for renovations and closings. Broader labor shortages are the primary culprit, adding to a growing list of macro headwinds that have contributed to Z's YTD underperformance"<br><br>"Pausing on new contracts will enable Zillow to focus on operations for homes already in-contract and reduce the renovation pipeline. Labor constraints in construction and real estate were cited as a primary factor. Zillow's stock was down ~10% on the news, as iBuying represents nearly 70% of our 2021 Revenue estimate. We also think part of the reason Z's stock reacted poorly was because of the stark contrast to leader OPEN, which continues to expand and scale despite facing the same tight labor market. We also think OPAD could benefit from Z's pause given greater use of in-house vs. 3rd party personnel."<br><br>"Our long-term outlook for iBuying is unchanged, but we think Zillow's pause shows labor is a key barrier to scaling the business. We continue to believe that iBuyers offer an attractive value proposition for consumers, given the product reduces friction in home selling through technology to offer a near-instant all-cash quote and flexible closing date for a fee that is similar to a traditional agent. However, Z's decision to pause home purchases supports our view that labor is a key constraint to scaling the product, given many components of a real estate transaction can not be fully automated, particularly physical repairs, inspection, and closing/title."<br><br>"We think Z offers an attractive risk-reward, but see uncertainty created by a tough near-term macro environment as likely holding back the stock: We believe iBuying allows Z to tap ~$2.3T in existing home sales, expanding the TAM and creating an attractive risk-reward. However, we see multiple macro dynamics that have created nearterm uncertainty and caused Z to be one of the worst performing Internet stocks YTD (-34% vs. Nasdaq +17%), such as a tight labor market, low for-sale housing inventory, and a potential increase in mortgage rates. We think Z's stock may not return to outperformance until after the macro environment turns more constructive." |
| RBC Capital Markets | October 19, 2021 | "Acknowledging ZG's iBuying pause will clearly be the controversy into Q3 EPS, in our view, and we urge investors to not lose sight of ZG's medium/long-term strategy of capturing increased value in the$100B+ broker commission pool. Our latest PA checks were solid/in-line, Flex appears to be ramping better-than-expected"<br><br>"Additionally, based on initial listing price, both companies are targeting similar margin levels (3.3%-3.4%) which we think is unusual where historically, we've observed OPEN aspiring to an initial 200-300 bps greater margin. Some of this may just be market conditions and the rapid price softening we've seen recently but we also wonder to what degree Phoenix is either approaching some form of iBuyer saturation or just reflecting more competitive intensity. For our part, we care less about Zillow's ability to make meaningful margins on iBuying given it is simply a Trojan horse for capturing more of the broker commission profit pool; on the other hand, market saturation would be a setback for all players in the space, though given its overall business, Zillow would be much better off than the pure-plays."<br><br>"We believe ZG is mispriced. Investors buying the stock at current levels are paying 21.6x EV/'22IMT EBITDA for a margin-expanding, 15%+ multi-year grower while getting a Mortgage and iBuying business for free." |
| Wedbush | October 19, 2021 | "Zillow is seeing a backlog in renovations and operational capacity constraints driven by labor and supply constraints. That is leading Zillow to pause operations across all its markets simultaneously, which in our view leaves many unanswered questions in the near term. It's clear that Zillow stepped up its purchases in 3Q in a more material way, but it also noted at 2Q earnings that it was testing price elasticity and seeing stronger conversion. By sitting out for whatever period (even though it is still making purchases on homes under contract, presumably in the thousands), it is going to cede material market share to its peers, and allow Opendoor to build greater relative scale. And in our view what is more clear now than last week is that scale does matter and that there can be differences in operational know-how that leads to variations of effectiveness, in what is proving to be a difficult business model to operate at scale. We don't know yet if Opendoor and Offerpad are going to see higher renovation costs, to what extent, and what the impact will be. But we do know they are not hitting pause. What compounds these concerns in our view is that 2022 was supposed to be the year where Zillow's move to capture the transaction was going to take greater shape, with greater investments, and the bundled offering driving growth from iBuyer traffic to "partner leads" and mortgage growth. We think it's hard to argue that vision doesn't take a step back. We still believe in the long-term value that iBuying is bringing to the home transaction, and would look to get constructive on Zillow when it becomes more clear that it is reaching scaled execution in Zillow Offers and that its bundled offer, Zillow 360, is driving the integrated offering flywheel that Zillow management has been highlighting as the strategic target which it is trying to hit. Until then, however, we just see too many question marks, particularly with Zillow's iBuyer competitors all but confirming that they continue to push forward without slowing down under the current environment"<br><br>"Data and checks have suggested Zillow purchased more homes than we anticipated in 3Q, and in likelihood has a still material amount of homes under contract to buy. But if it is selling homes at a slower pace, even if simply because it can not renovate them and resell quickly enough, how long does it take for that backlog to clear? When in turn does Zillow step back into purchases? What kind of market share is it going to give up in the interim? Why is Zillow seemingly seeing a greater impact from supply and labor constraints than its competitors? Why not slow down purchases rather than stop altogether? Why stop across every market simultaneously (are all markets seeing similar labor constraints)?"<br><br>"we are still forecasting for Zillow to close 2,415 homes under contract at declining unit metrics, stemming from higher renovation costs and a lower buy/sell spread" |

| Analyst | Date | Excerpts |
| :---: | :---: | :---: |
| (1) | (2) | (3) |
| Zelman & Associates | October 19, 2021 | "For context, a major theme in the homebuilding sector this year has been the intensifying supply-side challenges, with finished lot, labor and material constraints initially causing builders to limit sales releases and more recently leading several builders to reduce 4Q21 closings guidance. In hindsight, we could have connected the dots more tangibly between the abundant challenges in the homebuilding sector and the renovation-related headwinds in the iBuyer space. That said, an outright acquisition halt is extreme and unexpected regardless of the market challenges and we do not believe its competitors will follow suit." <br><br> "While the pressures faced by the largest builders indicate how widespread the headwinds are, the suddenness of Z's announcement still strikes us suggesting deeper challenges. For instance, we do not believe labor and material constraints are equally severe in every market, yet new acquisitions are being halted universally across its footprint. In short, we do not believe pausing and restarting on a company-wide basis can be a sustained strategy for a business intended to act as a market maker, and we do not think management would have gone this route absent a tangible cause for concern." <br><br> "Balancing unexpectedly high seller demand against operational and capacity challenges could in fact be a function of growing pains. While rapid adoption of iBuying has been widely apparent this year, with surging acquisition activity to date, an unfortunate reality is that adoption has expanded at the same time that cyclical housing risk has risen, with normalization of home price appreciation and margins key risks." <br><br> "Given the elevated uncertainty and risk related to both near-term results and the longer-term race for scaled-execution versus its competitors, for now, we are lessening the value we ascribe to Z's Homes segment, increasing the weighting of our downside valuation scenario and downgrading the shares to Hold." |
| BTIG | October 20, 2021 | "Investors worry that Zillow's (ZG, Buy, $145 PT) iBuyer pause may be more about being over-bought into a softer market than it is capacity constraints, and are asking whether that could be a problem for OPEN too. Our Take: 1) ZG may have gotten ahead of itself on inventory" <br><br> "ZG talked about capacity constraints, but the consensus view is there may also be an element of it being long over-priced inventory into a softening housing market." <br><br> "While we can't say if it played a part in the plan to pause, we can see signs that ZG didn't adjust quickly and may be feeling some pressure: 1) An industry report shows ZG purchases accelerating in Phoenix from August to Sept. at a rising median purchase price, while other iBuyers were slowing purchases and paying less; 2) Our analysis of ZG listings purchased since 8/1 shows an average listing price ~$1K below purchase price; 3) A layer deeper, we find that 203 out of 220 Phoenix listings are below purchase price." |
| Stifel | October 21, 2021 | "While operational capacity may have been reached due to supply and labor constraints (September's jobs report indicated construction jobs were still ~200k below pre-COVID levels), we also believe Zillow could be attempting to mitigate further balance sheet risk given economic indicators pointing to a slowing housing market following potentially aggressive acquisition behavior in 3Q. The company purchased a record number of 3,805 homes in 2Q, which was more than double 1Q's 1,856 purchases, and a new analysis from Mike DelPrete (found here), is reportedly citing data from public transaction records, indicates Zillow purchased more than double 2Q's levels in 3Q. However, his comparison of Zillow and its two main iBuying competitors, Opendoor and Offerpad, in Phoenix (a legacy and dense iBuying market) indicates both competitors purchased fewer homes in September vs. August while also paying less per home as the market began to show signs of cooling, whereas Zillow purchased more at even higher prices. The data shows Zillow paid ~$65k above the Phoenix market median price in September. Further, Zillow halting home purchases through 2021 will likely allow competitors like Opendoor and Offerpad (and even possibly Redfin) to gain market share over Zillow in established markets with respect to iBuying. Opendoor reportedly operates in all but two of Zillow's 25 markets and noted it is "open for business and continues to scale and grow" following Zillow's announcement, according to the WSJ, while Offerpad announced a planned California expansion on the same day with a spokesperson reporting "iBuying operations are running as smoothly as ever," according to HousingWire. We note the record-level purchases in 2Q and estimated in 3Q will likely lead to higher levels of sales in 3Q and 4Q for the Homes segment given persistently strong homeownership demand (Redfin's latest data indicated median days on market was down to 18 in September from 29 one year prior), and the fact Zillow will continue to acquire homes it has signed contracts to purchase but not yet closed could even lead to possible sequential growth in purchases in 4Q as these officially close." |

110

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Jefferies | October 25, 2021 | "Z announced plans to pause iBuying home purchases on Monday for the remainder of 2021 in response to renovation delays created by labor shortages. We expect investors to focus on how a pause in purchases will impact Homes' revenue and whether bottlenecks created by labor shortages point to difficulties scaling the business."<br><br>"Our analysis suggests the market is not adequately capturing the value of Z's portfolio and believe long-term investors willing to look past near-term volatility created by the housing market will be rewarded." |
| Valens | October 27, 2021 | n.a. |
| Bank of America | October 28, 2021 | "Last week Zillow paused home purchases related to its iBuyer segment (Zillow Offers) for the rest of the year to work through a backlog of properties already in the pipeline. We believe there could be three potential factors at play and driving the decision: 1) high demand and operational constraints related to labor, as called out by Zillow; 2) execution, as Zillow has a history of somewhat inconsistent performance in iBuying; and: 3) Zillow is starting to see weakness in the markets where it is operating and is thus at least temporarily pulling back. Based on weakening mid-to-low-end home turnover and a sample of 301 properties owned by Zillow and listed for sale on its site, we believe weakening demand could be a potentially big issue and one that may not be fully appreciated by the Street. We lower our estimates and PO to $85 (from $100) which is now based on 11x '22E IMT (internet, media & technology) EBITDA and 1x Homes and mortgage sales (12.5x and 1.5x previously). We believe lower multiples are justified on growing risks in each segment. We reiterate Underperform."<br><br>"In our opinion, these numbers may suggest Zillow could be facing a potential demand issue and is thus attempting to clear inventory before trends worsen. It also suggests that at least in the near term margins could turn more negative."<br><br>"At a high level, the findings from the sample suggest that Zillow may not just be facing operational or labor constraints given widespread price cuts across markets. We believe that Zillow could be facing a potential demand issue that is related either to its ability to value homes and/or an overall weakening in the markets where it's operating. As a result, Zillow's pause in home buying may be related to selling off inventory before trends worsen and not just clearing an elevated backlog, in our view." |
| Evercore ISI | October 29, 2021 | n.a. |

**Notes and Sources:**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

# APPENDIX VIII

## Equity Analyst Commentary Following the October 31, 2021 KeyBanc Report

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Canaccord Genuity Capital Markets | October 31, 2021 | "An active housing market likely contributed to another quarter of strong performance for Zillow Offers (with the Home buying pause coming after the end of the quarter), and we expect Homes segment revenue will grow ~676% y/y to $1.45B as the company laps the impact of the prior pause in home buying at the start of the pandemic. Investors will be looking for additional color on when Zillow began to experience the aforementioned supply constraints along with a timeline for when it will resume home purchases. We forecast consolidated adj. EBITDA of $111M, ~5.6% margin, with the significant y/y margin compression primarily due to a minimal contribution from the Homes segment in the year ago period."<br><br>"The company will likely discuss its recent decision to temporarily pause home buying amid a backlog of renovations and operational capacity constraints." |
| KeyBanc Capital Markets | October 31, 2021 | "Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk due to its current homes inventory ($1.17B at 2Q21). As we noted in our third volume of the KBCM iBuying Tracker from October 18, 2021, flattening HPA trends present a NT challenge for iBuyers. To better understand this, we completed an analysis of 650 homes in Z's current inventory (3,142 at 2Q21) and found that 66% are currently listed below Z's purchase price at an average discount of 4.5%. In tandem with Z's ongoing issues getting homes remodeled, we think this could drive NT earnings risk."<br><br>"Taking a closer look at Z's current inventory, 66% of our sample set is listed below Z's purchase price. In response to news reports, we did a deeper dive on Z's current inventory (see Exhibits 1-5). Of the 650 homes analyzed, 429 were below purchase price for an average 4.5% discount. Across the entire sample set, the value weighted pricing was a 2.0% discount vs. purchase price. Within our sample set, the three most impacted regions were Tucson (6.1% discount), Mesa (5.3% discount), and Phoenix (4.9% discount)."<br><br>"We believe that Z may have leaned into HPA at the wrong moment. In both 1Q and 2Q, we believe that Z may not have leaned into HPA sufficiently, which may have driven lower than expected homes inventory. Conversely, OPEN successfully ramped its home inventory. However, OPEN struck a note of caution during 2Q, and we believe OPEN began to adjust its pricing to better reflect normalizing HPA trends."<br><br>"A 3% impairment could drive a $35M hit to EBITDA (when applying Z's 2Q21 ending homes). In Exhibits 4 and 5, we look at various impairment scenarios. While we do think that Z's issues are likely transitory in nature, we do think it highlights the importance of strong property level and market data. From a LT perspective, we maintain that Z's changing customer focus (the agent is the customer in the IMT business vs. the consumer in homes) may force unanticipated (and likely negative) compromises."<br><br>"In iBuying, Zillow is facing strong competition from well-funded startups (Opendoor, Offerpad, Knock) and established companies (Redfin, Keller Williams). These companies may bid up the price Zillow has to pay in order to purchase a home, or may have more accurate predictive algorithms in home buying purchasing decisions." |
| Truist | October 31, 2021 | "We expect inline 3Q results, with strong revenue and growth in IMT. We also expect Home segment performance to be consistent with expectations, given that the company did not pre-announce 3Q even as it announced a pause in iBuying. We expect Homes segment to be the key area of discussion for the call, and expect mgt to provide clarity on reasons for the recent pause in home purchases, timeline for resumption and P&L implications. We've lowered our N/M estimates to reflect the anticipated NT setback from iBuyer growth and revised PT to $140 (from $200)."<br><br>"We're lowering our NT growth expectations to reflect recent pause in iBuying. We believe that the recent pause in home purchases by Zillow reflects the need to optimize operations/processes in order to effectively scale the offering."<br><br>"iBuyer growth likely to be reined in by low inventory, tight housing supply; Zillow Offer picks up the slack. For 3Q, we expect $1,488M (+695% Y/Y) in Homes revenue, slightly ahead of consensus' $1,462M, marking another record quarter in this segment from 71% Y/Y incline in 2Q; albeit off of an easy 3Q20 comp (down 51% Y/Y to $187M). We expect 6.5% gross margins in the Homes segment, down 9.0% in 2Q but up from 2.2% in 3Q20. Zillow also expects to see record revenue and home purchase activity in 3Q, with Homes revenue of $1,488M and a total of 3,936 homes sold (off of a record 2Q revenue of $771M and a total of 2,086 homes sold). Zillow announced earlier this month that it would be pausing its home-purchasing efforts in order to reduce operational backlog for both renovations and closings, but will continue to sell homes through Zillow Offers. We believe the current pause in home purchases will limit volumes in 1H22, while lowering inventory risk and increasing efficiency upon relaunch as tech rollout progresses." |

| Analyst (1) | Date (2) | Excerpts (3) |
|---|---|---|
| Barclays | November 1, 2021 | "Zillow potentially exiting the home flipping business is a bit of a mixed bag. Scaling the homes business was one of the key bull theses for ZG among investors; more than 5.5m existing homes are sold each year in the US through a rather slow, cumbersome process, and iBuying (which we expect the company will comment on tomorrow in conjunction with its 3Q21 reporting after market close), this would put the bull case on ice, but it is probably the right thing to do, in our view." <br><br> "We're not particularly constructive on the business model, broadly, as the process of buying, renovating/completing cosmetic improvements and in-turn selling homes is rather tedious, relying on third parties [...] and a healthy velocity of transactions to scale. [...] As such, exiting this business would fundamentally be a positive, in our view, as it would allow Zillow to focus on its core IMT segment. We note, however that ~$9 of our $100 SOTP price target (unchanged) for Zillow is derived from the Homes segment, so that would be potentially going away." <br><br> "Investors are likely to pick apart Homes segment performance in the quarter for indications as to why the company might be exiting the business altogether. As the company pushed to improve its pricing to win more homes earlier in the year (i.e. paying up), its possible the company had to sell these homes for a narrower markup, or even some modest losses - this is probably a key downside risk to watch out for on the print. Further, if the articles referenced above are correct in assuming Zillow has ~7k homes to liquidate as of today, this could imply a 3Q Homes revenue miss as the company continued home purchases throughout the quarter, but sold through less owned inventory than expected." |
| RBC Capital Markets | November 1, 2021 | "We think Zillow's buying got ahead of itself as prices started to soften at the end of the summer and when combined with supply & labor shortages amidst high demand, we'd assume the difficult but necessary decision was likely made that passing the whole operation made the best of a bad situation given ongoing buying would have simply furthered incremental losses." <br><br> "Possible outcomes in order of probability: <br><br> [...] <br><br> 2. Zillow announces that it is putting a more indefinite pause on its own iBuying business, while opting to partner with another iBuyer in the space. Key characteristics of that prospective partner for Zillow would be an iBuying company with an especially large need for traffic while not being as competitive around real estate agent lead generation. This could well be a best case outcome for the stock, in our view, but is also likely lower probability than scenario #1. Specifically, it would remove the asset intensity that has held so many investors back on ZG while still leveraging all of the power of the compelling down-funnel thesis that can drive expanded monetization. The add-on services, which have historically made the pure iBuyer business most attractive longer-term (mortgage, title, escrow, closing services) would admittedly be difficult to argue for in Zillow's favor in this type of a theoretical partnership but net/net, accessing the sellside of the TAM without all the balance sheet risk would be a relative boon for the bulls, in our view." <br><br> "3. Zillow announces it is totally done with iBuying and intends on expanding its core business through Flex along with ancillaries (rentals, mortgage/title/escrow/closing through Premier Agent partnerships and other software/services). This would likely be a modest positive given it would remove asset intensity overhang; however, we believe it would also limit the longer-term bull case given Zillow would once again lack better access to the sell-side of the TAM which limited growth historically." |
| Wedbush | November 1, 2021 | "Zillow cited operational capacity issues due to labor shortages as the culprit for pausing its offers business to focus on signed but not yet closed contracts, with a shortage in the construction, renovation, and closing spaces. [...] Zillow's growth headwinds appear to be more specific to Zillow, with Opendoor's extra years of operation yielding a better built out infrastructure." <br><br> "While a labor shortage may have played a role in Zillow's pausing of the Offers, [...] pricing may also be having an impact. [...] the iBuyers total acquisitions in the Phoenix market, one of the most penetrated iBuyer markets in the country, [...] shows a dramatic pullback in the number of acquisitions made by Opendoor and a slight pullback by Offerpad in August, as Zillow was continuing to ramp. [...] In September, Opendoor's median purchase price in Phoenix was ~$420,000 and Offerpad's was ~$400,000 vs. Zillow's ~$480,000." <br><br> "Pricing accuracy is particularly important in a changing market landscape like today, and the data highlights the disparity that can arise, with potentially selling more homes at a loss and impacting gross margins. [...] Zillow faces losing on average $29,000 (6.2%) per home in Phoenix, excluding other costs like renovation and holding. In comparison to Opendoor, which is still gaining ~$4,400 or +1% per home (that however is a meaningful step down from the low double digits gross margin Opendoor was generating in 1H21, and is still notable). The Phoenix market isn't indicative of the entire US housing market and while stronger earlier on, has cooled off at a faster pace. Atlanta for example is showing better results for the iBuyers, but still shows Opendoor outperforming Zillow in terms of pricing." <br><br> "Offers: This will obviously be the key focus during the quarter and management will need to provide more color on the details behind its pause, a clearer outlook for the business, and give confidence that it can successfully restart and scale its iBuying business. According to data, Zillow purchased ~9k homes 3Q, well above our estimate of ~5,700 and really scaled materially during the quarter, which ultimately led to Zillow needing to hit pause. With more inventory to sell in 1H22 that can drive upside to estimates, but the question will be what the contribution margins look like for those homes and if Zillow can remain within its guardrails. Consensus estimates have come down and will likely continue to as the pause is integrated into Street numbers." |

**Notes and Sources:**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

# Appendix IX

## Equity Analyst Commentary Following the November 1, 2021 Bloomberg Report

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Barclays | November 1, 2021 | "Zillow potentially exiting the home flipping business is a bit of a mixed bag. Scaling the homes business was one of the key bull theses for ZG among investors; more than 5.5m existing homes are sold each year in the US through a rather slow, cumbersome process, and iBuying (which we expect the company will comment on tomorrow in conjunction with its 3Q21 reporting after market close), this would put the bull case on ice, but it is probably the right thing to do, in our view."<br><br>"We're not particularly constructive on the business model, broadly, as the process of buying, renovating/completing cosmetic improvements and in-turn selling homes is rather tedious, relying on third parties [...] and a healthy velocity of transactions to scale. [...] As such, exiting this business would fundamentally be a positive, in our view, as it would allow Zillow to focus on its core IMT segment. We note, however that ~$9 of our $100 SOTP price target (unchanged) for Zillow is derived from the Homes segment, so that would be potentially going away."<br><br>"Investors are likely to pick apart Homes segment performance in the quarter for indications as to why the company might be exiting the business altogether. As the company pushed to improve its pricing to win more homes earlier in the year (i.e. paying up), its possible the company had to sell these homes for a narrower markup, or even some modest losses - this is probably a key downside risk to watch for on the print. Further, if the articles referenced above are correct in assuming Zillow has ~7k homes to liquidate as of today, this could imply a 3Q Homes revenue miss as the company continued home purchases throughout the quarter, but sold through less owned inventory than expected." |
| RBC Capital Markets | November 1, 2021 | "We think Zillow's buying got ahead of itself as prices started to soften at the end of the summer and when combined with supply & labor shortages amidst high demand, we'd assume the difficult but necessary decision was likely made that pausing the whole operation made the best of a bad situation given ongoing buying would have simply furthered incremental losses."<br><br>"Possible outcomes in order of probability:<br><br>[...]<br><br>2. Zillow announces that it is putting a more indefinite pause on its own iBuying business, while opting to partner with another iBuyer in the space. Key characteristics of that prospective partner for Zillow would be an iBuying company with an especially large need for traffic while not being as competitive around real estate agent lead generation. This could well be a best case outcome for the stock, in our view, but is also likely lower probability than scenario #1. Specifically, it would remove the asset intensity that has held so many investors back on ZG while still leveraging all of the power of the compelling down-funnel thesis that can drive expanded monetization. The add-on services, which have historically made the pure iBuyer business most attractive longer-term (mortgage, title, escrow, closing services) would admittedly be difficult to argue for in Zillow's favor in this type of a theoretical partnership but net/net, accessing the sellside of the TAM without all the balance sheet risk would be a relative boon for the bulls, in our view."<br><br>"3. Zillow announces it is totally done with iBuying and intends on expanding its core business through Flex along with ancillaries (rentals, mortgage/title/escrow/closing through Premier Agent partnerships and other software/services). This would likely be a modest positive given it would remove asset intensity overhang; however, we believe it would also limit the longer-term bull case given Zillow would once again lack better access to the sell-side of the TAM which limited growth historically." |

| Analyst | Date | Excerpts |
| --- | --- | --- |
| (1) | (2) | (3) |
| Wedbush | November 1, 2021 | "Zillow cited operational capacity issues due to labor shortages as the culprit for pausing its offers business to focus on signed but not yet closed contracts, with a shortage in the construction, renovation, and closing spaces. [...] Zillow's growth headwinds appear to be more specific to Zillow, with Opendoor's extra years of operation yielding a better built out infrastructure."<br><br>"While a labor shortage may have played a role in Zillow's pausing of the Offers, [...] pricing may also be having an impact. [...] the iBuyers total acquisitions in the Phoenix market, one of the most penetrated iBuyer markets in the country, [...] shows a dramatic pullback in the number of acquisitions made by Opendoor and a slight pullback by Offerpad in August, as Zillow was continuing to ramp. [...] In September, Opendoor's median purchase price in Phoenix was ~$420,000 and Offerpad's was ~$400,000 vs. Zillow's ~$480,000."<br><br>"Pricing accuracy is particularly important in a changing market landscape like today, and the data highlights the disparity that can arise, with potentially selling more homes at a loss and impacting gross margins. [...]  Zillow faces losing on average $29,000 (6.2%) per home in Phoenix, excluding other costs like renovation and holding. In comparison to Opendoor, which is still gaining ~$4,400 or +1% per home (that however is a drastic step down from the low double digits gross margin Opendoor was generating in 1H21, and is still notable). The Phoenix market isn't indicative of the entire US housing market and while stronger earlier on, has cooled off a faster pace. Atlanta for example is showing better results for the iBuyers, but still shows Opendoor outperforming Zillow in terms of pricing."<br><br>"Offers: This will obviously be the key focus during the quarter and management will need to provide more color on the details behind its pause, a clearer outlook for the business, and give confidence that it can successfully restart and scale its iBuying business. According to data, Zillow purchased ~9k homes 3Q, well above our estimate of ~5,700 and really scaled materially during the quarter, which ultimately led to Zillow needing to hit pause. With more inventory to sell in 1H22 that can drive upside to estimates, but the question will be what the contribution margins look like for those homes and if Zillow can remain within its guardrails. Consensus estimates have come down and will likely continue to as the pause is integrated into Street numbers." |
| Bank of America | November 2, 2021 | "The decision to abruptly sell 7,000 homes could point to one of two things that make us even more cautious on ZGs iBuyer segment and category as whole: 1) ZG is sufficiently concerned over the trajectory of the housing market (or the parts of the market where it has exposure) that is willing to sell a very large amount of homes quickly and likely at a loss and/or 2) undisciplined execution has led ZGs to take what we see as a drastic step of reducing its owned home portfolio. We note the 7,000 home is well above the approximate 3,000 currently listed on company's site and the 3,847 in ending inventory as of 2Q21. The $2.8bn cited by Bloomberg implies an avg. sale price of $400K vs current avg. listing price of $426k in our sample of ZGs portfolio."<br><br>"We do not know whether the decision to sell 7,000 homes represents an extended pause or outright exit from the iBuying business but we see it as a clear negative for ZGs execution and capital discipline (homes purchases are typically funded through debt) as well as the iBuyer market as whole."<br><br>"We recently conducted a survey of 301 properties owned and listed by Zillow and found that: 1) on avg. Zillow is selling homes for 2% less than the purchase price; 2) current selling prices are 6% lower than the initial price and on avg. Zillow has taken two price cuts per home and; 3) on average the homes purchased by Zillow appreciated 113% since the last time they turned over, well above market averages."<br><br>"Zillow appears to be now selling many properties at a loss Of the 301 houses we sampled, on average they are now priced at a 6% discount to the initial listing price."<br><br>"While we cannot confer that our results indicate that Zillow is selling at a loss on all its properties, the fact that on average over 10% appear to be priced negatively is a concern." |
| RBC Capital Markets | November 2, 2021 | "ZG looks to sell 7,000 homes for $2.8 billion after flipping halt (Bloomberg). ERICKSON: The optics around this clearly look terrible but consistent with our note last night, we view the 3 most likely scenarios as all pointing to various magnitudes of positive on the margin. Most likely would be a temporary pause and return to normal course in '22, less likely would a partnership with a pure iBuyer (best outcome for stock but less likely than #1) and finally, least likely is that ZG's iBuying days are over completely. Worth noting, part of the stock's weakness yesterday (and potentially carry-over this morning) may also be stemming from various 3P reports of analysis around large portions of ZG's homes being sold below cost - this should not be incremental, in our view, as we flagged this to investors over 4 weeks ago." |

**Notes and Sources:**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.

<u>**APPENDIX X**</u>

**Equity Analyst Commentary Following the November 2, 2021 Third Quarter 2021**

**Earnings Release**

| Analyst | Date | Excerpts |
|---------|------|----------|
| (1) | (2) | (3) |
| Berenberg | November 2, 2021 | "The company indicated that the decision was based on its view that it was too risky and volatile to operations, with too little an opportunity for return. Importantly, the company noted that because of the difficulties in forecasting home prices, the scale necessary to generate the targeted returns would necessitate greater capital resources and could contribute even more volatility to earnings. Despite the wind-down, we remain cautiously optimistic on the company's intent to pivot to products that convert more of its visitors – creating broader opportunities other than just helping customers sell."<br><br>"Given the above announcement, it is no surprise ZG missed expectations for its Homes segment. The company reported $1.19bn in revenue, missing consensus of $1.46bn by 18.9%. EBITDA of -$380.8m also missed as the company was in the position of selling more homes for a loss. The revenue miss was also driven by the company finding a more difficult market and selling 3,032 homes, versus our expectations of 4,083m. Last, on the heels of reports that the company tweaked its algorithm to place more winning bids on homes, ZG announced it had purchased 9,680 homes versus our expectations of 4,308." |
| Cannacord Genuity Capital Markets | November 2, 2021 | "Challenges in forecasting future home prices as accurately as originally anticipated resulted in significant volatility in Homes segment unit economics, a dynamic that was exacerbated by a backlog in its renovation pipeline caused by ongoing labor and supply chain disruptions."<br><br>"Zillow announced that it will be winding down operations for Offers over the next few quarters, noting that it was unable to forecast future home prices as accurately as it had anticipated, partly due to exogenous shocks to the housing market caused by the pandemic, which resulted in more volatile performance and lower returns than originally expected."<br><br>"We are raising our Q4 revenue estimate to reflect the planned reduction of Homes inventory as Zillow winds down that business, while our FY22 and out year revenue estimates are reduced significantly to reflect the shuttering of Zillow Offers. We are lowering our Q4 and FY22 profitability estimates due to significant inventory writedowns and other write-offs related to the Homes segment, while our out year profitability estimates come up as a result of the removal of the loss-making Offers business."<br><br>"The decision to shutter Offers will also result in a ~25% reduction of Zillow's workforce, with employee retention and termination expenses and other costs associated with its contractual obligations leading to additional pre-tax charges during Q4 and 1H22. While this decision will pressure near-term financials, the move will return Zillow to its roots as a marketplace platform that leverages data and audience scale to optimally facilitate real estate transactions without the need to take inventory risk." |

| Analyst<br>(1) | Date<br>(2) | Excerpts<br>(3) |
|---|---|---|
| KeyBanc Capital Markets | November 2, 2021 | "Zillow's Homes problems were even more severe than our pessimistic expectations (see our 10/31/21 note), and we remain concerned that the core IMT business will slow with overall real estate trends. The abrupt decision to shutter the Homes business underscores some of the issues we had identified: 1) pricing/operational issues; and 2) business model at-odds with the core customer (agents)."<br><br>"Zillow is winding down Zillow Offers, with management citing a list of perceived structural issues, despite 2+ years of commentary highlighting the growth potential of the business. Pricing volatility was cited as the primary reason behind the pivot. We have noted Z's inability to navigate shifting pricing in 1Q21 as Zillow did not lean into HPA enough and now, as we noted in our 10/31/21 note, in 3Q Zillow purchased too many homes at too high of a price. 3Q Homes results were impacted by a $304M inventory write-down, and Zillow expects additional inventory losses of $240M-$265M in 4Q. Additionally, Zillow anticipates pre-tax charges of $175M-$230M related to the wind-down of Zillow Offers, primarily in 4Q and 1H22. Management noted that it will be "cash flow neutral", but we think this merely reflects cash that will be released as Homes winds down and not illustrative of the cash burned from the initiative. With 9,790 homes on the balance sheet and 8,172 homes under contract, we anticipate the Homes business to be an ongoing headwind during 1H22."<br><br>"We continue to believe in the long-term opportunities within iBuying. At this stage, we think Z's issues were largely ones of execution. Z's issues highlight the capital and operational intensity of iBuying, but it does not diminish the fact that residential real estate transactions are too difficult and costly. We believe that OPEN (and non-covered OPAD) have some of the most compelling secular growth opportunities within Internet Retailing. Z's exit from the industry likely drives a more favorable pricing environment (improving L-T economics)." |
| Oppenheimer | November 2, 2021 | "Maintaining Perform rating as Z officially announced its exit from iBuyer, citing pricing challenges, labor capacity constraints and limited seller conversion, resulting in larger risk profile."<br><br>"Announced plans to exit iBuyer business, citing pricing challenges, labor shortages and low seller conversion (10% vs. OPEN at 50%) as primary reasons for exit. 25% of workforce will be laid off as a result of business closure. Focus will shift toward Showing Time integration and improved IMT lead conversion under Flex, as Z looks to return to FCF profitability."<br><br>"Increasing '21E IMT revenue 1% on guidance, though decreasing '21E/'22E Homes revenue by 6%/51% on iBuyer exit. Increasing '21E/'22E IMT EBITDA by 7%/4% on reduced marketing expense outlook." |
| Stephens | November 2, 2021 | "ZG posted soft 3Q21 headline results (rev. miss/sizable EBITDA miss) driven by Homes, but the underlying Premier Agent results were solid, which helped a drive a quality IMT EBITDA beat."<br><br>"We have long richly valued the ZG core while holding reservations for the iBuying side of the equation so this shakes out as a net-positive for us." |

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| Stifel | November 2, 2021 | "With its 3Q results, Zillow announced it would be unwinding Zillow Offers over the next several quarters in addition to reducing headcount by ~25% after purchasing a multitude of homes above the expected future selling price, resulting in significant inventory write-downs (with more expected in 4Q) and subsequent losses in the Homes segment. The company cited unpredictability in home price forecasting, balance sheet / earnings variability, material at risk capital, and lower-than-expected conversion rates as reasons for its latest move."<br><br>"As a result of phasing Zillow Offers out of our model by 3Q:22, we significantly lower our forward estimates for the Homes segment." |
| Bank of America | November 3, 2021 | "Following the decision to pause iBuying and liquidating its Homes portfolio, ZG announced plans to fully wind down Zillow Offers. This is a positive to us in that ZG is shedding a risky and unprofitable business but it comes with steep accumulated losses and we remain cautious on growth for the core IMT segment next year."<br><br>"We value the core business at a slightly higher multiple (was 11.4x) given our view investors are likely to ascribe more value to the segment since iBuying will no longer be a distraction for management and thus execution could in theory improve."<br><br>"We have been cautious on the iBuyer business and while ZG may be an extreme example we see market risks including declines in home turnover particularly in mid-to-lower end of the market and rising unaffordability. ZG is exiting a very risky and unprofitable business but it raises questions on management's execution and judgment on capital allocation."<br><br>"The midpoint of 4Q Rev guidance at $2.43bn was above our ests. at $1.86bn (on iBuyer sell down) while EBITDA guidance at ($161mn) was below our ests. of $67mn. We lower 2022 revenue by $2.9bn (-40%) to $4.2bn and EBITDA, key for valuation, by $71mn (-11%) to $567mn given loss of revenue and expected margin from Homes, margin pressure from investment requirements in IMT businesses and slowing housing market". |
| Barclays | November 3, 2021 | "Notably, the company is unwinding its Homes business and anticipates reducing its ~8k FTE workforce by 25% as a result of the strategy shift. As we recently noted, exiting Homes is a mixed bag. We aren't particularly constructive on the business model itself, so that exiting a low margin, capital and labor intensive business is in some respects a positive development. It'll likely take a few quarters for ZG to work through existing inventory, which may make the next few prints noisy."<br><br>"With Homes comprising ~73% of consensus revenue in FY22, its clear topline estimates will get cut while overall EBITDA may come up by a portion of the ~$244m est."<br><br>"Exiting Homes marks a sharp pivot in strategy vs. just a few quarters ago, at which time the company was encouraged with progress and leaning on its efforts to scale the business. The service may have frustrated consumers and agents, eroding brand equity a tad." |

| Analyst (1) | Date (2) | Excerpts (3) |
|---|---|---|
| Benchmark | November 3, 2021 | "Yesterday after the close, Zillow Group (ZG:Buy, PT from $200 to $105) piled onto the multiple citations of ibuyer losses in the media by announcing the winding down and eventual shuttering of its Zillow Offers platform. In the end, the process proved too volatile for Zillow to accurately manage, resulting in a $304 million write-down of inventory, a $381 million Homes EBITDA loss in the quarter, another expected ~$350 million EBITDA loss in 4Q." <br><br> "This is not a normal quarter, however, and even though the risk fears, which were realized, are coming out of the model, Zillow will probably be in the short-term penalty box and need to come up with a more concrete 2.0 game plan to regain investor trust." <br><br> "Unfortunately, Zillow still has nearly 10,000 home in inventory across the US with another 9,000 under contract. There is no sugar-coating this outcome – this is precisely what the bears have been anticipating since ZO was first launched. And although participating in the consumer journey is still a value added proposition, we feel that ancillaries like mortgage seem a bit orphaned relative to the new ecosystem, although we acknowledge that they can still fit nicely into an asset-light model." |
| BTIG | November 3, 2021 | "ZG is pulling out of iBuying and we understand the logic given the complexity of the model, but we are downgrading to Neutral on the idea that the current valuation fairly discounts the core IMT business. Highlights: 1) ZG's iBuyer exit comes on an inability to accurately forecast home prices and the risk that comes along with that, but it will likely take until 2Q22 to work through the inventory balance; 2) We retool our model with revenue down sharply through 2025, EBITDA down (we had projected iBuyer profits 2023-2025) and EBITDA margin up (high single digits to mid-40s in the out-years); 3) Pulling iBuyer from our SOTP framework, leaves us with a fair value range for ZG $66-109 and not enough to justify a Buy rating unless we were willing to underwrite success with Zillow 2.0." <br><br> "The big news is of course ZG's plan to exit the iBuyer business given an inability to accurately forecast home prices and the risk that creates for the business. ZG ended 3Q with ~9.8K homes in inventory and 4Q guidance would put the year end balance at ~13.8K. It will likely take until 2Q22 to work through the bulk of that, and we would expect elevated EBITDA losses on inventory impairment ($240-265M in 4Q) and negative unit economics along the way." |
| Craig-Hallum | November 3, 2021 | "While the Q3 report represents the funeral for Zillow's iBuyer initiatives, it represents the re-birth of a stronger IMT business that has benefitted tremendously from Zillow 2.0 initiatives." <br><br> "Zillow Offers becomes a memory. Just 3.5 years into testing, and in the midst of unprecedented macro volatility, Zillow announced a winddown of its iBuyer operations. The move requires Z to move through an inventory of nearly 15K homes and will carry nearly $1B in writedowns (most already taken). In our view – the past is in the past, and Zillow made a logical decision to "fail fast" on its iBuying quest." |
| Credit Suisse | November 3, 2021 | "Given the unpredictability in forecasting home prices, Zillow has set out plans to wind down Zillow Offers, the company's iBuying service, in which Zillow acts as the primary purchaser and seller of homes." |

| Analyst | Date | Excerpts |
|---|---|---|
| (1) | (2) | (3) |
| D.A. Davidson | November 3, 2021 | "We affirm our BUY rating on ZG following solid 3Q results in the company's core IMT segment that were entirely overshadowed by ZG's surprise announcement that it is winding down/exiting its Zillow Offers "iBuying" business. We have never been the biggest fans of iBuying as a business model, but still we find ourselves a bit disheartened to see ZG wind down Offers in such sudden fashion."<br><br>"If ZG wanted to, it could address/solve the forecasting challenges that have recently plagued its Offers business (in fact, we still contend ZG could have one day been the best forecasting iBuyer in the market, given ZG's unique access to consumer data). That said, the fact that ZG could experience such significant markdowns and earnings volatility on a relatively low volume of units (and with what is still a pretty healthy HPA backdrop) underscored to management the risks of and increased capital needed for scaling its iBuying business."<br><br>"Our 2022 revenue estimate decreases 35% as the wind-down of Zillow Offers offsets stronger IMT segment assumptions. Our 2022 EBITDA estimate goes from $525 to $324 due to larger losses in Offers and the wind-down of Offers. We lower price target from $195 to $125 (implies 13.5x our 2022 EV/Gross Profit)." |
| Evercore ISI | November 3, 2021 | "In closing down this segment after three years of investment and growth, mngmt cited its inability to reasonably forecast home prices and its concern that further scaling the business would generate excessive earnings and balance-sheet volatility. We were very surprised by this decision. Our Long thesis on ZG has been partly based on the option value implied in Zillow's long-term participation in this segment and in its synergies with Zillow's core businesses. Our first take is that Zillow's iBuying challenges are idiosyncratic to the company and not to the sector, tho we may be wrong."<br><br>"Management cited pricing accuracy, higher conversion rates causing capacity constraints, and balance sheet and cash flow risks as key reasons for the exit, but we believe the exit calls into question execution, given the remaining players in the market OPAD/OPEN that are still in operations. Additionally, only ~10% of sellers were converting through the Zillow Offers program, and with the needed capital and labor investments, viewed other investments such as virtual touring, scheduling, etc. as a better ROE for the company and shareholders."<br><br>"The near-term economic advantages of Zillow exiting Zillow Offers are clear – less earnings and balance-sheet volatility. Zillow's Q4 outlook implies that Zillow Offers is likely to have a very weak Q4, with a dramatic decline in segment profitability. But we're still surprised that the company is taking this step. There was always material risk with what we coined "the Zillow Pivot." But our take was that the company had developed a reasonably consistent track record of staying within its +/- 200 bps profitability guard rails for its Homes segment. And breaking well below that for a period of time during very challenging market conditions wouldn't/shouldn't have derailed a long-term ZG investment thesis. But the decision has been made. And the surprising shift in strategy causes us to acknowledge our limited visibility into the company's outlook and to retrench our rating." |

| Analyst | Date | Excerpts |
|---------|------|----------|
| **(1)** | **(2)** | **(3)** |
| Jefferies | November 3, 2021 | "A surprise decision to exit iBuying reflects a realization that scaling the business would add earnings volatility at an insufficient return on equity. We are sticking with our Buy rating given the stock was already pricing-in limited value for iBuying and because better-than-expected results/guidance for IMT suggests there is a long runway for attractive growth as Z improves monetization by leveraging its leading traffic and relationships with top agents."<br><br>"The move reflects a realization that scaling the business would add excessive earnings volatility/risk and insufficient return on equity, while serving only a narrow portion of customers. Z intends to continue focusing on leveraging its dominant traffic to reduce friction in the home buying/selling process, but with a more asset light and scalable approach to monetization. We came away from the call without a clear view of what happened during the Q that caused such a dramatic shift in strategy, especially after Z reiterated its 3-5 yr outlook for iBuying at 2Q results." |
| JMP | November 3, 2021 | "We downgrade shares of Zillow Group to Market Perform from Market Outperform following Zillow's announcement that it plans to exit the iBuying business as we view the core Premier Agent (PA) business as increasingly mature."<br><br>"We view iBuying as a significant onramp for seller leads and with 65% of home sellers also homebuyers, there is a significant monetization opportunity here. While we acknowledge that Zillow continues to make progress connecting sellers with agents, meaningful contribution from seller leads now seems further in the future."<br><br>"While Zillow believes that it could have solved forecasting problems in most markets, it ultimately viewed the business as too low a return on equity to support further investment." |
| Morgan Stanley | November 3, 2021 | "Z's surprising shutdown of Zillow Offers after 3.5 years of capital, human and mindshare investment was due to weaker than expected execution on developing/scaling effective pricing algorithms. This resulted in higher than expected earnings volatility and long-term potential capital commitments."<br><br>"As we adjust our model, we lower our PT by -32% to $76. In effect we are removing the $22 value associated with Z Offers and lowering our core mortgage assumptions due to lower assumed attach and traffic conversion." |
| Needham | November 3, 2021 | "We are staying on the sidelines, reiterating our Neutral rating on Z shares given the increased uncertainty following shutting down the iBuying operations and potential shift in investor base as Z pivots from a SOTP to GARP stock."<br><br>"Different and uncertain growth profile could be lower multiple relative to pre-iBuying Z. Looking at Z's profile before iBuying over '17-'18 on an NTM basis Z usually traded within a 25-35x range on NTM adj. EBITDA, with a mean of 28x and a two year forward growth outlook for 30-35%, with a mean of 31%. We believe the days of Z growing at these levels are likely in the rearview mirror, especially following the massive margin expansion in the IMT business over the past few years (from 20% in '18 to 45% in '21E)." |

| Analyst | Date | Excerpts |
|---------|------|----------|
| (1) | (2) | (3) |
| Piper Sandler | November 3, 2021 | "The announcement caps the uncertainty surrounding the pause first announced on October 18th (LINK). While the move signals ZG will return to its roots as an asset-light model, it's a major strategic shift and raises questions about future direction and execution capability."<br><br>"ZG announced the decision to wind-down ZOffers following the October pause. Management said home pricing was simply not predictable enough to appropriately insulate the business, especially at target scale. ZG overpaid for 9700 purchased homes in 3Q, resulting in $304MM impairment charge (with another ~ $250MM in charges expected next quarter on 8200 homes in contract). Last, ZG will reduce the work-force by 25% in the restructuring."<br><br>"Management spent most of the earnings call justifying the iBuying change. The path forward is less clear. ZG will likely remain transactional, facilitating home sales, financing and other services to consumers, but do so via an asset light model."<br><br>"Our changes to estimates carry a decent amount of uncertainty. FY22 revenue moves to $8.1BN from $9.6BN. FY22 EBITDA improves to $751MM from $600MM prior. Long-term revenues are much lower. As for our valuation, we remove the Home segment from our SOTP while valuing the IMT segment at 22.5x '22 EBITDA and Mortgage at 1.25x '22 Sales. We land at $78/share in value." |
| RBC Capital Markets | November 3, 2021 | "What happened & why such a bad reaction? Beyond the challenging iBuying quarter, Zillow announced it is unexpectedly closing down the iBuying business in a painful near-term strategy change. The overhang from this is threefold: 1) Eliminating iBuying removes the clear down-funnel thesis thought to be critical to capturing seller listings. 2) Management's explanation of alternatives around new products, potential partnerships and any other drivers of capturing seller signal are either not the clear path that iBuying represented and/or are going to take time to develop. 3) Selling down inventory could persist into next year exposing the company to further balance sheet risk (though the worst appears now behind us)."<br><br>"So why not downgrade here? 1) Zillow's core Premier Agent business is still a very good asset-light business out-growing the market with 50%+ LT margins that is not fully appreciated at current levels, in our view. Consistent with our checks, we think the modest PA beat/raise reflects ongoing strength and share gains driven at least in part by rising penetration of Flex revenue (postpaid revenue segment). 2) Downgrading here would ascribe no chance for success of either alternative ways for PA to grow beyond core buy-side leads and/or Zillow's ability to layer on other ancillary revenue. In particular, we expect the company to get much more proactive with Zestimate as an engagement tool to unlock seller introductions, the expanding product suite (mortgage, title, escrow, closing services) carry both buy and sell-side engagement tailwinds over time and finally, we think the new asset-light approach could unlock new partnership opportunities for cross-pollination of Zillow's user base with other companies' capital."<br><br>"Lowering estimates and target. In the near-term, we raise our overall revenue estimates largely both around the faster iBuying sales of the elevated inventory as well as higher IMT revenue and EBITDA assumptions. For '22, while our overall revenue estimates go up, this is driven by the bigger inventory roll-off offset by modestly tempered IMT estimates on a lower seller-listing contribution." |

122

| Analyst | Date | Excerpts |
|---------|------|----------|
| **(1)** | **(2)** | **(3)** |
| | | "We have been steady ZG bulls since 2014, but, as we have messaged consistently since its early days in iBuying, we have probably been towards the lower end of the spectrum in viewing iBuying as a viable LT business model. With that said, ZG's news relating to an outright shutting down of its iBuying business strikes us a net-positive event over the long haul." |
| | | "On the surface, ZG's 3Q21 results were messy with the Homes segment fallout driving a combined top-line miss and a considerable EBITDA miss." |
| | | "During the quarter, ZG saw higher conversion rates than previously observed in Zillow Offers as a result of unintentionally purchasing homes at higher prices than our current estimates of future selling prices, resulting in the recognition of a $304 mil. inventory write-down." |
| Stephens | November 3, 2021 | "The news came unexpectedly given the momentum within ZO + no indications that a halt would occur + iBuying comps showing no hard stops on the horizon. While ZG has paused iBuying in the past (halted several months during the onset of COVID), we found this announcement puzzling along with the method of dissemination, given the news broke via email to Bloomberg over the weekend, with a then somewhat vague company statement (click here to read) put out the following day. Given the lack of clarity, we were left with a handful of questions around the exact cause (market-related, company-specific, etc.) of the abrupt change in direction." |
| | | "To make matters worse, it appeared as though ZG pressed on with higher bid prices while its top competitors (Opendoor/OPEN and Offerpad/OPAD) were actively ratcheting back both total purchase and the prices paid per acquisition during that time, as can be seen in the charts below." |
| Truist | November 3, 2021 | "We're downgrading Zillow to a HOLD (from BUY) following disappointing 3Q and the decision to exit Zillow Homes amid sizable losses and recognition of increased business risks from growing scale in the offering. While this may prove to be the right strategic move over M/L term, we believe exit from iBuyer removes a NT growth catalyst and creates uncertainty around efforts to drive monetization through additional services (e.g. mortgage, title/escrow)." |
| | | "Exiting iBuying operations. After a roughly three years run of Zillow's integral iBuyer development, management announced cessation of operations citing struggles in accurately forecasting home prices amid a tight supply and labor environment.<br>• Inability to accurately forecast home prices resulted in higher than anticipated conversion rates, which led to the unintentional purchase of homes at higher prices than their current estimates of future selling prices (9,680 homes purchased in 3Q, +1,098% Y/Y and +154% sequentially).<br>• The problem was exacerbated by both supply chain and labor constraints leading to a ~31% turnover with 3,032 total homes sold in the quarter (albeit +420% Y/Y)." |
| | | "4Q EBITDA outlook hurt by projected losses in Homes." |

| Analyst | Date | Excerpts |
|---------|------|----------|
| **(1)** | **(2)** | **(3)** |
| Wedbush Securities | November 3, 2021 | "After announcing that it would pause Zillow Offers purchases through the end of the year, Zillow announced that it will fully exit the iBuying business last night on its 3Q earnings report. We downgraded to Neutral on the initial news on many unanswered questions. With more of the questions answered now, in our view, this is a tremendous setback for a business that was solely focused on disrupting the residential real estate transaction over the last three-plus years and was a big believer in the iBuying business model. Management noted that it didn't feel that it could accurately forecast home prices 3-6 months out and was taking on too much risk, particularly at the level of scale it felt it needed to really achieve profitability in the business. It is a hasty exit from a business in which Zillow significantly accelerated just this past August."<br><br>"Zillow became more aggressive on its home purchase price offers at precisely the wrong time, while labor issues put pressure on its ability to scale and effectively turn the house over from purchase, and will now essentially be selling the homes at a gross profit loss (for less than it purchased them for) as it liquidates its inventory."<br><br>"We lower our PT to $67 from $86 on lower estimates and multiples. Our SOTP represents now implies zero value for Homes, 20x EV/EBITDA for IMT, and 3x EV/Revenue for Mortgages on our 2022E estimates." |
| Zelman & Associates | November 4, 2021 | "We remain on the sidelines after digesting Z's surprising decision to wind down its iBuyer business given an inability to manage the operations and risk in what has remained a seller's market and a much less volatile home price environment than would be interpreted from management's discussion. Overall, while the remaining platform has strong attributes and there are still favorable long-term secular growth prospects, we believe the realized executional challenges around what was expected to be its most pivotal growth vector will remain an overhang on the shares."<br><br>"In hindsight, it appears that Z's forecasting approach was backward-looking and effectively a momentum indicator informed by the most recent inputs – over-extrapolating the record price appreciation over the preceding 12 months and materially over-bidding on homes right as the rate of price growth began to lessen. To be sure, margin pressure in the iBuying business following record periods the last several quarters has been widely expected, just not to this degree." |

124

| | | |
|---|---|---|
| Berenberg | November 5, 2021 | "Management's view on winding down Zillow Offers, as we noted previously, was that there would be too much risk to achieve the scale needed for the targeted profitability and little return on equity. Management said it would now refocus its business, with an eye on being asset light, and look to other products and services that would help monetize sellers looking to move."<br><br>"Management needs to regain credibility. On ZG's 8/5 Q221 call, management said the company was on track to meet its long-term iBuying goals of buying 5k a month and reaching $20bn in revenue. However, that was no longer the case by 11/2's Q321 earnings as the company announced it was winding down operations, following numerous warning signs from Bloomberg reports."<br><br>"Cutting price target to $83 (from $162). Exiting the iBuying business changes the structure of the company, removing what we estimate as $4.5bn in annual revenue in 2021E. While our price target is still an equal-weighted combination of EV/sales, EV/EBITDA, and a DCF, it is now based on our view of a "core" business. That is, we are using 2023E estimated financials to strip out the impacts of the ZOffers wind-down." |
| Stephens | November 5, 2021 | "The immediate takeaway from ZG's 3Q21 earnings press release was the Company's decision to wind down Zillow Offers. ZG's rationale for the wind down was driven by the Company's belief that further scaling up the offering was too risky, too volatile to its earnings/operations, provides too little opportunity for return on equity and the ability to only serve ~10% of >260K serious seller inquiries, which translates to a poor customer experience and negatively impacted NPS score." |
| Stifel | November 7, 2021 | "With its earnings release on 11/2, the company's price performance fell dramatically, likely driving the simultaneous decline in RDFN shares, as Zillow announced it would be unwinding Zillow Offers, its iBuying segment, due to "unpredictability in home price forecasting", balance sheet / earnings volatility, and material at-risk capital required." |
| Susquehanna Financial Group, LLLP | November 8, 2021 | "Zillow Offers is being shut down as ZG has been unable to accurately forecast home prices, navigate macro issues, or convert a meaningful percentage of sellers. This led the company to believe the scale needed to turn the business profitable was unfeasible."<br><br>"ZG announced it will wind down the Zillow Offers iBuying business and lay off 25% of its workforce as a result. Management said the company has been unable to forecast future home prices accurately, which has swung unit economics wildly. ZG also believes the scale needed to make the business profitable would require too much capital and earnings volatility. Recent macro issues such as supply chain disruptions and labor shortages also played a role in the decision. At the end of the day, just 10% of serious sellers who asked for a Zillow Offer converted, which has not enough to make the business viable." |

**Notes and Sources:**
- Equity Analyst Reports are from Counsel and Refinitiv Eikon.