# EXHIBIT 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

OR

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-36853**

_____

# ZILLOW GROUP, INC.
**(Exact name of registrant as specified in its charter)**

_____

| | | |
|---|---|---|
| **Washington** | | **47-1645716** |
| **(State or other jurisdiction of incorporation or organization)** | | **(I.R.S. Employer Identification No.)** |

**1301 Second Avenue, Floor 31,**
**Seattle, Washington 98101**
**(Address of principal executive offices) (Zip Code)**
**(206) 470-7000**
**(Registrant's telephone number, including area code)**

_____

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | ZG | The Nasdaq Global Select Market |
| Class C Capital Stock, par value $0.0001 per share | Z | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.   ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of June 30, 2020, the last business day of the Registrant's most recently completed second fiscal quarter, the aggregate market value of the Registrant's Class A common stock and Class C capital stock held by non-affiliates based upon the closing price of such shares on The Nasdaq Global Select Market on such date was $11,436,019,294.

As of February 5, 2021, 61,115,068 shares of Class A common stock, 6,217,447 shares of Class B common stock, and 173,327,109 shares of Class C capital stock were outstanding.

_____

## DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III of this Report, to the extent not set forth herein, is incorporated in this Report by reference to the Registrant's definitive proxy statement relating to the 2021 annual meeting of shareholders. The definitive proxy statement will be filed with the Securities and Exchange Commission within 120 days after the end of the 2020 fiscal year.

Our services are primarily designed for the following:

*For Sellers* – We launched Zillow Offers in April 2018 to provide homeowners with the ability to receive cash offers to purchase their home, giving sellers peace of mind, control and convenience in one of the most stressful transactions of their lives. We have the potential to connect sellers who do not qualify for or accept an offer from Zillow with a trusted local Premier Agent partner. When we buy a home from a seller, our title and escrow business, Zillow Closing Services, performs their due diligence for a clean title and a seamless close of the home transaction. Then, our renovation teams perform light, make-ready repairs to swiftly list the home. As of December 31, 2020, Zillow Offers was available in 25 markets and accounted for $1.7 billion of our revenue for the year, up from $1.4 billion in revenue for the year ended December 31, 2019. This reflects less than 0.1% of the estimated annual U.S. real estate transaction value. For the year ended December 31, 2020, we purchased 4,162 homes from sellers.

*For Buyers* – When a buyer is ready to meet with a local real estate professional after searching for a home on our mobile applications and websites, we typically connect them with a Premier Agent partner. For customers who are focused on buying new construction homes, we connect them with our home builder partners. Home buyers are also able to purchase homes that are listed for resale through Zillow Offers. For the year ended December 31, 2020, home buyers purchased 5,337 homes through Zillow Offers. Beginning in 2019, home buyers have been able to facilitate a seamless transaction with the adjacent title and escrow services through Zillow Closing Services.

*For Renters* – Over 60% more residential real estate leases are executed each year (10.5 million, according to the 2019 American Community Survey conducted by the U.S. Census Bureau) than homes sold (6.5 million, according to 2020 data from the National Association of REALTORS®, U.S. Census Bureau and Department of Housing and Urban Development) in the U.S., and we connect prospective renters with our property management and landlord partners in the Zillow Rental Network, which provides renters access to the largest collection of rental properties in the U.S., according to a 2020 Comscore Media Metrix® report. We also provide renters with the ability to easily submit applications, sign leases and make rental payments through our platform.

*For Borrowers* – According to the March 2020 National Association of REALTORS® "2020 Home Buyers and Sellers Generational Trends Report", approximately 86% of homes purchased in the U.S. are financed with mortgage debt. We provide our customers with multiple ways to pursue mortgage financing for their transaction. We provide customers with the option to finance directly with Zillow Home Loans or to connect with our mortgage partners through our mortgage marketplace for both purchase and refinance opportunities. Zillow Home Loans, which we rebranded in 2019 following the October 2018 acquisition of Mortgage Lenders of America, is currently available in 45 states and jurisdictions and originates mortgage loans and then sells the loans on the secondary market.

## Competitive Advantages

We believe we have the following competitive advantages:

- *Large and trusted brand.* The Zillow Group portfolio attracted an annual high of 245 million unique users in July 2020 and more than 9.6 billion visits in 2020. Our master brand "Zillow" is searched more often than "real estate," according to a 2020 Google Trends report, and has become the most trusted brand in the industry. Our large and engaged audience and brand trust keeps our customer acquisition costs low.

- *Inimitable living database of homes and superior data science and technology advantages.* Our living database of more than 135 million U.S. homes is the result of more than 15 years of substantial investment, sophisticated economic and statistical analysis and complex data aggregation of multiple sources of property, transaction and listing data, including user updates to more than 34 million property records. This data is the foundation of our proprietary Zestimate, Rent Zestimate, Zestimate Forecast and Zillow Home Value Index. In 2019, we released a new, more accurate Zestimate, incorporating key learnings from the two-year, global Zillow Prize competition. The improved Zestimate currently has a median absolute percent error of 1.8% for homes listed for sale and 7.4% for off-market homes. These data and models also provide the foundation for our pricing algorithms for Zillow Offers, although substantially more home-specific information is incorporated to further refine the valuation for this application.

- *Superior industry partnerships.* Zillow Group partners with thousands of the most productive names in real estate, maintaining strong partnerships with leading real estate agents, brokers, mortgage professionals, property managers, landlords, home builders as well as regional multiple listing services and more. As we move down funnel into transaction-related services, we work to partner with high-performing and service-focused industry partners who share our interests in providing the best-possible services to our shared customers.

***Zillow Offers is an Unproven Business Model and Could Fail to Achieve Expected Results and Cause Harm to Our Financial Results, Operations, and Reputation.***

Through Zillow Offers, we purchase homes, make certain repairs and updates and sell homes back into the market. Zillow Offers has grown rapidly since we started offering the service in April 2018 and it may expose us to a variety of financial, legal, and reputational risks. The Zillow Offers business model and technology is still nascent compared to the business model of the incumbents in the United States residential real estate industry. Our Zillow Offers operating results are not predictable, our historical Zillow Offers results may not be indicative of our future Zillow Offers results, and we may not be able to achieve the profitability that we desire or expect. While many companies are exploring similar business models, none have established long-term track records that might assist us in predicting whether our Zillow Offers business model and strategy can be implemented and sustained over an extended period of time. It may be difficult to evaluate the potential future performance of Zillow Offers without the benefit of established long-term track records from companies implementing a similar business model. We may encounter unanticipated problems as we continue to refine our Zillow Offers business model, which may cause us to fail to achieve expected results and may adversely affect our financial results, operations, and reputation.

***Our Zillow Offers Business Depends on Our Ability to Accurately Value Homes and Manage Inventory and a Failure to Do So May Have an Adverse Effect on Our Business and Financial Results.***

The success of Zillow Offers depends in part on our ability to efficiently acquire, renovate and sell properties. We underwrite and price the homes we buy and sell through Zillow Offers using in-person evaluations and data science and proprietary algorithms based on a number of factors, including our knowledge of the real estate markets in which Zillow Offers operates. These assessments include the estimated time from purchase to sale, the cost of updating a home, market conditions and potential resale proceeds, closing costs and holding costs. These assessments may be inaccurate. Our pricing model may not account for submarket nuances – for example, the location of a home on a hill or in a building – which could have a significant impact on price. If valuations are too low and/or fees are too high, conversion rates and customer satisfaction may be adversely impacted, as our offers may not be competitive. In addition, we may not discover latent home construction defects or environmental hazards or other conditions requiring remediation or impacting the value of the home in a timely manner, or at all, which may require us to write down the inventory value of those homes or prevent us from reselling them for the price we anticipated or at all. We may be unable to acquire or sell inventory at attractive prices, in a timely manner, or at all. We may also be unable to finance and manage inventory effectively. As a result, our revenue, gross profit and results of operations may be affected, which could have an adverse effect on our business, results of operations, and financial condition.

***If Our Zillow Offers Business is Unable to Obtain and Maintain Sufficient Financing to Support the Purchase of Homes, Our Financial Results May Suffer.***

We primarily utilize credit facilities with a limited number of counterparties to provide capital for the growth and operation of our Zillow Offers business, including to finance the purchase of homes. If we fail to maintain adequate relationships with potential financial sources or we are unable to renew, refinance or extend our existing credit facilities on favorable terms or at all, we may be unable to maintain sufficient inventory, which would adversely affect our Zillow Offers business and our results of operations. In addition, undrawn amounts available under our credit facilities are generally not committed, meaning the applicable lender is not committed, but may in its discretion, advance loan funds in excess of the outstanding borrowings. Obtaining new or replacement funding arrangements may be at higher interest rates or other less favorable terms. Our financing sources are not required to extend the maturities of our financing arrangements and if a financing source is unable or unwilling to extend financing, and other financing sources are unable or unwilling to make or increase their financing commitments, then we will be required to repay the outstanding balance of the financing on the related maturity date. If realized, any of these financing risks could negatively impact our business, results of operations and financial condition.

13

**EXHIBIT 32.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350**
**AS ADOPTED PURSUANT TO SECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of Zillow Group, Inc. (the "Company") on Form 10-K for the fiscal year ended December 31, 2020 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Richard Barton, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)); and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

**ZILLOW GROUP, INC.**

Date: February 12, 2021

By:      /s/ RICHARD BARTON

Name:    Richard Barton
Title:   Chief Executive Officer

# EXHIBIT 3

**S&P Global**
Market Intelligence

# Zillow Group, Inc. NasdaqGS:ZG
# FQ1 2021 Earnings Call Transcripts
## Tuesday, May 04, 2021 9:00 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ4 2020- | -FQ1 2021- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|
|  | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.28 | 0.25 | 0.32 | 0.94 |
| **Revenue  (mm)** | 741.20 | 1102.98 | 3292.26 | 5513.13 |

Currency: USD
Consensus as of  May-04-2021 1:52 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2020** | (0.33) | (0.25) | NM |
| **FQ2 2020** | (0.48) | (0.17) | NM |
| **FQ3 2020** | 0.11 | 0.37 | ▲1 236.36 % |
| **FQ4 2020** | 0.28 | 0.41 | ▲2 46.43 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................................... | **3** |
| **Presentation** | ....................................................................................... | **4** |
| **Question and Answer** | ....................................................................................... | **9** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Allen W. Parker**
*Chief Financial Officer*

**Bradley Allen Berning**
*Vice President of Investor Relations*

**Richard N. Barton**
*Co-Founder, CEO & Director*

**ANALYSTS**

**John Robert Campbell**
*Stephens Inc., Research Division*

**Lloyd Wharton Walmsley**
*Deutsche Bank AG, Research Division*

**Maria Ripps**
*Canaccord Genuity Corp., Research Division*

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

**Ryan McKeveny**
*Zelman & Associates LLC*

**Thomas Cauthorn White**
*D.A. Davidson & Co., Research Division*

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Eiley, and I will be your conference operator today. At this time, I would like to welcome everyone to the Zillow Group First Quarter 2021 Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Brad Berning, Vice President, Investor Relations. Please go ahead.

**Bradley Allen Berning**
*Vice President of Investor Relations*

Thank you, Eiley. Good afternoon, and welcome to Zillow Group's First Quarter 2021 Conference Call. Joining me today to discuss our Q1 results are Zillow Group's Co-Founder and CEO, Rich Barton; and CFO, Allen Parker.

During the call, we'll make forward-looking statements about our future performance and operating plans based on current expectations and assumptions. These statements are subject to risks and uncertainties, and we encourage you to consider the risk factors described in our SEC filings for additional information. We undertake no obligation to update these statements as a result of new information or future events, except as required by law.

This call is being recorded on the Internet and is accessible on our Investor Relations website. A recording of the call will be available later today.

During the call, we will discuss GAAP and non-GAAP measures, including adjusted EBITDA, which we refer to as EBITDA. We encourage you to read our shareholder letter and our earnings release, which can be found on our Investor Relations website as they contain important information about our GAAP and non-GAAP results, including reconciliations of historical non-GAAP financial measures.

In addition, please note, we will refer to our Internet, Media and Technology segment as our IMT segment. We will now open the call with brief remarks, followed by live Q&A.

And with that, I will turn over the call to Rich.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thank you, Brad. Good afternoon, everyone, and thank you for joining our first quarter 2021 earnings call.

We are in a much better place compared to one long year ago, and I am so grateful and impressed that these miraculous COVID vaccines are now widely available across the country. I hope that you and yours are beginning to find some normalcy after such a trying year.

In a typical year, spring begins the traditional home buying season, but we know that this past year was anything but typical. Home buying never really slowed down. The Great Reshuffling, driven by changes in what we want and need out of our homes, has fueled continued interest in moving. And we expect this moving demand to continue as we all adjust to a safer world ahead.

Our research team recently published a survey-based Mover Report, which we have hyperlinked to from the shareholder letter. It's a great read when you have the time. The report indicates that the pandemic has indeed caused people to rethink where they live and concludes that approximately 8 million existing homeowner households that have been on the sidelines may enter a real estate market already beset by unrelenting demand. Additionally, 8.9% of consumers plan to purchase a home in the next 6 months, near a 20-year high for The Conference Board's April Consumer Confidence survey.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The reaction we got from our own employee base when we told them last March that we intended to have a more flexible workplace policy for the long term is an interesting case study in how remote work catalyzes the Great Reshuffling. We found that 30% more employees moved in the year following our announcement compared to the previous pre-pandemic year. This time last year, we had employees in 25 states. Now they are in all 50. This is obviously a small sample, but it shows how the Great Reshuffling might play out as people get certainty about their company's post-COVID workplace plans.

Zillow is an early embracer of a more flexible long-term workplace model, so we are a few steps ahead in firming up our plans. But we expect that other companies will adopt more physical location flexibility to varying degrees, simply because it's hard to take back something that employees have been given and value. That cultural shift will free up more restless households to list and move, and Zillow will be here to serve as their trusted partner and resource.

Beyond the continued reassessment of where we all lay our heads at night, the housing market is underpinned by demographic and economic tailwinds that will persist for the foreseeable future. Millennials are moving up, baby boomers are downsizing and in between, people of all generations are rethinking their lives. Despite recent shocks, mortgage rates are expected to be quite constructive for the foreseeable future and are near all-time lows versus historical levels.

It appears that housing turnover should accelerate from the historically low rates of the past several years. Along with an easier digital transaction, all of these trends point to more liquidity and household formation long term, which creates a healthy backdrop for the housing market and the business in which we operate.

Of course, the most powerful and important shift driving our business is the title shift moving consumers' real estate dreaming, searching and transacting from off-line to online. Just as they have in many other parts of their lives, consumers have experienced the greater convenience of a digital technology-enabled home search and some, the magic of a digital transaction. They will only expect further advancements in the future.

Moving on now to some business results from another strong quarter here at Zillow cloudHQ. First and foremost, all of this energy around moving has created a Zillow wave of sorts, and our customers are surfing it every day.

Just last week, Time named Zillow one of the 100 most influential companies for, in their words, "making an extraordinary impact on the world." A little grand perhaps, but definitely a nod to the vast reserve of brand goodness that we have been building up over 15 years.

An uptick in pop culture recognition this past year has helped accelerate our traffic. In Q1, 221 million average monthly unique visitors -- users visited our sites and apps, which represents an increase of nearly 30 million average monthly unique users versus this time last year. This is a level that we previously would not have thought possible and should provide the fuel for years of customer growth into the future.

Our top-of-funnel engagement with our customers translated into excellent results across Zillow suite of products and services. Our flagship buy side business, Zillow Premier Agent, once again generated the strongest results we've ever seen, reporting 38% revenue growth year-over-year in Q1. Our nascent sell-side business, Zillow Offers, continued to accelerate out of the pause we instituted in the pandemic, generating over $700 million in revenue and surpassing our internal expectations on revenue, EBITDA and unit level economics. The success from our buy side and sell side offerings, when combined with solid execution from our adjacent services and supporting businesses, translated into total revenue growth of 54% sequentially and total company EBITDA of $181 million for the quarter. To put that number in context of Zillow's history, it represents 90% of our full year 2018 EBITDA, which was just prior to the commencement of our heavy investment in our Zillow 2.0 vision.

We are now beginning to register the benefits of the investments we have made across our product innovations for buyers and renters as well as our major ventures into Zillow Offers, Zillow Home Loans and Zillow ClosingServices. This increased profit generation after such a meaningful investment period gives us confidence that the bets we are making across the business are accretive, and we are allocating our time, our people and our capital appropriately for the long term.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Speaking of our people, Fortune named Zillow one of its 100 Best Companies to Work For based on our own employees' feedback about working at Zillow in 2020, including how trustworthy, caring and fair they felt Zillow has been during the pandemic, which forced most into Zoomland.

As we reimagine the future of our workplace, we are grateful for our flexible and talented workforce. While our employees are doing well and our quarterly results are strong, we are oriented to the multidecade journey in front of us, the journey to digitize and simplifies a huge industry, delivering more and more movers gracefully to their next homes.

Pursuit of these growth opportunities deserves continued appropriate reinvestment of profits. As part of that journey, we recently launched a new advertising campaign with the tagline To Move is to Grow. We think it wonderfully captures the essence of why moving is both exciting and daunting, and how we at Zillow are increasingly able to help our customers navigate this crossing. The campaign supports the expedition we are on as a company as well. Just as we've been reorienting our employees and mission around transactions, we have the exciting task of reeducating our customers on who the new Zillow is and what we can do for them. Every signal we see based on data and customer feedback is that customers expect and demand a more seamless experience. This is Zillow 2.0.

A great example of our customers' enthusiasm for ease is the reaction to our recent announcement that many homeowners in Zillow Offers markets now can see that their Zestimate is a live initial offer from Zillow. The announcement press alone drove record-breaking interest in the service with requests coming in at levels we've never seen before.

We believe we are on to something with this Zestimate offer. The continuing challenge and opportunity going forward will be to translate customer interest into transactions. Now that we have many of the ingredients for our end-to-end home transaction through Zillow services and products, we are upgrading our giant repeat customer funnel and converting more browsers into customers. We are motivated every day to ensure we deliver our customers' excellent integrated experiences on par with simpler, smaller e-commerce transactions in other parts of their lives.

To reiterate, it is still early days in these efforts, and there is so much work to be done as we begin to scale. Across Zillow, we estimate that our 2020 gross profit was larger than any other player in the residential real estate technology category. But our buy side Premier Agent business and sell side Zillow Offers businesses still represent less than 2% of the total annual residential real estate industry service fees. We are proud of our business, but we have an ocean of opportunity in front of us.

Each customer who uses Zillow to move has a story. One we're sharing today is about first-time home sellers, Jessica LaRue-Briscoe and her husband, Shawn. They turned to Zillow when they were anxious about a move from Colorado to Texas, where they wanted their 2-year-old son to grow up near their families. Zillow connected Jessica to an agent partner, Adam Unger, and he walked her through the selling process. It was all new to her, and she was scared and dubious. "I'm going to take a gamble on you," she told him. Adam's experience and professionalism kept their worries at bay, and Jessica and Shawn felt informed and prepared throughout their move. "I really feel like we were able to be connected with the best real estate agent for us because we went through Zillow," Jessica said. The happy ending to the story is their son is now spending time in Texas with Jessica's grandparents who are in their 90s.

We are motivated every day by customer and partner success stories like Jessica, Shawn and Adam's. Like our ad campaign says, to move is to grow, and we're seeing that here at Zillow with our employees, our customers and with our industry partners. As for our investor partners, we appreciate the support as we go on this journey with you.

With that, I'll turn it over to Allen.

**Allen W. Parker**
*Chief Financial Officer*

Thank you, Rich. As Rich discussed, Zillow Group delivered another strong quarter, reporting Q1 consolidated revenue of $1.2 billion and EBITDA of $181 million, both exceeding the high end of our outlook range.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Q1 IMT segment revenue of $446 million grew 35% year-over-year as we continue to see accelerated growth in Premier Agent and strong growth in rentals. IMT segment EBITDA was $209 million in Q1 or 47% of IMT segment revenue. Accelerating revenue growth, combined with year-over-year declines in operating costs, translated into 143% year-over-year EBITDA growth in Q1.

Premier Agent revenue grew 38% year-over-year in Q1. The accelerated growth was primarily driven from connections growing faster than traffic as well as our focus on providing outstanding service and optimizing to connect high-intent customers with high-performing partner agents.

Growth in Zillow Offers continue to reaccelerate in Q1. We reported Homes segment revenue of $704 million, which exceeded the high end of our outlook with 1,965 home sales. Resale velocity was above our expectations. In Q1, we sold 128% of the beginning inventory of 1,531 homes, which contributed to inventory declining at the end of Q1 to 1,422 homes. Purchases increased to 1,856 homes in the quarter from 1,789 homes purchased in Q4, but not quite at the pace we planned as we continue to work on refining our models to catch up with the rapid acceleration in home price appreciation.

During Q1, we continued to focus on unit costs, automation, adding capacity and sharpening pricing models to improve offer strength as we continue to scale. Our Q1 Zillow Offers unit economics of 549 basis points return before interest expense was above the plus or minus 200 basis point guardrails we've set for ourselves while working to scale the business. The outsized unit economic results were impacted by the ongoing strong housing market, which is temporal in nature. We made progress during the quarter on improving offer strength and sharpened pricing that tightened our unit economics by approximately 120 basis points from that of Q4. The durable operational improvements in overall cost per home contributed 280 basis points improvement from Q1 2020.

Our Mortgages segment revenue increased 169% year-over-year in Q1 to $68 million, and Mortgages segment EBITDA was $6 million compared to the midpoint of our outlook range for a loss of $1 million. The revenue and EBITDA outperformance was primarily driven by mortgage loan origination volume, which was up more than 8x year-over-year, as well as our mortgage marketplace, both as a result of strong refinance activity. Beginning this quarter and going forward, we will disclose our mortgage loan origination, purchase and refinance volume.

In Q1, refinanced loan origination volume comprised 90% of total origination volume. We continue to invest in our mortgage platform to provide a compelling experience for our purchase customers as well as to integrate it across our business.

Turning to our outlook for the second quarter. At a consolidated level, we expect revenue to be $1.26 billion, up 64% year-over-year, at the midpoint of our outlook, and EBITDA to be between $116 million and $140 million. Our IMT segment -- in our IMT segment, we are forecasting 66% year-over-year revenue growth in Q2 and 44% revenue growth over Q2 2019, at the midpoint of our outlook range. Within the IMT segment, we expect Premier Agent revenue to be between $342 million to $350 million, up 80% year-over-year and up 49% over Q2 2019, at the midpoint of our outlook. This is being driven by strong top-of-funnel traffic and connections as we enter Q2.

It is important to note that during Q2 last year, we provided Better Together billing relief to our Premier Agent and other marketplace partners. Excluding the impact of this billing relief, we expect Q2 year-over-year Premier Agent revenue growth to be 38% and IMT segment revenue growth to be 35%, at the midpoint of the respective outlook ranges.

We expect Q2 IMT EBITDA margin to be 41% at the midpoint of our outlook, down sequentially from 47% in Q1. As we position ourselves to drive sustainable, profitable long-term growth, we expect Q2 IMT EBITDA margin to reflect accelerated investments in marketing, staffing and technology, up from Q1 levels, and we expect to further accelerate investments into Q3. For full year 2021, we expect EBITDA dollar growth more in line with revenue growth rates rather than expansion from the 38% EBITDA margin we reported in 2020.

In Q2, we expect our Homes segment revenue to increase sequentially to $735 million at the midpoint of our outlook. The higher-than-expected Q1 resale velocity I mentioned previously pulled forward a

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

portion of expected Q2 home sales. Customer interest in selling their homes to Zillow and the operational improvements we have continued to make have shown strong improvement in top of funnel as we enter Q2, which gives us confidence in our ability to continue to scale the business in the periods ahead.

We expect Mortgage segment revenue to be between $57 million to $62 million in Q2, which is down from Q1. Our Q2 guide reflects slower industry refinance activity and narrower gain on sales spreads. As we have discussed for the past couple of quarters, we do not expect the cyclically high gain on sale margins from originations to be sustainable. We plan to continue to capture solid refinance demand and invest in building the factory to scale our operations as the purchase business is built over time. As a result, we expect Mortgages segment EBITDA to be between a loss of $9 million and a loss of $5 million.

We further strengthened our balance sheet during the quarter by initiating an at-the-market offering, or ATM, selling $551 million of capital stock. We have been, and will continue to be, opportunistic and prudent on any potential future share sales and approximately -- have approximately $450 million remaining on the authorization. We ended the quarter with $4.7 billion in cash and investments, which puts us in a strong position to fund our vision for Zillow and make strategic long-term investments, both organically and inorganically.

As a reminder, we do have a $500 million commitment to acquire ShowingTime as we cooperate with federal regulators to work diligently toward closing the acquisition.

As we look forward to the balance of the year, our priorities remain focused on innovating and executing on behalf of our customers and partners. We look to: grow our customer base and engagement through a compelling dream and shop experience; invest in sustainable top line growth opportunities across the company; reduce cost structure and improve productivity in transaction services; drive profit growth through operational discipline.
And with that, operator, we'll open the line for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today will come from Ron Josey with JMP Securities.

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

Appreciate it. I wanted to ask -- clearly, so much going on. I wanted to maybe zero in on Zillow Offers here first. I mean significant demand in the quarter. Sales pulled forward, Allen, you talked about that. Zestimate driving even more demand. Maybe with supply seems being a little bit harder here and you're sharpening pricing to offset that, Rich, can you just talk about the broader market for Offers in a stronger real estate market? Just how do you acquire the inventory relative to demand? How do you balance those 2 things together?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, Ron. Thanks. I mean we are rapidly learning how ZO lives in this -- really this unprecedented home price appreciation environment. The appreciation in the last 6 months is the largest move up or down that we observed in the data set over the last 35 years, right? So it's a very fluid market.

But as you noted in your question, our -- and Allen talked about in his script, our top-of-funnel indicators are good, like it turns out that speed, certainty and convenience are attractive to sellers no matter what kind of market they are in. So we are seeing record levels of folks raising their hand to get a Zillow Offer. I think part of that is driven by this really nifty feature we launched last quarter that we internally call Zestimate Offers, which is this live initial -- having the Zestimate be a live initial offer for lots of the homes inside of the buy box in Zillow Offers markets.

So anyway, we're also really happy with this kind of glow that we're seeing across the business from this positive reinforcement we have from having all of these linked businesses and having this very large single funnel of customer demand coming in. And the IMT and adjacent business numbers are really, really commendable. But on ZO, in particular, Ron, we're leaning in, like -- we're leaning in. We're expanding in the 25 markets. We're heavily staffing, as I think we made an announcement, maybe Allen just talked about it, too. We are planning as a company. I'm hiring a net 2,000 people in 2021, and a lot of that will be for Zillow Offers. And we're making other investments in ZO as well.

So we are comfortable with that increased investment because of what we're seeing top of funnel because what we know about the consumer value proposition. And also, we're leaning in because most consumers don't even know what Zillow Offers is yet. They don't even know -- we've got to take Zillow 2.0 out of the kind of quarterly conference call realm and into the consumer awareness realm. And so we've got a lot of work to do there, and we're basis points penetrated in the business overall. So long answer, but we're feeling -- we're leaning in and feeling good.

**Allen W. Parker**
*Chief Financial Officer*

Ron, and Rich, I'll just add, just to give a little color to the guidance for Q2 with respect to Homes segment revenue. We called out the resell velocity pulling some sales into Q1. And I just want to call out, even with strong top-of-funnel activity, there is a lag as we go through between offer, purchase and an eventual sale, and when we see the revenue. And so a lot of this top-of-funnel activity will start to show up more in Q3, and that's part of the reason for the Q2 guide. That's reflected -- that lag is reflected in the Q2 guide.

**Operator**

Our next question comes from Naved Khan with Truist Securities.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

Just a couple of questions. So maybe just on Zillow 2.0, how do you measure the progress that you're making on the initiative? And how do you think about the long-term profitability potential in the 2.0? And then just maybe on hiring, what are the areas that we're seeing the biggest increase in headcount?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Okay. Naved, so the 2.0 bet is all about the fact that we believe customers want speed, simplicity, integration, value. Like these are not risky bets to make on consumer behavior, okay? They're kind of timeless features of what customers demand. And we also believe that our brand and our traffic give us a competitive advantage relative to kind of point solution competitors. Because we have a large audience, we can spread any customer acquisition costs we may have for those customers over a much larger revenue profit and transaction base. So that's kind of the business school answer to why we like the competitive advantages.

So that's why we've made the bet. So we've made these big bets over the last 2.5 years when we really leaned into 2.0 and building out all of the 2.0 components like Zillow Offers, Mortgages, Zillow ClosingServices, even Rentals.

Anyway, the short answer to your question is it's working. All the children appear to be above average. I don't know if we're getting any chuckles out there to the Garrison Keillor reference, but all the businesses are performing really well beyond our expectations. So that's a terrific proof point that the integrated strategy and the transaction strategy is working.

Our revenue and profit on a per user basis is steadily rising, which is really nice to see, and it's still quite low, so we have a ways to go. I said in my script, we kind of introduced some new kind of TAM and penetration concept, this 2 -- less than 2% gross profit penetration into the total addressable market of service fees in the industry. We keep struggling for ways to talk about the full opportunity in quarters past. We've talked about trying to estimate transaction share and what share of transactions we touched. That is fraught because we don't exactly know how many transactions we touch. So we're -- I've challenged the team to try to figure out if there's maybe a gross profit penetration metric we can come out to communicate the opportunity for ourselves and for you all. So that could be interesting.

Anyway, there's still a ton of work to do on 2.0. Not the least of which, as I said before, is awareness of 2.0. That's where you're seeing marketing investment -- increased marketing investment from us. Anyway, stay tuned. We're on the path. We like the path. Things look clear, and lots of green lights out the front windshield.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

And maybe on the headcount, can you give us some more clarity on the areas where these are [ predictable ].

**Richard N. Barton**
*Co-Founder, CEO & Director*

Maybe Allen, if you want to answer that.

**Allen W. Parker**
*Chief Financial Officer*

Yes. I mean I guess what I would just say is I would classify -- we're continuing to make investments across a variety of our businesses where we feel like there's a lot of opportunity to accelerate, innovation for our customer, shop and dream, buy with, sell with. And so there's quite a bit of tech and dev, but there's also transactional type resources that are necessary as we scale the business. And so I think you're seeing kind of a mix of those. There are some additional innovative ideas around 3D tours and

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

other things. So most of the initiatives we talk about, we are looking at where we need to resource and to accelerate our investment. But it's spread across the company. And I'll just take this moment to say we continue to prioritize our existing resources as well to make sure we're making bets on the right big bets. But we like the results we're seeing. We like the inputs that we're tracking and look forward to execution.

**Operator**

Our next question comes from Lloyd Walmsley with Deutsche Bank.

**Lloyd Wharton Walmsley**
*Deutsche Bank AG, Research Division*

Two questions. First, recognizing better growth in the second quarter guide on that kind of normalized basis, excluding the better together discounts. Can you just talk about the sustainability of the PA business, particularly into the second half as comps get harder? What are some of the drivers behind the outlook for 2Q and -- that can help in the second half?

And then secondly, you put up the 47% segment margin in IMT, guidance implied first half margins about 44%. So if full year margins are going to be kind of flattish with last year, it implies a big step-up in the second half, can you give us a better sense of what you're investing in, how it's going to flow across the segments? And then what specifically will be weighing on IMT segment margins in the second half given you've been so disciplined on cost growth there for multiple years now?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thanks, Lloyd. That sounds like an Allen question.

**Allen W. Parker**
*Chief Financial Officer*

Sure. Thanks, Lloyd. So on growth, yes, in Q1, Premier Agent growth, up 38% year-over-year. If you compare it to the underlying growth rates we've talked about, in Q4, was 27% and -- in Q4 2020 was 27% and in Q3 of 2020 was 20%. So we've seen this accelerating underlying growth trend in Premier Agent.

If you look in our Q2 outlook, the underlying growth rate of 38% at the midpoint after you adjust for the better together discounts is a continuation of the inputs that we're seeing. We have a large audience, strong top of the funnel. And when you combine that with a focus on some of the inputs of customer satisfaction and conversion and revenue per lead, we're just seeing very encouraging trends on the inputs. And I think it's all predicated by this focus on helping the customer get through the transaction.

In terms of the second half, we're not providing guidance, but what I would call out is that the Premier Agent Q2 2-year growth rate of 49% that I call -- we called out in the shareholder letter at the midpoint of our range is probably a good way to think about growth as you look at your models on how to model forward through this weird year that we had in 2020. So hopefully, that helps.

With respect to margin, our Q2 IMT EBITDA margin, we expect to be 41% at the midpoint of our outlook. That is down sequentially from the 47% print in Q1. As we position ourselves to drive sustainable, profitable long-term growth, we do expect this margin rate to reflect accelerated investments in marketing and staffing and technology to provide innovation on behalf of the customer. And so we do expect that to increase from Q1 levels, and we expect further acceleration in Q3.

When I think about full year, given your question, what I'd say is we do expect EBITDA dollar growth, but that growth more in line with revenue growth rates rather than expansion of the 38% margin rate we put it in 2020. So hopefully, that helps.

**Lloyd Wharton Walmsley**
*Deutsche Bank AG, Research Division*

Yes. No, that's great. And just to clarify, when you say kind of the 2-year growth kind of consistent is a good way to think about it, is that excluding the Better Together? Or is that just on a headline basis?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Allen W. Parker**
*Chief Financial Officer*

That's on a headline basis.

**Lloyd Wharton Walmsley**
*Deutsche Bank AG, Research Division*

Got it. All right.

**Allen W. Parker**
*Chief Financial Officer*

It's the 49% -- if you just take Q2 2019 print to Q2 2021 midpoint, that's 49% growth, and we think that's a good way to pin your models.

**Operator**

Our next question comes from Ryan McKeveny with Zelman & Associates.

**Ryan McKeveny**
*Zelman & Associates LLC*

Congrats on the results and great to see the momentum continuing. So first question, and I apologize if I missed this, but can you share an update on the transition to using in-house agents or employees on the iBuyer transactions? Maybe what share of transactions in the quarter were in-house and how that transition is going versus your expectations?

And second question on the mortgage business. So the stat on the 90% share of refi is very interesting. I think it seems to be a bit of a kind of early confirmation signal that the overall Zillow business is moving from something that was once servicing and monetizing buyers to then sellers and now homeowners that might want to refi. So I guess I'm curious on the mortgage space, can you talk about the strategy and maybe that interplay between driving the actual attachment on the iBuyer purchase product and driving mortgage volume more generally because I know there can, of course, be a lot of differences in just strategy to the approach of kind of purchase versus refi share over time? So hoping you can maybe separate those pieces and talk a bit about the strategy.

**Allen W. Parker**
*Chief Financial Officer*

All right. I'll start and Rich or Brad, jump in. But on Zillow brokerage services, we're operating in just a few of the 25 markets. So that's still relatively nascent. It's going well. We are excited about initial results, but there's nothing with respect to attach or any kind of data point yet. Over time, we do believe that's a great way to have a better integrated customer experience, but we still work with partners across all our markets, and we're learning the services that we can provide but still relatively new.

And then on mortgage, I guess the way I would describe it, as you think about our mortgage strategy coming together, when we purchased Mortgage Lenders of America way back in 2018, they were really a direct-to-consumer, nonconforming origination shop. Our initial strategy was to move to a broader mix of conforming mortgages while updating and transforming the platform and bringing in new leadership.

In 2020, we started to share our focus on building the factory to bringing in the loan officers and loan processors and building the systems, and we did that off of the strong refinance demand. And we continue to do that into Q1. I think over time, you'll see that mix normalize more to industry standards. But we want to have a compelling and great customer experience, and we're continuing to work with customers and learn. And I think over time, we expect to provide all mortgage services that a customer may want, whether it be refi -- our customer, both those that are doing other services within Zillow as well as refi customers who come looking for refi.

So we're very excited about what the team has done and where we are. And we think that mortgage is a very important part of the Zillow 2.0, and we're continuing to expand there.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question comes from Ygal Arounian with Wedbush Securities.

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

So just one question on Zillow Offers and one on Premier Agent. So let's go back to Allen's comments, I hope I'm not misquoting, and you highlighted purchases were not at the pace that you were expecting kind of over the course of the quarter, and you work to kind of catch up with HPI and the really strong environment. Can you expand on that and what you're doing to catch up, as you say, to that and fix the model or adjust model to what we're seeing, especially in light of some data that we've seen from the [ church ] and your competitors continuing to accelerate some of the purchases there?

And then on PA, you highlighted improvements in PA connections and [ that's why ] I was hoping you could talk about that a little bit. And then as listings are so challenged overall, can you talk about the impact that has to the PA business -- if it's down significantly year-over-year? Does that have a meaningful impact?

**Richard N. Barton**
*Co-Founder, CEO & Director*

You want to start with the ZO stuff, Allen, and I...

**Allen W. Parker**
*Chief Financial Officer*

Sure. Yes. So yes, I mean, I think Rich hit it pretty well. What I'd say is if you look at our unit economics, and as I mentioned, 549 basis points of return on homes sold before interest expense being above our plus or minus 200 basis point guardrails, the driver that's there that has improved from Q4 is home acquisition costs as a percentage of sales. So it's at 87% of home rev -- Homes revenue versus 85.9% in Q4 but still higher than we would expect, and that's reflective of this resell velocity and our selling of homes at rates higher than we would have expected or underwrote to when we acquired them. And so it's this expansion that we're catching up with. There's also a lot of nuance just in the Offers and how we present them that we're also iterating.

So I guess what I would describe is we are continually figuring out how to improve our Offer strength and the way we communicate that to our customers. The top of funnel and the interest is strong. We're seeing early trends in Q2 that give us confidence that this is something that we are going to be able to do. The guide that I provided in Q2 is reflective of the lag as we purchase those homes, renovate them and then resell them as well as the Q1 kind of overperformance. But we're very confident that we have a compelling offer that iBuying is something customers want even in this market, and the early signs give us confidence that we can continue to grow and scale this business. So hopefully, that helps.

**Richard N. Barton**
*Co-Founder, CEO & Director*

On the -- before I -- let me editorialize on that just a little bit at the risk of keeping this issue open, Allen. Yes. The unit economics, the margins that we're earning on a unit basis right now are not what our goal is. I'll just reiterate that. We want this and know this can be a giant business, and it's only going to be a giant business when the pricing is perceived to be fair to consumers. So it's not our goal to have 549 basis points or whatever it is we just printed on a unit basis. Now it's slightly better than last quarter. In other words, it's lower. But we -- what we're aiming to do is to provide a fair offer and charge a fair fee to our customers, and thus, we believe we maximize the TAM, we maximize the number of transactions we can touch and participate in. And we have the ability to sell a bunch of adjacent services around those transactions. So it's just -- it's worth pausing there for a sec.

All right. On the listings question, yes, listings are really, really skinny. Inventory is really, really low. I think I said this last quarter. It's kind of like the flight attendant on the airplane when she says even though the airbag does not appear to inflate, the oxygen will flow. That is what's happening clearly, and

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the market volumes are up. Home price appreciation is way up, too, but homes are just moving really, really fast. And so we like to see a market where lots of activity is happening.

We see -- we see off-line to online shifts happening. We see demographic shifts happening. We see Great Reshuffling things happening, all to put wind in the sails of our PA business and our business indeed overall, Ygal.

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

I think just a real quick follow-up on Zillow Offers. Would it be wrong to characterize that maybe you're slowing your purchases or being more cautious on your purchases based on what's going on with HPI?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Risk is always an important component of pricing, of course. And forecast of home price appreciation is a very important part of pricing as well. And needless to say, we're in a really -- just in a really fluid environment on that, and we're learning really quickly. So...

**Operator**

Our next question comes from John Campbell with Stephens Inc.

**John Robert Campbell**
*Stephens Inc., Research Division*

Congrats on the continued success. You guys have a couple of positive things kind of spinning up across the product set, obviously, but it feels like Rentals just tends to kind of fly under the radar. You guys put up some good growth this quarter, last couple of quarters of good growth. Just curious about the drivers there and how much lift you've seen from kind of the shift in the monetizing of the rentals and then maybe also the broader opportunity ahead for Zillow Rental Manager.

**Allen W. Parker**
*Chief Financial Officer*

Right. Will you take this, Rich?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, yes. You start. Yes.

**Allen W. Parker**
*Chief Financial Officer*

Yes. I mean 46% year-over-year growth rate is fantastic. We're really pleased with our Rentals business. It's -- it comes from and is driven by a lot of the decisions we've made to invest in a fairly good, streamlined set of product innovations. And I think we're starting to see the benefit of some of those over the last few years that we've made. A lot of those are integrated service -- services like one click applications, payments, listings. And these services are all kind of coming together. In fact, as we talk about Zillow 2.0 getting closer to the transactions, I believe we're seeing that in the rental space.

It's also assisted, though, by this continued strength at the top of funnel and our large audience. And even some of the demographics we talked about on the housing market, the broader -- the Great Reshuffling and these demographic tailwinds are also helping our rentals business. So we're excited with the progress. The growth has been strong, and we're excited about the products and services that we're able to deliver both to our customers and to our property managers.

I don't know, Rich, if you want to add anything.

**Richard N. Barton**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Co-Founder, CEO & Director*

No, that was complete and great. Thanks, Allen.

## John Robert Campbell
*Stephens Inc., Research Division*

And then one more follow-up, and appreciate the color there. That's very helpful. On the IDX shift for you guys, I don't know if you ever framed this up, but could you help -- maybe help us understand kind of the offset on operating costs from the shift?

## Allen W. Parker
*Chief Financial Officer*

Yes. I guess what I'd say is we're now taking feeds as we're MLS. There's some puts and takes across that. There's -- I would say that we continue to invest to make that a great experience, and there's some costs that come with that, whereas there's also some costs that are reduced from some of the other data acquisition costs that we may have had in the future. But it's not a big enough call out, I think, where we've disclosed one way or the other what the savings are. Well, we really think it's a great customer experience, and it's just really consistent with our ability to have great information on the site and to provide a great experience to our customers. So that's the real win, I think, on the IDX side.

## Bradley Allen Berning
*Vice President of Investor Relations*

Allen, I'll just jump in real quick and add. It was really Q3 of last year when we saw the largest debt benefit. There's been other tangible benefits, but there's been a fair cost to invest in the platform since then. So it's been in the expense infrastructure for a couple of quarters already.

## Operator

Our next question comes from Mark Mahaney with Evercore ISI.

## Mark Stephen F. Mahaney
*Evercore ISI Institutional Equities, Research Division*

Let me try 2 questions. Just talk through the EBITDA margins in the Mortgages segment, and I'm sorry if you touched on this before. It seemed like they ticked down a little bit in that business, [ and you may not think ] material, but just talk through that.

And then getting back to the unit economics on the Homes business. So it sounds like you want to run this business with those -- I forget what you call them, the rail guards, or whatever it is, plus 200, minus 200. And the strategy, Rich, is, I think, is as you extract economics from this, then to take those economics and bring them down to the guardrail so that long term, you can bring down commissions and so that you can expand TAMs and just -- and just feed this beast. So that's my understanding of the flywheel.

Now there are scale advantages as you do more and more of this. Where do the scale advantages most show up in terms of bringing those costs down as a percentage of revenue? And so maybe that's really the question I'm asking here is, as you get more and more experience and more and more scale in the Homes business, where do you think the -- where are you seeing and where do you think the most leverage is going to come from in the expense line items that's going to allow you to stick -- pass more of those savings back to the consumer and feed that flywheel?

## Richard N. Barton
*Co-Founder, CEO & Director*

Yes. Mark, nice to see a brand-new analyst from Evercore here on the call with us today. Welcome and congrats on the new job. I think, Allen, you maybe start with the ZHL margin question, and then we can both tackle the...

## Allen W. Parker

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Chief Financial Officer*

Yes. Why don't I do mortgage, I'll start ZO and you can jump on. So Mark, one, thanks for the question. On mortgage EBITDA margin, what we see and what's reflected in the guide is that a significant portion of the revenue downtick in our guide compared to Q1 is related to the gain on sale spreads in our guidance. And so that kind of falls through. We still are very excited about the platform we're building, and we're continuing to build the factory. And so when you see that downtick, it has an effect that kind of falls straight through to EBITDA versus Q1's performance. And so that's what's driving the majority of that downtick Q1 to Q2 on the mortgage margin rates.

And on ZO, I'm sorry, I think you hit it right on my head. What I'd say is we've still provided long-term targets of 400, 500 basis points return before interest. But current period and in the near term, our guidance that we provided is this plus or minus 200 basis points because of the size of the opportunity and because it's important to get out there and provide a great experience. As we learn, we're willing to invest in this plus or minus 200 as we learn the business.

I'd say we see opportunities across all areas. We have improved 280 basis points primarily across renovations and selling costs versus last year. You can imagine renovations as you have more density in the area for your renovations and as you get better and smarter about what needs to be done and what the customer is willing to pay for, who is repurchasing the home that you'll see benefits in that area. Right now it's about 3% of cost -- the cost of revenue.

Holding costs, I reflect with a lot of things, but there are definitely many things we can do to improve. That's a relatively small cost. And then selling costs over time, as we grow Zillow Brokerage Services and as we reduce through automation and technology, some of these non-value-added costs that currently happen in the world today, we expect that number to come down, and we expect acquisition costs to be to be reflective of a fair offer, as Rich mentioned, but a solid cost structure.

Our decision to be plus or minus 200 basis points is reflective of us reinvesting any improvements we make right now to be at this plus or minus 200 because of the size of the opportunity. And as we've mentioned several times, the fact that we're 549 is just saying that we're still working to catch up here.

**Richard N. Barton**
*Co-Founder, CEO & Director*

At the scale we are right now. Thank you for clarifying what I said, Allen. I didn't mean to imply we didn't want to make money natively off this business. But we are subscale, dramatically subscale right now in our estimation. And while we are scaling it, we're targeting this plus or minus 200. So anyway, thanks for clarifying.

And you have the flywheel right. That's the flywheel bet we're making. We also bet, in addition to the leverage we see on the 3 line items that Allen was talking about, we see leverage on customer acquisition costs because we have a cheaper -- we have a much cheaper customer funnel. The Zestimate offer being just like the perfect characterization of that. People come look at their Zestimate. And if that's -- if more and more customers know that Zestimate is a live initial offer for their home, we are more likely to get first crack at them.

Now the challenge is making sure that people even know Zillow Offers exists and what it is, and is there a trick, and is it too good to be true in education and marketing. So we're in that early phase of doing that right now, Mark.

**Operator**

Our next question comes from Maria Ripps with Canaccord.

**Maria Ripps**
*Canaccord Genuity Corp., Research Division*

Great. I just wanted to follow up on the PA revenue growth. It seems like a lot of strength there. Can you maybe comment on how Flex is performing relative to your core PA business in this current strong

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

environment? And are you able to share with us any color on how you're thinking about expanding Flex beyond your current markets? And if so, sort of what determines what markets are suitable for this revenue model? And then I have a quick follow-up.

**Allen W. Parker**
*Chief Financial Officer*

Yes. Thanks, Maria. This is Allen. What I'd say is our revenue growth in Q1 of 38% as compared to that underlying growth statistics I gave of 27% in Q4 of 2020 and 20% in 3Q, obviously accelerating. There aren't any significant -- there are no changes in revenue accounting or revenue recognition to call out in Q1. So that's -- that is the underlying growth rate. And we've talked about the guide of 38% adjusted in Q2 at the midpoint. That is a combination of both MBP and Flex programs working together as 2 monetization tools that we have, and they're both performing well.

And again, if you go to the inputs of improving CSAT, driving more and more of our customers through our connections program and delivering high-intent customers to high-performing agents, those are all things -- the input dials that we're driving go across both Flex and our MBP model, and we're seeing results. We are continuing to look at, and we expect to increase the Flex representation across our pool. There's not any particular market -- it requires us understanding and identifying agents that are willing to grow with us. And so there's not really any particular attribute to call out or metric to give.

I think our growth rate is reflective of us optimizing across the monetization models we have available and the inputs that we're driving around the customer and customer experience to help close transactions.

**Maria Ripps**
*Canaccord Genuity Corp., Research Division*

Got it. That's very helpful. And just a quick follow-up on sort of adjacent services opportunity, especially around home insurance. Can you maybe just talk about how you're thinking about bringing -- potentially bringing this additional service to consumers within your platform? And any thoughts sort of around going after this opportunity on your own versus partnering with someone else in the space?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Maria, this is Rich. We see lots of continued adjacency -- logical adjacency opportunities all around the transaction. We haven't targeted or begun talking about any additional ones other than the businesses we're in right now with mortgage, title, escrow, et cetera. But we do obviously see other large adjacencies. We're just going to knock things off one at a time and evaluate each additional one as the time calls for it. Thank you very much. One more, maybe, Brad.

**Operator**

Our last question today will come from Tom White with D.A. Davidson.

**Thomas Cauthorn White**
*D.A. Davidson & Co., Research Division*

I'll ask just one and maybe a follow-up on your comments about kind of your cost advantages in the Offers business and the multiple opportunities you guys are kind of developing to sort of monetize customers that hopefully stick with you. I'm just curious to hear your thoughts on like your appetite for maybe increasing the prices of the homes that you're going after any time soon as a way to maybe increase your TAM.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Tom, thanks for the question. We are constantly experimenting on a market-by-market basis with the buy box and what works and what doesn't, and we have lots of data streaming in, not as much as I would like. I'd like it to be even bigger. The -- if you step back and look at the overall number of transactions we

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

conducted here, it's still relatively low. So we want to get that up, keep the learning machine going and get the buy box as broad as we possibly can, in as many markets as we possibly can.

**Operator**

This concludes our question-and-answer session. I'd like to turn the call back over to Rich Barton for any closing remarks.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thank you very much, and thank you all for your time today. We're really grateful to have you along for the journey, and we look forward to speaking with you again next quarter, if not sooner. Talk to you soon.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 4

**S&P Global**
Market Intelligence

# Zillow Group, Inc. NasdaqGS:ZG
# FQ2 2021 Earnings Call Transcripts

## Thursday, August 05, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.23 | - | - | 0.21 | 1.04 | 1.46 |
| **Revenue (mm)** | 1271.26 | 1309.98 | ▲3.05 | 1443.89 | 5508.95 | 7933.06 |

Currency: USD
Consensus as of  Aug-04-2021 5:08 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2020** | 0.11 | 0.37 | ▲①236.36 % |
| **FQ4 2020** | 0.28 | 0.41 | ▲②46.43 % |
| **FQ1 2021** | 0.25 | 0.45 | ▲③80.00 % |
| **FQ2 2021** | 0.23 | - | - |

- EPS NORMALIZED -

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................... | **3** |
| **Presentation** | .................................................................... | **4** |
| **Question and Answer** | .................................................................... | **10** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Allen W. Parker**
*Chief Financial Officer*

**Bradley Allen Berning**
*Vice President of Investor Relations*

**Richard N. Barton**
*Co-Founder, CEO & Director*

**ANALYSTS**

**Bradley D. Erickson**
*RBC Capital Markets, Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Brian Thomas Nowak**
*Morgan Stanley, Research Division*

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

**Ryan McKeveny**
*Zelman & Associates LLC*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Andrea, and I will be your conference operator today. At this time, I would like to welcome everyone to the Zillow Group Second Quarter 2021 Conference Call. [Operator Instructions]

Please note, this event is being recorded. Thank you. I would now like to turn the conference over to Brad Berning, Vice President of Investor Relations. Please go ahead.

**Bradley Allen Berning**
*Vice President of Investor Relations*

Thank you, Andrea. Good afternoon, and welcome to Zillow Group's Second Quarter 2021 Conference Call. Joining me today to discuss our Q2 results are Zillow Group's Co-Founder and CEO, Rich Barton; and CFO, Allen Parker. During the call, we'll make forward-looking statements about our future performance and operating plans based on current expectations and assumptions. These statements are subject to risks and uncertainties, and we encourage you to consider the risk factors described in our SEC filings for additional information. We undertake no obligation to update these statements as a result of new information or future events, except as required by law.

This call is being broadcast on the Internet and is accessible on our Investor Relations website. A recording of the call will be available later today. During the call, we will discuss GAAP and non-GAAP measures, including adjusted EBITDA, which we refer to as EBITDA. We encourage you to read our shareholder letter and our earnings release, which can be found on our Investor Relations website, as they contain important information about our GAAP and non-GAAP results, including reconciliations of historical non-GAAP financial measures. In addition, please note, we will refer to our Internet, Media and Telecom segment as our IMT segment.

We will now open the call with remarks followed by live Q&A. And with that, I turn the call over to Rich.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thanks, Brad. Hello, everyone. I hope you're all enjoying the summer wherever you may be. I am Zoom connecting once again from Zillow Cloud HQ. We had another strong quarter for Zillow with our consolidated business as well as each segment, meeting or beating our outlook ranges. We've begun to show good execution on Zillow 2.0. Our dream of building a seamless integrated experience for our customers and partners. I will talk more about that in just a moment, but first, I will top line some quarterly highlights.

On the bright side, Premier Agent revenue grew 82% year-over-year and 50% compared to 2 years ago. Our goal on the buy-side of the real estate transaction is to connect high-intent customers with high-performing partners, and our performance was driven by strong execution against this goal as well as continued housing industry tailwinds. We continue to improve the quality and quantity of connections we send to our partners by enhancing how our customers shop on Zillow with a particular focus on touring. In addition, once a customer raises their hand to work with a Zillow Premier Agent, we are constantly refining how quickly we introduce that customer to her agent, which makes all the difference in such a competitive buyer environment.

On the partner side, we continue to focus on building a network of high-performing agents who are aligned with us on providing a high-quality experience to our customers as they move to a new home. On the sell side, Zillow offers continued to accelerate in Q2 with a record 3,805 homes purchased. We sold 2,086 homes, generating a record $777 million in revenue in our Home segment, surpassing our internal expectations for both revenue and EBITDA. Importantly, the Zillow Offers value proposition of a fast, fair, flexible and convenient close has proved more than durable even in the sizzling hot sellers' market. It's

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a nod to just have dreadful and dreaded the prospect of selling, buying and moving is to people. Likely, this is not a surprise to any of you. In our surveys of homeowners who want and need to move, when we present the Zillow Offers concept, the largest objection is there must be a catch. I'm pretty happy to market to that objection.

As we discussed on our last call, we entered Q2 with strong customer interest in ZO, which accelerated throughout the quarter and into Q3. Allen will get into more details. But as we said on our Q1 call, we saw significant customer demand at the beginning of Q2 that we expected would drive revenue growth on a lagged basis in Q3, which is now leading to our strong Q3 outlook. And we continued to see strong growth in customer demand as we entered Q3 that we expect will favorably impact revenue in future quarters. With that in mind, we are focused on making progress automating key workflows in support of building a large-scale operation.

Also, as we discussed last quarter, we recognized that our Zillow Offers unit economics are above our plus or minus 200 basis point guardrails as we build and scale the business, a trend that continued in Q2 despite our efforts. We expect these unit economic trends to normalize over time as we iterate, continue to learn and as home price appreciation inevitably slows. We've been testing price elasticity in this hot housing market, and we saw rapid conversion gains throughout the quarter as we improved our offer strength.

We believe these tests will serve us well across future market conditions as we strive to be a market maker across housing cycles. We expect the homes we are scheduled to purchase will trend towards our plus or minus 200 basis point target over the course of the second half of the year. Additionally, earlier this week, a Zillow Offer subsidiary launched and priced a securitized debt offering, which is expected to close next week. Allen will provide more details on this later in the call.

As the Zillow Offers business continues to accelerate, we are seeing a lift to our Zillow Home loans with approximately 40% of purchase originations in Q2 sourced from Zillow Offers. In total, our Q2 purchase originations grew by 90% year-over-year as we continue to build a mortgage factory that serves both purchase and refinance transactions.

An example of this is our new self-service mortgage prequalification offering, which automates the process and makes it more efficient for our customers. All of these efforts came together this quarter to deliver a total company revenue of $1.3 billion, up 70% year-over-year. And importantly, our newly provided gross profit measure, which I will talk to more in a moment, was $538 million in Q2, up 92% year-over-year and 79% from the same period 2 years ago.

Now on to what's happening around us. We believe there is strong durable support for the housing market. Historically, work and location have been inextricably bound together. The pandemic has joltingly and dramatically unbundled work from location for many, creating a new flexibility by enabling people to optimize for work and location separately and simultaneously. Moving to the big city is no longer a requirement for many job seekers, and that shift will inevitably disperse talent and economic opportunities. This untethering of location from work field is deeply important to me for the future of work and life and by implication, housing, what we've been calling the great reshuffling.

It is also why we at Zillow leaned in hard and early on the Cloud HQ idea as the future of work as you can read about in today's New York Times front-page business section article by Sarah Kessler featuring Zillow Vice President, Megan Reibestein, one of our many folks who cut the cord from our old Seattle HQ and moved to Asheville, North Carolina, to be near and support her family.

On the recruiting side, year-to-date, we have had 153,000 candidates apply for a job at Zillow, which we believe has been fueled in part by the possibilities of our permanent location flexible policy. This is one of the factors we see driving the housing market for some time. The other important factor is being millennials entering their prime home buying years and low interest rates.

Stepping back, we have always had audacious goals, guided by our strong urge to empower people vis-a-vis the expensive, confusing and emotionally and financially thought process of buying and selling a home. Our initial dream was to build the most trusted and vibrant home-related marketplace. And

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to solve a big problem in real estate, the lack of transparency in home shopping, to turn on the lights. This dream started with both this Zestimate, our killer algorithm that put a price on every rooftop in America and zillow.com, one marketplace where everyone could search and find homes with data easily at their fingertips, something not possible prior to Zillow. This transparency and convenience became the accelerant for establishing Zillow's brand in real estate and making it the most popular place to dream and shop with an average of 229 million monthly unique users coming to our mobile apps and websites in Q2, including our great adopted sister brands, Trulia and StreetEasy.

Zillow brand became synonymous with real estate empowerment, but the fundamental transaction continue to be painfully stock in the 50s, resisting the gravity of digitization. So our dream and ambition moved from the top of the consumer funnel down to the bottom of the funnel to the transaction itself. We, of course, recognize that our huge brand in traffic as well as our DNA as software engineers, many of us grew up at Microsoft in the '90s, would advantage us relative to this large and daunting challenge. So our expanded dream is to reengineer, streamline and digitize the moving process, or as you've heard me call it many times, Zillow 2.0. We believe customers want speed, simplicity, integration and value, fairly safe consumer desires in which to invest, in my opinion. To deliver on this dream, our strategy has been to build an integrated set of real estate products and services, both owned and operated and with professional partners that can be mixed and matched to make it radically easier for all the dreamers and shoppers on Zillow to transact and move to their next chapters.

We are executing nicely on this ambitious growth strategy and progressing well towards each of the 3- to 5-year growth objectives that we communicated 2.5 years ago when we announced Zillow 2.0. In our IMT segment, our stated 3- to 5-year objective was $2 billion in revenue, up from $1.2 billion for 2018, and we are on track to deliver. Additionally, our current run rate has already exceeded our original 3- to 5-year objective for IMT segment annual EBITDA of $600 million and a 30% margin.

And our Home segment is performing well despite completely shutting down purchases in the early phases of the pandemic and building operations during the most rapid change in home prices ever recorded. As I said above, we are now back on track with our original objective to purchase 5,000 homes per month and to generate annualized revenue of $20 billion within the original 3- to 5-year time line. For Zillow Home loans, we are also on course to achieve our stated goal of 3,000 mortgages originated per month within the original time frame we set. Today, we are seeing more and more signals from our customers that validate our integration thesis and growth strategy.

Home shoppers and buyers who once just thought of Zillow as a place to search and find, are starting to understand and take advantage of the reality that we now offer so much more. As one example, we are building a program called Zillow 360 that enables our customers to sell their current home to Zillow Offers, buy their next home with a Premier Agent and finance it with Zillow Home Loans. The customer then uses Zillow Closing Services to finalize the transaction and ultimately receives a discount for using the bundled package. While we still have a long way to go on scaling Zillow 360, we are seeing strong interest and higher close rates when offering packages of services to customers versus single stand-alone services.

Looking forward, we see our ability to execute on programs like Zillow 360 as competitively differentiated. Due to the volume of visitors to our apps and sites on a daily basis, we are able to spread our low customer acquisition costs across these additional adjacent services, which allows us to pass along savings to our customers while generating returns for our shareholders. As we broaden and integrate our services, our business lines are beginning to emerge in service of our end customers.

In an effort to pick a long-term success measure that considers this integration, we have increasingly been focusing on total company gross profit dollars. For context, in the last 12 months, our total company gross profit was just over $1.9 billion, growing 54% compared to the prior 12-month period.

Moving forward, we plan to focus on gross profit dollar growth as a key measure of success. First and foremost, the metric is increasingly how we are measuring the business internally. Instead of optimizing for gross profit dollars generated by 1 particular service, we are increasingly find ourselves -- finding ourselves thinking about the total enterprise gross profit pool that is produced when we offer multiple services to our customers. We think this creates the right incentives to run our business and is much more in line with how we want our end customers to think about what we offer to them.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Second, this metric levels the playing field for comparability between our seemingly disparate businesses that are actually showing up to customers under one Zillow branded umbrella. Said another way, gross profit enables us to simplify comparisons across the various segments, including Zillow Offers, where we report revenue based on the full sales price of the home. This simplification allows us to measure our operating efficiency in a more holistic and understandable way as we ultimately strive to grow total company cash flows over time.

From an external perspective, our gross profit measure reminds us that we have built a differentiated platform for growth, one that is tackling all parts of the moving process with so much room to grow across all of our services. And last, as we scan across the competitive set, we look at our sizable gross profit pool as a competitive advantage to further invest in innovation with the end goal of building terrific customer experiences and driving sustainable long-term profitable growth.

Since we launched Zillow 2.0, we have vastly broadened our services, which has allowed us to grow our gross profit dollars well beyond real estate industry growth. My expectation is that we will continue to grow our currently small market share of transactions by continuing to broaden our services and increasing the number of services each of our customers use per transaction.

Embedded in our ability to drive secular growth are some confident assumptions about our business and opportunity. First, consumers will demand an e-commerce experience for their real estate transactions. Second, our scale and strength of brand gives us a customer acquisition cost advantage. Third, our suite of connected offerings fit together well to serve our customers and partners. And fourth, our location flexible workforce will allow us to attract and retain a deeper and more representative talent pool from across the country to best serve our customers.

Our recent customer example validated all 4 of these assumptions. Tina and Tony of Atlanta recently wrapped up a seamless move to their new home with the help of Zillow 360. Feeling overwhelmed by the prospect of balancing closing dates with their daughter school schedule and other commitments, Tina and Tony decided to accept an offer to sell their home to Zillow. Recognizing the ease that Zillow brought to this experience, they were intrigued when our teams told them they could buy, finance and close their new home as Zillow 2.0. The opportunity to align the buying and selling process, so it could work on their time line was too good to pass up. So we connected them to one of our awesome agent partners who helped them find their dream home. By this point, financing with Zillow was a no-brainer for the couple. To put icing on the cake, I found out last week that Tony was so impressed during his minute that he subsequently applied for, got offered and then accepted a role with our Zillow Offers team as an estimator. Wow.

To close, as a significant Zillow shareholder, I evaluate our opportunity in 3 ways: is our TAM, large and untapped? Are we in a strong position to capture that opportunity? And are we able to execute? It is clear in my 2.5 years back in the CEO seat that the answers to these 3 questions are all a resounding yes. I'm really proud of the progress the team has made, but we do have miles to go before we sleep in our new home, on a soft pillow out, above a kitchen with marble countertops and a doggy door to the backyard. We truly appreciate your continued support, confidence and investments. I will now pass the microphone over to Allen.

**Allen W. Parker**
*Chief Financial Officer*

Thank you. Thank you, Rich. Zillow Group delivered another strong quarter, reporting Q2 consolidated revenue of $1.3 billion and EBITDA of $183 million, both exceeding the high end of our outlook range. While we accelerated investments into our business in Q2, it is important to note that total EBITDA of $183 million was up from $2 million in the same period 2 years ago. We are at the point in our Zillow 2.0 journey where it makes sense to evolve how we measure our success. As our business becomes more integrated, our focus is shifting towards growing our total gross profit pool. This will allow us to continue to invest in innovation for our customers and partners and drive sustainable, profitable growth for shareholders.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Beginning this quarter and going forward, we are now presenting gross profit within our statement of operations. We have made adjustments to our prior period cost of revenue figures to reflect the calculation of gross profit in accordance with GAAP. These adjustments are summarized in Note 2 to our Form 10-Q. Gross profit for Q2 was $538 million, up 92% year-over-year and was $1 billion for the first half of 2021, up 70% year-over-year. As we look forward, it is important to note that we will optimize for total gross profit and EBITDA versus individual segment results as we execute to best serve our customers.

Moving to our segment results. Q2 IMT segment revenue was $476 million, growing 70% year-over-year and 40% on a 2-year stack basis. Our IMT segment continued to benefit from improved execution that drove growth in higher intent connections in Premier Agent, continued demand for services in our other IMT segment marketplaces as well as tailwinds in the housing market year-over-year. IMT segment EBITDA was $218 million in Q2 or 46% of IMT segment revenue. The revenue outperformance and continued operating efficiency translated into more than 130% year-over-year EBITDA growth in Q2 when excluding the impact of our Better Together discounts from the same period a year ago.

Growth in Zillow Offers continued to accelerate in Q2 and exceeded our expectations, with 2,086 homes sold, driving $777 million in Home segment revenue. We made progress this quarter in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength. The neural Zestimate puts more weight on attributes of homes and allows more granularity at the asset level, placing less emphasis on repeat home sales price comparisons. In addition, we continue to make progress building automation at the top of the funnel when providing offers to customers. These improvements drove rapid gains in conversion rates in Q2 when compared to Q1, resulting in record purchases, more than catching up to our pre-pandemic pace. We purchased 3,805 homes during the second quarter, more than double what we purchased in Q1.

Our Q2 Zillow Offers unit economics of 576 basis points before interest expense, was above the plus or minus 200 basis point guardrails we set for ourselves while working to scale the business. The outsized unit economic results that were 665 basis points higher than Q2 2020 did benefit from the ongoing strong housing market, which we fully recognize as temporal in nature and largely contributed to the 312 basis points lower home acquisition costs of 87.1% in Q2. We also note that the 353 basis point improvement from a year ago in renovation, holding and selling costs, were largely durable operational improvements. Clearly, some portion of the holding costs and a smaller portion of the renovation costs likely benefited from the strong housing market, but we also see opportunities for continued operational improvements over time.

Mortgages segment revenue increased 68% year-over-year in Q2 to $57 million, and Mortgages segment EBITDA was a loss of $6 million compared to the midpoint of our outlook range of a loss of $7 million. We made significant progress in our integrated origination platform during the quarter with Zillow Offers contributing approximately 40% of purchase originations, helping to drive 100% sequential purchase growth in Q1 and 90% purchase growth year-over-year. With the increased purchase originations and the slowdown in refinance activity, purchase originations now comprise 26% of the total loan origination buy, up from 10% in Q1. The purchase mix will bounce around from quarter-to-quarter based on the refinance market, but we are focused on growing our purchase origination platform. This is just one more example of how our services are becoming more integrated and complementary to one another, following our success in launching Zillow Closing Services.

Turning to our outlook for the third quarter. At a consolidated level, we expect revenue to be $2 billion at the midpoint of our outlook, and EBITDA to be between $94 million and $126 million. In our IMT segment, we expect 15% year-over-year revenue growth and 43% growth over 2019 in Q3 at the midpoint of our outlook range. Within the IMT segment, we expect Premier Agent revenue to be between $352 million to $360 million, up 19% year-over-year and up 48% over Q3 2019 at the midpoint of our outlook. The progress we have made in growing and improving our higher intent connections is allowing us to maintain our PA growth rate on a 2-year stack basis despite the impact of continuing low inventory in the housing market.

We expect Q3 IMT EBITDA margin to be 37% at the midpoint of our outlook, down sequentially from 46% in Q2. As we discussed last quarter, we plan to accelerate investments in marketing, staffing and

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

technology in Q3 to drive our 2.0 vision. This includes things like touring, bundling integration products such as Zillow 360, expanding 3D photos and floor plans along with better integration between Premier Agent and Zillow Home Loans. We expect these investment levels to be consistent in Q3 and Q4. When modeling, it is also good to keep in mind the seasonality of typically lower Q4 revenue.

Thinking about full year 2021, it's important to remember that IMT EBITDA exceeded our expectations for the first 2 quarters of the year. We expect the incremental outperformance in the first half to flow through, resulting in IMT EBITDA dollar growth outpacing revenue growth for the full year. In Q3, we expect our Homes segment revenue to increase sequentially from Q2 to $1.45 billion at the midpoint of our outlook range. This step-up in pace demonstrates our confidence in our ability to scale, resulting from the progress we have made in strengthening our pricing models and automating the top of the funnel. Evidence of our accelerated pace can be seen in our homes under contract, which was $1.2 billion at the end of Q2, up 126% from $511 million at the end of Q1. I will reiterate that our goal here is to become a true market maker.

As we think about unit economics on a go-forward basis, we would expect to see unit economics trend towards our stated goal of plus or minus 200 basis points before interest expense over the course of the second half of the year. Please also note that this quarter, we provided a wider forecast range for our Home segment which incorporates a range and resell velocity that we think is appropriate, given we are finding market pricing levels and approaching the slower seasonal period of the year.

We expect Mortgages segment revenue to be between $55 million to $62 million in Q3, which is roughly flat from Q2. Our Q3 outlook reflects slower industry refinance activity, consistent gain on sale spreads and continued growth in purchase originations. As a result of flat revenue and continued investments to grow mortgage originations, we expect Mortgages segment EBITDA to be between a loss of $13 million and $6 million.

We ended the quarter with $4.6 billion in cash and investments, which puts us in a strong position to fund our vision for Zillow and make strategic long-term investments, both organically and inorganically. As a reminder, we have a $500 million commitment to acquire Shelling Time as we continue to cooperate with federal regulators to work diligently towards closing the pending acquisitions.

Earlier this week, a Zillow Offer subsidiary launched and priced a securitized debt offering, which is expected to close on or around August 11. The company anticipates gross proceeds of approximately $450 million from the offer. The securities will have a 30-month term and a 24-month reinvestment period and a weighted average interest rate of 2.43%, which is lower than the rate on our existing credit facilities. Similar to our existing debt financing, this is a nonrecourse to Zillow Group, subject to limited exceptions. Proceeds of the offering will be used to finance the growth of Zillow Offers business. The securities weren't registered and nothing in this call should be interpreted as an offer of the securities.

As we look forward to the balance of the year, my priorities are focused on building processes and mechanisms to support rapid scaling of Zillow 2.0 products and services, prioritizing investments in sustainable gross profit growth opportunities across the company, improving our cost structure by increasing productivity and transaction services through operational discipline. And with that, operator, we'll open the line for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question will come from Brent Thill of Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Rich, you mentioned that you're on track for your 2019 original goal to hit over the next 3 to 5 years. Could you just articulate the pathway of what you need to do now to achieve the full vision of that goal? And then I had a quick follow-up.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Brent, thanks. Yes, we're -- yes, Zillow Offers is back on track, which is nice. In terms of the kind of constraints to the plan going forward and then achieving the ultimate dream here, I guess I classify them in 3 categories. One ourselves; two, consumer awareness; and three, capital. The biggest one and most important one constraint is ourselves. And by that, I'm just saying it's execution. Like we're growing this thing as rapidly as we can and really quickly in an operationally complex way and we're tuning it simultaneously. So it is a challenge. We've got to focus on increasing automation. We've got to get better and better at pricing. We have to reduce costs all at the same time.

So there is an executional constraint or challenge that I do, I believe, and I'm confident we're up for, but that's the biggest. The consumer awareness when I talked about a little bit in my prepared remarks, it's not insurmountable at all. It is a relatively straightforward marketing challenge to have such a compelling consumer proposition. So I think we're okay there. We will have to focus on increasing consumer awareness of it, though. But again, we have a big advantage with these hundreds of millions of people that come to Zillow looking at Zestimate, many of which are Zestimate offers now. So we have -- we're up to that challenge.

And then capital, you heard Allen talk in a very legally scripted way due to SEC regulations about where we are in that offering right now. But I'm really excited by the progress we are making on cheapening, deepening and lengthening our access to capital. So while it is a really important constraint, it's kind of the fuel for the ship, we're looking very good on access and securing access to that fuel. I know I'm getting long-winded. You asked a bit of a kind of ultimate opportunity in TAM question. I confess to being quite excited by how well Zillow Offers is doing in such a hot sellers' market, which has mean for one, kind of probing at the perimeter of my kind of penetration and TAM expectations here, and thinking about just how -- we don't know, of course, but just how much of the market will end up moving towards an iBuying and Zillow Offers solution, I don't know, but I'm comparatively more confident now than I was even a quarter ago, so even a quarter ago. So it feels good to me.

TAM is good question, but it is a question for later. We're so underpenetrated right now, less than -- way less than 1% of home transactions that we can kind of begin to explore that in more detail later, just because it's such early days. Anyway, thanks for the question, Brent.

**Operator**

The next question comes from Ron Josey of JMP Securities.

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

And Rich, just wanted to say I really appreciate your podcast this quarter on how I built this. And I wanted to ask a little bit more on the -- early on Zillow 2.0 and the launching of Zillow 360. I know we're in the early stages, and I think you said miles to go. But we also talked about 40% of purchase originations are sourced by Zillow offers. And so we're starting to see this integration happen in the real world. And so

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

maybe talk just about what needs to happen for all these integrations, maybe the bigger picture from a value -- we know the consumer value prop, but just the bigger picture of the road map of how PA integrates with offers that integrates with mortgages, et cetera. And then since we're more focused on gross profit, I would love to understand the financial benefits of call it the bundling.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thanks for the question, Ron. Yes, it was fun. It was a bit of a death mark though. I think that interview went for like 4 hours, and they clipped it down to an hour. I was kind of exhausted by the end of that thing, but it was fun.

Okay. So yes, I mean, clearly, ZO is going and going -- accelerating as you noted. And you also noted that kind of interestingly, so is everything else, all right? And it's not just the market that's doing that for us. PA is cooking really nicely and has plenty of room, Premier Agent business. Rentals is growing nicely. Mortgage is going. And Zillow Closing Services is going really nicely as well. It just turns out -- well, it's not a surprise, it's a bet we've made, but it just turns out that all of these businesses are interrelated because it really is.

They're all just part of 1 transaction. I've come to think of them as different doors into the same room. That room is, "I want to move, make it easier, please." So our ability to increasingly package, integrate and offer these mix and mix and match menu of services is clearly working. The numbers tell the story there. So that anecdotal data point we gave you that you just cited the 40% of purchased mortgages originating with the ZO door is one of the kind of specifics we're sharing to kind of give some light on that.

We also have had some early success with our Zillow 360, which is a new package that offers a discount that we're playing around with, and that's showing real promise. The Zillow Closing Services attach is going well. So we can look at -- we can begin to look at these little breadcrumbs of it working. But I think the best evidence is really staring us in the face, and that is just simply looking at quantum gross profit. $1.9 billion of trailing 12 months quantum gross profit, that's big, and it's growing quickly. And it is that pool of gross profit that funds all of these other cool stuff that we're doing, all of this R&D, all of this marketing, all these new services that are in development for our customers. And as we're able to invest all of that money in these things, the lovely scale economy wheel begins to turn, and it's turning nicely right now.

Anyway, so it's that integration of the businesses that has driven us internally to look at this overall gross profit dollars rather than by vertical business. We also want to be able to play with pricing as well without having internal competition. It's all just one transaction.

On a go-forward basis, you asked what are we watching? And I would say that we're focused on the normal typical transactional e-commerce like drivers, okay, that you experienced with your e-commerce companies, very different from the old Zillow, very similar to your e-commerce companies. How many transacting customers do we have? How many transactions do we have? How many services per transactions are there? What is the profit per transaction, okay? And we have an eye on the overall customer package profitability rather than optimizing for any of these individual ones. So that's one of the key reasons we like it. We like the comparability too.

Our guidance ramp implies a ramp -- our guidance implies a ramp in gross profit, right? But I, for one, and quite -- as you can hear, I'm quite excited by the potential growth of each of these variables that go into the gross profit equation. Each one of those drivers that I just laid out, I see lots of opportunity for driving higher, which will multiply the leverage we see, the growth leverage we see. And we now have organized the company, we're organizing our filings and segment reporting. We're getting organized around these new e-commerce transactional metrics. So anyway, tons of interesting stuff ahead in my opinion.

**Operator**

The next question comes from Brad Erickson of RBC Capital Markets.

**Bradley D. Erickson**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*RBC Capital Markets, Research Division*

So I guess a question for Allen. Allen, you talked about the accelerating investment across the IMT business. So I guess within that, there's a lot of moving parts, but maybe just talk about how sustainable the IMT margins are feeling certainly through the second half of the year and then maybe beyond? And then separately, can you just give us any details, I guess, on how some of those investments are being allocated here in the second half of the year?

**Allen W. Parker**
*Chief Financial Officer*

Yes. Brad, thanks for the question. Well, I'll start just to reiterate that, as we said before, we believe the margins that we saw in the second half of '20 and continuing into the first half of '21 for IMT are indicative of the inherent underlying margins of a steady-state business, but we're still very early in our journey, and we see opportunities to invest into growth. We participate only in a small percentage of transactions relative to our audience and the industry. Our Q3 outlook implies 37% EBITDA margins at the midpoint, which is down 875 basis points sequentially.

We expect our Q4 investment levels to be consistent with Q3, factoring in that Q4 revenues do experience historically a little weaker seasonality as compared to Q3, but fairly consistent into Q4. I'd note that the 37% margins are still up significantly over 2019 full year levels, which were 23.8% and up from our 3- to 5-year objectives of 30%. So while we're increasing our investment levels in the second half of '21, we continue to generate leverage across the segment as we've made progress even during the pandemic. In terms of areas of investment or where we're thinking of investing, I called out some tangible examples in my prepared remarks, the priorities we have is to drive better customer experience, broader integrated product offerings and continued scalability through operational rigor and automation across the businesses.

It gets back to Rich's point, that the consumer is going to demand an e-commerce solution for the industry, and we're well positioned to serve that. We do expect these investments to deliver strong ROI via In terms of be a gross profit growth, and we believe it's prudent given our focus on the customer and driving transactions to make these investments. It's the right thing to do to continue to invest here.

**Operator**

The next question comes from Brian Nowak of Morgan Stanley.

**Brian Thomas Nowak**
*Morgan Stanley, Research Division*

I wanted to sort of drill a little bit into the PA growth in the quarter. There's a lot of discussion around sort of the macro housing market and sort of will the deceleration in transactions impact growth? Maybe talk to us about what you saw on growth in price per impression or transaction growth you mentioned earlier, Rich. So what are you seeing in sort of the underlying auction dynamics driving this PA growth? And then what are you sort of incorporating in the guide from a transaction or a price per transaction perspective, just so we can sort of understand the macro assumptions underlying the business right now?

**Allen W. Parker**
*Chief Financial Officer*

Yes. So maybe I'll start, Rich, and you could follow on.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Okay.

**Allen W. Parker**
*Chief Financial Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks for the question, Brian. First, I'll say I have been really impressed by our PA team's execution. While the macro over the last 12 months has provided some tailwind, this really is, I think, a story of execution in terms of our performance. We're continuing to grow the quantity and quality of connections. We've said that a few times. So our Q3 guide implies PA revenue growth of 19% year-over-year at the midpoint, but 48% growth over the 2-year stack compared to Q3 '19. We have demonstrated our ability to improve and grow our higher intent connections by enhancing how our customers shop at Zillow with a particular focus on touring. We believe this is the next opportunity, and it's part of our endless quest to improve the integrity of our funnel and improve customer experience for our consumer customers looking to move and buy a house. When a customer raises their hand to work with one of our partner agents, we are constantly defining how quickly we introduced into that customer -- that customer to our agent and that makes all the difference in such a competitive buying environment.

So again, what I'd say is a lot of the factors that we look to that are driving growth are our ability to take our customers that are in the funnel, based on the actions they take, take the high intent customers, provide them with a great performing agent quickly to help them get to the home that they want to buy. And again, we're continuing to introduce our customers to higher-performing agents as well as we go through our agent base who share the same goal with us, which is helping our mutual customer buy their next home. So lastly, we continue to see opportunities to invest in innovation and technology. We're investing because we think there's a really good return here and a big opportunity. While we have a large audience, we're still a very small percentage of the transaction share. Rich, I don't know if you would add anything.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Well, hey Brian. Yes. I mean, so recent macro stuff in the industry like skinny inventory for -- of homes, coupled with super-rapid sales cycles and skinny rental inventory as well, is obviously factoring into our business in some way and factoring into our guidance. I think we're lucky though, in that the really big trend that sits above all the throne to rule them all for us here is this kind of big shift of offline to online. That's the big lever, kind of the old way, the new way, the analog, the digital. And we're really a great beneficiary there as the digital leader. We see that as the dominant trend and there are some kind of smaller, shorter wavelength cyclical things going on in the industry right now that certainly affect things.

I don't want to ignore them, but are a little less important. That said, even in those cycles that we see the big tailwinds being demographics for millennials, low interest rates and the great reshuffling as good, durable, positive housing market macro wins. On the PA guide, in particular that you're asking, I'll also say that, yes, the PA transaction and revenue guide is important, but it is just one of many transactions that are happening now and happening in an increasingly integrated way. So I'd be remiss without pointing out that looking at kind of transactions overall is what tells the big -- I think the big story and the really good news for us going forward.

**Operator**

The next question comes from Spencer Tan of Evercore ISI.

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

Hello, can you hear me?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes we can.

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

It's Mark Mahaney. Sorry, I think we got our codes mixed up.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sorry about that, Rich. I like the gross profit maximization optimization reporting strategy, ethos, whatever it is. I'm not sure about quantum gross profit, but gross profit, I get. So I think that's good. I like that. And then the one question I had to do with these the guardrails getting back to that plus or minus 200 bps. Now you've been saying this for a bit in the last couple of quarters, you've been well above that. What's the most logical way for -- which of those expense items is going to show a little bit of deleverage and get you back down to that negative 200 to positive 200?

**Allen W. Parker**
*Chief Financial Officer*

Yes, I can start, Rich, for you. So I think if you look at the improvement I called out in my remarks, the 312 basis points that we've seen versus this time last year Q2 of '20 in acquisition costs, that's going to be the area where we see most of the decline as we move back into our guardrails. We'll likely see if sales velocity, resale velocity goes down a little, we'll likely see a slight uptick in holding costs. But the big change is just going to be this. Right now, we've got a 13% spread between what we sell the house for and what we acquired it for. And again, as a market maker, that spread is being impacted by HPA, and we expect that to go down over time and be more temporal.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, it's just a price is moving really quickly, Mark, and it's hard for us to keep up with it. On the quantum gross profit, let me argue though, just make the argument, I did, but maybe I wasn't clear, was this normal. It's just a big pool and that big pool enables us to invest a ton more in tech and R&D than competitors. So I mean, it's kind of a way of us making sure that we can internally compare things on a level playing field, but it enables -- you all were looking at gross profit already, honestly. So that's maybe not the -- why it's not big news to you. But we're beginning to -- we have begun to really focus on it internally, anyway.

**Operator**

The next question comes from Ryan McKeveny of Zelman & Associates.

**Ryan McKeveny**
*Zelman & Associates LLC*

Congrats on the results and also on the securitization. Following up a bit on Mark's question just now around the guardrails and maybe asking a bit differently. Where are the service fees today? And if you can't say directly, maybe directionally, how have those changed? And I think implied in your commentary about testing the price elasticity and seeing the conversion on the improved offer strength effectively implies a better fee to the customer. I guess part 2 of this question is, ultimately, if we move to a housing market that home price is growing at a more normal pace as opposed to the rapid gains we've seen. What do you envision as that consumer fee maybe relative to the competitive set of traditional commission rates? Because I think ultimately, that's what investors are somewhat grappling with on the margin profile of buying is ultimately where the margin shapes out in a more normalized environment. So I would love to hear your thoughts on kind of the consumer fee piece of things, where that has trended and ultimately, where that may shake out in a more normal environment?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Do you want to start, Allen?

**Allen W. Parker**
*Chief Financial Officer*

I can. Yes. So I guess I would describe it, one, thanks for the question, is we provided kind of long at scale type profitability, we think we can get on a return on homes sold before interest of around 400 to 500 basis points. But again, given the penetration -- the low penetration numbers of iBuying right now and the opportunity to scale, the guardrails that we've set as a plus or minus 200 basis points. We don't think

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about it, I guess, in individual components of fee versus value. We kind of look at it, what's the overall transaction cost to the customer to incent them and that we can still turn into a profitable business.

So I think the fee is likely to continue to vacillate and change as we test pricing and elasticity. What we're focused on is trying to get the most accurate pricing to be fair to the customer and to continue to reduce our cost structure with the benefits of scale, automation and productivity. So I guess, to answer your question, we still believe on a stand-alone basis, the 400 to 500 basis points at scale is likely a number that we would see as a market maker, but it will come in a lot of different forms. And then as Rich mentioned, what will also be there is, as we have our customers come through various funnels on Zillow, their ability or their willingness as we introduce multiple services to them to take those multiple services allows us to provide even sharper pricing across those services because we're not having to go out and use CAC to acquire each customer for each service. Rich or Brad, would you add anything?

**Richard N. Barton**
*Co-Founder, CEO & Director*

I thought that was pretty good, Allen, really good. We think if we can get -- we'll play with all these different levers that we have, Ryan, with fee home price appreciation, net price, et cetera, will play with it. But ultimately, what we're trying to do is get people an amount of dollars in their pocket that they would have gotten approximately what they would have gotten via any other way that they would have sold. That's the goal. And we think doing that, offering a fair price, it's a terrific consumer proposition and a great business for us.

**Ryan McKeveny**
*Zelman & Associates LLC*

That's really helpful. And one follow-up question on the cost side of the iBuying model. So the selling cost as a percent of revenue. I think this is the third quarter in a row, maybe longer that that's been 3.8% of revenue. And I think one of the assumptions has been that using in-house agents on the iBuyer transactions would over time move that selling cost lower -- effectively more leverage in the model on that. So is that still a fair expectation going forward? And maybe just big picture, where are you in the process of transitioning to the in-house agents?

**Allen W. Parker**
*Chief Financial Officer*

Yes. So I think the answer to your first question is, we continue to see opportunity to reduce the 3.8% as we build Zillow brokerage services as well as continue to partner with our agents. We are still very early in the number of markets that we have Zillow brokerage services in. And so we are focused on scaling the business as well as Zillow brokerage services, but it's still relatively early as we roll that out.

**Operator**

This completes the allotted time for questions. I will now turn the call back over to Rich Barton for any closing remarks.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Okay. Well, thanks, everybody. Thanks for your time today. I know it's a busy earnings day, and I'm on the East Coast. So I know it's approaching cocktail hour as well. We appreciate your continued support and confidence. And I look forward -- we all look forward to talking with you again really soon. Have a nice night.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 5

**S&P Global**
Market Intelligence

# Zillow Group, Inc. NasdaqGS:ZG
# Company Conference Presentation

**Monday, September 13, 2021 6:30 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ....................................................................... | 3 |
| Presentation | ....................................................................... | 4 |
| Question and Answer | ....................................................................... | 5 |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Jeremy Wacksman**
*Chief Operating Officer*

## ANALYSTS

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Hello, everyone. I'm Tom Champion. I head up Piper Sandler's Internet research team, along with my colleague, Jim Callahan. Today, I'm joined by Zillow Group COO, Jeremy Wacksman. Mr. Wacksman is long-tenured at Zillow, having joined the company in 2009, following stints at Microsoft and Trilogy. Jeremy, it's terrific to see you. Thanks so much for joining us today.

**Jeremy Wacksman**
*Chief Operating Officer*
Yes. Great to be here. Thanks for having me, Tom.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Okay. Let's start with the real estate market overall. You've been working in the industry, obviously, for quite some time. What's kind of your perspective or your take on the current market?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean this year has seen quite some extremes in the real estate market, and we're starting to see some normal seasonality return. Home prices are obviously still appreciating, but they're not quite appreciating as quickly as they were before, especially the torrid pace earlier this year. And we're also starting to see some uptick in inventory and as well with that, some uptick in homebuyer sentiment. Homebuyers are saying, "Hey, now maybe is a good time to buy." It's creeping back up. And so improved listings and inventory, slower home price appreciation, low rates, those are all great macro factors to help the market become a little more balanced.

And then obviously, that all is then aided by the 2 tailwinds we, at Zillow Group, have spent a lot of time talking about. One, those demographic shifts, right? Millennials entering their prime home buying years and the great reshuffling we talk about a lot, where everyone really in all segments is thinking a little differently about what do they need from home.

And then the pandemic helping everyone really see the off-line to online needs and potential of real estate and people wanting the buttons on their phone to work in all categories, real estate included, and getting a taste of digital touring and getting a taste of digital signing, people starting to buy homesite unseen at a bigger pace. So those 2 tailwinds, combined with kind of the market changes we're seeing, we think, set up the real estate market for a really good place to be.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Great. Okay. Let's dig into the business by segment. So at the quarter, senior leadership made a big point to reaffirm long-term financial targets. That was great to hear. Maybe starting with Premier Agent, help frame for us the opportunities to drive growth in Premier Agent within IMT. What are kind of the key secular trends we need to keep in mind and organic growth opportunities?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean Premier Agent, and I would say, transactions overall for Zillow on the buying and selling side, the big picture opportunity for us is to grow our transaction share commensurate with our audience share, right? We still -- the vast majority of people thinking about buying or selling a home come to a Zillow Group real estate website, and still a very small percentage of those end up transacting on our platform, either with our partners or even smaller with Zillow Group services directly. And so there's a lot of room to grow. And again, those tailwinds of the demographic shift of people wanting to do this more and people wanting more digital tools and wanting more digital services and real estate, we think, set us up well to grow that.

We talked on the call last quarter about some tactical examples of what we're doing. Strategically, it's just about helping more and higher-intent customers find better ways to start their real estate journey on our platform and then connecting them with more and better high-quality partners that we're continuing to cultivate in our Premier Agent business.

And so we gave some examples of 3D touring adoption and making it easier to shop. We've talked a bunch about trying to make it easier and faster for customers to raise their hand and get connected to an agent more instantly and having tech really remove the friction of that process and then touring overall,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

whether that is 3D or whether that is physically and in person, being able to schedule that tour, work with a great Premier Agent to go see a house when they want. All those things help customers convert better because it helps them see things more on their terms and be more ready when they end up talking with our partners.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

That's great. I wanted to dig into the topic of touring a little more deeply. It was brought up as one element of the equation of driving higher quality connections and boosting close rates. Just curious if you could elaborate on that.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean the example I give, if you're a customer, think about what action you might want to take. You may not be sure what you need. You may need to get prequalified. You may just need to talk to an agent. Those are all actions you can take. Those are buttons you can push on our website, right? Scheduling a tour saying, "I want to go see this home. I'm pretty interested in this home," right, that gives customers an opportunity to get a feel for the type of the home better and more.

And so whether that's with an agent partner and they can schedule on their terms or whether that's letting themselves in the door themselves, right, with Zillow-owned homes, you can go see a home any time, that ends up leading to a higher-intent customer, right? And that higher-intent customer, maybe further down the funnel. And so if you're one of our great partners, you're going to help all of our customers navigate that process. But the more higher-intent ones come, the easier it is for them to help those buyers work, especially in a competitive real estate market. And so showing drives close rates because it's a higher-intent customer signal and it's a higher-intent customer action.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. That makes sense. So IMT margins are set to decline in the second half. Maybe could you talk a little bit about the drivers of that and where you're investing, if it's in Premier Agent. What features are you looking to build out?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean, as I said, it's still very early days, and we're still relatively small transactions there. So we're very focused on growing, growing both on the buying side and the selling side of our business. And so the investments we're making really, we intend to benefit both those businesses as we think about building out Zillow 2.0. And if you look through the volatility of the last year, we're guiding to about 1,000 basis points of growth over 2019. And the investments that we're making here are really around our entire 2.0 vision.

So it's improving the customer experience. We talked a bit on the call around 3D photos, floor plans, 3D tours. It's also about Zillow 360 and building out the integration of a more seamless and bundled offerings, right, having the customer who might want to trade in to Zillow or sell with a partner agent also work with us for their home loan and get connected with our partner agent on the buy side and investing in the tools and the platform to enable and make that more real.

So we expect these investments to deliver strong ROI and gross profit growth over time. But as we've talked about, it's still really early days. So investing to be able to build those services out and scale those to more customers is our focus.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. Talk a little bit about the potential for sell-side leads. This seems to be one of the opportunities enabled by the iBuyer business.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean we call it partner leads because it is both folks who don't want to sell to Zillow Offers, maybe wanting to list their home and folks who do sell to Zillow Offers, wanting to then go buy their next home, right? And so -- and that framing is important because, again, we're just trying to help movers move. And so when a mover comes and they need to sell, they need to buy, they need to finance, they need to close, we think about it more as how can we help provide multiple of those services to those movers.

And so that's where we get really excited about Zillow Offers because it really becomes the beachhead for that move. And we gave a stat on the last earnings call, about 40% of our purchase originations on the mortgage side in the second quarter were sourced from Zillow Offers, right? And that's customers raising their hands and saying, "Hey, I need to move. These are all the things I need to do, and I want to talk to you about selling my house. Can you help me with other things?" So partner leads, we think, fits really well into that suite. Again, whether it's the listing, if they don't end up wanting to sell to Zillow Offers, or helping that customer buy their next home or finance it and/or close those transactions.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. Maybe you could just briefly touch on the rest of the IMT segment and kind of how you're thinking about rentals at this point. And maybe any other parts of IMT that could be meaningful going forward?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean rentals continues to grow nicely, and we don't talk about it as much. It is a great stand-alone business, and we're excited about the growth and the potential there. Building the platform for renters, where there's more rental transactions than actually purchase transactions in the country every year and building that same digital transaction platform, whether that's helping people apply, helping landlords write the lease and collect payments and helping those folks connect with both our long-tail landlords and our multifamily professionals who are offering those at scale.

But it's also a really good integration opportunity in the real estate business because today's renters are tomorrow's buyers, right? And so a lot of our rental customers are looking at rental inventory. They're also trying to decide if they can afford to buy a house, they may be talking to our Premier Agents. They may be thinking about that rent-versus-buy decision. And even if they rent this year, they may buy in future years. So it's very strategic to us to think about it as one place. And if you think back to our vision of helping all customers move, this is the largest volume of moves. So we're pleased with the growth and the progress so far, and we've got a long way to go, both in building that platform and in building the integration into the real estate business.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Super. Okay. Let's switch gears and talk a little bit about the Zoffers business. And I think the company was able to really effectively rebuild inventory in the second quarter. And this was more of a challenge in 1Q. Maybe you could talk a little bit about what changed in the interim and how the company is getting better able to react to the current pricing environment with sharply rising prices.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean you hit on it. Some of the inventory growth timing was just based on the fastest home price appreciation we -- any of us had ever seen before and much stronger than both our internal and other third-party forecast we're seeing at the beginning of the year. So keeping up with rising home price

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

==appreciation, both on our acquisition side and then finding that price in the markets we're in, that continue to be a new and unique challenge coming out of pandemic.==

But I will say what we've learned is that this business, Zillow Offers, is a business that exists across all housing market cycles, right? And that's been a question that we've touched on over the past few years. Is Zillow Offers more interesting in a hot or a cold or a medium market? Zillow Offers is a really interesting opportunity for our customers in all markets.

Now what customers may value continues to shift, right? In a super hot market, it's not as hard to sell your house, yet we're still seeing record demand for Zillow Offers and services like us. And why is that? It's because customers -- those same customers are struggling to buy. And they need to fix and get the certainty of selling so they can both go -- go be a competitive buyer in a hot market, right?

Now in a cooling market, maybe that's not as much their focus, but the certainty is. And then underlying all that is the convenience factor of you have to live in this asset while you try and sell it and move. So we were really encouraged to see while we saw these incredibly hot markets, the strength and the appeal for Zillow Offers just continues to grow, and we're even more confident now that this is going to be a service really in all weather markets.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

That's great. Again, related to the long-term financial targets, just kind of in broad strokes, walk us through the steps to scale the business from where it is today, still relatively nascent to kind of a $20 billion annual revenue business. What -- walk us through the steps to get from here to there.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. It's a good question. And it's important to remember, as exciting as we get about Zillow Offers, and I think a lot of our investors get about Zillow Offers, it's still incredibly early. I mean we are basis points of market share in the country right now. And so that portends 2 big challenges. One is customer awareness and demand challenge. The vast majority of people haven't heard about this. And that's going to take time. You discover things, you tell your friends about them, you come to trust them and you ideally trust them from brands you know and trust like Zillow.

And then there's an operational challenge to that. So as we build to these new levels of scale, it requires even more technology, tools and automation to be able to deliver these services more quickly and more cheaply at scale, which then reinforces the flywheel of stronger offers to more customers, more transactions, begets more customers.

So both of those are challenges. ==I would say in the near term, for us, the operational challenge is more acute, just given we're seeing so much demand even with the low awareness and low trial of Zillow Offers and services like ours.== But over time, to get to that scale and then ultimately get to the long-term margin profile we talked about, we see both of them as really exciting challenges to go tackle.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Maybe more near term, what are the current demand signals you're seeing leading to that very strong 3Q guide? We noted your recent report on iBuyer transactions reaching about 1% of total in 2Q. That seems like an interesting milestone.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean the -- we're very focused on technology and scaling automation and operations efficiently, right? So we've talked a bit about doing that. Kind of what we call at the -- more at the top of the funnel and the pricing side where we're now able to put Zestimate offers on more homes, we're able to get customers an initial offer faster. But you're going to see other automation and technology opportunities

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that we're biting off across the ZO experience in the renovation and the holdings phase and also in the resale side, where we've just really started to scratch the surface on how can we make it not just more delightful and a better customer experience to buy one of these homes, but make it more efficient for this -- for the buyer and working with Zillow and our great partners when that happens. So we're really focused on how do we scale and build the technology to be able to deliver that to more customers.

And you're right. That report, it's super exciting, but it's super exciting to be at 1%. And 1% means we got 99% to go. So it is really early days, and it is really early days with customers. So you asked about demand. We're seeing increasing demand, and we're seeing more and more customers come to us and to our peer iBuyers. But if you ask most customers what this is, the vast majority don't know what it is. And some of these markets have started to really register and recall and want to try these things on their own.

But if you think about kind of unaided awareness, right, people who know what one of these services is and choose to go do it, that's still really low. And so over time, as that builds, we're really encouraged that we're seeing such strong trial of it almost opportunistically and in a latent fashion, let alone once customers know to go and try this and know this is the way they can do things.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. 2021 has seen Zillow really consolidate existing Zillow Offers markets. I guess in light of the nascency of the opportunity, why not expand more rapidly? And/or maybe help us think about what does the market expansion plan look like looking into '22?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. It's a good question. And we haven't put out any '22 guidance, but you're right. This year, we've been focused on growing within the markets we're in. And it's important to remember, the markets we're in represent about 25% of the U.S. housing stock. So while we, over time, believe this can be a service that is offered to the majority, to over 50% of the housing stock, and we will get there, right now, we're focused on getting operationally ready to scale and scaling out the operation and the customer offerings we have within the markets we're in.

So we will get there over time, and we haven't put out any guidance for the future. But you're seeing the growth from Zillow Offers just in the core markets we're in as we build the platform out, and then we'll be able to scale that platform to more and more markets and more customers.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. At the quarter, management talked about automating key workflows to support kind of a large-scale organization. Can you flesh that out a little bit for us? What are some of these workflows that you're applying software to?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean, if you think about the end to end assembly of helping a customer sell their home to a buyer, right, you think about having to get that home ready to sell, having to price that home, having to do work to the home, we obviously then have to hold the home and then go find the buyer. And you can think about applying technology and better scaled operations to really all phases of that process. And we've talked a bit about doing that with pricing and with our customer service and customer offering.

We haven't talked as much about doing that, once we take hold of the home and the renovation process and then getting that home ready to sell and then obviously, the sales process. You heard us talk a bit about the launch of our Zillow homes brokerage or the ability to internalize some of the workflow where we work directly with our buyers' agents and their buyers. And so starting to scale that to more markets. But just think about it as kind of where can we apply technology and operational scale across all parts of that.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We started to buy it off, obviously, the biggest places where we can make the most impact and pass those unit economic savings on to our customers in terms of stronger offers because as we reduce our cost, that can be a stronger offer for our customer we're buying home from. But over time, we're going to apply that same approach to really all parts of the operational cycle.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. How do you think about competition in iBuying? And curious if you think Zillow has just a fundamental customer acquisition cost advantage relative to some of the peers in the space.

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean we really believe in this strategy of kind of an integrated offering, both because it's a better customer experience. If you are moving, you have to sell, you have to buy, you have to finance, you have to close, you got to move, you have to coordinate all these things. And so if we can provide a more integrated service, it's more delightful. We also think it's cheaper and better for the customer and for Zillow, which then translates into a CAC advantage.

So we are very focused on building that integration for those reasons. And we do believe that having a brand you trust and then being able to talk to the customer for multiple things when they're coming to you for any one of those things begets that advantage. So especially in a world where it's so early and the awareness of these new services is so low, when we talk to customers about them, being able to do that the most efficiently and then being able to do that from a brand that they already trust with some of their move decisions, we think, really sets up well.

But again, I want to caution, like it is very early days, and these things take years. Often when we talk to investors, they want to see that progress happen overnight. And money can't make up for time in customers' minds, and customers have to try these things, especially in these low consideration infrequent categories where it takes a lot to get the word out in a brand-trusted way.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Absolutely. So getting the economics right at the unit level is really paramount for this business to be successful and to hit the kind of the long-term margin targets that you've laid out. Kind of -- can you talk about that? How are you feeling about the ability to profitably run the business, especially on some of those line items below gross profit at the unit level?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. It's a good question. And we talk about wanting to run the business at a plus or minus 200 basis point guardrail on the unit level. And in Q2, we saw unit economics of nearly 600 basis points, I think 576 basis points. And so yes, a good chunk of that is home price appreciation, right, in the market. And you saw that in HPA itself, but also in kind of holding costs correlated with the velocity of sale.

But some of those unit economic improvements are durable, right? The work we're doing on more dynamic renovations, the work we're doing on selling costs as our homes brokerage improvements roll out more gradually, you're going to see us book those improvements as unit economic savings to the unit and be able to pass those back on to the customer and eventually to the bottom line.

So we feel great about the ability to get to scale. We are -- we want to obviously remind folks that our goal in the midterm target of the $20 billion run rate is not the profit target, right? The profit target is sort of at scale beyond that. And the reason for that is, again, getting the word out to the customers and helping ZO be the beachhead for all these adjacent services while also being a great business is our goal. And so it's why we're so focused on building the operational capacity we need, starting to build the demand that we need with our customers and then rapidly scaling that to more customers.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Got it. Let's switch gears from Zoffers and talk about the mortgage business a little bit. It seemed like the decline in refi activity was a short-term headwind in the second quarter anyway. But balanced with a very solid contribution from Zoffers. Maybe can you help us think through some of the near- and long-term drivers of this business?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. And the way I always talk about mortgages is people love to shop for a home, they don't love to shop for a mortgage. But they have to, right? And it's the most important part of the home that they love to shop for. And so we have a pretty strong belief that this becomes highly integrated in the transaction. And that's what we're focused on.

And we've been talking about that for a while now, building the factory, right, the loan factory, both the technology stack, the customer experience, the great loan operations that the team is off building so that it can plug into the things our customers want to do. Go back to that Zillow Offers customer I keep talking about who shows up and wants to trade in their home, they need to buy their next home. They have to get prequalified for a loan. They have to find a great partner to shop with and decide which home they're going to fall in love with, then they need an integrated transaction platform to close on both those transactions, right?

Well, the mortgage is one of the most fundamental parts of that, and being able to offer that to those customers when they show up to buy and to sell is what we're focused on. And so it's still very small, and we're focused on building the factory. But as we talked about last quarter, you're seeing some of the seeds of that start to show in where the purchase volume is coming from, right? 40% of our purchase volume last quarter came from our Zillow Offers funnel and our Zillow Offers customers. And so we're really excited to see that as an early signal of what the growth could look like as we build this more integrated, more efficient solutions.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Okay. Super. Maybe you could talk a little bit about the new focus around gross profit. And why is this a better gauge for the performance of the business?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean for us, it's about just seeing the business the way we want our customers to see the business, right? We're seeing transaction on these integrated suite of services. People trust our brand, and we're seeing that customers ideally want the full-service bundle or at least multiple services from us when they come in one of those various doors, right, to the company.

And so we think gross profit dollar is the right way to align the way we manage the business with how we want to serve our customers. And then it also lets us express -- as we win more customers and as customers start to use multiple services from us, we can then show how the gross profit dollar growth ties to the secular growth and the transaction growth we're trying to drive across what are right now sort of disparate services.

But again, back to that customer view, they're not disparate services to a customer, right? To someone who has to sell and buy and finance, they want to get that transaction done. And if we can participate in more of those transactions and then more parts of that transaction, that's what that gross profit is intended to represent.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Super. Jeremy, maybe you could talk a little bit about the capitalization of the business. There's approaching $5 billion in gross cash on the balance sheet. How much is enough? How should we think about that going forward?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. Well, I mean, I'm low to make any predictions given the last 2 years, we've gone through a global pandemic and almost a real estate shutdown. But I would just say a strong balance sheet serves us well. And actually, I think that's a really good example, right? It served us well during the credit fears. The [ initial state was in the ] pandemic, when we weren't even sure if transaction could happen, and we were talking about sort of company health at the balance sheet level.

And we are excited to have just closed our first securitized debt investment product to continue to funding Zillow Offers growth. That's going to be cheaper and deeper and longer-term capital source on the debt side for the ZO business. So we're going to always look for ways to appropriately capitalize the business in the future, but we feel really great about the strong balance sheet we have and the progress we're making on the debt facilities in the ZO side.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

Super. I think we're almost out of time, but maybe just in our final minute, any concluding thoughts as you look into the second half of this year and '22? What are you most excited about?

**Jeremy Wacksman**
*Chief Operating Officer*

Yes. I mean I'm excited about a lot of what we just talked about. I'm also excited about remote and flexible workforce and the work that Zillow is doing there to help both recruit and retain some of the best folks to build towards the Zillow 2.0 future. Rich and team have talked a lot about that. But giving our employees the ability to be flexible and work from the office when they want and have to -- and work not from the office when they don't want, that's really helped us, I think, grow in scale. And we are hopeful that it will continue to allow us to attract a world-class and a diverse team to best serve our customers.

**Thomas Steven Champion**
*Piper Sandler & Co., Research Division*

That's awesome. Jeremy Wacksman, COO of Zillow, thanks so much for joining us today. This was terrific.

**Jeremy Wacksman**
*Chief Operating Officer*
Great. Thanks for having me.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 6

**S&P Global**
Market Intelligence

# Zillow Group, Inc. NasdaqGS:ZG
# FQ3 2021 Earnings Call Transcripts

## Tuesday, November 02, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.17 | - | - | 0.13 | 1.17 | 1.33 |
| **Revenue (mm)** | 2005.60 | 1736.64 | ▼ (13.41 %) | 1959.26 | 6515.17 | 9252.68 |

Currency: USD
Consensus as of Nov-01-2021 12:10 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2020** | 0.28 | 0.41 | ▲ 46.43 % |
| **FQ1 2021** | 0.25 | 0.45 | ▲ 80.00 % |
| **FQ2 2021** | 0.23 | 0.13 | ▼ (43.48 %) |
| **FQ3 2021** | 0.17 | - | - |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................................... | **3** |
| **Presentation** | .......................................................................................... | **4** |
| **Question and Answer** | .......................................................................................... | **10** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Allen W. Parker**
*Chief Financial Officer*

**Bradley Allen Berning**
*Vice President of Investor Relations*

**Richard N. Barton**
*Co-Founder, CEO & Director*

## ANALYSTS

**Andrew M. Boone**
*JMP Securities LLC, Research Division*

**Bradley D. Erickson**
*RBC Capital Markets, Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

**Ryan McKeveny**
*Zelman & Associates LLC*

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Ailee, and I will be your conference operator today. At this time, I would like to welcome everyone to the Zillow Group's Third Quarter 2021 Conference Call. [Operator Instructions] Please note, this event is being recorded. Thank you.

I would now like to turn the conference over to Brad Berning, Vice President, Investor Relations. Please go ahead.

**Bradley Allen Berning**
*Vice President of Investor Relations*

Thank you. Good afternoon, and welcome to Zillow Group's Third Quarter 2021 Conference Call. Joining me today to discuss our Q3 results are Zillow Group's Co-Founder and CEO, Rich Barton; and CFO, Allen Parker.

During the call, we'll make forward-looking statements about our future performance and operating plans based on our current expectations and assumptions. These statements are subject to risks and uncertainties, and we encourage you to consider the risk factors described in our SEC filings for additional information.

We undertake no obligation to update these statements as a result of new information or future events, except as required by law. This call is being broadcast on the Internet and is accessible on our Investor Relations website. A recording of the call will be available later today.

During the call, we will discuss GAAP and non-GAAP measures, including adjusted EBITDA, which we refer to as EBITDA. We encourage you to read our shareholder letter and our earnings release, which can be found on our Investor Relations website, as they contain important information about our GAAP and non-GAAP results, including reconciliations of historical non-GAAP financial measures. In addition, please note, we will refer to our Internet, Media & Technology segment as our IMT segment.

We will now open the call with remarks followed by live Q&A. And with that, I turn the call over to Rich.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Thanks, Brad. Good afternoon, everyone. We appreciate you joining us today. This afternoon, we announced financial results for the third quarter and, most notably, our decision to wind down our Zillow Offers operations, which will unfortunately involve a reduction in our workforce of approximately 25% over the next few quarters.

This decision was not taken lightly, especially considering the hard work and commitment from the Zillow Offers team. But ultimately, we determined that further scaling up Zillow Offers is too risky, too volatile to our earnings and operations, too low of a return on equity opportunity and too narrow in its ability to serve our customers, a tough but necessary determination.

Before getting into the results for the quarter, I'd like to explain our logic. As you've heard numerous times from me on these calls, our vision is to help people unlock life's next chapter. We are uniquely well positioned to deliver on this vision, given our audience, our brand and our profitable and growing core business. In service of this vision, we are innovating on products and services that allow us to evolve from a search and find company to one that is directly helping our customers transact and move. We call this Zillow 2.0 and it firmly remains our vision today.

We've made many investments towards Zillow 2.0, one of the biggest being Zillow Offers as a way to provide a compelling product offering for home sellers. When we decided to take a big swing on Zillow Offers 3.5 years ago, our aim was to become a market maker, not a market risk taker. And this was

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

underpinned by the need to forecast the price of homes accurately 3 to 6 months into the future. We used historical data and countless simulations to test this belief. We set unit economics targets that required us to stay within plus or minus 200 basis points in breakeven, holding ourselves accountable to these levels publicly with you all.

Yet in our short tenure operating Zillow Offers, we've experienced a series of extraordinary events: a global pandemic, a temporary freezing of the housing market and then a supply-demand imbalance that led to a rise in home prices at a rate that was without precedent. We have been unable to accurately forecast future home prices at different times in both directions by much more than we modeled as possible, with Zillow Offers unit economics on a quarterly basis swinging from plus 576 basis points in Q2 to an expected minus 500 to minus 700 basis points in Q4.

Put simply, our observed error rate has been far more volatile than we ever expected possible and makes us look far more like a leveraged housing trader than the market maker we set out to be. We could blame this outsized volatility on exogenous black swan events, tweak our models based on what we've learned and press on. But based on our experience to date, it would be naive to assume unpredictable price forecasting and disruption events will not happen in the future.

Because of the price forecasting volatility, we have also had to reconsider what the business would look like at a larger scale. We have offered sellers a fair market price from the start, but we've also been clear that the business only becomes consistently profitable at scale. With the price forecasting volatility we have observed and now must expect in the future, we have determined that the scale would require too much equity capital, create too much volatility in our earnings and balance sheet and ultimately result in a far lower return on equity than we imagined.

We have also experienced significant capacity and demand planning challenges, exacerbated by an admittedly difficult labor and supply chain environment. The combination of these factors has caused a meaningful backup in our processing of homes in the Zillow pipeline, which we announced 2 weeks ago. We judged future significant volume volatility to be a tough impediment to ramp a scaled operation, and any interruptions in the supply chain like we recently experienced will result in increased holding times, further increasing our exposure to volatility and lowering our return on equity.

A final factor in this wind-down decision is that to date, we have been able to serve only a limited number of customers. We've been able to convert only about 10% of the serious sellers who ask for a Zillow Offer, and we have tended to disappoint the roughly 90% who didn't sell to us. Given our hard-earned position at the top of the seller funnel with 220 million-plus average monthly unique users and the popularity of this estimate, there are better, broader, less risky, more brand-aligned ways of enabling all of our customers who want to move.

So these are the essential components of our wind-down logic. Our price forecasting accuracy was far more volatile than we planned for and was further exacerbated by unpredictable black swan-type events. And that volatility contributed to operational volatility and cash flow and balance sheet volatility that is beyond the tolerance level that we are comfortable with moving forward. Lastly, we believe this is an opportunity to refocus and more broadly address a wider audience of customers with more asset-light solutions.

Of course, the natural question is, what's next? Before I get there, it's worth highlighting how strong our core business is, which has thrived while we poured its profits into our ZO iBuying operation. Over that investment period, we expect IMT segment revenue to increase 57% from a reported $1.2 billion in 2018 to $1.9 billion in 2021 at the midpoint of our outlook range. Further, we expect IMT segment-adjusted EBITDA to increase by nearly 3.5x from $240 million in 2018 to $833 million in 2021 at the midpoint of our outlook range.

So we start the what's next conversation from a position of strength because of how the core business has performed. As we move forward, we remained focused on the same key areas, all with the end goal of helping turn dreamers into movers.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First and foremost, we are going to continue to create engaging experiences that attract people to our apps and sites in droves on a daily basis. Most prominently, we believe our ability to continually improve this estimate to be fundamental and foundational to our top-of-funnel audience and brand advantage.

As those that dream with us start to shop with us, we will continue to evolve our capabilities to make our shopping experience more digital and less friction-filled. Now that ShowingTime is officially part of Zillow Group, we will go to work on solving another pain point for home shoppers and agents, the cumbersome process of scheduling a tour. The touring opportunity is spiritually similar to the opportunity we pursued with our Connections program back in 2018.

Removing friction and streamlining communication between home shoppers and agents was one of our first steps towards a better and more integrated home shopping experience. We expect ShowingTime will help us enable another.

Coupled with the frictionless shopping experience must be capable partners, internal operators and seamless tools and technology to service our customers. For our Premier Agent business, that means continuing to work with high-performing partners to convert -- that convert our high-intent shoppers into movers. For Zillow Home Loans and Zillow Closing Services, that means continuing to enable integration on our moving platform.

Zillow 360 is an example of the potential golden path for our customers, a seamless move through shopping, connecting, selling, buying, financing and closing, a single place for all customers moving needs. The change necessitated by today's announcement is the evolution of how we will help a customer sell her current home. Before today, the selling option was overly focused on Zillow Offers and was able to serve only a small number of our available customer set. Going forward, we will have the ability to plug in multiple, more scalable solutions to offer better customer choice.

Instead of a sole focus on solving the seller's pain point by purchasing from her ourselves as the primary through Zillow Offers, we will expand our view and explore our marketplace as selling solutions that give her certainty and convenience all while addressing the broader opportunity. In solving for her move, however, we plan to focus on solutions that are asset- and capital-light for Zillow.

We can still offer choice, simplicity, speed and convenience. We will be open-minded about our exploration into providing these sell solutions ourselves and/or through partners. Both are interesting. And rather than having to buy her home to help her sell, we are now simply going to help her sell.

We are confident our current and future technology platform and tools will enable us to deliver an increasingly integrated digital and seamless experience via our own services and through partners. We continue to be in a competitively advantageous position due to our audience, our brand and our healthy and profitable core business. We see opportunity in using our learnings from Zillow Offers, our tools and our capabilities to broaden our seller focus beyond only iBuying. Further, we look forward to using these same tools and services to increase conversion and attach rate in our large home buyer funnel.

For perspective, Zillow overall still only participates in a mid-single-digit market share of transactions today despite being used by almost every shopper, dreamer, renter, financer and mover in the country. The opportunity continues to be very large to drive growth with higher conversion and to increase the depth, number and integration of the services we offer our customers.

Before I close and hand it over to Allen, I'd like you all to know how personal this is for me. I am Founder and first money into Zillow 16 years ago and I'm the largest individual shareholder. I distinctly remember brainstorming to come up with the name of the company with my Co-Founder, Lloyd, and then buying zillow.com for $8.95 on GoDaddy all those years ago.

It weighs heavily on me that our strategic decision to wind down the Zillow Offers operation after 3.5 years involves having to let about 25% of our great colleagues go over the coming quarters. I'm sorry for how difficult and disruptive this will be. I am grateful to them. They have worked hard and will be missed. We are committed to providing a smooth transition for those affected.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The decision was tough but absolutely necessary, given the capital risk and volatility that is now obviously inherent to the Zillow Offers iBuying business. After careful assessment and volatile earnings, instead of doubling down on a single capital-constrained risk-heavy solution, we will focus on the broader problem, helping people move, and we continue the mission of having solutions that can be accessed by everyone moving, not just a narrow set of folks who have to negotiate with us as the primary buyer, leaving most unsatisfied when we can't come to terms.

We are lucky to have a strong and growing core Marketplace business from which to invest moving forward. We are lucky to have a courageous team who have helped us on our journey and the strong culture of innovation that encourages taking big swings, but also is clear-eyed when we miss. We are lucky to have a deep untapped well of opportunity for innovation in our massive user base, partner network and trusted brands.

And finally, as a shareholder, I am lucky to have fellow investors who will appreciate both the necessity and the opportunity in this decision. Thank you. I will now turn the call over to Allen for his comments. Allen?

**Allen W. Parker**
*Chief Financial Officer*

Thank you, Rich. You've heard a lot about Zillow Offers, but we should not lose sight of the strong core business results we continued to produce in Q3. Zillow Group reported Q3 results for our IMT and Mortgages segments as well as Premier Agent revenue within or above our previously provided revenue and EBITDA outlook ranges. Premier Agent revenue growth of 20% year-over-year remains strong. IMT segment EBITDA margin of 43.1% was better than expected. Our Mortgages segment revenue grew 30% year-over-year to $70 million, exceeding our outlook range.

Moving into more detail. Q3 IMT segment revenue was $480 million, growing 16% year-over-year and 43% on a 2-year stacked basis compared to Q3 of 2019. Our IMT segment revenue growth continued to benefit from our Premier Agent business. We continue to execute on making better connections between our high-intent customers and high-performing agents, driving higher monetization.

Turning to other revenue within our IMT segment. Our Rentals business decelerated primarily due to a difficult comparison in Q3 as a result of abnormal seasonality in 2020. Rentals revenue also underperformed our expectations as we incurred headwinds related to high rental occupancy rates, which tempered advertising demand. IMT segment EBITDA was $207 million in Q3, exceeding our outlook. The IMT segment EBITDA margin outperformance was driven by increased operating efficiency as well as less than previously planned second half overall Zillow brand marketing spend.

Mortgages segment revenue increased 30% year-over-year in Q3 to $70 million, and Mortgages segment EBITDA was a positive $5 million compared to the midpoint of our outlook range of a loss of $9.5 million. Total loan origination volume was up 115% in Q3 year-over-year and up 25% sequentially from Q2, driven by growth in our loan originations business. Purchase loan origination volumes was up 119% and refinance loan origination volume was up 113% year-over-year.

Now to address a few more details in our Homes segment and Zillow Offers business. We reported Q3 Homes segment revenue of $1.2 billion, below our outlook range of $1.4 billion to $1.5 billion. We reported Q3 Homes segment EBITDA loss of $381 million, below our outlook range, impacted by $304 million of an inventory write-down. The revenue miss was primarily driven by capacity constraints as we overestimated our ability to quickly scale operations in addition to industry-wide renovation labor supply constraints. This resulted in a shift in home closings into Q4 that were previously expected to close in Q3.

For clarity, I want to provide some additional details behind the inventory valuation process and the recognition and timing of losses. For inventory on our balance sheet, at period end, we compare our cost basis, our purchase price of inventory and other capitalized inventory costs to the estimated net realizable value, our estimated future selling price of those homes less estimated cost to sell.

This resulted in the recognition of a $304 million inventory write-down included in Homes segment cost of revenue in Q3. We expect to recognize additional inventory losses in Q4 of approximately $240 million to

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

==$265 million. These estimated losses primarily relate to homes that were under contract to purchase as of the end of Q3 that we expect to acquire during Q4 and that we expect to resell for less than purchased.==

The Zillow Enterprise remains in a strong position with more than sufficient liquidity to weather the impact of home purchases in Zillow Offers in Q4. We ended the quarter with $3.2 billion in cash and investments. We expect the net effect of the wind-down of Zillow Offers to be at least cash flow-neutral in the aggregate.

We believe the wind-down will leave us in a strong position to invest in more scalable customer solutions that are less capital-intensive as we execute our Zillow 2.0 vision and make strategic long-term investments. Our expectation is that we will be a positive earnings and positive cash flow company with our revised product strategy once the wind-down is complete.

In addition to what I've just discussed, we expect the following in relation to our wind-down plan. As disclosed in the Form 8-K we filed earlier this afternoon, in addition to the inventory losses we expect to record in Q4, we expect to record additional pretax charges of approximately $175 million to $230 million related to the wind-down of Zillow Offers operations, primarily in Q4 and the first half of 2022.

These charges are expected to include certain employee retention and termination costs, cost to exit contractual obligations, including borrowing and lease arrangements and write-offs of long-lived assets. We expect unit economics to be between negative 500 to negative 700 basis points before interest expense in Q4 as informed by our Q3 inventory write-down and Q4 outlook.

As a result of homes already under contract but not yet purchased as of the end of Q3, we expect to continue to grow our inventory balance during Q4 and then expect inventory to begin to decline in future periods. We expect to sell most of the remaining homes inventory primarily by the end of Q2 2022, with a small number of homes remaining thereafter. This implies that we will invest cash and inventory during Q4 as our inventory balance grows, and we'll begin to see cash flow back to Zillow as our inventory levels decrease through the first half of 2022.

Turning to our outlook for the fourth quarter. In our IMT segment, we expect 13% year-over-year revenue growth in Q4 and 50% growth over Q4 2019 at the midpoint of our outlook range. Within IMT segment, we expect Premier Agent revenue to be between $354 million to $362 million, up 14% year-over-year and up 53% over Q4 2019 at the midpoint of our outlook. We expect Q4 IMT EBITDA margin to be 42% at the midpoint of our outlook, roughly flat sequentially from 43% in Q3.

Our outlook includes our plans to continue to invest in staffing and technology in Q4 to drive our 2.0 vision, including things like touring, bundling products such as Zillow 360, expanding 3D photos and floor plans along with continuing to invest in integrating Zillow 2.0 products.

Separately, we closed our acquisition of ShowingTime on September 30, which will be included in our IMT segment results beginning in Q4. We are beginning to integrate ShowingTime's platform and are excited about the opportunity to better serve our customers and partners. We plan to invest further in innovating ShowingTime's solutions to better serve the entire industry.

In Q4, we expect our Homes segment revenue to be between $1.9 billion -- we expect Homes segment revenue to be $1.9 billion and EBITDA to be a loss of $348 million at the midpoint of our outlook range. As I mentioned earlier, we expect to record an additional loss in Q4 of between $240 million and $265 million primarily related to the homes under contract to purchase as of the end of Q3 that we expect to purchase in Q4.

During Q4, given our resale capacity constraints, we expect our inventory balance to grow and then decline beginning in Q1 of 2022. We expect there could be a wide array of results in Q4 for our Homes segment as we work to free up operational and renovation capacity and pursue various resale strategies as we seek to protect the value of our assets and optimize our wind-down while respectfully managing our people.

We expect our Mortgages segment revenue to be between $47 million to $52 million in Q4, which is down sequentially from Q3. Our Q4 outlook reflects slower industry refinance activity from the recent move

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in interest rates, slight compression in gain on sale spreads and slower growth in purchase originations impacted by the wind-down of Zillow Offers operations. As a result of lower sequential revenue and continued investments to grow mortgage originations, we expect Mortgages segment EBITDA to be between a loss of $16 million and $11 million in Q4.

While we are in the midst of 2022 planning, we wanted to share that we are focused internally on continuing to drive secular growth faster than the industry. We do want to highlight that during 2021, our Premier Agent business has outgrown the industry in each quarter and expect the business to continue to do so in our Q4 outlook. While there are near-term cyclical pressures on some of our other Marketplace businesses, we are hard at work with initiatives to drive growth regardless.

We are also well positioned with our strong traffic in our other IMT marketplaces to benefit as rental and new construction supply and demand imbalances normalize and when these advertising pressures subside. We have a large audience but a significant growth opportunity with only approximately mid-single-digit market share of industry transactions. Progress on improving connections and showings as well as the customer dream, shop, buy, sell, rent and finance experiences are among the numerous tangible initiatives we are delivering to continue to drive secular growth to connect more high-intent customers with a growing mix of high-performing partners.

As we look forward, my priorities remain focused on innovating and executing on behalf of our customers and partners, and I look to ensure an orderly wind-down of Zillow Offers operations, rightsize our cost structure and improve productivity to drive a profitable, scalable and positive cash flow company, drive prioritization to invest in sustainable top line growth opportunities across the company, including new integrated services that are more scalable, less subject to earnings volatility and more capital efficient. And with that, operator, we'll open the line for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today comes from Brad Erickson with RBC Capital Markets.

**Bradley D. Erickson**
*RBC Capital Markets, Research Division*

So a couple of questions. One, I recognize, Rich, you've explained things in the shareholder letter and on TV a few minutes ago. But I think people really want to understand just the mechanics maybe a bit better of what went wrong here, particularly in the bidding. So let's start there, and then I have a follow-up.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes. Brad, thanks for the question. We were -- fundamentally, we have been unable to predict future pricing of homes to a level of accuracy that makes this a safe business to be in. We hadn't modeled this kind of pricing market nor supply market to even be possible when we got the business going. And we've seen all this volatility in both directions right now in the wrong direction.

And we're still at a scale that is small compared to what it needs to be. And so as we put our minds in the state of, all right, we've got these new assumptions that we'd be naive not to assume will happen again in the future, we pump them into the model and the model cranks out a business that has a high likelihood, at some point, of putting the whole company at risk, not just the business, but in the more normal case, just causes a ton of volatility in earnings, which is not a great look for a public company.

That's -- basically, that's what it boils down to. There's capacity issues, et cetera, that we can talk about, that we've had internally and externally on the backdrop of a really tight environment. What it boils down to is our inability to have confidence in pricing in the future, enough confidence to put our own capital at risk then we don't have to.

**Bradley D. Erickson**
*RBC Capital Markets, Research Division*

Got it. And then I guess the follow-up is you mentioned looking to expand solutions to work with sellers in different ways despite no longer doing iBuying. So I guess the question is, can you just, I guess, expand on some of those tools that you might engage with for those sellers with this new shift in strategy?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, okay. So most -- I don't want to say all, it's probably not all, but it's certainly most sellers in the market, even when they're at the very early stages of selling, maybe we'll call it dreaming, transitioning to selling, they show up in our apps. They look at their estimate. They start talking to people. They start looking at comps and consuming information. We have a lot of very interesting, highly engaged touch points that -- with these customers.

And we've learned a whole lot about transitioning that life touch into a conversation. In doing Zillow Offers, we've learned a ton about that. And so whether the front door is through the Zestimate or through a request for prequalification or looking for an agent or just wanting advice, we have a lot of ways to take a customer conversation from a kind of a shallow one to an advisory conversation.

And we look forward to being able to now refocus more broadly on that, that set of customers rather than basically having one really, really having the organization and all our profits from the core business focused on that one thing to sell in the store. We only have kind of one thing to sell in the store in our iBuying operation. This is going to free us up from having to think so narrowly. We think that these are still interesting solutions, but it frees us up from having to think so narrowly and we can capitalize on a broader opportunity.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Operator**

Our next question comes from Ryan McKeveny with Zelman & Associates.

**Ryan McKeveny**
*Zelman & Associates LLC*

Rich, I want to focus again on kind of the what's next for Zillow. So if I just think about the evolution to Zillow 2.0 and the efforts to build a more integrated experience, obviously, the last few years, iBuying has been a big piece of that, longer-term vision of getting the Zestimate effectively to a live bid. And to Brad's question, you mentioned being committed to creating that integrated experience still, solving pain points, doing so asset and capital light.

I guess just asked slightly differently, I mean, big picture, Zillow has always been mainly a platform that's monetized the buy side. And I think a lot of people looked at iBuying and said, this is opening up that sell-side opportunity. So maybe it's the same question twice, but how does this play out on the sell side going forward? What's next in that regard? What's the strategy to really drive this so it's not just viewed to be a buy-side monetization vehicle and really capture what should be a significant opportunity on the sell side?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes. Thanks for the question, Ryan. I'll -- I won't just give the same answer, but it's -- there is a much more interesting scope of an answer and your focus on unlocking the sell side is where I'll land or I'll start and then Allen or anyone can jump in. But look, our dream of basically making the transaction a lot easier breaks down into -- for sellers who are moving, breaks that down into a whole lot of pain point components, okay? And those pain points that we're trying to use our technology to solve for start with simply shopping on the site and looking at listings.

And one of the big things that we have invested a lot of people and R&D in is making that shopping experience much more immersive 3D, digital floor plans and giving shoppers a much more realistic sense for what the home is like. So we have a big investment there and that kind of came from this effort. We just closed the ShowingTime acquisition, which is a way for us to look at creating a touring reservation system. This is another big pain point for movers and shoppers when they're just trying to arrange to go see homes in the flesh.

And with ShowingTime, we have an opportunity to turn that into a much better experience and give us a chance to actually sell some things to those customers who are in that process, which is a really interesting opportunity.

Next, the mover, the seller might want to pre-qual for the next mortgage or get a mortgage. Next, we want to route documents and do closings and title and escrow all integrated into the same fluid experience. So we have invested in -- those are just a few of the steps. But we've -- because of our -- because of Zillow Offers and our focus on the sell side of the market that you're talking about, we have invested in each one of those components and with our technology, we have an opportunity to stitch these things together in a way that very few are going to have the opportunity to do it.

So the seller -- the Rubik's Cube of unlocking the seller is a really interesting challenge. It turns out that a whole bunch of buyers are sellers, too, so there is a pretty heavy overlap between buyers and sellers. And we firmly believe focusing on the transaction will provide a ton of growth for us.

**Allen W. Parker**
*Chief Financial Officer*

I'll just touch on that, most sellers are buyers. One of their friction points is freeing up equity in their current home. Obviously, iBuying provided an opportunity for that with us as a counterparty purchasing the home, but there are a lot of other proptech and opportunities for us to look at ways to free up that equity and help that seller move into their next home that are less capital-intensive and can provide that seller with possibly more value as they list their home but with similar certainty or at least less friction.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we believe that there will be quite a few different call to action to help sellers as they dream into that next home but just that are not the counterparty of us negotiating with that seller only. And as Rich mentioned, only about 10% of those sellers actually took our offer.

**Ryan McKeveny**
*Zelman & Associates LLC*

Got it, okay. And my second question, I just want to clarify what you're saying about the overall kind of macro home price environment. So most of the measures that are out there of CoreLogic Case-Shiller or any of the home price indices, generally, it seems to be an environment where price is still going up, albeit at a much slower pace than what had been happening.

So I guess to take a step back to the macro side of things, you talk a lot about the volatility and the unit margin swing. I just want to make the question, how much of that is related to, again, the forecasting side of things potentially being too optimistic versus a very volatile swing in natural prices within the broader housing market at this point?

**Richard N. Barton**
*Co-Founder, CEO & Director*

It was -- forecasting volatility, Ryan, is the short answer.

**Allen W. Parker**
*Chief Financial Officer*

Yes, the way I would describe it, Ryan, is that as we came into the first half of the year and then into the second half and we made the decision to go ahead and grow, given our Q1 performance, we made a decision that we needed to increase our acquisition pace, and we -- and our models -- our forecasting process, I should say, at that time, was not keeping up with that rapid rate of HPA increase that was occurring.

And as we went into the second half of the year, HPA still continues to increase and we believe that there's still a strong market but the rate of increase declined significantly. So there was this volatility that Rich talked about that was way outside of the normal distribution you would expect. And that's where I think our pricing forecasting accuracy was less than we had expected. The volatility was higher, maybe it's another way of saying it.

And so we still believe that the -- and I could talk more about the write-down, but the assets are valuable, the market's still strong, but we ended up with that volatility agreeing to prices that are going to be higher than what we expect to sell those houses for less selling cost.

**Operator**

Our next question comes from Brent Thill with Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Rich, you're blessed with a really high-margin IMT business, and many have asked the sustainability of that margin profile going forward. Can you talk to what this environment does, if anything, to the margin profile of that core business as we head into '22?

**Allen W. Parker**
*Chief Financial Officer*

Rich, do you want me to start with that and you can jump in?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, please, Allen. Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Allen W. Parker**
*Chief Financial Officer*

Yes. So as we reported coming out of the pandemic in the second half of 2020 and then coming into the first half of '21, we've seen margins that have been in the 46%, 47% range. I think at the midpoint of our outlook this year, 44% is our margin rate for IMT. 42% is the margin rate for this quarter. We think the 42%, 43% margin rates are durable, tight margins.

And that's with a level of investment that still allows us to do some of the things I talked about in my prepared remarks in terms of touring and continuing to drive higher-intent customers to high-performing agents.

When I look at the IMT business and I look at the growth opportunities, again, we participate in a very small number of transactions. We continue to make progress on connecting these customers to high-performing agents and improving conversion and so there's a lot of opportunity for growth. We believe we can leverage that growth, which is why I feel comfortable that some of those margin rates are durable going forward.

I do think we'll reserve the right, over time, to invest because we're long-term focused, not just short-term focused. But these margin rates of 40% to 42%, in that range, I believe, are durable margin rates for this business. And I believe that the top line, as we mentioned, we believe can continue to grow faster than the industry.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Well said, Allen.

**Brent John Thill**
*Jefferies LLC, Research Division*

Great. And can I follow up one with Rich? Just last quarter, we all heard you kind of commit and say you had increasing support for the business in that every quarter that passed, you had more conviction. And then all of a sudden, the record scratches this quarter and we understand that things change.

But what was it versus last quarter to now that really changed your perspective? Was there 1 or 2 events that triggered? Or just -- I think everyone was trying to reconcile what you said last quarter to what just happened and sort of go back as well on that, but I want to make sure we truly understand what you were meaning there.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Well, extraordinary volatility in our earnings and this big markdown on a relatively low volume of units, coupled with us running into internal and external kind of capacity and labor constraints basically brought into high relief and forced us to recognize the inherent risk that exists in the iBuying operation. It's almost as simple as that.

I mean, we could have -- we could solve our forecasting problems in most markets, for sure, and we can solve our operations problems. But what we can't solve is what the model is going to tell us about how much capital we need to raise, deploy and risk in the future in order to achieve a scale that we think is necessary to offer a fair price to customers for their homes in a competitive way.

We have been offering a fair price now while we've learned the business, but in order to get the scale economies, we have to get a lot bigger. So the score has changed a lot this quarter, but if we're 10x, 20x the size we are now, it's just -- it doesn't compute.

And look, that's what happened. And luckily, our calculus is different. We built Zillow Offers on top of an incredibly strong core business that has grown tremendously while we've been taking a big swing on

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Zillow Offers. And it's that strong core business that gives us such an enviable position in the upstream in the customer funnel.

That's what happened. It's not actually all that complicated logically. It is complicated emotionally because of the people ramifications of our decision to wind it down. So that's where it gets you.

**Operator**

Our next question comes from Mark Mahaney with Evercore ISI.

**Mark Stephen F. Mahaney**
*Evercore ISI Institutional Equities, Research Division*

Two questions, please. First, do you think that there's any change in dynamics with real estate agents? Was that at all a factor in your decision? And getting out of the Zillow Offers, would you expect that to have any impact on relations with professional real estate agents across the industry? And then secondly, just talk -- double-click on the mortgages business and the path to potential robust profitability or if there is a path and how you get there.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Do you want me to start, Allen?

**Allen W. Parker**
*Chief Financial Officer*

Yes.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Okay. We have a really large partner network in our agents, Mark, as you know. We have helped them really -- have helped the ones who partner with us and get on board with our program to really drive their businesses. So we've had great relationships with them. We continue to -- some may see this as a sign of one thing or another. But honestly, we're really focused on innovating for customers and bringing new customer solutions to market. And as long as we're doing great things for customers, we know that partners will be there to be with us. So that's kind of how we think about that. The second part of the question, Allen, maybe?

**Allen W. Parker**
*Chief Financial Officer*

Yes, I can take that, Mark. And I guess what I'd say is that we're glad that we have the ZHL mortgage business and mortgage marketplace business. We built the factory over the last 2.5 years or so initially off of refinancing and we showed that we can close loans on time and satisfy customers. And we have shown our ability to be profitable with enough volume.

Now as we came into '21 and the refi volume slowed down, when the volume goes down below a certain level, we start to see this investment we're making in our loan purchase originations business show through as investment versus profit. But as shown in Q3, $70 million of revenue, 32% of our funded loans were purchased, that's up 600 basis points from the quarter prior.

Now 70% of those were leads from the Zillow Offers business. That gives us comfort that financing is a very important part of the moving process and that having a financing factory that could help serve our customers in a variety of ways is a capability that we must have as we think about serving our customers as they move.

And that as we get volume, we're able to generate profitability that you would expect from a purchase company or, I should say, a mortgage origination company as that volume grows. So we may see a little bit of choppiness as we go into Q4 and Q1, but there's a lot of opportunities for us to present and provide

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our customers with pre-qualification and eventually pre-approval and to work with our partner base in using our ZHL as the loan origination. And so we're, Rich, you can add anything, but we're excited to have this capability.

**Richard N. Barton**
*Co-Founder, CEO & Director*

That was really a thorough answer. I mean, maybe one summary point, and just to remind investors that we do collect a ton of mortgage interest from consumers right now because of our way up-funnel position. And we process only a small portion of that ourselves with ZHL, and we have a marketplace for the balance of them, that's -- this puts us in a really good position to innovate here.

**Operator**

Our next question comes from Ygal Arounian with Wedbush Securities.

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

First question, understanding the difficulty in pricing and forecasting. The way you're talking about Zillow Offers is really different than how you've talked about it in the past, that it serves a narrow part of your customers. And what you've talked about in the past is really a central piece to the puzzled offering, a central piece to Zillow 360, expecting it to drive partner leads, expecting it, as Allen just mentioned, on purchase originations on the mortgage side.

So it does feel like there's a little bit of a hole here in the middle of the vision. Can you just -- I know you've talked about it, but maybe like why is there not a hole in the vision with the iBuyer business now pulled out of it?

And then the second question, since now, I guess, where there will be a lot more focus on Premier Agent, and you've talked a lot about the high-performing agents and connecting them with high-converting customers. Can we get a little bit more color around that? What's changed? What's changing? How that's benefiting and how that will continue to kind of benefit as we get into next year?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Okay. Hopefully, you took some notes, Allen...

**Allen W. Parker**
*Chief Financial Officer*

I did. Maybe you could just talk about the first question is, again, what's next, I think.

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes, yes. I mean, we've talked about it a couple of times but maybe I'll go into a little bit more subtle point, Ygal, that maybe is not as obvious. I tried to say it in my script, but being in a position where we are having to negotiate with sellers about their most important asset and the most important thing they own in their lives emotionally and financially, and being put in a position of being the primary to negotiate with them on that and to have 90% of them approximately go do something else, some of them pretty miffed about the brand, is not what we're used to. It's not what we're trying to be. It's not what the history of our brand has been.

And so there is -- a little bit of what's in here is how -- what has been emerging is that it's been a little bit too narrow of a solution. The ends aren't that big either, but that is a little bit of what's going on here. I also -- you've been looking for, for many quarters, us to draw a straight hard, solid lines to seller leads from that interaction. And we've said we're making progress. We're trying things. We're improving. But it hasn't been a big business driver for us so far, some of which because of the subtle interactions that I was talking about.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Having this be the only thing we're selling to sellers was -- has been the realization we've made is that, that is limiting and that being able to have a larger, broader menu of things to offer our sellers is what we want to be able to focus on. We think we can serve a lot more people that way. And you don't need to look much further than a ton of kind of venture capital proptech investment that is going into the space trying to address this same kind of problem in a more asset-light way. So we think there's a lot of potential here but in ways that don't force us to put our whole balance sheet at risk. The second part of the...

**Allen W. Parker**
*Chief Financial Officer*

Yes, maybe I'll take the second part. So it was about, how do we feel about, I guess, higher-performing agents and getting them higher-intent customers, what are the drivers there, I believe? Is that a fair representation of the question?

**Ygal Arounian**
*Wedbush Securities Inc., Research Division*

Yes. And obviously, it feels like that's a driver of PA and you're not...

**Allen W. Parker**
*Chief Financial Officer*

Yes. And so I guess what I talked about is -- yes. What we look at when we look at the opportunities in our Premier Agent business is high-intent customers and there are actions that customers take which are more sticky than others. For example, touring is a great example of as we invest and develop the touring technology, especially with ShowingTime now part of the Zillow Group, we believe that those actions to schedule a tour generate a higher-intent customer that we can connect with an agent in a much more friction-free basis with a higher actual face time connection.

3D homes and floor plans allow our customers to engage in a variety of different homes and then pick the ones they want and so they're higher intent. Zillow 360 and a lot of these discussions we're having about what -- how do we drive an integrated transaction with ZHL and sellers or buyers who need financing when they're buyers or need to free up equity when they're sellers of an old home and want to buy.

All of these things, as we think about moving forward in Zillow 2.0, are going to generate additional, as Rich mentioned, partner leads that are coming off of other channels or other areas of our funnel, then the current channel, which right now is HDP submits that we have that then turn into connection.

So we continue to get better about monetizing our current traffic and transactions, but we're also investing and developing tools and technologies that create higher-intent, slightly stickier actions that get our customers to agents in a way that are driving conversion up and we get paid for that either in as part of a return on the ROI through MVP or through just number of transactions based on conversion rates with a flex transaction, if that helps. Would you add anything, Brad or Rich?

**Richard N. Barton**
*Co-Founder, CEO & Director*

That was great.

**Operator**

Our last question today comes from Andrew Boone with JMP Securities.

**Andrew M. Boone**
*JMP Securities LLC, Research Division*

Two, please. So the first, just on Zillow Offers. It felt like it was a key on-ramp for Zillow 360. Can you talk about your vision for Zillow 360 through just PA?

And then for number two, Rich, iBuying, to some, felt like a defensive move initially. To that end, where do iBuying fit into your vision of real estate more broadly? And is this now something that's just too narrow

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

for an over base? Or is it simply put, as you've mentioned multiple times, just not the best use of Zillow's capital? So kind of where is the end state of iBuying?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Andrew, it's early days for Zillow 360 -- excuse me, I just swallowed my cough drop. I'm back.

Yes, it's early days for Zillow 360. We have been doing a lot of testing of it. Zillow Offers has been a part of it for some, but just a part. And we actually think being able to slot many different choices for unlocking sellers as a part of Zillow 360 is a good opportunity.

Most interestingly, we're assembling all these other components, all these other ingredients that we've built to make this integrated experience better. But it is -- it's early days, so talking about it more than that would be, I think, is premature. Anything to add on that, Allen?

**Allen W. Parker**
*Chief Financial Officer*

Well, no, I'd just say that it was always broader than just iBuying being the only source. ZHL and PA are example and Closing Services are an example of services that we can bundle together. It was really a concept of bundling together more than one service, and we were not always -- it didn't always have to be iBuying. So it's still a concept that I think we've seen improved conversion when we've been able to offer customers integrated services in a package and leverage the lower CAC.

**Richard N. Barton**
*Co-Founder, CEO & Director*

As for the back half of your question, Andrew, it's really hard to say. We can only kind of talk about this in the context of our calculus, the amount of risk and equity and balance sheet we're willing to take. We were -- we have been willing to take a really big swing on this but not a bet-the-company swing.

There was a potential defensive motivation in going into it in the first place, but we feel after 3.5 years of experience with it, we feel really confident in our offensive position without having to be the primary ourselves. I guess that's how I would answer that, Andrew. And is that it, Brad?

**Bradley Allen Berning**
*Vice President of Investor Relations*

I think that was it. Operator, is that correct?

**Richard N. Barton**
*Co-Founder, CEO & Director*

Yes. Okay. I'll wrap it up. Zoom life. I'll wrap it up. Thanks. Thanks, everybody, for your time.

Look, similar to other leading technology companies that have gone before us, we strongly believe in taking big swings and failing fast. We have learned from our experience in Zillow Offers in Q3 and are applying those learnings as we look ahead. We continue -- as you can hear, we continue to be excited about the opportunity we see in front of us, and we look forward to speaking with you next quarter.

Okay, operator, we can conclude the call. Thank you all very much.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 7

EQUITY RESEARCH



RBC Capital Markets, LLC
**Brad Erickson** (Analyst)
(503) 830-9488, brad.erickson@rbccm.com
**Daniel Parr** (Associate)
(646) 618-6964, daniel.parr@rbccm.com

October 4, 2021

# Zillow Group, Inc.

## It was bound to happen at some point; lowering estimates and price target

**Our view:** An analysis of Zillow-owned homes for sale in Phoenix points to Zillow likely missing iBuying expectations in the quarter. Given 3P data, we think this is generally already somewhat understood and discounted in the stock, but we lower our estimates accordingly, which reduces our price target. While bumps in the road like this were always to be expected with iBuying, we still have conviction in our long-term thesis that Zillow should capture significantly greater value of the transaction in U.S. real estate. We lower our price target to $145 (from $155), based on 32x IMT EBITDA + $22/share for Homes & Mortgage, and maintain our Outperform rating.

### Key points:

**Analysis of 32 live Phoenix area homes illustrates iBuying likely headed for a Q3 miss.** 1) Average price reduction to current levels from initial listing was 8% with a current average listing price of $417k. 2) Of the 32 homes we examined, only six (19% of total) were listed at the original listing price though we note that of those six, the average initial listing price was actually 1.1% below what Zillow originally paid for the home and tended to have been listed in the past 1–2 weeks, reflecting the new softer pricing levels. 3) Based on Zillow's initial asking price, the original desired margin for the sample was 5.1% while the margin at current asking price is -2.7%. 4) The homes in the sample have been on the market for an average of 46 days, with a clear correlation between time on the market and magnitude of price reduction.

**So what does this mean?** We believe the company likely still has meaningful inventory to work through into Q4 that was bought at too high a price and thus we would expect Q3 results and Q4 guidance to reflect this, as contemplated in our lowered/below-Street Q3 and Q4 estimates. We lower '22E as well on views of stable pricing at the new lower levels.

**Should this matter that much? Not really.** We believe investors are more focused on iBuying's standalone economics than is necessary given our view that market-making in homes is simply a Trojan horse for capturing prospective home-seller signal that is vital for Zillow to connect premier agents with valuable, intentful sellers. Further, once those connections are made, we are bullish on the company's ability to drive adoption of its eventual comprehensive product suite of mortgage, title, escrow, and closing services. We recognize investors' desire to evaluate the iBuying business on its own given the perceived balance sheet risk; however, we believe that as Zillow's strategy comes to be better understood over the next few years, these concerns should steadily dissipate.

**Lowering estimates and price target.** Given the likely near-term miss vs. expectations, we lower our Homes pricing expectations in particular by 5% in Q3, 6% in Q4, and 4% in 2022. This reduces our overall revenue estimates by 3.3% in '21 and 5.5% in '22 while our EBITDA margin forecasts in '21 and '22 decline by 110 and 20 bps, respectively. We lower our PT to $145.

## Outperform
NASDAQ: ZG; USD 91.40
**Price Target USD 145.00** ↓ 155.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 75.00 | 91.40 | 145.00 | 350.00 |
| | ↓ 18% | | ↑ 59% | ↑ 283% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 259.3 | Market Cap (MM): | 23,704 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Enterprise Val. (MM): | 35,587 |
| | | Avg. Daily Volume: | 559,394 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E |
| --- | --- | --- | --- |
| **Revenue** | 3,339.8 | 6,298.0 | 9,513.4 |
| Prev. | | 6,510.4 | 10,069.6 |
| **EBITDA, Adj** | 342.6 | 495.2 | 636.2 |
| Prev. | | 583.0 | 698.8 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2020 | 1,125.8A | 768.4A | 656.7A | 789.0A |
| 2021 | 1,218.4A | 1,310.0A | 1,885.5E | 1,884.1E |
| Prev. | | | 2,019.5E | 1,962.5E |
| 2022 | 2,091.6E | 2,343.6E | 2,600.7E | 2,477.5E |
| Prev. | 2,201.5E | 2,570.1E | 2,713.4E | 2,584.5E |
| **EBITDA, Adj** | | | | |
| 2020 | 5.1A | 15.5A | 152.2A | 169.9A |
| 2021 | 180.8A | 182.8A | 56.5E | 75.2E |
| Prev. | | | 111.6E | 107.9E |
| 2022 | 123.8E | 226.3E | 145.1E | 141.1E |
| Prev. | 146.5E | 250.7E | 153.0E | 148.6E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



## Comparable Valuations
## Overview

Exhibit 1 - A random 32-house sample from over 500 Zillow-homes in Maricopa County (AZ)

| # | Street | City | Zip | Listed | Original listing | Px Cut | % cut | Zillow Cost | Days on market | Status | ZG Target Margin | Actual Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10362 W ALVARADO RD | AVONDALE | 85392 | $384.9 | $416.3 | -$31.4 | -8.2% | $401.4 | 23 | For sale | 3.7% | -4.1% |
| 2 | 10522 W EDGEMONT DR | AVONDALE | 85392 | $435.9 | $435.9 | $0.0 | 0.0% | $419.0 | 20 | Pending | 4.0% | 4.0% |
| 3 | 7740 W PIPESTONE PL | PHOENIX | 85035 | $344.9 | $369.9 | -$25.0 | -7.2% | $354.5 | 30 | For sale | 4.4% | -2.7% |
| 4 | 4601 N 102ND AVE 1170 | PHOENIX | 85037 | $217.9 | $217.9 | $0.0 | 0.0% | $211.5 | 50 | Pending | 3.0% | 3.0% |
| 5 | 3323 S 80TH AVE | PHOENIX | 85043 | $424.9 | $448.9 | -$24.0 | -5.6% | $428.6 | 20 | For sale | 4.7% | -0.9% |
| 6 | 5244 W NOVAK WY | LAVEEN | 85339 | $449.9 | $513.9 | -$64.0 | -14.2% | $484.0 | 65 | For sale | 6.2% | -7.0% |
| 7 | 3059 N 33RD PL | PHOENIX | 85018 | $584.0 | $584.0 | $0.0 | 0.0% | $594.8 | 4 | For sale | -1.8% | -1.8% |
| 8 | 6143 E LEWIS AVE | SCOTTSDALE | 85257 | $505.5 | $577.9 | -$72.4 | -14.3% | $536.2 | 82 | Closed | 7.8% | -5.7% |
| 9 | 2401 E RIO SALADO PKWY 1151 | TEMPE | 85281 | $359.9 | $403.9 | -$44.0 | -12.2% | $393.9 | 55 | For sale | 2.5% | -8.6% |
| 10 | 2401 E RIO SALADO PKWY 1117 | TEMPE | 85281 | $461.0 | $449.9 | $11.1 | 2.4% | $449.8 | 23 | For sale | 0.0% | 2.5% |
| 11 | 1505 N CENTER ST 132 | MESA | 85201 | $262.9 | $262.9 | $0.0 | 0.0% | $282.3 | 8 | For sale | -6.9% | -6.9% |
| 12 | 1911 E FOUNTAIN ST | MESA | 85203 | $599.9 | $651.2 | -$51.3 | -8.6% | $562.8 | 94 | For sale | 15.7% | 6.6% |
| 13 | 6219 W NAVAJO DR | GLENDALE | 85302 | $399.9 | $444.9 | -$45.0 | -11.3% | $380.2 | 78 | For sale | 17.0% | 5.2% |
| 14 | 6101 W WHISPERING WIND DR | GLENDALE | 85310 | $474.9 | $564.9 | -$90.0 | -19.0% | $500.1 | 75 | For sale | 13.0% | -5.0% |
| 15 | 6102 W WHISPERING WIND DR | GLENDALE | 85310 | $529.9 | $554.9 | -$25.0 | -4.7% | $544.7 | 43 | For sale | 1.9% | -2.7% |
| 16 | 6108 W WHISPERING WIND DR | GLENDALE | 85310 | $430.0 | $462.1 | -$32.1 | -7.5% | $439.1 | 30 | Closed | 5.2% | -2.1% |
| 17 | 9568 W WEEPING WILLOW DR | PEORIA | 85383 | $544.9 | $644.2 | -$99.3 | -18.2% | $583.5 | 74 | For sale | 10.4% | -6.6% |
| 18 | 7610 W REDBIRD RD | PEORIA | 85383 | $519.9 | $562.9 | -$43.0 | -8.3% | $539.5 | 44 | For sale | 4.3% | -3.6% |
| 19 | 7618 W WHITEHORN TR | PEORIA | 85383 | $578.9 | $578.9 | $0.0 | 0.0% | $601.5 | 4 | For sale | -3.8% | -3.8% |
| 20 | 10101 N ARABIAN TR 2043 | SCOTTSDALE | 85258 | $349.9 | $400.9 | -$51.0 | -14.6% | $372.5 | 104 | For sale | 7.6% | -6.1% |
| 21 | 9600 N 96TH ST 272 | SCOTTSDALE | 85258 | $344.9 | $360.0 | -$15.1 | -4.4% | $360.1 | 34 | For sale | 0.0% | -4.2% |
| 22 | 9550 E THUNDERBIRD RD 214 | SCOTTSDALE | 85260 | $344.9 | $433.9 | -$89.0 | -25.8% | $360.5 | 83 | For sale | 20.4% | -4.3% |
| 23 | 7812 E DOVER ST | MESA | 85207 | $499.9 | $533.9 | -$34.0 | -6.8% | $530.6 | 35 | For sale | 0.6% | -5.8% |
| 24 | 1036 S 99TH PL | MESA | 85208 | $374.9 | $428.9 | -$54.0 | -14.4% | $407.2 | 56 | For sale | 5.3% | -7.9% |
| 25 | 10702 W PINEAIRE DR | SUN CITY | 85351 | $278.2 | $278.2 | $0.0 | 0.0% | $285.9 | 6 | For sale | -2.7% | -2.7% |
| 26 | 11034 W CRESTBROOK DR | SUN CITY | 85351 | $334.9 | $353.9 | -$19.0 | -5.7% | $338.7 | 22 | For sale | 4.5% | -1.1% |
| 27 | 17446 N BOSWELL BLVD | SUN CITY | 85373 | $244.9 | $280.9 | -$36.0 | -14.7% | $249.3 | 58 | For sale | 12.7% | -1.8% |
| 28 | 10921 W HIBISCUS DR | SUN CITY | 85373 | $349.9 | $413.2 | -$63.3 | -18.1% | $391.5 | 56 | For sale | 5.5% | -10.6% |
| 29 | 6316 W BANFF LN | GLENDALE | 85306 | $349.9 | $397.2 | -$47.3 | -13.5% | $358.8 | 100 | Pending | 10.7% | -2.5% |
| 30 | 3615 W WHITTEN ST | CHANDLER | 85226 | $469.9 | $469.9 | $0.0 | 0.0% | $469.4 | 20 | Pending | 0.1% | 0.1% |
| 31 | 9208 S TERRY LN | TEMPE | 85284 | $539.9 | $539.9 | $0.0 | 0.0% | $539.4 | 20 | Pending | 0.1% | 0.1% |
| 32 | 4591 W HARRISON ST | CHANDLER | 85226 | $364.9 | $390.1 | -$25.2 | -6.9% | $360.4 | 64 | For sale | 8.2% | 1.2% |
| | Average | | | $417.4 | $450.8 | -$33.4 | -8.0% | $429.1 | 46.25 | | 5.1% | -2.7% |

Source: Maricopa County Property Records, RBC Capital Markets

## Implications

**Lowering estimates.** Given the likely near-term miss vs. expectations, we lower our Homes pricing expectations in particular by 5% in Q3, 6% in Q4, and 4% in 2022. This reduces our overall revenue estimates by 3.3% in '21 and 5.5% in '22 while our EBITDA margin forecasts in '21 and '22 decline by 110 and 20 bps, respectively.

Exhibit 2 - Lowering estimates

| Estimate Changes ($MM) | | | |
|---|---|---|---|
| **SEP 3Q21E** | **DEC 4Q21E** | **2021E** | **2022E** |
| **Revenue** $1,886 | $1,884 | $6,298 | $9,513 |
| Old  $2,019 | $1,963 | $6,510 | $10,070 |
| Delta  -6.6% | -4.0% | -3.3% | -5.5% |
| **Adjusted EBITDA** $56 | $75 | $495 | $636 |
| Old  $112 | $108 | $583 | $699 |
| Delta  -49.4% | -30.3% | -15.1% | -9.0% |

Source: RBC Capital Markets estimates



Zillow Group, Inc.

| (Amounts in millions, except per share data) | MAR 1Q19 | JUN 2Q19 | SEP 3Q19 | DEC 4Q19 | 2019 | MAR 1Q20 | JUN 2Q20 | SEP 3Q20 | DEC 4Q20 | 2020 | MAR 1Q21 | JUN 2Q21 | SEP 3Q21E | DEC 4Q21E | 2021E | MAR 1Q22E | JUN 2Q22E | SEP 3Q22E | DEC 4Q22E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenue | $454 | $600 | $745 | $944 | $2,743 | $1,126 | $768 | $657 | $789 | $3,340 | $1,218 | $1,310 | $1,886 | $1,884 | $6,298 | $2,092 | $2,344 | $2,601 | $2,477 | $9,513 |
| IMT (of which) | $298 | $324 | $335 | $320 | $1,277 | $331 | $280 | $415 | $424 | $1,450 | $446 | $476 | $481 | $460 | $1,863 | $510 | $543 | $564 | $539 | $2,156 |
| PA | $218 | $232 | $241 | $233 | $924 | $242 | $192 | $299 | $314 | $1,047 | $334 | $349 | $357 | $343 | $1,383 | $384 | $401 | $423 | $406 | $1,615 |
| Rentals | $38 | $43 | $44 | $39 | $164 | $44 | $51 | $67 | $60 | $222 | $64 | $72 | $72 | $66 | $275 | $75 | $85 | $87 | $79 | $326 |
| Other | $43 | $49 | $51 | $47 | $189 | $45 | $37 | $50 | $50 | $181 | $48 | $55 | $51 | $51 | $205 | $50 | $58 | $54 | $54 | $215 |
| Homes | $128 | $249 | $385 | $603 | $1,365 | $769 | $454 | $186 | $302 | $1,711 | $701 | $772 | $1,339 | $1,360 | $4,172 | $1,507 | $1,718 | $1,947 | $1,856 | $7,027 |
| Other | $0 | $0 | $0 | $0 | $0 | $1 | $0 | $1 | $2 | $5 | $3 | $5 | $5 | $6 | $19 | $6 | $6 | $6 | $6 | $24 |
| Mortgage | $27 | $27 | $25 | $21 | $101 | $25 | $34 | $54 | $61 | $174 | $68 | $57 | $60 | $59 | $243 | $69 | $77 | $84 | $76 | $306 |
| Cost of revenue | $150 | $270 | $399 | $609 | $1,428 | $760 | $460 | $215 | $316 | $1,751 | $685 | $769 | $1,362 | $1,353 | $4,169 | $1,487 | $1,684 | $1,895 | $1,806 | $6,871 |
| Gross profit | $304 | $329 | $346 | $335 | $1,315 | $365 | $308 | $442 | $473 | $1,589 | $534 | $541 | $523 | $531 | $2,129 | $605 | $660 | $706 | $672 | $2,642 |
| Operating expenses | $300 | $348 | $353 | $362 | $1,363 | $389 | $319 | $317 | $332 | $1,356 | $382 | $388 | $496 | $486 | $1,751 | $511 | $464 | $592 | $562 | $2,129 |
| Sales & marketing | $156 | $181 | $175 | $178 | $689 | $198 | $146 | $142 | $153 | $640 | $184 | $216 | $234 | $245 | $879 | $285 | $270 | $290 | $294 | $1,140 |
| Tech and Development | $92 | $102 | $106 | $107 | $407 | $116 | $107 | $108 | $106 | $436 | $122 | $94 | $176 | $153 | $545 | $147 | $112 | $212 | $176 | $647 |
| G&A | $52 | $65 | $72 | $77 | $267 | $76 | $65 | $67 | $73 | $280 | $76 | $78 | $86 | $87 | $326 | $79 | $82 | $90 | $92 | $343 |
| Operating income | $3 | -$19 | -$6 | -$27 | -$48 | -$24 | -$10 | $125 | $142 | $233 | $152 | $154 | $27 | $46 | $378 | $94 | $196 | $114 | $110 | $513 |
| D&A | $21 | $22 | $22 | $24 | $88 | $29 | $26 | $27 | $28 | $110 | $29 | $29 | $29 | $30 | $117 | $30 | $30 | $31 | $31 | $123 |
| Other adjustments | | | | | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | $24 | $3 | $16 | -$3 | $40 | $5 | $15 | $152 | $170 | $343 | $181 | $183 | $56 | $75 | $495 | $124 | $226 | $145 | $141 | $636 |
| Other income | $9 | $9 | $9 | $12 | $40 | $10 | $10 | $3 | $3 | $26 | $2 | $2 | $3 | $3 | $10 | $3 | $3 | $3 | $3 | $12 |
| interest expense | -$16 | -$19 | -$27 | -$40 | -$102 | -$38 | -$38 | -$39 | -$41 | -$155 | -$40 | -$39 | -$40 | -$41 | -$161 | -$42 | -$43 | -$44 | -$45 | -$176 |
| Pretax income | -$4 | -$28 | -$24 | -$55 | -$110 | -$52 | -$38 | $89 | $104 | $103 | $115 | $116 | -$10 | $7 | $228 | $54 | $155 | $73 | $67 | $350 |
| Tax | | | | | | | | | | | | | | | | | | | | |
| Net income | -$4 | -$28 | -$24 | -$55 | -$110 | -$52 | -$38 | $89 | $104 | $103 | $115 | $115.9 | -$10 | $7 | $228 | $54 | $155 | $73 | $67 | $350 |
| Non-GAAP EPS | -$0.02 | -$0.14 | -$0.12 | -$0.26 | -$0.54 | -$0.25 | -$0.17 | $0.37 | $0.41 | $0.45 | $0.44 | $0.44 | -$0.04 | $0.03 | $0.86 | $0.19 | $0.55 | $0.25 | $0.23 | $1.22 |
| Shares outstanding | 205 | 206 | 207 | 208 | 206 | 211 | 219 | 243 | 251 | 231 | 259 | 261 | 267 | 273 | 265 | 279 | 283 | 287 | 291 | 285 |
| As % of revenue | | | | | | | | | | | | | | | | | | | | |
| Premier Agent | 47.9% | 38.7% | 32.3% | 24.7% | 33.7% | 21.5% | 25.0% | 45.5% | 39.8% | 31.3% | 27.4% | 26.6% | 18.9% | 18.2% | 22.0% | 18.4% | 17.1% | 16.3% | 16.4% | 17.0% |
| Rentals | 17.5% | 18.5% | 18.3% | 16.7% | 17.8% | 18.2% | 26.6% | 22.4% | 19.1% | 21.2% | 19.2% | 20.8% | 20.3% | 19.2% | 19.9% | 19.5% | 21.1% | 20.5% | 19.5% | 20.2% |
| Other | 9.4% | 8.1% | 6.8% | 5.0% | 6.9% | 4.0% | 4.9% | 7.6% | 6.3% | 5.4% | 3.9% | 4.2% | 2.7% | 2.7% | 3.3% | 2.4% | 2.5% | 2.1% | 2.2% | 2.3% |
| Zillow Offers | 28.3% | 41.5% | 51.6% | 63.9% | 49.8% | 68.3% | 59.1% | 28.3% | 38.2% | 51.2% | 57.5% | 58.9% | 71.0% | 72.2% | 66.2% | 72.0% | 73.3% | 74.9% | 74.9% | 73.9% |
| Other | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.2% | 0.3% | 0.1% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% |
| Mortgage | 6.0% | 4.5% | 3.4% | 2.2% | 3.7% | 2.2% | 4.4% | 8.3% | 7.7% | 5.2% | 5.6% | 4.3% | 3.2% | 3.1% | 3.9% | 3.3% | 3.3% | 3.2% | 3.1% | 3.2% |
| Sales & marketing | 34.3% | 30.1% | 23.5% | 18.8% | 25.1% | 17.6% | 19.1% | 21.7% | 19.4% | 19.2% | 15.1% | 16.5% | 12.4% | 13.0% | 14.0% | 13.6% | 11.5% | 11.2% | 11.9% | 12.0% |
| Tech and Development | 20.3% | 17.0% | 14.2% | 11.4% | 14.9% | 10.3% | 14.0% | 16.4% | 13.4% | 13.1% | 10.1% | 7.1% | 9.4% | 8.1% | 8.7% | 7.0% | 4.8% | 8.1% | 7.1% | 6.8% |
| G&A | 11.5% | 10.9% | 9.7% | 8.2% | 9.7% | 6.7% | 8.5% | 10.2% | 9.2% | 8.4% | 6.2% | 6.0% | 4.5% | 4.6% | 5.2% | 3.8% | 3.5% | 3.5% | 3.7% | 3.6% |
| Adjusted EBITDA | 5.3% | 0.5% | 2.1% | -0.3% | 1.4% | 0.5% | 2.0% | 23.2% | 21.5% | 10.3% | 14.8% | 14.0% | 3.0% | 4.0% | 7.9% | 5.9% | 9.7% | 5.6% | 5.7% | 6.7% |
| Y/Y | | | | | | | | | | | | | | | | | | | | |
| Total revenue | | | | | | 147.9% | 28.1% | -11.9% | -16.4% | 21.8% | 8.2% | 70.5% | 187.1% | 138.8% | 88.6% | 71.7% | 78.9% | 37.9% | 31.5% | 51.1% |
| IMT | | | | | | 10.9% | -13.4% | 23.9% | 32.6% | 13.6% | 35.0% | 69.8% | 15.7% | 8.6% | 28.5% | 14.2% | 14.2% | 17.3% | 17.2% | 15.7% |
| Premier Agent | | | | | | 11.2% | -17.2% | 24.1% | 34.6% | 13.3% | 38.1% | 81.7% | 19.6% | 9.2% | 32.1% | 15.0% | 15.0% | 18.5% | 18.5% | 16.7% |
| Rentals | | | | | | 15.8% | 18.6% | 52.3% | 53.8% | 35.4% | 46.0% | 42.0% | 8.0% | 10.0% | 23.9% | 17.0% | 17.0% | 20.0% | 20.0% | 18.5% |
| Other | | | | | | 4.8% | -23.3% | -1.7% | 5.2% | -4.1% | 7.2% | 46.9% | 3.0% | 3.0% | 13.1% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Zillow Offers | | | | | | 498.7% | 82.3% | -51.7% | -50.0% | 25.3% | -8.9% | 70.1% | 620.4% | 350.7% | 143.9% | 115.0% | 122.5% | 45.4% | 36.5% | 68.4% |
| Other | | | | | | | | | | 317.6% | | | 342.5% | 125.8% | 295.1% | 79.8% | 15.6% | 15.1% | 14.5% | 25.8% |
| Mortgage | | | | | | -7.6% | 25.1% | 114.3% | 189.6% | 73.0% | 168.8% | 68.1% | 11.0% | -4.0% | 39.7% | 2.0% | 35.0% | 40.0% | 30.0% | 25.8% |
| Sales & marketing | | | | | | 26.8% | -18.9% | -18.6% | -13.7% | -7.2% | -7.1% | 47.5% | 64.7% | 60.0% | 37.5% | 55.0% | 25.0% | 23.9% | 20.0% | 29.6% |
| Tech and Development | | | | | | 25.7% | 5.2% | 1.5% | -1.6% | 7.1% | 5.6% | -12.8% | 64.0% | 45.0% | 25.0% | 20.0% | 20.0% | 20.0% | 15.0% | 18.6% |
| G&A | | | | | | 45.2% | -0.4% | -7.0% | -5.9% | 5.1% | 0.0% | 19.9% | 28.0% | 20.0% | 16.5% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | | | | | | | | | | | | | | | | | | | | |

Sources: Company reports, RBC Capital Markets estimates



**Zillow Group, Inc.**

| (Amounts in millions, except per share data) | MAR 1Q20 | JUN 2Q20 | SEP 3Q20 | DEC 4Q20 | MAR 1Q21 | JUN 2Q21 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $1,568 | $2,045 | $1,905 | $1,703 | $3,402 | $3,713 |
| Short-term investments | $993 | $1,491 | $1,885 | $2,218 | $1,294 | $881 |
| Accounts receivable, net | $72 | $67 | $80 | $70 | $82 | $102 |
| Mortgage loans held for sale | $37 | $75 | $125 | $331 | $274 | $171 |
| Inventory | $534 | $135 | $193 | $491 | $472 | $1,170 |
| Prepaid expenses and other current assets | $58 | $56 | $74 | $76 | $108 | $108 |
| Restricted cash | $56 | $34 | $44 | $76 | $121 | $141 |
| Total current assets | **$3,318** | **$3,904** | **$4,306** | **$4,965** | **$5,754** | **$6,286** |
| | | | | | | |
| Contract cost assets | $47 | $48 | $50 | $51 | $50 | $48 |
| Property and equipment, net | $188 | $196 | $198 | $196 | $190 | $190 |
| Right of use assets | $206 | $199 | $194 | $188 | $181 | $175 |
| Goodwill | $1,985 | $1,985 | $1,985 | $1,985 | $1,985 | $1,985 |
| Intangible assets, net | $112 | $107 | $101 | $95 | $88 | $81 |
| Other assets | $17 | $11 | $9 | $7 | $9 | $10 |
| Total assets | **$5,872** | **$6,450** | **$6,844** | **$7,487** | **$8,256** | **$8,775** |
| | | | | | | |
| **Liabilities and shareholders' equity** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | $18 | $14 | $19 | $19 | $17 | $16 |
| Accrued expenses and other current liabilities | $89 | $75 | $94 | $94 | $122 | $176 |
| Accrued compensation and benefits | $33 | $35 | $35 | $48 | $50 | $56 |
| Borrowings under credit facilities | $467 | $187 | $232 | $670 | $662 | $988 |
| Deferred revenue | $35 | $45 | $49 | $49 | $54 | $54 |
| Lease liabilities, current portion | $20 | $23 | $28 | $28 | $28 | $28 |
| Convertible senior notes | $10 | $10 | $8 | | $0 | $330 |
| Total current liabilities | **$671** | **$387** | **$466** | **$909** | **$933** | **$1,647** |
| | | | | | | |
| Lease liabilities, current portion | $216 | $215 | $215 | $208 | $201 | $194 |
| Convertible senior notes | $1,566 | $1,810 | $1,838 | $1,614 | $1,597 | $1,276 |
| Other long-term liabilities | $2 | $14 | $22 | $15 | $14 | $14 |
| Total liabilities | **$2,456** | **$2,427** | **$2,540** | **$2,745** | **$2,746** | **$3,131** |
| | | | | | | |
| Shareholders' equity: | **$3,416** | **$4,023** | **$4,303** | **$4,742** | **$5,510** | **$5,644** |

Source: Company reports

October 4, 2021



**Zillow Group, Inc.**



| (Amounts in millions, except per share data) | MAR 1Q20 | JUN 2Q20 | SEP 3Q20 | DEC 4Q20 | 2020 | MAR 1Q21 | JUN 2Q21 |
|---|---|---|---|---|---|---|---|
| **Operating Cash Flows** | | | | | | | |
| Net loss | -$163 | -$84 | $40 | $46 | -$162 | $52 | $10 |
| Depreciation and amortization | $29 | $26 | $27 | $28 | $110 | $29 | $29 |
| Share-based compensation expense | $44 | $52 | $49 | $52 | $198 | $64 | $88 |
| Amortization of right of use assets | $6 | $6 | $6 | $6 | $24 | $7 | $6 |
| Amortization of contract cost assets | $8 | $9 | $9 | $10 | $36 | $10 | $10 |
| Amortization of discount and issuance costs | $23 | $25 | $28 | $27 | $102 | $25 | $25 |
| Gain on extinguishment of 2021 Notes | $0 | -$6 | $0 | $5 | -$1 | $1 | $1 |
| Impairment costs | $77 | $0 | $0 | $0 | $77 | $0 | $0 |
| Deferred income taxes | -$9 | $1 | $0 | $1 | -$8 | -$3 | $3 |
| Loss (gain) on disposal of property and equipment and other assets | $2 | -$5 | $2 | $1 | $0 | $4 | $4 |
| Credit loss expense | $1 | $1 | $0 | $1 | $3 | $0 | $0 |
| Net loss (gain) on investment securities | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amortization (accretion) of bond premium (discount) | $0 | $0 | $0 | $2 | $2 | $4 | -$4 |
| Accounts receivable | -$5 | $4 | -$13 | $9 | -$6 | -$13 | -$20 |
| Mortgage loans held for sale | $0 | -$38 | -$50 | -$205 | -$294 | $56 | $103 |
| Inventory | $303 | $399 | -$58 | -$298 | $345 | $19 | -$697 |
| Prepaid expenses and other assets | -$3 | $2 | -$16 | $0 | -$16 | -$29 | -$7 |
| Contract cost assets | -$2 | $1 | -$31 | -$10 | -$42 | -$10 | -$8 |
| Lease liabilities | -$10 | -$10 | $24 | -$7 | -$2 | -$7 | -$7 |
| Accounts payable | $8 | $0 | $5 | $1 | $13 | -$2 | $5 |
| Accrued expenses and other current liabilities | $5 | -$13 | $23 | $1 | $15 | $25 | $56 |
| Accrued compensation and benefits | -$5 | $2 | $1 | $12 | $10 | $2 | $6 |
| Deferred revenue | -$4 | $9 | $5 | $0 | $9 | $5 | -$1 |
| Other long-term liabilities | -$1 | $11 | $7 | -$7 | $10 | $0 | $0 |
| **Net cash provided by (used in) operating activities** | **$302** | **$391** | **$58** | **-$326** | **$424** | **$242** | **-$399** |
| | | | | | | | |
| **Investing Cash Flows** | | | | | | | |
| Proceeds from maturities of investments | $296 | $405 | $459 | $1,070 | $2,231 | $920 | $409 |
| Proceeds from sales of investments | $54 | $62 | $0 | $0 | $116 | $0 | $0 |
| Purchases of investments | -$58 | -$968 | -$855 | -$1,406 | -$3,287 | $0 | $0 |
| Purchases of property and equipment | -$33 | -$22 | -$18 | -$13 | -$85 | -$11 | -$13 |
| Purchases of intangible assets | -$5 | -$7 | -$6 | -$6 | -$24 | -$4 | -$6 |
| Proceeds from sale of equity investment | $0 | $10 | $0 | $0 | $10 | $0 | $0 |
| **Net cash used in investing activities** | **$254** | **-$519** | **-$419** | **-$355** | **-$1,038** | **$904** | **$391** |
| | | | | | | | |
| **Financing Cash Flows** | | | | | | | |
| Proceeds from issuance of convertible notes, net of issuance costs | $0 | $553 | $0 | $0 | $553 | $545 | -$545 |
| Premiums paid for capped call confirmations | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from issuance of Class C capital stock, net of issuance costs | $0 | $412 | $0 | $0 | $412 | $0 | $545 |
| Extinguishment of 2021 Notes | $0 | -$195 | $0 | $0 | -$195 | $0 | $0 |
| Proceeds from borrowings on credit facilities | $34 | $9 | $54 | $251 | $349 | $126 | $484 |
| Repayments of borrowings on credit facilities | -$294 | -$323 | -$57 | -$4 | -$679 | -$88 | -$58 |
| Borrowings on warehouse line | $4 | $35 | $48 | $191 | $279 | -$46 | -$100 |
| Proceeds from exercise of stock options | $92 | $93 | $186 | $73 | $444 | $61 | $15 |
| Value of equity awards withheld for tax liability | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash provided by financing activities** | **-$163** | **$583** | **$232** | **$511** | **$1,162** | **$598** | **$340** |
| | | | | | | | |
| Net increase in cash, cash equivalents and restricted cash during period | $393 | $455 | -$130 | -$170 | $548 | $1,744 | $332 |

Source: Company reports

**Brad Erickson** (503) 830-9488; brad.erickson@rbccm.com



# Key fundamental questions

**Was 2020 a flash in the pan for real estate or could the great reshuffling really be a multi-year trend?**

**Is ZG being offensive or defensive with its down-funnel strategy (and pursuing iBuying)?**

**Is iBuying a good or bad business to be in?**

**What will ZG look like in 5–10 years?**

**Our view**

We think the recent tailwinds to real estate transactions could continue, where the latest various real estate data as well as our channel checks support our views. Given the financial profile of the country's households, we believe a relative minority were financially prepared for COVID to a point where moving was a possibility. A year later and looking forward, given the new opportunity sets that employees are weighing, we think there are likely millions of households around the country that are in the early innings of exploring options to relocate, whereas doing so in the past 12 months was simply not financially viable. Further, we see COVID having lingering psychological effects on significant portions of the population that were caught in a relatively wrong place at the wrong time, which should also drive additional movement as a defensive measure. Ultimately, we see these forces taking several years to reconcile vs. working themselves out within a convenient 12- to 18-month period.

Given the slowdown in real estate transactions at the end of 2018 and the timing of Zillow Offers' introduction in April 2019, it is technically arguable that the move could be viewed as defensive given that the core PA business showed its first-ever sequential decline in the prior quarter. However, we'd disagree with this assessment. We think Z has been thoughtfully planning to buy and sell homes several years prior to this as it looked to increase the utility to its agent partners by developing a closer relationship with homeowners while also leveraging its scale and access to capital to reduce friction in the home-buying and -selling process. Bears will argue that home flipping activity always picks up late cycle (and we think they're right); however, we think the iBuying trend is something more sustainable, where a small but meaningful portion of prospective sellers actually prefer to skip the normal process largely to save time and are willing to give up a few hundred basis points on their home to do so. As such, we see iBuying as likely becoming 15–20% of the total U.S. market over the long run, and we further view it as a critical tool as Z develops closer relationships with homeowners that should drive greater value and utility for its agent partners.

While acknowledging that iBuying will never be a high-margin or asset-light business (vs., say, advertising or a 3P marketplace, respectively), we think: 1) it is far less risky for a company like Z than some investors have historically espoused since its creation in early 2019; and 2) it can create real returns over time as it reaches scale. Regarding our first point, home prices never declined by more than 100 bps m/m during the financial crisis, and while any sort of repeat scenario would certainly drive some temporary losses/write-downs for a player of Z's size, we believe the company could: a) adjust its offer pricing to adjust to the market; and/or b) shut down operations like it did through COVID. Even at scale, if the company were holding, say, 5–10k homes on its balance sheet at any moment, this would equate to $17–35 million of write-down risk for every 100 bps price adjustment, or 0.4–0.8% of the company's gross cash. Further, bear in mind that the core IMT business is now generating north of $500 million of FCF and growing. Finally, we believe iBuying is highly synergistic to Z's core business, as it positions the company closer to the homeowner, which we believe raises the potential utility that the company could provide to realtors looking to work with that homeowner.

Bears believe that it will largely remain a shopping and occasional referral site benefiting realtors. We think this type of thinking is much too narrow. Rather, we



think Z will have the opportunity to become the de facto marketplace in the U.S. over time to the degree that it commands enough market share of traffic. While there are new hurdles to overcome, such as selective listings or listing fees, we ultimately conclude that the dominant user engagement will eventually unlock new monetization opportunities that are not yet visible given the way that the company's influence could structurally change the industry.

# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

When it comes to real estate in the U.S., the wealth gap and fair housing become two important issues when thinking about ESG. Additionally, the company operates in a business that if done in the physical world utilizes significant resources. Further, renters face discrimination and issues relating to racism and inequality. Finally, the company is collecting an increased amount of data and, therefore, the risks of holding that data grow every day.

**Does the company integrate ESG considerations into its strategy?**

We think it does based on the company's annual sustainability report. The company has shown a clear willingness to partner with communities and local and federal governments to monitor and try to solve housing affordability and homelessness. It has a partnership with the National Fair Housing Alliance in an effort to promote fair housing and reduce housing discrimination. Further, the company is involved with putting out data in order to help with rent control in various markets around the country. Finally, the company's online presence has significantly reduced resource usage for the process of viewing homes in the past year, as agents are increasingly leveraging virtual tours through Zillow's site.

**What is diversity like at the board/ management level?**

The company lists 79 executives on its website under management. Thirty-three percent are female and 67% are male. The board of directors consists of nine individuals, of whom 33% are female and 67% male.

**Capital Markets** RBC

## Target/Upside/Downside Scenarios

Zillow Group, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

**We believe valuation is only rich to the untrained eye at 17x EV/'22E IMT EBITDA + Homes & Mortage.** Our price target is based on 32x EV/ our '22 IMT EBITDA estimate plus ~$22/share for Homes & Mortgage, which we think is a warranted premium for a category leader with minimal mega-tech risk and a roadmap to unlock value in the future. Primary downside risks are that PA hits another utility ceiling (like end of '18) and/or housing transactions meaningfully decelerate or decline. Our $145 price target supports our Outperform rating.

## Upside scenario

$350 based on 75x EV/upside to our 2022 IMT EBITDA estimate plus $22/share for Homes & Mortgage. This would reflect a company that has overtaken the MLS in terms of being the in-practice marketplace in the U.S. Under this scenario, Zillow would have significantly more reach with its realtor partners and would likely be involved in a much higher portion of transactions. Additionally, this could involve the company getting into other markets such as home insurance, home warranties, home renovation, and moving services in addition to its other existing capabilities.

## Downside scenario

$75 based on 15–20x EV/downside to our 2022 IMT EBITDA estimate plus $5–10/share for Homes & Mortgage. Real estate slows leading to lower realtor spending and/or Flex does not see the desired adoption forcing the company to invest more in marketing. Homes profitability gets worse directionally.

## Investment summary

ZG is the dominant digital player in the real estate vertical that's historically been a tough nut for internet companies to crack. In particular, we like the company's category dominance, exposure to underappreciated secular tailwinds, a down-funnel strategy that's easily misunderstood, and platform improvements that could elevate the company's presence in the sector even more than investors currently realize. Recent channel checks are the foundation of our views, where we think a rising 10-year and inflation concerns have given investors another reason to look at ZG. We rate Zillow Outperform with a $145 price target.

## Risks to rating and price target

Rising interest rates or inflation drive slower growth or declining transaction volumes that lead to realtors lowering their ad budgets. Home prices meaningfully fluctuate, driving lower profitability and cash burn. Flex does not show evidence of contributing to growth in 2021 or 2022. The company announces incremental seismic investments that meaningfully lower near- and medium-term EBITDA estimates.

**Capital Markets**

## Company description

The Zillow Group includes a portfolio of real estate related brands, such as Zillow, Trulia, StreetEasy, and Hotpads. The company focuses on all stages of the home lifecycle, including renting, buying, selling, financing, and home improvement. Zillow, the company's largest brand, is an online real estate marketplace that primarily provides consumers with information they need to make home purchase decisions. In addition, Zillow offers consumers tools for acquiring mortgages and choosing apartment rentals, as well as information about home-improvement services. Zillow generates revenue by charging real estate professionals who want to advertise on its site.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Zillow Group, Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
| --- | --- | --- | --- | --- |
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Sep-2021 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 800 | 56.58 | 341 | 42.62 |
| HOLD [Sector Perform] | 562 | 39.75 | 172 | 30.60 |
| SELL [Underperform] | 52 | 3.68 | 3 | 5.77 |





**Rating and price target history for: Zillow Group, Inc., ZG US as of 01-Oct-2021 (in USD)**

| 06-Nov-2018 Rtg:SP Target: 42.00 | 21-Feb-2019 Rtg:SP Target: 39.00 | 09-May-2019 Rtg:SP Target: 42.00 | 07-Nov-2019 Rtg:SP Target: 47.00 | 19-Feb-2020 Rtg:SP Target: 67.00 | 26-Mar-2020 Rtg:SP Target: 56.00 | 08-May-2020 Rtg:SP Target: 58.00 | 07-Aug-2020 Rtg:SP Target: 74.00 | 06-Nov-2020 Rtg:O Target: 147.00 | 15-Jan-2021 Rtg:NR Target: NA | 26-May-2021 Rtg:O Target: 155.00 |

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Zillow Group, Inc.**
**Valuation**

**We believe valuation is only rich to the untrained eye at 17x EV/'22E IMT EBITDA + Homes & Mortage.** Our price target is based on 32x EV/ our '22 IMT EBITDA estimate plus ~$22/share for Homes & Mortgage, which we think is a warranted premium for a category leader with minimal mega-tech risk and a roadmap to unlock value in the future. Primary downside risks are that PA

**RBC Capital Markets**

hits another utility ceiling (like end of '18) and/or housing transactions meaningfully decelerate or decline. Our $145 price target supports our Outperform rating.

### Risks to rating and price target

Rising interest rates or inflation drive slower growth or declining transaction volumes that lead to realtors lowering their ad budgets. Home prices meaningfully fluctuate, driving lower profitability and cash burn. Flex does not show evidence of contributing to growth in 2021 or 2022. The company announces incremental seismic investments that meaningfully lower near- and medium-term EBITDA estimates.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

https://www.rbccm.com/global/file-414164.pdf

or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com/.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

**Capital Markets**
**RBC**®

Zillow Group, Inc.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**

**Brad Erickson** (503) 830-9488; brad.erickson@rbccm.com

**Capital
Markets**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021
All rights reserved

# EXHIBIT 8

# Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping

Bloomberg News Enterprise
**Published: Oct 17 2021 12:05:57**

News Story

- Online listing giant bought 3,800 houses in second quarter
- Email says iBuyer operation has 'hit its capacity' for 2021

By      Patrick Clark

(Bloomberg) --
[Zillow Group Inc.](#) is taking a break from buying U.S. homes after the online real estate giant's pivot into tech-powered house-flipping hit a snag.

Zillow, which acquired more than [3,800 homes](#) in the second quarter, will stop pursuing new home purchases as it works through a backlog of properties already in its pipeline.

"We are beyond operational capacity in our Zillow Offers business and are not taking on additional contracts to purchase homes at this time," a spokesperson for Zillow said in an email. "We continue to process the purchase of homes from sellers who are already under contract, as quickly as possible."

Zillow is best known for publishing real estate listings online and calculating estimated home values – called [Zestimates](#) – that let users keep track of how much their home is worth. The popularity of the company's apps and websites fuels profits in Zillow's online marketing business.

[Why Zillow Went From Online Real Estate Ads to Flipping Homes](#)

But more recently, it has been buying and selling thousands of U.S. homes. In 2018, the company launched Zillow Offers, joining a small group of tech-enabled home-flippers known as iBuyers. In the new business, Zillow invites homeowners to request an offer on their house and uses algorithms to generate a price. If an owner accepts, Zillow buys the property, makes light repairs and puts it back on the market.

**Read more:**

[Zillow Home-Flipping Bonds Draw Wall Street Deeper Into Housing](#)

[Zillow Caught in TikTok Drama Over Big-Money Role in Housing](#)

[Opendoor Shares Surge as Zillow Rival Boosts Home Purchases](#)



© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. [Terms of Services](#)

[Zillow's Price Estimates Are Now Cash Offers in Homebuying Push](#)

[Zillow $450 Million Bond Deal a First for Big-Tech Home Flippers](#)

With the pandemic setting off a housing frenzy marked by cash bids and fast closings, Zillow's pitch of speed and convenience has started to resonate with consumers who want to sell their homes quickly as they try to buy a new property.

The iBuying process is powered by algorithms and large pools of capital, but it's also reliant on humans. Before Zillow signs a contract to buy a house, it sends an inspector to make sure the property doesn't need costly repairs. After it buys a property, contractors replace carpets and repaint interiors.

Finding workers for those tasks has been challenging during a pandemic that has stretched labor across industries. Staffing shortages have been exacerbated by Zillow's willingness to let customers set a closing date months into the future, meaning it could agree to buy a house in August and begin renovating it in November.

"Given unexpected high demand, Zillow Offers has hit its capacity for buying homes for the remainder of the year," an employee who works in the company's home-buying operation in two states wrote in an email to a business partner that was viewed by Bloomberg.

Pausing new acquisitions will allow the company to work through its backlog. It's not the first time that the company has halted purchases. Zillow stopped buying homes in the early days of the pandemic, as did its main competitor, [Opendoor Technologies Inc.](#) While the companies ultimately benefited from the housing boom that started when early economic lockdowns lifted, it took Zillow several months to resume purchasing homes at its pre-pandemic pace.

In recent months, Zillow has fended off online [controversy](#) and laid the groundwork to accelerate purchases. The company borrowed $450 million in an August bond offering that was the [first of its kind](#), and priced a [second](#) $700 million offering in September.

For now, the company plans to refer potential customers to traditional real estate agents. While the pause should help Zillow work through the backlog, it may lose business to competitors, including its main rival.

"Opendoor is open for business and continues to serve its customers with a simple, certain, fast and trusted home move," a spokesman for the company said in an email.

To contact the reporter on this story:
[Patrick Clark](#) in New York at [pclark55@bloomberg.net](mailto:pclark55@bloomberg.net)

To contact the editor responsible for this story:
[Craig Giammona](#) at [cgiammona@bloomberg.net](mailto:cgiammona@bloomberg.net)



# EXHIBIT 9

# At Operational Capacity, "Zillow Offers" to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021

Company continues buying homes as pause impacts prospective sellers yet to sign home sale contracts

NEWS PROVIDED BY
**Zillow Group →**
18 Oct, 2021, 08:00 ET

SEATTLE, Oct. 18, 2021 /PRNewswire/ -- Due to a backlog in renovations and operational capacity constraints, Zillow announced its Zillow Offers business will not sign any new, additional contracts to buy homes through the end of the year. Pausing on new contracts will enable Zillow Offers to focus operations on purchasing homes with already-signed contracts, but have yet to close, and reducing the renovation pipeline. Zillow will continue to market and sell homes through Zillow Offers during this period.

"We're operating within a labor- and supply-constrained economy inside a competitive real estate market, especially in the construction, renovation and closing spaces," said Jeremy Wacksman, chief operating officer, Zillow. "We have not been exempt from these market and capacity issues and we now have an operational backlog for renovations and closings. Pausing new contracts will enable us to focus on sellers already under contract with us and our current home inventory."

For prospective sellers, Zillow Offers is connecting them with a local Premier Agent partner.

Zillow Offers is a service to homeowners to sell without having to coordinate repairs or host open houses or showings. After buying a home, Zillow prepares it for sale by doing the same type of projects a typical seller would, then lists it on the open market.

**About Zillow Group**

Zillow Group, Inc. (NASDAQ: **Z** and ZG) is reimagining real estate to make it easier to unlock life's next chapter.

As the most visited real estate website in the United States, Zillow® and its affiliates offer customers an on-demand experience for selling, buying, renting or financing with transparency and nearly seamless end-to-end service. Zillow Offers® buys and sells homes directly in dozens of markets across the country, allowing sellers control over their timeline. Zillow Home Loans™, our affiliate lender, provides our customers with an easy option to get pre-approved and secure financing for their next home purchase. Zillow recently launched Zillow Homes, Inc., a licensed brokerage entity, to streamline Zillow Offers transactions.

Zillow Group's brands, affiliates and subsidiaries include Zillow®; Zillow Offers®; Zillow Premier Agent®; Zillow Home Loans™; Zillow Closing Services™; Zillow Homes, Inc.; Trulia®; Out East®; ShowingTime ®, Bridge Interactive®, dotloop®, StreetEasy® and HotPads®. Zillow Home Loans, LLC is an Equal Housing Lender, NMLS #10287 (**www.nmlsconsumeraccess.org**).

(ZFIN)

SOURCE Zillow Group

Related Links

**www.zillowgroup.com**

# EXHIBIT 10

**The Ratings Game**

# Zillow stock dives after analyst highlights two-thirds of homes bought are underwater

Last Updated: Nov. 1, 2021 at 1:00 p.m. ET
First Published: Nov. 1, 2021 at 12:48 p.m. ET

By Tomi Kilgore (Follow)

**Cities where highest percentage of Zillow owned homes in which list values are below purchase prices are San Diego and Phoenix**



Zillow said in mid-October it would stop buying U.S. homes after building a big backlog. ZILLOW

**Z** -1.69%   **ZG** -1.89%   **ITB** -5.42%   **SPX** -4.04%

**AD**    Your content will resume in 27 seconds

**1x**

This feature is powered by text-to-speech technology. Want to see it on more articles?
Give your feedback below or email
audiofeedback@marketwatch.com

.

 

Shares of Zillow Group Inc. took a dive Monday, after KeyBanc analyst Edward Yruma highlighted how most of the homes the real estate services company purchased, with an aim to flip them, were now worth less than what they paid for them.

The stock **Z, -1.69%** shed 6.2%. Although the stock was still up 13.6% since closing at a 13-month low of $86.00 on Oct. 18, which was the day Zillow said it would stop buying U.S. homes after building a big backlog, the stock was still down 51.1% since closing at a record $199.90 on Feb. 16.

**Don't miss** : Zillow pauses home buying — raising 'red flags' about the real-estate market.

"Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk due to its current home inventory ($1.17 billion at 2Q21)," Yruma wrote in a note to clients.

Yruma said it completed an analysis of 650 homes in Zillow's inventory, or about one-fifth of the homes owned, and found that 66% are currently listed below the purchase price at an average discount of 4.5%.

Of the 650 homes Yruma analyzed, the cities in which the company had the highest percentage of homes that were listed below the purchase price were San Diego at 94.3%, Phoenix at 93.4% and Mesa, Ariz. at 92.6%.

NOW PLAYING:
## Gearing Up For Retail Earnings



Case 2:21-cv-01551-TSZ   Document 118-2   Filed 04/26/24   Page 99 of 257



**Visit our Video Center**

The city with the most homes listed below the purchase price was Phoenix with 71. Charlotte, N.C. had 70 and Las Vegas had 52.

"While we do think that [Zillow's] issues are likely transitory in nature, we do think it highlights the importance of strong property level and market data," Yruma wrote. "From a [long-term] perspective, we maintain that [Zillow's] changing customer focus (the agent is the customer in the IMT business vs. the consumer in homes) may for unanticipated (and likely negative) compromises."

Yruma reiterated the neutral rating he's had on the stock since February 2020.

The stock has tumbled 24.8% year to date, while Zillow's Class A shares **ZG, -1.89%**, which were shedding 7.6% on Monday, have sunk 28.2% this year. In comparison, the iShares U.S. Home Construction exchange-traded fund **ITB, -5.42%** has run up 30.3% and the S&P 500 index **SPX, -4.04%** has gained 22.8%.





## Netflix lays off 150 workers as executives look to cut costs



### Tomi Kilgore

Tomi Kilgore is MarketWatch's deputy investing and corporate news editor and is based in New York. You can follow him on Twitter @TomiKilgore.

# Find the Best Mortgage Rates ⓘ



DISCLOSURE | SMARTASSET.COM

# EXHIBIT 11



**ZILLOW**GROUP

Q1 2021

Shareholder
Letter

May  4, 2021

# Dear Shareholders:

A few years ago, we made the bold decision to evolve Zillow from a search-and-find experience to be part of the real estate transaction itself.  Today, we can offer our customers a suite of products and services that truly make it simpler for them to move.  As we continue to transform the real estate transaction, we are striving to give customers more choice, information and control over their housing transaction.  Evidence that we and our partners are working together to better serve our mutual customers can be seen in our strong first-quarter results, as we exceeded our outlook at a consolidated level and for all three reporting segments.

**Key Highlights**

**Q1**

CONSOLIDATED REVENUE:
**$1.2 Billion**

CONSOLIDATED GAAP NET INCOME:
**$52 Million**

CONSOLIDATED ADJUSTED EBITDA:
**$181 Million**

AVERAGE MONTHLY UNIQUE USERS:
**221 Million**
+15% YoY growth

VISITS:
**2.5 Billion**
+19% YoY growth

**First-Quarter 2021 Highlights:**

- Consolidated Q1 revenue of $1.2 billion and revenue for each segment exceeded our Q1 outlook.
  - IMT segment revenue grew 35% year over year to $446 million, and Premier Agent revenue grew 38%.
  - Homes segment revenue of $704 million continued to re-accelerate.
  - Mortgages segment revenue grew 169% year over year to $68 million, driven primarily by refinance strength in our mortgage origination business.

- Consolidated GAAP net income was $52 million in Q1.  Segment income (loss) before income taxes was $144 million, $(58) million and $(2) million for the IMT, Homes, and Mortgages segments, respectively.

- Consolidated Adjusted EBITDA[1] of $181 million and Adjusted EBITDA for each segment exceeded the high end of our Q1 outlook.  Adjusted EBITDA by segment was $209 million, $(34) million, and $6 million for the IMT, Homes, and Mortgages segments, respectively, in Q1.

- Cash and investments grew to $4.7 billion at the end of Q1, up from $3.9 billion at the end of Q4.

- Traffic to Zillow Group's mobile apps and websites reached 221 million average monthly unique users, growing 15% year over year and driving 2.5 billion visits during the same period, up 19% from a year ago.

---

[1]*Adjusted EBITDA and segment-level Adjusted EBITDA are non-GAAP financial measures; they are not calculated or presented in accordance with U.S. generally accepted accounting principles, or GAAP.  Please see the below sections "Use of Non-GAAP Financial Measures" and "Adjusted EBITDA" for more information about our presentation of Adjusted EBITDA and segment-level Adjusted EBITDA, including a reconciliation to the most directly comparable GAAP financial measure, which is net income (loss) on a consolidated basis and income (loss) before income taxes for each segment, for the relevant period.*

# Select First-Quarter 2021 Results

## CONSOLIDATED RESULTS

The success of our buy-side Premier Agent and sell-side Zillow Offers businesses, combined with solid execution from our adjacent services and supporting businesses, translated to total revenue growth of 54% sequentially, total consolidated GAAP net income of $52 million and total consolidated Adjusted EBITDA of $181 million for the quarter.

We are seeing the benefits of the investments we have been making in the growth of our businesses and more recently in consolidated Adjusted EBITDA, despite the initial challenges of COVID-19 during 2020. This increased profit generation in recent periods after a heavy investment period gives us confidence that the bets we are making across the business are accretive, and we are allocating our time, our people, and our capital in the right places to serve customers.



**Net Income (Loss) & Adjusted EBITDA**

*Trailing twelve months

## INTERNET, MEDIA & TECHNOLOGY SEGMENT RESULTS

Revenue for the Internet, Media & Technology ("IMT") segment increased 35% year over year to $446 million in Q1.  Revenue growth for the quarter was primarily driven by continued improvement in Premier Agent connections, which grew faster than traffic; the strong housing market; and demand remaining strong for services in our Other IMT segment marketplaces.

## IMT Highlights

**Q1**

SEGMENT REVENUE:

### $446 Million
**+35% YoY growth**

SEGMENT INCOME BEFORE INCOME TAXES:

### $144 Million

SEGMENT ADJUSTED EBITDA:

### $209 Million

IMT segment GAAP income (loss) before income taxes in Q1 was $144 million, or 32% of IMT segment revenue, up 446% compared to $(42) million, or (13)% of segment revenue, in the same period a year ago.

IMT segment Adjusted EBITDA was $209 million in Q1, or 47% of IMT segment revenue, exceeding our outlook of $177 million and 42% Adjusted EBITDA margin at the midpoint of our guidance range.



## Premier Agent

Premier Agent revenue growth accelerated in Q1, up 38% year over year to $334 million.  While we continue to benefit from favorable housing industry tailwinds, we remain focused on providing outstanding service and optimizing operations to connect more high-intent customers with more high-performing partner agents.

## Other IMT Revenue

Other IMT revenue, which includes rentals, new construction, display advertising, and business technology solutions for real estate professionals, increased 26% year over year to $112 million in Q1. Rentals revenue was the primary driver of the strong growth in Q1, increasing 46% year over year as we continued to see adoption of new product offerings and strong rental demand.

## HOMES SEGMENT RESULTS

We continued to re-accelerate our Homes segment activity in Q1, purchasing 1,856 homes and selling 1,965 homes in Zillow Offers.  The number of homes purchased grew sequentially from Q4 2020 as we continued to innovate the customer experience and offerings.  Most prominently, we launched Zestimate as an initial offer, which is beginning to improve automation of our offers, and we made additional operational improvements across customer experiences that we believe will put us in a strong position to scale the business in periods ahead.  The Q1 resale velocity, in which 128% of beginning inventory was sold during the quarter, was ahead of plan.  This resulted in Homes segment revenue ahead of our outlook as a portion of sales were pulled into Q1 that we would have otherwise expected to be in Q2.  As a result, we ended the quarter with 1,422 homes in inventory, down from Q4.

**Homes Highlights**

Q1

SEGMENT REVENUE:
**$704 Million**
Down 9% YoY

HOMES PURCHASED:
**1,856**

HOMES SOLD:
**1,965**

Zillow Offers gross profit was $64 million in Q1, and average Zillow Offers gross profit per home sold was $32,644.  Homes segment loss before income taxes was $58 million in Q1.

Homes segment Adjusted EBITDA was a loss of $34 million, exceeding the high end of our outlook range.  The Adjusted EBITDA outperformance was primarily due to stronger-than-expected home price appreciation in our Zillow Offers markets.  Operating costs per home were up slightly compared to Q4.  Average return on homes sold before interest expense[2] was a gain of $19,590 per home, or 549 basis points as a percentage of revenue.

## First-Quarter 2021 Zillow Offers Unit Economics

| | | Total | | Average per Home | % of Revenue |
|---|---|---|---|---|---|
| **Homes sold** | | 1,965 | | | |
| Zillow Offers revenue | $ | 700,974,000 | $ | 356,730 | 100.0% |
| **Operating costs:** | | | | | |
| Home acquisition costs* | | 610,194,000 | | 310,531 | 87.0% |
| Renovation costs* | | 20,822,000 | | 10,596 | 3.0% |
| Holding costs*,** | | 4,552,000 | | 2,317 | 0.6% |
| Selling costs | | 26,911,000 | | 13,695 | 3.8% |
| **Total operating costs** | | 662,479,000 | | 337,139 | 94.5% |
| Return on Homes Sold Before Interest Expense[2] | | 38,495,000 | | 19,590 | 549 bps |
| Interest expense*,** | | 3,845,000 | | 1,957 | 0.5% |
| Return on Homes Sold After Interest Expense[2] | $ | 34,650,000 | $ | 17,634 | 494 bps |

* Amount excludes expenses incurred during the period that are not related to homes sold during the period.
** Holding costs and interest expense include $1.7 million and $1.5 million, respectively, of costs incurred in prior periods associated with homes sold in the first quarter of 2021.

Other Homes revenue benefited in Q1 from more customers using Zillow Closing Services when purchasing a home from Zillow Offers.  Zillow Offers unit economics also benefit from reduced home acquisition costs when we use Zillow Closing Services for homes we purchase.

## MORTGAGES SEGMENT RESULTS

Mortgages revenue of $68 million for Q1 exceeded our outlook, increasing 169% year over year.  Mortgage origination volume, 90% of which came from refinance originations, was up more than 8x year over year.  We continue to build the origination team, product, and operating platform, while driving strong loan volume growth primarily in refinance in the current low-mortgage-rate environment.  Mortgages segment Q1 loss before income taxes was $2 million, and Adjusted EBITDA of $6 million was above the high end of our outlook, driven by stronger revenue growth from origination volume, partially offset by slightly lower gain on sale than we expected, combined with strength in our mortgage marketplace and cost discipline.



**Mortgages Highlights**

Q1

SEGMENT REVENUE:
**$68 Million**
+169% YoY growth

SEGMENT LOSS BEFORE INCOME TAXES:
**$(2) Million**

SEGMENT ADJUSTED EBITDA:
**$6 Million**

[2]Average Return on Homes Sold After Interest Expense and Average Return on Homes Sold Before Interest Expense are non-GAAP financial measures; they are not calculated or presented in accordance with GAAP.  Please see the below sections "Use of Non-GAAP Financial Measures" and "Non-GAAP Average Return on Homes Sold After Interest Expense" for more information about our presentation of these non-GAAP measures, including reconciliation to the most directly comparable GAAP financial measures, which are Zillow Offers gross profit and average gross profit per home.

# First-Quarter Financial Details

## OPERATING EXPENSE SUMMARY

Total consolidated costs and expenses were $1.1 billion in Q1, down 11% from $1.3 billion a year ago.  Q1 2020 total costs and expenses included $76.8 million of non-cash impairment charges, primarily related to our Trulia trademark intangible asset.  In addition, in Q1 2021, we reported lower Homes segment cost of revenue and less spending on sales and marketing.

The following table presents costs and expenses by segment for the periods presented (in thousands, unaudited):

### First-Quarter Costs and Expenses by Segment

| (in thousands) | Three Months Ended March 31, 2021 | | | Three Months Ended March 31, 2020 | | | 2020 to 2021 % Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | Homes | IMT | Mortgages | Homes | IMT | Mortgages | Homes | IMT | Mortgages |
| Cost of revenue | $ 640,618 | $ 28,016 | $ 18,396 | $ 732,199 | $ 24,318 | $ 5,155 | (13)% | 15% | 257% |
| Sales and marketing | 55,025 | 113,298 | 25,270 | 71,589 | 120,173 | 12,886 | (23)% | (6)% | 96% |
| Technology and development | 37,139 | 101,893 | 9,824 | 32,538 | 95,028 | 7,352 | 14% | 7% | 34% |
| General and administrative | 25,532 | 58,729 | 16,290 | 23,421 | 58,754 | 10,110 | 9% | 0% | 61% |
| Impairment costs | - | - | - | - | 73,900 | 2,900 | | | |
| Acquisition-related costs | - | 817 | - | - | - | - | | | |
| **Total costs and expenses** | **$ 758,314** | **$ 302,753** | **$ 69,780** | **$ 859,747** | **$ 372,173** | **$ 38,403** | **(12)%** | **(19)%** | **82%** |

## BALANCE SHEET / CASH AND INVESTMENTS SUMMARY

We ended Q1 with a cash and investment balance of $4.7 billion, up from $3.9 billion at the end of Q4. We further strengthened our balance sheet during the quarter by initiating an at-the-market (ATM) offering for an aggregate gross sale price of up to $1 billion, selling $551 million of stock during Q1.

# Outlook

The following table presents our outlook for the three months ending  June 30, 2021 (in millions):

### Zillow Group Outlook as of May 4, 2021

| (in millions) | Three Months Ending June 30, 2021 |
|---|---|
| **Revenue:** | |
| IMT segment: | |
|   Premier Agent | $342 to $350 |
| Total IMT segment revenue | $459 to $472 |
| Homes segment | $720 to $750 |
| Mortgages segment | $57 to $62 |
| Total revenue | $1,236 to $1,284 |
| **Adjusted EBITDA*:** | |
| IMT segment | $187 to $197 |
| Homes segment | $(62) to $(52) |
| Mortgages segment | $(9) to $(5) |
| Total Adjusted EBITDA | $116 to $140 |
| Weighted average shares outstanding - basic | 248.5 to 250.5 |
| Weighted average shares outstanding - diluted** | 264.5 to 266.5 |

*\* Zillow Group has not provided a quantitative reconciliation of forecasted GAAP net income (loss) to forecasted total Adjusted EBITDA or of forecasted GAAP income (loss) before income taxes to forecasted segment Adjusted EBITDA within this communication because the company is unable, without making unreasonable efforts, to calculate certain reconciling items with confidence.  These items include, but are not limited to: income taxes which are directly impacted by unpredictable fluctuations in the market price of the company's capital stock; depreciation and amortization expense from new acquisitions; impairments of assets; gains or losses on extinguishment of debt and acquisition-related costs.  These items, which could materially affect the computation of forward-looking GAAP net income (loss) and income (loss) before income taxes, are inherently uncertain and depend on various factors, many of which are outside of Zillow Group's control.  For more information regarding the non-GAAP financial measures discussed in this communication, please see "Use of Non-GAAP Financial Measures" below.*

*\*\* We have excluded from our outlook for Weighted average shares outstanding - diluted any potentially dilutive impact of the conversion of our convertible senior notes due in 2023, 2024, 2025, and 2026 subsequent to the date of this letter.  The maximum number of shares underlying these convertible senior notes as of the date of this letter is 38.6 million shares of Class C capital stock.*

## Consolidated Outlook

We expect Q2 consolidated revenue to be between $1.236 billion and $1.284 billion, as we believe the revenue growth trend in our IMT segment will continue and Homes segment revenue growth will improve sequentially.  We expect consolidated Adjusted EBITDA to be between $116 million and $140 million, up from $16 million in Q2 2020, primarily driven by IMT segment revenue growth and continued operating leverage.  We expect consolidated Adjusted EBITDA to be lower than Q1 as we accelerate investments across our people, our technology and development efforts, and our sales and marketing costs.

## Internet, Media & Technology Segment

In Q2, we expect IMT segment revenue to be between $459 million and $472 million, up 66% year over year and up 44% over Q2 2019, at the midpoint of our outlook, as we see continued strength in customer traffic and partner demand.  Adjusted to remove the impact of our #BetterTogether discounts provided

to our partners in Q2 2020, our Q2 2021 IMT segment revenue year-over-year growth is expected to be 35% at the midpoint of our outlook.

We expect Q2 IMT segment Adjusted EBITDA margin to be 41% at the midpoint of our outlook, down sequentially from 47% in Q1.  As we position ourselves to drive sustainable, profitable long-term growth, we expect Q2 IMT segment Adjusted EBITDA margin to reflect accelerated investments in marketing, staffing, and technology up from Q1 levels, and we expect to further accelerate investments into Q3.  For full year 2021, we expect IMT segment Adjusted EBITDA dollar growth more in line with revenue growth rates rather than expansion from the 38% IMT segment Adjusted EBITDA margin we reported in 2020.

### Premier Agent

In Q2, Premier Agent revenue is expected to be between $342 million and $350 million, up 80% year over year and up 49% over Q2 2019, at the midpoint of our outlook.  Adjusted to remove the impact of our #BetterTogether discounts provided to our partners in Q2 2020, our Q2 2021 Premier Agent revenue year-over-year growth is expected to be 38% at the midpoint of our outlook.

### Homes Segment

In Q2, we expect Homes segment revenue to be between $720 million and $750 million, and Adjusted EBITDA loss to be between $(62) million and $(52) million.

### Mortgages Segment

In Q2, Mortgages segment revenue is expected to be between $57 million and $62 million, and Adjusted EBITDA loss is expected to be between $(9) million and $(5) million based on continued investments in our origination channels, technology and development, and expected market conditions.

# Summary

Over the past 18 months, the housing market has provided a unique opportunity to demonstrate how our decision to evolve Zillow into being a part of the real estate transaction itself can be successful in a variety of market conditions.  Whether customers are looking to transact safely during the pandemic or quickly make an all-cash offer in a hot housing market, the suite of services we offer meets our customers wherever they are in their home-shopping journey.  To better execute for our customers and partners, we are hiring more than 2,000 employees in 2021[3], increasing our total workforce by approximately 40% from 2020.

---

[3]*https://investors.zillowgroup.com/investors/news-and-events/news/news-details/2021/Zillow-Announces-Plans-to-Hire-More-Than-2000-Employees-Nationwide-in-2021/default.aspx*

We know our customers simply want to move to the next chapter in their lives, and that is reflected in our data.  The Zillow research team just released its most recent [Mover Report](4) indicating that the pandemic has caused people to rethink where they live.  We estimate about 8 million existing homeowner households that have been on the sidelines may enter a real estate market already driven by unrelenting demand[5].  Looking forward, we believe the tailwinds we have been talking about — from the Great Reshuffling and the offline-to-online technology migration, to positive demographic trends and pent-up demand for housing post-pandemic — are supportive of housing in 2021 and over the long term.

While we expect the housing market to continue to be favorable, we are also focused on continuing to build, execute, and scale with our partners on behalf of our customers.  We estimate our buy-side Premier Agent and sell-side Zillow Offers businesses[6] represented less than 2% of total annual residential real estate industry service fees[7] in 2020 and believe we have just begun to scratch the surface of what is possible.  Based on customer feedback, it is clear to us that there are many movers looking for the solutions we are building.

Take one customer we recently worked with named Jessica LaRue-Briscoe.  She and her husband Shawn, lived in Denver and were first-time home sellers.  They turned to Zillow when they were anxious about a move from Colorado to Texas.  Zillow connected Jessica with Adam Unger, from Zillow broker partner Atlas Real Estate, who made sure she and her husband felt informed and prepared.  Adam's experience and professionalism kept their worries at bay as he created a strategy to sell their home quickly.  "I really feel like we were able to be connected with the best real estate agent for us because we went through Zillow," Jessica said.  Thanks to that seamless partnership, Jessica and Shawn are now on to their next chapter in Texas.



[Watch the full story here](8)

We're motivated every day by customer and partner success stories like this one.  As our [new advertising campaign](9) says, to move is to grow, and we're seeing that here at Zillow with our employees, with our customers, and with our industry partners.

We appreciate the continued support from our investors as we travel this journey with you.


Sincerely,

Rich Barton, Co-founder & CEO

Allen Parker, CFO

---

[4]*https://www.zillowgroup.com/news/mover-report/*
[5]*Based on a nationally representative sample collected by Zillow Group Population Science of more than 1,000 homeowners (household decision makers who own their home and did not move in the past year) from Jan. 26 to Jan. 29, 2021.*
[6]*For purposes of this estimate, we include 2020 Premier Agent revenue and 2020 Zillow Offers gross profit.*
[7]*Annual residential real estate industry service fees assumes a 5% average agent commission rate earned on $2.2 trillion of estimated annual home sales in 2020 (according to the 2020 U.S. Census Bureau and National Association of REALTORS®).*
[8]*https://www.youtube.com/embed/_vSGzG70ogA*
[9]*https://www.zillowgroup.com/news/moving-brand-campaign/*

**Forward-Looking Statements**

This communication contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 that involve risks and uncertainties, including, without limitation, statements regarding the future performance and operation of our business and the current and future health and stability of the residential housing market and economy and our expectations regarding future shifts in behavior by consumers and employees. Statements containing words such as "may," "believe," "anticipate," "expect," "intend," "plan," "project," "predict," "will," "projections," "continue," "estimate," "outlook," "guidance," "would," "could," or similar expressions constitute forward-looking statements. Forward-looking statements are made based on assumptions as of May 4, 2021, and although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee these results. Differences in Zillow Group's actual results from those described in these forward-looking statements may result from actions taken by Zillow Group as well as from risks and uncertainties beyond Zillow Group's control.

Factors that may contribute to such differences include, but are not limited to, the impact of the COVID-19 pandemic or other public health crises and any associated economic downturn on Zillow Group's future financial position, operations and financial performance; the magnitude, duration and severity of the COVID-19 pandemic and the availability and widespread distribution and use of effective vaccines; the impact of actions taken by governments, businesses and individuals in response to the COVID-19 pandemic, including changes in laws or regulations that limit our ability to operate; the current and future health and stability of the economy, financial conditions and residential housing market, including any extended slowdown in the real estate markets as a result of the COVID-19 pandemic, changes in laws or regulations applicable to our business, employees, products or services, including current and future laws, regulations and orders that limit Zillow Group's ability to operate in light of the COVID-19 pandemic; the satisfaction of conditions precedent to the closing of Zillow Group's proposed acquisition of ShowingTime.com, Inc., including expiration or termination of the applicable waiting period under the Hart-Scott-Rodino Act; changes in general economic and financial conditions that reduce demand for our products and services, lower our profitability or reduce Zillow Group's access to credit; actual or anticipated fluctuations in our financial condition and results of operations; changes in projected operational and financial results; addition or loss of significant customers; actual or anticipated changes in Zillow Group's growth rate relative to that of our competitors; acquisitions, strategic partnerships, joint ventures, capital-raising activities or other corporate transactions or commitments by us or our competitors; actual or anticipated changes in technology, products, markets or services by us or our competitors; ability to obtain or maintain licenses and permits to support Zillow Group's current and future businesses; ability to comply with MLS rules and requirements to access and use listing data, and to maintain or establish relationships with listings and data providers; ability to operate Zillow Group's mortgage originations business, including the ability to obtain sufficient financing; fluctuations in the valuation of companies perceived by investors to be comparable to Zillow Group; the impact of natural disasters and other catastrophic events; the impact of pending or future litigation; and the issuance of new or updated research or reports by securities analysts.

The foregoing list of risks and uncertainties is illustrative but not exhaustive. For more information about potential factors that could affect Zillow Group's business and financial results, please review the "Risk Factors" described in Zillow Group's Annual Report on Form 10-K for the year ended December 31, 2020. Except as may be required by law, Zillow Group does not intend and undertakes no duty to update this information to reflect future events or circumstances.

**Use of Non-GAAP Financial Measures**

This communication includes references to Adjusted EBITDA (in total and for each segment, and including forecasted Adjusted EBITDA and EBITDA margin), Average Return on Homes Sold Before Interest Expense and Average Return on Homes Sold After Interest Expense, which are non-GAAP financial measures not prepared in conformity with accounting principles generally accepted in the United States ("GAAP"). These non-GAAP financial measures are not prepared under a comprehensive set of accounting rules and, therefore, should only be reviewed alongside results reported under GAAP.

**Adjusted EBITDA**

To provide investors with additional information regarding our financial results, this communication includes references to Adjusted EBITDA in total and for each segment, each a non-GAAP financial measure. We have provided a reconciliation below of Adjusted EBITDA in total to net income (loss) and Adjusted EBITDA by segment to income (loss) before income taxes for each segment, the most directly comparable GAAP financial measures.

Adjusted EBITDA is a key metric used by our management and board of directors to measure operating performance and trends and to prepare and approve our annual budget. In particular, the exclusion of certain expenses in calculating Adjusted EBITDA facilitates operating performance comparisons on a period-to-period basis.

Our use of Adjusted EBITDA in total and for each segment has limitations as an analytical tool, and you should not consider these measures in isolation or as a substitute for analysis of our results as reported under GAAP. Some of these limitations are:

- Adjusted EBITDA does not reflect our cash expenditures or future requirements for capital expenditures or contractual commitments;
- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;
- Adjusted EBITDA does not consider the potentially dilutive impact of share-based compensation;
- Although depreciation and amortization are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future, and Adjusted EBITDA does not reflect cash capital expenditure requirements for such replacements or for new capital expenditure requirements;
- Adjusted EBITDA does not reflect impairment costs;
- Adjusted EBITDA does not reflect acquisition-related costs;
- Adjusted EBITDA does not reflect the loss on extinguishment of debt;
- Adjusted EBITDA does not reflect interest expense or other income;
- Adjusted EBITDA does not reflect income taxes; and
- Other companies, including companies in our own industry, may calculate Adjusted EBITDA differently than we do, limiting its usefulness as a comparative measure.

Because of these limitations, you should consider Adjusted EBITDA in total and for each segment alongside other financial performance measures, including various cash flow metrics, net income (loss), income (loss) before income taxes for each segment and our other GAAP results.

The following tables present a reconciliation of Adjusted EBITDA to the most directly comparable GAAP financial measure, which is net income (loss) on a consolidated basis and income (loss) before income taxes for each segment along with the calculation of Adjusted EBITDA margin and associated year over year growth rates and the most directly comparable GAAP financial measure and related year over year growth rates, which is net income (loss) on a consolidated basis and income (loss) before income taxes margin for each segment, for the periods presented (in thousands, unaudited):

| | Three Months Ended March 31, | | 2020 to 2021 % Change |
| --- | --- | --- | --- |
| | **2021** | **2020** | |
| **Revenue:** | | | |
| Homes segment: | | | |
| Zillow Offers | $ 700,974 | $ 769,112 | (9)% |
| Other (1) | 3,178 | 761 | 318 % |
| Total Homes segment revenue | 704,152 | 769,873 | (9)% |
| IMT segment: | | | |
| Premier Agent | 334,318 | 242,106 | 38 % |
| Other (2) | 112,010 | 88,560 | 26 % |
| Total IMT segment revenue | 446,328 | 330,666 | 35 % |
| Mortgages segment | 67,960 | 25,282 | 169 % |
| Total revenue | $ 1,218,440 | $ 1,125,821 | 8 % |
| **Other Financial Data:** | | | |
| Income (loss) before income taxes: | | | |
| Homes segment | $ (58,474) | $ (97,958) | 40 % |
| IMT segment | 143,575 | (41,507) | 446 % |
| Mortgages segment | (1,820) | (13,145) | 86 % |
| Corporate items (3) | (34,207) | $ (19,891) | (72)% |
| Total income (loss) before income taxes | $ 49,074 | $ (172,501) | 128 % |
| Net income (loss) | $ 51,964 | $ (163,273) | 132 % |
| Adjusted EBITDA: | | | |
| Homes segment | $ (33,948) | $ (74,995) | 55 % |
| IMT segment | 208,583 | 85,717 | 143 % |
| Mortgages segment | 6,347 | (5,603) | 213 % |
| Total Adjusted EBITDA | $ 180,982 | $ 5,119 | 3,435 % |

(1) Other Homes segment revenue relates to revenue associated with the title and escrow services provided through Zillow Closing Services.
(2) Other IMT segment revenue includes revenue generated by rentals, new construction and display advertising, as well as revenue from the sale of various other advertising and business technology solutions for real estate professionals, including dotloop.
(3) Certain corporate items are not directly attributable to any of our segments, including the loss on extinguishment of debt, interest income earned on our short-term investments included in other income and interest costs on our convertible senior notes included in interest expense.

| | Three Months Ended March 31, | | 2020 to 2021 % Change | 2020 to 2021 Margin Change Basis Points |
| --- | --- | --- | --- | --- |
| **Percentage of Revenue:** | **2021** | **2020** | | |
| Income (loss) before income taxes: | | | | |
| Homes segment | (8)% | (13)% | 38 % | 500 |
| IMT segment | 32 % | (13)% | 346 % | 4,500 |
| Mortgages segment | (3)% | (52)% | 94 % | 4,900 |
| Corporate items | N/A | N/A | N/A | N/A |
| Total income (loss) before income taxes | 4 % | (15)% | 127 % | 1,900 |
| Net income (loss) | 4 % | (15)% | 127 % | 1,900 |
| Adjusted EBITDA: | | | | |
| Homes segment | (5)% | (10)% | 50 % | 500 |
| IMT segment | 47 % | 26 % | 81 % | 2,100 |
| Mortgages segment | 9 % | (22)% | 141 % | 3,100 |
| Total Adjusted EBITDA | 15 % | — % | N/A | 1,500 |

The following tables present a reconciliation of Adjusted EBITDA to the most directly comparable GAAP financial measure, which is net income (loss) on a consolidated basis and income (loss) before income taxes for each segment, for each of the periods presented (in thousands, unaudited):

| | Three Months Ended March 31, 2021 | | | | |
| | Homes | IMT | Mortgages | Corporate Items (2) | Consolidated |
|---|---|---|---|---|---|
| **Reconciliation of Adjusted EBITDA to Net Income and Income (Loss) Before Income Taxes:** | | | | | |
| Net income (1) | N/A | N/A | N/A | N/A | $ 51,964 |
| Income tax benefit | N/A | N/A | N/A | N/A | (2,890) |
| Income (loss) before income taxes | $ (58,474) | $ 143,575 | $ (1,820) | $ (34,207) | $ 49,074 |
| Other income | — | — | (1,732) | (707) | (2,439) |
| Depreciation and amortization expense | 4,293 | 22,799 | 1,807 | — | 28,899 |
| Share-based compensation expense | 15,921 | 41,392 | 6,360 | — | 63,673 |
| Acquisition-related costs | — | 817 | — | — | 817 |
| Loss on extinguishment of debt | — | — | — | 1,403 | 1,403 |
| Interest expense | 4,312 | — | 1,732 | 33,511 | 39,555 |
| Adjusted EBITDA | $ (33,948) | $ 208,583 | $ 6,347 | $ — | $ 180,982 |

| | Three Months Ended March 31, 2020 | | | | |
| | Homes | IMT | Mortgages | Corporate Items (2) | Consolidated |
|---|---|---|---|---|---|
| **Reconciliation of Adjusted EBITDA to Net Loss and Loss Before Income Taxes:** | | | | | |
| Net loss (1) | N/A | N/A | N/A | N/A | $ (163,273) |
| Income tax benefit | N/A | N/A | N/A | N/A | (9,228) |
| Loss before income taxes | $ (97,958) | $ (41,507) | $ (13,145) | $ (19,891) | $ (172,501) |
| Other income | — | — | (202) | (9,391) | (9,593) |
| Depreciation and amortization expense | 3,575 | 23,777 | 1,674 | — | 29,026 |
| Share-based compensation expense | 11,304 | 29,547 | 2,944 | — | 43,795 |
| Impairment costs | — | 73,900 | 2,900 | — | 76,800 |
| Interest expense | 8,084 | — | 226 | 29,282 | 37,592 |
| Adjusted EBITDA | $ (74,995) | $ 85,717 | $ (5,603) | $ — | $ 5,119 |

(1) We use income (loss) before income taxes as our profitability measure in making operating decisions and assessing the performance of our segments, therefore, net income (loss) and income tax benefit are calculated and presented only on a consolidated basis within our financial statements.

(2) Certain corporate items are not directly attributable to any of our segments, including the loss on extinguishment of debt, interest income earned on our short-term investments included in other income and interest costs on our convertible senior notes included in interest expense.

## Non-GAAP Average Return on Homes Sold After Interest Expense

To provide investors with additional information regarding our Zillow Offers financial results, this communication includes a calculation of Average Return on Homes Sold After Interest Expense, which is a non-GAAP financial measure. We have provided a reconciliation of Average Return on Homes Sold After Interest Expense to the most directly comparable GAAP financial measure, which is average gross profit per home for the Zillow Offers business.

We believe that Average Return on Homes Sold After Interest Expense is a useful financial measure to investors as it is one of the primary measures used by management in making investment decisions, measuring unit level economics and evaluating operating performance for the Zillow Offers business. The measure is intended to convey the unit level economics of homes sold during the period by presenting the average revenue and associated expenses directly attributed to the homes sold. We believe this average per unit measure facilitates meaningful period over period comparisons notwithstanding variability in the number of homes sold during a period and indicates ability to generate average returns on assets sold after considering home purchase costs, renovation costs, holding costs and selling costs.

We calculate the Average Return on Homes Sold After Interest Expense as revenue associated with homes sold during the period less direct costs attributable to those homes divided by the number of homes sold during the period. Specifically, direct costs include, with respect to each home sold during the period (1) home acquisition and renovation costs, which in turn include certain labor costs directly associated with these activities; (2) holding and selling costs; and (3) interest costs incurred.

Included in direct holding and interest expense amounts for the periods presented are holding and interest costs recorded as period expenses in prior periods associated with homes sold in the presented period, which are not calculated in accordance with, or as an alternative for, GAAP and should not be considered in isolation or as a substitute for results reported under GAAP. Excluded from certain of these direct cost amounts are costs recorded in the presented period related to homes that remain in inventory at the end of the period, as shown in the tables below. We make these period adjustments because we believe presenting Average Return on Homes Sold After Interest Expense in this manner provides a focused view on a subset of our assets - homes sold during the period - and reflecting costs associated with those homes sold from the time we acquire to the time we sell the home, which may be useful to investors.

Average Return on Homes Sold After Interest Expense is intended to illustrate the performance of homes sold during the period and is not intended to be a segment or company performance metric. Average Return on Homes Sold After Interest Expense is a supplemental measure of operating performance for a subset of assets and has limitations as an analytical tool, and you should not consider it in isolation or as a substitute for analysis of our results as reported under GAAP. Some of these limitations are:

- Although depreciation and amortization are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future, and Average Return on Homes Sold After Interest Expense does not reflect capital expenditure requirements for such replacements or for new capital expenditure requirements;
- Average Return on Homes Sold After Interest Expense does not consider the potentially dilutive impact of share-based compensation;
- Average Return on Homes Sold After Interest Expense does not include period costs that were not eligible for inventory capitalization associated with homes held in inventory at the end of the period;
- Average Return on Homes Sold After Interest Expense does not reflect indirect expenses included in cost of revenue, sales and marketing, technology and development, or general and administrative expenses, some of which are recurring cash expenditures necessary to operate the business; and
- Average Return on Homes Sold After Interest Expense does not reflect income taxes.

The calculation of Average Return on Homes Sold After Interest Expense includes only those expenses directly attributed to the homes sold during the period. To arrive at return on homes sold after interest expense, the Company deducts from Zillow Offers gross profit (1) holding costs incurred in the presented period and prior periods for homes sold during the presented period that are included in sales and marketing expense, (2) selling costs incurred in the presented period for homes sold during the presented period that are included in sales and marketing expense and (3) interest expense incurred in the presented period and prior periods for homes sold during the presented period. The Company adds to Zillow Offers gross profit (1) inventory valuation adjustments recorded during the presented period associated with homes that remain in inventory at period end, net of inventory valuation adjustments recorded in prior periods related to homes sold in the presented period, and indirect expenses included in cost of revenue and (2) share-based compensation expense and depreciation and amortization expense included in cost of revenue. The following table presents the calculation of Zillow Offers average gross profit per home and Average Return on Homes Sold After Interest Expense and a reconciliation of return on homes sold after interest expense to Zillow Offers gross profit for the periods presented (unaudited):

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| **Calculation of Average Gross Profit per Home** | | **2021** | | **2020** |
| Zillow Offers revenue | $ | 700,974,000 | $ | 769,112,000 |
| Zillow Offers cost of revenue | | 636,828,000 | | 730,537,000 |
| Zillow Offers gross profit | $ | 64,146,000 | $ | 38,575,000 |
| Homes sold | | 1,965 | | 2,394 |
| Average Zillow Offers gross profit per home | $ | 32,644 | $ | 16,113 |
| **Reconciliation of Non-GAAP Measure to Nearest GAAP Measure** | | | | |
| Zillow Offers gross profit | $ | 64,146,000 | $ | 38,575,000 |
| Holding costs included in sales and marketing (1) | | (3,879,000) | | (9,618,000) |
| Selling costs included in sales and marketing (2) | | (26,911,000) | | (32,913,000) |
| Interest expense (3) | | (3,845,000) | | (11,056,000) |
| Direct and indirect expenses included in cost of revenue (4) | | 4,478,000 | | 3,830,000 |
| Share-based compensation expense and depreciation and amortization expense included in cost of revenue | | 661,000 | | 462,000 |
| Return on homes sold after interest expense | $ | 34,650,000 | $ | (10,720,000) |
| Homes sold | | 1,965 | | 2,394 |
| Average return on homes sold after interest expense | $ | 17,634 | $ | (4,478) |

(1) Amount represents holding costs incurred related to homes sold in the presented period that were not eligible for inventory capitalization and were therefore expensed as period costs in the presented period and prior periods. These costs primarily include homeowners association dues, property taxes, insurance, utilities, and cleaning and maintenance costs incurred during the time a home is held for sale after the renovation period is complete. On a GAAP basis, the Company incurred a total of $3.9 million and $5.3 million of holding costs included in sales and marketing expense for the three months ended March 31, 2021 and 2020, respectively.
(2) Amount represents selling costs incurred related to homes sold in the presented period that were not eligible for inventory capitalization and were therefore expensed as period costs in the presented period. These costs primarily include agent commissions paid upon the sale of a home.
(3) Amount represents interest expense incurred related to homes sold in the presented period that was not eligible for inventory capitalization and was therefore expensed as a period cost in the presented period and prior periods.
(4) Amount includes inventory valuation adjustments recorded during the period associated with homes that remain in inventory at period end, net of inventory valuation adjustments recorded in prior periods related to homes sold in the presented period, holding costs incurred in the renovation period that are eligible for inventory capitalization and are expensed in the period presented when the associated home is sold, as well as corporate costs allocated to Zillow Offers such as headcount expenses and hosting-related costs related to the operation of our website.

# EXHIBIT 12

# Zillow Launches New Neural Zestimate, Yielding Major Accuracy Gains

New model helps Zestimate better react to hot housing market and improves median error rate to 6.9% nationally

---

NEWS PROVIDED BY

**Zillow Group →**
15 Jun, 2021, 09:05 ET

---

SEATTLE, June 15, 2021 /PRNewswire/ -- Zillow today launches significant upgrades to its Zestimate® home valuation model.  The changes allow the algorithm to react more quickly to current market trends and improve the national median error rate to 6.9% -- an improvement of nearly a full percentage point for more than 104 million off-market homes.

The new Zestimate algorithm leverages neural networks, the latest machine learning approach, and incorporates deeper history of property data such as sales transactions, tax assessments and public records, in addition to home details such as square footage and location.

Neural networks are artificial intelligence systems that imitate how the human brain works. They are able to map hundreds of millions of data points efficiently, drawing connections among inputs and using the relationships formed to produce or predict



Zillow Launches New Neural Zestimate, Yielding Major Accuracy

an output. In the case of the Zestimate algorithm, the neural network model correlates home facts, location, housing market trends and home values.



Zillow logo (PRNewsfoto/Zillow Group)

As a result of this update, the Zestimate can now react more quickly to dynamic market conditions, providing homeowners with a more accurate estimate [prediction] of a home's current value. In addition, transition to a neural network-based model will reduce Zestimate processing time.

"Since we introduced the Zestimate in 2006, we have never stopped innovating in order to provide consumers with the most accurate home valuations," said Dr. Stan Humphries, Zillow chief analytics officer and creator of the Zestimate. "The new architecture we're debuting today represents another significant step forward in our efforts to harness big data to create more certainty for consumers, which leads to better decisions."

Fifteen years ago, the Zestimate gave people instant access for the first time to an estimated value for millions of homes across America for free. Over the past decade and a half, Zillow has released multiple major Zestimate algorithm updates as well as incremental improvements between major upgrades, and now calculates valuations for more than 104 million homes across the country.

As a result of the company's increasing confidence in Zestimate accuracy, in February Zillow began using the **Zestimate as a live, initial cash offer** through its home buying program, Zillow Offers. The Zestimate is an initial cash offer on about 900,000 eligible homes across 23 markets. With this latest update and increased Zestimate accuracy, the number of homes eligible for a cash offer will likely increase by 30%.

Applying a neural network model to a national real estate dataset was an innovation used by the winning team of Zillow Prize, the two-year, $1 million data science competition that included more than 3,800 teams from 91 countries working to improve the Zestimate. One member of the team, Jordan Meyer is now a senior applied scientist at Zillow and works on home valuations for Zillow Offers.

**About Zillow Group**

Zillow Group, Inc. (NASDAQ: **Z** and ZG) is reimagining real estate to make it easier to unlock life's next chapter.

As the most-visited real estate website in the U.S., Zillow® and its affiliates offer customers an on-demand experience for selling, buying, renting or financing with transparency and nearly seamless end-to-end service. Zillow Offers® buys and sells homes directly in dozens of markets across the country, allowing sellers control over their timeline. Zillow Home Loans™, our affiliate lender, provides our customers with an easy option to get pre-approved and secure financing for their next home purchase. Zillow recently launched Zillow Homes, Inc., a licensed brokerage entity, to streamline Zillow Offers transactions.

Zillow Group's affiliates and subsidiaries include Zillow®, Zillow Offers®, Zillow Premier Agent®, Zillow Home Loans™, Zillow Closing Services™, Zillow Homes, Inc., Trulia®, Out East®, StreetEasy® and HotPads®. Zillow Home Loans, LLC is an Equal Housing Lender, NMLS #10287 (**www.nmlsconsumeraccess.org**).

SOURCE Zillow Group

Related Links

**www.zillowgroup.com**

# EXHIBIT 13

# KeyBanc
# Capital Markets

October 31, 2021

**Technology: Internet Retail**

**Company Update**

# Zillow Group, Inc.

## Z: Volatile iBuying Trends, Earnings Risk

**Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk due to its current homes inventory ($1.17B at 2Q21).** As we noted in our third volume of the KBCM iBuying Tracker from October 18, 2021, flattening HPA trends present a NT challenge for iBuyers. To better understand this, we completed an analysis of 650 homes in Z's current inventory (3,142 at 2Q21) and found that 66% are currently listed below Z's purchase price at an average discount of 4.5%. In tandem with Z's ongoing issues getting homes remodeled, we think this could drive NT earnings risk.

## Key Investment Points

**Taking a closer look at Z's current inventory, 66% of our sample set is listed below Z's purchase price.** In response to news reports, we did a deeper dive on Z's current inventory (see Exhibits 1-5). Of the 650 homes analyzed, 429 were below purchase price for an average 4.5% discount. Across the entire sample set, the value weighted pricing was a 2.0% discount vs. purchase price. Within our sample set, the three most impacted regions were Tucson (6.1% discount), Mesa (5.3% discount), and Phoenix (4.9% discount). In Exhibit 2, we show a distribution of the discounts, with some ranging as high as 15%+.

**We believe that Z may have leaned into HPA at the wrong moment.** In both 1Q and 2Q, we believe that Z may not have leaned into HPA sufficiently, which may have driven lower than expected homes inventory. Conversely, OPEN successfully ramped its home inventory. However, OPEN struck a note of caution during 2Q, and we believe OPEN began to adjust its pricing to better reflect normalizing HPA trends. We also believe that non-covered OfferPad began to adjust pricing in markets like Arizona. Our iBuying tracker points to a strong ramp in listings at both OPEN and OPAD but less so at Z, which underpins our upward earnings revision at OPEN and reduction at Z (see our note from October 18, 2021, for more details).

**A 3% impairment could drive a $35M hit to EBITDA (when applying Z's 2Q21 ending homes).** In Exhibits 4 and 5, we look at various impairment scenarios. While we do think that Z's issues are likely transitory in nature, we do think it highlights the importance of strong property level and market data. From a LT perspective, we maintain that Z's changing customer focus (the agent is the customer in the IMT business vs. the consumer in homes) may force unanticipated (and likely negative) compromises. Within the space, we continue to favor OPEN.

Edward Yruma / (917) 368-2394
eyruma@key.com
Abigail Zvejnieks / (917) 368-2350
abigail.zvejnieks@key.com
Samantha Hanley / (917) 368-2376
samantha.hanley@key.com
Kenny Temsupasiri / (917) 368-2293
kenny.temsupasiri@key.com

| NASDAQ: Z | |
| --- | --- |
| **Rating:** | **Sector Weight** |
| **Price Target:** | **NA** |
| **Price:** | **$103.63** |



Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.

## Company Data

| | |
| --- | --- |
| 52-week range | $84 - $208 |
| YTD Price % Chg. | (22.2)% |
| Market Cap. (M) | $27,098.8 |
| Shares Out. (M) | 261.50 |
| Enterprise Value (M) | $23,781.3 |
| Avg. Daily Volume (30D) | 17,376,416.0 |
| Float | 228.64 |
| Total Debt (M) | $1,276.5 |
| Net cash/market cap | 12.2% |
| Days to Cover | 0.0 |
| 3-Yr. EPS Growth | 16.4% |

Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.

## Estimates

| FY ends 12/31 | F2020A | 1Q21A | 2Q21A | 3Q21E | 4Q21E | F2021E | F2022E |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Revenue (M)** | $3,339.8 | $1,218.4 | $1,310.0 | $2,058.9 | $1,555.8 | $6,143.2 | $8,044.8 |
| *Cons. Revenue* | -- | -- | -- | *$2,002.3* | *$1,964.3* | *$6,514.8* | *$9,456.1* |
| **EBITDA (M)** | $343.0 | $181.0 | $182.8 | $111.1 | $95.1 | $570.0 | $592.7 |
| *Cons. EBITDA* | -- | -- | -- | *$113.4* | *$90.6* | *$568.9* | *$625.5* |
| **Valuation** | | | | | | | |
| EV/Sales | 7.1x | -- | -- | -- | -- | 3.9x | 3.0x |

Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

**Zillow Group - (Z)**                                                        Company Update

---

**Valuation**

**Zillow Group, Inc. (Z)**
**At 3.0x 2022E EV/sales and 8.9x 2022E EV/gross profit, we believe valuation is fair.** Zillow trades at 3.0x 2022E EV/sales and 8.9x 2022E EV/gross profit compared to 3.4x EV/sales and 7.7x EV/gross profit for the e-commerce/internet peer group.

---

**Investment Risks**

**Zillow Group, Inc. (Z)**
**The U.S. housing market can be volatile and unpredictable.** Zillow's success largely depends on the health and liquidity of the U.S. housing market. Any cyclical downturn in the U.S. housing industry, slow economic growth, increased unemployment rates, inflationary conditions, or any other negative macroeconomic factor could adversely affect Zillow's business. COVID-19 also increases the volatility of the market.

**Competition in residential brokerages, iBuying, and other businesses is strong.** The residential real estate industry includes more than 86,000 brokerages and over 2M active real estate licensees in the U.S., most of which have strong local knowledge in their markets. In iBuying, Zillow is facing strong competition from well-funded startups (Opendoor, Offerpad, Knock) and established companies (Redfin, Keller Williams). These companies may bid up the price Zillow has to pay in order to purchase a home, or may have more accurate predictive algorithms in home buying purchasing decisions. Finally, Zillow faces substantial competitors and entrenched business relationships in mortgages, title insurance, and other ancillary businesses.

**Zillow carries substantial inventory risk.** Zillow's iBuying business involves buying and selling homes in short time frames, often doing minor renovation work on the homes as well. Therefore, Zillow carries these homes on the balance sheet for months at a time. If Zillow were not able to accurately predict the selling price of homes, or if the housing market deteriorated significantly, Zillow might have to sell these homes for substantial losses or write-down the inventory value of homes. As of 4Q19, Zillow had $837M of inventory on the balance sheet.

---

**Zillow Group - (Z)**                                                                                **Company Update**

## RECENT CHALLENGES IN HOME ACQUISITION

### Exhibit 1: Market Breakdown of Zillow Owned Homes

| Market | Sample Size | List < Purchase | % |
|---|---|---|---|
| Charlotte, NC | 81 | 70 | 86.4% |
| Tucson, AZ | 82 | 18 | 22.0% |
| Phoenix, AZ | 76 | 71 | 93.4% |
| Jacksonville, FL | 61 | 6 | 9.8% |
| Las Vegas, NV | 61 | 52 | 85.2% |
| Colorado Springs, CO | 49 | 41 | 83.7% |
| Nashville, TN | 40 | 19 | 47.5% |
| Portland, OR | 37 | 27 | 73.0% |
| San Diego, CA | 35 | 33 | 94.3% |
| Mesa, AZ | 27 | 25 | 92.6% |
| Sacramento, CA | 22 | 14 | 63.6% |
| Atlanta, GA | 20 | 13 | 65.0% |
| Los Angeles, CA | 17 | 13 | 76.5% |
| Denver, CO | 14 | 11 | 78.6% |
| Minneapolis, MN | 14 | 11 | 78.6% |
| Raleigh, NC | 10 | 4 | 40.0% |
| Miami, FL | 2 | 0 | 0.0% |
| Long Beach, CA | 2 | 1 | 50.0% |
| **Total** | **650** | **429** | **66.0%** |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

### Exhibit 2: Discount Distribution of Zillow Owned Homes



*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

**Zillow Group - (Z)**                                                                                 **Company Update**

## Exhibit 3: 2Q21 Ending Inventory Balance

 

*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

## Exhibit 4: Sensitivity Analysis of Estimated Impairment per Home

| Sensitivity Analysis - Estimated Impairment / Home | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Discount from Zillow's Purchase Price | | | | | |
| | | 3.0% | 3.5% | 4.0% | 4.5% | 5.0% | 5.5% | 6.0% |
| **Average Purchase Price / Home (USD)** | **$310,000** | $9,300 | $10,850 | $12,400 | $13,950 | $15,500 | $17,050 | $18,600 |
| | **$330,000** | $9,900 | $11,550 | $13,200 | $14,850 | $16,500 | $18,150 | $19,800 |
| | **$350,000** | $10,500 | $12,250 | $14,000 | $15,750 | $17,500 | $19,250 | $21,000 |
| | **$370,000** | $11,100 | $12,950 | $14,800 | $16,650 | $18,500 | $20,350 | $22,200 |
| | **$390,000** | $11,700 | $13,650 | $15,600 | $17,550 | $19,500 | $21,450 | $23,400 |
| | **$410,000** | $12,300 | $14,350 | $16,400 | $18,450 | $20,500 | $22,550 | $24,600 |
| | **$430,000** | $12,900 | $15,050 | $17,200 | $19,350 | $21,500 | $23,650 | $25,800 |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

## Exhibit 5: Sensitivity Analysis of Estimated Total Impairment

| Sensitivity Analysis - Estimated Total Impairment | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Discount from Zillow's Purchase Price | | | | | |
| | | 3.0% | 3.5% | 4.0% | 4.5% | 5.0% | 5.5% | 6.0% |
| **Ending Inventory Balance (USD, million)** | **$1,080** | $32 | $38 | $43 | $49 | $54 | $59 | $65 |
| | **$1,110** | $33 | $39 | $44 | $50 | $56 | $61 | $67 |
| | **$1,140** | $34 | $40 | $46 | $51 | $57 | $63 | $68 |
| | **$1,170** | $35 | $41 | $47 | $53 | $59 | $64 | $70 |
| | **$1,200** | $36 | $42 | $48 | $54 | $60 | $66 | $72 |
| | **$1,230** | $37 | $43 | $49 | $55 | $62 | $68 | $74 |
| | **$1,260** | $38 | $44 | $50 | $57 | $63 | $69 | $76 |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

**Zillow Group - (Z)**                                                 **Company Update**

## Exhibit 6: Segment Breakdown for 2Q

| | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Homes Revenue** | 41.3 | 128.5 | 248.9 | 384.6 | 603.2 | 769.9 | 454.3 | 187.1 | 304.1 | 704.2 | 777.1 |
| *q/q growth* | - | 211% | 94% | 55% | 57% | 28% | -41% | -59% | 63% | 132% | 10% |
| **Homes Adj EBITDA** | (23.2) | (34.5) | (56.5) | (67.8) | (82.5) | (75.0) | (60.9) | (59.2) | (46.9) | (33.9) | (29.1) |
| *y/y change (bps)* | - | - | - | 10,407 | 4,240 | 1,713 | 927 | (1,399) | (174) | 492 | 966 |
| **IMT Revenue** | 300.7 | 298.3 | 323.7 | 335.3 | 319.7 | 330.7 | 280.3 | 415.4 | 423.8 | 446.3 | 476.1 |
| *y/y growth* | - | 6% | 6% | 7% | 6% | 11% | -13% | 24% | 33% | 35% | 70% |
| **IMT Adj EBITDA** | 58.3 | 61.0 | 64.1 | 91.1 | 87.7 | 85.7 | 71.9 | 195.5 | 203.1 | 208.6 | 217.8 |
| *y/y change (bps)* | - | 385 | 27 | 314 | 805 | 546 | 584 | 1,988 | 2,050 | 2,081 | 2,011 |
| **Mortgages Revenue** | 23.3 | 27.4 | 27.0 | 25.3 | 21.1 | 25.3 | 33.8 | 54.2 | 61.0 | 68.0 | 56.7 |
| *y/y growth* | 26% | 44% | 40% | 37% | -10% | -8% | 25% | 114% | 190% | 169% | 68% |
| **Mortgages Adj EBITDA** | (2.7) | (2.6) | (5.3) | (7.4) | (8.3) | (5.6) | 4.9 | 15.9 | 13.6 | 6.3 | (5.9) |
| *y/y change (bps)* | - | (2,601) | (4,367) | (5,224) | (2,780) | (1,276) | 3,413 | 5,872 | 6,186 | 3,161 | (2,486) |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

## Exhibit 7: Guidance Summary

| Guidance (in millions) | 3Q21 |
|---|---|
| **Total revenue** | **$1,927 to $2,047** |
| Premier Agent | $352 to $360 |
| Total IMT segment revenue | $472 to $485 |
| Homes segment revenue | $1,400 to $1,500 |
| Mortgages segment revenue | $55 to $62 |
| **Total EBITDA** | **$93 to $126** |
| Total IMT segment EBITDA | $172 to $182 |
| Homes segment EBITDA | ($65) to ($50) |
| Mortgages segment EBITDA | ($13) to ($6) |
| **Shares outstanding - basic** | **254.0 to 256.0** |
| **Shares outstanding - diluted** | **267.5 to 269.5** |

*Source: Company reports*

**Zillow Group - (Z)**                                **Company Update**

## VALUATION

### Exhibit 8: Valuation Summary

| Company Name | TKR | Rating | Stock Price | 52 Week Range | Price Target | 2022E EV/Sales on PT | 2022E EV/Gross Profit on PT | Mkt Cap ($mm) | EBITDA ($M) 2021E | EBITDA ($M) 2022E | EV/Sales 2021E | EV/Sales 2022E | EV/EBITDA 2021E | EV/EBITDA 2022E | EV/Gross Profit 2021E | EV/Gross Profit 2022E | P/E 2021E | P/E 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **E-COMMERCE/MARKETPLACES** | | | | | | | | | | | | | | | | | | |
| Amazon.com Inc | AMZN | OW | $3,372.43 | $2,951.95 - $3,731.41 | $4,000.00 | 3.7x | 8.8x | 1,737,813 | 71396 | 93158 | 3.6x | 3.1x | 23.9x | 18.3x | 8.7x | 7.4x | 83.2x | 63.7x |
| ASOS PLC | ASOS.L | NC | $33.98 | $31.42 - $81.58 | - | - | - | 3,393 | 445 | 435 | 0.7x | 0.6x | 8.0x | 8.2x | 1.4x | 1.3x | 17.0x | 22.1x |
| Carvana Co | CVNA | OW | $303.18 | $185.01 - $370.10 | $410.00 | 5.2x | 30.9x | 53,364 | 55 | 327 | 4.7x | 3.9x | 1005.8x | 170.9x | 29.4x | 23.1x | NA | 839.2x |
| Despegar.com Corp | DESP | OW | $11.12 | $6.86 - $17.56 | $23.00 | 2.8x | 4.3x | 906 | -55 | 65 | 2.0x | 1.1x | NA | 9.3x | 4.1x | 1.7x | NA | 303.7x |
| eBay Inc | EBAY | OW | $76.72 | $46.54 - $80.59 | $90.00 | 5.8x | 7.7x | 50,482 | 3963 | 4112 | 5.2x | 5.0x | 13.7x | 13.2x | 6.9x | 6.7x | 19.3x | 17.0x |
| ETSY Inc | ETSY | SW | $250.69 | $119.43 - $252.57 | - | - | - | 36,317 | 623 | 773 | 16.0x | 14.0x | 58.0x | 46.7x | 22.0x | 19.2x | 98.3x | 113.9x |
| Farfetch Ltd | FTCH | OW | $39.21 | $32.00 - $73.35 | $75.00 | 9.1x | 19.7x | 14,045 | 28 | 177 | 5.8x | 4.7x | 489.8x | 76.1x | 12.8x | 10.1x | NA | NA |
| Lyft Inc | LYFT | OW | $45.87 | $24.50 - $67.42 | $72.00 | 4.9x | 8.7x | 15,233 | 34 | 265 | 4.2x | 3.0x | 407.1x | 51.5x | 8.4x | 5.3x | NA | NA |
| Mercadolibre Inc | MELI | SW | $1,481.02 | $1,215.86 - $1,984.34 | - | - | - | 73,788 | 561 | 966 | 11.0x | 8.3x | 131.7x | 76.4x | 25.4x | 18.9x | 972.1x | 218.4x |
| Opendoor Technologies Inc | OPEN | OW | $23.71 | $14.15 - $35.88 | $42.00 | 2.0x | 18.5x | 13,950 | 69 | 106 | 2.0x | 1.1x | 208.8x | 135.3x | 18.4x | 10.6x | NA | NA |
| Peloton Interactive Inc | PTON | OW | $91.44 | $82.35 - $167.42 | $155.00 | 7.3x | 19.2x | 27,319 | -388 | 240 | 5.9x | 4.3x | NA | 110.6x | 19.0x | 11.2x | NA | NA |
| Poshmark Inc | POSH | NC | $24.33 | $22.97 - $101.50 | - | - | - | 1,855 | 12 | 18 | 3.9x | 3.1x | 103.3x | 72.5x | 4.6x | 3.6x | NA | NA |
| Qurate Retail Inc | QRTEA | SW | $10.44 | $5.95 - $14.10 | - | - | - | 4,416 | 2268 | 2389 | 0.8x | 0.8x | 5.3x | 5.0x | 2.3x | 2.3x | 4.7x | 4.4x |
| Redfin Corp | RDFN | SW | $51.34 | $39.24 - $96.59 | - | - | - | 5,359 | 25 | 132 | 3.2x | 2.2x | 228.0x | 43.7x | 13.7x | 9.8x | NA | 2424.4x |
| RealReal Inc | REAL | OW | $13.03 | $11.29 - $28.73 | $20.00 | 2.9x | 4.5x | 1,187 | -128 | -58 | 2.4x | 1.8x | NA | NA | 3.8x | 2.8x | NA | NA |
| Revolve Group Inc | RVLV | SW | $75.04 | $17.92 - $75.04 | - | - | - | 5,585 | 98 | 123 | 6.5x | 5.4x | 54.9x | 43.5x | 11.9x | 9.9x | 70.3x | 65.0x |
| Stitch Fix Inc | SFIX | SW | $34.60 | $32.52 - $106.41 | $70.00 | 3.2x | 6.9x | 3,994 | 65 | 94 | 1.8x | 1.5x | 57.9x | 40.1x | 4.0x | 3.3x | NA | NA |
| ThredUp Inc | TDUP | OW | $21.64 | $14.98 - $31.40 | $32.00 | 9.3x | 12.6x | 2,044 | -35 | -4 | 7.7x | 6.1x | NA | NA | 10.7x | 8.2x | NA | NA |
| Uber Technologies Inc | UBER | OW | $43.82 | $34.81 - $63.18 | $75.00 | 6.4x | 11.6x | 85,711 | -726 | 1429 | 5.2x | 3.8x | NA | 61.4x | 9.9x | 6.8x | NA | NA |
| Vroom Inc | VRM | SW | $19.13 | $19.11 - $50.93 | - | - | - | 2,611 | -296 | -205 | 0.4x | 0.2x | NA | NA | 5.1x | 2.6x | NA | NA |
| Wayfair Inc | W | SW | $249.10 | $225.81 - $345.47 | - | - | - | 30,413 | 771 | 791 | 2.1x | 1.9x | 40.0x | 39.0x | 7.5x | 6.7x | 72.1x | 85.4x |
| Wish | WISH | NC | $5.10 | $4.78 - $31.19 | - | - | - | 3,203 | -270 | -156 | 0.7x | 0.7x | NA | NA | 1.2x | 1.2x | NA | NA |
| WW International Inc | WW | SW | $17.36 | $17.29 - $40.77 | - | - | - | 1,235 | 306 | 319 | 2.0x | 1.7x | 8.4x | 8.1x | 3.3x | 2.9x | 10.7x | 9.1x |
| Zillow Group Inc | Z | SW | $103.63 | $85.38 - $199.90 | - | - | - | 27,099 | 570 | 593 | 3.9x | 3.0x | 41.7x | 40.1x | 10.7x | 8.9x | 96.3x | 97.6x |
| **Peer Average** | | | | | | | | | | | 4.2x | 3.4x | 92.8x | 43.0x | 10.2x | 7.7x | 52.1x | 53.1x |

*Source: Company reports, Thomson Reuters, and KeyBanc Capital Markets Inc. estimates, as of October 2021.*
*Note: PTON June FYE; SFIX July FYE; estimates calendarized for comparison purposes.*
*Note: Rating system is: OW=Overweight; SW=Sector Weight; UW=Underweight; NC=Not Covered.*

**Zillow Group - (Z)** | **Company Update**

## Exhibit 9: Quarterly Income Statement

| ($ in millions, except per share data) | 2013 Year | 2014 Year | 2015 Year | 2016 Year | 2017 Year | 2018 Year | 2019 Year | 2020A 1QA | 2QA | 3QA | 4QA | Year | 2021A/E 1QA | 2QA | 3QE | 4QE | Year | 2022E 1QE | 2QE | 3QE | 4QE | Year | 2023E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 52.4 | 1,365.3 | 769.9 | 454.3 | 187.1 | 304.1 | 1,715.4 | 704.2 | 777.1 | 1,515.4 | 1,000.2 | 3,996.9 | 750.1 | 937.7 | 1,500.3 | 2,400.4 | 5,588.5 | 12,811.5 |
| IMT | 197.5 | 325.9 | 644.7 | 846.6 | 1,076.8 | 1,201.1 | 1,276.9 | 330.7 | 280.3 | 415.4 | 423.8 | 1,450.2 | 446.3 | 476.1 | 482.8 | 487.3 | 1,892.5 | 511.8 | 534.9 | 545.4 | 543.4 | 2,135.5 | 2,418.3 |
| Mortgages | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 80.0 | 100.7 | 25.3 | 33.8 | 54.2 | 61.0 | 174.2 | 68.0 | 56.7 | 60.7 | 68.3 | 253.7 | 73.4 | 76.6 | 81.9 | 88.8 | 320.7 | 400.9 |
| **Total revenue** | **197.5** | **325.9** | **644.7** | **846.6** | **1,076.8** | **1,333.6** | **2,742.8** | **1,125.8** | **768.4** | **656.7** | **789.0** | **3,339.8** | **1,218.4** | **1,310.0** | **2,058.9** | **1,555.8** | **6,143.2** | **1,335.4** | **1,549.2** | **2,127.6** | **3,032.7** | **8,044.8** | **15,630.7** |
| **Adjusted:** | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of revenue | 18.1 | 27.6 | 56.9 | 65.7 | 81.3 | 149.5 | 1,428.0 | 760.5 | 460.0 | 214.6 | 315.6 | 1,750.7 | 684.6 | 768.6 | 1,469.5 | 995.8 | 3,918.6 | 745.1 | 917.5 | 1,438.1 | 2,270.4 | 5,371.1 | 12,009.2 |
| **Gross profit, adjusted** | **179.5** | **298.3** | **587.8** | **780.9** | **995.5** | **1,184.1** | **1,314.8** | **365.3** | **308.4** | **442.1** | **473.4** | **1,589.2** | **533.8** | **541.4** | **589.4** | **560.0** | **2,224.6** | **590.2** | **631.7** | **689.5** | **762.3** | **2,673.7** | **3,621.5** |
| Sales and marketing | 97.9 | 162.1 | 281.7 | 357.6 | 425.5 | 529.7 | 689.0 | 197.7 | 146.5 | 142.2 | 153.4 | 639.7 | 183.7 | 216.1 | 254.6 | 226.1 | 880.4 | 202.7 | 232.1 | 271.5 | 304.0 | 1,010.3 | 1,337.6 |
| Technology and development | 43.8 | 73.0 | 171.7 | 241.6 | 280.0 | 354.1 | 407.4 | 116.0 | 107.2 | 107.5 | 105.6 | 436.3 | 122.5 | 93.5 | 146.9 | 156.6 | 519.6 | 163.7 | 150.9 | 178.2 | 193.0 | 685.8 | 837.2 |
| General and administrative | 30.8 | 52.3 | 122.2 | 267.5 | 163.8 | 196.8 | 266.3 | 75.6 | 65.1 | 67.0 | 72.6 | 280.2 | 75.5 | 78.0 | 106.5 | 112.2 | 372.2 | 106.6 | 114.9 | 134.8 | 148.1 | 504.5 | 639.7 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Selling, general and administrative expenses, total** | **172.6** | **287.4** | **575.6** | **866.7** | **869.3** | **1,082.7** | **1,363.4** | **389.2** | **318.7** | **316.7** | **331.6** | **1,356.2** | **381.7** | **387.6** | **508.0** | **494.9** | **1,772.1** | **473.1** | **497.9** | **584.5** | **645.1** | **2,200.5** | **2,814.5** |
| **Operating profit, adjusted** | **6.9** | **10.9** | **12.2** | **(85.8)** | **126.2** | **101.4** | **(48.6)** | **(23.9)** | **(10.3)** | **125.4** | **141.8** | **233.0** | **152.1** | **153.8** | **81.4** | **65.1** | **452.4** | **117.2** | **133.8** | **105.0** | **117.2** | **473.1** | **807.1** |
| Other, net | 0.4 | 1.1 | 1.5 | (20.0) | 5.4 | 19.3 | 39.7 | 9.6 | 10.1 | 3.0 | 2.8 | 25.5 | 3.8 | 0.7 | 0.0 | 0.0 | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest income, net | 0.0 | 0.0 | (5.5) | (7.4) | (27.5) | (41.3) | (101.8) | (37.6) | (37.6) | (39.5) | (40.6) | (155.2) | (39.6) | (39.4) | (47.3) | (46.1) | (172.4) | (45.5) | (45.2) | (49.3) | (48.1) | (188.2) | (200.2) |
| **Earnings before income taxes, adjusted** | **7.2** | **12.0** | **8.2** | **(113.2)** | **104.0** | **79.5** | **(110.7)** | **(51.9)** | **(37.8)** | **89.0** | **104.0** | **103.3** | **116.4** | **115.0** | **34.1** | **19.0** | **284.5** | **71.7** | **88.6** | **55.7** | **69.0** | **284.9** | **606.8** |
| Income tax, net | 4.1 | 0.0 | 4.4 | (0.1) | 89.6 | 31.1 | 4.3 | 9.2 | (0.7) | (0.4) | (0.6) | 7.5 | 2.9 | (13.3) | 0.0 | 0.0 | (10.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted net earnings** | **11.4** | **12.0** | **8.2** | **(90.5)** | **104.0** | **79.7** | **(110.7)** | **(51.9)** | **(37.8)** | **89.0** | **104.0** | **103.3** | **116.4** | **115.0** | **34.1** | **19.0** | **284.5** | **71.7** | **88.6** | **55.7** | **69.0** | **284.9** | **606.8** |
| Diluted shares outstanding | | | 169.8 | 180.1 | 186.5 | 197.9 | 197.9 | 210.6 | 219.5 | 242.6 | 251.5 | 231.1 | 259.3 | 261.5 | 268.5 | 268.5 | 264.5 | 268.5 | 268.5 | 268.5 | 268.5 | 268.5 | 268.5 |
| **Adjusted earnings per share** | | | **$0.05** | **($0.50)** | **$0.56** | **$0.40** | **($0.56)** | **($0.25)** | **($0.17)** | **$0.37** | **$0.41** | **$0.45** | **$0.45** | **$0.44** | **$0.13** | **$0.07** | **$1.08** | **$0.27** | **$0.33** | **$0.21** | **$0.26** | **$1.06** | **$2.26** |
| **Stock-based compensation** | **23.4** | **34.1** | **105.2** | **106.9** | **113.6** | **149.1** | **198.9** | **43.8** | **52.4** | **49.0** | **52.4** | **197.6** | **63.7** | **88.4** | **72.5** | **72.5** | **297.1** | **78.0** | **78.0** | **78.0** | **78.0** | **312.0** | **312.0** |
| Cost of revenue | 0.7 | 1.8 | 4.7 | 5.9 | 3.9 | 4.1 | 4.0 | 1.2 | 1.1 | 1.6 | 1.8 | 5.7 | 2.4 | 3.0 | 2.4 | 2.5 | 10.3 | 2.9 | 2.6 | 2.6 | 2.7 | 10.8 | 10.8 |
| Sales and marketing | 11.0 | 7.3 | 25.4 | 23.3 | 22.7 | 22.9 | 25.1 | 7.0 | 9.1 | 8.6 | 8.4 | 33.1 | 9.9 | 13.4 | 12.8 | 11.6 | 47.6 | 12.1 | 11.8 | 13.8 | 12.4 | 50.1 | 50.1 |
| Technology and development | 4.7 | 11.7 | 26.8 | 31.5 | 39.9 | 56.7 | 69.9 | 18.9 | 21.7 | 19.8 | 21.4 | 81.8 | 26.4 | 35.0 | 29.3 | 29.7 | 120.3 | 32.3 | 30.8 | 31.5 | 31.9 | 126.6 | 126.6 |
| General and administrative | 7.1 | 13.2 | 48.3 | 46.2 | 47.0 | 65.3 | 99.9 | 16.7 | 20.5 | 18.9 | 20.8 | 76.9 | 25.0 | 37.1 | 28.0 | 28.8 | 118.9 | 30.6 | 32.8 | 30.1 | 30.9 | 124.5 | 124.5 |
| Other adjustments | 0.4 | 21.5 | 56.5 | 0.2 | 174.5 | 81.3 | 0.0 | 76.8 | 0.0 | 0.0 | 0.0 | 76.8 | 0.8 | 3.7 | 0.0 | 0.0 | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adj. EBITDA** | **30.1** | **46.5** | **87.6** | **14.8** | **236.3** | **200.8** | **38.9** | **5.1** | **15.8** | **152.2** | **169.9** | **343.0** | **181.0** | **182.8** | **111.1** | **95.1** | **570.0** | **147.0** | **163.9** | **134.7** | **147.1** | **592.7** | **926.6** |
| **Margin analysis, adjusted** | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of goods sold / revenue | 9.1% | 8.5% | 8.8% | 7.8% | 7.6% | 11.2% | 52.1% | 67.6% | 59.9% | 32.7% | 40.0% | 52.4% | 56.2% | 58.7% | 71.4% | 64.0% | 63.8% | 55.8% | 59.2% | 67.6% | 74.9% | 66.8% | 76.8% |
| Y/Y change in bps | | (67) | 35 | (107) | (20) | 366 | 4,086 | 3,442 | 1,478 | (2,083) | (2,446) | 35 | (1,136) | (119) | 3,869 | 2,400 | 1,137 | (39) | 55 | (378) | 1,086 | 298 | 1,007 |
| Gross margin | 90.9% | 91.5% | 91.2% | 92.2% | 92.4% | 88.8% | 47.9% | 32.4% | 40.1% | 67.3% | 60.0% | 47.6% | 43.8% | 41.3% | 28.6% | 36.0% | 36.2% | 44.2% | 40.8% | 32.4% | 25.1% | 33.2% | 23.2% |
| Y/Y change in bps | | 67 | (35) | 107 | 20 | (366) | (4,086) | (3,442) | (1,478) | 2,083 | 2,446 | (35) | 1,136 | 119 | (3,869) | (2,400) | (1,137) | 39 | (55) | 378 | (1,086) | (298) | (1,007) |
| Sales and marketing / sales | 49.6% | 49.8% | 43.7% | 42.2% | 39.5% | 39.7% | 25.1% | 17.6% | 19.1% | 21.7% | 19.4% | 19.2% | 15.1% | 16.5% | 12.4% | 14.5% | 14.3% | 15.2% | 15.0% | 12.8% | 10.0% | 12.6% | 8.6% |
| Y/Y change in bps | | 18 | (606) | (146) | (273) | 21 | (1,460) | (1,678) | (1,106) | (180) | 62 | (597) | (248) | (257) | (929) | (491) | (482) | 10 | (152) | 40 | (450) | (177) | (400) |
| Technology and development / sales | 22.2% | 22.4% | 26.6% | 28.5% | 26.0% | 26.6% | 14.9% | 10.3% | 14.0% | 16.4% | 13.4% | 13.1% | 10.1% | 7.1% | 7.1% | 10.1% | 8.5% | 12.3% | 9.7% | 8.4% | 6.4% | 8.5% | 5.4% |
| Y/Y change in bps | | 20 | 424 | 190 | (253) | 55 | (1,170) | (1,001) | (305) | 215 | 201 | (179) | (25) | (681) | (923) | (331) | (460) | 221 | 260 | 124 | (370) | 7 | (317) |
| General and administrative / sales | 15.6% | 16.0% | 18.9% | 31.6% | 15.2% | 14.8% | 9.7% | 6.7% | 8.5% | 10.2% | 9.2% | 8.4% | 6.2% | 6.0% | 5.2% | 7.2% | 6.1% | 8.0% | 7.4% | 6.3% | 4.9% | 6.3% | 4.1% |
| Y/Y change in bps | | 42 | 291 | 1,265 | (1,638) | (45) | (505) | (467) | (243) | 53 | 103 | (132) | (51) | (251) | (503) | (200) | (233) | 179 | 146 | 117 | (233) | 21 | (208) |
| Total OpEx / Sales | 87.4% | 88.2% | 89.3% | 102.4% | 80.7% | 81.2% | 49.7% | 34.6% | 41.5% | 48.2% | 42.0% | 40.6% | 31.3% | 29.6% | 24.7% | 31.8% | 28.8% | 35.4% | 32.1% | 27.5% | 21.3% | 27.4% | 18.0% |
| Y/Y change in bps | | 81 | 110 | 1,309 | (2,164) | 45 | (3,148) | (3,154) | (1,659) | 89 | 366 | (910) | (324) | (1,190) | (2,355) | (1,022) | (1,176) | 410 | 255 | 280 | (1,054) | (149) | (935) |
| Operating margin | 3.5% | 3.3% | 1.9% | -10.1% | 11.7% | 7.6% | -1.8% | -2.1% | -1.3% | 19.1% | 18.0% | 7.0% | 12.5% | 11.7% | 4.0% | 4.2% | 7.4% | 8.8% | 8.6% | 4.9% | 3.9% | 5.9% | 5.2% |
| Y/Y change in bps | | (13) | (145) | (1,202) | 2,185 | (411) | (938) | (287) | 181 | 1,994 | 2,081 | 875 | 1,461 | 1,308 | (1,514) | (1,379) | 39 | (371) | (310) | 98 | (32) | (148) | (72) |
| SBC / sales | 11.9% | 10.5% | 16.3% | 12.6% | 10.5% | 11.2% | 7.3% | 3.9% | 6.8% | 7.5% | 6.6% | 5.9% | 5.2% | 6.7% | 3.5% | 4.7% | 4.8% | 5.8% | 5.0% | 3.7% | 2.6% | 3.9% | 2.0% |
| Y/Y change in bps | | (140) | 586 | (369) | (208) | 63 | (393) | (1,067) | (46) | 180 | 167 | (134) | 134 | (7) | (413) | (198) | (108) | 62 | (171) | 14 | (209) | (96) | (188) |
| EBITDA margin | 15.2% | 14.3% | 13.6% | 1.8% | 21.9% | 15.1% | 1.4% | 0.5% | 2.1% | 23.2% | 21.5% | 10.3% | 14.9% | 14.0% | 5.4% | 6.1% | 9.3% | 11.0% | 10.6% | 6.3% | 4.9% | 7.4% | 5.9% |
| Y/Y change in bps | | (98) | (69) | (1,183) | 2,019 | (689) | (1,364) | (481) | 168 | 2,105 | 2,187 | 885 | 1,440 | 1,189 | (1,778) | (1,542) | (99) | (385) | (337) | 93 | (126) | (191) | (144) |
| Effective tax rate | 2.1% | 0.0% | 0.7% | 0.0% | 8.3% | 2.3% | 0.2% | 0.8% | -0.1% | -0.1% | -0.1% | 0.2% | 0.2% | -1.0% | 0.0% | 0.0% | -0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Y/Y change in bps | | (208) | 68 | (69) | 834 | (599) | (218) | 27 | (9) | (24) | (12) | 7 | (58) | (93) | 6 | 8 | (39) | (24) | 102 | 0 | 0 | 17 | 0 |
| **Y/Y growth, adjusted** | | | | | | | | | | | | | | | | | | | | | | | |
| Homes revenue | | NA | NA | NA | NA | NA | 2507.2% | 499.3% | 82.5% | -51.4% | -49.6% | 25.6% | -8.5% | 71.1% | 709.9% | 228.9% | 133.0% | 6.5% | 20.7% | -1.0% | 140.0% | 39.8% | 129.2% |
| IMT revenue | | 65.0% | 97.8% | 31.3% | 27.2% | 11.5% | 6.3% | 10.9% | -13.4% | 23.9% | 32.6% | 13.6% | 35.0% | 69.8% | 16.2% | 15.0% | 30.5% | 14.7% | 12.4% | 13.0% | 11.5% | 12.8% | 13.2% |
| Mortgages revenue | | NA | NA | NA | NA | NA | 25.8% | -7.6% | 25.1% | 114.3% | 189.6% | 73.0% | 168.8% | 68.1% | 12.0% | 12.0% | 45.6% | 8.0% | 35.0% | 35.0% | 30.0% | 26.4% | 25.0% |
| Total revenue | | 65.0% | 97.8% | 31.3% | 27.2% | 23.8% | 105.7% | 147.9% | 28.1% | -11.9% | -16.4% | 21.8% | 8.2% | 70.5% | 213.5% | 97.2% | 83.9% | 9.6% | 18.3% | 3.3% | 94.9% | 31.0% | 94.3% |
| Cost of revenue | | 52.8% | 106.1% | 15.4% | 23.8% | 83.8% | 855.4% | 405.4% | 70.2% | -46.2% | -48.1% | 22.6% | -10.0% | 67.1% | 584.8% | 215.5% | 123.8% | 8.8% | 19.4% | -2.1% | 128.0% | 37.1% | 123.6% |
| Gross profit | | 66.2% | 97.1% | 32.9% | 27.5% | 18.9% | 11.0% | 20.3% | -6.3% | 27.6% | 41.1% | 20.9% | 46.1% | 75.5% | 33.3% | 18.3% | 40.0% | 10.6% | 16.7% | 17.0% | 36.1% | 20.2% | 35.4% |
| Sales and marketing expense | | 65.6% | 73.7% | 26.9% | 19.0% | 24.5% | 30.1% | 26.8% | -18.9% | -18.6% | -13.7% | -7.2% | -7.1% | 47.5% | 79.0% | 47.4% | 37.6% | 10.4% | 7.4% | 6.6% | 34.5% | 14.8% | 32.4% |
| Technology and development expense | | 66.5% | 135.3% | 40.7% | 15.9% | 26.5% | 15.0% | 25.7% | 5.2% | 1.5% | -1.6% | 7.1% | 5.6% | -12.8% | 36.7% | 48.4% | 19.1% | 33.7% | 61.4% | 21.3% | 23.2% | 32.0% | 22.1% |
| General and administrative expense | | 69.4% | 133.8% | 119.0% | -38.8% | 20.2% | 35.3% | 46.2% | -0.4% | -7.0% | -5.9% | 5.2% | 0.0% | 19.9% | 59.0% | 54.5% | 32.8% | 41.2% | 47.4% | 26.6% | 32.0% | 35.5% | 26.8% |
| Total OpEx | | 66.5% | 100.3% | 50.6% | 0.3% | 24.5% | 25.9% | 29.6% | -8.5% | -10.2% | -8.5% | -0.5% | -1.9% | 21.6% | 60.4% | 49.3% | 30.7% | 23.9% | 28.5% | 15.1% | 30.4% | 24.2% | 27.9% |
| Operating profit | | 58.6% | 11.9% | -804.3% | -247.1% | -19.6% | -147.9% | -803.8% | -45.3% | -2084.9% | -630.0% | -579.5% | -736.1% | -1588.2% | -35.1% | -54.1% | 94.2% | -23.0% | -13.0% | 28.9% | 79.9% | 4.6% | 70.6% |
| SBC | | 45.4% | 208.7% | 1.6% | 6.2% | 31.3% | 33.4% | -33.8% | 20.0% | 16.2% | 11.5% | -0.7% | 45.4% | 68.9% | 48.2% | 38.3% | 50.4% | 22.5% | -11.8% | 7.5% | 7.5% | 5.0% | 0.0% |
| Adj. EBITDA | | 54.4% | 88.3% | -83.1% | 1493.9% | -15.0% | -80.6% | -78.6% | 589.6% | 860.6% | -5446.3% | 782.1% | 3435.5% | 1053.9% | -27.0% | -44.0% | 66.2% | -18.8% | -10.3% | 21.2% | 54.7% | 4.0% | 56.3% |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates.*

**Zillow Group - (Z)**                                                    **Company Update**

**Opendoor Technologies Inc. (OPEN; Overweight; October 29, 2021, Closing Price $23.71) Valuation and Risks**

**At 1.1x 2022E EV/sales and 10.6x 2022E EV/gross profit, we believe valuation is attractive given the strong growth profile and large TAM.** Opendoor trades at 1.1x 2022E EV/sales and 10.6x 2022E EV/gross profit compared to 3.4x EV/sales and 7.7x EV/gross profit for the e-commerce/internet peer group. Our price target of $42 reflects 2.0x our 2022E EV/sales estimate and 18.5x our 2022E EV/gross profit estimate.

**Investment risks that could impede the stock from reaching our price target:**

**The housing market is cyclical, and the business model has not been tested during a contractionary period.** The business and operating results may be negatively impacted by general economic conditions and the health of the U.S. residential real estate industry. Downturns in the U.S. residential real estate market could cause Opendoor to be unable to sell inventory and could create significant inventory risk. iBuying has not been tested during a down market, and we believe there are risks involved with increased days to sale, lower home prices, and decreased demand.

**Interest rates are important for overall profitability.** Opendoor is subject to interest rate risk on borrowings under the Company's inventory financing facilities and mortgage financing repurchase agreement. Assuming no change in the outstanding borrowings on Opendoor's credit facilities, the Company estimates that a one percentage point increase in LIBOR would increase annual interest expense by approximately $10.1M and $3.8M for the year ended December 31, 2019, and the nine months ended September 30, 2020, respectively. An increase in interest rates could be a headwind to future profitability.

## Disclosure Appendix

### *Important Disclosures*

Zillow Group, Inc. - Z

We expect to receive or intend to seek compensation for investment banking services from Zillow Group, Inc. within the next three months.

As of the date of this report, we make a market in Zillow Group, Inc..

Current research analyst Ed Yruma assumed coverage on Feb. 27, 2020. Any rating and price target activity prior to that date represents the work of a previous analyst.

Important disclosures for the companies mentioned in this report can be found at https://key2.bluematrix.com/sellside/ Disclosures.action.

Please refer to the analysts' recently published reports for company-specific valuation and risks.

### *Reg A/C Certification*

The research analyst(s) responsible for the preparation of this research report certifies that:(1) all the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this research report.

### *Three-Year Rating and Price Target History*



### *Rating Disclosures*

**Distribution of Ratings/IB Services Firmwide and by Sector**

| | KeyBanc Capital Markets | | IB Serv/Past 12 Mos. | | | Technology | | IB Serv/Past 12 Mos. | |
|---|---|---|---|---|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| Overweight [OW] | 350 | 54.26 | 117 | 33.43 | Overweight [OW] | 123 | 66.49 | 40 | 32.52 |
| Sector Weight [SW] | 286 | 44.34 | 64 | 22.38 | Sector Weight [SW] | 61 | 32.97 | 10 | 16.39 |
| Underweight [UW] | 9 | 1.40 | 2 | 22.22 | Underweight [UW] | 1 | 0.54 | 0 | 0.00 |

**Disclosure Appendix (cont'd)**

---

## *Rating System*

**Overweight** - We expect the stock to outperform the analyst's coverage sector over the coming 6-12 months.

**Sector Weight** - We expect the stock to perform in line with the analyst's coverage sector over the coming 6-12 months.

**Underweight** - We expect the stock to underperform the analyst's coverage sector over the coming 6-12 months.

## *Other Disclosures*

KeyBanc Capital Markets is a trade name under which corporate and investment banking products and services of KeyCorp and its subsidiaries, KeyBanc Capital Markets Inc., Member FINRA/SIPC ("KBCMI"), and KeyBank National Association ("KeyBank N.A."), are marketed.

KeyBanc Capital Markets Inc. ("KBCMI") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This report has been prepared by KBCMI. The material contained herein is based on data from sources considered to be reliable; however, KBCMI does not guarantee or warrant the accuracy or completeness of the information. It is published for informational purposes only and should not be used as the primary basis of investment decisions. Neither the information nor any opinion expressed constitutes an offer, or the solicitation of an offer, to buy or sell any security. The opinions and estimates expressed reflect the current judgment of KBCMI and are subject to change without notice. This report may contain forward-looking statements, which involve risk and uncertainty. Actual results may differ significantly from the forward-looking statements. This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the specific needs of any person or entity.

No portion of an analyst's compensation is based on a specific banking transaction; however, part of his/her compensation may be based upon overall firm revenue and profitability, of which investment banking is a component. Individuals associated with KBCMI (other than the research analyst(s) listed on page 1 of this research report) may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(A), financial interest, if any, by any research analysts listed on page 1 of this report will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosure Appendix. KBCMI itself may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(F), if KBCMI, or its affiliates, beneficially own 1% or more of any class of common equity securities in the subject company(ies) in this research report, it will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosures Appendix. This communication is intended solely for use by KBCMI clients. The recipient agrees not to forward or copy the information to any other person without the express written consent of KBCMI.

# EXHIBIT 14

Case 2:21-cv-01551-TSZ Document 118-2 Filed 04/26/24 Page 133 of 257

Publications          Consulting          About          Search

# iBuying is Hard: Zillow Pauses New Purchases

October 19, 2021 Mike DelPrete

Zillow announced that its iBuyer operation is paused for new business, and will not sign any additional contracts to buy homes through the end of the year.

## Unprecedented Growth

Last quarter, the iBuyers purchased more houses than ever before. Preliminary market data -- which is so high I have to make note of how unusual it is -- shows another record-breaking quarter. In fact, if true, it would represent absolutely stunning growth to a scale the iBuyers have talked about but have yet to achieve.



If the public record data is accurate, Zillow purchased more than twice the number of houses in Q3 compared to Q2 (which itself was double Q1). This is the type of growth that can stress a business to its breaking point.

## Missing the Signs

Aside from the massive human capital implications of scaling a business so quickly (real estate transactions are complex and people-dependent), the iBuyers can get into trouble if they pay above market for too many houses in a cooling market. This results in a growing inventory of over-priced houses that are difficult to sell.

Zeroing in on Phoenix offers a snapshot of the importance of reading and reacting to these changing market conditions. When Phoenix started to cool, Opendoor and Offerpad began to adjust by slowing down purchases. Zillow, however, did not.



As the market cooled between August and September, Opendoor and Offerpad purchased fewer houses, while Zillow purchased more.



## Adjusting Prices

The iBuyers also adjusted to changing market conditions by paying less for houses. The median purchase price in Phoenix peaked in August. Opendoor and Offerpad's median purchase price also peaked in August before tracking the market and declining in September. But Zillow kept paying more and more.

Case 2:21-cv-01551-TSZ    Document 118-2    Filed 04/26/24    Page 135 of 257



Median Purchase Price - Phoenix, 2021

Zillow continued to purchase homes well above the market median -- a full $65k higher in September. ==It continued to pay top dollar to fuel acquisitions at a time when the market was cooling and other iBuyers were pumping the brakes.==



Median Purch Price - Phoenix, Sep 2021

## Strategic Implications

Growing pains. Off the rails. Ahead of your skis. Any of these phrases could apply to the situation at Zillow (or any number of other high-growth companies).

The iBuyers -- Zillow included -- experienced *massive, transformational growth* in 2021. And while Zillow stumbles, Opendoor appears to be firing on all cylinders and flexing its well-honed operational muscle as it reaches new highs.

The current problem seems to be unique to Zillow. The other iBuyers saw the signs and made strategic

Case 2:21-cv-01551-TSZ Document 118-2 Filed 04/26/24 Page 136 of 257

adjustments months in advance. Zillow either missed the signs, or decided to proceed despite them.

Which leads to the current situation: embarrassing, clearly not ideal, but also not the end of the world. A timely reminder that iBuying is an incredibly difficult business to scale, and when you move too fast, sometimes things break.



## About the author: Mike DelPrete (email me)

Mike is a global real estate tech strategist, and a scholar-in-residence at the University of Colorado Boulder. He is internationally recognized as an expert and thought-leader in real estate tech. His evidence-based analysis is widely read by global leaders, and he is a sought-after strategy and new ventures consultant. His research and insights have featured in the New York Times, Wall Street Journal, Financial Times, and The Economist.

## Latest analysis

⟨ ⟩



### Brokerage Winners and Losers

Apr 5, 2023



### Apocalypse Now

Apr 4, 2023



### Market Shift Highlights Brokerage Fundamentals

Mar 27, 2023

Insights, trends, and strategy—straight to your inbox!

| Email Address | SIGN UP |

Publications          Consulting          About          Contact                              Copyright © Mike DelPrete

# EXHIBIT 15

**BTIG**

**DIGITAL SERVICES EQUITY RESEARCH**

# Opendoor Technologies Inc.
# (OPEN, Neutral)

ZG May Have Been Slow To Adjust To Market Conditions, But OPEN Wasn't

**WHAT YOU SHOULD KNOW:** Investors worry that Zillow's (ZG, Buy, $145 PT) iBuyer pause may be more about being over-bought into a softer market than it is capacity constraints, and are asking whether that could be a problem for OPEN too. Our Take: 1) ZG may have gotten ahead of itself on inventory, but OPEN appears to have adjusted to conditions by dialing back purchases; 2) Slower Sept.-Oct. purchase activity could be a 4Q sales headwind, though an acceptable one if the alternative is being long over-priced homes; 3) None of this impacts our thinking on 3Q, but investors have become too hyper-focused on whether the unit number will be 5.5K or 7K when either would put OPEN at ~1% share in active markets that only account for 24% of national sales.

- **Backdrop.** ZG added a new wrinkle in the already-heated iBuyer debate with plans to pause iBuyer purchase activity through year-end. ZG talked about capacity constraints, but the consensus view is there may also be an element of it being long over-priced inventory into a softening housing market. OPEN commentary implied it isn't facing capacity constraints, but we are getting questions on whether it might be similarly struggling with changing market conditions and how that could impact the outlook.

- **ZG Perspective.** While we can't say if it played a part in the plan to pause, we can see signs that ZG didn't adjust quickly and may be feeling some pressure: 1) An industry report shows ZG purchases accelerating in Phoenix from August to Sept. at a rising median purchase price, while other iBuyers were slowing purchases and paying less; 2) Our analysis of ZG listings purchased since 8/1 shows an average listing price ~$1K below purchase price; 3) A layer deeper, we find that 203 out of 220 Phoenix listings are below purchase price.

- **OPEN Perspective.** Rather than accelerating into softer conditions in Sept., OPEN appears to have adjusted: 1) The same industry report shows OPEN reducing purchases in Phoenix from August to Sept. by 25% with median purchase down by ~5% m/m; 2) Listing additions for OPEN across active markets went from ~3K in August to ~2.8K in Sept., the average listing price was -2% m/m and average daily new listings are -11% m/m so far in Oct. ZG may have gotten ahead of itself by not dialing it back in Sept., but it looks like OPEN was quicker to adjust and may not have the same level of inventory risk.

- **OPEN Outlook.** Slower purchases in Sept.-Oct. would be headwind to 4Q sales (BTIGe 10K, Consensus 8.3K), but it beats the alternative of being caught long with over-priced inventory. Our perspective on 3Q sales (BTIGe 7K vs. Consensus 5.6K) hasn't changed in the wake of ZG's announcement or the Sept. adjustment to purchases we see in the data for OPEN. That said, we do think investors have become overly focused on the topic. Whether OPEN reports 5.5K or 7K it would amount to just 1%+ share of homes sold in the markets where it is active, and those markets only account for ~24% of national sales (see attached SAM analysis). The point being that this is still a very early stage business.

- **Valuation:** We derive a bull-bear range for OPEN of $9-34. The range is based on a 2025 scenario : 1) iBuyer share of existing home sales of 2-4%; 2) OPEN share of iBuyer transactions of 40-45%; 3) EBITDA margin of 4-5.5%; 4) EBITDA multiple of 10-15x. BTIG does not provide price targets on Neutral-rated stocks.

October 20, 2021

Jake Fuller
(212) 882-2319  jfuller@btig.com
W. Clark Lampen
(212) 882-2337  clampen@btig.com

### Company Data

| | |
|---|---|
| Closing Price | $24.02 |
| Price Target | - |
| Market Cap (M) | $15,685.06 |
| Enterprise Value (M) | $10,660.66 |
| Shares Out (M) | 653.00 |
| Avg Daily Vol-3 Months (M) | 12.1 |

### Revisions

| | Previous | Current |
|---|---|---|
| Rating | Neutral | Neutral |
| Price Target | - | - |
| FY21E REV | 7,857.21 | 7,857.21 |
| FY22E REV | 16,329.00 | 16,329.00 |
| FY21E EBITDA | 73.63 | 73.63 |
| FY22E EBITDA | 116.70 | 116.70 |

### Revenue (M)

| FY Dec | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 1,255.80 | 747.27 | 3,630.00 |
| Q2 | 739.83 | 1,185.39 | 3,924.00 |
| Q3 | 338.61 | 2,474.55 | 4,225.00 |
| Q4 | 248.89 | 3,450.00 | 4,550.00 |
| **FY REV** | **2,583.12** | **7,857.21** | **16,329.00** |
| FY EV/S | 4.1x | 1.4x | 0.7x |
| FY P/S | 6.1x | 2.0x | 1.0x |

### EBITDA (Adjusted)

| FY Dec | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | (28.16) | (2.15) | 19.32 |
| Q2 | (21.58) | 25.62 | 27.38 |
| Q3 | (20.96) | 34.16 | 30.60 |
| Q4 | (27.25) | 16.00 | 39.40 |
| **FY EBITDA** | **(97.95)** | **73.63** | **116.70** |
| FY EV/ EBITDA | - | 144.8x | 91.4x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year



**DIGITAL SERVICES EQUITY RESEARCH**

## Investment Thesis

We have a favorable view of the iBuyer category (large TAM, low penetration), project robust growth for OPEN and see a surprisingly healthy margin profile, but are Neutral on the stock given a healthy multiple premium to other marquee digital services platforms.

## Upcoming Catalysts

- New market launches
- Housing market statistical releases
- Monthly tracking of purchase/sale activity

## Base Case Assumptions

We derive a base case for OPEN in the teens assuming low single-digit category penetration, OPEN share in the low-40s, 4-5% EBITDA margin, and a low double-digit EBITDA multiple on 2025.

## Upside Scenario: **$34/sh**

We derive an upside case for OPEN in the low-$30s with ~4% category penetration, a mid-40s share for OPEN, a mid-single digit EBITDA margin, and a mid-teens EBITDA multiple.

## Downside Scenario: **$9/sh**

We derive a high single-digit downside case for OPEN with low single-digit category penetration, OPEN's share at ~40%, an EBITDA margin of <4%, and an EBITDA multiple of ~10x.

## Price Performance

Source: FactSet

## Company Description

Founded in 2004, OPEN was an iBuyer pioneer, bringing the home selling process into the digital age. OPEN has bought and sold >80K homes since inception. Last year alone OPEN received 560K offer requests and sold 19K homes for a total of $4.7B, making it the clear leader in the iBuyer category.

**DIGITAL SERVICES EQUITY RESEARCH**

**BTIG**

## OPEN SAM Analysis

| | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21E |
|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | |
| # of Markets | 24 | 24 | 24 | 24 | 24 | 38 | 40 |
| # of Homes Sold | 240,672 | 265,783 | 356,068 | 329,246 | 271,524 | 390,943 | 424,723 |
| Median ASP ($ in K) | $321.8 | $324.8 | $346.6 | $353.2 | $361.5 | $385.8 | $387.9 |
| Active Markets GTV ($ in M) | 77,438 | 86,336 | 123,431 | 116,287 | 98,166 | 150,844 | 164,738 |
| National Home Sales | 1,068,000 | 1,252,000 | 1,720,000 | 1,604,000 | 1,216,000 | 1,656,000 | 1,787,448 |
| Active/Total | 22.53% | 21.23% | 20.70% | 20.53% | 22.33% | 23.61% | 23.76% |
| | | | | | | | |
| OPEN Homes Sold | 4,908 | 2,924 | 1,232 | 849 | 2,462 | 3,481 | 7,000 |
| ASP | $255.9 | $253.0 | $274.8 | $293.2 | $303.5 | $340.5 | $351.0 |
| GTV | 1,256 | 740 | 339 | 249 | 747 | 1,185 | 2,457 |
| | | | | | | | |
| Share of Homes | 2.04% | 1.10% | 0.35% | 0.26% | 0.91% | 0.89% | 1.65% |
| Share of GTV | 1.62% | 0.86% | 0.27% | 0.21% | 0.76% | 0.79% | 1.49% |
| Share of National Home Sales | 0.460% | 0.234% | 0.072% | 0.053% | 0.202% | 0.210% | 0.392% |



**OPEN Share in Active Markets**

**Active Markets Share of National Home Sales**

Note: 3Q share assumes 5K home sales based on guidance
Sources: Refin.com, National Association of Realtors, company reports and BTIG Research

**DIGITAL SERVICES EQUITY RESEARCH**

## Opendoor Technologies Inc. (OPEN)

($ in millions, except per share amounts)

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homes Sold | 18,799 | 4,908 | 2,924 | 1,232 | 849 | 9,913 | 2,462 | 3,481 | 7,050 | 10,000 | 22,993 | 50,000 | 55,000 | 60,000 | 65,000 |
| ASP | 252,172 | 255,867 | 253,019 | 274,848 | 293,152 | 260,579 | 303,523 | 340,530 | 351,000 | 345,000 | 341,722 | 326,580 | 328,000 | 330,000 | 333,000 |
| Revenue | 4,741 | 1,256 | 740 | 339 | 249 | 2,583 | 747 | 1,185 | 2,475 | 3,450 | 7,857 | 16,329 | 18,040 | 19,800 | 21,645 |
| CoR | 4,439 | 1,165 | 685 | 303 | 211 | 2,363 | 650 | 1,027 | 2,227 | 3,140 | 7,043 | 14,778 | 16,236 | 17,820 | 19,481 |
| Gross Profit | 301 | 91 | 55 | 36 | 38 | 220 | 97 | 159 | 247 | 311 | 814 | 1,551 | 1,804 | 1,980 | 2,165 |
| S&M | 384 | 82 | 47 | 27 | 38 | 195 | 69 | 97 | 162 | 208 | 535 | 918 | 974 | 1,075 | 1,174 |
| G&A | 113 | 30 | 29 | 40 | 54 | 153 | 222 | 191 | 105 | 129 | 646 | 575 | 616 | 656 | 698 |
| R&D | 51 | 16 | 17 | 13 | 12 | 58 | 51 | 24 | 25 | 38 | 138 | 289 | 321 | 347 | 375 |
| Operating Income | -248 | -36 | -39 | -45 | -66 | -186 | -245 | -153 | -44 | -64 | -506 | -230 | -107 | -98 | -82 |
| Fair Value Adjust | -6 | 1 | 0 | 24 | 1 | 26 | 15 | -24 | 0 | 0 | -9 | 0 | 0 | 0 | 0 |
| Interest | 110 | 28 | 17 | 12 | 10 | 68 | 11 | 16 | 29 | 39 | 94 | 163 | 288 | 315 | 343 |
| Other | -12 | -3 | 0 | -1 | 11 | 7 | -1 | -1 | 0 | 0 | -2 | 0 | 0 | 0 | 0 |
| Pretax Income | -339 | -62 | -56 | -81 | -88 | -287 | -270 | -144 | -73 | -103 | -589 | -393 | -394 | -413 | -425 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income | -339 | -62 | -56 | -81 | -88 | -287 | -270 | -144 | -73 | -103 | -590 | -393 | -394 | -413 | -425 |
| Noncontrolling | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net to Holders | -341 | -62 | -56 | -81 | -88 | -287 | -270 | -144 | -73 | -103 | -590 | -393 | -394 | -413 | -425 |
| SBC | | 3 | 4 | 3 | 29 | 38 | 239 | 164 | 70 | 70 | 543 | 292 | 305 | 310 | 315 |
| Warrant | | 1 | 0 | 24 | 1 | 26 | 15 | -24 | 0 | 0 | -9 | 0 | 0 | 0 | 0 |
| Amortization | | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 1 | 1 | 3 | 4 | 4 | 4 | 4 |
| Impairment | | -2 | -5 | -3 | 0 | -10 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Restructuring | | 1 | 12 | 17 | 0 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convert Interest | | 3 | 3 | 2 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | 0 | 0 | 0 | 16 | 16 | -5 | 5 | 0 | 0 | -1 | 0 | 0 | 0 | 0 |
| Adjusted Net | | -56 | -41 | -36 | -41 | -175 | -21 | 3 | -2 | -32 | -52 | -97 | -85 | -99 | -106 |
| Shares | | | | | | | 594 | 588 | 590 | 592 | 591 | 595 | 603 | 611 | 619 |
| Adjusted EPS | | | | | | | -$0.04 | $0.00 | $0.00 | -$0.05 | -0.08755 | -0.16303 | -$0.14 | -$0.16 | -$0.17 |
| EBITDA | | -28 | -22 | -21 | -27 | -98 | -2 | 26 | 34 | 16 | 74 | 117 | 258 | 277 | 303 |
| **Growth** | | | | | | | | | | | | | | | |
| Homes Sold | | | | | | -47% | -50% | 19% | 472% | 1078% | 132% | 117% | 10% | 9% | 8% |
| ASP | | | | | | 3% | 19% | 35% | 28% | 18% | 31% | -4% | 0% | 1% | 1% |
| Revenue | | | | | | -46% | -40% | 60% | 631% | 1286% | 204% | 108% | 10% | 10% | 9% |
| Gross Profit | | | | | | -27% | 7% | 191% | 591% | 709% | 270% | 91% | 16% | 10% | 9% |
| **OpEx %** | | | | | | | | | | | | | | | |
| CoR | 93.6% | 92.7% | 92.6% | 89.4% | 84.6% | 91.5% | 87.0% | 86.6% | 90.0% | 91.0% | 89.6% | 90.5% | 90.0% | 90.0% | 90.0% |
| S&M | 8.1% | 6.5% | 6.4% | 8.1% | 15.4% | 7.5% | 9.2% | 8.1% | 6.5% | 6.0% | 6.8% | 5.6% | 5.4% | 5.4% | 5.4% |
| G&A | 2.4% | 2.4% | 4.0% | 11.9% | 21.6% | 5.9% | 29.7% | 16.1% | 4.2% | 3.7% | 8.2% | 3.5% | 3.4% | 3.3% | 3.2% |
| R&D | 1.1% | 1.3% | 2.3% | 3.9% | 5.0% | 2.3% | 6.8% | 2.1% | 1.0% | 1.1% | 1.8% | 1.8% | 1.8% | 1.8% | 1.7% |
| **Margins** | | | | | | | | | | | | | | | |
| Gross Margin | 6.4% | 7.3% | 7.4% | 10.6% | 15.4% | 8.5% | 13.0% | 13.4% | 10.0% | 9.0% | 10.4% | 9.5% | 10.0% | 10.0% | 10.0% |
| EBITDA | | -2.2% | -2.9% | -6.2% | -10.9% | -3.8% | -0.3% | 2.2% | 1.4% | 0.5% | 0.9% | 0.7% | 1.4% | 1.4% | 1.4% |

Sources: Company reports & BTIG estimates



**DIGITAL SERVICES EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

Opendoor Technologies Inc. (OPEN, Neutral, Closing Price: $24.02; Analyst: Jake Fuller)
Zillow Group, Inc. (ZG, Buy, $145 PT;  Closing Price: $89.61; Analyst: Jake Fuller)



**DIGITAL SERVICES EQUITY RESEARCH**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Jake Fuller, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, W. Clark Lampen, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

**Ratings Definitions**

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of October 20, 2021):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 328 | 73.2% | Buy | 125 | 38.1% |
| Neutral | 118 | 26.3% | Neutral | 24 | 20.3% |
| Sell | 2 | 0.4% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

**Opendoor Technologies Inc. (OPEN, Neutral)**

**Valuation:** We derive a bull-bear range for OPEN of $9-34. The range is based on a 2025 scenario : 1) iBuyer share of existing home sales of 2-4%; 2) OPEN share of iBuyer transactions of 40-45%; 3) EBITDA margin of 4-5.5%; 4) EBITDA multiple of 10-15x. BTIG does not provide price targets on Neutral-rated stocks.

**Risks:** Downside risks include: 1) Estimates assume that OPEN increases penetration in existing markets and expands into new markets, and shortfalls on either front would put downward pressure on out-year estimates; 2) We assume a stable take-rate (fee + spread) over time, but that could prove volatile with spread tied to OPEN's ability to sell a home for more than they paid; 3) OPEN



DIGITAL SERVICES EQUITY RESEARCH

carries inventory risk and any turn in the housing market could limit its ability to sell and negatively impact the value of homes in inventory. Upside risks include: 1) Ongoing home price appreciation could yield upside to numbers via elevated gross margins; 2) Estimates for 2021-2022 assume limited contributions from new markets and OPEN is adding markets rapidly, which could be a source of upward pressure on estimates; 3) Long-range estimates assume OPEN reaches a low single-digit share of existing home sales over five year, but it is at mid- to high-single digits in core markets and each point of share would be material to numbers.



### Zillow Group, Inc. (ZG, Buy, $145 PT)

**Valuation:** Our $145 PT is based on a 5-year scenario analysis: 1) Offers $55/share with iBuyer penetration of 5%, ZG share of 35%, 4% mature margin and 12.5x EBITDA multiple; 2) IMT $75/share assuming a 10% revenue CAGR, 50% mature EBITDA margin and 20x EBITDA multiple; 3) We value other operations and net cash at $15/share. Our bear-bull range for ZG is $85-205, derived using the same 5-year framework and ranges around key assumptions.

**Risks:** Risks to our estimates, price target and rating include: 1) Estimates could be impacted by the rollout of ZG's Flex model; 2) Profitability could be impacted by the pace at which ZG opts to ramp the Homes business; 3) The Homes business is capital-intense and significantly changes ZG's risk profile.





DIGITAL SERVICES EQUITY RESEARCH

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Opendoor Technologies Inc. (OPEN)

BTIG LLC had an investment banking services client relationship during the past 12 months with: Opendoor Technologies Inc. (OPEN)

BTIG LLC managed or co-managed a public offering of securities in the past 12 months for: Opendoor Technologies Inc. (OPEN)

BTIG LLC has received compensation for investment banking services in the past 12 months from: Opendoor Technologies Inc. (OPEN)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or

**DIGITAL SERVICES EQUITY RESEARCH**

warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

# EXHIBIT 16

# STIFEL

# 3Q:21 Online Real Estate Preview

## Summary

*In place of our Bi-weekly Real Estate Digest (updated housing indicators still begin on page 4), we highlight our thoughts for our online real estate coverage heading into 3Q:21 earnings as Zillow and Redfin report after the close on November 2 and November 4, respectively. Zillow recently announced it was pausing making offers on consumers' homes through Zillow Offers for the balance of 2021 due to operational capacity concerns, and Redfin has been facing ongoing staffing-related headwinds in recent quarters with no clear-cut solution. We maintain our Hold ratings on both Zillow Group & Redfin shares as we believe valuations are full at current levels and risk / reward profiles remain neutral to negative given the respective headwinds and economic indicators pointing to a slowing / normalizing housing market. Our ZG price target moves to $105 (from $125) and our RDFN price target goes to $60 (from $65).*

## Key Points

### Zillow Group (ZG, Hold, $93.32)

**Pauses Zillow Offers purchases.** In March 2020, Zillow (along with the rest of its iBuying peers) stopped purchasing homes due to uncertainty surrounding the pandemic, resulting in its inventory levels being materially depressed throughout the market's rebounding boom in 2H:20, and the company likely lost some prospective business as a result. Earlier this week, Zillow announced Zillow Offers would once again stop making offers on consumers' homes for the balance of 2021, citing operational capacity concerns for its current backlog of renovations and a need to focus on homes it has agreed to purchase but have yet to close. Zillow will continue to market / sell homes through Zillow Offers, and prospective sellers will reportedly be connected to a local Premier Agent.

**Our View.** While operational capacity may have been reached due to supply and labor constraints (September's jobs report indicated construction jobs were still ~200k below pre-COVID levels), we also believe Zillow could be attempting to mitigate further balance sheet risk given economic indicators pointing to a slowing housing market following potentially aggressive acquisition behavior in 3Q. The company purchased a record number of 3,805 homes in 2Q, which was more than double 1Q's 1,856 purchases, and a new analysis from Mike DelPrete (found here), which is reportedly citing data from public transaction records, indicates Zillow purchased more than double 2Q's levels in 3Q. However, his comparison of Zillow and its two main iBuying competitors, Opendoor and Offerpad, in Phoenix (a legacy and dense iBuying market) indicates both competitors purchased fewer homes in September vs. August while also paying less per home as the market began to show signs of cooling, whereas Zillow purchased more at even higher prices. The data shows Zillow paid ~$65k above the Phoenix market median price in September. Further, Zillow halting home purchases through 2021 will likely allow competitors like Opendoor and Offerpad (and even possibly Redfin) to gain market share over Zillow in established markets with respect to iBuying. Opendoor reportedly operates in all but two of Zillow's 25 markets and noted it is "open for business and continues to scale and grow" following Zillow's announcement, according to the WSJ, while Offerpad announced a planned California expansion on the same day with a spokesperson reporting "iBuying operations are running as smoothly as ever," according to HousingWire. We note the record-level purchases in 2Q and estimated in 3Q will likely lead to higher levels of sales in 3Q and 4Q for the Homes segment given persistently strong homeownership demand (Redfin's latest data indicated median days on market was down to 18 in September from 29 one year prior), and the fact Zillow will continue to acquire homes it has signed contracts to purchase but not yet closed could even lead to possible sequential growth in purchases in 4Q as these officially close. However, if elevated homeownership demand persists into the new year, pausing home acquisitions could leave its inventory levels ill-positioned heading into 2022 and the spring buying season.

**Estimate changes; price target to $105 (from $125).** With the aforementioned data indicating Zillow likely purchased more homes in 3Q than we were previously forecasting in addition to pausing home purchases for the balance of 2021, we adjusted our estimates accordingly to reflect higher 3Q purchases and 4Q sales volume for the homes segment. As a result, our FY:21 total revenue increased ~7% while total adj. EBITDA increased ~10%, and we are now in line with consensus estimates in FY:21 for total, homes, and IMT revenue in addition to total adj. EBITDA. We remain slightly below consensus estimates in FY:22 & FY:23. Additionally, we increased our WACC to 10.5% from (9.0%) to reflect the apparent risk surrounding the unproven Homes segment. Our price target falls to $105 (from $125, predominantly due to higher discount rate as estimates generally rose), and we maintain our Hold-rating as we view risk / reward as neutral to negative at current price levels.

**3Q:21 expectations:** We estimate Zillow's total revenue rose +205% y/y to $2.0B in 3Q, which is near the upper bound of guidance for $1.93-$2.05B and is in line with consensus. Our consensus-matching IMT revenue estimate of $482mm would imply +16% y/y growth and is above the midpoint of guidance for $472-$485mm. We forecast Homes segment revenue grew +682% y/y to $1.46B due to lapping easy compares, which is in line with consensus estimates and is slightly above the midpoint of guidance for $1.40B to $1.50B. We estimate adj. EBITDA of $108mm, which is slightly below consensus estimates of $110mm and is slightly below the midpoint of guidance for $94mm to $126mm.

*(Detailed estimates & individual company discussions continue on page 2)*

**Scott W. Devitt** | (212) 271-3765 | swdevitt@stifel.com
**Wesley Sanford** | (212) 271-3668 | sanfordwe@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 40 - 43 of this report.

Earnings Preview
**October 21, 2021**

| Symbol | 10/21/21 Price | Rating To | Rating From | Target Price To | Target Price From | 3Q21E To | 3Q21E From | 2021E To | 2021E From | 2022E To | 2022E From |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RDFN | $52.37 | Hold | -- | $60.00 | $65.00 | $(0.22) | $(0.20) | $(1.03) | $(0.83) | $(0.77) | $(0.27) |
| ZG | $93.32 | Hold | -- | $105.00 | $125.00 | $(0.27) | $(0.26) | $(0.31) | $(0.50) | $(0.69) | $(0.15) |

**Exhibit A. Zillow Group Stifel vs. Consensus Estimates**

| Zillow Stifel Estimates vs. Consensus ($mm) | Quarterly Estimates | | | | Annual Estimates | | | |
|---|---|---|---|---|---|---|---|---|
| | 1Q:21A | 2Q:21A | 3Q:21E | 4Q:21E | 2020A | 2021E | 2022E | 2023E |
| Total Revenue - Stifel | $1,218.4 | $1,310.0 | $2,004.4 | $1,976.9 | $3,339.8 | $6,509.8 | $9,255.0 | $13,477.9 |
| y/y growth - % | 8.2% | 70.5% | 205.2% | 150.6% | 21.8% | 94.9% | 42.2% | 45.6% |
| Total Revenue - Cons. | | | $2,004.5 | $1,978.6 | | $6,510.7 | $9,397.8 | $13,682.0 |
| y/y growth - % | | | 205.2% | 150.8% | | 94.9% | 44.3% | 45.6% |
| Total Revenue - Stifel / Consensus | | | (0.0%) | (0.1%) | | (0.0%) | (1.5%) | (1.5%) |
| IMT Revenue - Stifel | $446.3 | $476.1 | $482.4 | $471.7 | $1,450.2 | $1,876.5 | $2,105.6 | $2,359.0 |
| y/y growth - % | 35.0% | 69.8% | 16.1% | 11.3% | 13.6% | 29.4% | 12.2% | 12.0% |
| IMT Revenue - Cons. | | | $482.3 | $474.3 | | $1,878.9 | $2,122.5 | $2,369.8 |
| y/y growth - % | | | 16.1% | 11.9% | | 29.6% | 13.0% | 11.7% |
| IMT Revenue - Stifel / Consensus | | | 0.0% | (0.5%) | | (0.1%) | (0.8%) | (0.5%) |
| Homes Revenue - Stifel | $704.2 | $777.1 | $1,462.0 | $1,439.6 | $1,715.4 | $4,382.9 | $6,843.9 | $10,723.5 |
| y/y growth - % | (8.5%) | 71.1% | 681.4% | 373.3% | 25.6% | 155.5% | 56.2% | 56.7% |
| Homes Revenue - Cons. | | | $1,462.2 | $1,437.4 | | $4,380.1 | $6,985.1 | $10,943.9 |
| y/y growth - % | | | 681.5% | 372.6% | | 155.3% | 59.5% | 56.7% |
| Homes Revenue - Stifel / Consensus | | | (0.0%) | 0.2% | | 0.1% | (2.0%) | (2.0%) |
| Adj. EBITDA - Stifel | $181.0 | $182.8 | $108.4 | $92.6 | $343.0 | $564.7 | $624.6 | $874.7 |
| Margin - % | 14.9% | 14.0% | 5.4% | 4.7% | 10.3% | 8.7% | 6.7% | 6.5% |
| Adj. EBITDA - Cons. | | | $109.8 | $94.0 | | $566.9 | $630.1 | $888.7 |
| Margin - % | | | 5.5% | 4.7% | | 8.7% | 6.7% | 6.5% |
| Adj. EBITDA - Stifel / Consensus | | | (1.3%) | (1.5%) | | (0.4%) | (0.9%) | (1.6%) |

*Sources: Visible Alpha, Stifel estimates*

## Redfin (RDFN, Hold, $52.37)

**Estimate changes; price target to $60 (from $65).** Due to the data previously outlined, we also adjusted our Redfin estimates predominately for the Properties segment. Our 3Q estimates remained largely unchanged, but we materially increased our Properties segment's revenue forecasts in 4Q. As a result, our total revenue forecasts for 4Q / FY:21 increased roughly +12% / +3%, and we are now mostly in line with consensus estimates through FY:23 for total, Real Estate Services, and Properties revenue in addition to total adj. EBITDA. Given the persistent headcount-related headwinds and macro indicators pointing to a slowing / normalizing housing market, we also increased our WACC to 10.5% (from 9%) to account for these risks. Subsequently, we lower our price target of $60 (from $65, mostly due to the increased discount rate) and our Hold rating on RDFN shares as we see balanced risk / reward at current price levels unless it can mitigate ongoing staffing-related headwinds and / or the housing market shows signals of being on track to outperform our expectations in FY:21.

**3Q:21 expectations:** We forecast Redfin's total revenue rose +128% y/y to $539mm in 4Q, which is slightly above consensus of $538mm and is near the high-end of the company's guidance for $530mm to $540mm. We estimate Redfin's Real Estate Services revenue grew +22% y/y to $256mm in 3Q on approximately 27k real estate transactions, slightly below the Street's forecast of $257mm. We estimate Properties segment revenue of $236mm in 3Q (+1,142% y/y due to COVID-related impacts in 2020) from an estimated 400 homes sold (up from 292 in 2Q:21), which is slightly above consensus of roughly $234mm and is the upper bound of Redfin's guidance range of $231mm to $236mm. Our consensus-matching Rentals revenue estimate of $40.5mm is the midpoint of management's guidance for $40-$41mm. We forecast adj. EBITDA of $11.3mm (2.1% margin) vs. the Street's forecast of $10.9mm (2.0% margin). We forecast GAAP EPS of -$0.22, slightly below the Street's estimate of -$0.20. *(Detailed estimates on page 3)*



Earnings Preview
**October 21, 2021**

**Exhibit B. Redfin Corporation Stifel vs. Consensus Estimates**

| Redfin Stifel Estimates vs. Consensus ($mm) | Quarterly Estimates | | | | Annual Estimates | | | |
|---|---|---|---|---|---|---|---|---|
| | 1Q:21A | 2Q:21A | 3Q:21E | 4Q:21E | 2020A | 2021E | 2022E | 2023E |
| Total Revenue - Stifel | $268.3 | $471.3 | $539.2 | $504.9 | $886.1 | $1,783.7 | $2,319.0 | $2,929.4 |
| y/y growth - % | 40.5% | 120.6% | 127.6% | 106.5% | 13.6% | 101.3% | 30.0% | 26.3% |
| Total Revenue - Cons. | | | $538.4 | $508.9 | | $1,792.8 | $2,340.8 | $2,961.8 |
| y/y growth - % | | | 127.3% | 108.1% | | 102.3% | 30.6% | 26.5% |
| Total Revenue - Stifel / Consensus | | | 0.1% | (0.8%) | | (0.5%) | (0.9%) | (1.1%) |
| Real Estate Revenue - Stifel | $168.6 | $252.2 | $256.0 | $231.6 | $651.2 | $908.5 | $1,077.5 | $1,286.4 |
| y/y growth - % | 55.2% | 86.7% | 22.0% | 17.2% | 24.4% | 39.5% | 18.6% | 19.4% |
| Real Estate Revenue - Cons. | | | $256.8 | $233.3 | | $911.1 | $1,084.8 | $1,288.7 |
| y/y growth - % | | | 22.4% | 18.0% | | 39.9% | 19.1% | 18.8% |
| Real Estate Revenue - Stifel / Consensus | | | (0.3%) | (0.7%) | | (0.3%) | (0.7%) | (0.2%) |
| Properties Revenue - Stifel | $92.7 | $172.4 | $236.0 | $228.2 | $209.7 | $729.3 | $1,050.0 | $1,430.9 |
| y/y growth - % | 17.2% | 138.9% | 1141.8% | 479.1% | (12.8%) | 247.8% | 44.0% | 36.3% |
| Properties Revenue - Cons. | | | $233.9 | $228.8 | | $727.9 | $1,046.8 | $1,433.0 |
| y/y growth - % | | | 1130.7% | 480.8% | | 247.1% | 43.8% | 36.9% |
| Properties Revenue - Stifel / Consensus | | | 0.9% | (0.3%) | | 0.2% | 0.3% | (0.1%) |
| Adj. EBITDA - Stifel | ($17.6) | ($2.9) | $11.3 | $16.3 | $52.3 | $7.2 | $61.5 | $138.2 |
| Margin - % | (6.6%) | (0.6%) | 2.1% | 3.2% | 5.9% | 0.4% | 2.7% | 4.7% |
| Adj. EBITDA - Cons. | | | $10.9 | $16.6 | | $6.0 | $62.9 | $140.3 |
| Margin - % | | | 2.0% | 3.3% | | 0.3% | 2.7% | 4.7% |
| Adj. EBITDA - Stifel / Consensus | | | 4.1% | (1.9%) | | 18.7% | (2.2%) | (1.5%) |

*Sources: Visible Alpha, Stifel estimates*

***(Updated housing market indicators, price performance charts, and comps begin on page 4. * denotes indicator updated since our last bi-weekly real estate report)***



Earnings Preview
**October 21, 2021**

## Rental Data from Apartment List

**National Rental Prices (updated 9/27/21):** Prior to the pandemic, national rent prices had been rising at a fairly consistent rate, growing between +2% to +3% y/y each month since at least 2018, according to Apartment List (Apartment List's data set goes back to January 2017); however, the U.S. home rentals market was materially impacted by COVID-19 as many residents left large metro areas and sought permanent homes in smaller cities or rental units in less supply-constrained areas. Rent prices began declining y/y in May of 2020 and fell roughly -1% y/y each month until March 2021, at which point national rent price growth inflected and returned to y/y growth, as shown in **Exhibit 1**. Since then, national median rental price growth has continued to accelerate, reaching +15.1% y/y growth in September with the overall national median rent price rising to $1,302 (up from $1,138 in March 2020 at the outset of the pandemic). The Naples-Marco Island, FL core-based statistical area (CBSA) witnessed the largest y/y gain (+36.1% y/y), followed by North Port-Sarasota-Bradenton, FL (+36.0% y/y) and Port St. Lucie (+33.7% y/y). The only CBSAs to witness y/y declines were Odessa, TX (-7.6% y/y) and Williston, ND (-3.0% y/y).

**Exhibit 1. Overall Average National Rent Price & y/y Growth Over the Past Year**



*Source: Apartment List*

**Exhibit 2. National Rent Prices by Property Type Over the Past Year**



*Source: Apartment List*



Earnings Preview
**October 21, 2021**

## Cumulative YTD Analysis (Non-Seasonally-Adjusted)

**\*Cumulative Existing Home Sales (updated 10/21/21):** The housing market momentum continues to show signs of cooling as seasonally-adjusted existing-home sales point to a -2.3% y/y decrease in annual sales volume in September, marking the second sequential month negative y/y growth, likely due to lapping tougher comps, as shown in **Exhibit 8**. Additionally, on a cumulative non-seasonally-adjusted sales basis, transaction volume growth decelerated in September to +13.4% y/y (vs. +16.0% y/y in August), as shown in **Exhibit 4**, marking its fourth-straight month of deceleration. However, September's 4.58mm cumulative non-seasonally-adjusted existing-home sales are an near parity to levels witnessed in October last year (4.61mm), as shown in **Exhibit 3**, which puts the market on pace to possibly end the year 5-10% above 2020s levels if current trends of elevated demand for homeownership can persist.

**Exhibit 3. Non-Seasonally-Adjusted (NSA) Cumulative Existing Home Sales**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

**Exhibit 4. Non-Seasonally-Adjusted (NSA) Cumulative Existing Home Sales y/y Growth**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

STIFEL

Earnings Preview
**October 21, 2021**

*Cumulative Transaction Value (updated 10/21/21):** When looking at cumulative YTD U.S. real estate transaction value of $1.68T in September, which also factors in recent home price appreciation (HPA) in addition to transaction volume growth, the housing market comfortably eclipsed levels reached at this point in 2020 ($1.32T) by a wide margin and is above levels reached in October during the past three years while also surpassing levels reached in November in 2019 and 2018 (while also being at near parity with November 2020's levels), as shown in **Exhibit 5**. Cumulative YTD total transaction value grew +27.1% y/y in September, but growth decelerated from the +30.8% y/y print in August, as shown in **Exhibit 6**, marking its fourth sequential month of deceleration (coinciding with four months of y/y growth deceleration in home prices as reported by the NAR). However, the elevated levels of growth set FY:21 up well for another year of significant transaction value growth (potentially as high as +15-20% y/y) if current pricing trends can continue (median sale prices grew +13.3% y/y to $352,800 per NAR's September report, following August's +15.2% y/y growth).

**Exhibit 5. Non-Seasonally-Adjusted (NSA) Cumulative Transaction Value**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

**Exhibit 6. Non-Seasonally-Adjusted (NSA) Cumulative Transaction Value y/y Growth**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*



Earnings Preview
**October 21, 2021**

### Housing Market Indicators Update

**\*Existing Home Sales (updated 10/21/21):** According to the NAR's latest data, U.S. existing home sales rose +7.0% m/m in September to a seasonally-adjusted annual rate (SAAR) of 6.29mm; this equated to -2.3% y/y growth on a seasonally-adjusted basis and marked the second sequential month of negative y/y growth as we lap months of the U.S. housing market's robust recovery. The NAR's estimate includes single-family, townhomes, condominiums, and co-ops and is based on transaction closings observed by Multiple Listing Services (MLSs).

- *Single-Family:* Existing single-family home sales rose +7.7% m/m in September to a SAAR of 5.59mm; SFH home sales were down -3.1% y/y, marking the third sequential month of negative y/y growth.
- *Condo/Co-op:* Existing condo / co-op rose 1.4% m/m at a SAAR of 700,000 units; this metric was up +4.5% y/y from a SAAR (marking the 5th straight month of y/y growth deceleration.

**Exhibit 7. Existing Home Sales Segmented by SFHs & Condos / Co-ops Over the Past Twelve Months**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

**Exhibit 8. Existing Home Sales y/y Comparison**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

**Pending Homes Sales (updated 8/30/21):** NAR's Pending Home Sale Index (PHSI) rose +8.1% m/m to 119.5 on a seasonally-adjusted basis in August, but this metric remained down -8.3% y/y. Contract signings rose +4.6% m/m (-15.8% y/y) in the Northeast, +10.4% m/m (-5.9% y/y) in the Midwest, +8.6% m/m (-6.3% y/y) in the South, and +7.2% m/m (-9.2% y/y) in the West. The PHSI is regarded as the most reliable leading indicator of future existing home sales and measures activity based on signed real estate contracts for existing single-family homes, condos, and co-ops. Once a contract has been signed, it is listed as a pending sale until the transaction closes. Because homes typically go under contract 1-2 months before closing, PHSI typically leads existing home sales by 1-2 months. An index level of 100 is equivalent to contract activity levels of 2001.



Earnings Preview
**October 21, 2021**

**\*Homes Available for Sale (updated 10/21/21):** U.S. home **i**nventory was reported at 1.27mm in the NAR's September report on a non-seasonally-adjusted basis (NSA), marking its 28th consecutive month of y/y declines (down -13.0% y/y). September's numbers were down -0.8% m/m from August's revised 1.28mm, marking the second consecutive month of declines following a sixth month streak of monthly improvements. Inventory levels have been dwindling since the housing crisis and rising demand continues to apply downward pressure on available housing, as shown in **Exhibit 9**. Based on the current sales rate, there are approximately 2.4 months of inventory remaining, which is down -7.2% m/m and down -11.1% y/y.

- *Single-Family:* SFH inventory levels were down -0.9% m/m to 1.11mm in September; SFH inventory fell -10.6% y/y on a non-seasonally-adjusted basis.
- *Condo/Co-op:* Condo / co-op inventory levels were reported at 173,000 units, which marked a 0.6% m/m increase and -23.5% y/y decrease on a non-seasonally-adjusted basis.

**Exhibit 9. Historical Inventory Levels vs. Median Sale Price**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*

**\*Median Sale Price (updated 10/21/21):** The NAR reported the national median sale price for existing homes was $352,800 in September, which marked a +13.3% y/y increase (marking its fourth sequential month of deceleration following five months of acceleration). Due to seasonality in buying patterns, it is typically more informative to compare median prices on a y/y basis as m/m trends fail to capture this seasonality. Rising levels of demand and shrinking inventory levels since the housing crisis have fueled median prices to record highs; September marked the 115th consecutive month of y/y gains in U.S. median home sale prices.

- *Single-Family:* The median sale price of existing single-family homes was $359,700, representing a +13.8% y/y gain from $316,000 in 2020.
- *Condo/Co-op:* The median sale price of existing condos / co-ops was $297,900, representing a +9.3% y/y increase from $272,500.

**Exhibit 10. Median Sale Price y/y Comparison**



*Source: Copyright ©2021 "September Existing Home Sales." NATIONAL ASSOCIATION OF REALTORS®. All rights reserved. Reprinted with permission.*



Earnings Preview
**October 21, 2021**

**\*30-Year Fixed Rate Mortgage & 10-Year Treasury Yield (updated 10/21/21):** Freddie Mac reported the average 30-Year FRM for the week ending October 21 was 3.09%, while FactSet reported the 10-Year Treasury Yield was 1.58% as of October 7, yielding a spread of 141bps between the two rates. Historically, these rates have trended in the same direction with a fairly consistent spread of 150-180bps; the spread between the two rates held steady over the prior two weeks as interest rate and mortgage rate movements were approximately equal (+10bps for mortgage rates and +11bps for treasuries over the last two weeks).

**Exhibit 11. 30-Year FRM vs 10-Year Treasury Yield**



*Source: FactSet, Freddie Mac*

**\*Mortgage Applications (updated 10/20/21):** According to the Mortgage Bankers Association's weekly survey, mortgage applications fell -6.3% w/w on a seasonally-adjusted basis for the week ending October 15; on an unadjusted basis, mortgage applications fell -6.0% w/w. Refinance applications fell -7.0% w/w on an unadjusted basis and were down approximately -22.0% y/y; the refinance share of mortgage activity decreased to 63.3%. Purchase applications fell -5.0% w/w and were down approximately -12.0% y/y on an unadjusted basis; purchase applications fell roughly -5.0% w/w on a seasonally-adjusted basis.

**New Single-Family Home Sales (updated 9/24/21):** According to the U.S. Census Bureau's latest data, new single-family home sales rose +1.5% m/m to a SAAR of 740,000 units in August (second sequential month of gains); however, this metric fell -24.3% y/y, likely due to the lapping of tougher y/y comparables. In addition to other indicators pointing to a cooling housing market, new home sales have likely been gated by lower levels of homebuilder activity due to inflated / volatile lumber prices and the lack of skilled labor / suitable building land.

*\*Note: The U.S. Census Bureau's new single-family home sales data is based on contracts or the acceptance of a deposit. NAR's existing-home sales data is based on closings. Because of these differences, it is not uncommon for each series to move in different directions in the same month.*

**Exhibit 12. New Single-Family Home Sales y/y Comparison**



*Source: U.S. Census Bureau*



Earnings Preview
**October 21, 2021**

**\*New Residential Construction (updated 10/19/21):** The U.S. Census Bureau reported 1.56mm privately-owned homes were started in September on a SAAR (-1.6% m/m from August's revised 1.58mm print); this metric was up +7.4% y/y and marked a deceleration from August's +14.8% y/y print, likely due to ongoing homebuilding headwinds. Single-family starts down flat m/m (-2.3% y/y) with multi-family down -5.0% m/m (+38.5% y/y). Total housing completions fell -4.6% m/m (-13.0% y/y); single-family completions were flat m/m (+2.1% y/y) with multi-family down -17.3% m/m (-41.8% y/y).

**Exhibit 13. Housing Starts Over the Past Twelve Months**



*Source: U.S. Census Bureau*

**\*Housing Market Index (updated 10/18/21):** For the month of October, the National Association of Home Builders' (NAHB) Housing Market Index (HMI) achieved a total weighted index score of 80 out of 100 by scoring 87, 84, and 65 on present (+5pt m/m), next six months (+3pts m/m), and traffic (+4pts m/m), respectively. The metric rose +4pts m/m and marked they highest reading since July 2021 as housing demand remained strong; however, it still remains 10pts below the all-time high in November 2020, and ongoing building material supply chain and labor-related headwinds continue to weigh on homebuilder sentiment.

NAHB's HMI is a leading indicator based on a monthly survey of NAHB members and is designed to take the pulse of the new single-family housing market. The survey consists of three components of new single-family home sales: present market conditions, market conditions over the next six months, and the traffic of prospective buyers. A panel of builders rates the first two on a scale of good, fair, or poor and the last on a scale of high to very high, average, or low to very low. An index is calculated for each component; it is seasonally adjusted then weighted to produce the HMI. The weights are .5920 for present sales, .1358 for next six months sales, and .2722 for traffic. The weights are chosen to maximize the correlation with starts through the following six months.

**Exhibit 14. HMI vs SFH Starts & New SFH Sales**



*Source: National Association of Home Builders, U.S. Census Bureau*

STIFEL

Earnings Preview
**October 21, 2021**

## Online Real Estate Coverage Price Performance

**Exhibit 15. Trailing 30-Day Price Performance: Redfin & Zillow vs. the Broader Indices**



*Source: FactSet*

**Exhibit 16. YTD Price Performance: Redfin & Zillow vs. the Broader Indices**



*Source: FactSet*

**Exhibit 17. Trailing Twelve Months Price Performance: Redfin & Zillow vs. the Broader Indices**



*Source: FactSet*

STIFEL

Earnings Preview
**October 21, 2021**

## Real Estate Industry Comps

### Exhibit 18. Real Estate Industry – Comparable Companies
*(USD millions, excluding per share data)*

| Company Name | Ticker | Price 10/21/21 | Market Cap | Enterprise Value | EV / Revenue 2021E | EV / Revenue 2022E | EV / Revenue 2023E | EV / EBITDA 2021E | EV / EBITDA 2022E | EV / EBITDA 2023E | EV / Gross Profit 2021E | EV / Gross Profit 2022E | EV / Gross Profit 2023E | Rev. CAGR 2020-23E | EBITDA Mgn 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Real Estate Online Advertising*** | | | | | | | | | | | | | | | |
| Zillow | ZG | $93.32 | $24,847 | $22,847 | 3.7x | 2.8x | 2.2x | 44.4x | 35.4x | 26.3x | 10.4x | 8.7x | 7.3x | 47% | 8% |
| REA Group | REA.AU | $123.72 | $16,322 | $16,567 | 23.8x | 20.3x | 17.7x | 39.5x | 34.9x | 29.4x | NM | NM | NM | 15% | 58% |
| Rightmove | RMV.GB | $9.83 | $8,535 | $8,458 | 20.3x | 18.7x | 17.4x | 26.9x | 24.7x | 22.6x | NM | NM | NM | 20% | 76% |
| ***Real Estate Brokerages*** | | | | | | | | | | | | | | | |
| Redfin | RDFN | $52.37 | $5,875 | $6,298 | 3.6x | 2.7x | 2.1x | 247.8x | 54.2x | 32.9x | 15.1x | 11.2x | 9.1x | 51% | 5% |
| KE Holdings ("Beike") | BEKE | $25.06 | $29,962 | $22,037 | 1.8x | 1.5x | 1.3x | 45.2x | 20.9x | 13.7x | 8.4x | 6.6x | 5.3x | 16% | 7% |
| Opendoor | OPEN | $23.76 | $14,366 | $14,813 | 2.2x | 1.2x | 0.8x | 227.3x | 222.8x | NM | 19.6x | 11.7x | 7.8x | 89% | 1% |
| Compass, Inc. | COMP | $12.53 | $4,943 | $4,661 | 0.7x | 0.6x | 0.5x | NM | 1227.1x | 11.0x | 5.5x | 3.6x | 2.6x | 40% | 0% |
| eXp World Holdings | EXPI | $51.06 | $7,476 | $7,278 | 2.1x | 1.5x | 1.2x | 73.8x | 45.5x | 36.7x | 24.7x | 18.2x | 16.2x | 62% | 3% |
| RE/MAX | RMAX | $32.12 | $1,013 | $1,167 | 3.6x | 3.2x | 3.0x | 10.0x | 8.8x | 8.4x | 4.7x | 4.2x | 4.0x | 13% | 36% |
| Realogy | RLGY | $19.62 | $2,341 | $5,562 | 0.7x | 0.7x | 0.7x | 6.0x | 6.3x | 6.1x | 4.3x | 4.2x | NM | 9% | 11% |
| ***Real Estate Software and Services*** | | | | | | | | | | | | | | | |
| CoStar | CSGP | $98.54 | $38,834 | $36,290 | 18.6x | 16.0x | 13.6x | 58.9x | 45.7x | 35.8x | 22.9x | 19.6x | 16.7x | 17% | 35% |
| ***Single-Family REITS*** | | | | | | | | | | | | | | | |
| Invitation Homes | INVH | $40.30 | $22,942 | $30,611 | 15.6x | 14.5x | 13.6x | 26.6x | 24.5x | 23.3x | 24.8x | 22.9x | 21.4x | 7% | 59% |
| American Homes 4 Rent | AMH | $39.57 | $12,694 | $15,958 | 12.4x | 11.3x | 10.6x | 23.8x | 21.2x | 19.7x | 21.5x | 19.6x | 17.5x | 8% | 53% |
| ***Homebuilders*** | | | | | | | | | | | | | | | |
| D.R. Horton | DHI | $89.22 | $32,476 | $34,960 | 1.3x | 1.1x | 1.0x | 6.8x | 5.5x | 5.5x | 4.9x | 4.1x | 3.6x | 20% | 20% |
| Lennar | LEN | $101.42 | $31,166 | $34,083 | 1.3x | 1.1x | 1.0x | 6.5x | 5.3x | 5.1x | 5.0x | 4.1x | 3.8x | 14% | 21% |
| NVR | NVR | $4,900.00 | $19,095 | $18,027 | 2.0x | 1.8x | 1.6x | 12.0x | 9.7x | 9.9x | 9.2x | 7.9x | 7.8x | 14% | 18% |
| Taylor Morrison Home | TMHC | $28.00 | $3,647 | $6,441 | 0.8x | 0.8x | 0.7x | 7.4x | 5.8x | 6.1x | 4.2x | 3.5x | 3.4x | 14% | 13% |
| **Mean of Comps Set** | | | | | 6.7x | 5.9x | 5.2x | 53.9x | 105.8x | 18.3x | 12.3x | 10.0x | 9.0x | 27% | 25% |
| **Median of Comps Set** | | | | | 2.2x | 1.8x | 1.6x | 26.8x | 24.5x | 16.7x | 9.2x | 7.9x | 7.5x | 16% | 18% |

*Source: FactSet (Consensus), Stifel estimates (RDFN & ZG). Note: COMP Gross Profit is Revenue (less) Commissions, and RMAX Gross Profit is Revenue (less) Marketing Fund Expenses*

### Exhibit 19. Real Estate Comps Plotted by Revenue Growth & 2022E EV / Revenue Multiples



*Source: FactSet (Consensus), Stifel Estimates (RDFN & ZG)*

STIFEL

Earnings Preview
**October 21, 2021**

## Mobile Traffic Data from Apptopia (updated as of 10/14/21)

**Exhibit 20. Apptopia Trailing 7-Day Average Downloads: Zillow**



*Source: Apptopia*

**Exhibit 21. Apptopia Trailing 7-Day Average Downloads: Redfin**



*Source: Apptopia*

**Exhibit 22. Apptopia Trailing 7-Day Average Downloads: Opendoor**



*Source: Apptopia*

STIFEL

Earnings Preview
**October 21, 2021**

**Exhibit 23. Average Time Spent per Session Over the Past Twelve Months**



*Source: Apptopia*

**Exhibit 24. Total Downloads by Company Over the Past Twelve Months**



*Source: Apptopia*

**Background on Apptopia data:** Estimates for Redfin's, Zillow's, and Opendoor's DAUs, MAUs, time spent, downloads, and other metrics are available from Apptopia, which reportedly sources data directly from the apps in the same manner that they are reported to the Apple iOS App Store and Google Play Store on the basis of unique device IDs. The data spans 59 countries (including 3 in North America, 24 in Europe, and 32 in Rest of World), with users' country set based on their choice when activating their App Store / Play Store account. We aggregate daily data points into weekly / monthly / quarterly averages, and we believe this data is a useful directional indicator of performance for the company.

**STIFEL**

Earnings Preview
**October 21, 2021**

## Intra-Quarter News from Bi-Weekly Reports

**Housing Market Update: Fast Sales Increasingly Common This Fall** *(Redfin)*
**Summary:** For the four weeks ending October 17, Redfin reported the median U.S. home sale price increased +13% y/y (+29% 2y/y) to $355,875 while asking prices on newly listed homes increased +12% y/y (+26% 2y/y) to a median of $362,335, down -1% from its all-time high. Pending home sales were up +3% y/y (+47% 2y/y), new listings were down -8% y/y (+5% 2y/y), and active listings (available inventory) fell -23% y/y (-40% 2y/y). During the four weeks ending October 17, 46% of homes went under contract within two weeks, according to Redfin, and 33% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 22 days, which is up from the all-time low of 15 that had persisted in late June and July but was down from 32 and 44 days during this period in 2020 and 2019, respectively. 45% of homes sold above their list price (smallest share since April), while the average sale-to-list price ratio decreased to 100.7% (lowest level since April), meaning the average home sold 0.7% above its list price. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending October 17 rose to 5.0%, 1.3% above 2020 levels, and the highest level since the four weeks ending October 13, 2019. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index rose two +3% in the week ending October 17 and was up +8% y/y.

**Demand for Second Homes Was Up 60% from Pre-Pandemic Levels in September, an Uptick from July's 40% Increase but Still Below March's Record Growth** *(Redfin)*
**Summary:** Redfin noted that in September demand for second homes rose +60% relative to pre-COVID levels. This growth indicates a modest slowdown in recent months from March highs (when demand was up +112%) but still represented +40% growth from the recent July trough. The recent deceleration is attributed to lifting stay-at-home restrictions and a seasonally-cooling housing market. In addition, Redfin believes that Fannie Mae's decision in March to limit the number of second-home and investment-property loans it would buy decreased overall demand. In a bid to reaccelerate growth, the US Treasury and the Federal Housing Finance Agency announced in September their intention to rescind Fannie's policy. This recent action, coupled with more flexible remote working conditions on the part of many US companies, is expected to allow demand for second homes to remain above pre-pandemic levels for the foreseeable future.

**Housing Market Moderation Gives Buyers Breathing Room** *(Zillow)*
**Summary:** According to Zillow's latest housing market report, the calming down of housing market trends that began late in the summer is persisting thus far into 4Q. In particular, Zillow's findings suggest prospective buyers are enjoying more selection, more price cuts, and more time to evaluate their options. The Zillow Home Value Index for the US rose to $308,220 in September, representing +1.6% growth from August levels but a deceleration from a recent July peak. Still, the typical US home was worth approximately 18.4% more in September 2021 than September 2020. Home inventory levels remain down -19.9% y/y and -37.7% y/2y, contributing to upwards price momentum. Zillow's data suggests home inventory is improving, albeit at a slow pace, with for-sale inventory rising +0.4% from August levels. As available for sale inventory rises sequentially, more homes may become susceptible to price cuts in this environment. Data from Zillow also suggests that monthly rent increases are also slowing, but remain high. Through September 2022 Zillow economists expect a +13.6% growth in home values, supported by a slow inventory recovery and increased sales and mortgage application activity. Existing home sales are forecasted to reach 6.04mm in 2021, up +7% from 2020.

**California Home Buyers and Sellers Soon to Enjoy Offerpad's Digital-First Real Estate Experience** *(Offerpad)*
**Summary:** Offerpad plans to expand its iBuying and home listing services to California residents as early as 1Q:22. The company is targeting an expansion into over 150 cities and towns across Riverside, Sacramento, and San Bernardino. Following the expansion, Offerpad's national presence will span 24 markets covering over 1,600 cities and towns. The company plans to introduce its *Offerpad EXPRESS* iBuying solution and its *Offerpad FLEX* digitally-enabled home-listing service as part of the expansion.

**Fannie Mae: Mortgage Rates and Home Prices Will Rise in '22** *(Housingwire)*
**Summary:** In its October economic forecast, Fannie Mae predicts mortgage rates and home prices will continue to rise in 2022 due to expected higher inflation, tightening monetary policy, and low home inventory. Specifically, Fannie Mae expects the 30-year fixed-rate mortgage to average 3.3% in 2022, up from the 3.1% predicted last month; the 30-year rate recently trended at 3.05% for the week ending



October 14, according to the Freddie Mac PMMS survey, the highest level since April. For 2021, Fannie Mae predicts the rate to finish the year at an average of 2.9%. In addition, Fannie Mae economists expect home prices to rise +16.6% in 2021, which is +1.8% higher than the preceding September forecast. Their 2022 outlook on home price growth moves to 7.4%, from 5.1% previously.

### Housing Market Update: Homebuyers' Average Monthly Mortgage Payment Rose $50 in the Last 6 Weeks *(Redfin)*

**Summary:** For the four weeks ending October 3, Redfin reported the median U.S. home sale price increased +12% y/y to $353,869 while asking prices on newly listed homes increased +12% y/y to a median of $365,073, an all-time high. Pending home sales were up +3% y/y (smallest increase since June 2020), new listings were down -8% y/y, and active listings (available inventory) fell -23% y/y. During the four weeks ending October 3, 46% of homes went under contract within two weeks, according to Redfin, and 33% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 21 days, which is up from the all-time low of 15 that had persisted in late June and July but was down from 31 days during this period in 2020. 47% of homes sold above their list price (smallest share since April), while the average sale-to-list price ratio decreased to 100.9% (first time being below 101% since April), meaning the average home sold 0.9% above its list price. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending October 3 rose to 5.0%, 1.4% above 2020 levels, and the highest level since the four weeks ending October 13, 2019. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index rose two +2% in the week ending October 3 and was up +11% y/y.

### US home prices hit record level (again) *(HousingWire)*

**Summary:** According to HousingWire, the S&P CoreLogic Case-Shiller National Home Price Index growth accelerated to +19.7% y/y in July (vs. +18.7% y/y June), marking the highest y/y growth rate since the index's inception in 1987 and the 14th sequential month of accelerating prices. The Case-Shiller 10-City index rose +19.1% y/y in July (vs. +18.5% y/y in June), while the 20-City index rose +19.9% y/y (vs. +19.1% y/y in June). Acceleration in growth was strongest in the Southwest (+24.4% y/y) and West (+23.7% y/y), but HousingWire noted all regions witnessed double-digit gains and record-high rate increases.

### Compass to acquire yet another title insurance company *(HousingWire)*

**Summary:** According to HousingWire, Compass has signed an agreement to acquire Philadelphia-based title insurance company, CommonGround Abstract, LLC; the deal is expected to be finalized by the end of the year, but financial terms are not being disclosed. This would reportedly mark Compass's fifth title acquisition this year and the third in September alone (adding to its FirstAlliance Title and LegacyTexas Title acquisitions). CommonGround serves home buyers and real estate agents / brokers in PA and NJ and would expand Compass's title and escrow services to nine states including CA, CO, FL, MD, NJ, PA, TX, VA, WA, and Washington D.C. Compass's entrance into title and escrow began last October with its acquisition of Seattle-based title and escrow software business, Modus, followed by the D.C.-based KVS Title a few months after. These expansions of its title and escrow business build on its goal of offering every part of the real estate transaction including mortgage, concierge, bridge loans, in addition to title and escrow; the company announced in August it was launching a mortgage joint venture with Guaranteed Rate under the name Origin Point.

### Study: 24% of sellers received four or more offers in 2021 *(HousingWire)*

**Summary:** According to Zillow's latest consumer housing trends report (based on data collected in a national survey of >2,000 sellers), 24% of sellers received four or more offers on their home in 2021, while the typical seller received two offers (consistent with the prior three years). Zillow's analysis also found 56% of sellers reported none of the offers on their property fell through (down from 58% in 2020), indicating more offers fell through than last year. 74% of sellers reported receiving at least one all-cash offer (or did not include a financing contingency), which was slightly above the 68% of buyers who reported purchasing a home without a mortgage; the difference infers buyers who require financing can still compete if their offer is attractive in other ways, such as waiving an inspection, HousingWire suggests. Reportedly, 65% of sellers received at least one offer that waived an inspection; however, only 16% of homes sold in 2021 underwent no inspections (meaning buyers who demand inspections are still competitive). Further, Zillow's report found 72% of sellers were white, 10% were Black, 8% were Latinx, and 6% were AAPI. Additionally, ~80% of sellers indicated a life event influenced their decision to sell with 46% citing a change in household size as the primary reason.

### GSE forbearance rate now at just 1.38% *(HousingWire)*

**Summary:** According to HousingWire, the total number of loans in forbearance decreased -7bps to 2.89% as of 9/26; in the previous week, the rate reportedly dropped -4bps to 2.96% (hitting pre-



pandemic levels). Fannie Mae and Freddie Mac loans in forbearance dropped -6bps to 1.38% of their portfolio volume, while Ginnie Mae dropped -7bps to 3.35%. According to the MBA's estimate, 1.4mm homeowners are still in active forbearance plans, but the group expects this number to drop sharply in the next 18 months as many reach the 18-month expiration point of their forbearance terms. MBA's data indicated 28.9% of forbearance exits in the past 15 months resulted in a loan deferral or partial claim while 21.7% represented borrowers who continued to pay during the forbearance period. Its survey also found 12.4% of loans in forbearance as of 9/26 were in the initial stage, 78.7% were in an extension, and the remaining balance of 8.9% were re-entries.

**Affordability Headwinds Will Increase** *(NAHB)*
**Summary:** While the housing market has shown signs of stabilization following a period of cooling, the NAHB believes housing affordability will decrease in the quarters ahead. According to the group, home prices are up +30% on average since the beginning of 2020, and interest rates will rise as the Fed tightens monetary policy. The NAHB noted the 10-year Treasury rate has increased +37bps since the start of August and consumer confidence declined to a seven-month low in September; however, housing market data has shown signs of stability with the NAHB's HMI increasing +1pt to 76 in September (off an all-time high of 90 last November). According to the NAHB, 43% of new home sales were <$300,000 one year ago, but that number fell to 30% in August. It is these higher prices combined with signals from the Fed that lead the group to believe housing affordability will worsen in the coming months; reportedly, the Fed is expected to announce tapering mortgage bond purchases at the November Fed meeting. As it reduces these purchases, interest rates should witness upward pressure.

**Zillow Group Closes Acquisition of ShowingTime, the Industry Leader in Home Touring Technology** *(Zillow)*
**Summary:** In a press release, Zillow announced it had completed the acquisition of online home touring scheduling platform ShowingTime; the company entered into a definitive agreement to acquire ShowingTime in February 2021 for $500mm. ShowingTime's technology coordinates scheduling for home showings between the agent and prospective customer online and streamlines the process for both parties. In the past 12 months, ShowingTime has reportedly facilitated over 63mm showings across its network of more than 1mm agents affiliated with MLSs. Under the Zillow Group umbrella, ShowingTime will continue to operate as an individual brand and open platform for existing and new clients.

**RedfinNow Expands to Charlotte and Raleigh** *(Redfin)*
**Summary:** Redfin announced It would be expanding its iBuying services (RedfinNow) to North Carolina, beginning with Charlotte and Raleigh; RedfinNow has expanded to 11 new markets in 2021, now serving customers in 29 total markets across 14 states and D.C. The company is initially making offers on single-family homes and townhomes built after 1950 in select neighborhoods in Mecklenburg, Alamance, Chatham, Wake, and Orange counties; it will make offers on condos in select neighborhoods in Orange and Wake counties. Redfin expects to expand to additional neighborhoods / property types in the region over time.

**Housing Market Update: Homebuyer Demand and Sellers' Asking Prices Get a Late-Summer Boost** *(Redfin)*
**Summary:** For the four weeks ending September 19, Redfin reported the median U.S. home sale price increased +13% y/y to $356,663 while asking prices on newly listed homes increased +11% y/y to a median of $359,724, an all-time high. Pending home sales were up +6% y/y, new listings were down -6% y/y, and active listings (available inventory) fell -21% y/y. During the four weeks ending September 19, 46% of homes went under contract within two weeks, according to Redfin, and 33% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 20 days, which is up from the all-time low of 15 that had persisted in late June and July but was down from 32 days during this period in 2020. 49% of homes sold above their list price, while the average sale-to-list price ratio decreased to 101.2%, meaning the average home sold 1.2% above its list price. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index hit a 3-year high in the week ending September 19 and was up +23% y/y. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending September 19 rose to 4.9%, 0.8% above 2020 levels, and the highest level since the four weeks ending October 13, 2019.

**Buyers Take Note: Housing Market Easing from White Hot to Red Hot** *(Zillow)*
**Summary:** According to Zillow's latest market report, home price appreciation (HPA) growth moderated to +1.75% m/m in August from +1.97% m/m in July after accelerating sequentially since January. Zillow noted this provides relief for prospective buyers but still represented the third-largest monthly growth figure in its records. The deceleration in HPA was broad-based with 43 of the 50 largest metros



witnessing slowing growth; the largest decelerations were in Buffalo, San Diego, San Francisco, and Austin. National home values still remained up +17.7% y/y in August at $303,288 with Austin (+44.8% y/y), Phoenix (+31.8%), Salt Lake City (+27.9%), and San Diego (+26.9%) witnessing the highest annual growths. Housing inventory rose for the fourth consecutive month in August, growing +4.1% m/m; inventory remained down -22.7% y/y, but this was up from the -33% y/y low in April. The share of listings with price cuts grew +1.9% m/m in August to 12.3% of U.S. listings experiencing a price reduction before accepting an offer; this figure was 17.4% in August 2019. According to Zillow, home sales ticked up slightly m/m and were up +3.9% y/y; its economists now expect 5.93mm home sales In 2021 (+5.1% y/y).

### Zillow August 2021-August 2022 Home Value & Sales Forecast *(Zillow)*
**Summary:** According to Zillow's latest estimates, its economists now expect home prices to end 2021 up +19.9% y/y over 2020's levels, which is a downward revision from its +20.3% y/y estimate in July. Further, the company expects the typical U.S. home value to increase +4.7% in the next three months (August-November) and to grow +11.7% by August 2022, each representing a downward revision from the previous month where it forecasted +5.2% price appreciation from July-October and +12.1% through July 2022. Reportedly, the downward revisions were influenced by slowing monthly home price appreciation, growing inventory levels, and the possibility of rising mortgage rates. In contrast, Zillow's estimate for existing home sales improved compared to its July forecast; it now expects existing-home sales to be 5.93mm in 2021 (+5.1% y/y) vs. its prior expectation of 5.89mm (+4.3% y/y). The slightly upward revision was reportedly attributable to strong sales growth in July, but the company noted potential housing affordability headwinds and a continued slowdown in household formation continue to weigh on its longer-term outlook.

### Homeowners gain $2.9 trillion in equity in Q2 2021 *(HousingWire)*
**Summary:** According to HousingWire, CoreLogic's latest report found homeowners with mortgages gained $2.9T in equity in 2Q:21 (+29.3% y/y), or in other words, this marked an average $51,500 gain per borrower since 2Q:20. The states with the greatest average y/y gains were California, Washington, Hawaii, Idaho, Utah, and Arizona, while Chicago-Naperville-Arlington Heights metro area had the largest decline (-5.2% y/y). The total number of mortgaged homes in negative equity fell -12% q/q / -30% y/y in 2Q to 1.2mm; additionally, the national aggregate value of negative equity decrease $18.9B in 2Q (-6.6% y/y). CoreLogic's report attributed the gains in equity to rising consumer confidence, which reportedly hit its highest level since the outset of the pandemic in June 2021. According to mortgage holders surveyed by CoreLogic, 59% are confident they can keep up on their mortgage payments in the coming years. Based on 2Q:21 data, CoreLogic concluded if home prices increase by 5%, 160,000 homeowners would regain equity; however, if home prices decline by 5%, 211,000 would fall into negative equity.

### Fannie Mae cuts origination forecast for 2022 *(HousingWire)*
**Summary:** According to HousingWire, limited inventory, supply chain disruptions, and inflation concerns have led Fannie Mae (FNMA) to lower their mortgage originations forecasts for the remainder of this year and into 2022. The GSE was previously forecasting $4.36T in mortgage origination volume for 2021 in August but lowered this estimate to $4.33T; further, it lowered its 2022 forecast by $55B to $3.25T. HousingWire noted FNMA's projections have fluctuated throughout the year, highlighting its GDP growth rate of 5.3% at the beginning of the year that rose to 7.0% in July and fell to 6.3% in August. Additionally, HousingWire indicated FNMA is projecting CPI will remain above 5% through 2Q:22. Reportedly, FNMA forecasts purchase originations will increase +6.3% y/y in 2022, while refinance's share of total origination volume is expected to decline from 58% to 40%.

### 59% of Home Offers Written by Redfin Agents Faced Bidding Wars in August—the Lowest Level Since 2020 *(Redfin)*
**Summary:** Data from Redfin surrounding housing market bidding wars (defined as when a Redfin agent enters an offer on a home and faces at least one competing offer) indicated the market may be entering its seasonal slowdown. According to its data, 58.8% of the home offers written by Redfin agents faced competition in August, down from a revised rate of 62.1% in July and a pandemic high of 74.3% in April; August's 58.8% print is also slightly below August 2020's 59.4% rate. Redfin's economists attribute the market's cooling to improving home buying conditions; home prices are stabilizing amid rising inventory levels, fewer homes are selling above list price, and homes are staying on the market longer. Of the 48 metro areas tracked by Redfin, Raleigh, NC had the highest bidding-war rate at 86.7% in August, followed by San Francisco (70.7%); Tucson, AZ (70.5%); Cincinnati, OH (70.4%); and Salt Lake City, UT (68.1%).

### Demand for Second Homes Fell 19% Year Over Year in August *(Redfin)*



**Summary:** According to Redfin, demand for second homes fell -19.3% y/y in August while the demand for primary homes fell -1% y/y; this marked the third sequential month of declines for second home demand and the second for primary home demand. These figures are based on Redfin's analysis of mortgage-rate lock data from Optimal Blue. Redfin noted the further decline in demand for second homes when compared to primary is in part due to the outsized increase in demand for second homes last year; second home demand reached as high as +172% y/y in April 2020. Demand for second homes remains above pre-pandemic levels and Redfin economists believe it will likely remain elevated due to permanent changes in remote work. According to the National Association of Realtors, vacations homes represented 6.7% of existing-home sales in the fourth quarter of 2021 vs. 5% in 2019.

**No end in sight for Compass's expansion into title** *(HousingWire)*
**Summary:** Compass (NYSE:COMP) announced it had signed an agreement to acquire Denver area title insurance company First Alliance Title LLC, marking its fourth title insurance acquisition in 2021 and the second in September alone; HousingWire notes the transaction is expected to close before year-end but financial details of the transaction were not being disclosed. With this acquisition, Compass's title and escrow services are now available in California, Colorado, Florida, Washington, Maryland, Virginia, D.C., and Texas. Compass's entrance into title and escrow began last October with its acquisition of Seattle-based title and escrow software business, Modus, followed by the D.C.-based KVS Title a few months after. A couple of weeks ago, Compass announced it had agreed to acquire Dallas-based LegacyTexas Title. These expansions of its title and escrow business build on its goal of offering every part of the real estate transaction including mortgage, concierge, bridge loans, in addition to title and escrow; the company announced in August it was launching a mortgage joint venture with Guaranteed Rate under the name Origin Point.

**Builder Confidence Steadies as Material and Labor Challenges Persist** *(NAHB)*
**Summary:** Homebuilder confidence, measured by NAHB's HMI, ticked up 1 point in September to end three sequential months of declines; the group cited lower lumber prices and strong housing demand as drivers of the increase in sentiment, but homebuilders are still facing building material supply chain and labor-related headwinds. The NAHB expects housing affordability will be a primary demand-side challenge in the coming quarters given the robust home price growth and rising construction costs over the past year.

**Opendoor Expands to D.C., Cleveland & Columbus Areas** *(Opendoor)*
**Summary:** Opendoor announced it was expanding its services to Washington, D.C. in addition to Columbus and Cleveland, OH. Homeowners in the area can now sell their homes to Opendoor by receiving a hassle-free offer in minutes. With these additional markets, Opendoor is now participating in 44 markets across the U.S. and remains the largest iBuyer by sales volume.

**Housing Market Update: Despite Declining New Listings, Pending Sales Still Up 6% From 2020** *(Redfin)*
**Summary:** For the four weeks ending September 5, Redfin reported the median U.S. home sale price increased +14% y/y to $358,250 while asking prices on newly listed homes increased +10% y/y to a median of $353,500, which was down -2% from its 2021 peak. Pending home sales were up +6% y/y, but pending sales were down -9% from the 2021 peak in the four weeks ending May 30. New listings were down -7% y/y in the four weeks ending September 5 and are in a seasonal decline; new listings were down -16% from their 2021 peak during the four weeks ending June 27. Active listings (available inventory) fell -23% y/y but have risen +14% from 2021's low during the four weeks ending March 7; active listings were down -3% from their 2021 peak in the four weeks ending August 8. During the four weeks ending September 5, 47% of homes went under contract within two weeks, according to Redfin, and 34% of homes went under contract within one week, each down -9% from 2021's peak during the four weeks ending March 28. Homes that sold during the period were on the market for a median of 19 days, which is up from the all-time low of 15 that had persisted in late June and July but was down from 33 days during this period in 2020. 50% of homes sold above their list price and has been falling since it peaked at 55% in the four weeks ending July 11, while the average sale-to-list price ratio decreased to 101.4% (up +2.1% y/y), meaning the average home sold 1.4% above its list price. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index was up +19% y/y in the week ending September 5 but dipped from the previous week. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending September 5 rose to 4.9%, 0.8% above 2020 levels, and the highest level since the four weeks ending October 13, 2019.

**iBuyers Are Helping People Move in Record Numbers** *(Zillow)*
**Summary:** According to a recent report by Zillow, iBuyers are positioned to sell a record number of homes in 3Q after setting an all-time high for home purchases in 2Q. Zillow's analysis considers the



purchases and sales of the four largest iBuyers (Opendoor, Zillow, Offerpad, and Redfin) across 33 markets since 2018. iBuyers provide customers with an instant cash offer and remove some of the pain points associated with traditionally selling a home; they are home buying and selling services that buy off-market homes at market rate and quickly list them for resale after making minor repairs and updates. Zillow's analysis found 83.6% of homes sold to one of the four largest iBuyers had not been listed previously, which adds liquidity to the market. Further, it indicated homeowners sold >15,000 homes to iBuyers in 2Q for a gross transaction value of ~$5.3B, which is up from 7,000 homes / $2.1B in GTV in 1Q and eclipses the previous quarterly high of ~10,400 homes / $2.8B GTV in 3Q:19; market share for iBuyers reached 1% of all U.S. homes sales in 2Q for the first time.  Zillow believes the elevated levels of homes sold to iBuyers last quarter will result in comparable increases in the number of homes listed and sold by iBuyers; the analysis found iBuyers typically held a home for 64 days in 2Q (including prep / renovations, time spent on the market, and time to close). The metro areas with the most home sales to iBuyers in 2Q were Atlanta, Phoenix, and Dallas with iBuyers retaining 5% or greater market share in Phoenix, Charlotte, and Atlanta. In 23 of the 33 largest markets, the median purchase price for iBuyers was within 10% of the local market's overall median price, and the overall median purchase price for iBuyers was 3.6% above the national median sale price, likely due to iBuyers operating in larger and more expensive markets. Reportedly, the overall median sale price grew +9.1% q/q in 2Q for iBuyers, and homes sold to iBuyers typically sold for 9.6% above the purchase price.

### [iBuyer Offerpad goes public at $2.7B valuation](#) *(HousingWire)*
**Summary:** Last week, iBuyer Offerpad (NYSE: OPAD) became a publicly traded business following the de-SPAC from Supernova Partners Acquisition Company (which was led by Zillow's former CEO Spencer Rascoff). HousingWire notes Rascoff left Zillow in 2019 due in part to "criticism he didn't bring the home listing giant into iBuying at a rapid enough pace"; today, the largest share of Zillow's revenue and expenses are from iBuying / Zillow Offers. Offerpad had partnered with Zillow (under Rascoff's leadership) in 2017 to pilot its Instant Offers program in Las Vegas and Orlando, but Offerpad reportedly ended the partnership in 2018 when Zillow announced it would begin buying and selling homes. According to HousingWire, Offerpad's SPAC generated ~$284mm that it will "invest in technology and product development, to pay transaction expenses and for other general corporate purposes including the repayment of indebtedness." Offerpad was the only iBuyer to post positive net income in 2Q (~$9.2mm), but CEO Brain Bair indicated it would likely lose money for the next two quarters due to increased marketing costs and ramping engineering and product teams.

### [iBuyer Profits At Risk With Falling Home Price Appreciation](#) *(Mike DelPrete)*
**Summary:** A recent analysis by Mike DelPrete suggests slowing home price appreciation (HPA) could threaten iBuying profitability. He noted U.S. iBuyers are closer than ever before to reaching profitability with Offerpad posting positive net income in 2Q, and if stock-based compensation is excluded, Opendoor did as well. HPA is a component of iBuyers gross profit and is represented by the spread between the purchase and resale price of a home. Mr. DelPrete's analysis found HPA has become a growing part of Opendoor's gross profit margin, rising from ~50% in 2019 to ~70% of its gross profit margin in 2Q:21. Further, HPA is slowing with his analysis concluding median iBuyer HPA has fallen -50% since May in Phoenix while Opendoor's has fallen -75% from 10.7% in May to 2.7% in August. Opendoor's gross margin has increased +700bps from 6.4% in 2019 to 13.4% in 2Q:21, but ~84% of that expansion was due to HPA as it increased from 3% in 2019 to 9.2% in 2Q:21. If HPA continues to cool, Mr. DelPrete indicated iBuying profit margins may experience adverse effects.

### [Borrowers withdrew $63B in equity in Q2](#) *(HousingWire)*
**Summary:** According to the latest Black Knight numbers, as reported by HousingWire, homeowners withdrew $63B in equity in 2Q:21, which was the most in a single quarter in ~15 years, reportedly. HousingWire notes robust home price growth has resulted in $9T in untapped equity (+37% y/y). Reportedly, the robust HPA has led to the average homeowner having the ability to refinance their mortgage, withdraw $173,000, and still retain 20% equity in their home; the amount of untapped equity for the average homeowner increased by +$20,000 from 1Q. Mortgage originations were down -5% q/q in 2Q but was the fourth sequential quarter to post more than $1T in total lending; more than 2.2mm consumers refinanced their homes in 1Q and the preceding four quarters. Forbearance also fell in August with 3.3% of mortgage holders in forbearance (vs. 5.9% in July).

### [Welcoming Skylight & Pro.com to the Opendoor family](#) *(Opendoor)*
**Summary:** This week, Opendoor announced in a blog post it was acquiring two home renovation-based startups, Pro.com and Skylight. Skylight is San Francisco-based and is led by co-founders Jasper Malcolmson and Fiona Lake Waslander; it has been focused on making the complex, costly, and offline process of home upgrades more seamless and digital. Pro.com is Seattle-based (potentially giving Opendoor a presence in this market for the first time) and was founded in 2013 by Matt Williams and



Raji Subramanian as a tech-enabled general contracting platform to streamline the home renovation process. Reportedly, it was initially launched as a home improvement marketplace to book contractors but eventually pivoted to being a contractor itself with in-house personnel. The terms of the deals were not disclosed, but both platforms will be "sunsetted" and the technology / talent will reportedly be added to Opendoor's existing offerings / teams. These acquisitions will likely serve to expedite renovations for homes Opendoor purchases and potentially yield some cost savings, which would help bolster the unit economics of its business.

### RedfinNow Launches in Atlanta and Nashville Metro Areas *(Redfin)*
**Summary:** Redfin has announced it is expanding its iBuying business (RedfinNow) to the Atlanta and Nashville metro areas, which marks the 9th market it has expanded to this year; RedfinNow services are now available in 27 markets and 13 states + D.C. RedfinNow will initially be making offers on single-family homes and townhomes built after 1960 in select neighborhoods In Dekalb and Gwinnett counties for Atlanta; it will make offers on homes in Davidson, Rutherford, and Williamson counties for Nashville. The company noted it plans to expand to additional neighborhoods and property types in the regions over time.

### Housing Market Update: Median Home Price Up 16% from 2020 *(Redfin)*
**Summary:** For the four weeks ending August 22, Redfin reported the median U.S. home sale price increased +16% y/y to $361,225 while asking prices on newly listed homes increased +10% y/y to a median of $351,730, which was down -2.7% from its 2021 peak. Pending home sales were up +10% y/y, but pending sales were down -6% from the 2021 peak in the four weeks ending May 30. New listings were up +1% y/y in the four weeks ending August 22 but are in a seasonal decline and were down -9% from their 2021 peak during the four weeks ending June 27. Active listings (available inventory) fell -23% y/y (the smallest decline since the four weeks ending September 20, 2020) but have risen +16% from 2021's low during the four weeks ending March 7. During the four weeks ending August 22, 49% of homes went under contract within two weeks, according to Redfin, and 35% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 18 days, which is up from the all-time low of 15 that had persisted for the past few months but was down from 34 days during this period in 2020. 52% of homes sold above their list price, while the average sale-to-list price ratio decreased to 101.6% (up +2.5% y/y), meaning the average home sold 1.6% above its list price. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index was up +20% y/y in the week ending August 22 and reached its highest point since the week ending April 11. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending August 22 rose to 5.1%, 1.5% above 2020 levels, and the highest level since the four weeks ending October 13, 2019.

### Rent Prices Soar Beyond Pre-Pandemic Projections *(Zillow)*
**Summary:** According to Zillow's latest report, the national rent price rose +9.2% y/y to $1,843; Zillow estimates rents are $52 higher than they would have been if the trailing 18 months had been more normal. In nine major metros across the Sun Belt, rents are at least +10% higher than would have been forecasted based on pre-pandemic trends with Tampa leading the group at +15.6% higher. The top 14 metros for annual rent growth in July were scattered across the Sun Belt, led by Phoenix (+23.1% y/y), Las Vegas (+22.7%), Tampa (+21.4%), and Riverside (+19.9%); Zillow noted all majors metros witnessed positive y/y growth with New York, San Francisco, and San Jose returning to growth. Further, inventory rose +4.5% m/m in July, according to Zillow's data, marking the third sequential month of inventory improvement; the company noted m/m inventory improvements occurred in all but three of the 50 largest metros; supply still remained down -28% y/y in July. Reportedly, home prices rose +2.0% m/m / +16.7% y/y to $298,933 in July, each setting monthly and annual growth records; Austin, TX had the highest y/y growth (+41.5%) while New Orleans had the lowest (+11.6%). Zillow forecasts the robust price growth witnessed over the past year may be coming to an end as 22 / 50 of the nation's largest metros had slower m/m growth in July and the share of listings with price decreases reached 10.4% (up from 8.7% in June).

### Mortgage profits drop in second quarter on lower volume *(HousingWire)*
**Summary:** According to a report from the Mortgage Bankers Association (MBA), net gains on each loan originated declined to $2,023 in 2Q (from $3,361 in 1Q) for independent mortgage banks (IMBs) and mortgage subsidiaries of chartered banks. Data from 361 participating companies indicated the average pre-tax production profit was 73bps in 2Q (down -167bps y/y and compares to 124bps in 1Q); further, the report found each company averaged 4,615 loans (from 4,879 in 1Q) with a total production volume of $1.35B per company (down from $1.44B in 1Q). Reportedly, net production profits were the lowest they had been since 1Q:19 but were still above the historical average. According to the report, total mortgage production revenue dipped to 375bps in 2Q (from 408bps in 1Q) with production revenue



Earnings Preview
**October 21, 2021**

per loan declining to $10,691 (from $11,325 in 1Q), which reportedly marked the third consecutive quarter of declines. The purchase share of total originations grew to 57% in 2Q from 39% in 1Q. Per-loan production expenses also increased for the fourth sequential quarter in 2Q and are now ~$8,668 per loan while personnel costs also rose to an average of $5,911 per loan (up from $5,523 in 1Q).

**Forbearance numbers dip slightly as exits slow** *(HousingWire)*
**Summary:** According to a report from HousingWire (citing a MBA report), the number of loans in forbearance declined -1bps to 3.25% as of August 15; HousingWire noted the drop was more subtle than in previous weeks but continued on a downward trend across most categories. Reportedly, Fannie Mae and Freddie Mac loans fell -3bps to 1.66% while Ginnie Mae also fell -3bps to 3.92%. Portfolio loans and private-label securities (PLS), which now reportedly account for ~50% of all depository servicer loans in forbearance, increased +10bps to 7.15%. The MBA estimates there are ~1.6mm borrowers currently in forbearance with 10% being in the initial stage, 82.3% in an extension, and 7.7% in a re-entry. According to the MBA, 28.3% of the borrowers who exited forbearance from June 1, 2020 through August 15, 2021 opted for a loan deferral / partial claim and 22.6% maintained monthly payments during their forbearance period; 16.1% who exited forbearance during this period did not maintain their monthly payment and exited without a loss mitigation plan in place.

**Homebuyer Bidding-War Rate Drops to Lowest Level Since January** *(Redfin)*
**Summary:** Data from Redfin surrounding housing market bidding wars (defined as when a Redfin agent enters an offer on a home and faces at least one competing offer) indicated the market may be cooling. According to its data, 60.1% of the home offers written by Redfin agents faced competition in July, down from a revised rate of 66.5% in June and a pandemic high of 74.1% in April; however, July's 60.1% print is still above July 2020's 57.9% rate due to elevated levels of demand for homeownership. Redfin's economists attribute some of the market's cooling to improving homebuying conditions; home prices are stabilizing amid rising inventory levels, which gives buyers more options and yields less competition. Of the 47 metro areas tracked by Redfin, Fort Collins, CO had the highest bidding-war rate at 77.3% in July, followed by Orlando, FL (77.0%); Nashville, TN (74.6%); Honolulu, HI (74.1%); and Colorado Springs, CO (73.2%).

**Zillow July 2021-July 2022 Home Value and Sales Forecast** *(Zillow)*
**Summary:** Zillow updated its 2021 housing market forecast in July. The company expects home values will continue to accelerate through the end of 2021 before moderating through summer 2022; it expects home sales will surpass 2020's levels but noted slowing household formation may gatekeep potential sales growth. Zillow now expects home values to increase +5.2% in the next three months from July-October, by +8.1% from July to December, and by +12.1% through the next twelve months ending July 2022. The three-month forecast marks a downward revision from the prior June-September estimate of +6.3% growth, while the NTM forecast was revised downward from June's +13.3% expectation. Zillow expects year-end home values in 2021 to rise +20.3% y/y from 2020's levels, consistent with last month's forecast. With regard to home sales, Zillow now expects home sales to rise +4.3% y/y in 2021 to reach 5.89mm, which marks a downward revision from its +6.6% y/y growth to 6.02mm estimate issued in June due to declining pending home sales volumes and slower than expected household formation.

**FHFA proposes ambitious housing goals for GSEs** *(HousingWire)*
**Summary:** According to a report by HousingWire, the Federal Housing Finance Agency (FHFA) proposed new goals for Freddie Mac and Fannie Mae last week aimed to increase minority homeownership. For 2022 through 2024, the FHFA is reportedly proposing two new single-family home purchase subgoals to replace existing ones; one subgoal targets low-income neighborhoods while the other targets minority communities. HousingWire noted a mortgage qualifies under the new minority census tract subgoal if the borrower's income is below the area medians, the property is in a census tract where the median income is below the AMI, and minorities make up at least 30% of the population. According to HousingWire, the percentage of mortgages purchased by Fannie or Freddie in the category must exceed the figure set by the FHFA, which is determined by HMDA data, to meet a single-family housing goal or subgoal. The 2018-2021 benchmark for single-family housing goals has a low-income home purchase goal of 24%, which would increase to 28%; the very low-income home purchase goal would increase to 7% (from 6%). Additionally, the subgoal for minority census tract home purchases would be 10% and low-income census tract home purchases at 4%; the low-income refinance goal would increase to 26% from 21%, according to HousingWire.

**Mortgage AI firm Candor announces $12.5M in funding** *(HousingWire)*
**Summary:** According to HousingWire, Candor, a mortgage artificial intelligence (AI) firm, announced a $12.5mm funding round led by Arthur Ventures. The company debuted around a year ago when lenders



were severely understaffed and sought to automate the industry through AI while boosting underwriter productivity; reportedly, Candor already automates underwriting for 40 lenders just months after launching including some well-known participants such as American Pacific Mortgage, American Financial Network, American Financing, Alcova, FBC Mortgage, and Homestar. The company has reportedly developed capabilities for self-employed borrowers and plans to launch FHA and VA offerings as well; further, Candor expects to develop automated appraisals in 1Q:22 and is looking to automate title insurance processes as well. At the center of Candor's automated, productivity-boosting value proposition for lenders is its technology infrastructure; HousingWire notes it consists of 37,741 ever-expanding decision steps that each represent a narrowly defined problem, allowing the system to form decisions paths and eventually a solution. The company is headed by CEO and founder Thomas Showalter, who previously managed tech at NASA's Ames Research Facility before pivoting to the mortgage industry.

### Demand for Vacation Homes Fell for Second Consecutive Month in July *(Redfin)*

**Summary:** According to Redfin, demand for second homes fell -21% y/y in July and marked the second month of sequential decline following 13 months of robust activity in second-home purchases. Redfin noted demand for primary home purchases fell -4% y/y in July and was the first time since April 2020 the growth rate for second-home demand slipped below demand for primary homes. Redfin's economists believe this is a function of rising home prices causing some prospective second-home purchasers to reconsider their plans, but they note the demand for second homes is still well above pre-pandemic levels.

### Divvy Homes hits $2 billion valuation after latest funding round *(HousingWire)*

**Summary:** According to a report by HousingWire, Divvy Homes (a prop-tech startup that buys homes for renters and guides them to eventual ownership) announced a new funding round that approximately quadrupled its valuation to ~$2B; Divvy's CEO Adena Hefets informed Bloomberg the latest round, which was co-led by Tiger Global Management and Caffeinated Capital, raised ~$200mm in equity, HousingWire reported. Divvy's business model is to improve homeownership rates by purchasing homes on behalf of renters, then rent them back to the participating parties for up to three years while they build equity, credit, and savings. Reportedly, ~25% of each monthly payment goes toward saving for the down payment, and consumers can build 10% of the home's value over the three-year lease, but the property can be purchased at any time. According to HousingWire, ~25,000 real estate agents work with Divvy, nearly 3x the number that did so one year ago. HousingWire also noted Landis Technologies, a company backed by Will Smith and Jay-Z with a similar approach to homeownership, raised $165mm in debt and equity last month, showcasing what it believes is gaining traction for this business model / idea.

### Opendoor Announces Second Quarter 2021 Financial Results *(Opendoor)*

**Summary:** Opendoor Technologies (NASDAQ: OPEN), one of the largest scaled iBuyers, reported 2Q revenue of $1.2B (+59% q/q vs. consensus of $1.1B) in 2Q through the sale of 3,481 homes (+41% q/q). Gross profit of $159mm (+64% q/q) represented a 13.4% margin in 2Q (+40bps q/q) and contribution profit of $128mm (+68% q/q) represented a 10.8% margin (+60bps q/q). The company posted adj, EBITDA of $26mm, which marked a +$28mm q/q improvement and a 2.2% margin; net loss also improved to -$144mm in 2Q from -$270mm in 1Q. During the quarter, Opendoor expanded to 39 markets including 12 new market launches. Additionally, the company purchased 8,494 homes (+136% q/q) in 2Q, grew inventory on its balance sheet +224% q/q to $2.7B (7,971 homes), and ended the quarter with contracts to acquire 8,158 homes (representing $3.0B in transaction value). Management provided guidance for 3Q and expects revenue to be between $1.8-$1.9B (+56% q/q /+444% y/y at the midpoint and compared to prior consensus of $1.6B) while adj. EBITDA is expected to be in the range of $15-$25mm (vs. prior consensus of -$15mm).

### eXp World Holdings Reports Record Second Quarter 2021 Revenue of $1 Billion and Declares First Cash Dividend *(eXp)*

**Summary:** According to its press release, eXp World Holdings (NASDAQ: EXPI) saw revenue grow +183% y/y in 2Q to a record high of $1B (vs. consensus of $729mm), which was reportedly attributable to agent growth of +87% y/y while agent count reached 58,263. These agents closed a total of 115,431 transaction sides in 2Q (+164% y/y), while gross transaction volume (GTV) increased +210% y/y to $40.1B (representing a ~3.2% market share). The company posted gross profit of $79.9mm (~8% margin), net income of $37mm (~4% margin), and adj. EBITDA of $27.0mm (~3% margin), which compared to consensus of $60.1mm, $15.1mm, and $24.2mm, respectively. eXp also declared its first-ever cash dividend for 3Q of $0.04 per share that is expected to be paid on 8/30/21 to shareholders of record on 8/16/21.



Earnings Preview
**October 21, 2021**

**[Compass Reports Second Quarter 2021 Results](#)** *(Compass)*
**Summary:** According to the company's press release, Compass (NYSE: COMP) posted a record-high 2Q revenue of $1.95B (+186% y/y vs. consensus of $1.57B) as the average number of principal agents grew +25% y/y to 10,629. Its agents closed a record of 65.7k transactions (+140% y/y), while gross transaction value (GTV) rose +196% y/y to $77.0B; the company's market share nearly doubled y/y to 6.2%. Compass also posted a record-high adj. EBITDA of $71mm in 2Q (~3.7% margin) vs. consensus of -$0.1mm. Further, the company now expects to post adj. EBITDA profitability in FY:22, one year earlier than previously anticipated. Management provided 3Q revenue guidance of $1.65-$1.75B vs. Street expectations for $1.47B in addition to adj. EBITDA guidance for -$20mm to $0mm vs. consensus of -$85mm. FY:21 revenue is now expected in the range of $6.15B and $6.35B (vs. prior guidance for $5.35B to $5.55B) and adj. EBITDA is expected to be between -$85mm and -$45mm (vs. prior guidance for -$245mm to -$225mm).

**[Keller Williams Reports Q2 '21 Results](#)** *(Keller Williams)*
**Summary:** As of 2Q, Keller Williams had a total of 184,654 agents worldwide with 171,269 in the U.S. and Canada and 13,385 internationally; the company added +4,277 agents q/q in 2Q. The company noted in its press release its agents in the U.S. and Canada closed 367,248 transactions in 2Q (+35% y/y) while GTV increased +70.3% y/y to $145.3B (equivalent to ~11.8% of U.S. market share in 2Q). The agents took in 214,492 new listings (new inventory) and wrote 404,942 contracts (projected closing) with a GTV of $160.9B (+62% y/y) in 2Q. Outside of the U.S. and Canada, its agents closed 15,141 transactions (+149.4% y/y) in 2Q while GTV rose +214.2% y/y to $2.9B. The agents took in 28,238 new listings and wrote 17,281 contracts with a GTV of $2.5B (+193.7% y/y) in 2Q. Management noted Command, its smart CRM-plus solution launched in 1Q:19, hit 104.k MAUs (+11% y/y) while Campaigns App of Command, a smart ad campaign creation tool, generated 418.6k leads across Facebook and Instagram.

**[Realogy Reports Second Quarter 2021 Financial Results](#)** *(Realogy)*
**Summary:** Realogy (NYSE: RLGY), the largest full-service residential real estate services company in the U.S., reported 2Q revenue of $2.3B (+81% y/y) vs. consensus of $2.0B. The franchise group closed 320,463 transactions (+35% y/y) at an average sale price of $430,756, yielding a GTV of $138.0B (~11.2% U.S. market share); the owned brokerage group closed 103,945 transactions (+46% y/y) at an average sale price of $678,978, yielding a GTV of $70.6B (~5.6% market share). As a whole, Realogy's franchise and brokerage groups closed 424,408 transactions at an average sale price of $491,550 for a total GTV of $208.6B, or ~16.9% market share of the U.S. real estate market in 2Q. The company posted operating EBITDA of $310mm (~13.6% margin) vs. consensus of $250mm in addition to net income of $149mm (~6.6% margin) vs. consensus of $112mm.

**[Rocket Homes Combines Every Aspect of Home Buying and Selling into One Simple, Customizable Platform](#)** *(PR Newswire)*
**Summary:** Earlier this week Rocket Homes, a technology-driven real estate service provider and part of Rocket Companies (NYSE: RKT), announced its plans to launch a full-service discount brokerage to "revolutionize the way home buying and selling is done in America by seamlessly integrating the tools, professionals, and innovations needed to win in a red-hot housing market." Reportedly, the company is combining a comprehensive suite of services which includes: credit reporting, home search, the ForSaleByOwner.com process, on-staff real estate agents, a nationwide network of trusted real estate professionals, iBuying services as a backup offer to sellers, in addition to direct connection to Rocket Mortgage (America's largest mortgage lender) and Amrock (a premier closing and settlement services provider). Home sellers will have the option to leverage the ForSaleByOwner.com platform, which provides the user with all the necessary tools to handle the process alone, or they can choose to work with on-staff Rocket Homes Real Estate Agents (centralized in downtown Detroit) that advise the client on list price, facilitate photos, list the home on MLSs, negotiate offers, and handle all paperwork. Through this option, which is expected to be available in 4Q:21, homeowners only pay a 1.5% commission vs. the 3% industry average (or $4,500 in savings on a $300,000 home sale). Sellers also have the option of working with a local agent through Rocket Homes Verified Partner Agent Network, which offers a high-touch, in-person experience. The soon-to-be-released iBuying program will reportedly be facilitated through third-party partner companies and will ensure every customer can receive a guaranteed offer on their home.

**[Housing Market Update: Homebuying Conditions Improve Slightly as Mortgage Rates Decline](#)** *(Redfin)*
**Summary:** For the four weeks ending August 1, Redfin reported the median U.S. home sale price increased +18% y/y to $362,750 while asking prices on newly listed homes increased +12% y/y to a median of $358,475, each down from their respective 2021 peaks. Pending home sales were up +3%



y/y (the smallest increase since the four weeks ending June 28, 2020), but pending sales were down -12% from the 2021 peak in the four weeks ending May 30. New listings down -0.2% y/y in the four weeks ending August 1 but ticked up +1.9% from the four weeks ending July 25. Active listings (available inventory) fell -26% y/y (the smallest decline since the four weeks ending December 27, 2020) but have risen +13% from 2021's low during the four weeks ending March 7.  During the four weeks ending August 1, 49.7% of homes went under contract within two weeks, according to Redfin, and 36% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 16 days, which is up slightly from the all-time low of 15 that had persisted for the past few months but was 20 days less than this period in 2020. 54% of homes sold above their list price, while the average sale-to-list price ratio decreased to 102.1% (up +3.1% y/y), meaning the average home sold 2.1% above its list price. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index was up +8% m/m. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending August 1 rose to 4.7%, continuing to eclipse 2020 levels and nearly reaching parity with 2019 levels (4.9% during this period).

### Inventory Jump Could be Welcome Relief for Home Buyers *(Zillow)*
**Summary:** According to Zillow's most recent Real Estate Market Report, housing inventory improved for the second consecutive month, growing +3.1% m/m in June (following May's +3.9% m/m gain); however, inventory remained down -29.2% y/y. While Zillow's economists believe the incremental inventory improvements could be early signs of stabilization in the housing market, inventory is still down materially on a historic basis, which led to the second consecutive month of record-pace home price appreciation (HPA) due to elevated demand. According to Zillow's data (which goes back to 1996), home prices rose +2% m/m / +15% y/y in June (each representing record-pace growth) with the Zillow Home Value Index (ZHVI) reaching $239,349. Further, Zillow now forecasts home values to increase +13.2% by June 2022 (a downward revision from May's +14.9% by May 2022 forecast) and to end 2021 up +20.3% y/y (up from the prior +17.9% y/y prediction); however, its forecast for 6.02mm home sales in 2021 (+6.6% y/y) was an upward revision to its May forecast of 5.91mm (+4.8% y/y). Additionally, Zillow's Observed Rent Index (ZORI) also rose +1.8% m/m / +7.1% y/y to $1,799 in June as robust rent growth momentum persisted due to a rebound in more pricey urban markets; omitting the weaker market one year ago, rents have reportedly risen +5.8% since March (the largest q/q  rent growth in Zillow's data reaching back to 2015).

### Housing Market Update: Low Mortgage Rates Buoy Prices as Competition Eases *(Redfin)*
**Summary:** For the four weeks ending July 19, Redfin reported the median U.S. home sale price increased +20% y/y to $364,100 (a record high) while asking prices on newly listed homes increased +12% y/y to a median of $360,975. Pending home sales were up +9% y/y (the smallest increase since the four weeks ending June 28, 2020), but pending sales were down -11% from the 2021 peak in the four weeks ending May 30 vs. -4% over the same period in 2019. New listings were up +2% y/y in the four weeks ending July 19 but are in a seasonal decline; new listings were down -8% from the 2021 peak in the four weeks ending May 23 vs. -12% over the same period in 2019. Active listings (available inventory) fell -29% y/y (the smallest decline since the four weeks ending January 17) but have risen +10% from 2021's low during the four weeks ending March 7.  During the four weeks ending July 19, 52% (down -5.0% from 2021's high) of homes went under contract within two weeks, according to Redfin, and 38% (down -5.5% from 2021's high) of homes went under contract within one week. Homes that sold during the period were on the market for a median of 15.2 days, which is up slightly from the all-time low of 15 that had persisted for the past month and was 38 days less than 2020. A record-high of 55% of homes sold above their list price (29% higher than in 2020), while the average sale-to-list price ratio decreased to 102.3% (up +3.5% y/y), meaning the average home sold 2.3% above its list price. Reportedly, the seasonally-adjusted Redfin Homebuyer Demand Index rebounded dipped slightly in week ending July 18 but was up +16% y/y. Additionally, the share of listed homes that witnessed price cuts during the four weeks ending July 19 rose to 4.3%, continuing to eclipse 2020 levels and nearly reaching parity with 2019 levels (4.7% during this period).

### Lumber Products Now Add Nearly $30K to the Price of a New Home *(NAHB)*
**Summary:** According to the National Association of Homebuilders (NAHB) latest estimates, which tracks Random Lengths Framing Lumber Composite prices, changes in softwood lumber products between April 17, 2020, and July 8, 2021, have added $29,833 to the price of an average new single-family home and $9,990 to the market value of an average new multifamily home (or in other translations, households are now paying $92 a month more to rent a new apartment). While the latest home price increase estimates are down approximately -17% from the prior estimates of $35,872 three months ago, the estimates are still high relative to recent declines in framing lumber prices; however, the NAHB notes prices are still nearly 2x what they were in April 2020 in addition to framing lumber only being one component of its estimates. NAHB's price increase estimates also include plywood, oriented



strand board (OSB), particleboard, fiberboard, shakes, and shingles.  Estimates from Home Innovation Research Labs indicate the average single-family home uses over 2,200 sq. ft. of softwood plywood and more than 6,800 sq. ft. of OSB, both of which have not witnessed the same price declines as framing lumber as prices of softwood plywood and OSB up more than +200% and +500%, respectively, since April 2020. As of April 17, 2020, the total costs for all softwood lumber products going into a newly-built single-family home were $16,927. As of July 8, the costs had risen to $42,882 (a +153% increase in just 15 months), as reported by Random Lengths, and NAHB estimates final home prices will rise nearly +15% above the builder's costs.

**[Investor home purchases hit record, surpassing pre-pandemic levels](#)** *(Redfin)*
**Summary:** According to Redfin's data, real estate investors, defined as any institution or business that purchases residential real estate, purchased 67,943 U.S. homes in 2Q, marking this metrics highest quarterly print on record (for Redfin's data that goes back to 2000), a +15.1% q/q increase, and a +106.7% y/y increase (many investors reportedly stepped away from the market in 2Q:20 due to uncertainty stemming from COVID-19). On an absolute dollar basis, investors purchased $48.5B in 2Q, up from $38.9B in 1Q and $20.9B in 2Q:20, with an average cost per home of $439,600 (+23.7% y/y). Redfin noted investor market share of 15.9% nearly reached parity with pre-pandemic levels of 16.1% in 1Q:20 (which represents the current record-high); notably, ~74% of investor home purchases were reportedly financed with all cash (the highest level since 2018). While investors typically purchase multi-family complexes, market share of investors within this segment declined to 26.5% in 2Q (down from 33.3% in 2Q:19); single-family and condo market share increases to 16.1% and 15.1% in 2Q, respectively (up from 9.4% and 12.4% in 2Q:20, respectively). Additionally, Redfin reported low-priced homes continued to be preferred by investors in 2Q; 21.2% of low-priced U.S. homes were purchased by investors vs. 13.8% and 13.5% of mid- and high-priced homes, respectively. Low-priced means a home's sale price was in the bottom tercile of local sale prices, while mid-priced means it was in the middle tercile and high-priced means it was in the top tercile, according to Redfin.

**[Homebuyer Competition Eases in June as More Homes Hit the Market](#)** *(Redfin)*
**Summary:** Data from Redfin surrounding housing market bidding wars (defined as when a Redfin agent enters an offer on a home and faces at least one competing offer) indicated the market may be cooling. According to its data, 65.0% of the home offers written by Redfin agents faced competition, down from a revised rate of 72.1% in May and a pandemic high of 74.1% in April; however, June's 65.0% print is still materially above June 2020's 56.8% rate due to elevated levels of demand for homeownership. Redfin's economists attribute some of the market's cooling to buyer fatigue as many may be phasing out of the market after losing numerous bidding wars and / or being priced out. Its economists also note new listings being up +4% y/y and providing more optionality for buyers is likely a factor in addition to traditional seasonality coming into play for the summer months. Of the 52 metro areas tracked by Redfin, Sarasota, FL has the highest bidding-war rate at 87.0%, followed by Charleston, SC (82.9%); Reno, NV (80.0%); Charlotte, NC (78.9%); and Kansas City, MO (78.6%).

**[Share of Homes Bought With All Cash Hits 30% for First Time Since 2014](#)** *(Redfin)*
**Summary:** According to a recent report from Redfin, 30% of U.S. home purchases thus far in 2021 have been paid for in all cash (up from 25.8% throughout the entirety of 2020) and is the largest share since 2014 (30.6%), putting the market on pace to meaningfully surpass the highest levels in Redfin's analysis (34.1% in both 2012 and 2013) if current trends persist; Redfin's analysis utilized county records published from January 2001 to April 2021. Redfin believes this is in part due to affluent Americans taking advantage of stock market gains in addition to homeowners in expensive cities (like San Francisco and New York) selling their homes and moving to less expensive areas due to increased remote work availability. Redfin also noted residential real estate investors, who often pay in cash, are returning to the market after an initial pause at the outset of the pandemic; Redfin reported U.S. home purchases by investors rose +2.7% y/y in 1Q, marking the first quarter of growth since the pandemic. Of the 86 metro areas tracked in Redfin's analysis, West Palm Beach, FL had the highest share of homes purchased in all-cash at 52.6%, followed by Naples, FL (52.5%); Nassau County, NY (50.2%); North Port, FL (49.4%); Port St. Lucie, FL (46.2%); Greenville, SC (45.4%); Palm Bay, FL (44.1%); Cape Coral, FL (44.1%); Des Moines, IA (41.0%); and Jacksonville, FL (40.1%)

**[Homebuyers Are Turning Back to Condos After Pandemic-Driven Slump](#)** *(Redfin)*
**Summary:** According to a report by Redfin, the average U.S. condo sold above its list price in June for just the second time since at least 2012 (when Redfin began tracking the data) with the first being in May. Redfin's data indicated the average condo sold for 0.7% above the asking price in June (up from 0.4% in May); the typical condo sold for $304,000 (+20.3% y/y and represented an all-time high) in June, meaning it was listed for $301,872. While y/y comparability is skewed due to depressed levels of housing market activity in June 2020, Redfin estimates ~42% of condos sold above asking price in



June, nearly double the 18.6% and 20.2% prints in June 2020 and 2019, respectively; additionally, the typical condo went under contract in 22 days, reportedly, down from 43 and 36 days in 2020 and 2019, respectively. Redfin noted condo inventory fell -18% y/y, while new listings were up +7.6% y/y, a dynamic it believes indicates demand is high.

**eXp and Kind plan mortgage JV by October** *(HousingWire)*
**Summary:** According to a report from HousingWire, eXp World Holdings announced a mortgage joint venture, dubbed Success Lending, with Kind Lending less than 48 hours after Compass and Guaranteed Rate announced a mortgage joint venture, OriginPoint. Reportedly, a president for Success will be named in the coming weeks with a targeted launch in October with headquarters in Santa Ana, California. Kind Lending was founded in April 2020 with a focus on wholesale lending but has since started a retail channel, and it posted ~$4B in overall origination in the first 12 months as a company, according to HousingWire. For eXp, the venture represents steps toward building its own mortgage business in addition to its successful virtual brokerage, a strategy being pursued by many of the nation's largest brokerages (such as HomeServices of America, Realogy, and Compass). HousingWire noted both companies have acknowledged the largest hurdle for the joint venture's success largely remains hiring loan officers; due to persistently low mortgage rates and moderately improving housing inventory, many loan officers likely have a full pipeline of clients and may prove reluctant to leave their current shops, HousingWire reported.

**Compass is Guaranteed Rate's latest dance partner** *(HousingWire)*
**Summary:** According to HousingWire, Guaranteed Rate (a Chicago-based mortgage lender) and Compass (New York-based residential real estate brokerage) have entered into a definitive agreement to form a joint venture origination company, OriginPoint. A leader has not been appointed, nor was a headquarter location announced, but HousingWire noted OriginPoint has a Chicago address and is actively looking for loan officers, according to its website. Compass is a publicly-traded company (NYSE: COMP) and indicated a joint venture was on the horizon during its last earnings call, which was its first as a public company; Guaranteed Rate, while not publicly traded, reportedly posted $73.9B in total 2020 mortgage originations, according to HousingWire. Guaranteed Rate previously made a joint venture, among others, with Compass's rival Realogy in 2017 under the name Guaranteed Rate Affinity, which reportedly posted $13.4B in mortgage origination and $126mm in equity earnings in 2020, HousingWire noted.

**Redfin Launches in Mississippi and Expands in Florida, Now Serves More Than 100 Markets** *(Redfin)*
**Summary:** Redfin announced it has launched its services in Gainesville, Pensacola, and Tallahassee, Florida in addition to Jackson, Mississippi with Mississippi representing Redfin's 44th state. With this expansion, the company offers its services in over 100 markets across the U.S. and Canada in which consumers can buy /sell homes with local Redfin agents and use its website / mobile app to search for homes for sale, book on-demand home tours, and track their homes value with the Redfin Estimate. The company noted Redfin Refund, which saves buyers ~$1,750 on average by returning a portion of the commissions paid, is not available in Mississippi due to state law.

**RentPath Appoints Jon Ziglar as CEO** *(Redfin)*
**Summary:** RentPath, acquired by Redfin in April 2021, announced the appointment of Jon Ziglar as CEO effective August 16. Ziglar comes to RentPath from his position as CEO and board director of ParkMobile, which grew its customer base over 800% during his tenure, reportedly. As CEO of RentPath, Ziglar will work to deliver more value to property managers and consumers,  and he has a strong foundation to build upon; leads per property are up +54% thus far in 2021 with customers averaging 20 monthly tour requests and 20 online applications, each an all-time high. Working with RentPath's technology and product teams, Ziglar will serve to expand the company's product offerings to ensure RentPath remains the most cost-effective way for rental property owners to connect with serious tenants, fill occupancies, and manage properties. Prior to ParkMobile, Ziglar held executive roles at Ceridian, Elavon, and Raymond James, reportedly; he is currently on the board of advisors at Roadie Inc., and has previously served as a director on numerous corporate boards, including Payscape, Dayforce and Twitpay. Ziglar holds a law degree from Emory University and received his bachelor's degree in politics and economics from Princeton University.

**Housing market update: new listings of homes for sale surpass 2019 levels** *(Redfin)*
**Summary:** For the 4-week period ending July 4, Redfin reported the median U.S. home sale price increased +22% y/y to $364,430 (a record high) while asking prices on newly listed homes increased +12% y/y to a median of $359,500 (down -1.1% from the four-week period ending June 27). Pending home sales were up +17% y/y (the smallest increase since the four-week period ending July 19, 2020),



new listings were up +4% y/y (the first time this year new listings have surpassed 2019's levels), and active listings (available inventory) fell -32% y/y (the smallest decline since the four-week period ending February 7). During the four weeks ending July 4, 54% of homes went under contract within two weeks, according to Redfin, and 40% of homes went under contract within one week. Homes that sold during the period were on the market for a median of 15 days, which is an all-time low that has persisted for the past four weeks and was 39 days less than 2020. A record-high of 55% of homes sold above their list price (27% higher than in 2020), while the average sale-to-list price ratio increased to 102.4% (up +3.7% y/y), meaning the average home sold 2.4% above its list price. For the 4-week period ending July 4, the seasonally adjusted Redfin Homebuyer Demand Index was down -1.2% w/w but remains up +12% y/y. Additionally, from January 1 to July 4, home tours were up 2% vs. a 27% increase over the same period last year, according to home tour technology company ShowingTime. Redfin's economists believe buyers have taken a breath and are waiting for additional and higher quality inventory to hit the market as their sense of urgency appears to have waned from the outset of the year in the wake of stabilizing list prices and persistently low mortgage rates.

**Why builder lumber prices remain higher than headlines suggest** *(NAHB)*
**Summary:** According to a post from the National Association of Homebuilders (NAHB), lumber prices have fallen nearly -50% over the past seven weeks (as reported by Random Lengths); however, prices paid by builders have fallen at a fraction of this amount, a dynamic that has always existed due to the lumber supply chain. NAHB notes there are five stages to the lumber supply chain: 1) timber is harvested from forests and shipped to a sawmill; 2) saw logs are cut to dimension at the mill and shipped to a distributor; 3) wholesalers deliver to limber retailers such as lumberyards and building material suppliers; 4) customers purchase the product to use as production input; 5) the end-user (i.e. homebuilder) constructs a home. Lumber futures, as reported by the media, have fallen -56% since peaking on May 10 and -46% since May 14 (final trading day of May 2021 futures contracts), but lumber package quotes have remained at record levels, reportedly, or in other words, "street" prices have remained "sticky". NAHB noted the price lag comes from retailers protecting their margins in an environment of falling prices and that a supplier quoting clients at current market prices will consistently lose money when prices are falling; additionally, it indicated inventories are generally tighter during a period of falling prices, which gives wholesalers and retailers an incentive to sale through existing inventory as close to cost as possible, leading to the price differential between futures and real quoted prices. NAHB believes it also takes more than a large price decrease for builders to see those effects; it believes prices must fall for a period long enough to materially lower a supplier's average cost after a run-up. In contrast, higher prices reach builders at a much faster pace due to suppliers being "trigger happy" when prices jump; their inventory cost is low relative to the cash price during these periods, so they generally quote at market prices, creating an environment they are assured to buy low and sell high.

**Apartment List national rent report** *(Apartment List)*
**Summary:** According to Apartment List's data, its national rent index rose +2.3% y/y in June, and rental prices have grown +9.2% thus far in 2021; in previous years, rent typically grows between two and three percent over this period, reportedly. The company noted "pandemic pricing" is coming to an end in many cities; due to the pandemic ensuing in spring of 2020, the typical busiest season for rentals, rent prices began to fall and remained ~4% below the level Apartment List had projected, but a robust rebound in the first half of 2021 has served to close the pricing differential. According to Apartment List, the national median rent is now 2% higher than it would have expected if 2020 had been a normal year. The company noted "pandemic pricing" has fluctuated between markets with several cities, such as Austin and San Diego, witnessing rent prices reach pre-pandemic levels, while markets like New York and San Francisco are still tracking below pre-pandemic levels as they were the most affected by COVID-19. However, these markets are rebounding quickly, reportedly; San Francisco rent prices fell -26.6% from March 2020 to January 2021 but have climbed over +17% since January with New York also rebounding +16% in this period. As these expensive cities witnessed rents fall materially throughout 2020, a group of mid-sized markets saw rents tick up and have continued to do so despite the market returning to some level of normalcy. Markets such as Boise, ID and Spokane, WA have seen rents grow +39% and +31%, respectively, since the start of the pandemic with several markets sitting +20% or greater above pre-pandemic levels, all in the western part of the U.S. aside from Virginia Beach, VA as consumers leave metro areas on the coasts. Lastly, Apartment List found COVID-19 has led to a convergence of expensive and affordable markets; historically pricey rental cities have seen rents fall as typically inexpensive markets have witnessed material upticks, closing the price gap between them. To provide context, the median 2br rent in San Francisco was $3,146 before the pandemic, which was 3.4x the $929 median in Boise, reportedly. As of June, Apartment List's data indicated the median rental price of a 2br in San Francisco fell to $2,695, while in Boise it has increased to $1,303, or in other words rents in San Francisco are now only 2.1x those in Boise.



**Fannie Mae: Sellers still thriving as home prices stay high** *(HousingWire)*
**Summary:** According to HousingWire, ~77% of respondents to Fannie Mae's Home Purchase Sentiment Index (HPSI), a composite index meant to track the housing market and consumer confidence to sell or buy a home, indicated it is a good time to sell (up from 67% in the prior month); additionally, HousingWire noted 64% of respondents indicated it is a bad time to buy a home (up from 56% last month). In total, the HSPI decreased by -0.3 points m/m to 79.7 in June (+3.2% y/y). Reportedly, the share of respondents who believe home prices will increase in the next twelve months increased to 48% (+1% m/m), while 21% believe home prices will go down. With regard to mortgage rates, HousingWire noted the percentage of respondents who believe mortgage rates will go down in the next twelve months remained unchanged at 6%, the percentage who see rates rising increased to 57% in June (from 49% in May), and the share of respondents who believe rates will remain unchanged decreased to 30% (from 38%).

**Strategies builders employ to combat rising building material costs and shortages** *(NAHB)*
**Summary:** According to a June survey conducted by the National Association of Homebuilders (NAHB), the most common strategies employed by homebuilders to cope with rising building material costs and shortages were to raise their prices on homes frequently (62% of respondents cited this as a strategy) and pre-ordering materials (59% of respondents). These strategies were followed by price escalation clauses (45%), waiting until late in the construction process before listing homes (39%), and cost-plus pricing (32%). The survey found just 2% of respondents had not employed any of the strategies in the survey. Further, NAHB notes 17% of respondents were considering switching to steel (1% already switched), 16% were considering structural insulated panels (2% already switched), 14% were considering concrete forms (1% already switched), and 8% were considering switching to concrete masonry (1% already switched).

**June jobs report is great news for the housing market** *(HousingWire)*
**Summary:** According to HousingWire, June's favorable jobs numbers (850,000 added in June, 100,000 more than economists had predicted, as reported by the Bureau of Labor Statistics) could also be positive news for the housing market. HousingWire noted residential construction employment (including specialty trade contractors) rose by 15,200 last month, which was a faster pace than those witnessed in recent months and could serve to assuage the lack of skilled talent faced by homebuilders. Further, HousingWire indicated the overall construction sector lost 20,000 jobs in May, albeit mostly concentrated to nonresidential specialty trade contractors, while residential construction employment rose by just 1,900 jobs in May; residential building employment rose approximately +0.3% in June, reportedly.

**DOJ withdraws from settlement with NAR** *(HousingWire)*
**Summary:** Per a report from HousingWire, the U.S. Department of Justice (DOJ) has walked back a previous settlement agreement reached with the National Association of Realtors (NAR) regarding anti-trust claims. HousingWire noted a statement from the DOJ indicated it was withdrawing the settlement in order to undergo a broader investigation into the NAR's rules; according to HousingWire, the initial agreement sought to remedy these alleged illegal practices, but it also prevented the DOJ from pursuing other antitrust claims relating to NAR's rules. The DOJ initially sued the NAR in November, alleging a series of violations of anti-trust laws, including commission arrangements and consumer disclosure requirements; the DOJ noted that due to the alleged practices being widely adopted by NAR-affiliated MLS networks, they are "therefore, agreements among competing real estate brokers each of which reduces price competition among brokers and leads to lower quality service for American home buyers and sellers."

**House price increases still growing: FHFA** *(HousingWire)*
**Summary:** According to a report by HousingWire, the Federal Housing Finance Agency (FHFA) found home prices rose +16% y/y in April on a national basis; further FHFA data, whose index tracks seasonally-adjusted purchase data from Fannie Mae and Freddie Mac, indicated national home prices were up +1.8% m/m in April (vs. 1.6% m/m in March). According to HousingWire, the mountain division (Colorado, New Mexico, Idaho, Wyoming, Utah, Nevada, and Arizona) saw home prices rise +21% y/y, the pacific division (Washington, Oregon, and California) witnessed an +18% y/y increase, and the New England division (Maine, Vermont, New Hampshire, Massachusetts, Connecticut, and Rhode Island) also saw +18% y/y home price appreciation (HPA).



Earnings Preview
**October 21, 2021**

## Further Reading: Recent Stifel Online Real Estate Research

**ZG & RDFN -** (10/7/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (9/27/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (9/9/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (8/26/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (8/12/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG -** Hitching Wagon to Powell Star; Hold, $125 PT

**RDFN -** Doing Its Part To Reduce Costs During Massive Housing Inflation Boom; Hold, $65 PT

**ZG & RDFN -** (7/12/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (6/25/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**RDFN –** (6/11/21) CSI Conference Fireside Chat Key Takeaways (page 7)

**ZG & RDFN -** (5/24/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**RDFN -** (5/6/21) Accelerating Brokerage Despite Agent Headwinds; RedfinNow Re-Ramps; RentPath Investment Takes Shape; Hold, $62 TP

**ZG -** (5/5/21) Robust 1Q:21 Results; Investments Ahead; Hold, $130 TP

**ZG & RDFN -** (5/4/21) Online Real Estate 1Q:21 Preview

**ZG & RDFN -** (4/12/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (3/23/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**ZG & RDFN -** (3/1/21) The REALEST Bi-Weekly; Online Real Estate News & Updated Housing Market Trends

**RDFN -** (2/25/21) Solid 4Q Results But Capacity Bottlenecks Constrain Robust Brokerage Growth; Maintain Hold, $78 TP

**RDFN -** (2/19/21) Redfin to Acquire RentPath for $608mm

**ZG -** (2/11/21) Insulating the Foundation in a Hot Market; Hold, $144 TP

**ZG & RDFN –** (2/8/21) Online Real Estate 4Q:20 Preview; Robust Market Trends Persist, Setting Promising Backdrop for 2021



Earnings Preview
**October 21, 2021**

**Investment Thesis**
*Redfin Corporation (RDFN)*

Redfin has successfully paired a low-cost, technology-centric real estate brokerage with an iBuying platform to offer customers greater flexibility to buy or sell a home, usually at a lower cost than traditional brokers. Although Redfin's cautious approach to navigating the pandemic-driven real estate slowdown in 2020 left the company thin on agents when the market dramatically recovered, after ramping up agent hiring, we think the company is well-positioned to capture market share from a robust housing market in 2021.

*Zillow Group, Inc. (ZG)*

Zillow's Internet, Media & Tech (IMT) segment was a swift beneficiary of the sudden inflection in the U.S. real estate market in mid-2020 and recent housing indicators have fueled additional optimism for market conditions in 2021. We are encouraged by the resurgence of the IMT segment during 2020 and Zillow's ability to sell down / begin rebuilding its iBuyer inventory with minimal financial losses; however, at recent valuation levels, we think a significant amount of execution and multiple years of double-digit y/y growth within the IMT business are priced in, and we are still unsure of the long-term unit economics / potential scale of Zillow's iBuyer business.

**Company Description**
*Redfin Corporation (RDFN)*

Redfin is a technology-enabled residential real estate brokerage, representing home buyers and sellers in over 90 markets throughout the U.S. and Canada. Redfin acquires customers through its listings-search website and mobile application. Redfin helped customers buy and sell more than 235,000 homes worth more than $115B through 2019. Home buyers using the Redfin platform saved an average of approximately $1,850 per transaction in 2019, and the company charges most home sellers a commission of 1.0% to 1.5% compared to the 2.5% to 3% typically charged by traditional brokerages.

*Zillow Group, Inc. (ZG)*

Zillow Group, Inc. is a leading source of real estate and home-related services on the internet and mobile web. The company operates a portfolio of real estate marketplaces and has developed a comprehensive suite of marketing software and technology solutions to assist real estate, rental and mortgage professionals connect with millions of consumers. The company's portfolio includes Zillow, Trulia, StreetEasy, HotPads, Naked Apartments, and RealEstate.com. In addition, Zillow Group houses business brands such as Bridge Interactive, Dotloop, and Mortech. The company was founded by Richard N. Barton and Lloyd D. Frink on February 8, 2006 and is headquartered in Seattle, WA.

**Target Price Methodology/Risks**
*Redfin Corporation (RDFN)*

**Target Price Methodology.** Our $60 target price on RDFN shares is based on a DCF analysis utilizing a 10.5% discount rate and 3.5% terminal growth rate.

**Risks.** In addition to general market and macroeconomic risks, Redfin's risks include: 1) cyclicality and seasonality of the U.S. residential real estate market; 2) challenges from historically low housing inventory levels; 3) intensity of competition in the residential brokerage industry; 4) changing government regulations; 5) concentrated exposure in certain geographic markets; 6) risk of losses resulting from misestimating the value of Redfin Now homes; 7) reliance on Internet search engines / mobile app stores directing traffic to Redfin's website / application; 8) uncertainties arising from the COVID-19 pandemic's impact on the real estate industry.

*Zillow Group, Inc. (ZG)*

**Target Price Methodology:** Our $105 target price on ZG shares is based on a DCF analysis utilizing a 10.5% discount rate and 3.5% terminal growth rate.

**Key Risks:** 1) Changes in long-term interest rates; 2) cyclical fluctuations in the number and value of real estate transactions in the United States; 3) pressures on industry-wide real estate commission rates; 4) financial risks arising from the company's expansion into the buying and selling of real estate property via Instant Offers; 5) uncertainties arising from the COVID-19 pandemic's impact on the real estate industry.



Earnings Preview
**October 21, 2021**

| Zillow Group \| DCF Valuation | Historical Financials | | | | | | Forecasted Financials | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(USD millions, except where noted)* | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
| **Free Cash Flow Reconciliation** | | | | | | | | | | | | | | | | |
| **Total Revenue** | $644.7 | $846.6 | $1,076.8 | $1,333.6 | $2,742.8 | $3,339.8 | $6,509.8 | $9,255.0 | $13,477.9 | $19,019.5 | $24,400.8 | $29,837.2 | $34,392.2 | $36,984.9 | $38,051.0 | $38,698.4 |
| *y/y Growth - %* | 97.8% | 31.3% | 27.2% | 23.8% | 105.7% | 21.8% | 94.9% | 42.2% | 45.6% | 41.1% | 28.3% | 22.3% | 15.3% | 7.5% | 2.9% | 1.7% |
| (x) Adj. EBITDA Margin | 13.6% | 17.1% | 21.9% | 15.2% | 1.4% | 10.3% | 8.7% | 6.7% | 6.5% | 6.2% | 6.1% | 6.2% | 6.5% | 7.1% | 7.8% | 8.5% |
| **Adj. EBITDA** | $87.6 | $144.8 | $236.3 | $202.8 | $38.9 | $343.0 | $564.7 | $624.6 | $874.7 | $1,175.0 | $1,481.3 | $1,859.1 | $2,247.4 | $2,628.1 | $2,972.2 | $3,295.4 |
| (-) Capital Expenditures | (55.0) | (62.1) | (66.7) | (66.1) | (67.0) | (84.9) | (93.7) | (131.7) | (245.6) | (365.6) | (493.5) | (573.6) | (626.8) | (637.1) | (617.4) | (589.2) |
| (+/-) Changes in Working Capital | (38.8) | (8.9) | 5.9 | (233.5) | (703.1) | 42.9 | (1,797.4) | (636.6) | (1,128.1) | (1,891.4) | (2,100.1) | (2,191.6) | (2,105.8) | (1,687.3) | (965.3) | (211.2) |
| (-) Cash Taxes | -- | -- | -- | -- | -- | -- | -- | -- | -- | (0.5) | (1.5) | (29.3) | (92.1) | (160.9) | (246.4) | (298.1) |
| (-) Stock-Based Compensation | (105.2) | (106.9) | (113.6) | (149.1) | (198.9) | (197.6) | (332.3) | (447.5) | (526.3) | (591.6) | (645.4) | (689.8) | (712.2) | (729.3) | (742.8) | (752.4) |
| **Unlevered Free Cash Flow (UFCF)** | ($111.4) | ($33.1) | $61.9 | ($245.8) | ($930.1) | $103.4 | ($1,658.7) | ($591.1) | ($1,025.3) | ($1,674.1) | ($1,759.2) | ($1,625.2) | ($1,289.4) | ($586.4) | $400.3 | $1,444.5 |
| *% of Revenue* | (17.3%) | (3.9%) | 5.8% | (18.4%) | (33.9%) | 3.1% | (25.5%) | (6.4%) | (7.6%) | (8.8%) | (7.2%) | (5.4%) | (3.7%) | (1.6%) | 1.1% | 3.7% |
| *% of Adj. EBITDA* | (127.2%) | (22.8%) | 26.2% | (121.2%) | (2,391.8%) | 30.1% | (293.7%) | (94.6%) | (117.2%) | (142.5%) | (118.8%) | (87.4%) | (57.4%) | (22.3%) | 13.5% | 43.8% |

**DCF Valuation Inputs**

| | |
|---|---|
| Valuation Date | 10/31/22 |
| **Risk-Adjusted Disc. Rate** | **10.5%** |
| **Terminal Growth Rate** | **3.5%** |

**12-Month Discounted Cash Flow Valuation**

| | |
|---|---|
| NPV of Explicit Cash Flow Projections | ($6,462) |
| (+) NPV of Terminal Value | 29,015 |
| **DCF Valuation** | **$22,553** |
| (x) 12 Months Forward | 114% |
| **Enterprise Value** | **$25,765** |
| (-) Total Debt | (2,594.4) |
| (+) Cash & Equivalents | 4,594.0 |
| **Equity Value** | **$27,764** |
| (÷) Fully Diluted Shares | 264 |
| **Equity Value per Share** | **$105** |

*Source: Company documents, Stifel estimates*

**Equity Value Sensitivity: WACC vs. Perpetual Growth Rate**

| | 9.5% | 10.0% | 10.5% | 11.0% | 11.5% |
|---|---|---|---|---|---|
| **3.00%** | 31,698 | 28,233 | 25,256 | 22,676 | 20,420 |
| **3.50%** | 35,185 | 31,174 | **$27,764** | 24,835 | 22,295 |
| **4.00%** | 39,307 | 34,607 | 30,660 | 27,305 | 24,422 |

**Equity Value per Share Sensitivity: WACC vs. Perpetual Growth Rate**

| | 9.5% | 10.0% | 10.5% | 11.0% | 11.5% |
|---|---|---|---|---|---|
| **3.00%** | 119 | 107 | 96 | 87 | 79 |
| **3.50%** | 132 | 117 | **$105** | 95 | 86 |
| **4.00%** | 146 | 130 | 116 | 104 | 93 |

32



Earnings Preview
**October 21, 2021**

| Redfin \| DCF Valuation | Historicals | | | | | | Forecasted Financials | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(USD millions, except where noted)* | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021E** | **2022E** | **2023E** | **2024E** | **2025E** | **2026E** |
| **Free Cash Flow Reconciliation** | | | | | | | | | | | | |
| **Total Revenue** | $187.3 | $267.2 | $370.0 | $486.9 | $779.8 | $886.1 | $1,783.7 | $2,319.0 | $2,929.4 | $3,672.7 | $4,507.5 | $5,376.7 |
| *y/y Growth - %* | *49.4%* | *42.6%* | *38.5%* | *31.6%* | *60.1%* | *13.6%* | *101.3%* | *30.0%* | *26.3%* | *25.4%* | *22.7%* | *19.3%* |
| (x) Adj. EBITDA Margin | (10.9%) | (3.0%) | 0.6% | (3.1%) | (5.4%) | 5.9% | 0.4% | 2.7% | 4.7% | 6.3% | 7.7% | 8.8% |
| **Adj. EBITDA** | ($20.3) | ($8.1) | $2.3 | ($15.0) | ($42.2) | $52.3 | $7.2 | $61.5 | $138.2 | $230.3 | $347.8 | $475.7 |
| (-) Capital Expenditures | (4.6) | (13.6) | (12.1) | (8.3) | (15.5) | (14.7) | (34.5) | (58.0) | (76.2) | (99.2) | (124.0) | (145.2) |
| (+/-) Changes in Working Capital | (1.9) | (1.5) | 2.1 | (26.2) | (76.5) | 2.6 | (252.8) | (117.4) | (114.1) | (14.2) | (17.1) | (17.4) |
| (-) Cash Taxes | -- | -- | -- | -- | -- | -- | -- | -- | -- | (0.2) | (0.6) | (14.8) |
| (-) Stock-Based Compensation | (5.6) | (8.4) | (11.1) | (20.4) | (27.8) | (37.0) | (53.4) | (74.6) | (92.8) | (114.5) | (138.3) | (162.3) |
| **Unlevered Free Cash Flow (UFCF)** | ($32.4) | ($31.6) | ($18.8) | ($70.0) | ($162.1) | $3.2 | ($333.6) | ($188.6) | ($144.8) | $2.2 | $67.8 | $136.0 |
| *% of Revenue* | *(17.3%)* | *(11.8%)* | *(5.1%)* | *(14.4%)* | *(20.8%)* | *0.4%* | *(18.7%)* | *(8.1%)* | *(4.9%)* | *0.1%* | *1.5%* | *2.5%* |
| *% of Adj. EBITDA* | *159.3%* | *391.0%* | *(816.9%)* | *465.6%* | *384.0%* | *6.1%* | *(4,662.8%)* | *(306.7%)* | *(104.8%)* | *1.0%* | *19.5%* | *28.6%* |

**DCF Valuation Assumptions**

| | |
|---|---|
| Valuation Date | 10/31/22 |
| **Risk-Adjusted Discount Rate** | **10.5%** |
| **Perpetual Growth Rate** | **3.5%** |

**12-Month Discounted Cash Flow Valuation**

| | |
|---|---|
| NPV of Explicit Cash Flow Projections | $319 |
| (+) NPV of Terminal Value | 5,986 |
| **DCF Valuation** | **$6,306** |
| (x) Roll-Forward | 114% |
| **Enterprise Value** | **$7,204** |
| (-) Total Debt | (1,211.5) |
| (+) Cash & Equivalents | 787.7 |
| **Equity Value** | **$6,780** |
| (÷) Fully Diluted Shares | 112 |
| **Equity Value per Share** | **$60** |

**Equity Value Sensitivity: WACC vs. Perpetual Growth Rate**

| | **9.5%** | **10.0%** | **10.5%** | **11.0%** | **11.5%** |
|---|---|---|---|---|---|
| **3.00%** | $7,806 | $6,975 | $6,262 | $5,645 | $5,105 |
| **3.50%** | $8,540 | $7,588 | $6,780 | $6,086 | $5,484 |
| **4.00%** | $9,408 | $8,304 | $7,377 | $6,590 | $5,914 |

**Equity Value per Share Sensitivity: WACC vs. Perpetual Growth Rate**

| | **9.5%** | **10.0%** | **10.5%** | **11.0%** | **11.5%** |
|---|---|---|---|---|---|
| **3.00%** | $70 | $62 | $56 | $50 | $46 |
| **3.50%** | $76 | $68 | $60 | $54 | $49 |
| **4.00%** | $84 | $74 | $66 | $59 | $53 |

*Source: Company documents, Stifel estimates*



Earnings Preview
**October 21, 2021**

| Zillow Group | Income Statement | 2021E | | | | 2022E | | | | | Historical Financials | | | Forecasted Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Income Statement** | | | | | | | | | | | | | | | |
| Internet, Media & Tech (IMT) Revenue | $446.3 | $476.1 | $482.4 | $471.7 | $502.6 | $532.8 | $544.7 | $525.5 | | $1,201.1 | $1,276.9 | $1,450.2 | $1,876.5 | $2,105.6 | $2,359.0 |
| Mortgage Revenue | 68.0 | 56.7 | 60.1 | 65.6 | 76.3 | 70.6 | 75.0 | 83.6 | | 80.0 | 100.7 | 174.2 | 250.4 | 305.5 | 395.4 |
| Homes Revenue | 704.2 | 777.1 | 1,462.0 | 1,439.6 | 1,427.0 | 1,490.6 | 1,870.1 | 2,056.2 | | 52.4 | 1,365.3 | 1,715.4 | 4,382.9 | 6,843.9 | 10,723.5 |
| **Total Revenue** | **$1,218.4** | **$1,310.0** | **$2,004.4** | **$1,976.9** | **$2,005.9** | **$2,093.9** | **$2,489.8** | **$2,665.3** | | **$1,333.6** | **$2,742.8** | **$3,339.8** | **$6,509.8** | **$9,255.0** | **$13,477.9** |
| (-) Cost of Revenue (ex-Amort.) | (687.0) | (771.6) | (1,409.6) | (1,390.0) | (1,381.4) | (1,442.9) | (1,797.0) | (1,970.9) | | (153.6) | (1,432.0) | (1,756.4) | (4,258.2) | (6,592.3) | (10,194.8) |
| **Gross Profit** | **$531.4** | **$538.4** | **$594.8** | **$586.9** | **$624.5** | **$651.1** | **$692.8** | **$694.4** | | **$1,180.0** | **$1,310.8** | **$1,583.4** | **$2,251.6** | **$2,662.8** | **$3,283.1** |
| (-) Sales & Marketing | (193.6) | (229.4) | (294.2) | (286.3) | (298.5) | (307.5) | (344.3) | (353.8) | | (552.6) | (714.1) | (672.8) | (1,003.6) | (1,304.0) | (1,638.3) |
| (-) Technology & Development | (148.9) | (128.5) | (192.9) | (193.5) | (196.3) | (174.6) | (205.9) | (196.6) | | (410.8) | (477.3) | (518.1) | (663.7) | (773.5) | (870.4) |
| (-) General & Administrative | (100.6) | (115.1) | (137.6) | (138.2) | (141.4) | (148.2) | (158.7) | (156.2) | | (262.2) | (366.2) | (357.1) | (491.5) | (604.5) | (685.0) |
| (-) Acquisition / Integration / Restructuring | (0.8) | (3.7) | -- | -- | -- | -- | -- | -- | | (4.3) | (0.7) | (76.8) | (4.5) | -- | -- |
| **Total Operating Expenses** | **(443.8)** | **(476.7)** | **(624.7)** | **(618.0)** | **(636.2)** | **(630.3)** | **(708.9)** | **(706.6)** | | **(1,229.9)** | **(1,558.3)** | **(1,624.8)** | **(2,163.2)** | **(2,682.0)** | **(3,193.6)** |
| **Operating Income / (Loss)** | **$87.6** | **$61.7** | **($29.9)** | **($31.0)** | **($11.7)** | **$20.8** | **($16.1)** | **($12.2)** | | **($50.0)** | **($247.5)** | **($41.4)** | **$88.4** | **($19.3)** | **$89.5** |
| (+/-) Interest & Other Income / (Expense), Net | (37.1) | (37.8) | (40.0) | (40.0) | (40.0) | (40.0) | (40.0) | (40.0) | | (22.0) | (62.1) | (129.7) | (155.0) | (160.0) | (160.0) |
| (+/-) Other One-Time Gains / (Losses), Net | (1.4) | (0.9) | -- | -- | -- | -- | -- | -- | | (79.0) | -- | 1.4 | (2.3) | -- | -- |
| **Pre-Tax Income / (Loss)** | 49.1 | 23.0 | (69.9) | (71.0) | (51.7) | (19.2) | (56.1) | (52.2) | | (151.0) | (309.6) | (169.6) | (68.9) | (179.3) | (70.5) |
| (+/-) Income Tax Benefit / (Expense) | 2.9 | (13.3) | 0.7 | 0.7 | 0.5 | 0.2 | 0.6 | 0.5 | | 31.1 | 4.3 | 7.5 | (9.0) | 1.8 | 1.4 |
| **GAAP Net Income / (Loss)** | **$52.0** | **$9.6** | **($69.2)** | **($70.3)** | **($51.2)** | **($19.1)** | **($55.6)** | **($51.7)** | | **($119.9)** | **($305.4)** | **($162.1)** | **($77.9)** | **($177.5)** | **($69.1)** |
| (÷) Weighted Avg. Shares | 259.3 | 261.3 | 255.0 | 258.8 | 262.7 | 266.6 | 270.6 | 274.7 | | 197.9 | 206.4 | 223.8 | 251.3 | 256.3 | 261.5 |
| **GAAP Earnings / (Loss) Per Share** | **$0.20** | **$0.04** | **($0.27)** | **($0.27)** | **($0.19)** | **($0.07)** | **($0.21)** | **($0.19)** | | **($0.61)** | **($1.48)** | **($0.72)** | **($0.31)** | **($0.69)** | **($0.26)** |
| | | | | | | | | | | | | | | | |
| *Non-GAAP Profitability* | | | | | | | | | | | | | | | |
| **Adj. EBITDA (ex-SBC)** | **$181.0** | **$182.8** | **$108.4** | **$92.6** | **$133.9** | **$174.9** | **$153.4** | **$162.4** | | **$202.8** | **$38.9** | **$343.0** | **$564.7** | **$624.6** | **$874.7** |
| **Adj. Operating Income (ex-SBC)** | **$151.3** | **$150.1** | **$64.3** | **$55.0** | **$89.7** | **$130.9** | **$101.2** | **$106.4** | | **$99.1** | **($48.6)** | **$156.2** | **$420.7** | **$428.2** | **$615.7** |
| | | | | | | | | | | | | | | | |
| *Sharecount* | | | | | | | | | | | | | | | |
| **Avg. GAAP Basic Shares** | 243.2 | 248.2 | 255.0 | 258.8 | 262.7 | 266.6 | 270.6 | 274.7 | | 197.9 | 206.4 | 223.8 | 251.3 | 256.3 | 261.5 |
| **Avg. GAAP Diluted Shares** | 259.3 | 261.3 | 268.5 | 272.5 | 276.6 | 280.8 | 285.0 | 289.3 | | 206.5 | 211.1 | 231.1 | 265.4 | 270.7 | 276.1 |
| | | | | | | | | | | | | | | | |
| *Tax Rates* | | | | | | | | | | | | | | | |
| Effective Tax Rate | (5.9%) | 58.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | | 20.6% | 1.4% | 4.4% | (13.1%) | 1.0% | 2.0% |
| Statutory Tax Rate | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | | 26.0% | 26.0% | 26.0% | 26.0% | 25.0% | 25.0% |
| NG Earnings / (Loss) per Share - ZG Definition | $0.44 | $0.44 | $0.09 | $0.06 | $0.18 | $0.32 | $0.21 | $0.23 | | $0.39 | ($0.53) | $0.45 | $1.02 | $0.99 | $1.65 |
| | | | | | | | | | | | | | | | |
| *Growth Metrics - % y/y* | | | | | | | | | | | | | | | |
| **Total Revenue** | **8.2%** | **70.5%** | **205.2%** | **150.6%** | **64.6%** | **59.8%** | **24.2%** | **34.8%** | | **23.8%** | **105.7%** | **21.8%** | **94.9%** | **42.2%** | **45.6%** |
| Cost of Revenue | (9.8%) | 67.3% | 551.9% | 337.9% | 101.1% | 87.0% | 27.5% | 41.8% | | 80.3% | 832.4% | 22.7% | 142.4% | 54.8% | 54.6% |
| **Gross Profit (GAAP)** | **45.9%** | **75.2%** | **35.0%** | **24.5%** | **17.5%** | **20.9%** | **16.5%** | **18.3%** | | **19.0%** | **11.1%** | **20.8%** | **42.2%** | **18.3%** | **23.3%** |
| **Total Operating Expenses (GAAP)** | **(12.7%)** | **28.8%** | **71.6%** | **61.7%** | **43.3%** | **32.2%** | **13.5%** | **14.3%** | | **25.6%** | **26.7%** | **4.3%** | **33.1%** | **24.0%** | **19.1%** |
| Operating Income (GAAP) | (160.6%) | (198.5%) | (139.1%) | (134.7%) | (113.4%) | (66.4%) | (46.1%) | (60.7%) | | (512.1%) | 395.2% | (83.3%) | (313.6%) | (121.8%) | (564.5%) |
| **Adj. EBITDA (ex-SBC)** | **3,435.5%** | **1,053.9%** | **(28.8%)** | **(45.5%)** | **(26.0%)** | **(4.3%)** | **41.6%** | **75.4%** | | **(14.2%)** | **(80.8%)** | **782.0%** | **64.6%** | **10.6%** | **40.1%** |
| Net Income (GAAP) | (131.8%) | (111.4%) | (274.8%) | (252.8%) | (198.5%) | (297.6%) | (19.7%) | (26.5%) | | 26.9% | 154.8% | (46.9%) | (51.9%) | 127.8% | (61.1%) |
| **EPS (GAAP)** | **(125.9%)** | **(109.6%)** | **(266.4%)** | **(248.4%)** | **(197.2%)** | **(293.6%)** | **(24.3%)** | **(30.8%)** | | **19.6%** | **144.3%** | **(51.0%)** | **(57.2%)** | **123.4%** | **(61.8%)** |
| | | | | | | | | | | | | | | | |
| *Margins - % of Revenue* | | | | | | | | | | | | | | | |
| **Gross Profit Margin** | **44%** | **41%** | **30%** | **30%** | **31%** | **31%** | **28%** | **26%** | | **88%** | **48%** | **47%** | **35%** | **29%** | **24%** |
| Sales & Marketing | 16% | 18% | 15% | 14% | 15% | 15% | 14% | 13% | | 41% | 26% | 20% | 15% | 14% | 12% |
| Technology & Development | 12% | 10% | 10% | 10% | 10% | 8% | 8% | 7% | | 31% | 17% | 16% | 10% | 8% | 6% |
| General & Administrative | 8% | 9% | 7% | 7% | 7% | 7% | 6% | 6% | | 20% | 13% | 11% | 8% | 7% | 5% |
| **Total Operating Expenses** | **36.4%** | **36.4%** | **31.2%** | **31.3%** | **31.7%** | **30.1%** | **28.5%** | **26.5%** | | **92.2%** | **56.8%** | **48.6%** | **33.2%** | **29.0%** | **23.7%** |
| Operating Income (GAAP) | 7.2% | 4.7% | (1.5%) | (1.6%) | (0.6%) | 1.0% | (0.6%) | (0.5%) | | (3.7%) | (9.0%) | (1.2%) | 1.4% | (0.2%) | 0.7% |
| **Adj. EBITDA (ex-SBC)** | **14.9%** | **14.0%** | **5.4%** | **4.7%** | **6.7%** | **8.4%** | **6.2%** | **6.1%** | | **15.2%** | **1.4%** | **10.3%** | **8.7%** | **6.7%** | **6.5%** |
| Net Income (GAAP) | 4.3% | 0.7% | (3.5%) | (3.6%) | (2.6%) | (0.9%) | (2.2%) | (1.9%) | | (9.0%) | (11.1%) | (4.9%) | (1.2%) | (1.9%) | (0.5%) |

*Source: Company documents, Stifel estimates*



Earnings Preview
**October 21, 2021**

| Zillow Group \| Balance Sheet | 2021E | | | | 2022E | | | | | Historical Financials | | | Forecasted Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Assets:** | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $3,401.8 | $3,713.2 | $2,239.8 | $2,571.0 | $2,659.5 | $2,637.2 | $2,556.4 | $2,480.0 | | $651.1 | $1,141.3 | $1,703.1 | $2,571.0 | $3,618.6 | $4,308.3 |
| Short-Term Investments | 1,294.1 | 880.9 | 880.9 | 880.9 | 880.9 | 880.9 | 880.9 | 880.9 | | 903.9 | 1,281.0 | 2,218.1 | 880.9 | 880.9 | 880.9 |
| Accounts Receivable | 82.5 | 101.9 | 178.1 | 159.6 | 158.0 | 170.8 | 205.4 | 215.6 | | 66.1 | 67.0 | 69.9 | 159.6 | 215.6 | 298.3 |
| Inventory (Homes) | 472.4 | 1,169.6 | 2,744.0 | 2,475.2 | 2,506.4 | 2,689.5 | 2,915.6 | 3,111.1 | | 162.8 | 836.6 | 491.3 | 2,475.2 | 3,111.1 | 4,307.0 |
| Mortgage Loans Held for Sale | 274.3 | 171.5 | 171.5 | 171.5 | 171.5 | 171.5 | 171.5 | 171.5 | | 35.4 | 36.5 | 330.8 | 171.5 | 171.5 | 171.5 |
| Prepaid Expenses & Other Current Assets | 107.9 | 107.7 | 136.2 | 137.1 | 144.9 | 141.1 | 158.0 | 158.3 | | 61.1 | 58.1 | 75.8 | 137.1 | 150.9 | 191.3 |
| **Total Current Assets** | **$5,632.9** | **$6,144.7** | **$6,350.5** | **$6,395.3** | **$6,521.2** | **$6,690.9** | **$6,887.7** | **$7,017.3** | | **$1,880.3** | **$3,420.5** | **$4,889.1** | **$6,395.3** | **$8,148.6** | **$10,157.2** |
| Restricted Cash & Long-Term Investments | 120.7 | 141.0 | 141.0 | 141.0 | 141.0 | 141.0 | 141.0 | 141.0 | | 12.4 | 89.6 | 75.8 | 141.0 | 141.0 | 141.0 |
| Contract Cost Assets | 50.2 | 47.9 | 46.2 | 44.7 | 44.0 | 43.9 | 44.1 | 43.9 | | 45.8 | 45.2 | 50.7 | 44.7 | 44.7 | 44.7 |
| Property & Equipment, Net | 190.2 | 190.0 | 184.9 | 195.9 | 180.8 | 166.8 | 160.9 | 167.2 | | 135.2 | 170.5 | 196.2 | 195.9 | 167.2 | 155.8 |
| Right of Use Assets | 180.6 | 175.1 | 175.1 | 175.1 | 175.1 | 175.1 | 175.1 | 175.1 | | -- | 212.2 | 188.0 | 175.1 | 175.1 | 175.1 |
| Goodwill | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 | 1,984.9 |
| Intangible Assets, Net | 87.7 | 81.4 | 72.4 | 63.4 | 54.4 | 45.4 | 36.4 | 27.4 | | 215.5 | 190.6 | 94.8 | 63.4 | 27.4 | 25.4 |
| Other Assets, Non-Current | 8.7 | 10.5 | 13.5 | 12.7 | 13.3 | 13.4 | 15.0 | 14.8 | | 16.6 | 18.5 | 7.2 | 12.7 | 14.1 | 17.8 |
| **Total Assets** | **$8,255.9** | **$8,775.4** | **$8,968.4** | **$9,012.9** | **$9,114.7** | **$9,261.4** | **$9,444.9** | **$9,571.6** | | **$4,291.1** | **$6,132.0** | **$7,486.6** | **$9,012.9** | **$10,702.9** | **$12,701.8** |
| **Liabilities:** | | | | | | | | | | | | | | | |
| Accounts Payable | $17.0 | $15.6 | $27.2 | $25.5 | $24.9 | $24.7 | $28.9 | $28.3 | | $7.5 | $8.3 | $19.0 | $25.5 | $32.3 | $39.2 |
| Accrued Expenses & Other Current Liabilities | 150.2 | 203.8 | 222.9 | 223.7 | 236.8 | 239.8 | 260.8 | 261.9 | | 63.1 | 103.0 | 122.8 | 223.7 | 245.3 | 311.5 |
| Accrued Compensation & Benefits | 49.8 | 55.6 | 73.7 | 76.1 | 78.1 | 79.0 | 90.3 | 91.6 | | 31.4 | 37.8 | 47.7 | 76.1 | 88.6 | 109.1 |
| Deferred Revenue | 54.2 | 53.5 | 141.5 | 137.4 | 143.1 | 163.5 | 217.6 | 244.1 | | 34.1 | 39.7 | 49.0 | 137.4 | 165.6 | 262.8 |
| Deferred Rent, Current Portion | -- | -- | -- | -- | -- | -- | -- | -- | | 1.7 | -- | -- | -- | -- | -- |
| Revolving Credit Facility & Other Short-Term Debt | 662.2 | 1,317.9 | 1,324.2 | 1,330.4 | 1,336.7 | 1,342.9 | 1,349.2 | 1,355.4 | | 149.7 | 731.6 | 670.2 | 1,330.4 | 1,660.6 | 1,990.7 |
| **Total Current Liabilities** | **$933.4** | **$1,646.5** | **$1,789.5** | **$1,793.1** | **$1,819.6** | **$1,850.0** | **$1,946.7** | **$1,981.3** | | **$287.5** | **$920.5** | **$908.6** | **$1,793.1** | **$2,192.3** | **$2,713.3** |
| Deferred Rent, Net of Current Portion | -- | -- | -- | -- | -- | -- | -- | -- | | 19.9 | -- | -- | -- | -- | -- |
| Long-Term Debt | 1,597.2 | 1,276.5 | 1,276.5 | 1,276.5 | 1,276.5 | 1,276.5 | 1,276.5 | 1,276.5 | | 699.0 | 1,543.4 | 1,613.5 | 1,276.5 | 1,276.5 | 1,276.5 |
| Deferred Tax Liabilities & Other LT Liabilities | 215.2 | 208.3 | 208.3 | 208.3 | 208.3 | 208.3 | 208.3 | 208.3 | | 17.5 | 232.6 | 222.6 | 208.3 | 208.3 | 208.3 |
| **Total Liabilities** | **$2,745.9** | **$3,131.3** | **$3,274.3** | **$3,277.9** | **$3,304.3** | **$3,334.8** | **$3,431.5** | **$3,466.1** | | **$1,023.9** | **$2,696.6** | **$2,744.7** | **$3,277.9** | **$3,677.1** | **$4,198.0** |
| **Stockholders' Equity:** | | | | | | | | | | | | | | | |
| Common Stock, Par Value | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Paid-in Capital | 6,596.9 | 6,721.4 | 6,840.7 | 6,951.8 | 7,078.4 | 7,213.7 | 7,356.0 | 7,499.7 | | 3,939.8 | 4,412.2 | 5,880.9 | 6,951.8 | 8,420.1 | 9,967.2 |
| Accumulated Other Comprehensive Income (Loss) | 0.5 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | | (0.9) | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 |
| Retained Earnings / (Accumulated Deficit) | (1,087.3) | (1,077.7) | (1,146.8) | (1,217.2) | (1,268.3) | (1,287.4) | (1,342.9) | (1,394.6) | | (671.8) | (977.1) | (1,139.3) | (1,217.2) | (1,394.6) | (1,463.7) |
| **Total Stockholders' Equity** | **$5,510.0** | **$5,644.1** | **$5,694.2** | **$5,735.0** | **$5,810.3** | **$5,926.6** | **$6,013.4** | **$6,105.4** | | **$3,267.2** | **$3,435.4** | **$4,741.8** | **$5,735.0** | **$7,025.8** | **$8,503.8** |
| **Total Liabilities and Stockholders' Equity** | **$8,255.9** | **$8,775.4** | **$8,968.4** | **$9,012.9** | **$9,114.7** | **$9,261.4** | **$9,444.9** | **$9,571.6** | | **$4,291.1** | **$6,132.0** | **$7,486.6** | **$9,012.9** | **$10,702.9** | **$12,701.8** |

*Source: Company documents, Stifel estimates*



Earnings Preview
**October 21, 2021**

| Zillow Group \| Cash Flow Statement | 2021E | | | | 2022E | | | | | Historical Financials | | | Forecasted Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Operating Cash Flow:** | | | | | | | | | | | | | | | |
| Net Income (Loss) | $52.0 | $9.6 | ($69.2) | ($70.3) | ($51.2) | ($19.1) | ($55.6) | ($51.7) | | ($119.9) | ($305.4) | ($162.1) | ($77.9) | ($177.5) | ($69.1) |
| Depreciation & Amortization | 28.9 | 29.0 | 44.1 | 37.6 | 44.1 | 44.0 | 52.3 | 56.0 | | 99.4 | 87.5 | 110.0 | 139.5 | 196.4 | 259.0 |
| Stock-Based Compensation | 63.7 | 88.4 | 94.2 | 86.0 | 101.4 | 110.2 | 117.3 | 118.6 | | 149.1 | 198.9 | 197.6 | 332.3 | 447.5 | 526.3 |
| Amortization of Contract Costs | 10.1 | 10.1 | 9.6 | 9.3 | 9.0 | 8.8 | 8.8 | 8.8 | | 36.0 | 35.3 | 36.5 | 39.1 | -- | -- |
| Amortization on Notes Payable | 25.3 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | | 26.7 | 52.1 | 102.4 | 100.6 | 100.6 | 100.6 |
| Changes in Reserves & Allowances | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- |
| Loss on Disposal of PP&E | 4.4 | (4.4) | -- | -- | -- | -- | -- | -- | | 3.6 | 7.2 | (0.4) | -- | -- | -- |
| Gain / Loss on Divestiture of Business | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- |
| Bad Debt Expense | 0.1 | (0.1) | -- | -- | -- | -- | -- | -- | | 0.9 | 2.8 | 2.7 | -- | -- | -- |
| Deferred Rent | -- | -- | -- | -- | -- | -- | -- | -- | | (2.0) | -- | -- | -- | -- | -- |
| Amortization of Bond Premium | 4.0 | (4.0) | -- | -- | -- | -- | -- | -- | | (4.3) | (6.3) | 2.1 | -- | -- | -- |
| Other CFO Items | 5.9 | 17.6 | (3.0) | 0.8 | (0.7) | (0.1) | (1.5) | 0.1 | | 47.9 | 18.9 | 92.5 | 21.3 | (1.4) | (3.7) |
| **Funds from Operations (FFO)** | **$194.4** | **$171.3** | **$100.8** | **$88.4** | **$127.8** | **$168.9** | **$146.4** | **$157.0** | | **$237.3** | **$90.9** | **$381.3** | **$554.9** | **$565.5** | **$813.0** |
| | | | | | | | | | | | | | | | |
| **Changes in Working Capital:** | | | | | | | | | | | | | | | |
| Accounts Receivable, Net | ($12.6) | ($20.2) | ($76.2) | $18.5 | $1.6 | ($12.7) | ($34.6) | ($10.2) | | ($12.6) | ($3.7) | ($5.6) | ($90.5) | ($56.0) | ($82.7) |
| Inventory (Homes) | 18.9 | (696.6) | (1,574.4) | 268.8 | (31.2) | (183.1) | (226.1) | (195.6) | | (162.8) | (673.8) | 345.3 | (1,983.4) | (635.9) | (1,195.9) |
| Mortgage Loans Held for Sale | 56.4 | 102.9 | -- | -- | -- | -- | -- | -- | | (1.2) | (1.1) | (294.3) | 159.3 | -- | -- |
| Prepaid Expenses & Other Assets | (28.6) | (7.1) | (28.5) | (1.0) | (7.8) | 3.8 | (16.9) | (0.3) | | (34.1) | (1.0) | (16.0) | (65.2) | (13.8) | (40.4) |
| Contract Cost Assets | (9.6) | (7.8) | (7.9) | (7.7) | (8.2) | (8.7) | (8.9) | (8.6) | | (41.5) | (34.7) | (42.0) | (33.1) | -- | -- |
| Accounts Payable | (2.2) | 4.9 | 11.6 | (1.8) | (0.6) | (0.1) | 4.2 | (0.6) | | 1.3 | (0.5) | 13.0 | 12.5 | 6.8 | 6.9 |
| Accrued Expenses & Other Current Liabilities | 24.9 | 55.9 | 19.0 | 0.8 | 13.1 | 3.1 | 21.0 | 1.1 | | 1.9 | 19.6 | 15.3 | 100.7 | 21.6 | 66.2 |
| Accrued Compensation & Benefits | 2.2 | 5.7 | 18.2 | 2.4 | 2.0 | 0.9 | 11.3 | 1.3 | | 11.3 | 6.4 | 9.9 | 28.5 | 12.5 | 20.5 |
| Deferred Revenue | 5.2 | (0.6) | 87.9 | (4.1) | 5.7 | 20.4 | 54.1 | 26.5 | | 2.2 | 5.7 | 9.2 | 88.4 | 28.2 | 97.2 |
| Other Long-Term Liabilities | (7.2) | (7.4) | -- | -- | -- | -- | -- | -- | | 2.0 | (20.0) | 8.0 | (14.6) | -- | -- |
| **Changes in Working Capital** | **$47.3** | **($570.4)** | **($1,550.3)** | **$276.0** | **($25.4)** | **($176.5)** | **($196.1)** | **($186.4)** | | **($233.5)** | **($703.1)** | **$42.9** | **($1,797.4)** | **($636.6)** | **($1,128.1)** |
| **Operating Cash Flow** | **$241.7** | **($399.2)** | **($1,449.5)** | **$364.4** | **$102.4** | **($7.6)** | **($49.7)** | **($29.4)** | | **$3.8** | **($612.2)** | **$424.2** | **($1,242.6)** | **($71.0)** | **($315.1)** |
| | | | | | | | | | | | | | | | |
| **Investing Cash Flow:** | | | | | | | | | | | | | | | |
| Proceeds from Maturities of Investments | $920.3 | $409.2 | $-- | $-- | $-- | $-- | $-- | $-- | | $399.2 | $1,126.1 | $2,230.7 | $1,329.6 | $-- | $-- |
| Purchases of Investments | -- | -- | -- | -- | -- | -- | -- | -- | | (901.8) | (1,495.5) | (3,287.1) | -- | -- | -- |
| Proceeds from Sales of Investments | -- | -- | -- | -- | -- | -- | -- | -- | | 13.6 | -- | 116.4 | -- | -- | -- |
| Change in Restricted Cash | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- |
| Purchases of Property & Equipment | (11.5) | (12.7) | (30.1) | (39.5) | (20.1) | (20.9) | (37.3) | (53.3) | | (66.1) | (67.0) | (84.9) | (93.7) | (131.7) | (245.6) |
| Purchases of Intangible Assets | (4.5) | (5.9) | -- | -- | -- | -- | -- | -- | | (12.5) | (19.6) | (23.6) | (10.4) | -- | -- |
| Purchases of Cost Method Investment | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- |
| Cash Paid for Acquisitions, Net | -- | -- | -- | -- | -- | -- | -- | -- | | (55.1) | -- | -- | -- | -- | -- |
| Other Investing Activities | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | 10.0 | -- | -- | -- |
| **Investing Cash Flow** | **$904.3** | **$390.7** | **($30.1)** | **($39.5)** | **($20.1)** | **($20.9)** | **($37.3)** | **($53.3)** | | **($622.6)** | **($456.1)** | **($1,038.5)** | **$1,225.4** | **($131.7)** | **($245.6)** |
| | | | | | | | | | | | | | | | |
| **Financing Cash Flow:** | | | | | | | | | | | | | | | |
| Proceeds from Issuance of Common Stock | $544.6 | $-- | $-- | $-- | $-- | $-- | $-- | $-- | | $360.3 | $-- | $411.5 | $544.6 | $544.6 | $544.6 |
| Proceeds from Exercise of Stock Options | 61.1 | 14.5 | -- | -- | -- | -- | -- | -- | | 120.1 | 65.5 | 444.0 | 75.7 | 75.7 | 75.7 |
| Value of Equity Awards Withheld for Tax Liability | (0.1) | (0.0) | -- | -- | -- | -- | -- | -- | | (0.1) | (0.0) | (0.0) | (0.1) | -- | -- |
| Proceeds from Issuance of Debt | (8.0) | 325.7 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | | 451.8 | 1,729.9 | 306.8 | 330.1 | 330.1 | 330.1 |
| Other Financing Cash Flow | -- | -- | -- | -- | -- | -- | -- | -- | | (2.0) | (159.7) | -- | -- | 300.0 | 300.0 |
| **Financing Cash Flow** | **$597.5** | **$340.2** | **$6.3** | **$6.3** | **$6.3** | **$6.3** | **$6.3** | **$6.3** | | **$930.1** | **$1,635.7** | **$1,162.3** | **$950.2** | **$1,250.4** | **$1,250.4** |
| | | | | | | | | | | | | | | | |
| Effects of Exchange Rate Changes on Cash & Equivalents | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | | |
| Beginning Cash | $1,703.1 | $3,401.8 | $3,713.2 | $2,239.8 | $2,571.0 | $2,659.5 | $2,637.2 | $2,556.4 | | $352.1 | $663.4 | $1,141.3 | $1,703.1 | $2,571.0 | $3,618.6 |
| (+/-) Net Changes in Cash | 1,743.5 | 331.7 | (1,473.3) | 331.1 | 88.6 | (22.3) | (80.8) | (76.5) | | 311.3 | 567.5 | 548.0 | 933.1 | 1,047.7 | 689.6 |
| (+/-) Restatements / Adjustments (pre-10-Q / K) | (44.9) | (20.3) | -- | -- | -- | -- | -- | -- | | -- | (89.6) | 13.8 | (65.2) | -- | -- |
| **Ending Cash** | **$3,401.8** | **$3,713.2** | **$2,239.8** | **$2,571.0** | **$2,659.5** | **$2,637.2** | **$2,556.4** | **$2,480.0** | | **$663.4** | **$1,141.3** | **$1,703.1** | **$2,571.0** | **$3,618.6** | **$4,308.3** |

*Source: Company documents, Stifel estimates*




STIFEL

Earnings Preview
**October 21, 2021**

| Redfin \| Income Statement | 2021E | | | | 2022E | | | | | Historicals | | Forecasted Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Income Statement** | | | | | | | | | | | | | | |
| **Total Revenue** | $268.3 | $471.3 | $539.2 | $504.9 | $483.8 | $627.0 | $632.5 | $575.6 | | $779.8 | $886.1 | $1,783.7 | $2,319.0 | $2,929.4 |
| (-) Cost of Revenue | (226.0) | (345.2) | (409.5) | (387.0) | (382.4) | (480.5) | (482.4) | (436.0) | | (635.7) | (654.0) | (1,367.6) | (1,781.4) | (2,257.7) |
| **Gross Profit** | $42.4 | $126.1 | $129.8 | $117.9 | $101.4 | $146.4 | $150.1 | $139.6 | | $144.1 | $232.1 | $416.1 | $537.5 | $671.7 |
| (-) Technology & Development | (27.7) | (41.5) | (41.5) | (39.0) | (44.3) | (53.9) | (47.8) | (41.9) | | (69.8) | (84.3) | (149.7) | (187.9) | (221.7) |
| (-) Marketing | (11.8) | (55.4) | (49.7) | (43.6) | (59.0) | (49.9) | (42.2) | (37.1) | | (76.7) | (54.9) | (160.5) | (188.2) | (216.4) |
| (-) General & Administrative | (37.4) | (59.6) | (55.3) | (47.2) | (46.7) | (64.3) | (59.4) | (50.5) | | (76.9) | (92.2) | (199.4) | (221.0) | (240.9) |
| **Total Operating Expenses** | (76.9) | (156.5) | (146.5) | (129.8) | (150.0) | (168.1) | (149.4) | (129.5) | | (223.3) | (231.4) | (509.6) | (597.0) | (679.0) |
| **GAAP Operating Income** | ($34.5) | ($30.3) | ($16.7) | ($11.9) | ($48.6) | ($21.7) | $0.7 | $10.1 | | ($79.2) | $0.7 | ($93.5) | ($59.5) | ($7.3) |
| (+/-) Interest & Other Income / (Expense), Net | (1.3) | (2.6) | (4.0) | (3.3) | (3.5) | (3.5) | (3.5) | (3.5) | | (1.6) | (19.3) | (11.2) | (14.0) | (13.6) |
| **GAAP Pre-Tax Income / (Loss)** | ($35.8) | ($32.9) | ($20.7) | ($15.2) | ($52.1) | ($25.2) | ($2.8) | $6.6 | | ($80.8) | ($18.6) | ($104.7) | ($73.5) | (20.9) |
| (+/-) Income Tax Benefit / (Expense) | -- | 5.1 | -- | -- | -- | -- | -- | -- | | -- | -- | 5.1 | -- | 1.0 |
| **GAAP Net Income** | ($35.8) | ($27.9) | ($20.7) | ($15.2) | ($52.1) | ($25.2) | ($2.8) | $6.6 | | ($80.8) | ($18.6) | ($99.6) | ($73.5) | ($19.8) |
| | | | | | | | | | | | | | | |
| *Profitability* | | | | | | | | | | | | | | |
| **Adj. EBITDA (ex-SBC)** | ($17.6) | ($2.9) | $11.3 | $16.3 | ($24.5) | $12.9 | $34.3 | $38.8 | | ($42.2) | $52.3 | $7.2 | $61.5 | $138.2 |
| **GAAP Diluted EPS** | ($0.37) | ($0.29) | ($0.22) | ($0.16) | ($0.51) | ($0.26) | ($0.05) | $0.04 | | ($0.88) | ($0.19) | ($1.03) | ($0.77) | ($0.27) |
| | | | | | | | | | | | | | | |
| *Sharecount* | | | | | | | | | | | | | | |
| **Weighted Avg. Basic Shares** | 103.4 | 104.4 | 104.7 | 104.9 | 105.2 | 105.4 | 105.7 | 106.0 | | 91.6 | 98.6 | 104.3 | 105.6 | 106.6 |
| **Weighted Avg. Diluted Shares** | 110.8 | 104.4 | 104.7 | 104.9 | 105.2 | 105.4 | 105.7 | 106.0 | | 97.1 | 105.0 | 106.2 | 105.6 | 106.6 |
| | | | | | | | | | | | | | | |
| *Tax Rates* | | | | | | | | | | | | | | |
| Effective Tax Rate | --% | 15.3% | --% | --% | --% | --% | --% | --% | | --% | --% | 4.8% | --% | 5.0% |
| Statutory Tax Rate | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| | | | | | | | | | | | | | | |
| *Adj. EBITDA Reconciliation* | | | | | | | | | | | | | | |
| **GAAP Net Income** | ($35.8) | ($27.9) | ($20.7) | ($15.2) | ($52.1) | ($25.2) | ($2.8) | $6.6 | | ($80.8) | ($18.6) | ($99.6) | ($73.5) | ($19.8) |
| (+) Stock-Based Compensation | 12.6 | 13.7 | 14.1 | 13.0 | 14.5 | 22.0 | 20.9 | 17.2 | | 27.8 | 37.0 | 53.4 | 74.6 | 92.8 |
| (+) Depreciation & Amortization | 4.3 | 13.7 | 14.0 | 15.1 | 9.7 | 12.5 | 12.6 | 11.5 | | 9.2 | 14.6 | 47.2 | 46.4 | 52.7 |
| (+/-) Other (Income) / Expense, Net | 1.3 | 2.6 | 4.0 | 3.3 | 3.5 | 3.5 | 3.5 | 3.5 | | 1.6 | 19.3 | 11.2 | 14.0 | 13.6 |
| (+/-) Income Tax Expense / (Benefit) | -- | (5.1) | -- | -- | -- | -- | -- | -- | | -- | -- | (5.1) | -- | (1.0) |
| **Adj. EBITDA (ex-SBC)** | ($17.6) | ($2.9) | $11.3 | $16.3 | ($24.5) | $12.9 | $34.3 | $38.8 | | ($42.2) | $52.3 | $7.2 | $61.5 | $138.2 |
| Adj. EBITDA Margin - % | (6.6%) | (0.6%) | 2.1% | 3.2% | (5.1%) | 2.1% | 5.4% | 6.7% | | (5.4%) | 5.9% | 0.4% | 2.7% | 4.7% |
| | | | | | | | | | | | | | | |
| *Growth Metrics - % y/y* | | | | | | | | | | | | | | |
| Total Revenue | 40.5% | 120.6% | 127.6% | 106.5% | 80.3% | 33.0% | 17.3% | 14.0% | | 60.1% | 13.6% | 101.3% | 30.0% | 26.3% |
| Gross Profit (GAAP) | 228.9% | 174.0% | 39.4% | 47.1% | 139.4% | 16.1% | 15.7% | 18.4% | | 20.7% | 61.1% | 79.3% | 29.2% | 25.0% |
| Operating Expenses (GAAP) | 9.3% | 210.0% | 161.0% | 138.2% | 95.2% | 7.5% | 2.0% | (0.2%) | | 36.7% | 3.6% | 120.2% | 17.2% | 13.7% |
| Operating Income (GAAP) | (39.9%) | 585.0% | (145.3%) | (146.4%) | 40.9% | (28.5%) | (104.1%) | (185.1%) | | 80.4% | (100.9%) | (13064.6%) | (36.3%) | (87.7%) |
| Adj. EBITDA (ex-SBC) | (62.5%) | (145.7%) | (78.2%) | (60.1%) | 39.3% | (545.3%) | 201.9% | 138.3% | | 180.8% | (223.8%) | (86.3%) | 759.4% | 124.8% |
| Net Income (GAAP) | (40.5%) | 321.7% | (160.8%) | (208.3%) | 45.7% | (9.7%) | (86.4%) | (143.6%) | | 92.5% | (77.0%) | 435.6% | (26.2%) | (73.0%) |

*Source: Company documents, Stifel estimates*

37



Earnings Preview
**October 21, 2021**

| Redfin \| Balance Sheet | 2021E | | | | 2022E | | | | | | Forecasted Financials | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Assets:** | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $1,241.3 | $735.4 | $714.5 | $704.4 | $660.7 | $608.7 | $608.3 | $616.4 | | $234.7 | $925.3 | $704.4 | $616.4 | $599.2 |
| Marketable Securities | 140.8 | 29.6 | 29.6 | 29.6 | 29.6 | 29.6 | 29.6 | 29.6 | | 70.0 | 131.6 | 29.6 | 29.6 | 29.6 |
| Restricted Cash | 101.8 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | | 12.8 | 20.5 | 52.3 | 52.3 | 52.3 |
| Prepaid Expenses | 15.2 | 18.0 | 30.1 | 28.9 | 33.5 | 38.5 | 38.5 | 35.0 | | 14.8 | 12.1 | 28.9 | 35.0 | 39.2 |
| Accounts Receivable | 47.4 | 84.8 | 94.2 | 88.4 | 78.8 | 100.0 | 97.6 | 85.9 | | 19.2 | 54.7 | 88.4 | 85.9 | 126.9 |
| Inventory (Homes) | 97.4 | 249.0 | 282.3 | 296.2 | 325.5 | 366.2 | 382.1 | 399.1 | | 74.6 | 49.2 | 296.2 | 399.1 | 503.9 |
| Other Current Assets | 7.0 | 7.2 | 11.7 | 10.0 | 11.0 | 11.6 | 11.2 | 9.5 | | 3.5 | 4.9 | 10.0 | 9.5 | 12.0 |
| Loans Held for Sale | 43.4 | 51.6 | 51.6 | 51.6 | 51.6 | 51.6 | 51.6 | 51.6 | | 22.0 | 42.5 | 51.6 | 51.6 | 51.6 |
| **Total Current Assets** | **$1,694.4** | **$1,227.9** | **$1,266.4** | **$1,261.4** | **$1,243.0** | **$1,258.6** | **$1,271.3** | **$1,279.5** | | **$451.6** | **$1,240.8** | **$1,261.4** | **$1,279.5** | **$1,414.7** |
| Property & Equipment, Net | 47.6 | 53.9 | 50.7 | 45.6 | 48.0 | 51.2 | 54.3 | 57.2 | | 39.6 | 44.0 | 45.6 | 57.2 | 80.7 |
| Intangible Assets, Net | 1.7 | 203.8 | 203.8 | 203.8 | 203.8 | 203.8 | 203.8 | 203.8 | | 2.3 | 1.8 | 203.8 | 203.8 | 203.8 |
| Goodwill | 9.2 | 407.2 | 407.2 | 407.2 | 407.2 | 407.2 | 407.2 | 407.2 | | 9.2 | 9.2 | 407.2 | 407.2 | 407.2 |
| Deferred Offering Costs | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Other Assets, Non-Current | 63.7 | 108.3 | 108.3 | 108.3 | 108.3 | 108.3 | 108.3 | 108.3 | | 93.5 | 64.7 | 108.3 | 108.3 | 108.3 |
| **Total Assets** | **$1,816.6** | **$2,001.1** | **$2,036.4** | **$2,026.3** | **$2,010.3** | **$2,029.0** | **$2,044.9** | **$2,056.0** | | **$596.2** | **$1,360.5** | **$2,026.3** | **$2,056.0** | **$2,214.7** |
| | | | | | | | | | | | | | | |
| **Liabilities:** | | | | | | | | | | | | | | |
| Accounts Payable | $15.6 | $26.1 | $17.3 | $17.2 | $20.9 | $20.8 | $16.9 | $14.5 | | $2.1 | $5.6 | $17.2 | $14.5 | $19.7 |
| Accrued Liabilities | 75.8 | 102.3 | 141.7 | 123.7 | 130.9 | 141.9 | 133.2 | 113.0 | | 38.0 | 69.5 | 123.7 | 113.0 | 146.6 |
| Other Payables | 19.1 | 17.4 | 17.4 | 17.4 | 17.4 | 17.4 | 17.4 | 17.4 | | 7.9 | 13.2 | 17.4 | 17.4 | 17.4 |
| Loan Facility | 89.5 | 170.2 | 170.2 | 170.2 | 170.2 | 170.2 | 170.2 | 170.2 | | 21.3 | 63.0 | 170.2 | 170.2 | 170.2 |
| Current Portion of Deferred Rent | -- | -- | 1.5 | 1.6 | 2.3 | 3.3 | 3.6 | 3.6 | | 0.0 | -- | 1.6 | 3.6 | 3.1 |
| Convertible Senior Notes, Net, Current | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | | | 22.5 | 23.4 | 23.4 | 23.4 |
| Current Operating Lease Liabilities | 12.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | | 15.9 | 12.0 | 14.6 | 14.6 | 14.6 |
| **Total Current Liabilities** | **$236.0** | **$354.1** | **$386.1** | **$368.1** | **$379.8** | **$391.7** | **$379.4** | **$356.7** | | **$85.2** | **$185.7** | **$368.1** | **$356.7** | **$395.1** |
| Long-Term Debt | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Deferred Rent, Net of Current Portion | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Convertible Senior Notes, Net, Noncurrent | 1,137.0 | 1,211.5 | 1,211.5 | 1,211.5 | 1,211.5 | 1,211.5 | 1,211.5 | 1,211.5 | | 119.7 | 488.3 | 1,211.5 | 1,211.5 | 1,211.5 |
| Other Liabilities, Non-Current | 60.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | | 59.9 | 56.2 | 70.1 | 70.1 | 70.1 |
| **Total Liabilities** | **$1,433.1** | **$1,635.6** | **$1,667.6** | **$1,649.7** | **$1,661.4** | **$1,673.2** | **$1,661.0** | **$1,638.3** | | **$264.8** | **$730.1** | **$1,649.7** | **$1,638.3** | **$1,676.7** |
| | | | | | | | | | | | | | | |
| **Stockholders' Equity:** | | | | | | | | | | | | | | |
| Convertible Preferred Stock | $39.8 | $39.8 | $39.8 | $39.8 | $39.8 | $39.8 | $39.8 | $39.8 | | $-- | $39.8 | $39.8 | $39.8 | $39.8 |
| Common Stock, Par Value | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Additional Paid-in Capital | 641.7 | 651.6 | 675.7 | 698.7 | 723.2 | 755.3 | 786.2 | 813.4 | | 583.1 | 860.6 | 698.7 | 813.4 | 953.5 |
| Accumulated Other Comprehensive Income (Loss) | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.0 | 0.2 | 0.1 | 0.1 | 0.1 |
| Retained Earnings / (Accumulated Deficit) | (298.3) | (326.2) | (347.0) | (362.2) | (414.3) | (439.5) | (442.3) | (435.7) | | (251.8) | (270.3) | (362.2) | (435.7) | (455.5) |
| **Total Stockholders' Equity** | **$383.5** | **$365.4** | **$368.8** | **$376.6** | **$348.9** | **$355.8** | **$383.9** | **$417.7** | | **$331.4** | **$630.4** | **$376.6** | **$417.7** | **$538.0** |
| **Total Liabilities and Stockholders' Equity** | **$1,816.6** | **$2,001.1** | **$2,036.4** | **$2,026.3** | **$2,010.3** | **$2,029.0** | **$2,044.9** | **$2,056.0** | | **$596.2** | **$1,360.5** | **$2,026.3** | **$2,056.0** | **$2,214.7** |

*Source: Company documents, Stifel estimates*



Earnings Preview
**October 21, 2021**

| Redfin \| Cash Flow Statement | 2021E | | | | 2022E | | | | | 2019 | 2020 | Forecasted Financials 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (USD millions, except where noted) | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | | 2019 | 2020 | 2021E | 2022E | 2023E |
| **Operating Cash Flow:** | | | | | | | | | | | | | | |
| Net Income (Loss) | ($35.8) | ($27.9) | ($20.7) | ($15.2) | ($52.1) | ($25.2) | ($2.8) | $6.6 | | ($80.8) | ($18.5) | ($99.6) | ($73.5) | ($19.8) |
| Depreciation & Amortization | 4.3 | 13.7 | 14.0 | 15.1 | 9.7 | 12.5 | 12.6 | 11.5 | | 9.2 | 14.6 | 47.2 | 46.4 | 52.7 |
| Stock-Based Compensation | 12.6 | 13.7 | 14.1 | 13.0 | 14.5 | 22.0 | 20.9 | 17.2 | | 27.8 | 37.0 | 53.4 | 74.6 | 92.8 |
| Other | 2.4 | 5.6 | -- | -- | -- | -- | -- | -- | | 12.7 | 25.7 | 8.1 | -- | -- |
| **Funds from Operations (FFO)** | **($16.4)** | **$5.2** | **$7.3** | **$13.0** | **($28.0)** | **$9.4** | **$30.8** | **$35.3** | | **($31.1)** | **$58.7** | **$9.1** | **$47.5** | **$125.7** |
| **Changes in Working Capital:** | | | | | | | | | | | | | | |
| Restricted Cash | $-- | $-- | $-- | $-- | $-- | $-- | $-- | $-- | | $-- | $-- | $-- | $-- | $-- |
| Prepaid Expenses | (3.4) | (3.8) | (12.1) | 1.2 | (4.5) | (5.1) | 0.0 | 3.5 | | (3.5) | 2.3 | (18.0) | (6.1) | (4.2) |
| Accounts Receivable | 7.3 | (29.6) | (9.5) | 5.8 | 9.6 | (21.2) | 2.3 | 11.7 | | (3.9) | (35.5) | (25.9) | 2.5 | (40.9) |
| Inventory (Homes) | (48.2) | (151.6) | (33.3) | (13.8) | (29.3) | (40.8) | (15.9) | (16.9) | | (51.9) | 25.4 | (247.0) | (102.9) | (104.8) |
| Other Current Assets | -- | -- | (4.5) | 1.7 | (1.1) | (0.6) | 0.4 | 1.7 | | -- | -- | (2.8) | 0.4 | (2.5) |
| Other Long-Term Assets | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Accounts Payable | 5.9 | 9.8 | (8.8) | (0.1) | 3.8 | (0.1) | (3.9) | (2.4) | | (0.4) | 2.1 | 6.9 | (2.7) | 5.2 |
| Accrued Expenses | -- | 26.9 | 39.4 | (18.0) | 7.2 | 11.0 | (8.7) | (20.2) | | -- | 39.1 | 48.2 | (10.7) | 33.6 |
| Other Non-Current Liabilities | 6.9 | (16.5) | -- | -- | -- | -- | -- | -- | | (16.8) | (30.9) | (9.6) | -- | -- |
| Deferred Rent / Lease Liability | (3.0) | (3.2) | 1.5 | 0.2 | 0.7 | 0.9 | 0.4 | (0.0) | | 0.0 | -- | (4.5) | 2.0 | (0.5) |
| **Changes in Working Capital** | **($34.4)** | **($168.0)** | **($27.5)** | **($23.0)** | **($13.6)** | **($55.7)** | **($25.4)** | **($22.8)** | | **($76.5)** | **$2.6** | **($252.8)** | **($117.4)** | **($114.1)** |
| **Operating Cash Flow** | **($50.8)** | **($162.9)** | **($20.1)** | **($10.0)** | **($41.6)** | **($46.3)** | **$5.4** | **$12.6** | | **($107.6)** | **$61.3** | **($243.8)** | **($70.0)** | **$11.6** |
| **Investing Cash Flow:** | | | | | | | | | | | | | | |
| Sales & Maturities of Investments | $-- | $182.4 | $-- | $-- | $-- | $-- | $-- | $-- | | $35.9 | $155.7 | $182.4 | $-- | $-- |
| Purchases of Short-Term Investments | (4.3) | (100.6) | -- | -- | -- | -- | -- | -- | | (136.3) | (198.2) | (104.9) | -- | -- |
| Acquisitions, Net of Cash Acq'd | -- | (608.0) | -- | -- | -- | -- | -- | -- | | -- | -- | (608.0) | -- | -- |
| Purchases of Property & Equipment | (5.3) | (8.3) | (10.8) | (10.1) | (12.1) | (15.7) | (15.8) | (14.4) | | (15.5) | (14.7) | (34.5) | (58.0) | (76.2) |
| Other Investing Activities | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| **Investing Cash Flow** | **($9.6)** | **($534.5)** | **($10.8)** | **($10.1)** | **($12.1)** | **($15.7)** | **($15.8)** | **($14.4)** | | **($115.9)** | **($57.1)** | **($565.0)** | **($58.0)** | **($76.2)** |
| **Financing Cash Flow:** | | | | | | | | | | | | | | |
| Proceeds from Initial Public Offering | $-- | $-- | $-- | $-- | $-- | $-- | $-- | $-- | | $-- | $-- | $-- | $-- | $-- |
| Proceeds from Issuance of Convertible Senior Notes, Net | 488.7 | 72.8 | -- | -- | -- | -- | -- | -- | | -- | 539.4 | 561.5 | -- | -- |
| Proceeds from Follow-On Offering, Net | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Proceeds from Issuance of Common Stock | 3.4 | (3.4) | -- | -- | -- | -- | -- | -- | | 16.1 | 69.7 | -- | -- | -- |
| Proceeds from Issuances of Conv. Preferred Stock, Net | -- | -- | -- | -- | -- | -- | -- | -- | | -- | 39.8 | -- | -- | -- |
| Proceeds from Issuance of Long-Term Debt | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Proceeds from Tender Offer, Net | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Proceeds from Exercise of Stock Options | -- | 12.5 | -- | -- | -- | -- | -- | -- | | -- | 21.1 | 12.5 | -- | -- |
| Other Payables - Customer Escrow for Title Services | 6.5 | (6.4) | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | | 0.9 | 4.1 | 20.1 | 40.0 | 47.4 |
| Other Financing Cash Flow | (41.1) | 66.5 | -- | -- | -- | -- | -- | -- | | 14.9 | 20.2 | 25.5 | -- | -- |
| **Financing Cash Flow** | **$457.6** | **$142.0** | **$10.0** | **$10.0** | **$10.0** | **$10.0** | **$10.0** | **$10.0** | | **$31.9** | **$694.2** | **$619.6** | **$40.0** | **$47.4** |
| Effects of Exchange Rate Changes on Cash & Equivalents | 0.0 | 0.0 | -- | -- | -- | -- | -- | -- | | $0.0 | $0.0 | $0.0 | $-- | -- |
| Beginning Cash | $945.8 | $1,343.0 | $787.7 | $766.8 | $756.7 | $713.0 | $661.0 | $660.6 | | $439.1 | $247.4 | $945.8 | $756.7 | $668.7 |
| (+/-) Net Changes in Cash | 397.2 | (555.4) | (20.9) | (10.1) | (43.7) | (52.0) | (0.4) | 8.2 | | (191.6) | 698.4 | (189.1) | (87.9) | (17.2) |
| (+/-) Restatements / Adjustments (pre-10-Q / K) | -- | (0.0) | -- | -- | -- | -- | -- | -- | | -- | (0.0) | (0.0) | -- | -- |
| **Ending Cash** | **$1,343.0** | **$787.7** | **$766.8** | **$756.7** | **$713.0** | **$661.0** | **$660.6** | **$668.7** | | **$247.4** | **$945.8** | **$756.7** | **$668.7** | **$651.5** |

*Source: Company documents, Stifel estimates*

39



Earnings Preview
**October 21, 2021**

**Important Disclosures and Certifications**

**I, Scott W. Devitt, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Scott W. Devitt, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ ImportandDisclosures.**

**Redfin Corporation (RDFN) as of October 20, 2021 (in USD)**



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for RDFN go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=RDFN**

**Zillow Group, Inc. (ZG) as of October 20, 2021 (in USD)**



*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ZG go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ZG**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Redfin Corporation and Zillow Group, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Redfin Corporation and Zillow Group, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

**Investment Rating System**

Our investment rating system is defined as follows:



Earnings Preview
**October 21, 2021**

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] **-** We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 55% are rated Buy, 1% are rated Speculative Buy, 26% are rated Hold, 2% are rated Sell and 16% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 17%, 18%, 12% and 22% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 40%, 64%, 19%, 29% and 16% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

**Additional Disclosures**

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**''), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.



Earnings Preview

**October 21, 2021**

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 21 October 2021 18:31EDT and disseminated at 21 October 2021 18:31EDT.



Earnings Preview

**October 21, 2021**

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.



# EXHIBIT 17

Case 2:21-cv-01551-TSZ   Document 118-2   Filed 04/26/24   Page 193 of 257

Publications          Consulting          About          Search

# Priced to Sell: Zillow's Inventory Problem

October 25, 2021 Mike DelPrete

In my previous analysis, [iBuying is Hard: Zillow Pauses New Purchases](), I suggested that iBuyers can get into trouble if they overpay for too many houses in a cooling market. This results in a growing inventory of overpriced houses that are difficult to sell, which is exactly the problem Zillow now faces.

In Phoenix, Zillow's 250 current listings are priced at a median of 6.2 percent *below* what they were bought for (the "buy-to-list" metric).



(As a point of reference, iBuyer median home price appreciation -- buy-to-sell -- was around [8 percent earlier this year](). In Phoenix, it was around [10 percent just a few months ago]().)

Put another way, Zillow's Phoenix inventory is currently priced at a median of $29,000 less than the buy price. This is a direct result of price reductions on 182 listings of an average of $41k.



The trend is similar – but not as bad -- in other markets. In Atlanta, Zillow's median buy-to-list is still positive, but down considerably from past months (and again worse when compared to Opendoor).



Buy-to-list is a metric that should be, and up until recently was, positive. On average, being able to sell a house for no less than it was bought for is table stakes for iBuying. A loss of $29k on each house -- before *any* other expenses are accounted for -- represents a catastrophic failure in pricing.

## Perspective

There are a number of ways to read the situation. Yes, Zillow screwed up. Yes, Opendoor looks impressive in comparison. And yes, there are challenges with iBuying in a cooling market. In the microcosm of one iBuyer, in one market, in one month, the situation looks dire.

But it won't stop Zillow; the loss, relative to its total investment in iBuying, is small. Sold today, Zillow's

Case 2:21-cv-01551-TSZ   Document 118-2   Filed 04/26/24   Page 195 of 257

Phoenix listings would incur a loss of $7 million. That's a fraction of Zillow's total iBuying losses of this year and last.



This is a company that is willing and able to lose hundreds of millions of dollars to invest in and build a new business. A $7 million loss in one market during one month will be a distant memory by this time next year.

The iBuyer investment case for Zillow, Opendoor, and others is clear: this is an opportunity measured in trillions, not billions, of dollars. Within the context of long-term industry disruption, this may simply be an embarrassing detour on Zillow's inexorable march to transform real estate.

## Special Thanks

The data collection for this analysis came together quickly with the help of several friends. Thank you to Rich Mackall, Oscar Castaneda, Sarah Perkins, and Divvy Homes!



### About the author: Mike DelPrete (email me)

Mike is a global real estate tech strategist, and a scholar-in-residence at the University of Colorado Boulder. He is internationally recognized as an expert and thought-leader in real estate tech. His evidence-based analysis is widely read by global leaders, and he is a sought-after strategy and new ventures consultant. His research and insights have featured in the New York Times, Wall Street Journal, Financial Times, and The Economist.

4/5/23, 3:16 PM
Case 2:21-cv-01551-TSZ   Document 118-2   Filed 04/26/24   Page 196 of 257
Priced to Sell: Zillow's Inventory Problem – Mike DelPrete - Real Estate Tech Strategist

## Latest analysis









### Brokerage Winners and Losers

Apr 5, 2023

### Apocalypse Now

Apr 4, 2023

### Market Shift Highlights Brokerage Fundamentals

Mar 27, 2023

# Insights, trends, and strategy—straight to your inbox!

Email Address

SIGN UP

Publications          Consulting          About          Contact                                    Copyright © Mike DelPrete

# EXHIBIT 18

Bloomberg Law News 2024-04-15T19:01:28201417724-04:00

# Matt Levine's Money Stuff: Nobody Is Drilling the Oil

By Matt Levine 2021-10-27T12:55:11729-04:00

## Long-termism

One claim that you sometimes hear about financial markets is that they are excessively focused on the short term and systematically undervalue long-term investment. Public investors want good earnings and big stock buybacks *this* quarter, and get impatient when corporate managers spend money on projects that will add lots of value in the long run but won't pay off immediately. Great ideas don't get funded if they can't show results quickly. This concern strikes me as overstated — look at Tesla, etc. — but, sure, there is probably some truth to it.

Another claim that you, uh, rarely hear about financial markets is that they are excessively focused on the long term and systematically undervalue short-term cash flows. Public investors want a perpetual stream of growing earnings; if you offered them a company whose business model was "make a ton of cash for 10 years, pay it out to shareholders in dividends, then vanish," they would turn up their noses and put a very high discount rate on those cash flows. An entrepreneur with that business model would have a very hard time getting financing.

Again, I have rarely — never? — heard anyone make that claim in precisely that form, and of course it isn't *really* true, but again I think there is *some* truth to it. A well-known private-equity/vulture-capital/ newspaper business model is to buy dying businesses with good cash flows (for now), stop reinvesting in the business (because it's dying), and harvest the cash flows while they last; the reason this is a private-equity business model is that there is, for whatever reason, some public-market inefficiency in funding those sorts of businesses.

Incidentally these claims could both be true? Why not. Public markets could place a high value on *perpetuity*, on being a company with good long-term prospects, but they could measure those prospects exclusively by quarterly growth trends because they don't fully trust management to plan for the long term.

Yesterday Steve Schwarzman criticized environmental investing at a Saudi investment conference, which is a very funny sentence to type but also kind of interesting:

**Bloomberg Law** ®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Matt Levine's Money Stuff: Nobody Is Drilling the Oil

Steve Schwarzman, Blackstone's billionaire co-founder, became the latest financier to sound the alarm about an energy crunch. (The most recent sign: U.S. oil prices hit $85 a barrel this week, a seven-year high.) Speaking at the Future Investment Initiative conference in Saudi Arabia, he warned that an energy shortage could lead to "real unrest" across the world — and put forward a provocative culprit.

A focus on E.S.G. is driving a credit crunch for oil and gas companies, Schwarzman and others say. So-called environmental, social and corporate governance investing principles have spurred investment giants to divest their holdings in oil and gas companies. That, according to Schwarzman, has made it hard for the industry to invest in new wells and other sources of capacity. "If you try and raise money to drill holes, it's almost impossible to get that money," he said. (Blackstone has invested in both fossil-fuel and renewable energy companies.) …

Even Larry Fink of BlackRock, who has been among the biggest advocates for Wall Street adopting E.S.G., is worried that outflows from the fossil-fuel industry may be overdone. "We have these visions we could go from a brown world and we could wake up tomorrow there'd be a green world," he said at the F.I.I. conference. "That is not going to happen."

One way to tell that story is that, influenced by Fink and others, investors now insist on long-term sustainability. They believe that a zero-carbon world is coming, they want to invest in companies that will make money in a zero-carbon world, and they think that a lot of marginal oil drillers will not survive in that world. The oil drillers might agree! "We're gonna drill for oil for 10 years, sell it at $85 a barrel, make a lot of money for our investors, and then close up shop when the world moves off oil" is a perfectly reasonable business plan. But — Schwarzman says — investors will not finance it anymore, because they are myopically obsessed with the long run.

Actually there are two slightly different forms of the story. One is: "This is a good business model with positive expected value but investors, wrongly obsessed with the long run, won't fund it." There the solution is simple: Steve Schwarzman, you run a multibillion-dollar asset manager, *you* fund it. You'll make a lot of money! Long-term-obsessed investors are systematically undervaluing these juicy short-term cash flows, and you can profit from their mistake by buying the cash flows cheap. This is actually sort of a standard story of modern oil-and-gas investing: Big public companies are divesting from dirty assets, and smaller private companies (and sovereigns) are buying those assets at attractive rates of return. (Or, big public *investors* are divesting from dirty oil-and-gas companies, and smaller, less ESG-constrained investors are funding them.)

**Bloomberg Law**®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

The other story would be: "This is a bad business model, because you have high upfront costs to drill oil wells, but instead of having a long time to pump oil and recover those costs, you only have a short time before oil is banned or whatever, so *even now* a lot of new wells are no longer profitable, so of course investors don't fund them." This is, uh, also kind of a standard story of modern oil-and-gas investing; there is quite a bit of history of drilling in good times leading to bankruptcy when demand falls. Arguably if this is the story then the solution is "this is not a problem, just don't fund unprofitable dirty things." But I suppose Schwarzman could disagree. Perhaps drilling new wells is environmentally harmful, financially unprofitable, but … socially … beneficial? Gotta pump oil unprofitably to keep people happy. Maybe governments should subsidize oil drilling for a few years, then ban it?

# ESG checking

Meanwhile Goldman Sachs is fine with ESG, likes it even:

Goldman Sachs Group Inc., in an effort to win more deposits and build out its transaction banking segment, is offering companies slightly higher interest on their accounts if they meet environmental or other socially responsible goals.

The bank opened its first such account last month, for Xylem Inc., a company that supplies equipment and technology to water utilities. It's seeing interest from other clients, with five to 10 more transactions in the works, according to Mark Smith, Goldman Sachs's head of global liquidity and transaction banking. …

Goldman Sachs's ESG-linked deposit account for Xylem is essentially a corporate checking account for the company's day-to-day operations. If Xylem reaches a key performance indicator that it agreed to, Goldman Sachs will pay Xylem between 0.02 to 0.05 percentage point of extra interest on the daily average balance of its account at the end of the year, according to a person with knowledge of the matter. Xylem's key performance indicator is related to transitioning major facilities to 100% recycled process water, according to a separate person familiar with the matter.

Xylem had $1.9 billion of cash and cash equivalents at the end of 2020, and has said its deposit account holds hundreds of millions of dollars. Xylem has embraced other methods of green financing, including a sustainability-linked revolving credit facility and issuing a $1 billion green bond.

**Bloomberg Law**®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Eventually every financial product will pay you one extra basis point, or charge you one less basis point, if you do some ESG stuff. I suppose if you are a company, one very important goal would be to standardize — at least for your company — what that ESG stuff is. If you have a list of eight ESG key performance indicators, and if you hit them all then your revolver is cheaper and your checking account pays more and your interest-rate hedges work better and your stock-buyback commissions are lower and your 401(k) administrator charges you less and your legal bills are discounted, then that's great. But if each of those providers gives you a list of eight different ESG KPIs, and the lists don't overlap, then you're going to end up spending a lot of the money that you save hiring ESG-accounting specialists.

I wonder if there are standardization incentives on the other side. Like if you're Goldman Sachs, do you want every company with a Goldman ESG checking account to have the same ESG KPIs (or choose them from a limited menu, etc.)? Or do you not really care? I feel like maybe the answer is "not really care": You are doing this to feel good (and get good publicity, etc.) about your environmental efforts, and probably *you're* not the one doing all of the accounting; the companies probably have to certify to you that they meet the goals. So, sure, whatever goals they use for their revolver are probably fine for their checking account too.

## Trump SPAC merger agreement

Last week, when Donald Trump announced that he had (1) formed a social media/streaming/cloud hosting/whatever company called Trump Media & Technology Group and (2) agreed to take it public by merging with a special purpose acquisition company called Digital World Acquisition Corp., I did a little speculation about what would drive the stock price. Basically I figured it will track, not how much money TMTG makes (it seems to have no product), but rather how much attention is paid to Trump. "My guess is that the stock will go up when Trump is on television," I wrote. "My guess is that each day that goes by without Trump news, the stock will go down a bit."

Curiously, TMTG itself generated very little news. This deal was announced by press release last Wednesday evening, and as of this Monday that was pretty much all that Trump or TMTG or DWAC had said about it. There is a silly investor presentation on TMTG's website, which seems to predate the SPAC transaction and has no real business information. I wrote on Monday that "I'm not sure I have ever seen a *secretive* SPAC merger announcement before." Shouldn't they be telling people about this company that they're trying to raise money for?

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

But then yesterday some things happened. Trump himself put out a … thing? I guess it is a press release though I can only find it hosted on weird websites; here are versions on Twitter and Reddit, and a New York Post summary. It is titled "Statement on TMTG by the 45th President Donald J. Trump" and it says almost nothing at all about TMTG; it is four pages of complaining about "cancel culture," etc. There is a little bit of aspirational stuff about TMTG — "Unlike with the Big Tech platforms, there will be no shadow-banning, throttling, demonizing, or messing with algorithms for political manipulation," TMTG "will also be launching an on-demand video streaming service that competes with the increasingly 'woke' and politicized 'entertainment' programming created by Big Tech and Big Media players," "TMTG also sees opportunities to create 'cancel-proof' alternatives in other key areas ranging from web services to payment processing" — but there are no, you know, facts. Who will run TMTG's day-to-day operations? Have they hired a team of software engineers to build a new social network from scratch? Who have they signed to production deals for their new streaming service that will compete with Netflix? Who is leading the payment-processing initiative? What will TMTG do with the $293 million it is raising from DWAC? What is the monetization model for the social network? Why am I even typing all of these questions?

Actually there is one fun fact in the press release, in the first sentence actually. "Last week," Trump says, "I announced the creation of a major new company." Ordinarily, there are two distinct important events in the life of a SPAC company, generally quite separate in time: One day the company is created, and then, probably years later, it announces a SPAC merger. Here … look, it's ambiguous, but doesn't it seem like the company was created to do the SPAC merger? It's not that he started a company, funded it himself, got a team in place, figured out a business strategy, started developing the product, and eventually reached a point where he decided to raise public capital, so last week he announced a SPAC deal. No, it's that he started the company last week *with the SPAC deal*. I suspect that the $293 million of SPAC money will be the first funding this company ever gets. That's weird! Some companies go public via SPAC before their product is *viable*, but, you know, usually they've hired some engineers and, like, *planned* the product. Here I am not so sure. As Dan Primack put it last week, "This appears to be a shell company buying a shell company."

Also yesterday, DWAC — the SPAC that is taking TMTG public, which is itself already a public company — filed a Form 8-K summarizing and attaching the merger agreement for the deal. I was excited, but it is not particularly juicy. The merger agreement is mostly standard boilerplate. There is no disclosure about the capital structure of TMTG or who owns it. There *is* some new disclosure of the "earnout," in which Trump and his fellow TMTG shareholders get extra shares if the company's stock price stays high. The basic deal is that Trump and friends get about 86 million shares of the combined company, while DWAC's public shareholders get about 29 million and its sponsors get another 7 million. The earnout gives Trump and friends an extra 40 million shares if the stock is

**Bloomberg Law**®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

above $30 consistently after the deal closes. Assuming that it will be — it has never closed below $45 since the deal was announced — Trump will have about 126 million shares worth, at yesterday's closing price of $59.07, about $7.4 billion.

Meanwhile the SPAC sponsors are also doing well:

The obscure financiers who launched the shell company that is taking former President Donald Trump's social-media venture public are poised for a big payday if the deal gets completed.

The total windfall would stand at about $400 million at the stock's current price, after shares skyrocketed sixfold following the deal's announcement.

Both Trump and the SPAC sponsors will be locked up for a while after the deal closes, though, so they can't just sell all their stock and walk away. Not immediately I mean.

## Zillow bought too many houses

We talked last week about how it's *relatively* easy to program a computer to trade stocks as a market maker. You try to buy at the bid, sell at the offer, move your prices as the market moves and your inventory changes; there are some rules of thumb that more or less work. One thing that is nice about this process is that you get a lot of feedback quickly and relatively cheaply. You buy 100 shares for $5,000 and sell them four seconds later for $5,000.75, you feel good; you buy 100 shares for $5,000 and sell them four seconds later for $4,993, you feel bad. If you lose $100 in the course of 10 minutes you turn off your computer and think about what went wrong, then tweak your program and try again.

If you program a computer to trade houses as a market maker, that's harder. It's harder for reasons we talked about last week: Houses are idiosyncratic and illiquid, so it's harder to be sure what the right price is. But it's also harder because feedback is slower and higher-stakes. If you buy 100 houses you're out tens of millions of dollars, and if you get the price wrong you won't find out for the months it takes you to resell them. Meanwhile you keep buying houses using the wrong pricing algorithm.

Oops:

## Bloomberg Law®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

==Faced with the fastest-rising real estate prices in U.S. history, Zillow Group Inc. tweaked the algorithms that power its home-flipping operation to make higher offers.==

It ended up with so many winning bids that it had to stop making new offers on properties. Now, after buying more homes in the third quarter than it ever has before, the company is working through a backlog of houses that need to be fixed up and sold while facing an unpleasant reality: ==Slowing price appreciation means it will sell many homes at a loss.== …

The shift has been on display in places such as Atlanta and Phoenix, two markets where home prices have been surging. Zillow's roughly 250 active listings in Phoenix are currently priced at 6% less, on average, than what the company paid for the homes.

That amounts to a $29,000 discount on the typical property, according to data compiled by Mike DelPrete, a real estate tech strategist and scholar-in-residence at the University of Colorado Boulder.

"Every key metric I've seen from Zillow over the past few months just doesn't make sense," DelPrete said. "It's like it's making decisions two to three months too late relative to the market."

I for one am excited for housing market structure to replicate equity market structure. Eventually people will list 100 houses for sale to spoof Zillow's algorithm into lowering its price, and then buy one house from Zillow cheap.

# Everything is securities fraud

Will Facebook Inc. get in trouble with the Securities and Exchange Commission for, uh, making its users sad in order to maximize profits for shareholders? My gut is that the answer is no, but I do always say that everything is securities fraud, and Facebook certainly did some things, so I can't rule it out. Anyway:

Now one of the most pressing questions is whether the Securities and Exchange Commission — the federal agency where Ms. Haugen sent the documents — will significantly add to the company's woes.

Whistle-blowers have filed at least nine complaints to the agency, which has oversight of public



© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

companies like Facebook, using a selection of the internal documents to argue that Facebook misled investors with a rosier picture of the company than they knew to be true. The S.E.C. can impose big fines for misleading investors and impose restrictions on corporate leaders.

A case from securities regulators is probably far from a slam dunk, several legal experts said. The accusations in the complaints don't appear to be quite as clear-cut as many other accounting and fraud cases taken up by the agency, they said.

The S.E.C. declined to say whether it had opened an investigation. Even such a move could be problematic for Facebook, leading to depositions of top executives and forcing the company to share private communications and other business documents.

My understanding is that Facebook critics file SEC whistle-blower complaints mostly because that gives them certain statutory protections against retaliation; Facebook can more vigorously go after a "leaker" than it can an "SEC whistle-blower." They are not really *that* concerned with Facebook's shareholders (they're concerned with Facebook's users, civil society, etc.), but for practical reasons the SEC is a good place to file a complaint.

And my guess is that this sort of thing — not accounting fraud, but various sorts of debatable nefariousness that was not publicly disclosed and that, when it came out, made the stock go down — is the kind of "securities fraud" that plaintiffs' lawyers love but that the SEC stays away from. In its enforcement action the SEC prefers to go after *actual* fraud on shareholders, things that endanger the integrity of public markets, not miscellaneous unpleasantness that correlates with a stock drop. Not always though? Facebook is a big exciting target. "Federal Trade Commission Scrutinizing Facebook Disclosures," the Wall Street Journal reports. Maybe the SEC — the U.S. meta-regulator, with jurisdiction over everything any public company does — will want to get in on the action?

## NFT Stuff

A basic theory that seems to explain a lot of crypto stuff is that a lot of people got way too rich way too fast by buying crypto early, and now they are desperately trying to find the dumbest possible ways to get rid of their money. Or something:

In the latest phase of the quest to turn everything into an NFT, crypto traders are now bidding to digitally own a 1,784-lb. cube of tungsten in Willowbrook, Illinois. According to the terms of the sale,

**Bloomberg Law®**

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

which will have the receipt posted to the blockchain for posterity, the "owner" can have one supervised visit to the cube per year to touch or photograph it. …

"Since we began selling the cube we have constantly asked ourselves, 'What is the right size?', and 'Would anyone buy a bigger cube?' Only recently has anyone asked us, or have we asked ourselves, 'What is the biggest cube we can make?' We have an answer that creates a bit of a problem. The answer is 14" and 1,784 lbs (809 kg). The problem is, what do with it if we make it. Shipping and receiving can be a problem," the company wrote in a blog post.

To get around the issues inherent in creating such a massively heavy object for sale, Midwest Tungsten has put some restrictions on the sale of the cube, which will be kept at the company's HQ:

"One visit to see/photograph/touch the cube per calendar year will be allowed and scheduled with a Midwest Tungsten Service representative," the NFT listing reads. "Subsequent owners of the NFT cannot visit the cube in a year in which the cube has already been visited. The cube will not be available to view until 10 weeks after the first sale."

The minimum bid is 47.74 ETH, currently equivalent to $201,295.23.

Oh yeah? Well, I happen to have a 28-inch tungsten cube weighing 14,000 pounds in my basement. You can buy it from me — in NFT form of course — for 381.92 ETH. If you buy my cube you can never visit, see, touch or photograph it; it is much too special to be seen or touched. The advantage, to you, is that you don't need to travel to Willowbrook, Illinois. And you'll own the NFT of a really big tungsten cube. When the person who owns this 14" tungsten cube that she can visit once a year is like "I own a big tungsten cube in Illinois" you can be like "oh yeah well I own an even bigger tungsten cube in New York" and she'll be like "prove it" and you'll be like "you prove it" and then you'll both pull up some blockchain addresses and I guess you'll be satisfied, I don't know, I don't know why you'd be satisfied, I don't know why any of this is anything. Anyway right 28-inch tungsten cube in my basement, let the bidding begin.

# Things happen

Deutsche Bank Falls After Missing Out on Rally That Lifted Peers. Robinhood Sinks Below IPO Price as Revenue Misses Estimates. Hertz Teams With Uber, Carvana in Big Shift to Electric Cars. Bitcoin Breaks Below $60,000 as ETF-Related Bliss Evaporates. Shiba Inu Surges to Record as Robinhood

Bloomberg Law®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Petition Passes 300,000. "The proposal would motivate the very wealthy to shift from publicly traded assets into other assets that wouldn't be taxed each year." Tom Brady Throws Bitcoin to Fan Who Returned 600th Touchdown Ball.

*If you'd like to get Money Stuff in handy email form, right in your inbox, please subscribe at this link. Or you can subscribe to Money Stuff and other great Bloomberg newsletters here. Thanks!*

To contact the author of this story:
Matt Levine at mlevine51@bloomberg.net

To contact the editor responsible for this story:
Brooke Sample at bsample1@bloomberg.net

• 1. The reason might be along the lines of "public markets systematically undervalue the short-term cash flows of dying businesses," or else "public-market investors require, or at least allow, corporate executives to do a big song and dance about investing for the long run and pivoting to some sustainable business model, so they won't let a dying business just pay out its cash to shareholders and die with dignity, but will instead demand that it squander that cash on doomed efforts to survive."

• 2. One aspect of this story is that Goldman is fine with \*corporate deposits\*, likes them even. As we discussed yesterday, deposits can be problematic for flush-with-cash large commercial banks. Goldman is historically an investment bank and still kind of building its deposits business, so it's happy to take some of those deposits from the commercial banks.

• 3. It is perhaps a little fun to read the representations that TMTG makes, which are all fairly standard but some of which feel …un-Trumpy? "No Target Company, nor any of their respective Representatives acting on their behalf has (i)used any funds for unlawful contributions, gifts, entertainment or other unlawful expenses relating to political activity, (ii)made any unlawful payment to foreign or domestic government officials or employees, to foreign or domestic political parties or campaigns or violated any provision of the U.S. Foreign Corrupt Practices Act of 1977 or any other local or foreign anti-corruption or bribery Law or (iii)made any other unlawful payment," says Section 4.25(a). Trump does not like these rules! But I guess TMTG follows them.

• 4. There are 28.75 million public shares and 7.2 million founder shares, per the DWAC prospectus. (Some of the founder shares are allocated to hedge funds, not the actual DWAC sponsor, as we discussed on Monday.) The basic merger consideration for TMTG's shareholders is $875 million divided by the redemption price of DWAC shares; DWAC appears to have about $10.20 per share in its trust, so that number is about 85.8 million shares.

• 5. Specifically, if the volume weighted average price of the stock is above $15 for 20 out of any 30



© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

trading days during the 18 months after closing, Trump et al. get an extra 15 million shares; if it's above $20 during the two years after closing, they get another 15million; if it's above $30 during the three years after closing, they get another 10 million. See Section 1.17 of the merger agreement.

• 6. Ugh, fine, their cube seems to have a physical delivery option? "According to the listing, the only way to take physical possession of the cube will be to burn the NFT, meaning send it to a dead-end address so it can no longer be traded." I assume no one will ever exercise that option, because "transferable NFT entitlement to a tungsten cube that you can trade on the blockchain and that can at your option be turned into a real tungsten cube" is more valuable than just a tungsten cube; why exercise and lose the optionality value?

© 2021 Bloomberg L.P. All rights reserved. Used with permission.

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

# EXHIBIT 19

# Zillow

# iBuy that risks for ZG may not be just a pause in sales: Lower ests and PO to $85

**Reiterate Rating: UNDERPERFORM | PO: 85.00 USD | Price: 94.40 USD**

## Lowering ests and PO to $85 on growing iBuyer risks

Last week Zillow paused home purchases related to its iBuyer segment (Zillow Offers) for the rest of the year to work through a backlog of properties already in the pipeline. We believe there could be three potential factors at play and driving the decision: 1) high demand and operational constraints related to labor, as called out by Zillow; 2) execution, as Zillow has a history of somewhat inconsistent performance in iBuying; and: 3) Zillow is starting to see weakness in the markets where it is operating and is thus at least temporarily pulling back. Based on weakening mid-to-low-end home turnover and a sample of 301 properties owned by Zillow and listed for sale on its site, we believe weakening demand could be a potentially big issue and one that may not be fully appreciated by the Street. We lower our estimates and PO to $85 (from $100) which is now based on 11x '22E IMT (internet, media & technology) EBITDA and 1x Homes and mortgage sales (12.5x and 1.5x previously). We believe lower multiples are justified on growing risks in each segment. We reiterate Underperform.

## Zillow may be facing a demand, not just capacity, issue

We conducted a survey of 301 properties owned and listed by Zillow, which covers slightly more than 10% on the site and includes proportional representation of all the markets where Zillow is operating. We measured average buying and selling price, days on the market, number of price cuts, and other key metrics that could provide insight on the health of Zillow's current home portfolio. The key findings include: 1) on average Zillow is selling homes for 2% less than the purchase price; 2) current selling prices are 6% lower than the initial price and on average Zillow has taken two price cuts per home; and 3) on average, the homes purchased by Zillow appreciated 113% since the last time they turned over, well above market averages. In our opinion, these numbers may suggest Zillow could be facing a potential demand issue and is thus attempting to clear inventory before trends worsen. It also suggests that at least in the near term margins could turn more negative. Turnover for mid-to-lower-priced homes, where Zillow appears to be concentrated (avg. price in sample is $426k), has decelerated significantly over the past two months, which could be a growing risk given declining home affordability.

| Estimates (Dec) (US$) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| EPS | (0.54) | 0.12 | 1.02 | 1.45 | 2.61 |
| GAAP EPS | (1.48) | (0.70) | (0.33) | 0.42 | 1.62 |
| EPS Change (YoY) | NM | NM | 750.0% | 42.2% | 80.0% |
| Consensus EPS (Bloomberg) | | | 1.15 | 1.23 | 1.95 |
| DPS | 0 | 0 | 0 | 0 | 0 |
| EPS (Z - US$) | (0.54) | 0.12 | 1.02 | 1.45 | 2.61 |
| DPS (Z - US$) | 0 | 0 | 0 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | NM | 801.6x | 94.3x | 66.3x | 36.9x |
| GAAP P/E | NM | NM | NM | 229.0x | 59.4x |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | 600.0x | 69.2x | 42.7x | 37.2x | 23.8x |
| Free Cash Flow Yield* | -2.7% | 1.3% | -2.7% | 2.3% | 2.0% |

\* For full definitions of *iQmethod* ℠ measures, see page 11.

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
Refer to important disclosures on page 12 to 15. Analyst Certification on page 9. Price Objective Basis/Risk on page 9.                    12343206

Timestamp: 28 October 2021 05:00AM EDT

**28 October 2021**

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 100.00 | 85.00 |
| 2021E Rev (m) | 6,662.7 | 6,409.0 |
| 2022E Rev (m) | 9,178.3 | 7,061.3 |
| 2023E Rev (m) | 11,203.8 | 8,000.0 |
| 2021E EPS | 1.12 | 1.02 |
| 2022E EPS | 1.61 | 1.45 |
| 2023E EPS | 3.22 | 2.61 |

**Nat Schindler**
Research Analyst
BofAS
+1 415 676 3574
nathaniel.schindler@bofa.com

**Curtis Nagle, CFA**
Research Analyst
BofAS
c.nagle@bofa.com

**Nitin Bansal, CFA**
Research Analyst
BofAS
nbansal7@bofa.com

### Stock Data

| | |
|---|---|
| Price (NAS / NAS) | 94.40 USD / 93.18 USD |
| Price Objective | 85.00 USD / 85.00 USD |
| Date Established | 28-Oct-2021 / 28-Oct-2021 |
| Investment Opinion | C-3-9 / C-3-9 |
| 52-Week Range | 83.54 USD - 212.40 USD |
| Market Value (mn) | 24,685 USD |
| Average Daily Value | 55.66 USD |
| Shares Outstanding (mn) | 261.5 / 261.5 |
| BofA Ticker / Exchange | ZG / NAS |
| BofA Ticker / Exchange | Z / NAS |
| Bloomberg / Reuters | ZG US / ZG.OQ |
| ROE (2021E) | 4.7% |
| Net Dbt to Eqty (Dec-2020A) | -1.9% |
| ESGMeter™ | Medium |

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's ESG-related attributes. It is intended to indicate a company's likelihood of experiencing stronger financial stability (higher ROE and lower earnings and price volatility) over the next three years relative to its peer group. There are three ESGMeter levels – Low, Medium, and High. Refer to "BofA ESGMeter Methodology". **ESGMeter is not intended to be indicative of a company's future stock price performance and is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.**

Unauthorized redistribution of this report is prohibited. This report is intended for bradbe@zillowgroup.com

# *iQprofile*<sup>SM</sup> Zillow

## *iQ*method<sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Return on Capital Employed | -4.7% | -0.6% | 0.9% | 2.3% | 5.1% |
| Return on Equity | -3.3% | 0.7% | 4.7% | 5.5% | 8.9% |
| Operating Margin | 38.9% | 47.3% | 63.7% | 66.8% | 70.7% |
| Free Cash Flow | (679) | 339 | (684) | 574 | 506 |

## *iQ*method<sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NM | 15.2x | -2.3x | 1.6x | 0.8x |
| Asset Replacement Ratio | 0.8x | 0.8x | 0.5x | 0.6x | 0.7x |
| Tax Rate | 1.4% | 4.4% | NM | NM | NM |
| Net Debt-to-Equity Ratio | 12.5% | -1.9% | -23.8% | -31.2% | -34.8% |
| Interest Cover | -2.4x | -0.3x | 0.5x | 1.5x | 3.6x |

## Income Statement Data (Dec)

| (US$ Millions) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Sales | 2,743 | 3,340 | 6,409 | 7,061 | 8,000 |
| % Change | 105.7% | 21.8% | 91.9% | 10.2% | 13.3% |
| Gross Profit | 2,630 | 3,210 | 6,222 | 6,883 | 7,828 |
| % Change | 113.3% | 22.1% | 93.8% | 10.6% | 13.7% |
| EBITDA | 40 | 343 | 555 | 638 | 995 |
| % Change | -80.3% | 767.6% | 61.8% | 15.0% | 56.0% |
| Net Interest & Other Income | (62) | (128) | (155) | (118) | (118) |
| **Net Income (Adjusted)** | **(111)** | **28** | **270** | **397** | **738** |
| **% Change** | **NM** | **NM** | **866.7%** | **47.1%** | **85.9%** |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | (305) | (162) | (87) | 114 | 458 |
| Depreciation & Amortization | 87 | 110 | 126 | 124 | 140 |
| Change in Working Capital | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | (394) | 476 | (660) | 414 | 5 |
| Capital Expenditure | (67) | (85) | (63) | (78) | (96) |
| **Free Cash Flow** | **-679** | **339** | **-684** | **574** | **506** |
| **% Change** | **-992.0%** | **NM** | **NM** | **NM** | **-11.9%** |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash & Equivalents | 1,141 | 1,703 | 3,232 | 3,992 | 4,682 |
| Trade Receivables | 67 | 70 | 102 | 65 | 32 |
| Other Current Assets | 2,212 | 3,116 | 3,011 | 3,053 | 3,533 |
| Property, Plant & Equipment | 170 | 196 | 215 | 268 | 336 |
| Other Non-Current Assets | 2,541 | 2,401 | 2,433 | 2,417 | 2,401 |
| **Total Assets** | **6,132** | **7,487** | **8,993** | **9,795** | **10,983** |
| Short-Term Debt | 27 | 0 | 330 | 330 | 330 |
| Other Current Liabilities | 893 | 909 | 352 | 323 | 335 |
| Long-Term Debt | 1,543 | 1,614 | 1,276 | 1,276 | 1,276 |
| Other Non-Current Liabilities | 233 | 223 | 208 | 208 | 208 |
| **Total Liabilities** | **2,697** | **2,745** | **2,167** | **2,138** | **2,150** |
| **Total Equity** | **3,435** | **4,742** | **6,826** | **7,657** | **8,833** |
| **Total Equity & Liabilities** | **6,132** | **7,487** | **8,993** | **9,795** | **10,983** |

* For full definitions of *iQ*method<sup>SM</sup> measures, see page 11.

## Company Sector

Internet/e-Commerce

## Company Description

Zillow Group (ZG) is the category leader for online real estate advertising with over 168mn average monthly unique users across multiple sites. Zillow operates the top two online and mobile real estate lead generating services Zillow.com and Trulia.com, as well as high growth segments in rentals and mortgage lead generation. We believe Zillow occupies a lucrative position in the market relative to competitors due to its dominant and growing share of user traffic and advertiser spending

## Investment Rationale

Given Zillow's massive real estate focused audience, we are positive on its ability to capture ad dollars and lead fees in home related markets such as real estate, rentals, and mortgage. As more dollars shift from offline to higher online ROI, Zillow is well positioned to capture the majority of real estate agents spend on online advertising. However, over the mid-term, we are concerned about headwinds to EBITDA on slowing IMT revenue and protracted ramp-up of the Homes business.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 589,591 |
| Shares / Common - Dual Listed | 1.00 |

## Quarterly Earnings Estimates

| | 2020 | 2021 |
|---|---|---|
| Q1 | -0.25A | 0.44A |
| Q2 | -0.17A | 0.44A |
| Q3 | 0.37A | 0.19E |
| Q4 | 0.41A | -0.02E |

## Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 100.00 | 85.00 |
| 2021E EPS | 1.12 | 1.02 |
| 2022E EPS | 1.61 | 1.45 |
| 2023E EPS | 3.22 | 2.61 |

# We see iBuying as risky & low return

The iBuyer model is a relatively new one to the real estate market and Zillow launched in 2018 under "Zillow Instant Offers". An iBuyer is a company that typically uses technology to buy homes directly from owners over the internet. The process is far simpler than a traditional real estate transaction. Instead of a potentially lengthy, complex and opaque process where the final selling price is uncertain, the iBuyer makes an offer on the home which is accepted or not. In exchange for the convenience and certainty of a quick transaction, a service fee of 5-10% is charged (vs. 4-6% for a traditional real estate transaction). The largest iBuyers in ranked order are Open Door (launched in 2014), Zillow, Offerpad (launched in 2015) and Redfin (launched in 2017). iBuyer transactions had grown significantly over the past several years to an estimated 51k homes bought by the top four competitors in 2021 (vs. 11k in 2018) but total transactions comprise less than 1% of the market.

**Exhibit 1: iBuyer total homes sold**
Total transactions have been growing at a strong pace



\*midpoint of company guidance
**Source:** Company reports, Visible Alpha, BofA Global Research

BofA GLOBAL RESEARCH

**Exhibit 2: iBuyer homes sold as a % of total existing home sales**
iBuying still represents a tiny portion of overall home sales



\*midpoint of company guidance
**Source:** Company reports, Visible Alpha, BofA Global Research, National Association of Realtors

BofA GLOBAL RESEARCH

While Zillow Offers has provided a significant boost to revenues (now 66% of sales from 50% in 2019) it also a very low margin (negative on an EBITDA basis) and capital intensive (usually funded through debt) business. Zillow has also had an inconsistent track record with its iBuying business and we are growing more concerned that revenue is likely to slow and margins could turn more negative. We are cutting our 2021-23 Zillow Instant Offers revenue estimates by 6/31/37% and we are now well below the Street.

**Exhibit 1: Zillow Instant Offers revenue estimates: BofA vs. the Street**
Our estimates are now well below the Street

| Homes Revenue | 3Q'21 | 4Q'21 | FY21 | 1Q'22 | 2Q'22 | 3Q'22 | 4Q'22 | FY22 | 1Q'23 | 2Q'23 | 3Q'23 | 4Q'23 | FY23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BofA | 1,480 | 1,293 | 4,245 | 1,122 | 1,119 | 1,184 | 1,228 | 4,653 | 1,290 | 1,287 | 1,361 | 1,412 | 5,351 |
| Street | 1,456 | 1,507 | 4,436 | 1,490 | 1,599 | 2,074 | 2,175 | 7,408 | 2,213 | 2,404 | 3,158 | 3,629 | 11,460 |
| Difference (BofA - Street) | 23 | (214) | (191) | (368) | (480) | (891) | (947) | (2,755) | (923) | (1,117) | (1,797) | (2,216) | (6,109) |

**Source:** BofA Global Research, Visible Alpha

BofA GLOBAL RESEARCH

# Zillow may be facing a demand, not just capacity, issue

We conducted a survey of 301 properties owned and listed by Zillow, which covers slightly more than 10% on the site and includes a proportional representation of all the markets where Zillow is operating. Within each market, we sampled an equal proportion of the newest and oldest listings to try to get a fair or non-biased representation of Zillow's portfolio. We measured average buying and selling price, days on the market, number of price cuts, and other key metrics that could provide insight on the health of Zillow's current home portfolio. At a high level, the findings from the sample suggest that Zillow may not just be facing operational or labor constraints given widespread price cuts across markets. We believe that Zillow could be facing a potential demand issue that is related either to its ability to value homes and/or an overall weakening in the markets where it's operating. As a result, Zillow's pause in home buying may be related to selling off inventory before trends worsen and not just clearing an elevated backlog, in our view.

### Pricing for homes ranges widely across markets

By geography, Zillow is fairly concentrated in a number of large metro areas and has the most exposure in the South (53% of Zillow owned homes) and the West (36%). Tampa, Atlanta and Phoenix alone accounted for 30% of all Zillow homes.

**Exhibit 4: Geography exposure by city for homes owned by Zillow**
Zillow is currently most concentrated in the South and West



*includes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
**Source:** Zillow, BofA Global Research

BofA GLOBAL RESEARCH

In terms of the initial listing price to home purchase price by Zillow, on average there was a 5% markup. This is lower than we would have expected given that iBuyers typically buy homes at a 5-10% discount to assessed value. By region, the largest markups were in the Southeast (6% and above) and the lowest in the West (sub 2% in many cities).



BofA GLOBAL RESEARCH

**Exhibit 5: Variance of starting sale price to purchase price**
On average Zillow marked up the price of the homes it purchased by 5%



*includes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
**Source:** Zillow, BofA Global Research

*BofA GLOBAL RESEARCH*

## Price cuts and long holding times appear to be common

Despite relatively modest markups from purchase price by Zillow, our sample showed widespread price cuts, averaging two per home. The highest number was in San Diego and Tampa (three each), which is somewhat concerning given that the Tampa area (we include Orlando and Jackson) accounts for 12% of homes owned by Zillow.

**Exhibit 6: Total number of days homes held versus average number of price cuts**
Unsurprisingly, the number of price cuts appears to be related to days held by Zillow



*includes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
***Includes time between sale to Zillow and listing and days on the market
**Source:** Zillow, BofA Global Research

*BofA GLOBAL RESEARCH*

## Zillow appears to be now selling many properties at a loss

Of the 301 houses we sampled, on average they are now priced at a 6% discount to the initial listing price. The biggest price cuts were in Tucson (-9%), Cincinnati (-9%), and Houston (-7%), while San Antonio (-4%) and Miami (-3%) experienced the smallest reductions.

**Exhibit 7: Variance of starting sale to current sale price**
Our sample show a 6ppt average price decrease from initial listing




*indudes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
**Source:** Zillow, BofA Global Research

*BofA GLOBAL RESEARCH*

On the whole, this translates to a (2)% current selling to purchase price discount across all of the homes we sampled. The biggest discounts were in Austin (-7%), Sacramento (-5%) and San Diego (-5%), while Zillow is selling at a 3% purchase to selling price premium in Atlanta. While we cannot infer that our sample results indicate that Zillow is selling at a loss on all its properties, the fact that on average over 10% appear to be priced negatively is a concern, in our view.

**Exhibit 8: Variance of current sale price to purchase price**
On average Zillow is pricing homes in our sample at a 2% loss and not induding holding and renovation costs



*indudes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
**Source:** Zillow, BofA Global Research

*BofA GLOBAL RESEARCH*



BofA GLOBAL RESEARCH

**Many of the house purchased by Zillow appreciated well above the market**

It is difficult to know exactly what is driving what appears to be pretty uneconomic pricing behavior in Zillow's owned home portfolio based on our sample, but there are at least two possible explanations. Relative to the Case Shiller home price index, it appears that Zillow has bought many houses that appreciated well above the market prior to purchase. For example, Case Shiller shows a 6% annual increase in Austin homes over the past five years, compared to a 27% annual increase for homes owned by Zillow since the last transaction (over a 4yr avg. period). Broadly speaking this could suggest that Zillow may be purchasing speculative houses that could be at risk for price deflation in a downturn.

**Exhibit 9: Annual price appreciation of homes purchased by Zillow compared to market averages\*\*\***
It appears that in nearly every market Zillow has purchased homes that have appreciated in price well above market averages



*\*includes Colorado Springs and Fort Collins*
*\*\*Includes Orlando and Jacksonville*
*\*\*\*Data for Houston and San Diego not available. For several cities where Case Shiller data is not available, the geographically closest city was substituted. This includes Fort Worth for Houston and San Antonio, Charlotte for Raleigh and Nashville, San Francisco for Sacramento and Cleveland for Cincinnati*
**Source:** *Zillow, BofA Global Research, Bloomberg*

*BofA GLOBAL RESEARCH*

**Weakening turnover for mid-to-low-end house could be a culprit**

We also believe that weakening home turnover at the mid-to-lower end of the market may be an issue. Since a peak in May 2021 when sales for homes priced $250-500k increased 48% YoY, turnover has declined to only 3% YoY growth. For homes priced $100-250k, the deceleration is much more stark, going from (2)% in May to (23)% in September. Given declining home affordability driven by home price appreciation, we do not expect this trend to improve and would not be surprised to see it impact homes priced in the $250-500k at a greater rate. Zillow typically transactions in homes priced in the $400k rang on range so this could be a growing risk.



**Exhibit 10: Existing home turnover by price point**
Demand for lower priced homes has decreased significantly



**Source:** NAR

BofA GLOBAL RESEARCH

**Exhibit 11: Average Current selling price for homes owned by Zillow**
Most of Zillow's homes tend to be at the mid-to-lower end of the market



*includes Colorado Springs and Fort Collins
**Includes Orlando and Jacksonville
**Source:** Zillow, BofA Global Research

BofA GLOBAL RESEARCH



BofA GLOBAL RESEARCH

# Price objective basis & risk

### Zillow (ZG / Z)

Our $85 price objective is based on 11x '22 IMT EBITDA estimate and 1x '22 Home & Mortgage revenue. Our IMT business multiple is in line with lead-gen peer LendingTree and our Home & Mortgage revenue multiple is below its closest peer OpenDoor which trades at a 2x multiple. We believe a lower multiple is warranted given inconsistent execution including the recent decision to pause home purchases until the end of 2021.

Downside risks are: 1) traffic cannibalization between Zillow properties, 2) new lawsuits again Zillow, 3) potential for multiple compression, 4) a U.S. housing market downturn, and 5) lack of profitability support for valuation.

Upside risks are: 1) faster-than-expected growth and S&M leverage, 2) Zillow Diggs monetization, 3) accelerated grow the in rentals market, and 4) new market expansion.

# Analyst Certification

I, Nat Schindler, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



BofA GLOBAL RESEARCH

**US - Internet Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | ACV Auctions | ACVA | ACVA US | Nat Schindler |
| | Alphabet | GOOGL | GOOGL US | Justin Post |
| | Alphabet | GOOG | GOOG US | Justin Post |
| | Amazon.com | AMZN | AMZN US | Justin Post |
| | Booking Holdings Inc | BKNG | BKNG US | Justin Post |
| | Carvana Co | CVNA | CVNA US | Nat Schindler |
| | Chewy Inc | CHWY | CHWY US | Nat Schindler |
| | DoorDash | DASH | DASH US | Michael McGovern |
| | Duolingo | DUOL | DUOL US | Nat Schindler |
| | Expedia | EXPE | EXPE US | Justin Post |
| | Facebook | FB | FB US | Justin Post |
| | Fiverr | FVRR | FVRR US | Nat Schindler |
| | LendingTree | TREE | TREE US | Nat Schindler |
| | Match Group | MTCH | MTCH US | Nat Schindler |
| | Netflix, Inc. | NFLX | NFLX US | Nat Schindler |
| | Overstock.com Inc | OSTK | OSTK US | Curtis Nagle, CFA |
| | Peloton | PTON | PTON US | Justin Post |
| | Shutterstock | SSTK | SSTK US | Nat Schindler |
| | Squarespace Inc | SQSP | SQSP US | Nat Schindler |
| | The RealReal | REAL | REAL US | Michael McGovern |
| | Twitter | TWTR | TWTR US | Justin Post |
| | Uber | UBER | UBER US | Justin Post |
| | Upwork Inc | UPWK | UPWK US | Nat Schindler |
| | Viant | DSP | DSP US | Nat Schindler |
| | Vroom Inc. | VRM | VRM US | Nat Schindler |
| | Wix.com | WIX | WIX US | Nat Schindler |
| | Xometry | XMTR | XMTR US | Nat Schindler |
| **NEUTRAL** | | | | |
| | 1stDibs.com | DIBS | DIBS US | Justin Post |
| | Airbnb | ABNB | ABNB US | Justin Post |
| | Cardlytics | CDLX | CDLX US | Nat Schindler |
| | eBay | EBAY | EBAY US | Justin Post |
| | Everquote | EVER | EVER US | Nat Schindler |
| | GoodRx | GDRX | GDRX US | Justin Post |
| | LegalZoom | LZ | LZ US | Nat Schindler |
| | Snap | SNAP | SNAP US | Justin Post |
| | Wayfair | W | W US | Curtis Nagle, CFA |
| **UNDERPERFORM** | | | | |
| | Redfin Corp | RDFN | RDFN US | Nat Schindler |
| | TripAdvisor | TRIP | TRIP US | Nat Schindler |
| | Trivago NV | TRVG | TRVG US | Nat Schindler |
| | Upstart | UPST | UPST US | Nat Schindler |
| | Wish | WISH | WISH US | Michael McGovern |
| | Zillow | ZG | ZG US | Nat Schindler |
| | Zillow | Z | Z US | Nat Schindler |



BofA GLOBAL RESEARCH

## *iQ*method *SM* **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQ*method *SM* is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQ*database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQ*profile *SM*, *iQ*method *SM* are service marks of Bank of America Corporation. *iQ*database ® is a registered service mark of Bank of America Corporation.



# Disclosures

## Important Disclosures

**Zillow A (ZG) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Zillow C (Z) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Technology Group (as of 30 Sep 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 234 | 67.44% | Buy | 149 | 63.68% |
| Hold | 64 | 18.44% | Hold | 39 | 60.94% |
| Sell | 49 | 14.12% | Sell | 24 | 48.98% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1973 | 59.66% | Buy | 1254 | 63.56% |
| Hold | 665 | 20.11% | Hold | 404 | 60.75% |
| Sell | 669 | 20.23% | Sell | 343 | 51.27% |

* Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.



FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.

BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Zillow A, Zillow C.

The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Zillow.

BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Zillow.

The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Zillow.

BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Zillow.

BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Zillow.

BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Zillow A, Zillow C.

The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: Zillow.

BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

**"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.**

*Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:*

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS



India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

BofA ESGMeter Methodology:

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's Environmental, Social and Governance-related attributes. The ESGMeter is intended to indicate a company's likelihood of experiencing stronger financial stability (higher return on equity and lower earnings and price volatility) over the next three years relative to peer group. There are three ESGMeter levels - Low, Medium, and High - which indicate whether a company has attributes most likely to translate into superior financial stability (in the case of a High level) or weaker financial stability (in the case of a Low level) over the next three years relative to its peer group. A Medium level suggests that a company exhibits ESG characteristics that are likely associated with financial stability results in line with its peer group over the next three years. Full details of our methodology, financial stability definition and disclaimers are available at BofA ESGMeter methodology. ESGMeter is not intended to be indicative of a company's future stock price performance and is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.

Copyright and General Information:

Copyright 2021 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.



BofA GLOBAL RESEARCH

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.



# EXHIBIT 20



**US MARKETS CLOSED**

▲ **DOW JONES** -0.65%    ▲ **NASDAQ** -1.65%    ▲ **S&P 500** -1.2%    ▲ **META** -2.11%    ▲ T

REAL ESTATE

# Zillow has listed a staggering 93% of the hundreds of Phoenix homes it owns at a loss

Alex Nicoll, James Rodriguez, Daniel Geiger, Natasha Solo-Lyons, Taylor Borden, Al Yoon, and
Hana R. Alberts   Oct 29, 2021, 8:25 AM PDT

↱ Share    🔖 Save



4kodiak/Getty Images

**Zillow paused buying homes for the rest of 2021, leading to questions about its flipping business.**

**We examined 224 Phoenix homes Zillow is selling and found 92.9% are listed for less than it paid.**

**The losses could point to larger issues for one of the biggest players in the hot "iBuying" space.**

## INSIDER TODAY  NEW LOOK

Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. **Read preview**



| Email address |
| sherwin.sabado@skadden.com |

**Sign up**

By clicking "Sign Up", you accept our <u>Terms of Service</u> and <u>Privacy Policy</u>. You can opt-out at any time.

Advertisement



SPONSORED CONTENT by Dell Technologies

**Bringing AI to your data can help your organization increase control and minimize risk. Here's how.**

Zillow <u>is listing more than half of the homes it owns in its key cities for less than it originally paid for them</u>, an Insider analysis found.

The most striking numbers come from Phoenix, which is also the birthplace of the iBuyer, or "instant buyer" strategy Zillow embraced until putting it on pause last week. The iBuyer division, called Zillow Offers, uses artificial intelligence to help determine the price it would pay for homes and has attracted sellers by allowing them to receive an offer almost immediately and offload their property almost entirely online.

Insider reviewed all the homes for sale by Zillow in the Phoenix metropolitan area as of October 27. Out of 224 homes, 208 — or 92.9% — were priced below what Zillow paid. The potential losses highlight the risks of the iBuyer business, which aims to buy and resell properties for a profit in a roller-coaster market.

After purchasing 5,661 homes across <u>25 metropolitan areas from Austin to Tucson</u> since the beginning of 2021, Zillow <u>announced on October 17</u> that it would stop buying homes for the remainder of 2021. Chief Operating Officer Jeremy Wacksman said the pause was because of "an operational backlog for renovations and closings" that he blamed on "a labor- and supply-constrained economy inside a competitive real estate market."

Advertisement

ADVERTISEMENT



**Create a better version o...**

SPONSORED CONTENT                **LEARN MORE** ▸

But Zillow still has to offload its existing inventory — and the high percentage of homes currently being marketed at a loss points to challenges for the property-tech giant.

Of the Phoenix homes Insider reviewed, 36.5% were listed for less than the company first paid for them from the outset. The rest received price cuts in the days and weeks after initially listing for above purchase price.

Only 16 homes were listed above Zillow's purchase price, and all of them were listed within the last two weeks, suggesting that those units too could fall into the red in coming weeks if Zillow is not able to sell them quickly.

**Related story**

**Zillow's chief economist shares why home flipping is still a doomed-to-fail strategy in this market — and 2 better approaches to take instead**

If the company were to sell all of its Phoenix homes right now at their list prices, it would lose $6.3 million. Phoenix is currently Zillow Offers' second-largest market, after Atlanta.

A spokesperson for Zillow said the company wouldn't comment on Insider's findings. Zillow is scheduled to announce its third-quarter earnings on November 2, including performance metrics for its Offers unit.

Advertisement

## Phoenix started out as a lucrative epicenter for iBuyers

While Zillow became a household name by compiling photo-filled property listings that daydreamers love to browse, the $25 billion firm has promised shareholders that iBuying would be a lucrative new frontier for the company.

It launched its iBuying arm in 2017 to use its vast trove of real-estate data to quickly buy, fix up, and sell homes for a profit. The pool of iBuyers snatching up properties across the US to resell is now teeming with competition, including from the SoftBank-backed Opendoor, the

residential brokerage Redfin, and Offerpad, <u>which went public in September</u>.

Zillow Offers' first two markets were Las Vegas and Phoenix . <u>Phoenix is an epicenter of iBuying</u> because its sunny year-round weather, active local economy, and homogenous housing stock provide reliable data points. Because there are dozens of comparable sales, or comps, across almost identical newly built subdivisions, the iBuyers' algorithms can usually predict a fair purchase price. As a result, iBuyers thrived, <u>picking up 7% market share as of 2019.</u>

## Phoenix prices have skyrocketed, making iBuying difficult

Phoenix is now the worst-performing of Zillow's five largest markets. This comes as Phoenix home price appreciation for September is the highest in the nation, with a 33% price increase through August, compared to a 19.8% increase nationwide, <u>according to the S&P CoreLogic Case-Shiller Indices.</u>

Advertisement

Zillow's median loss per home in Phoenix is almost $29,000. According to iBuying analyst Mike DelPrete, Zillow's woes aren't shared by its competitors, with the median Opendoor home in Phoenix priced $4,400 above what the company paid for it.

## Why did Zillow stop buying homes?

The company reported that it purchased 5,661 homes in the first half of 2021 and sold 4,051. In the second quarter of this year alone, Zillow bought 3,805 homes and sold more than 2,000 homes.

Zillow needs manual laborers to clean, repaint, and do light renovations to homes it buys before putting them back on the market. The company cited labor and supply shortages, as well as a backlog of homes that need to be sold, as reasons for halting its iBuying program.

But many suggested there were other motives at play, such as a faulty algorithm for home purchasing, as other iBuyers like Opendoor continue to buy homes in the face of the same environmental challenges.

**Read next**

REAL ESTATE

**Zillow's chief economist shares why home flipping is still a doomed-to-fail strategy in this market — and 2 better approaches to take instead**

REAL ESTATE

**Tech workers flush with cash are turning Miami's suburbs into the new Beverly Hills**

REAL ESTATE

**A record 550 cities now have average home values above $1 million**

# EXHIBIT 21

This document is being produced for the exclusive use of JACQUELINE LITTLE at SKADDEN ARPS SLATE MEAGHER FLOM. No redistribution.

**Bloomberg**                                                        **News Story**

11/01/2021    17:29:24 [BN] Bloomberg News

## Zillow Selling 7,000 Homes After Halt in Flipping Operation (2)

- Company recently stopped new offers in iBuying business
- Online listing giant has been buying thousands of homes

By Patrick Clark, Sridhar Natarajan and Heather Perlberg

(Bloomberg) –– Zillow Group Inc. is looking to sell about 7,000 homes as it seeks to recover from a fumble in its high-tech home-flipping business.

The company is seeking roughly $2.8 billion for the houses, which are being pitched to institutional investors, according to people familiar with the matter. Zillow will likely sell the properties to a multitude of buyers rather than packaging them in a single transaction, said the people, who asked not to be named because the matter is private.

A representative for Zillow didn't immediately comment.

The move to offload homes comes as Zillow seeks to recover from an operational stumble that saw it buy too many houses, with many now being listed for less than it paid. The company typically offers smaller numbers of homes to single-family landlords, but the current sales effort is much larger than normal.

If successful, the sale would make a dramatic dent in Zillow's inventory. The company acquired roughly 8,000 homes in the third quarter, according to an estimate by real estate tech strategist Mike DelPrete.



Zillow shares dropped 8.6% to $96.61 on Monday. The stock had slipped 22% this year through Friday after nearly tripling in 2020. The company is scheduled to report earnings on Tuesday.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is being provided for the exclusive use of MICHELLE LUO at SKADDEN ARPS SLATE MEAGHER FLOM. Not for redistribution.

# Bloomberg

Read more: Zillow's Zeal to Outbid for Homes Backfires in Flipping Fumble

Zillow recently said it would stop making new offers in its home–flipping operation for the remainder of the year, though it continues to close on properties that were already under contract. The decision came after the company tweaked the algorithms that power the business to make higher offers, leaving it with a bevy of winning bids just as home–price appreciation cooled off a bit.

An analysis of 650 homes owned by Zillow showed that two–thirds were priced for less than the company bought them for, according to an Oct. 31 note from KeyBanc Capital Markets.

"I think they leaned into home–price appreciation at exactly the wrong moment," said  Ed Yruma , an analyst at KeyBanc.

Zillow put a record number of homes on the market in September, listing properties at the lowest markups since November 2018, according to research from YipitData. It also cut prices on nearly half of its U.S. listings in the third quarter, according to Yipit, signaling that its inventory was commanding prices lower than it expected.

Read more: Cerberus Leads Wall Street Landlords Finding Hidden Homes to Buy

Led by Chief Executive Officer Rich Barton, Zillow is best known for publishing real estate listings online and calculating estimated home values - called Zestimates - that let users keep track of how much their property is worth. The popularity of the company's apps and websites fuels profits in Zillow's online marketing business.

But more recently it has been buying and selling thousands of U.S. homes, practicing a new spin on home–flipping called iBuying that seeks to offer sellers a better way of selling a home.

Zillow invites owners to request an offer on their house and uses algorithms to generate a price. If an owner accepts, Zillow buys the property, makes light repairs and puts it back on the market.

The company bought more than 3,800 houses in the second quarter, making progress toward its stated goal of acquiring 5,000 homes a month by 2024. The increase in purchases left the company struggling to find workers to renovate the properties.

Read more: Wall Street's Favorite Suburban Housing Bet Is Getting Crowded

Zillow and its chief iBuying competitors, Opendoor Technologies Inc. and Offerpad Solutions Inc., often sell homes to single–family landlords in the normal course of business. Investors bought roughly 9% of all homes Zillow sold in the first quarter of 2021, Bloomberg previously reported.

Investors have been buying single–family rental homes during the pandemic, chasing the inventory–starved housing market for properties they can buy and rent. That should help Zillow find buyers, said Rick Palacios, director of research at John Burns Real Estate Consulting.

"I bet Zillow can sell to single–family landlords at a profit given how hungry those groups are for inventory," he said.

*(Updates with quotes and context throughout. )*

---

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is being provided for the exclusive use of JACQUELINE LIEBsat SKADDEN ARPS SLATE MEAGHER & FLOM. Not for redistribution.

# Bloomberg

**News Story**

––With assistance from Gillian Tan.

To contact the reporters on this story:
Patrick Clark in New York at pclark55@bloomberg.net;
Sridhar Natarajan in New York at snatarajan15@bloomberg.net;
Heather Perlberg in Washington at hperlberg@bloomberg.net

To contact the editors responsible for this story:
Craig Giammona at cgiammona@bloomberg.net
Christine Maurus

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

# EXHIBIT 22

CONFIDENTIAL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

JEREMY JAEGER, Individually and on ) Case No.  2:21-CV-01551-TSZ
Behalf of All Others Similarly     )
Situated,                          )
                                   )
      Plaintiff,                   )
                                   )
    vs.                            )
                                   )
ZILLOW GROUP, INC., RICHARD        )
BARTON, ALLEN PARKER, AND JEREMY   )
WACKSMAN,                          )
                                   )
      Defendants.                  )
_____ )


VIDEOTAPED CONFIDENTIAL DEPOSITION OF DR.ZACHARY NYE

San Francisco, California

Thursday, April 16, 2024


REPORTED BY: Derek L. Hoagland

CSR No. 13445

Page 1

exists outside of the court context or the legal context   09:44:19

that economists could apply, or are they the same?   09:44:23

MR. MELANSON:  Objection to form.   09:44:28

THE DEPONENT:  Oh, no.  There are others.  Yeah,   09:44:28

there are other tests of market efficiency.  And sure,   09:44:33

other academics will think of new and fun ways to do it   09:44:36

down the road.  But this is the structure that I've   09:44:40

employed many times, and it's been found suitable for   09:44:42

establishing market efficiency for class certification   09:44:46

purposes in federal court.   09:44:48

BY MS. MILSTEAD:   09:44:50

Q.    So are you choosing these tests of efficiency,   09:44:54

then, because you believe that they're supported by case   09:44:56

law?   09:45:04

MR. MELANSON:  Objection to form.   09:45:07

THE DEPONENT:  Case law and economic theory and   09:45:08

empirical findings, generally speaking.   09:45:13

BY MS. MILSTEAD:   09:45:20

Q.    So you're applying the case law, but you believe   09:45:20

that the case law is generally consistent with economic   09:45:22

theory and findings and literature.  Is that correct?   09:45:26

MR. MELANSON:  Objection to form.   09:45:29

THE DEPONENT:  I do.   09:45:30

BY MS. MILSTEAD:   09:45:30

Q.    Okay.  So in paragraph 18, you say:   09:45:36

Page 30

"An empirical test of market efficiency is to examine price responsiveness to the release of new and material information about the company in question."

Do you see that?

A.    I do.

Q.    And so how are you defining new for purposes of this analysis?

A.    It would be information that is not currently embedded in the market price.  So if the market is efficient, it will reflect information, so only new information should influence the price of -- you know, down the road.

Q.    So if information influences the price, can you infer that it was new?

MR. MELANSON:  Objection to form.

THE DEPONENT:  It is -- if the market's efficient and the price moves upon the disclosure of -- or change in the information set, then it -- then I think that's evidence that the mark -- the information is new.  Of course, there's other ways to establish whether the mark -- information is new by examining the -- the historical record.

BY MS. MILSTEAD:

Q.    And can -- is -- is the converse true, can you infer if the market doesn't move in response to

Page 31

# EXHIBIT 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--oOo--

JEREMY JAEGER, Individully
and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

vs.                   No. 2:21-CV-01551-TSZ

ZILLOW GROUP, INC., RICHARD
BARTON, ALLEN PARKER, and
JEREMY WACKSMAN,

      Defendant.

_____/

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped Deposition of

JEREMY JAEGER

Thursday, April 4, 2024

Reported by:

SANDRA BUNCH VANDER POL, CSR No. 3032

RMR, CRR, CLR, RSA

Job No.:  CA 6600763

ROYAL PHILLIPS, a Veritext Company, (916) 379-5553

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A.      It varies.                                          09:19:16

Q.      Okay.                                               09:19:18

A.      I would say in 2012 I purchased -- say 2012         09:19:19
to 2015, '16, I purchased several existing homes.          09:19:29
Based on my Zestimate.                                      09:19:38

Q.      Do you still currently own those homes?            09:19:45

A.      I do.                                               09:19:48

Q.      Typically when you purchase a home, what do        09:19:49
you -- do you rent it out --                               09:19:55

A.      Yes.                                                09:19:57

Q.      -- as a rental property?                           09:19:57

A.      Uh-huh, correct.                                   09:19:59

Q.      Do you typically try to hold on to a home as       09:19:59
a -- as a property for a certain amount of years, or       09:20:04
what dictates how long you --                              09:20:08

A.      There is no specific strategy.                     09:20:09

Q.      Okay.  What would you say is the longest           09:20:11
period of time that you have held a home?                  09:20:15

A.      Hmm, I would say eight to ten years.               09:20:21

Q.      And so what kind of things are you                 09:20:23
considering when you decide to, I guess, offload or        09:20:28
sell a property?                                           09:20:33

A.      Several things to consider, but market             09:20:33
conditions being one of them.                              09:20:35

Q.      And what do you mean by that?                      09:20:37

Page 24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A.    If I bought a house for 150,000 and it was worth 350,000, I may choose to sell it.    09:20:40 / 09:20:44

Q.    And you said that you primarily -- you rely on -- or you refer to Zestimate?    09:20:48 / 09:20:56

A.    I -- I -- not as a joke.  I really truly did when I was buying those types of homes.    09:20:59 / 09:21:04

Q.    Okay.    09:21:07

A.    Because it's extremely accurate.    09:21:07

Q.    When do you -- when do you think you started using Zestimate?    09:21:09 / 09:21:12

A.    I would say on or around 2012.    09:21:15

Q.    If you don't mind -- and I can try to break up the small questions, but I will ask this first question.    09:21:22 / 09:21:27 / 09:21:30

      If you can kind of generally walk through your process between, you know, of how to select a home and then the whole process through purchasing the home.    09:21:30 / 09:21:32 / 09:21:36 / 09:21:39

A.    I mean, every -- every real estate investment is unique and individual.  So I could give you an example of one home.    09:21:41 / 09:21:45 / 09:21:49

Q.    Sure.    09:21:52

A.    So -- so I would say if I was looking at a single-family home to rent, I would take into consideration the age of the home.    09:21:53 / 09:22:05 / 09:22:07

Page 25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Arizona, in the Gilbert area.    09:23:32

Q.    Any particular reason why you started to look at homes in the Arizona area?    09:23:34    09:23:41

A.    California prices were increasing relatively rapidly, and I decided that when I was buying those homes, some of them were short sales, some of them were, you know, very well priced, and there was very little competition during that time because we were still in the recession or coming out of the recession -- or I guess I should say a recession period, where everything was still affected.    09:23:44    09:23:48    09:23:55    09:23:58    09:24:04    09:24:08    09:24:09    09:24:13

And when Blackstone came to town and started buying up large numbers of homes, everybody kind of got on the bandwagon, and I was -- at that time I was, you know, either the only offer or one of two offers, and it rapidly became eight offers, and I decided that -- that I was done at that time, and I started looking in other -- in other markets.    09:24:15    09:24:20    09:24:25    09:24:32    09:24:35    09:24:40    09:24:42

And Gilbert is a good town, good community, so I decided to look there, and I purchased, I believe, 12 homes down there.    09:24:46    09:24:49    09:24:52

Q.    And I think you said that you believe this estimate is pretty accurate?    09:24:56    09:24:59

A.    Uh-huh.    09:25:01

Q.    And you still maintain that belief today?    09:25:01

Page 27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A.      As of yesterday.                              09:25:04

Q.      Okay.  Great.                                 09:25:05

A.      I just bought a house -- or I'm in escrow on  09:25:08
a house right now.  And so I looked at Zestimate to   09:25:14
take into consideration when I was buying it.         09:25:20

Q.      Do you have a sense of what goes into         09:25:22
Zestimate, the component parts?                       09:25:25

A.      I am not familiar.  No, I would have no idea  09:25:27
what -- what their algorithm is are or how they come  09:25:29
up with that estimate.                                09:25:33

Q.      Okay.  And so fair to say that knowing their 09:25:34
pricing methodology is not that important to you?     09:25:39
What matters is that it's accurate; right?            09:25:44

A.      It's -- it's not a deciding factor.  It's    09:25:46
a -- it's something that is -- it's there, sitting    09:25:50
right there underneath the listing.  So it's          09:25:55
something that I look at.                             09:25:58

Q.      Right.  But my understanding -- my question  09:25:59
is that it's not -- you don't feel the need to        09:26:02
understand the methodology of the valuation in order  09:26:04
for you to use and rely on that number?               09:26:09

A.      I would not buy a property solely based on a  09:26:11
Zestimate estimate or any estimate that's on any form 09:26:17
of the Internet or anything.  I would do my own due   09:26:20
diligence to look at comps and other things.          09:26:22

Page  28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A.       Two parts to that.  One, I don't recall.    10:58:54

Two, the answer is, no, because I -- I have    10:58:57
always held more cash than my account value.  The    10:58:59
margin was simply out of convenience.    10:59:05

Because you can only -- just to be specific,    10:59:07
the way that my account was set up with TD Ameritrade    10:59:11
without -- I can't cuss on these -- without it being    10:59:15
difficult, I believe they put a cap, like 250,000 a    10:59:22
day that you could transfer, you know, from your    10:59:26
account into your -- like say your bank account into    10:59:28
the TD Ameritrade account.  And so, you know, if I    10:59:31
wanted to buy something, margin was convenient    10:59:35
because it's available versus going up and setting up    10:59:39
wires and wiring $2 million.  So that's probably --    10:59:42
probably what I did.    10:59:45

Q.     Okay.  And you see a few days later, on    10:59:47
May 4th, you began purchasing Zillow shares.  Do you    10:59:54
see that?    11:00:00

A.     I do.    11:00:02

Q.     Okay.  And if you -- I will represent, if    11:00:03
you add all that up, it comes out to -- you purchased    11:00:10
62,500 shares of Zillow stock on May 4th.    11:00:15

A.     Okay.    11:00:23

Q.     Any reason to doubt that?    11:00:24

A.     Based on the spreadsheet that you did and    11:00:28

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

provided, if that's what it says, then I have no   11:00:30

reason to doubt that.   11:00:33

Q.      Okay.  Do you recall and -- I'm sorry.   11:00:34

And I will also -- if you add up the total   11:00:40

outlay, that would come out to about $7.4 million in   11:00:43

Zillow stock.   11:00:50

A.      Okay.   11:00:51

Q.      Do you have any recollection as to why you   11:00:52

purchased such a significant amount on May 4th?   11:00:54

A.      I do not.   11:00:57

Q.      Would it be fair to say, if you're just   11:00:58

looking at this number, is that in the -- at least in   11:01:08

the May, April -- sorry, March, April, May time   11:01:12

period, that you believed Zillow was a good buy even   11:01:16

as the price was declining?   11:01:21

A.      I do not recall.   11:01:24

I recall being very excited about where I   11:01:27

thought the company was going and their $20 billion   11:01:35

market cap and their advantage, their overall   11:01:36

advantage, on what they were doing.  But other than   11:01:39

that, I don't -- I don't recall.   11:01:41

Q.      Okay.  But you wouldn't make a purchase that   11:01:43

you didn't think was a good buy; right?   11:01:47

A.      I wouldn't think so.   11:01:50

Q.      Did you ever sit in on earnings calls for   11:01:51

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Date.  Yes, that's what it says.  11:40:20

BY MR. HSIAO:  11:40:23

Q.     Do you recall why you decided to continue  11:40:24
buying 9,000 shares of Zillow stock?  11:40:26

A.     I don't.  11:40:33

Q.     Can you turn to -- this?  11:40:37

A.     Oh, the spreadsheet.  11:40:47

Q.     Yes.  11:40:48

A.     You're giving me too many documents here.  11:40:49
       All right.  Exhibit 9.  11:40:52
       All right.  Let me guess.  We're going to  11:41:04
November 2nd?  11:41:07

Q.     Yes.  Let's go there first, yeah.  11:41:08
       And so you see that the price that you  11:41:11
bought these shares for ranged from $86.50 to $87.95?  11:41:15
Do you see that?  11:41:24

A.     That's what it says.  11:41:26

Q.     Okay.  And if you flip back to the prior  11:41:27
page, you see that the -- the high price of Zillow  11:41:32
shares that you purchased for went as high as $137.35  11:41:43
on April 14th?  Do you see that?  11:41:49

A.     I do.  11:41:54

Q.     Okay.  And so it appears that you continue  11:41:56
to buy Zillow stock on November 2nd even though it  11:42:15
had declined by almost $50 from the prior price of  11:42:20

Page 114

previous acquisitions; is that correct?     11:42:27

A.     That's your opinion, yeah.  It looks like     11:42:29
it's accurate.     11:42:32

Q.     Okay.  Do you know why you -- you did that?     11:42:33

A.     I don't recall.     11:42:38

Q.     Did you think that Zillow was -- still must     11:42:39
have been -- you must have thought that Zillow was     11:42:42
still a good buy at that time, November 2nd; correct?     11:42:45

A.     I don't recall.     11:42:47

Q.     Well, you wouldn't buy something that you     11:42:48
wouldn't think was a good buy?     11:42:50

A.     I don't recall.     11:42:52

Q.     So you're saying that there was a chance     11:42:52
that you would have bought something even though you     11:42:54
knew it was not a good purchase?     11:42:56

        MR. GILMORE:  Object to form.     11:42:58

        THE WITNESS:  No, I would not buy something     11:42:59
that I thought was not a good purchase.     11:43:01

BY MR. HSIAO:     11:43:03

Q.     So it's fair to say -- I know you can't     11:43:04
recall, but it's fair to say that you likely thought     11:43:06
that on November 2nd it was -- buying Zillow was     11:43:08
still a good purchase -- a good purchase at that     11:43:13
price?     11:43:16

A.     I don't recall.     11:43:16

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q.        So your understanding is that they -- their    13:26:20

margins were improved by 2.8 percent because of    13:26:23

reduced costs in renovations and selling, is that --    13:26:27

is that consistent with how you're reading this?    13:26:31

        MR. GILMORE:  Object to form.    13:26:33

        THE WITNESS:  I believe so.    13:26:34

        MR. HSIAO:  Okay.    13:26:36

        THE WITNESS:  We're zooming in on this one    13:26:42

file, but I don't know what the rest of the document    13:26:45

says.  Yes.    13:26:47

BY MR. HSIAO:    13:26:48

Q.        (Reading) You can imagine more    13:26:48

            renovations as you have more    13:26:50

            density in the area for your    13:26:51

            renovations (end of reading).    13:26:53

A.        Yes, more homes in one location.    13:26:53

Q.        What does that mean to you?  You seem to --    13:26:55

A.        I will let you finish.  I shouldn't have    13:26:58

spoken.    13:27:00

Q.        No, no, go ahead.    13:27:00

        What's -- just out of quality, what does    13:27:01

that mean to you?    13:27:03

A.        Well, we didn't finish reading it because I    13:27:03

was rude.    13:27:07

            (Reading) You can imagine    13:27:07

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

renovations as you have more    13:27:08

density in the area for your    13:27:10

renovations and as you get better    13:27:11

and smarter about what needs to be    13:27:15

done, what the consumer is willing    13:27:16

to pay for (end of reading).    13:27:19

Q.    Okay.  So what is your understanding of what    13:27:20
he's -- he's saying there?    13:27:22

A.    Where I thought I was going -- or he was    13:27:27
going with it was that renovations -- if you have    13:27:29
more density in the area, I would think that that    13:27:34
would reduce your renovation costs.  If you have more    13:27:37
homes in one location versus paying somebody to drive    13:27:40
a half hour away to another location.  Right?    13:27:43

Q.    Yep.    13:27:45

A.    Because they have to cover that cost.  And I    13:27:46
didn't read the rest of the paragraph.    13:27:48

Q.    And so that's the part about density.    13:27:49

A.    Uh-huh.    13:27:53

Q.    And then there's a part about "...as you get    13:27:53
better and smarter about what needs to be done and    13:27:55
what the customer is willing to pay for."    13:27:58

A.    Yeah.  I mean, I would say if -- if you're    13:28:01
going to go put $10,000 worth of hardwood in your    13:28:04
kid's bedroom, you're probably not getting any value    13:28:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

for that on the resale.                                    13:28:13

Q.      Right.  Okay.  And so --                           13:28:15

A.      So they are trying to fine tune on what            13:28:17
flooring they are going to put in.  Are they going to      13:28:21
put carpet in the bedrooms, hardwood in the kitchen.       13:28:23

Q.      Right.                                             13:28:26

A.      What can they get -- their best bang for            13:28:26
their buck.                                                13:28:29

Q.      Right.  Right.  So, in other words, one way        13:28:29
to cut down on renovation costs is to be more              13:28:31
thoughtful about the projects that are being done?         13:28:35

A.      Yeah.  These guys know what they are doing.        13:28:38

Q.      And potentially -- and potentially reducing        13:28:40
the scope of those projects to whatever you think the      13:28:42
customer is actually going to pay for?                     13:28:46

A.      Yeah, and you're not going to put a $5,000         13:28:49
kitchen faucet in a $250,000 house.  You might put         13:28:51
one in a $10 million house, but....                        13:28:55

        MR. HSIAO:  All right.  You can put that one       13:29:01
away.                                                      13:29:02

        THE WITNESS:  Thank you.                           13:29:03

        MR. HSIAO:  Could you give me Tab 36.              13:29:15

        THE WITNESS:  Next quarter?                        13:29:32

        MR. HSIAO:  Yeah.                                  13:29:34

        THE WITNESS:  Thank you.                           13:29:35

Page 179

# EXHIBIT 24

# Exhibit B

Loss Analysis for Jeremy Jaeger - Zillow Group, Inc. (2)
** Class Period 02/10/21 - 11/02/21

| | | | PURCHASES | | | | | SALES | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 03/29/21 | 10 | $120.8000 | $1,208.00 | | 04/29/21 | 24,510 | $134.8000 | $3,303,948.00 |
| **Purchases** | 03/29/21 | 2,500 | $120.5000 | $301,250.00 | | | | | |
| | 03/29/21 | 2,500 | $120.0400 | $300,100.00 | | | | | |
| | 03/29/21 | 2,000 | $119.2000 | $238,400.00 | | | | | |
| | 03/29/21 | 2,000 | $119.2500 | $238,500.00 | | | | | |
| | 03/29/21 | 2,500 | $119.2000 | $298,000.00 | | | | | |
| | 03/29/21 | 2,500 | $119.0100 | $297,525.00 | | | | | |
| | 03/29/21 | 2,500 | $118.5000 | $296,250.00 | | | | | |
| | 03/29/21 | 3,000 | $118.3000 | $354,900.00 | | | | | |
| | 04/14/21 | 3,000 | $137.3500 | $412,050.00 | | | | | |
| | 04/16/21 | 1,300 | $135.5000 | $176,150.00 | | | | | |
| | 04/16/21 | 200 | $135.4800 | $27,096.00 | | | | | |
| | 04/16/21 | 400 | $135.4700 | $54,188.00 | | | | | |
| | 04/16/21 | 100 | $135.4600 | $13,546.00 | | | | | |
| | 05/04/21 | 10,000 | $121.0000 | $1,210,000.00 | | | | | |
| | 05/04/21 | 4,500 | $119.7500 | $538,875.00 | | | | | |
| | 05/04/21 | 500 | $119.6950 | $59,847.50 | | | | | |
| | 05/04/21 | 10,000 | $120.0000 | $1,200,000.00 | | | | | |
| | 05/04/21 | 4,989 | $118.7500 | $592,443.75 | | | | | |
| | 05/04/21 | 11 | $118.7200 | $1,305.92 | | | | | |
| | 05/04/21 | 5,000 | $118.3000 | $591,500.00 | | | | | |
| | 05/04/21 | 10,000 | $118.5000 | $1,185,000.00 | | | | | |
| | 05/04/21 | 5,000 | $118.0000 | $590,000.00 | | | | | |
| | 05/04/21 | 5,000 | $117.5000 | $587,500.00 | | | | | |
| | 05/04/21 | 5,000 | $117.2500 | $586,250.00 | | | | | |
| | 05/04/21 | 2,400 | $117.0000 | $280,800.00 | | | | | |
| | 05/04/21 | 100 | $116.9900 | $11,699.00 | | | | | |
| | 05/05/21 | 8,592 | $116.5000 | $1,000,968.00 | | | | | |
| | 05/05/21 | 408 | $116.4900 | $47,527.92 | | | | | |
| | 05/05/21 | 1,000 | $116.4600 | $116,460.00 | | | | | |
| | 05/05/21 | 5,000 | $115.0000 | $575,000.00 | | | | | |
| | 05/06/21 | 1 | $112.7500 | $112.75 | | | | | |
| | 05/06/21 | 5,000 | $108.7500 | $543,750.00 | | | | | |
| | 05/06/21 | 5,000 | $108.5000 | $542,500.00 | | | | | |
| | 05/12/21 | 3,000 | $109.2500 | $327,750.00 | | | | | |
| | 05/12/21 | 3,000 | $107.7500 | $323,250.00 | | | | | |
| | 05/12/21 | 7,500 | $107.5000 | $806,250.00 | | | | | |
| | 05/13/21 | 7,500 | $105.2500 | $789,375.00 | | | | | |
| | 08/06/21 | 3,128 | $101.3000 | $316,866.40 | | | | | |
| | 08/06/21 | 1,872 | $101.2700 | $189,577.44 | | | | | |
| | 08/12/21 | 2,500 | $98.8500 | $247,125.00 | | | | | |
| | 08/13/21 | 2,645 | $97.0000 | $256,565.00 | | | | | |
| | 08/13/21 | 5,000 | $96.8000 | $484,000.00 | | | | | |
| | 08/16/21 | 1,700 | $94.0000 | $159,800.00 | | | | | |
| | 08/16/21 | 2,745 | $93.9800 | $257,975.10 | | | | | |
| | 09/14/21 | 2,500 | $92.0000 | $230,000.00 | | | | | |
| | 09/24/21 | 2,940 | $90.9800 | $267,481.20 | | | | | |
| | 09/27/21 | 1,500 | $90.0000 | $135,000.00 | | | | | |
| | 09/27/21 | 2,000 | $89.5500 | $179,100.00 | | | | | |
| | 09/27/21 | 200 | $89.5400 | $17,908.00 | | | | | |
| | 09/27/21 | 300 | $89.5300 | $26,859.00 | | | | | |
| | 10/04/21 | 3,500 | $85.2000 | $298,200.00 | | | | | |
| | 11/02/21 | 4,000 | $87.9500 | $351,800.00 | | | | | |
| | 11/02/21 | 2,800 | $87.5000 | $245,000.00 | | | | | |
| | 11/02/21 | 2,200 | $86.5000 | $190,300.00 | | | | | |
| **Post Class Purchases** | | | | | | **Post Class Sales** | | | |
| | | | | | | *11/11/2021 | 4,000 | $66.2200 | $264,880.00 |
| | | | | | | *11/11/2021 | 6,000 | $66.2200 | $397,320.00 |
| | | | | | | *11/16/2021 | 5,000 | $65.3900 | $326,950.00 |
| | | | | | | *11/17/2021 | 10,000 | $65.1300 | $651,300.00 |
| | | | | | | *11/17/2021 | 27 | $65.1300 | $1,758.51 |
| | | | | | | *11/17/2021 | 24,973 | $65.1300 | $1,626,491.49 |
| | | | | | | *11/17/2021 | 25,000 | $65.1300 | $1,628,250.00 |
| | | | | | | *11/17/2021 | 25,000 | $65.1300 | $1,628,250.00 |
| | | | | | | *11/18/2021 | 50,031 | $64.6900 | $3,236,505.39 |

* On 11/11/21 movant actually sold 4,000 shares at $63.55 and 6,000 shares at $63.59.  On 11/16/21 movant actually sold 5,000 shares at $62.50.  On 11/17/21 movant actually sold 10,000 shares at $61.16, 27 shares at $60.15, 24,973 shares at $60.14, 25,000 shares at $60.10, and 25,000 shares at $60.30. On 11/18/21 movant actually sold 50,031 shares at $58.90.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of Z between 11/03/21 and 11/10/21, $66.22, between 11/03/21 and 11/15/21, $65.39, between 11/03/21 and 11/16/21, $65.13, and between 11/03/21 and 11/17/21, $64.69, respectively.

** Trades remain the same if the longer class period of 08/07/20 - 11/02/21 is applied.

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 174,541 | **Total Amt. Paid in CP** | $19,370,884.98 | **Total Shares Sold in CP** | 24,510 | **Total Amt. Sold in CP** | $3,303,948.00 |

**Total Shares Sold in CP** 24,510 **Total Amt. Sold in CP** $3,303,948.00

**Post CP Shares Sold** 150,031 **Post CP Amount Sold** $9,761,705.39

**Total Shares Sold to Current** 174,541 **Total Amt. Sold to Current** $13,065,653.39 **ALTERNATIVE**

**Actual Net Shares Acquired in CP** 150,031 **(CP Retained Shares)**

**Net Amount Paid in CP** $16,066,936.98

**Net Amount Paid in CP Minus Sold to Current Date** $6,305,231.59 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)** 150,031 Automatically 0 if Negative

**Net  Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $60.17

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $9,027,019.04

**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**

**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $16,066,936.98 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $7,039,917.94

**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $6,305,231.59 **ALTERNATIVE**