The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>May 30, 2024 |

This matter comes before the Court on the parties' Stipulated Motion to Amend Scheduling Order. Having reviewed the Stipulated Motion, and good cause appearing, it is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order, docket no. 119, is GRANTED and the case schedule is hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Leave to Amend Complaint | July 5, 2024 | July 5, 2024 |
| Fact Discovery Motion Cut-off | N/A | October 20, 2024 |
| Completion of Fact Discovery | September 20, 2024 | November 20, 2024 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | July 31, 2024 | December 6, 2024 |
| Exchange of Rebuttal Reports | N/A | January 31, 2025 |
| Exchange of Reply Report | N/A | February 28, 2025 |
| Completion of Expert Discovery | N/A | March 14, 2025 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to File Dispositive Motions and Daubert Motions  The parties may each file only one dispositive motion and one consolidated Daubert motion. The consolidated Daubert motion may be the length of a dispositive motion. The parties must indicate which portions of any consolidated Daubert motion are necessary for resolution of dispositive motions. **The Daubert and dispositive motions must be noted for June 20, 2025.** | October 17, 2024 | March 28, 2025 |
| Oppositions to any Dispositive or Daubert Motions | December 19, 2024 | May 16, 2025 |
| Replies to any Dispositive or Daubert Motions | February 7, 2025 | June 25, 2025 |
| All motions *in limine* must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | April 17, 2025 | July 20, 2025 |
| Agreed Pretrial Order due | May 16, 2025 | August 25, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | May 16, 2025 | August 25, 2025 |
| Pretrial conference to be held at 10:00 a.m. on ____ | May 22, 2025 | September 4, 2025 |
| Trial Date | June 2, 2025 | September 15, 2025 |

**IT IS SO ORDERED.**

DATED: June 5, 2024

THOMAS S. ZILLY  
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER – 2  
No. 2:21-cv-01551-TSZ

HAGENS BERMAN