The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:** JUNE 14, 2024 |

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

I, Steve W. Berman, declare as follows:

1.     I am the Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman" or "Lead Counsel"), which represents the Court-appointed Lead Plaintiff Jeremy Jaeger ("Lead Plaintiff"). *See* ECF No. 61. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2.     I submit this declaration in support of Lead Plaintiff's Reply in Support of Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, filed concurrently herewith.

3.     Attached as **Exhibit A** is a true and correct copy of the Expert Reply Report of Zachary Nye, Ph.D., dated June 7, 2024.

4.     Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the May 30, 2024 deposition of Faten Sabry, Ph.D.

5.     Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the April 4, 2024 deposition of Lead Plaintiff Jeremy Jaeger.

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June 2024, in Seattle, Washington.

By: /s/ *Steve W. Berman*
Steve W. Berman

DECLARATION OF STEVE W. BERMAN – 1
No. 2:21-cv-01551-TSZ

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX