# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:21-cv-01551-TSZ

CLASS ACTION

EXPERT REPLY REPORT OF ZACHARY NYE, PH.D.

June 7, 2024

**Table of Contents**

I. Background and Qualifications ............................................................................1

II. Scope of Engagement .......................................................................................2

III. Bases for Opinions ..........................................................................................2

IV. Dr. Sabry Has Adopted an Incorrect and Overly Narrow Interpretation of Plaintiff's Allegations in This Matter..................................................................3

V. Dr. Sabry Fails to Demonstrate a Lack of Price Impact Associated With the Alleged Corrective Disclosures...........................................................................20

    i.    Alleged Corrective Disclosures on October 17–18, 2021 ...........................20

    ii.   Alleged Corrective Disclosures on October 31–November 1, 2021 ...........32

    iii. Alleged Corrective Disclosures on November 2, 2021 ...............................51

VI. The Lack of Statistically Significant Stock Price Declines Following the Post-Class Period *Business Insider* and *The Wall Street Journal* Articles Does Not Undermine Price Impact....................................................................................71

## I.      Background and Qualifications

1.      Previously in this matter, I submitted the Expert Report of Zachary Nye,

Ph.D., dated March 14, 2024 (the "Nye Report"), in which I opined that:

> i.   The markets for Zillow's Class A common stock ("Class A stock") and
>      Zillow Class C capital stock ("Class C stock")[1] were efficient during the
>      period August 5, 2021 through November 2, 2021, inclusive (the "Class
>      Period").[2]
>
> ii.  Damages under §10(b) ("Section 10(b)") of the Securities Exchange Act
>      of 1934 ("Exchange Act"), and Rule 10b-5 promulgated thereunder by
>      the SEC, for investors who purchased or otherwise acquired Zillow stock
>      during the Class Period, can be calculated using a methodology that is
>      common to all members of the Class and in a manner that is consistent
>      with Plaintiff's theory of liability.[3, 4]

2.      My qualifications are contained in ¶1 of the Nye Report.  My curriculum

vitae, which includes my academic research, publications in the past ten years, and

prior expert testimony in the past four years, is attached hereto as Exhibit 1.

3.      My current hourly rate is $990.  I have received assistance from individuals

at SCG, who worked under my direction; their fees charged for this project are their

standard hourly rates.  Neither my compensation nor that of any individual at SCG

is contingent on the outcome of this litigation.

---

[1] Herein, the Class A stock and the Class C stock are referred to collectively as "Zillow stock."

[2] Nye Report, §VI.

[3] Nye Report, §VII.

[4] The claims in this action are set forth in the Corrected Consolidated Class Action Complaint, dated May 12, 2022 (the "Complaint").

## II.    Scope of Engagement

4.    I now have been retained by Counsel for Lead Plaintiff Jeremy Jaeger ("Plaintiff") in this matter to reply to the Expert Report of Fatan Sabry, Ph.D., dated April 26, 2024 (the "Sabry Report").[5, 6]  I have also been asked to respond to certain portions of Defendants' Opposition To Lead Plaintiff's Motion For Class Certification, dated April 26, 2024 ("Opposition to Class Certification"), to the extent any portions are relevant to my opinions in the Nye Report.

## III.    Bases for Opinions

5.    My opinions are based upon my professional knowledge and experience, my review of documents and information relevant to this matter, and the analyses described in this Report and the Nye Report.   Documents, data, and other information that I have relied upon as bases for my opinions are cited in this Report and the Nye Report.  Such documents and information are typically relied upon by financial experts in securities class actions and by financial economists in their research.

---

[5] Dr. Sabry was deposed in this matter on May 30, 2024 (the "Sabry Deposition").

[6] Dr. Sabry does not dispute my opinion that the markets for Zillow's Class A and Class C stock were efficient during the Class Period. (*See* Sabry Report, ¶70; Sabry Deposition, 72:10–73:12.)  In fact, she "assumed that Zillow's stock prices behaved consistently with securities trade [*sic*] in an efficient market." (*Ibid*.)  Nor does Dr. Sabry dispute my opinion that damages under Section 10(b) can be calculated using a methodology that is common to all members of the Class and in a manner that is consistent with Plaintiff's theory of liability. (*See* Sabry Deposition, 74:23–75:7, "Q … [T]o the extent a court finds there is price impact, and to the extent a court does find there was artificial inflation, you are not disputing that the out-of-pocket methodology could calculate damages with a common methodology?  A No; no, I am not disputing that.  It could.")

6.      Counsel for Plaintiff has informed me that the record in this matter continues to be developed and that fact discovery is ongoing.  To the extent they are relevant, I would expect to review additional information that may become available through discovery as well as the reports and depositions of other expert witnesses.  The opinions offered in this Report are subject to refinement or revision based on continuing analysis of the documents and information listed above, as well as new or additional information that may be provided to or obtained by me in the course of this matter.

## IV.    Dr. Sabry Has Adopted an Incorrect and Overly Narrow Interpretation of Plaintiff's Allegations in This Matter

7.      Dr. Sabry does not dispute that the alleged corrective disclosures caused statistically significant declines in the prices of Zillow stock on: October 18, 2021; November 1–2, 2021; and November 3, 2021.[7, 8, 9]  Nor has she identified any

---

[7] *See* Sabry Report, Appendix III. *See also* Sabry Deposition, 75:8–76:17 (testifying that she does not dispute that Zillow stock experienced a statistically significant price decline on October 19, 2021, November 1, 2021, November 2, 2021, and November 3, 2021).

[8] It is my understanding that Plaintiff is no longer pursuing October 4, 2021 as an alleged corrective event date for purposes of establishing loss causation and damages.  (*See, e.g.*, Motion for Class Certification, p. 4.)  Thus, herein, I do not address Dr. Sabry's price impact opinions regarding the October 4, 2021 disclosures.

[9] While Dr. Sabry did not conduct her own event study, she "refer[s] to the results from the Nye Report in assessing whether the stock price reaction following news was statistically significant." (Sabry Report, ¶76.)  Dr. Sabry also claims that she "replicated the event study analysis in the Nye Report and identified an error in the implementation of the methodology." (Sabry Report, footnote 90.)  According to Dr. Sabry, "Dr. Nye applied the methodology inconsistently when testing for the

-3-

disclosures unrelated to the information alleged to be corrective that could have contributed to these price declines.[10]  Nonetheless, Dr. Sabry opines, *inter alia*, that "the four alleged corrective disclosures identified in the Complaint did not have

---

price reactions on October 18, 2021, November 1, 2021 to November 2, 2021 or November 3, 2021 because he did not re-estimate the market model prior to these alleged disclosures." (*Ibid.*)  However, as explained in the Nye Report:

> [I]n order to prevent the disclosure of the alleged relevant truth concealed by Defendants' alleged misrepresentations and omissions from contaminating my normal return measure, and in turn my estimate of abnormal return volatility, the Control Period used for each event subsequent to the first alleged corrective event is the calendar year immediately preceding October 4, 2021.

(Nye Report, Appendix A, ¶2.)  Dr. Sabry also uses an alternative formula for calculating the confidence levels associated with the Company-specific returns estimated during the Class Period.  However, her unfounded "recalculation of the event studies" has a negligible effect on the empirical results, and in no way alters my opinions expressed in the Nye Report. (*See* Sabry Report, Appendix III.  *See also, e.g.*, Sabry Deposition, 167:9–14, "Q Did your modified event study change the results of Dr. Nye's event study in any sort of meaningful way?  A It corrected two issues that I think should have been corrected.  The results on [October 18, 2021] is [*sic*] the same.")  Dr. Sabry also asserts that the industry index used in my event study (*i.e.*, the Dow Jones Internet Composite Index, which is similar to the index Zillow compared its stock price performance to in its SEC filings) "would not capture changes to Zillow's stock price associated with changes with news regarding the iBuying industry."  (Sabry Report, ¶78.)  Tellingly, however, Dr. Sabry's so-called "corrected" event study uses the very same industry index used in the Nye Report.  (*See* Nye Report, Appendix A, ¶4, and "Appendix III" to Dr. Sabry's document production.)

[10] *See* Sabry Report, ¶¶44–46, 123–135 (regarding October 18, 2021); ¶¶47–49, 136–155 (regarding November 1–2, 2021); and ¶¶50–51, 156–168 (regarding November 3, 2021).  *See also* Sabry Deposition, 175:11–17 (regarding October 18, 2021); 206:21–5 (regarding November 1–2, 2021); and 215:11–21 (regarding November 3, 2021).

price impact attributable to the alleged misstatements" (*i.e.*, there is no evidence of "'back-end' price impact").[11]

8.      According to Dr. Sabry, her "methodology for assessing price impact combines quantitative and qualitative analyses to evaluate the market reaction to each alleged misstatement and corrective disclosure."[12]  However, given that each of the alleged corrective disclosures elicited a statistically significant stock price decline when made, Dr. Sabry eschews the quantitative evidence and instead focuses on her qualitative assessment of price impact, which "evaluates whether the alleged corrective disclosure **matches** the economic content as [*sic*] the alleged misstatements, and evaluates the reactions of equity analysts to the release of new information about the Company."[13]

9.      At her deposition, Dr. Sabry clarified that her "matching component analysis" hinges on her "assess[ment of] whether or not the analysts themselves connected the contents of the corrective disclosures to the prior challenged statements or the alleged misstatements."[14]  She further clarified that, in order for her qualitative assessment to result in a "match," an analyst report must "address issues about the valuation of pricing overlays or a reduction in the scope [of

---

[11] Sabry Report, ¶63.  *See also* Opposition to Class Certification, pp. 2–3, 11–21.

[12] Sabry Report, ¶64.

[13] Sabry Report, ¶64 (emphasis added).

[14] Sabry Deposition, 92:25–93:9.

renovations] as one of their reactions to … the alleged corrective disclosure."[15]  In other words, Dr. Sabry's methodology for assessing price impact consists of simply tallying the reasons analysts cited for Zillow's stock price declines on the alleged corrective disclosure dates, and then leaping to the conclusion of "no price impact" unless they explicitly discussed Zillow's use of pricing overlays and/or the Company's reduced scope of renovations.

10.     Yet, Dr. Sabry provides no basis whatsoever for her unfounded prerequisite that a corrective disclosure must have explicitly revealed that "Zillow applied overlays to its pricing model or reduced the scope of renovations," in order for the alleged misrepresentations to have had price impact during the Class Period.[16] Indeed, Dr. Sabry implicitly assumes that corrective information must "take a particular form or be of a particular quality, such that it be a mirror image tantamount to a confession of fraud."[17, 18]  On the contrary, it is my understanding

---

[15] Sabry Deposition, 106:25–107:2.

[16] *See* Sabry Report, ¶127 (regarding October 18, 2021); ¶139 (regarding November 1–2, 2021); and ¶157 (regarding November 3, 2021).

[17] *Pelletier v. Endo International PLC*, 338 F.R.D. 446, 483 (E.D. Pa. 2021), quoting *Pearlstein v. BlackBerry Ltd.*, No. 13-7060, 2021 WL 253453, at *18 (S.D.N.Y. Jan. 26, 2021).

[18] Dr. Sabry's mirror-image standard is further evidenced by her opinion that "the allegedly concealed facts—Zillow's use of overlays to increase offer prices and its reduction of renovation project scope to cut costs—were not actually revealed to the market until after the Class Period when *Business Insider* and *The Wall Street Journal* articles on November 9 and November 17, respectively, discussed these allegations." (Sabry Report, ¶170.)  Similarly, Exhibits 10, 12, and 13 to the Sabry Report list the "reasons identified by equity analysts" for each of the alleged corrective disclosures.  In each of these exhibits, Dr. Sabry tallies a count of "0" for

that a corrective disclosure "need not precisely mirror the earlier misrepresentation."[19]

11.    Moreover, Dr. Sabry fails to consider that, under Plaintiff's theory of liability, the alleged corrective events, which revealed that Zillow had: (i) "been unable to predict future pricing of homes to a level of accuracy that ma[de] [Zillow Offers] a safe business to be in";[20] (ii) "significantly overpaid for homes and would need to take write-downs of approximately $569 million because Zillow expected to sell the homes in its inventory for significantly less than it had purchased them

---

her "Reduction to the Scope and Pricing for Contractors" and "Valuation Model Pricing Overlay" categories, thereby implying that these topics must have been explicitly addressed by analysts for the disclosure to be considered corrective under Dr. Sabry's methodology.

[19] *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 790 (9th Cir. 2020). *See also Lloyd v. CVB Fin. Corp.*, 811 F.3d 1200, 1210 (9th Cir. 2016) (disclosure must simply "relate back to the misrepresentation"; it "need not precisely mirror the earlier misrepresentation"); *Alaska Elec. Pension Fund v. Flowserve Corp.*, 572 F.3d 221, 230 (5th Cir. 2009) (same); *Pub. Emps. Ret. Sys. of Mississippi, Puerto Rico Tchrs. Ret. Sys. v. Amedisys, Inc.*, 769 F.3d 313, 321 (5th Cir. 2014) (corrective disclosure "must make the existence of the actionable fraud more probable than it would be without that alleged fact, taken as true") (citing *In re Williams Sec. Litig. – WCG Subclass.*, 558 F.3d 1130, 1140 (10th Cir.2009) (to be corrective, a disclosure need only relate back rather than precisely mirror earlier misrepresentation)); *Spitzberg v. Houston Am. Energy Corp.*, 758 F.3d 676, 688 (5th Cir. 2014) (corrective disclosures "'make the existence of the actionable fraud more probable than it would be without that alleged fact (taken as true)'"); *Schott v. Nobilis Health Corp.*, 211 F. Supp. 3d 936, 950 (S.D. Tex. 2016) (correctives must be related to or relevant to alleged misrepresentations but need not precisely mirror them); *Parmelee*, 2018 WL 276338, at *6 (same); *Delaware Cnty. Emps. Ret. Sys. v. Cabot Oil & Gas Corp.*, No. CV H-21-2045, 2022 WL 3227584, at *10 (S.D. Tex. Aug. 10, 2022) (same).

[20] Complaint, ¶171.

for";[21] and (iii) "a backlog in renovations and operational capacity constraints" caused by "an admittedly difficult labor and supply chain environment,"[22] are clearly foreseeable consequences of the alleged misstatements, omissions, and misconduct.

12.     Specifically, Plaintiff alleges that:

> after the first quarter of 2021, Zillow knew it was not meeting its home purchasing goals.  As a result, Zillow launched an initiative it called "Project Ketchup" … in an effort to speed up the pace of home purchases.  Instead of following its algorithms and disclosed pricing models and process, Zillow instead simply applied systematic "overlays" to drive up offers well above the price indicated by its algorithm and pricing analysts to increase offers and boost volume. These overlays caused Zillow to significantly overpay for thousands of homes.[23]

According to Plaintiff, the higher offer prices resulting from these overlays "had their intended effect" and "quickly dr[ove] up home purchasing volume."[24]  Plaintiff further alleges that, "in the Spring of 2021, in another undisclosed effort to drive volume, Zillow significantly decreased the scope of its renovations, as well as the prices it paid to contractors to complete those renovations."[25]  As a result, contractors "began declining jobs and refusing to work for the Company,"[26] which "creat[ed] a massive backlog of renovation jobs that it could not complete, which in

---

[21] Complaint, ¶170.

[22] Complaint, ¶¶165, 172.

[23] Complaint, ¶100.  *See also* Complaint, ¶17.

[24] Complaint, ¶18.

[25] Complaint, ¶20.

[26] Complaint, ¶21.

turn impeded Zillow's ability to quickly resell homes and drove up its holding costs."[27]

13.    Rather than admitting the alleged truth, Defendants' statements during the Class Period created the allegedly false and misleading impression that: (i) "Zillow had successfully strengthened its pricing model to more carefully predict and react to market trends";[28] (ii) "the growth of and demand for Zillow Offers was organic and based upon Zillow's frequently-discussed and highlighted algorithm and pricing models";[29] and (iii) "Zillow Offers' favorable margins were the result of durable and sustainable operational and cost improvements."[30]    As alleged, "Defendants concealed the broader, more complicated, human-driven process implemented by Project Ketchup, as well as the resultant 'offer calibration' practice, and instead created the misleading impression that Zillow was still advancing its automation efforts."[31]    In addition, Defendants' "statements about 'durable operational improvements' were [allegedly] misleading because Zillow could not sustain its cost cuts, which had caused contractors to de-prioritize or refuse Zillow's renovation jobs."[32]

---

[27] Complaint, ¶27.

[28] Complaint, ¶25.

[29] Complaint, ¶187.  *See also* Complaint, ¶24.

[30] Complaint, ¶187.

[31] Order on Motion to Dismiss, December 7, 2022 ("MTD Order"), p. 13.

[32] MTD Order, p. 13.

14.     Consistent with Plaintiff's allegations, over the course of the alleged corrective events, investors learned, *inter alia*, that: (i) Zillow was pausing new home purchases "[d]ue to a backlog in renovations and operational capacity constraints";[33] (ii) the majority of the Company's home inventory was listed below its purchase price;[34] (iii) Zillow was looking to sell its portfolio of homes below listing price to institutional buyers, signaling that it was "potentially exiting the home flipping business";[35] and (iv) the Company would "wind down" Zillow Offers and recognize up to $569 million in charges due to the Company's "[inability] to accurately forecast future home prices."[36]  Under Plaintiff's theory of liability, these events "were a direct, proximate, and foreseeable result of Defendants' materially false and misleading statements and omissions of material fact."[37]

---

[33] *PR Newswire*, "At Operational Capacity, 'Zillow Offers' to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021, 8:00 AM.  *See also Bloomberg News*, "Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping," October 17, 2021 (Sunday), 12:05 PM.  *See also* Complaint, ¶¶164–166; 221–225.

[34] KeyBanc Capital Markets, "Zillow Group, Inc., Z: Volatile iBuying Trends, Earnings Risk," October 31, 2021.  *See also* Complaint, ¶¶167–169, 226–230.

[35] Barclays, "Zillow, Inc., Handing Over the Keys on iBuying?" November 1, 2021, 5:08 PM.  *See also Bloomberg News*, "Zillow Selling 7,000 Homes for $2.8 Billion After Flipping Halt," November 1, 2021, 2:45 PM.  *See also* Complaint, ¶¶167–169, 226–230.

[36] *PR Newswire*, "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," November 2, 2021, 4:05 PM.  *See also* Complaint, ¶¶170–174, 231–238.

[37] Complaint, ¶217.

15.     For example, in October 2021, the Company blamed its home-buying pause on "a labor- and supply-constrained economy inside a competitive real estate market, especially in the construction, renovation and closing spaces."[38]  Under Plaintiff's theory of liability, however, the renovations backlog and capacity constraints were a direct and foreseeable result of Zillow "reducing the scope of renovations and cutting prices it was willing to pay contractors," thereby "exacerbating a backlog of renovations and idle home inventory."[39]

16.     Likewise, in November 2021, when the Company announced that it would wind down Zillow Offers, Defendants cited "unpredictability in forecasting home prices."[40]  As alleged, however, the Company's losses on home purchases leading up to the wind-down were a direct and foreseeable result of the fact that "Zillow was simply slapping overlays on top of its model outputs in an effort to drive higher volumes,"[41] combined with "non-durable and unsustainable" operational changes that were "compounding the negative financial impact of overpaying for homes through Zillow Offers."[42]  Furthermore, while knowing that the success of Zillow

---

[38] *PR Newswire*, "At Operational Capacity, 'Zillow Offers' to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021, 8:00 AM.

[39] Complaint, ¶187(e).

[40] *PR Newswire*, "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," November 2, 2021, 4:05 PM. *See also* Complaint, ¶¶170.

[41] Complaint, ¶153.

[42] Complaint, ¶¶187(c), 187(e).

Offers hinged on the Company's ability to "accurately predict home values,"[43] Defendants allegedly misled investors "to believe that Zillow had successfully strengthened its pricing model to more carefully predict and react to market trends when, in truth, it was simply increasing offers to make its volume targets, without regard to the manner in which the market was moving."[44]

17.     Dr. Sabry ignores all of these allegations, asserting instead that Zillow's decision to pause and eventually shut down Zillow Offers was a "strategic decision" that was "consistent with contemporaneous macro-economic evidence from the construction labor market."[45]   However, Dr. Sabry's conclusions are inconsistent with and seek to rebut Plaintiff's allegations regarding "loss causation—a causal connection between the defendants' alleged misrepresentations and the plaintiff['s] economic losses,"[46] which I understand to be premature at this stage of the litigation.[47]   Indeed, without the benefit of fact discovery, Dr. Sabry is simply assuming that the Company's decision to pause and then wind down Zillow Offers was entirely unrelated to the alleged misrepresentations.[48]

---

[43] Complaint, ¶9. *See also* Complaint, ¶¶74–80.

[44] Complaint, ¶25.

[45] Sabry Report, ¶¶63(b)(ii), 64(d)(iv). *See also* Opposition to Class Certification, p. 3.

[46] *Halliburton II*, 134 S. Ct. at 2406 (internal quotations omitted).

[47] *Erica P. John Fund, Inc. v. Halliburton Co.*, 563 U.S. 804 (2011).

[48] *See* Sabry Deposition, 21:24–22:13; 179:19–180:11.

18.    Dr. Sabry also opines that "the alleged misstatements on August 5 and September 13, 2021 had no price impact on Zillow's common stock at the time the statements were made" (*i.e.*, there is no evidence of "'front-end' price impact").[49] However, the absence of a statistically significant stock price increase on alleged misstatement dates is inconclusive with respect to price impact, given my understanding that such statements are alleged to be false and misleading, in part, due to Defendants' omission of material facts that served to artificially maintain the prices of Zillow stock.[50]  Notably, a paper published by Dr. Sabry's employer, NERA Economic Consulting, explains that "one would not expect the stock price to move when defendants did not make a statement, so there is no reason to examine the stock price at the time of an alleged omission."[51,52]  Similarly, "a misstatement that confirms prior market expectations would not be expected to result in a price

---

[49] Sabry Report, ¶54.  *See also* Opposition to Class Certification, pp. 2–3, 9–11.

[50] *See., e.g.*, Complaint, ¶¶151–160; 181–196; Lead Plaintiff's Motion for Class Certification, pp. 19–20.

[51] Tabak, David, 2004, "Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," NERA Economic Consulting, working paper, pp. 1–16 ("Tabak (2004)") at 6.

[52] *See also* Sabry Deposition, 124:7–10 ("If it's only a price maintenance -- a price maintenance theory, and there is [*sic*] only omissions, it's -- then one would look at the back end."); and Sabry Deposition, 127:12–20:

> If really the omission is meant to hide bad information from the stock, and the company says positive new information to the market, it could be, in general, and not specific to this case, it could be that the stock would react positively to the -- to this news at the time, or it could be that the stock does not react.

-13-

movement."[53]  This is because, "[a]s a general proposition, modern finance theory holds that the market price of a stock reflects the expected discounted value of future cash flows to equity holders.  Thus, new information that causes the market to significantly alter its expectation of future cash flows will cause a prompt repricing of the stock to reflect the new expectations."[54]  But false assurances that maintain the status quo, by definition, do nothing to alter investor expectations of future cash flows, and will not induce a price reaction.  Accordingly, the lack of a statistically significant market reaction to the alleged misrepresentations on August 5 and September 13, 2021 (or to pre-Class Period disclosures on May 4 and June 15, 2021) says nothing about the price impact of what Defendants allegedly failed to disclose on these dates.

---

[53] Torchio, Frank, 2009, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law*, Vol. 35:1, pp. 159–168 ("Torchio (2009)"), at 160. *See also id.* at p. 164 ("[C]are must be taken when conducting an event study of an alleged misrepresentation to ensure that the misrepresented information does not merely confirm or coincide with prior market expectations.  This is because significant stock price reactions are not expected in an efficient market when alleged misstatements merely confirm the market's prior expectations."); and Tabak (2004) at 6 ("If the case involves a misstatement, plaintiffs may be able to show that the stock price moved up in response to the false information.  Unfortunately, this is not always even possible.  For example, suppose a company was expected to earn fifty cents a share but actually only earned forty cents.  If the company falsely announces earnings of forty-five cents, the market will be disappointed and the stock price will fall, even though the company has overstated its earnings.  Thus, stock price evidence to support an allegation of loss causation based on an inflated purchase price will only be readily available in cases where the defendant makes an affirmative misstatement relative to market expectations.").

[54] Torchio (2009), p. 160.

-14-

19.     Dr. Sabry further opines that "the absence of a statistically significant positive price reaction following the alleged misstatements is an indication of that [*sic*] the alleged misstatements were not relevant to the value of the company at the time they were made."[55]  Citing to select commentary in a handful of analyst reports, she claims that "equity analysts expressed skepticism that the rate of growth in Zillow Homes was desirable, given the inherent risks in the business model."[56]  However, Dr. Sabry ignores the abundance of analyst commentary that directly "point[s] to [Defendants' alleged misstatements] as a key catalyst to delivering profitability for the [Homes] segment."[57]

20.     Specifically, analysts had an overwhelmingly positive reaction to Defendants' alleged misstatements on August 5, 2021, which included, *inter alia*:

- Statements in the Company's shareholder letter that "[t]he record number of homes purchased was more than double that of Q1 2021 and is a direct reflection of the customer value proposition, the progress we have made in strengthening our pricing models and automation when providing offers to customers.  These drivers resulted in rapid gains in our customer conversion rate."[58]

- Defendant Parker's statements that "'[w]e made progress this quarter in improving our pricing models, including launching the neural Zestimate, which sharpened our offer strength' and that '[t]hese improvements drove

---

[55] Sabry Report, ¶99.

[56] Sabry Report, ¶102, citing statements by Bank of America, Barclays, Berenberg and KeyBanc.

[57] Berenberg, "Zillow Group, Inc., Strong Q2; on track to deliver LT targets," August 6, 2021.

[58] Complaint, ¶151 (emphasis removed).  *See also* Sabry Report, ¶¶31, 34.

rapid gains in conversion rates in Q2 when compared to Q1, resulting in record purchases, more than catching up to our pre-pandemic pace.'"[59]

- Defendant Parker's statement that "the 353 basis point improvement from a year ago in renovation, holding and selling costs, were largely durable operational improvements."[60]

21. Indeed, analysts attributed Zillow's surprise ramp in home purchases to improved pricing models, increased customer demand, and better-than-expected unit economics from the renovation process improvements touted by Defendants. For example:

- **Barclays**: "Homes segment guide was well ahead (+74% or $645m) as **improved pricing models and increased seller interest** helped more than double inventory at quarter end, positioning the segment to continue to scale."[61]

- **Benchmark**: "We also suspect there was some incremental concern around how quickly Zillow Offers was ramping in a very uncertain outlook housing market but the speed of inventory turns in a tight supply scenario suggests **a firm handle on the buy-box and an effective algorithm** in a situation where ibuyer was not supposed to succeed."[62]

- **Berenberg**: "The second item was that the company is back on track to purchase 5k homes per month and generate annual revenue of $20bn within 3-5 years. **Importantly, the company highlighted that its pricing model for Homes was improving**.

---

[59] Complaint, ¶152 (emphasis removed). *See also* Sabry Report, ¶32.

[60] Complaint, ¶157 (emphasis removed). *See also* Sabry Report, ¶37.

[61] Barclays, "Zillow, Inc., IMT Growth, Homes Economics May Normalize From Here," August 6, 2021, 2:13 AM (emphasis added).

[62] Benchmark, "Zillow Group, Inc., Better Than Feared as ZO Defies Expectations," August 6, 2021 (emphasis added).

We point to that as a **key catalyst to delivering profitability** for the segment."[63]

- **BofA Global Research**: "Zillow was surprisingly able to purchase 3,805 homes in 2Q (significantly higher than our ests.) as Homes segment showed third consecutive quarter of **positive unit economics** …."[64]

- **Canaccord**: "**Updated Zestimate valuation model drives record inventory expansion**: Homes revenue of $777M came in 4% ahead of CGe and well above the upper end of guidance, growing ~71% y/y. Zillow purchased a record 3,805 homes in Q2 and sold 2,086, ending the quarter with 3,142 homes in inventory, more than double the 1,422 homes in inventory at the end of Q1. **This momentum was driven in part by Zillow's revamped Zestimate home valuation model**, which now puts extra weight on attributes of homes and allows for more granularity at the asset level, resulting in heightened conversion rates from requested offers to signed agreements. Homes segment adj. EBITDA of ($29M) was ahead of the guidance range of ($62M)- ($52M), and **Zillow Offers unit economics improved** ~27bps sequentially to 576bps and was once again well above its internal guardrails of -200 to 200 bps, reflecting both stronger-than-anticipated home price appreciation and **ongoing operational improvements** through automation, experience, and scale."[65]

- **Craig Hallum**: "What a difference a quarter makes. Exiting Q1, Zillow accumulated a smaller than anticipated portfolio of homes, reacting more slowly to housing market volatility than it anticipated. The company righted the ship in a hurry, acquiring nearly 4K homes in Q2, doubling last quarter. … Macro uncertainty remains but an **evolving platform** allows Zillow to capitalize. The housing industry is undergoing a massive boom, with prices moving up at a double-digit pace, fueled by low rates and supply constraints. That said, **the company has been nimble**

---

[63] Berenberg, "Zillow Group, Inc., Strong Q2; on track to deliver LT targets," August 6, 2021 (emphasis added).

[64] BofA Global Research, "Zillow, 2Q beat and Homes gaining traction; Lowering PO to $125; Reit. Underperform," August 6, 2021, 1:22 AM (emphasis added).

[65] Canaccord Genuity, "Zillow Group, Homes segment gathers momentum," August 5, 2021, 11:19 PM (emphasis added).

**in adapting to the evolving market conditions by leveraging its technology advantages.  One important element has been the Zestimate, which serves as a live offer for some sellers**."[66]

- **Evercore**: "While macro conditions may cause the segment to revert towards its +/- 200bps guardrail guide, we continue to see ZG well positioned within the iBuying market and should continue seeing efficiencies, especially around CACs and its **pricing and renovation strategies**."[67]

- **JMP**: "Homes acquired doubled Q/Q on **improving demand**: Zillow sold 2,806 (+45.2% Y/Y) homes in the quarter resulting in revenue of $777 million (+71% Y/Y) coming in 3.5% ahead of consensus expectations.  Importantly, Zillow acquired 3,805 homes in 2Q (+105% Q/Q) **aided by improvements to its core pricing models** that account for home price appreciation and greater workflow automation tools.  Given greater inventory and **continued high consumer demand**, Zillow Homes 3Q revenue guidance came in 50%+ higher than our prior projections.  Zillow Homes once again delivered **better-than-expected unit economics** with an average return on homes sold before interest of 5.75% in the quarter on **operational improvements** and home price appreciation, although we look for this return to normalize back to the company's long-term target range of +/- 200bps as early as 2Q."[68]

- **Piper Sandler**: "Homes Segment Rebounds in 2Q: ZG recently updated its ZOffers algorithm to adapt to a rapidly changing market after guiding down 2Q Homes revenue.  We wrote about this recently and it appears **the updates seem to be working**

---

[66] Craig-Hallum, "Zillow Group, Inc., Zillow Accelerates Investments In iBuyer. Maintain BUY Rating, Lowering Price Target To $135," August 6, 2021 (emphasis added).

[67] Evercore ISI, "Zillow Group Inc., The Quantum Of Gross Profit," August 6, 2021, 4:53 AM (emphasis added).

[68] JMP, "Zillow Group, Inc., Improved Execution at Homes as IMT Continues to Deliver Connects; Reiterate MO Rating," August 6, 2021 (emphasis added).

(LINK).  ZG bought 3,805 homes during 2Q, over 2x the amount purchased in 1Q21 and the most since 3Q19 at 2,291."[69]

- **Truist**: "Zillow's 2Q exceeded expectations on all the metrics, driven by tailwinds from a robust housing market and strong execution.  While core PA continues to benefit from strong housing and improved monetization, we're also encouraged by **durable gains in home acquisition and renovation costs** as well as improved pace of transactions, evidenced by segment gross margin, unit economics and 3Q segment outlook."[70]

- **Wedbush**: "Zillow created **a much more flexible and therefore faster Offers model which is driving the step-up in purchases**. Offers guidance for 3Q resulted in ~2x our total revenue estimate in the quarter and with over 3,800 homes purchased in 2Q Zillow reaffirmed its confidence to hit its 2018 3-5 year target of purchasing 5,000 homes per month."[71]

22.    Dr. Sabry's front-end price impact analysis also ignores disclosures of confounding negative information on the alleged misstatement dates.  For example, as described in the Nye Report, on August 5, 2021, the Company disclosed a "mix of information," including that "the Company's 3Q 'IMT guidance disappointed' and '3Q Mortgage revenue [was] guided … 10% below [the] Street.'"[72]  Dr. Sabry

---

[69] Piper Sandler, "Zillow Group, Inc., 2Q Wrap: ZOffers Segment Outlook Improves; Raising Estimates," August 5, 2021, 11:37 PM (emphasis added).

[70] Truist Securities, "Zillow Group, Inc., Housing Strength Drives Solid 2Q; 3Q Outlook Points to Strong Acceleration in iBuyer," August 6, 2021 (emphasis added).

[71] Wedbush, "Zillow Group, Inc., Zillow 360 Ties The Room Together," August 6, 2021 (emphasis added).

[72] Nye Report, Exhibit 12, p. 70, citing Oppenheimer, "Zillow Group, Guidance Suggests Slowdown in Core Business; iBuyer Trending in the Right Direction," August 8, 2021, 6:50 PM.  *See also, e.g.*, Barclays, "Zillow, Inc., IMT Growth, Homes Economics May Normalize From Here," August 6, 2021, 2:13 AM; Craig-Hallum, "Zillow Group, Inc., Zillow Accelerates Investments In iBuyer. Maintain

fails to consider, let alone quantify, the impact such disclosures had on Zillow's stock prices, and whether such disclosures could have offset a positive stock price reaction to the alleged misstatements.

23.    In sum, Dr. Sabry's analyses fail to demonstrate that the alleged misstatements and omissions had no impact on Zillow's stock prices during the Class Period.  As discussed further below, when properly interpreted, there is strong evidence that the alleged misstatements and omissions did indeed have price impact during the Class Period.

## V.    Dr. Sabry Fails to Demonstrate a Lack of Price Impact Associated With the Alleged Corrective Disclosures

### i.    Alleged Corrective Disclosures on October 17–18, 2021

24.    On Sunday, October 17, 2021, *Bloomberg* reported that Zillow would "stop pursuing new home purchases as it works through a backlog of properties already in its pipeline."[73]  A spokesperson for Zillow reportedly stated, "We are beyond operational capacity in our Zillow Offers business and are not taking on additional contracts to purchase homes at this time ….  We continue to process the purchase of homes from sellers who are already under contract, as quickly as possible."[74]  Before market open on Monday, October 18, 2021, Zillow issued a press release

---

BUY Rating, Lowering Price Target To $135," August 6, 2021; RBC Capital Markets, "Zillow Group, Inc., PA: No PA bogeyman with significant iBuying upside, raising estimates," August 6, 2021, 4:23 AM.

[73] *Bloomberg News*, "Zillow Pauses Home Purchases as Snags Hit Tech-Powered Flipping," October 17, 2021, 12:05 PM.

[74] *Ibid*.

confirming that its "Zillow Offers business [would] not sign any new, additional contracts to buy homes through the end of the year."[75]  According to the Company, the pause was "[d]ue to a backlog in renovations and operational capacity constraints."[76]  In the press release, then-COO Wacksman stated: "We're operating within a labor- and supply-constrained economy inside a competitive real estate market, especially in the construction, renovation and closing spaces ….  We have not been exempt from these market and capacity issues."[77]

25.    Following these disclosures, on October 18, 2021, Zillow's Class A and Class C stock suffered statistically significant price declines of -10.47% and -10.52%, respectively, net of market and industry effects.[78]

26.    News outlets attributed the decline in Zillow's stock prices on October 18, 2021 to the Company's announcement that it would pause new home purchases. For example:

- **The Wall Street Journal**: "Zillow Group shares slipped after the online real-estate company told Bloomberg that it won't purchase homes for the rest of the year, saying that it was 'beyond operational capacity.'"[79]

---

[75] *PR Newswire*, "At Operational Capacity, 'Zillow Offers' to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021, 8:00 AM.

[76] *Ibid*.

[77] *Ibid*.

[78] *See* Nye Report, Exhibits 11B, 11D; Sabry Report, Appendix III.

[79] *The Wall Street Journal*, "Zillow, State Street, Valneva, Upstart: What to Watch in the Stock Market Today; Zillow shares were down after reports that it would stop

- *Reuters*: "Shares of Zillow Group Inc hit over a year's low on Monday after the online real estate firm said it would pause buying houses this year, as labor shortages and supply disruptions hamper timely sales of renovated properties."[80]

- *Benzinga.com*: "Online real estate listing platform Zillow Group Inc (NASDAQ: Z) is reportedly pausing its iBuying program through at least the end of 2021 after the company purchased more than 3,800 homes in the second quarter.  The stock dropped more than 7% on Monday morning after Bank of America analyst Nat Schindler said the pause underscores the high degree of uncertainty in the iBuyer model, and management's guidance and commentary surrounding its Homes segment will now be a critical part of the company's third-quarter earnings report."[81]

- *Business Insider News*: "The bad news started rolling in October 17, when [Zillow] announced that it would stop buying homes for the remainder of 2021.  Jeremy Wacksman, its chief operating officer, said it was because of 'an operational backlog for renovations and closings' that he blamed on 'a labor- and supply-constrained economy inside a competitive real estate market.'  That move sent the stock plummeting, as investors had bet on Zillow Offers as a big driver of company revenue."[82]

- *Dow Jones Institutional News*: "Zillow Group sent its own stock plummeting and a shock through the broader 'iBuyer' market after

---

buying homes this year; Valneva soared on its vaccine test results," October 18, 2021, 9:32 AM.

[80] *Reuters*, "Zillow shares slip as it pauses homebuying on labor, supply crunch," October 18, 2021, 10:24 AM.

[81] *Benzinga.com*, "Why Zillow Homebuying Halt 'Might Be Beneficial' In The Near-Term," October 18, 2021, 11:32 AM.

[82] *Business Insider News*, "Zillow is reportedly looking to sell 7,000 homes as its homebuying unit hits turbulence," November 1, 2021, 5:09 PM.

it said it won't sign new contracts on homes through the end of the year."[83, 84]

27.    Dr. Sabry does not dispute that the alleged corrective disclosures were the cause of the statistically significant stock price declines on October 18, 2021.  Nor has she identified any other cause for the declines in the prices of Zillow stock on October 18, 2021.[85]  Instead, she argues that the "Bloomberg article and the October 18 Zillow press release do not have price impact" for the following reasons:

---

[83] *Dow Jones Institutional News*, "Zillow Halts Buying New Homes Until Year-end -- Barrons.com," October 18, 2021, 3:45 PM.

[84] *See also, e.g.*, *Bloomberg News*, "Zillow Tumbles After Online Real Estate Giant Pauses Home Buying," October 18, 2021, 6:49 AM; *Dow Jones Institutional News*, "Zillow Reportedly Has Halted Home Purchases. The Stock Is Sliding. -- Barrons.com," October 18, 2021, 5:03 AM; *Dow Jones Institutional News*, "Zillow Shares Drop 11% After Pausing Home Buys Through December," October 18, 2021, 10:04 AM; *Business Insider*, "Zillow tumbles 11% after halting home purchases through year-end as it works through a renovation backlog made worse by staffing shortages," October 18, 2021, 11:42 AM; *Barron's*, "Zillow Stock Is Slumping After It Halted Home Buying in 2021.  Opendoor Is Gaining," October 18, 2021, 2:11 PM; *Bloomberg First Word*, "Zillow Drops After Pausing U.S. Home Purchases on Backlog," October 18, 2021, 6:01 AM; *Investing.com*, "Zillow Tanks on Suspending New Home Purchases Through 2021," October 18, 2021; *Business Insider News*, "Zillow tumbles 11% after halting home purchases through year-end as it works through a renovation backlog made worse by staffing shortages," October 18, 2021, 11:42 AM; *Benzinga.com*, "Why Zillow Shares Are Tumbling Today," October 18, 2021, 9:07 AM.

[85] *See* Sabry Report, ¶¶123–135.  *See also* Sabry Deposition, 165:3–21:

Q … You don't dispute that Plaintiffs have alleged that the October 17th, 2021 Bloomberg article and the October 18 Zillow press release were corrective disclosures as alleged by Plaintiffs, correct?

A Correct, it's alleged by Plaintiffs, yes.

Q You don't dispute that on October 18, 2021 Zillow's stock decreased by a statistically significant amount, correct?

i. They "did not reveal alleged misrepresentations that Zillow applied overlays to its pricing model or reduced the scope of renovations and decreased payments offered to contractors, let alone attribute the pause to those actions."[86]

ii. "Zillow's attribution of the renovation backlog to larger labor and supply shortages was consistent with macroeconomic conditions at the time."[87]

iii. "[N]o equity analysts reported or speculated that Zillow had created a 'pricing overlay.' Additionally, no equity analysts attributed the pause in purchases to Zillow's alleged reduction to the scope of renovations or reduced payments to contractors."[88]

28.    With respect to Dr. Sabry's first and third reasons for why there is no back-end price impact associated with the October 18, 2021 price decline—*i.e.*, because Defendants did not admit, and analysts did not infer, that Zillow applied overlays to its pricing model and/or reduced the scope of renovations—virtually identical arguments underpin her conclusions regarding the November 1–2, 2021 and

---

…

A Correct.

Q And when I say Zillow stock, you understand I am referring to both Zillow Class A class and Zillow Class C stock, correct?

A Correct.

*See also* Sabry Deposition, 175:11–17:

Q Is it fair to say that the analyst reports that were -- came out on October 18, 2021 were focused on the October 18th announcement that Zillow Offers was pausing its home acquisitions, and the reasons for the pause?

A Yes, they were ….

[86] Sabry Report, ¶127. *See also* Sabry Report, ¶63(b)(i).

[87] Sabry Report, ¶128. *See also* Sabry Report, ¶63(b)(ii).

[88] Sabry Report, ¶131. *See also* Sabry Report, ¶63(b)(iii). *See also* Opposition to Class Certification, pp. 14–15.

-24-

November 3, 2021 prices declines.[89]  As discussed above, however, Dr. Sabry is clearly predicating her price impact opinions on what I understand to be an erroneous assumption that corrective information must "take a particular form or be of a particular quality, such that it be a mirror image tantamount to a confession of fraud."[90]  On the contrary, it is my understanding that a corrective disclosure "need not precisely mirror the earlier misrepresentation."[91]

29.    Dr. Sabry's price impact opinion is also skewed by her adoption of an incorrect and overly narrow view of Plaintiff's theory of liability.  Indeed, Dr. Sabry fails to consider that, while Zillow may have blamed the home buying pause on "a labor- and supply-constrained economy inside a competitive real estate market,"[92] under Plaintiff's theory of liability, the renovations backlog and capacity constraints were a direct and foreseeable result of Zillow "reducing the scope of renovations

---

[89] *See* Sabry Report, ¶63(b)(i) and (iii) (regarding alleged corrective disclosures on October 17–18, 2021); Sabry Report ¶63(c)(i) and (iii) (regarding alleged corrective disclosures on October 31–November 1, 2021); and Sabry Report, ¶63(d)(i) and (ii) (regarding alleged corrective disclosures on November 2, 2021).

[90] *Pelletier v. Endo International PLC*, 338 F.R.D. 446, 483 (E.D. Pa. 2021), quoting *Pearlstein v. BlackBerry Ltd.*, No. 13-7060, 2021 WL 253453, at *18 (S.D.N.Y. Jan. 26, 2021).

[91] *Supra* footnote 19, citing *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 790 (9th Cir. 2020).

[92] *PR Newswire*, "At Operational Capacity, 'Zillow Offers' to Focus on Signed Customer Contracts and Current Inventory; Suspends Signing of New Contracts Through 2021," October 18, 2021, 8:00 AM.

and cutting prices it was willing to pay contractors," thereby "exacerbating a backlog of renovations and idle home inventory."[93]

30.     With respect to Dr. Sabry's opinion that Zillow's decision to pause Zillow Offers was a "consistent with macroeconomic conditions at the time,"[94] she asserts that "[i]n 2021, the construction industry in the United States faced labor shortages in addition to customer demand for home services following the COVID-19 pandemic."[95]  However, as Dr. Sabry concedes, such labor shortages existed prior to the start of the Class Period.[96]  Nevertheless, from the start of the Class Period, Defendants assured investors that the Company was seeing "improvements" in renovation costs.[97]  Such statements allegedly "created the false and misleading impression that Zillow Offers' favorable margins were the result of durable and sustainable operational and cost improvements."[98]  According to the Complaint,

_____

[93] Complaint, ¶187(e).

[94] Sabry Report, ¶128.

[95] Sabry Report, ¶128.

[96] *See, e.g.*, Sabry Report, ¶128.  *See also* Sabry Deposition, 188:2–190:4.

[97] *See, e.g.*, Complaint, ¶184 (quoting Defendant Parker, on August 5, 2021, "attribut[ing] a significant portion of Zillow Offers' financial performance in the quarter to, among other things, improvements in the segments' renovation costs…."); ¶192 (quoting Defendant Wacksman on September 13, 2021, as stating "*But some of those unit economic improvements are durable, right.  The work we're doing on more dynamic renovation, the work we're doing on selling costs as our Homes brokerage improvements roll out more gradually, you're going to see us book those improvements as unit economic savings to the unit and be able to pass those back onto the customer and eventually to the bottom line*.") (emphasis in original).

[98] Complaint, ¶187.

"Defendants' statements were further materially false and misleading" because Zillow's "renovation cost-cutting" and "squeeze on contractors" had already led to contractors "deprioritizing Zillow renovations or declining jobs altogether."[99] "In turn, an increasing number of homes sat idle and Zillow built up a substantial backlog of homes that needed to be renovated," which "impacted Zillow's ability to quickly sell its homes, thereby increasing its costs and causing Zillow to lose money."[100]

31.     Dr. Sabry also ignores that, following news that the Company would be pausing Zillow Offers, a spokesperson for Zillow's "biggest" iBuying competitor, OpenDoor, said it was "open for business and continues to scale and grow."[101] Thus, rather than being "consistent with macroeconomic conditions at the time,"[102] investors were "surpris[ed]" by the pause and attributed it to Company-specific reasons such as "poor planning" and "mismanagement."  For example, *Dow Jones* wrote:

> The pause seems to be a case of poor planning -- a surprising lapse for a company that has been in the online real-estate business for nearly 17 years.  Rather than a cash issue, Zillow is saying it experienced supply constraints having to do with on-the-ground workers and vendors.  Leave it to a technology company to develop an algorithm to predict home values, but mismanage the human aspect of its business.

---

[99] Complaint, ¶187(c).

[100] *Ibid*.

[101] *Dow Jones Institutional News*, "Zillow Gets Outplayed at Its Own Game -- Heard on the Street," October 18, 2021, 6:00 AM.

[102] Sabry Report, ¶128.

To add insult to injury, Zillow's biggest competitor seems to be handling high volumes just fine. Opendoor Technologies said it is "open for business and continues to scale and grow," noting it has worked hard over the past seven years to ensure it can continue to deliver as it expands. …

Rather than flip out, iBuying investors may want to look at Zillow's news as an opportunity for its competitors. Opendoor is now active in 44 markets, including all but two of Zillow's 25 markets. Zillow's pause therefore spells a golden opportunity for Opendoor. …

Zillow's mismanagement also highlights a key strength for smaller competitor Offerpad Solutions. …

But the news is also a signal that investors may want to start to tread more lightly around what has thus far been a banner year for the sector. The reality is that iBuyers have incredible amounts of market data, can plan acquisitions and inventory months in advance and have a number of levers to pull to slow or accelerate the business, according to Mike DelPrete, a real estate tech strategist and scholar-in-residence at the University of Colorado Boulder. Given that, it is unusual that Zillow's pause happened so suddenly and across all its markets. …

Thus far, no other major iBuyer has said it was pausing new acquisitions this year. As Mr. DelPrete notes, it is possible Opendoor and Offerpad began to slow their own buying commitments as the market started to change, while Zillow missed the signs. More likely, Zillow, which has consistently prophesied what it calls the "Great Reshuffling" amid a permanence in remote work, just neglected to do its own reshuffling on the ground.[103, 104]

---

[103] *Dow Jones Institutional News*, "Zillow Gets Outplayed at Its Own Game -- Heard on the Street," October 18, 2021, 6:00 AM.

[104] *See also* Sabry Deposition 197:8–15:

Q So even though Zillow Offers was pausing operations due to purported macro-economic conditions, OpenDoor was publicly touting that it was open for business and continued to serve customers, correct?

A As of that moment in time, yes.

32.    Analysts also questioned whether Zillow's need to "slam the brakes entirely on new offers" suggested "deeper challenges" within the Company, such as a "kink in the algorithm," particularly when its competitors were "not seeing any impact."[105] For example:

- **Zelman & Associates**: "[R]eaching the point of needing to slam the brakes entirely on new offers is concerning, as opposed to becoming more selective as the challenges began to permeate, or veering away from the most impacted geographies. In our view, the abruptness has undertones of managerial, operational and execution issues, and suggests that its unit economics could be facing significantly more pressure than anticipated. …

  In hindsight, we could have connected the dots more tangibly between the abundant challenges in the homebuilding sector and the renovation-related headwinds in the iBuyer space. That said, an outright acquisition halt is extreme and unexpected regardless of the market challenges and we do not believe its competitors will follow suit.

  Supply-Side Challenges are Visible, but Why All or Nothing? While the pressures faced by the largest builders indicate how widespread the headwinds are, the suddenness of Z's announcement still strikes us as suggesting deeper challenges. For instance, we do not believe labor and material constraints are equally severe in every market, yet new acquisitions are being halted universally across its footprint. In short, we do not believe pausing and restarting on a company-wide basis can be a sustained strategy for a business intended to act as a market maker, and we do not think management would have gone this route absent a tangible cause for concern. …

  How temporary or permanent the pause could be will be a major focus of its 3Q21 earnings call, as will whether the pause is tied to

---

[105] *See* Zelman & Associates, "Zillow Group, Acquisition Pause Signals Operational Challenges," October 19, 2021; Stephens, "Zillow, Inc., First Look: Zillow Offers Halts Purchases For Remainder Of Year," October 18, 2021.

concern over the accuracy of its pricing algorithms and underwriting, and/or market-wide home price trends."[106]

- **Stifel**: "Opendoor reportedly operates in all but two of Zillow's 25 markets and noted it is 'open for business and continues to scale and grow' following Zillow's announcement, according to the WSJ, while Offerpad announced a planned California expansion on the same day with a spokesperson reporting 'iBuying operations are running as smoothly as ever,' according to HousingWire."[107]

- **Piper**: "It's been widely reported that labor supply is constrained and supply chains are stretched. We take it at face value this is the most likely explanation and that Zillow will resume home purchases after it digests the backlog. However, it's also possible that ZG's home-buying pricing algorithm is not working optimally. Or that the price environment is changing resulting in excessive losses on homes. We'll have to wait until earnings."[108]

- **Jefferies**: "We also think part of the reason Z's stock reacted poorly was because of the stark contrast to leader OPEN, which continues to expand and scale despite facing the same tight labor market."[109]

- **BTIG**: "The two questions we are getting from investors is whether the pause might also be due to eroding unit economics (our data is not encouraging) and whether Opendoor (OPEN, Neutral) might be experiencing similar issues (not that we can see). … We haven't heard anything from OPEN yet directly, but it was quoted in the press as being 'open for business.' … Our bias at this point is that this may be more of ZG-specific issue.

---

[106] Zelman & Associates, "Zillow Group, Acquisition Pause Signals Operational Challenges," October 19, 2021.

[107] Stifel, "3Q:21 Online Real Estate Preview," October 21, 2021.

[108] Piper Sandler, "Zillow Group, Inc., ZOffers on Pause; Adjusting Target Price," October 18, 2021, 10:06 AM.

[109] Jefferies, "Zillow, Pressing the Brakes on Home Purchases," October 19, 2021, 12:00 AM.

OPEN has more experience running at this scale than ZG does, and ZG had experienced execution issues earlier in the year."[110]

- **Stephens**: "[D]id some early-stage automation efforts (ex. kink in the algorithm) turn up faulty, in hindsight? … Per a statement from Opendoor (nation's #1 iBuyer), the company remains open for business and has no plans of shutting down purchasing activity."[111]

- **Wedbush (10/17/2021)**: "The core issue at hand for Zillow seems to be labor shortages impacting capacity constraints, but particularly around the renovation piece of the transaction.  That issue should theoretically translate to Opendoor as well, particularly since it is ~2x the volume of Zillow right now in more markets.  But the news report also includes a comment from an Opendoor source that it is 'open for business' indicating it is not seeing any impact.  That could imply a number of things, from Opendoor potentially spending more to hire contractors, to just generally running more efficient operating capabilities."[112]

- **Wedbush (10/19/2021)**: "[I]n our view what is more clear now than last week is that scale does matter and that there can be differences in operational know-how that leads to variations of effectiveness, in what is proving to be a difficult business model to operate at scale.  We don't know yet if Opendoor and Offerpad are going to see higher renovation costs, to what extent, and what the impact will be.  But we do know they are not hitting pause. … [W]e just see too many question marks, particularly with Zillow's iBuyer competitors all but confirming that they continue to push forward without slowing down under the current environment."[113]

---

[110] BTIG, "Zillow Group, Inc., Our Take on iBuyer Pause," October 18, 2021.

[111] Stephens, "Zillow, Inc., First Look: Zillow Offers Halts Purchases For Remainder Of Year," October 18, 2021.

[112] Wedbush, "Zillow Group, Inc., Pausing Zillow Offers Through YE Would Be A Clear Negative," October 17, 2021.

[113] Wedbush, "Zillow Group, Inc., Downgrade to Neutral as Operational Capacity Leaves Unanswered Questions," October 19, 2021.

33.    In sum, Dr. Sabry's analysis of the October 17–18, 2021 alleged corrective disclosures fails to demonstrate that the alleged misstatements and omissions had no impact on Zillow's stock prices during the Class Period.   When properly interpreted, the statistically significant declines in the prices of Zillow stock on October 18, 2021 in response to the October 17–18, 2021 alleged corrective disclosures provide strong evidence that the alleged misstatements and omissions had price impact throughout the Class Period.   Moreover, as discussed above, Dr. Sabry's entire price impact opinion merely seeks to rebut Plaintiff's allegations regarding "loss causation—a causal connection between the defendants' alleged misrepresentations and the plaintiff['s] economic losses," which I understand to be premature at this stage of the litigation.[114]   Indeed, without the benefit of fact discovery, Dr. Sabry is simply assuming that the Company's decision to pause Zillow Offers was entirely unrelated to the alleged misrepresentations.

### ii.  Alleged Corrective Disclosures on October 31–November 1, 2021

34.    On Sunday, October 31, 2021, KeyBanc issued a report containing an "analysis of 650 homes in Z's current inventory (3,142 at 2Q21) and found that 66% are currently listed below Z's purchase price at an average discount of 4.5%."[115]

---

[114] *Supra* ¶17, citing *Halliburton II*, 134 S. Ct. at 2406 (internal quotations omitted), and *Erica P. John Fund, Inc. v. Halliburton Co.*, 563 U.S. 804 (2011).

[115] KeyBanc Capital Markets, "Zillow Group, Inc., Z: Volatile iBuying Trends, Earnings Risk," October 31, 2021.

The analysts opined that, "[i]n tandem with Z's ongoing issues getting homes remodeled, we think this could drive NT earnings risk":

> Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk due to its current homes inventory ($1.17B at 2Q21). As we noted in our third volume of the KBCM iBuying Tracker from October 18, 2021, flattening HPA trends present a NT challenge for iBuyers. To better understand this, we completed an analysis of 650 homes in Z's current inventory (3,142 at 2Q21) and found that 66% are currently listed below Z's purchase price at an average discount of 4.5%. In tandem with Z's ongoing issues getting homes remodeled, we think this could drive NT earnings risk.

> Key Investment Points
> Taking a closer look at Z's current inventory, 66% of our sample set is listed below Z's purchase price. In response to news reports, we did a deeper dive on Z's current inventory (see Exhibits 1-5). Of the 650 homes analyzed, 429 were below purchase price for an average 4.5% discount. Across the entire sample set, the value weighted pricing was a 2.0% discount vs. purchase price. Within our sample set, the three most impacted regions were Tucson (6.1% discount), Mesa (5.3% discount), and Phoenix (4.9% discount). In Exhibit 2, we show a distribution of the discounts, with some ranging as high as 15%+.

> We believe that Z may have leaned into HPA at the wrong moment. In both 1Q and 2Q, we believe that Z may not have leaned into HPA sufficiently, which may have driven lower than expected homes inventory. Conversely, OPEN successfully ramped its home inventory. However, OPEN struck a note of caution during 2Q, and we believe OPEN began to adjust its pricing to better reflect normalizing HPA trends. We also believe that non-covered OfferPad began to adjust pricing in markets like Arizona. Our iBuying tracker points to a strong ramp in listings at both OPEN and OPAD but less so at Z, which underpins our upward earnings revision at OPEN and reduction at Z (see our note from October 18, 2021, for more details).

> A 3% impairment could drive a $35M hit to EBITDA (when applying Z's 2Q21 ending homes). In Exhibits 4 and 5, we look at various impairment scenarios. While we do think that Z's issues are likely transitory in nature, we do think it highlights the importance of strong

property level and market data.  From a LT perspective, we maintain that Z's changing customer focus (the agent is the customer in the IMT business vs. the consumer in homes) may force unanticipated (and likely negative) compromises.  Within the space, we continue to favor OPEN.[116]

35.    On Monday, November 1, 2021, during afternoon trading, *Bloomberg* reported that "Zillow Group Inc. [was] looking to sell about 7,000 homes," for $2.8 billion "as it seeks to recover from a fumble in its high-tech home-flipping business."[117]  The article stated the following:

Zillow Group Inc. is looking to sell about 7,000 homes as it seeks to recover from a fumble in its high-tech home-flipping business.

The company is seeking roughly $2.8 billion for the homes, according to people familiar with the matter.

Zillow is likely to sell the houses to a multitude of buyers rather than packaging them in a single transaction, said the people, who asked not to be named because the matter is private.

Zillow recently said it would stop making new offers in its home-flipping operation for the remainder of the year.  The decision came after the company tweaked the algorithms that power the business to make higher offers, leaving it with a bevy of winning bids just as home price appreciation cooled off a bit. …

Zillow put a record number of homes on the market in September, listing properties at the lowest markups since November 2018, according to research from YipitData.  It also cut prices on nearly half of its U.S. listings in the third quarter, according to Yipit, signaling that its inventory was commanding prices lower than it expected. …

The company bought more than 3,800 houses in the second quarter, making progress toward its stated goal of acquiring 5,000 homes a

---

[116] *Ibid.*

[117] *Bloomberg News*, "Zillow Selling 7,000 Homes for $2.8 Billion After Flipping Halt," November 1, 2021, 2:45 PM.

month by 2024.   The increase in purchases left the company struggling to find workers to renovate the properties.[118]

36.    On November 1, 2021, following these disclosures, Zillow's Class A and Class C stock suffered statistically significant price declines of -8.24% and -5.89%, respectively, net of market and industry effects.  On November 2, 2021, Zillow's Class A and Class C stock continued to decline another -10.43% and -9.17%, respectively, net of market and industry effects (both statistically significant at above the 95% confidence level).[119]

37.    Several news outlets attributed the decline in Zillow's stock prices on November 1–2, 2021 to both the KeyBanc and *Bloomberg* reports.  For example:

- *Bloomberg News*: "Shares plummeted again on Monday after Bloomberg reported that Zillow was approaching institutional buyers with the opportunity to buy about 7,000 homes worth roughly $2.8 billion."[120]

- *Dow Jones Newswires*: "Shares of Zillow Group Inc. took a dive Monday, after KeyBanc analyst Edward Yruma highlighted how most of the homes the real estate services company purchased, with an aim to flip them, were now worth less than what they paid for them."[121]

- *Dow Jones Institutional News*: "Shares of Zillow Group Inc. (ZG) dropped 6.4% in afternoon trading, after Bloomberg reported that

---

[118] *Ibid*.

[119] *See* Nye Report, Exhibits 11B, 11D; Sabry Report, Appendix III.

[120] *Bloomberg News*, "Zillow Earnings Put Spotlight on Stumbles in Flipping Business," November 2, 2021, 11:07 AM.

[121] *Dow Jones Newswires Chinese (English)*, "Zillow stock dives after analyst highlights two-thirds of homes bought are underwater," November 1, 2021, 1:46 PM.

the real estate services company was looking to sell off about 7,000 homes."[122]

- *Seeking Alpha*: "Zillow Group (Z -11.6%) shares plummet as Bank of America questions what the online real estate platform's sale of 7,000 homes means."[123]

- *Benzinga*: "Zillow Group Inc (NASDAQ: Z) shares are trading lower possibly on continued downward momentum after KeyBanc analysts said they believe the company's earnings may be at risk due to its $1.17 billion home inventory, finding that 66% of these homes are listed below their purchase price."[124, 125]

38.    Dr. Sabry does not dispute that the declines in the prices of Zillow stock on November 1 and November 2, 2021 following the alleged corrective disclosures were statistically significant.  Nor has she identified any cause for the declines in the prices of Zillow stock on November 1–2, 2021, other than the alleged corrective

---

[122] *Dow Jones Institutional News*, "Zillow Is Looking To Sell Off About 7,000 Homes, Bloomberg Reports, And Stock Sinks – MarketWatch," November 1, 2021, 3:09 PM.

[123] *Seeking Alpha*, "Zillow's abrupt home sale raises several concerns - Bank of America (update)," November 2, 2021, 12:43 PM.

[124] *Benzinga.com*, "Why Zillow Shares Are Falling," November 2, 2021, 1:41 PM.

[125] *See also, e.g.*, *TheFlyontheWall.com*, "15:30 EDT Zillow falls after Bloomberg report on ' fumble in its high-tech...," November 1, 2021; *Dow Jones Institutional News*, "Zillow Stock Falls Further After Report It Plans to Sell 7,000 Homes for $2.8 Billion -- Barrons.com," November 1, 2021, 7:10 PM; *MarketWatch*, "Here are the five dumbest ways you could have gotten rich in 2021," November 2, 2021, 5:00 AM; *Bloomberg News*, "Zillow Tumbles Most Since March After U-Turn to Sell 7,000 Homes," November 2, 2021, 12:39 PM; *MarketWatch*, "Zillow stock dives after analyst highlights two-thirds of homes bought are underwater," November 2, 2021, 8:00 AM.

disclosures.[126]  Instead, she argues that the October 31, 2021 KeyBanc report and

November 1, 2021 *Bloomberg* report "did not have price impact attributable to the

alleged misstatements at issue in this action, for the following reasons":

    i.  "This news did not address the alleged misstatements that Zillow
had 'tacked on "overlays" to the offer prices,' or that Zillow had
engaged in 'unsustainable slashing of renovation scopes and the
amounts Zillow would pay contractors,' or that Zillow was
'applying price overlays to increase its home purchasing volume
and conversion rate.'"[127]

---

[126] *See* Sabry Report, ¶¶136–155.  *See also* Sabry Deposition, 202:10–20, 213:25–214:7:

> Q And you don't dispute that Plaintiffs have alleged that these two news events, the October 31 Key Bank article and the November 1, Bloomberg article, were corrective disclosures as alleged, correct?
>
> A As alleged, yes.
>
> Q And do you not dispute that on November 1, 2021 Zillow stock both Class A and Class C, decreased by a statistically significant amount, correct?
>
> A That's correct.
>
> ***
>
> Q And you are not disputing that on November 2, 2021, Zillow stock decreased by a statistically significant amount, correct?
>
> …
>
> A Correct.

*See also* Sabry Deposition, 206:21–207:5:

> Q … [O]ther than the November 1st Bloomberg News report, which Plaintiffs allege had new and relevant information about Zillow, did you identify any other news that came out about Zillow on that day, November 1, 2021, that was potentially new and relevant and about Zillow?
>
> A Not on November 1st.

[127] Sabry Report, ¶63(c)(i).

ii. "Between October 19 and October 29, several analysts and financial journalists published analyses to demonstrate that Zillow was overpaying. … Zillow's stock prices did not have a statistically significant decline following any of these reports …."[128]

iii. "[N]o equity analyst concluded that Zillow had 'tacked on "overlays" to the offer prices,' or that Zillow had engaged in 'unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors,' or that Zillow was 'applying price overlays to increase its home purchasing volume and conversion rate.'"[129]

39.    Once again, Dr. Sabry's first and third reasons above are virtually identical to her other rationalizations for the notion that there is no back-end price impact associated any of the alleged corrective disclosures—*i.e.*, there can be no back-end price impact because the Defendants did not admit, and analysts did not infer, that Zillow applied overlays to its pricing model and/or reduced the scope of renovations.[130] As discussed above, Dr. Sabry's opinions are clearly predicated on what I understand to be an erroneous assumption that corrective information must "take a particular form or be of a particular quality, such that it be a mirror image

---

[128] Sabry Report, ¶63(c)(ii).

[129] Sabry Report, ¶63(c)(i)–(iii). *See also* Opposition to Class Certification, pp. 15–18.

[130] *See* Sabry Report, ¶63(b)(i) and (iii) (regarding alleged corrective disclosures on October 17–18, 2021); Sabry Report ¶63(c)(i) and (iii) (regarding alleged corrective disclosures on October 31–November 1, 2021); and Sabry Report, ¶63(d)(i) and (ii) (regarding alleged corrective disclosures on November 2, 2021).

tantamount to a confession of fraud."[131]  On the contrary, it is my understanding that a corrective disclosure "need not precisely mirror the earlier misrepresentation."[132]

40.    Dr. Sabry's price impact opinion is also, once again, skewed by her adoption of an incorrect and overly narrow view of Plaintiff's theory of liability.  Indeed, Dr. Sabry fails to consider that, under Plaintiff's theory of liability, the "results of the KeyBanc analysis and Zillow's decision to sell 7,000 homes from its inventory to private equity,"[133] were a direct and foreseeable consequence of Defendants' decision to "systematically overrule Zillow's highly-touted [pricing] algorithm in order to drive volume,"[134] thereby causing the Company to "significantly overpay for thousands of homes."[135]

41.    Rather than acknowledging the obvious link between the alleged corrective disclosures and the alleged misrepresentations, however, Dr. Sabry attempts to circumvent Plaintiff's allegations by pointing to "equity analyst assessments of the reasons for the results of the KeyBanc analysis and Zillow's decision to sell 7,000 homes from its inventory to private equity."[136]  She asserts that "[t]he most common

[131] *Pelletier v. Endo International PLC*, 338 F.R.D. 446, 483 (E.D. Pa. 2021), quoting *Pearlstein v. BlackBerry Ltd.*, No. 13-7060, 2021 WL 253453, at *18 (S.D.N.Y. Jan. 26, 2021).

[132] *Supra* footnote 19, citing *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 790 (9th Cir. 2020).

[133] Sabry Report, ¶154.

[134] Complaint, ¶17.  *See also* Complaint, ¶100.

[135] Complaint, ¶100.

[136] Sabry Report, ¶154.

reasons analysts mentioned were the untimely surge in home acquisitions given changes in housing prices and narrow or negative returns on home sales."[137] Speculating that this "news likely signaled to investors that Zillow was taking additional strategic actions that would reduce or end the company's commitment to its iBuying business," Dr. Sabry then leaps to the conclusion that "Zillow's decision to wind down Zillow Offers is not a corrective disclosure to Zillow's use of overlays or changes to the scope or pricing of its renovations."[138]

42.    In doing so, however, Dr. Sabry seeks to rebut Plaintiff's allegations regarding "loss causation—a causal connection between the defendants' alleged misrepresentations and the plaintiff['s] economic losses," which I understand to be premature at this stage of the litigation.[139]   Indeed, without the benefit of fact discovery, Dr. Sabry is simply assuming that both: (i) KeyBanc's analysis that Zillow's "earnings may be at risk due to its $1.17 billion home inventory, [given] that 66% of these homes are listed below their purchase price";[140] and (ii) *Bloomberg's* reporting of the Company "shopping [its] entire portfolio of homes" at a loss,[141] had nothing to do with Plaintiff's allegations.

---

[137] Sabry Report, ¶155.

[138] *Ibid*.

[139] *Supra* ¶17, citing *Halliburton II*, 134 S. Ct. at 2406 (internal quotations omitted), and *Erica P. John Fund, Inc. v. Halliburton Co.*, 563 U.S. 804 (2011).

[140] *Benzinga.com*, "Why Zillow Shares Are Falling," November 2, 2021, 1:41 PM.

[141] RBC Capital Markets, "Zillow reportedly looking to sell 7,000 homes! Wait - isn't that what they already do?" November 1, 2021, 7:32 PM.

43.     On the contrary, under Plaintiff's theory of liability, Defendants understood that "Zillow's ability to accurately predict home values was critical to its success and sustainability … [b]ecause, to the extent Zillow offered too much for houses, it would be left with significant overvalued inventory on its books that could ultimately lead to massive losses."[142]  Thus, the massive losses Zillow faced as a result of "significantly overpay[ing] for thousands of homes,"[143] which KeyBanc reported on October 31, 2021, and Zillow's decision to sell 7,000 homes for $2.8 billion at "prices lower than it expected,"[144] which *Bloomberg* reported on November 1, 2021, were direct and foreseeable consequences of Zillow "simply slapping overlays on top of its model outputs in an effort to drive higher volumes,"[145] as well as "non-durable and unsustainable" operational changes that were "compounding the negative financial impact of overpaying for homes through Zillow Offers."[146]  Dr. Sabry simply ignores that Defendants allegedly misled investors "to believe that Zillow had successfully strengthened its pricing model to more carefully predict and react to market trends when, in truth, it was simply

---

[142] Complaint, ¶70.

[143] Complaint, ¶100.

[144] *Bloomberg News*, "Zillow Selling 7,000 Homes for $2.8 Billion After Flipping Halt," November 1, 2021, 2:45 PM.

[145] Complaint, ¶153.

[146] Complaint, ¶¶187(c), 187(e).

increasing offers to make its volume targets, without regard to the manner in which the market was moving."[147]

44.     Following the alleged corrective disclosures on October 31 and November 1, 2021, analysts recognized that Zillow's potential exit from the iBuying business was likely due to the Company's "undisciplined execution," and because it had been "paying up" to "win more homes."  For example:

- **Barclays**: "**As the company pushed to improve its pricing to win more homes earlier in the year (i.e., paying up)**, it's possible the company had to sell these homes for a narrower markup, or even some modest losses - this is probably a key downside risk to watch out for on the print.  Further, if the articles referenced above are correct in assuming Zillow has ~7k homes to liquidate as of today, this could imply a 3Q Homes revenue miss as the company continued home purchases throughout the quarter, but sold through less owned inventory than expected (as listing prices were not met with bids and thus subsequently cut as the inventory aged)."[148]

- **BofA**: "The decision to abruptly sell 7,000 homes could point to one of two things that make us even more cautious on ZGs iBuyer segment and category as whole: 1) ZG is sufficiently concerned over the trajectory of the housing market (or the parts of the market where it has exposure) that is willing to sell a very large amount of homes quickly and likely at a loss and/or 2) **undisciplined execution** has led ZGs to take what we see as a drastic step of reducing its owned home portfolio.  We note the 7,000 home is well above the approximate 3,000 currently listed on company's site and the 3,847 in ending inventory as of 2Q21.  The $2.8bn cited by Bloomberg implies an avg.  sale price of $400K vs current avg. listing price of $426k in our sample of ZGs portfolio. …

---

[147] Complaint, ¶25.

[148] Barclays, "Zillow, Inc., Handing Over the Keys on iBuying?" November 1, 2021, 5:08 PM (emphasis added).

-42-

We do not know whether the decision to sell 7,000 homes represents an extended pause or outright exit from the iBuying business but we see it as **a clear negative for ZGs execution and capital discipline** (homes purchases are typically funded through debt) as well as the iBuyer market as whole."[149]

- **RBC**: "We think **Zillow's buying got ahead of itself** as prices started to soften at the end of the summer and when combined with supply & labor shortages amidst high demand, we'd assume the difficult but necessary decision was likely made that pausing the whole operation made the best of a bad situation given ongoing buying would have simply furthered incremental losses. …

  Possible outcomes in order of probability:
  1. Zillow confirms its iBuying pause is temporary while it **re-tools its operations**.  We'd expect a re-launch sometime in early 2022 with **a more rational bidding algorithm**, better access to sustainable local labor and better home renovation supply procurement agreements in place to mitigate future risks. …

  2.  Zillow announces that it is putting a more indefinite pause on its own iBuying business, while opting to partner with another iBuyer in the space. …

  3.  Zillow announces it is totally done with iBuying ….  This would likely be a modest positive given it would remove asset intensity overhang; however, we believe it would also limit the longer-term bull case given Zillow would once again lack better access to the sell-side of the TAM which limited growth historically."[150]

45.     With respect to Dr. Sabry's opinion that the KeyBanc report "was not new information" because "several analysts [had previously] reported similar results of their own investigations, concluding that Zillow Offers was listing properties at

---

[149] BofA Securities, "Zillow, Zillow selling 7,000 homes raises a lot more questions; Maintain Underperform," November 2, 2021, 5:00 AM (emphasis added).

[150] RBC Capital Markets, "Zillow reportedly looking to sell 7,000 homes! Wait - isn't that what they already do?" November 1, 2021, 7:32 PM (emphasis added).

prices less than acquisition costs,"[151] she fails to consider that several financial news publications explicitly attributed some or all of the November 1 and 2, 2021 price declines to the findings of the KeyBanc report.  For example:

- *Dow Jones Newswires*: "Shares of Zillow Group Inc. took a dive Monday, after KeyBanc analyst Edward Yruma highlighted how most of the homes the real estate services company purchased, with an aim to flip them, were now worth less than what they paid for them."[152]

- *GeekWire*: "A day ahead of its third quarter earnings report, Zillow Group's stock took a hit on Wall Street as a new analyst report highlighted how many homes purchased by the company are now underwater.  Class A shares of Zillow Group stock were down 8.6% on Monday to close at $96.62. …  KeyBanc analyst Edward Yruma said in his new report that most of the homes the company had purchased — to fix up and flip — were now worth less than what Zillow paid for them. 'Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk due to its current home inventory ($1.17 billion at 2Q21),' Yruma wrote in a note to clients, as reported by MarketWatch. Yruma's note said an analysis of 650 homes in Zillow's inventory found that 66% are currently listed below the purchase price at an average discount of 4.5%."[153]

- *Benzinga*: "Zillow Group Inc (NASDAQ: Z) shares are trading lower possibly on continued downward momentum after KeyBanc analysts said they believe the company's earnings may be at risk due to its $1.17 billion home inventory, finding that 66% of these homes are listed below their purchase price."[154]

---

[151] Sabry Report, ¶141.

[152] *Dow Jones Newswires Chinese (English)*, "Zillow stock dives after analyst highlights two-thirds of homes bought are underwater," November 1, 2021, 1:46 PM.

[153] *GeekWire*, "Zillow stock dives ahead of earnings; analyst report says 66% of homes it bought are now 'underwater'," November 1, 2021, 4:58 PM.

[154] *Benzinga.com*, "Why Zillow Shares Are Falling," November 2, 2021, 1:41 PM.

- ***MT Newswires***: "Zillow Group (Z) shares fell more than 12% on Tuesday afternoon after KeyBanc analyst Edward Yruma said Monday that many of the homes the company acquired to renovate and flip are now worth less than the price at which they were purchased."[155]

- ***GeekWire***: "Zillow's stock had been falling this week after a report from KeyBanc, which said an analysis of 650 homes in Zillow's inventory found that 66% are currently listed below the purchase price at an average discount of 4.5%."[156]

- ***GoBankingRates***: "… KeyBanc analyst Edward Yruma on Monday pointed out a flaw in the strategy.  Two-thirds of the homes Zillow owns and lists for sale are underwater, MarketWatch.com reports.  Upon release of Yruma's note, Zillow stock dropped 6.2%."[157, 158]

46.    Dr. Sabry similarly ignores that the October 31, 2021 KeyBanc report was widely referenced in the media for weeks after its publication.  For example:

- ***The Seattle Times***: "An analysis of 650 homes owned by Zillow showed that two-thirds were priced for less than the company bought them for, according to an Oct. 31 note from KeyBanc Capital Markets.  'I think they leaned into home-price appreciation

---

[155] *MT Newswires*, "Zillow Group Shares Fall After KeyBanc Analyst Flags Underwater Homes in Inventory," November 2, 2021, 1:46 PM.

[156] *GeekWire*, "Zillow to shutter home buying business and lay off 2,000 employees as its big real estate bet falters," November 2, 2021, 4:06 PM.

[157] *GoBankingRates,* "Zillow Shares Drop After Home Value Leak & Sell-Off Announcement," November 2, 2021.

[158] *See also, e.g.*, *TheFlyontheWall.com*, "15:30 EDT Zillow falls after Bloomberg report on ' fumble in its high-tech...," November 1, 2021; *Dow Jones Institutional News*, "Zillow Stock Falls Further After Report It Plans to Sell 7,000 Homes for $2.8 Billion -- Barrons.com," November 1, 2021, 7:10 PM; *Bloomberg News*, "Zillow Tumbles Most Since March After U-Turn to Sell 7,000 Homes," November 2, 2021, 12:39 PM; *MarketWatch*, "Zillow stock dives after analyst highlights two-thirds of homes bought are underwater," November 2, 2021, 8:00 AM.

at exactly the wrong moment,' said Ed Yruma, an analyst at KeyBanc."[159]

- *MarketWatch*: "Now, though, Bloomberg is reporting that the company is selling off roughly 7,000 homes, looking to claw back $2.8 billion in the process.  A separate report from KeyBanc analyst Edward Yruma found that two-thirds of the homes Zillow has listed for sale feature an asking price below what Zillow paid for the property, with the average discount being 4.5%.  'Zillow may have leaned into home acquisition at the wrong time,' Yruma wrote in a research note."[160]

- *Techspot*: "KeyBanc Capital Markets reported that an analysis of 650 Zillow-owned properties showed the Homes division listed two-thirds at an asking price lower than what the company paid.  'I think they leaned into home-price appreciation at exactly the wrong moment,' KeyBanc analyst Ed Yruma told Bloomberg."[161]

- *The Wall Street Journal*: "By October, the company had listed 250 Phoenix homes at a median-price discount of 6.2% below what it had paid for them.  Mr. DelPrete called Zillow's price blunder a catastrophic failure.  A wider look at Zillow's national performance by analysts at KeyBanc Capital Markets found it had listed 66% of homes at prices below what it had paid for them, with an average discount of 4.5%."[162]

- *Fortune*: "Wall Street expects the troubles [in iBuying] to continue this fall.  Look no further than KeyBanc analyst Edward Yruma's research note published this week in which he said two-thirds of the homes owned by Zillow (at least among the 600 he

---

[159] *The Seattle Times*, "Zillow seeks to sell 7,000 homes for $2.8 billion after flipping halt," November 1, 2021.

[160] *MarketWatch*, "Zillow is offloading 7,000 homes — raising 'red flags' about the real-estate market," November 2, 2021, 6:18 AM.

[161] *Techspot*, "Zillow buys too many houses, now looking to offload 7,000 homes in bulk," November 2, 2021, 1:41 PM.

[162] *The Wall Street Journal*, "Zillow Quits Home-Flipping Business, Cites Inability to Forecast Prices; Termination of 'iBuying' comes after company said it was halting new home purchases for rest of 2021," November 2, 2021, 6:19 PM.

measured) are currently worth less than what the company paid for them."[163]

- *Los Angeles Times*: "An analysis of 650 homes owned by Zillow showed that two-thirds were priced for less than the company bought them for, according to a note Sunday from KeyBanc Capital Markets.  'Zillow may have leaned into home acquisition at the wrong time, and we believe earnings may be at risk,' the analysts wrote."[164]

- *Wichita Business Journal*: "The news around Zillow Offers became more bleak recently. According to MarketWatch, a KeyBanc analysis of 650 homes bought by Zillow found 66% were worth less than the purchase price."[165]

- *MarketWatch*: "Speculation about the future and viability of Zillow's home-flipping business grew grim this week as Bloomberg reported the company is selling about 7,000 homes to recoup $2.8 billion, and Keybanc analyst Edward Yruma warned that two-thirds of the homes Zillow bought were underwater."[166]

- *Orlando Business Journal*: "The news around Zillow Offers became bleak recently.  According to MarketWatch, a KeyBanc analysis of 650 homes bought by Zillow found 66% were worth less than the purchase price.  Zillow in October announced it wouldn't buy any more homes this year."[167]

- *Press Democrat*: "Analysts who reviewed 650 of Zillow's more than 3,142 homes found that two-thirds of them were listed for less than Zillow paid to buy them, with an average markdown of 4.5%,

---

[163] *Fortune*, "Zillow closes troubled home-flipping business amid a 'decelerating' housing market," November 2, 7:34 PM.

[164] *Los Angeles Times*, "BUSINESS; Zillow seeks to fix its flipping mess; After ramping up its purchases, firm now looks to offload 7,000 homes for $2.8 billion," November 2, 2021.

[165] *Wichita Business Journal*, "Zillow to shut down Zillow Offers, lay off 25% of company," November 2, 2021.

[166] *MarketWatch*, "Zillow to stop flipping homes for good as it stands to lose more than $550 million, will lay off a quarter of staff," November 3, 2021, 8:36 AM.

[167] *Orlando Business Journal*, "Zillow to sell off hundreds of Orlando homes after homebuying division crumbles," November 3, 2021.

according to an Oct. 31 analysis from Ed Yruma, managing director at KeyBanc Capital Markets."[168]

- *The Seattle Times*: "Analysts who reviewed 650 of Zillow's homes found that two-thirds of them were listed for less than Zillow paid to buy them, with an average markdown of 4.5%, according to the KeyBanc analysis. Tucson, Mesa and Phoenix, Arizona, saw the steepest markdowns, Yruma found."[169]

- *Architectural Digest*: "A KeyBanc Capital Markets analysis cited by the *Wall Street Journal* suggests that roughly two-thirds of Zillow Offers homes were listing for less than what the company paid, with the average home offered for 4.5% below the last buying price."[170]

- *Curbed*: "Over the last few weeks, it's become clear that Zillow made a lot of mistakes. … So flips became flops: Zillow listed 66 percent of homes for prices below what it paid for them, with an average discount of 4.5 percent, according to an analysis of 650 Zillow homes by KeyBanc Capital markets."[171]

- *Denver Business Journal*: "According to MarketWatch, a KeyBanc analysis showed that about 66% of 650 homes in Zillow's inventory were listed below the purchase price."[172]

- *Puget Sound Business Journal*: "According to MarketWatch, however, a recent KeyBanc analysis of 650 homes Zillow

---

[168] *Press Democrat*, "Zillow to close its home-flipping division, lay off 25% of staff," November 3, 2021.

[169] *The Seattle Times*, "Zillow to close home-flipping division, lay off 25% of its staff," November 3, 2021.

[170] *Architectural Digest*, "Facing Major Financial Losses, Zillow Terminates Home-Flipping Division Zillow Offers," November 4, 2021.

[171] *Curbed*, "Why Did So Many Homeowners Sell to Zillow? Because It Overpaid," November 4, 2021.

[172] *Denver Business Journal*, "Zillow is ending its iBuying. Here's what that could mean for Denver," November 4, 2021.

-48-

purchased found 66% were worth less than what Zillow paid for them."[173]

- ***Broward Daily Business Review***: "Bloomberg is reporting that the company is selling off roughly 7,000 homes, looking to claw back $2.8 billion in the process. A separate report from KeyBanc analyst Edward Yruma found that two-thirds of the homes Zillow has listed for sale feature an asking price below what Zillow paid for the property, with the average discount being 4.5%. 'Zillow may have leaned into home acquisition at the wrong time,' Yruma wrote in a research note."[174]

- ***Austin Business Journal***: "A recent analysis by KeyBanc Capital Markets Inc. showed that, within a sample size of 650 homes Zillow Offers recently bought, 66% were worth less than what the company had paid. Company officials previously acknowledged that inaccurate market predictions were to blame for the company's massive losses."[175]

- ***The Globe and Mail***: "Analysts at KeyBanc Capital markets estimate two-thirds of its listings are now worth less than what it paid for the homes, averaging 4.5-per-cent below the purchase price."[176]

- ***Jacksonville Business Journal***: "The news around Zillow Offers became bleak recently. According to MarketWatch, a KeyBanc analysis of 650 homes bought by Zillow found 66% were worth less than the purchase price."[177]

- ***Dow Jones Institutional News***: "An analysis of home sales by Mike DelPrete, a real-estate tech strategist at the University of Colorado Boulder, showed that the median price Zillow was

[173] *Puget Sound Business Journal*, "Zillow sets a date to begin Seattle layoffs," November 4, 2021.

[174] *Broward Daily Business Review*, "How Zillow's Latest Moves Will Impact the Housing Market; REAL ESTATE," November 5, 2021.

[175] *Austin Business Journal*, "What the demise of Zillow Offers means for Austin's housing market," November 9, 2021.

[176] *The Globe and Mail*, "Canada avoids iBuying, for now," November 10, 2021.

[177] *Jacksonville Business Journal*, "Zillow to sell off hundreds of First Coast homes after home buying division crumbles," November 15, 2021.

paying for homes in Phoenix -- one of the biggest iBuyer markets -- rose from $351,000 in May to $475,000 in September. By then, competitors had started to ease back on their purchase volume and pricing, but Zillow was still paying $65,000 more than the median home price, the analysis showed.

On the sale side, an October analysis of hundreds of Zillow listings nationally by KeyBanc Capital Markets found that two-thirds of the homes were on the market at prices lower than what Zillow had paid for them, with the average discount on those homes being 4.5%."[178]

- **ETMAG.com**: "KeyBanc Capital Markets reported that an analysis of 650 Zillow-owned properties showed the Homes division listed two-thirds at an asking price lower than what the company paid. 'I think they leaned into home-price appreciation at exactly the wrong moment,' KeyBanc analyst Ed Yruma told Bloomberg."[179]

47.    Furthermore, given that Zillow's Class A and Class C stock traded in efficient markets (a fact Dr. Sabry does not dispute),[180] their market prices "reflected the information disclosed to the market, and promptly responded to the disclosure of new, material, unexpected information" throughout the Class Period.[181]  Thus, immediately preceding the KeyBanc report on October 31, 2021, Zillow's stock prices would have already reflected the prior analyst reports cited by Dr. Sabry, and the price declines observed on November 1 and 2, 2021 must have been in response to release of incremental, new, material information.  Dr. Sabry has not identified

---

[178] *Dow Jones Institutional News*, "What Went Wrong With Zillow? A Real-Estate Algorithm Derailed Its Big Bet," November 17, 2021, 11:29 AM.

[179] *ETMAG.com*, "Zillow buys too many houses, now looking to offload 7,000 homes in bulk," December 10, 2021.

[180] *See* Sabry Report, ¶70.

[181] Nye Report, ¶62.

any other competing information that can explain the reaction of Zillow's stock prices on these days.[182]

48.     In sum, Dr. Sabry's analysis of the October 31–November 1, 2021 alleged corrective disclosures fails to demonstrate that the alleged misstatements and omissions had no impact on Zillow's stock prices during the Class Period. When properly interpreted, the statistically significant declines in the prices of Zillow stock on November 1 and November 2, 2021 provide strong evidence that the alleged misstatements and omissions had price impact throughout the Class Period.

### iii. Alleged Corrective Disclosures on November 2, 2021

49.     After market close on Tuesday, November 2, 2021, the Company announced its third-quarter 2021 financial results.[183] As part of the release, Zillow announced it would "wind down" its Zillow Offers business.[184] Rich Barton, Zillow's then-CEO, stated that the Company had "determined the unpredictability in forecasting home prices far exceeds what [it] anticipated and continuing to scale Zillow Offers would result in too much earnings and balance-sheet volatility." The winding down of Zillow Offers was expected to take "several quarters," and "include a reduction of Zillow's workforce by approximately 25%."[185] According to the Company, "[h]igher-than-anticipated conversion rates during Q3 resulted in the purchase of

---

[182] *See* Sabry Report, ¶¶136–155; Sabry Deposition, 202:10–20, 213:25–214:7.

[183] *PR Newswire*, "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," November 2, 2021, 4:05 PM.

[184] *Ibid.*

[185] *Ibid.*

9,680 homes, further pressuring [its] renovation and resale capacity constraints."[186] Zillow "ended the [third] quarter with 9,790 homes in inventory and 8,172 homes under contract."[187]  Zillow "also recorded a $304 million write-down on inventory owned at the end of Q3 as a result of unintentionally purchasing homes at higher prices than [its] current estimates of future selling prices," and "expect[ed] to recognize losses of between $240 million and $265 million related primarily to inventory [Zillow] committed to purchase during Q4."[188]

50.    During the Company's conference call that day, an analyst asked Zillow management: "[W]hat went wrong here [with Zillow Offers], particularly in the bidding?"[189]  Then-CEO Barton responded as follows:

> We were -- fundamentally, we have been unable to predict future pricing of homes to a level of accuracy that makes this a safe business to be in.  We hadn't modeled this kind of pricing market nor supply market to even be possible when we got the business going.  And we've seen all this volatility in both directions right now in the wrong direction.
>
> And we're still at a scale that is small compared to what it needs to be.  And so as we put our minds in the state of, all right, we've got these new assumptions that we'd be naive not to assume will happen again in the future, we pump them into the model and the model cranks out a business that has a high likelihood, at some point, of putting the whole company at risk, not just the business, but in the

---

[186] Zillow Q3 2021 Shareholder Letter, November 2, 2021, p. 8.

[187] *Ibid.*

[188] *Id.*, pp. 8, 10.

[189] *Refinitiv StreetEvents*, "ZG.OQ – Q3 2021 Zillow Group Inc Earnings Call, Event Date/Time: November 02, 2021 / 9:00PM GMT," November 2, 2021, 5:00 PM.

more normal case, just causes a ton of volatility in earnings, which is not a great look for a public company.[190]

51.    Following these disclosures, on November 3, 2021, Zillow's Class A and Class C stock suffered statistically significant price declines of -23.49% and -25.45%, respectively, net of market and industry effects.[191]

52.    News outlets attributed the decline in Zillow's stock prices after market close on November 2, and during the trading day on November 3, 2021, to the Company's announcement that it would wind down Zillow Offers.  For example:

- *Dow Jones Institutional News*: "Zillow stock just keeps falling after analysts issued downgrades to the shares following the company's shift in its strategy away from homebuying and selling. Zillow's Class-A shares (ticker: ZG), which carry voting rights, were down 18% in premarket trading Wednesday, while Zillow's Class-C shares (Z) were similarly down.  The Class-A shares fell 11.5% Tuesday and have dropped nearly 20% from Friday's closing price; the Class-C shares have fallen in parallel."[192]

- *Reuters News*: "Shares of Zillow Group Inc were set to open at over a 14-month low on Wednesday, as analysts expressed shock over the online real-estate firm's move to exit its business of buying and selling homes due to unpredictable home prices, three years after it was expected to disrupt the real estate market. Zillow's Class A shares were down 14.1% at $73.39 premarket."[193]

- *The Motley Fool*: "Zillow released its third-quarter earnings Tuesday afternoon, but it isn't the latest numbers that are causing today's plunge.  Instead, it was the surprise announcement

[190] *Ibid*.

[191] *See* Nye Report, Exhibits 11B, 11D; Sabry Report, Appendix III.

[192] *Dow Jones Institutional News*, "Zillow Stock Keeps Sinking. Analysts Issue Downgrades After Strategy Shift. -- Barrons.com," November 3, 2021, 7:42 AM.

[193] *Reuters*, "Zillow shares crumble over shock move to dump home-buying business," November 3, 2021, 8:40 AM.

released along with Zillow's earnings that the company plans to permanently shut down its Zillow Offers iBuying business. Zillow has been buying thousands of homes directly from homebuyers each quarter, with the goal of making cosmetic repairs and reselling them for a profit. And until very recently, Zillow had been referring to Zillow Offers as the primary growth engine for the business going forward."[194]

- *Fast Company*: "Zillow Group stock is crashing today after a disappointing earnings call after market close yesterday. As of the time of this writing, Zillow stock is down over 17% to $72 per share in pre-market trading, according to Yahoo Finance. The online real estate platform reported its Q3 2021 results yesterday, with the company reporting a loss of 95 cents per share and revenue of $1.74 billion when revenue closer to $2 billion was expected, reports CNBC. But what's really driving Zillow stock's crash this morning is the fact that the company announced it will wind down its Zillow Offers division—its home-buying business."[195]

- *Forbes*: "Shares of digital real estate marketplace Zillow tumbled nearly 20% on Wednesday morning, a day after the company announced in its earnings results that it would shutter its home-flipping business due to the 'unpredictability' of the housing market."[196, 197]

---

[194] *The Motley Fool*, "Here's Why Zillow Stock Is Plunging Again on Wednesday," November 3, 2021, 5:54 PM.

[195] *Fast Company*, "Why is Zillow stock crashing? Blame the volatile housing market," November 3, 2021.

[196] *Forbes*, "Here's Why Zillow Stock Plunged 20%-And Why It Won't Flip Homes Anymore," November 3, 2021, 12:09 PM.

[197] *See also, e.g.*, *Bloomberg News*, "Zillow Shuts Home-Flipping Business After Racking Up Losses (2)," November 2, 2021, 4:40 PM; *The New York Times*, "Zillow, facing big losses, quits flipping houses and will lay off a quarter of its staff," November 2, 2021, 5:47 PM; *TheFlyontheWall.com*, "18:14 EDT Zillow drops 11% to $77.77 after announcing plans to wind down ZIllow...," November 2, 2021; *The Wall Street Journal*, "Zillow Quits Home-Flipping Business, Cites Inability to Forecast Prices; Termination of 'iBuying' comes after company said it was halting new home purchases for rest of 2021," November 2, 2021, 6:19 PM;

53.    Dr. Sabry does not dispute that the Company's earnings release and announcement that it would wind down Zillow Offers was the cause of the statistically significant declines in the prices of Zillow stock on November 3, 2021. Nor has she identified any other cause for the declines in the prices of Zillow stock on November 3, 2021.[198]  Instead, she argues that Company's announcements "did not have price impact from the alleged misstatements" for the following reasons:

---

*The Associated Press*, "Zillow to stop home-flipping amid pricing 'unpredictability'," November 2, 2021, 7:15 PM; *TheStreet.com*, "Zillow Stock Tanks on Plans to Wind Down Home Flipping Business," November 2, 2021, 9:04 PM; *Los Angeles Times*, "Zillow ending home flipping after big snags; Its algorithms caused it to overpay for many houses, forcing it to list them at a loss," November 3, 2021; *Barron's*, "Zillow Quits Its Homebuying Business as Losses Mount. The Stock Is Plunging," November 3, 2021, 7:42 AM; *Investing.com*, "Zillow Tanks on Large Writedowns, Layoffs as Flipping Business Flops," November 3, 2021; *Business Insider News*, "Cathie Wood bought the dip in Zillow as it plummeted after throwing in the towel on its house-flipping business," November 3, 2021, 9:36 AM; *Benzinga.com*, "Why Zillow Shares Are Falling," November 3, 2021, 10:13 AM; *Bloomberg News*, "Zillow's Drop Brings Market Value Loss to $30 Billion From Peak," November 3, 2021, 10:13 AM; *TheStreet.com*, "Buy the Dip After Zillow's Plunge?  That Sounds Crazy," 1:51 PM; *Quartz*, "How Zillow got rocked by the housing market," November 3, 2021; *Bloomberg First Word*, "Zillow Slumps After Analysts Slash Targets on Home-Flipping Halt," November 3, 2021, 4:14 AM.

[198] *See* Sabry Report, ¶¶156–168.  *See also* Sabry Deposition, 213:19–214:18:

Q And you are not disputing here today that the Plaintiffs have alleged that the [after market close] November 2, 2021 earnings result statements constituted a corrective disclosure, correct?

A That's correct, as alleged. …

Q Nor are you contesting that on November 3, 2021, Zillow stock decreased by a statistically significant amount, correct?

…

A That's correct.

-55-

i. "This news did not address the alleged misstatements that Zillow had 'tacked on "overlays" to the offer prices,' or that Zillow had engaged in 'unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors,' or that Zillow was 'applying price overlays to increase its home purchasing volume and conversion rate.'"[199]

ii. "Following this news, no equity analyst concluded that Zillow had 'tacked on "overlays"' to the offer prices,' or that Zillow had engaged in 'unsustainable slashing of renovation scopes and the amounts Zillow would pay contractors.'"[200]

iii. "The news about the asset impairments was predictable given the earlier news about Zillow's discounts of listing prices and the resulting expected losses.  As such, it would not be considered new information or expected to have a price impact."[201]

iv. "Zillow's announcement of its decision to wind down Zillow Offers was a strategic decision that represented the realization of disclosed risks about the iBuying business which Zillow explained in its 2020 public filings."[202]

---

Q Referring to Zillow stock, you understand I am referring to both Zillow's Class A and Class C stock?

A Correct.

*See also* Sabry Deposition 215:11–21:

Q … Other than the information produced by Zillow in it [*sic*] earnings results on November 2, 2021, and analysts' reactions to those earnings result statements, did you identify any other types of information that was potentially new and relevant to Zillow that could have affected their stock price on November 3, 2021?

A No.  Just what's reflected in the report.

[199] Sabry Report, ¶63(d)(i).

[200] Sabry Report, ¶63(d)(ii).

[201] Sabry Report, ¶63(d)(iii).

[202] Sabry Report, ¶63(d)(iv).  *See also* Opposition to Class Certification, pp. 18–21.

54.     As with the other alleged corrective disclosures, Dr. Sabry's first and second reasons above effectively argue that there can be no back-end price impact because the Defendants did not admit, and analysts did not infer, that Zillow applied overlays to its pricing model and/or reduced the scope of renovations.[203]  As discussed above, however, Dr. Sabry's opinions are clearly predicated on what I understand to be an erroneous assumption that corrective information must "take a particular form or be of a particular quality, such that it be a mirror image tantamount to a confession of fraud."[204]  On the contrary, it is my understanding that a corrective disclosure "need not precisely mirror the earlier misrepresentation."[205]

55.     Similar to her analyses of the other alleged corrective disclosures, Dr. Sabry's price impact opinion is also skewed by her adoption of an incorrect and overly narrow view of Plaintiff's theory of liability.  Indeed, Dr. Sabry fails to consider that, under Plaintiff's theory of liability, the Company's losses on home purchases leading up to the wind-down of Zillow Offers, were a direct and foreseeable result of the fact that "Zillow was simply slapping overlays on top of its

---

[203] *See* Sabry Report, ¶63(b)(i) and (iii) (regarding alleged corrective disclosures on October 17–18, 2021); Sabry Report ¶63(c)(i) and (iii) (regarding alleged corrective disclosures on October 31–November 1, 2021); and Sabry Report, ¶63(d)(i) and (ii) (regarding alleged corrective disclosures on November 2, 2021).

[204] *Pelletier v. Endo International PLC*, 338 F.R.D. 446, 483 (E.D. Pa. 2021), quoting *Pearlstein v. BlackBerry Ltd*., No. 13-7060, 2021 WL 253453, at *18 (S.D.N.Y. Jan. 26, 2021).

[205] *Supra* footnote 19, citing *In re BofI Holding, Inc. Sec. Litig*., 977 F.3d 781, 790 (9th Cir. 2020).

model outputs in an effort to drive higher volumes,"[206] combined with "non-durable and unsustainable" operational changes that were "compounding the negative financial impact of overpaying for homes through Zillow Offers."[207] Furthermore, while knowing that the success of Zillow Offers hinged on the Company's ability to "accurately predict home values,"[208] Defendants allegedly misled investors "to believe that Zillow had successfully strengthened its pricing model to more carefully predict and react to market trends when, in truth, it was simply increasing offers to make its volume targets, without regard to the manner in which the market was moving."[209] Thus, the Company's announcement that it would wind down Zillow Offers due to the "unpredictability in forecasting home prices,"[210] was clearly "a direct, proximate, and foreseeable result of Defendants' materially false and misleading statements and omissions of material fact."[211]

56.    Dr. Sabry asserts that Zillow's decision to wind down Zillow Offers did not have any link to the alleged misrepresentations made during the Class Period and was instead a "strategic decision in the face of previously disclosed difficulties of

---

[206] Complaint, ¶153.

[207] Complaint, ¶¶187(c), 187(e).

[208] Complaint, ¶9. *See also* Complaint, ¶¶74–80.

[209] Complaint, ¶25.

[210] *PR Newswire*, "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," November 2, 2021, 4:05 PM. *See also* Complaint, ¶170.

[211] Complaint, ¶217.

the iBuyer industry."[212]    However, just like her analyses of the other alleged corrective disclosures, Dr. Sabry merely seeks to rebut Plaintiff's allegations regarding "loss causation—a causal connection between the defendants' alleged misrepresentations and the plaintiff['s] economic losses," which I understand to be premature at this stage of the litigation.[213]    Indeed, without the benefit of fact discovery, Dr. Sabry is simply assuming that the Company's decision to wind down Zillow Offers was entirely unrelated to the alleged misrepresentations.

57.    Furthermore, Dr. Sabry's opinion that risks about the iBuying business had already been revealed to the market (*i.e.*, her fourth reason above) misstates Plaintiff's claim.  According to Dr. Sabry:

> [I]n its 10K ending in December 31, 2020, Zillow disclosed risks from its "unproven business model," which required its ability to "accurately value homes" but that its "assessments may be inaccurate."  It disclosed that acquiring homes required it to "adjust our pricing to stay in line with broader market trends" and that its acquisitions were "based in large part on our estimates of projected demand."[214]

58.    Under Plaintiff's theory of liability, however, such vague warnings could not possibly have informed investors of the true level of risk associated with the Zillow Offers business.  Indeed, by misleading the market with false assurances that Zillow had improved its pricing algorithms and by failing to disclose that the Company had

---

[212] Sabry Report, ¶163.

[213] *Supra* ¶17, citing *Halliburton II*, 134 S. Ct. at 2406 (internal quotations omitted), and *Erica P. John Fund, Inc. v. Halliburton Co.*, 563 U.S. 804 (2011).

[214] Sabry Report, ¶164 (internal citations omitted).

been applying price overlays throughout the Class Period, "Zillow hid from the market the increased risk it took on by deliberately over-paying for homes well beyond the prices set by its algorithms and analyst pricing."[215]  Similarly, while Zillow may have warned investors that it "could experience an over-supply of inventory," and that there were "no assurances" regarding the quality of and access to third-party services,[216] "[b]y failing to disclose that Zillow was reducing the scope of renovations and cutting prices it was willing to pay contractors, Zillow hid the increased risk of creating and exacerbating a backlog of renovations and idle home inventory."[217]  Unbeknownst to investors, "[w]ithout sufficient contractors to complete its renovations, Zillow's increasing volume of homes sat idle and by July [2021,] the Company had built up a substantial backlog of homes that needed to be renovated,"[218] and "[t]his backlog impacted Zillow's ability to quickly sell its homes, thereby increasing its holding and interest rate costs and exposing it to additional risks from broader market movements."[219, 220]  In other words, Dr. Sabry

---

[215] Complaint, 187(d).

[216] Sabry Report, ¶21, citing SEC Form 10-K for year-end 2019, filed February 19, 2021, pp. 8–11, 14.

[217] Complaint, 187(e).  *See also* Complaint, ¶21.

[218] Complaint, ¶21.

[219] Complaint, ¶128.

[220] *See also* MTD Order, p. 15:

> Defendants also argue that they disclosed to the market the truth about reduced payments to contractors, Defs.' Mot. at 16 (docket no. 85) (citing Zillow FQ1 2021 Earnings Call Transcript at 16, Ex. 2 to Knowles Decl. (docket no. 86-2)), and the risks associated with

simply ignores Plaintiff's "claim that the boilerplate notices were insufficient because the risks at issue had already materialized."[221]

59.    Dr. Sabry also ignores the countervailing effect that the alleged misstatements had on the market's ability to appreciate the true risks associated with the Zillow Offers business during the Class Period. Indeed, rather than inform investors of Zillow's use of price overlays and the backlog of renovations caused by the decision to squeeze contractors, Defendants "lauded the strong demand for Zillow Offers, claimed that higher volumes were the result of improvements in the Company's algorithm, and told investors that it had made 'durable' operational improvements to lower renovation costs."[222]

60.    As a testament to the market's prior misapprehension of the alleged true level of risk associated with Zillow Offers, several analysts expressed surprise at the Company's abrupt decision to shut the business down, "especially after Z reiterated its 3-5 yr outlook for iBuying at 2Q results" on August 5, 2021.[223] For example:

---

Zillow's reliance on "contractors, vendors, and service providers," as to whom Zillow could make no assurances of "uninterrupted, unlimited access," *see* Form 10-K (FY 2020) at 15, Ex. 1 to Knowles Decl. (docket no. 86-1). Plaintiff, however, has alleged more than reduced payments to Zillow's contractors, and the disclosures cited by Defendants do not mention that contractors were refusing, stopping, or delaying jobs as a result of the reductions or that the lower renovation costs might not be sustainable or were likely not durable.

[221] MTD Order, footnote 7.

[222] Complaint, ¶23.

[223] Jefferies, "Zillow, Big Swing and Miss, But Dugout Still Has Some Stars," November 3, 2021, 12:26 AM.

- **Berenberg**: "Management needs to regain credibility.  On ZG's 8/5 Q221 call, management said the company was on track to meet its long-term iBuying goals of buying 5k a month and reaching $20bn in revenue.  However, that was no longer the case by 11/2's Q321 earnings as the company announced it was winding down operations, following numerous warning signs from Bloomberg reports."[224]

- **DA Davidson**: "We have never been the biggest fans of iBuying as a business model, but still we find ourselves a bit disheartened to see ZG wind down Offers in such sudden fashion."[225]

- **Evercore**: "In closing down this segment after three years of investment and growth, mngmt cited its inability to reasonably forecast home prices and its concern that further scaling the business would generate excessive earnings and balance-sheet volatility.  We were very surprised by this decision. …  Our first take is that Zillow's iBuying challenges are idiosyncratic to the company and not to the sector, tho we may be wrong."[226]

- **Jefferies**: "Closing the door on iBuying: Z announced a surprise decision to wind-down iBuying just three years after entering the market.  The move reflects a realization that scaling the business would add excessive earnings volatility/risk and insufficient return on equity, while serving only a narrow portion of customers. … We came away from the call without a clear view of what happened during the Q that caused such a dramatic shift in strategy, especially after Z reiterated its 3-5 yr outlook for iBuying at 2Q results."[227]

- **KeyBanc**: "Zillow is winding down Zillow Offers, with management citing a list of perceived structural issues, despite 2+ years of commentary highlighting the growth potential of the

---

[224] Berenberg, "Zillow Group, Inc., Resetting focus on core business," November 5, 2021.

[225] DA Davidson, "Zillow Group, Inc., 3Q'21: A Little Less Of a 'BHAG' …  Or Is It?" November 3, 2021.

[226] Evercore ISI, "Zillow Group Inc., Downgrading To In-Line On Strategy Shift," November 3, 2021, 4:12 AM.

[227] Jefferies, "Zillow, Big Swing and Miss, But Dugout Still Has Some Stars," November 3, 2021, 12:26 AM.

business.  Pricing volatility was cited as the primary reason behind the pivot."[228]

- **Wedbush**: "With more of the questions answered now, in our view, this is a tremendous setback for a business that was solely focused on disrupting the residential real estate transaction over the last three-plus years and was a big believer in the iBuying business model.  Management noted that it didn't feel that it could accurately forecast home prices 3-6 months out and was taking on too much risk, particularly at the level of scale it felt it needed to really achieve profitability in the business.  It is a hasty exit from a business in which Zillow significantly accelerated just this past August. … Zillow became more aggressive on its home purchase price offers at precisely the wrong time, while labor issues put pressure on its ability to scale and effectively turn the house over from purchase, and will now essentially be selling the homes at a gross profit loss (for less than it purchased them for) as it liquidates its inventory.  The execution never ended up getting to where it needed to, and Zillow is now bailing."[229]

61.    Additionally, Dr. Sabry's argument that the wind down of Zillow Offers "represented the realization of disclosed risks about the iBuying business which Zillow explained in its 2020 public filings,"[230] disregards the fact that Zillow stock traded in an efficient market (a fact she does not dispute).[231]  As discussed above, market efficiency implies that Zillow's stock prices "reflected the information disclosed to the market, and promptly responded to the disclosure of new, material,

---

[228] KeyBanc Capital Markets, "Zillow Group, Inc., Z: 3Q - Flipping Is a Flop, IMT Concerns," November 2, 2021.

[229] Wedbush, "Zillow Group, Inc., A Shocking End to an Ambitious Project," November 3, 2021.

[230] Sabry Report, ¶63(d)(iv).

[231] *See* Sabry Report, ¶70.

unexpected information" throughout the Class Period.[232]    Thus, immediately preceding the alleged corrective events, Zillow's stock prices would have already reflected the previously disclosed risks identified by Dr. Sabry.  Furthermore, given the efficiency of the market for Zillow stock, the price declines observed following the alleged corrective events must have been in response to incremental, new information that caused investors to update their expectations about the true level of risk surrounding Zillow Offers.  As alleged, Defendants concealed the true risks associated with Zillow Offers, and there was a foreseeable probability that the concealed risks would materialize during the Class Period.  Indeed, "Plaintiff alleges a plausible claim that the boilerplate notices were insufficient because the risks at issue had already materialized."[233]  Accordingly, under Plaintiff's theory of liability, no portion of the resulting stock price declines was due to the materialization of previously disclosed risks about the iBuying business.[234]

62.    With respect to Dr. Sabry's third reason why there is no back-end price impact associated with the November 3, 2021 price decline, she argues that "Zillow's announcement of asset impairments and expected losses … did not result

---

[232] Nye Report, ¶62.

[233] MTD Order, footnote 7.

[234] Even assuming, *arguendo*, that some portion of the decline was due to "the realization of disclosed risks about the iBuying business," it is my understanding that "Courts have long held that 'Plaintiffs are not required at [the class certification] stage to demonstrate that any price impact was due to the prior misrepresentation alone.' *Pirnik v. Fiat Chrysler Automobiles, N.V.*, 327 F.R.D. 38, 46 (S.D.N.Y. 2018); *see also Haliburton I*, 563 U.S. at 807." (*In re Allergan PLC Sec. Litig.*, No. 18-CIV-12089 (CM)(GWG), 2021 WL 4077942, at *15 (S.D.N.Y. Sep. 8, 2021).)

in a price impact as the expected loss could be estimated based on earlier disclosures in October that Zillow was listing houses for less than its acquisition prices."[235] Specifically, Dr. Sabry devised a formula that purportedly "shows how one can estimate the loss per unit" based on previously disclosed information.[236] Notably, however, she has not identified a single analyst or news commentator that predicted Zillow's asset impairments and/or projected losses prior to their disclosure on November 2, 2021. Nor has she identified any analysts or news commentators that stated the Company's asset impairments and projected losses were expected, following the November 2, 2021 disclosures.[237]

63.     On the contrary, several analysts noted that Zillow's third-quarter 2021 earnings results, and fourth-quarter 2021 guidance, were below expectations due to the inventory write-downs. For example:

- **Benchmark**: "In the end, the [iBuying] process proved too volatile for Zillow to accurately manage, resulting in a $304

---

[235] Sabry Report, ¶161.

[236] Sabry Report, ¶162, Exhibit 14.

[237] *See* Sabry Report, ¶¶156–168. *See also* Sabry Deposition, 249:24–250:16:

> Q Dr. Sabry, prior to November 2, 2021, are you aware of any analysts that published a report estimating any impairments to Zillow Offers' assets at the time?
>
> A I don't recall all the reports I analyzed. There may have been one or more. I don't recall.
>
> Q In reviewing the information environment for your report, are you aware of any analysts that published a report prior to November 2, 2021 that estimated any projected losses Zillow was going to take on in the third quarter of 2021?
>
> A I don't recall the answer to that.

million write-down of inventory, a $381 million Homes EBITDA loss in the quarter, another expected ~$350 million EBITDA loss in 4Q."[238]

- **BTIG**: "ZG ended 3Q with ~9.8K homes in inventory and 4Q guidance would put the year end balance at ~13.8K. It will likely take until 2Q22 to work through the bulk of that, and we would expect elevated EBITDA losses on inventory impairment ($240-265M in 4Q) and negative unit economics along the way.

  The Impact. Our 4Q21-2Q22 revenue estimates come up on higher iBuyer revenue as ZG works down that inventory, EBITDA estimates come down on the impairments and weaker unit economics."[239]

- **Canaccord**: "Homes segment adj. EBITDA of ($381M) was well below guidance, due to both pressured unit economics and the impact from a $304M inventory write-down."[240]

- **Craig Hallum**: "Just 3.5 years into testing, and in the midst of unprecedented macro volatility, Zillow announced a wind-down of its iBuyer operations. The move requires Z to move through an inventory of nearly 15K homes and will carry nearly $1B in write-downs (most already taken)."[241]

- **KeyBanc**: "3Q Homes results were impacted by a $304M inventory write-down, and Zillow expects additional inventory losses of $240M-$265M in 4Q. Additionally, Zillow anticipates pre-tax charges of $175M-$230M related to the wind-down of Zillow Offers, primarily in 4Q and 1H22."[242]

---

[238] Benchmark, "Zillow Group, Inc., Bye Bye (i)Buy. PT $105," November 3, 2021.

[239] BTIG, "Zillow Group, Inc., Can't Justify Buy w/o iBuyer, Downgrade to Neutral," November 3, 2021.

[240] Canaccord Genuity, "Zillow Group, Mixed and eventful Q3 as Zillow exits Offers," November 2, 2021, 11:41 PM.

[241] Craig-Hallum, "Zillow Group, Inc., As iBuying Fades Away An Asset-Light Zillow Will Drive Attractive Profit And CF. Maintain BUY Rating, Lowering Price Target To $95," November 3, 2021.

[242] KeyBanc Capital Markets, "Zillow Group, Inc., Z: 3Q - Flipping Is a Flop, IMT Concerns," November 2, 2021.

- **Oppenheimer**: "Homes EBITDA $53M/$56M below Opco/Street on $304M inventory write down from lower than expected home sales prices."[243]

- **Piper Sandler**: "3Q Results Miss Expectations: Revenues of $1.74BN improved 162% y/y, but missed PSC forecast of $1.99BN and guide mid-point at $2.0BN.  The topline miss was driven by Homes 19% below our forecast.  EBITDA of ($169MM) missed PSC at $110MM as Homes incurred a $304MM inventory write down.

  ZOffers Discontinued: ZG announced the decision to wind-down ZOffers following the October pause.  Management said home pricing was simply not predictable enough to appropriately insulate the business, especially at target scale.  ZG overpaid for 9700 purchased homes in 3Q, resulting in a $304MM impairment charge (with another ~ $250MM in charges expected next quarter on 8200 homes in contract)."[244]

- **Stifel**: "During 3Q, the company bought 9,680 (all-time high) and sold 3,032 homes (below its expectations).  The record number of purchases was due to higher-than-anticipated conversion rates, which also led to Zillow buying homes above the estimated future selling prices and a subsequent -$304mm inventory write down during the quarter.  The company ended 3Q with 9,790 homes in inventory and 8,127 under contract to be purchased (although it is not making new offers on homes); it expects to incur an additional $240-$260mm loss on homes purchased in 4Q due to purchasing above the anticipated future selling price.  3Q adj. EBITDA of -$381mm, materially missed guidance for -$65mm to -$50mm, our -$64mm expectation, and consensus of -$60mm. Management expects 4Q revenue to be between $1.70B and $2.10B (+523% y/y at the midpoint) vs. prior consensus of $1.43B, while forecasting

---

[243] Oppenheimer, "Zillow Group, iBuyer Exit to Act as Overhang, with No Near-term Catalysts in Sight; Maintain Perform," November 2, 2021, 8:44 PM.

[244] Piper Sandler, "Zillow Group, Inc., Downgrading to Neutral: ZOffers Mothballed; Back to Basics in Core Internet," November 3, 2021, 3:21 AM.

-$365mm to -$330mm in adj. EBITDA loss vs. consensus of -$80mm due to expected inventory write-downs."[245]

64.    Indeed, according to *Business Insider*, "panic had begun to build within the company in the days leading up to the [November 2, 2021] earnings announcement as it started to calculate the $569 million in losses it said it could sustain from selling homes it had purchased at a loss."[246]

65.    News outlets also commented on and attributed Zillow's November 3, 2021 stock price declines to the Company's impairment charges.  For example:

- ***Investing.com***: "Shares in Zillow (NASDAQ:Z) cratered and are extending their losses in premarket trading, after the real estate company said it faced writedowns of over $560 million on houses it bought for flipping purposes.  The online realtor's Zillow Offers business was slow to realize that the housing market, which boomed during the first year of the pandemic, was cooling off earlier in the year."[247]

- ***The Boston Globe***: "It was the startling culmination of a turbulent few weeks for America's most famous real estate company: Zillow Group Inc. pulled the plug on its tech-powered home-flipping operation.

  The decision, reached by the board of directors on Tuesday morning, sent the company's shares plummeting.  It also raised big questions about what comes next for Seattle-based Zillow, which had staked its future on the idea that its data scientists could power a business that buys and sells thousands of homes a month.

---

[245] Stifel, "Zillow Group, Inc., From Flipping to Flopping; Hold, $85 PT," November 2, 2021.

[246] *Business Insider*, "Zillow insiders are blaming an internal initiative called Project Ketchup for the company's home-flipping failures," November 9, 2021, 1:08 PM.

[247] *Investing.com*, "Fed Decision Day, Zillow's Flipping Flop, Youngkin Triumph - What's Moving Markets," November 3, 2021.

Now analysts, competitors, and industry observers are left to puzzle over how exactly the company managed to misjudge the housing market so badly that it's writing down more than $500 million on the real estate it purchased."[248]

- *MarketWatch*: "Zillow Group Inc. is calling it quits on the home-flipping business, while disclosing expected losses of more than $550 million on homes purchased in the second half of this year for which the company admits it paid too much."[249]

66.    Lastly, Dr. Sabry argues that "[t]he size of the loss in Zillow's market capitalization following the November 2, 2021 earnings announcement is inconsistent with the expected impact of the alleged misstatements."[250]  Notably, Dr. Sabry has not quantified the "the expected impact of the alleged misstatements." Her only basis for this opinion is that "there was no corresponding increase in market capitalization following the alleged misstatements on August 5, 2021 and September 13, 2021."[251]  However, as discussed above, the absence of a statistically significant stock price increase on the dates of alleged misstatements is inconclusive with respect to price impact, given my understanding that such statements are alleged to be false and misleading, in part, due to Defendants' omission of material facts that served to artificially maintain the prices of Zillow stock.[252]  In addition,

---

[248] *The Boston Globe*, "Zillow's flipping halt marks major collapse in housing push," November 3, 2021.

[249] *MarketWatch*, "Zillow to stop flipping homes for good as it stands to lose more than $550 million, will lay off a quarter of staff," November 3, 3021, 8:36 AM.

[250] Sabry Report, ¶167.  *See also* Opposition to Class Certification, pp. 2–3.

[251] Sabry Report, ¶167.

[252] *Supra* ¶18.

Dr. Sabry does not dispute that the markets for Zillow's Class A and Class C stock were efficient during the Class Period.[253] Nor is she of the opinion that Zillow's stock price declines on November 3, 2021 (or October 18, 2021, November 1, 2021, or November 2, 2021 for that matter) were inconsistent with the contemporaneous disclosures.[254] In fact, the substantial decline in Zillow's market capitalization in response to the alleged corrective disclosures is consistent with Plaintiff's allegations that, prior to the announced shutdown, Zillow Offers was "the primary stock sentiment driver":

> Plaintiff alleges that Zillow Offers was a core operation because it accounted for 60% of Zillow's revenue during the quarter just preceding the class period. CAC ¶ 8. With Zillow's traditional revenue sources slowing, Zillow expected that Zillow Offers would drive its future growth—so much so that Defendant Barton likened its implementation to Netflix's watershed shift from mailing DVDs to offering streaming content. *See* CAC ¶ 59. With that expectation, Barton returned to his position as Zillow's CEO specifically to oversee Zillow Offers, which he claimed was the centerpiece of Zillow's new strategy. CAC ¶¶ 5–7, 65, 198. As one analyst put it, "[t]he Company will pin its future on Zillow Offers." CAC ¶¶ 58–66. The CAC alleges that Zillow Offers was "the primary stock sentiment

---

[253] *See* Sabry Report, ¶70.

[254] At her deposition, Dr. Sabry testified that she is merely "pointing to an empirical observation" that the change in market capitalization following the alleged misstatements is somehow "disproportionate" to the change in market capitalization following the alleged corrective disclosures, and "[t]hat's the entirety of that opinion." (Sabry Deposition, 233:17–234:4.) However, she was "not making any assumptions" about whether or to what extent there should even be a relationship between such changes in market capitalization. (Sabry Deposition, 234:11–19.) Also, she was unable to able to cite any legal or academic authority in support of the notion that there should be a relationship. (Sabry Deposition, 227:25–228:19, 230:11–232:11.) Thus, Dr. Sabry's "empirical observation" has no bearing on an "assess[ment of] whether the alleged misstatements at issue had a price impact on Zillow's common stock." (Sabry Report, ¶1.)

driver." CAC ¶ 68. *See In re Iso Ray, Inc. Sec. Lit.*, 189 F. Supp. 3d 1057, 1078–79 (E.D. Wash. 2016) (concluding that it was absurd for defendant to lack knowledge about a product critical to the company's success). Plaintiff's factual material supports an inference that the faltering or failure of Zillow Offers would not go unnoticed.[255]

67.    In sum, Dr. Sabry's analysis of the November 2, 2021 alleged corrective disclosures fails to demonstrate that the alleged misstatements and omissions had no impact on Zillow's stock prices during the Class Period. When properly interpreted, the statistically significant declines in the prices of Zillow stock on November 3, 2021 in response to the allege corrective disclosures on November 2, 2021 (after market close) provide strong evidence that the alleged misstatements and omissions had price impact throughout the Class Period.

## VI.    The Lack of Statistically Significant Stock Price Declines Following the Post-Class Period *Business Insider* and *The Wall Street Journal* Articles Does Not Undermine Price Impact

68.    Dr. Sabry states that the allegedly concealed facts "were not actually revealed to the market until after the Class Period when *Business Insider* and *The Wall Street Journal* articles on November 9 and November 17, respectively, discussed these allegations."[256] According to Dr. Sabry, "[n]either news articles had a statistically significant negative price reaction on Zillow's share prices, thus further confirming that the alleged misrepresentations did not have a 'back-end' price impact on Zillow's common stock."[257]

---

[255] MTD Order, p. 19.

[256] Sabry Report, ¶170.

[257] *Ibid*.

69.     However, the absence of a statistically significant price decline following these articles fails to undermine a finding of price impact, given that the relevant truth had already been revealed to the market through the alleged corrective disclosures.[258]     Indeed, following the final alleged corrective disclosure, on

---

[258] Contrary to Dr. Sabry's opinion, a failure to find statistical significance at a particular confidence level does not allow a financial economist to conclude there is a lack of price impact.  The science of financial economics explicitly allows for security prices to efficiently adjust to new information that even minimally affects the "present value of the expected cash flows an investor will receive from owning it."  (Berk, Jonathan and Peter DeMarzo, 2007, *Corporate Finance*, Pearson Education, Inc., 1st Ed., Ch. 9, p. 245.)  As acknowledged by the Third Circuit, "it does not necessarily follow from the mere absence of a statistically significant change in the stock price that there was no price impact." (*Vizirgianakis v. Aeterna Zentaris, Inc.*, No. 18-2474, 2019 WL 2305491, at *2 (3d Cir. May 30, 2019) (quoting *West Palm Beach Police Pension Fund v. DFC Global Corp.*, No. 13-6731, 2016 WL 4138613, *14 (E.D. Pa. Aug. 4, 2016)).) *See also, e.g.*, *Di Donato v. Insys Therapeutics, Inc*., 333 F.R.D. 427, 444 (D. Ariz. 2019) ("The lack of statistically significant proof that a statement affected the stock price is not statistically significant proof of the opposite, i.e., that it did not actually affect the stock price."); *Carpenters*, 310 F.R.D. at 95 ("The failure of an event study to find price movement does not prove lack of price impact with scientific certainty."); *Rooney v. EZCORP, Inc*., 330 F.R.D. 439 450 (W.D. Tex. 2019) ("absence of a statistically significant price adjustment does not show the stock price was unaffected by the misrepresentation"); *St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc.*, 2022 WL 4598044, at *6 (M.D. Tenn. Sept. 30, 2022):

> Defendants have still not rebutted the presumption "because their price impact arguments rely on a statistical fallacy[;] [c]ontrary to Defendants' argument, the existence of non-statistically-significant stock price declines does not prove the absence of price impact." *Monroe Cnty. Employees' Ret. Sys.*, 332 F.R.D. at 393; *see id.* ("failure to find statistical significance does not prove that information had no role in the observed stock price adjustment.  Rather, [n]on-significance means indeterminate with respect to finding the cause of a stock price movement; it does not mean that there was no decline or that the decline was necessarily caused by factors other than the corrective disclosure.") (internal quotations and citations omitted); *id.* at 394 ("An event study tests whether one can reject a null hypothesis.

November 2, that Zillow would completely shut down its iBuying business,[259] and "faced writedowns of over $560 million on houses it bought for flipping purposes,"[260] analysts "no longer assign[ed] any value to the Homes business."[261, 262]  For example:

For price impact purposes, the null hypothesis under examination is that the stock price of the subject company was not impacted by the alleged misrepresentations.  It is axiomatic that 'failure to rebut the null hypothesis does not necessarily mean that a misrepresentation had no price impact.'" (quoting Jill E. Fisch et al., *The Logic and Limits of Event Studies in Securities Fraud Litigation*, 96 Tex. L. Rev. 553, 611 (2018)); *see, e.g., Rooney v. EZCORP, Inc.*, 330 F.R.D. 439, 450 (W.D. Tex. 2019) ("A statistically significant price adjustment following a corrective disclosure is evidence the original misrepresentation did, in fact, affect the stock price.  The converse, however, is not true—the absence of a statistically significant price adjustment does not show the stock price was unaffected by the misrepresentation."); *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 444 (D. Ariz. 2019) ("The lack of statistically significant proof that a statement affected the stock price is not statistically significant proof of the opposite, i.e., that it did not actually affect the stock price.").

[259] *PR Newswire*, "Zillow Group Reports Third-Quarter 2021 Financial Results & Shares Plan to Wind Down Zillow Offers Operations," November 2, 2021, 4:05 PM.

[260] *Investing.com*, "Fed Decision Day, Zillow's Flipping Flop, Youngkin Triumph - What's Moving Markets," November 3, 2021.

[261] Barclays, "Zillow, Inc., Unwinding Homes, Refocus on Core," November 3, 2021, 7:46 AM.

[262] *See also* Sabry Deposition, 243:6–244:16:

Q By November 9, 2021, the date of the Business Insider article, Zillow had announced it had already paused acquisitions of new homes, correct?

A That's correct.

Q And by November 9, 2021, Zillow had announced it was winding down it's Zillow Offers operations, correct?

- **Barclays**: "We're lowering estimates to reflect the unwind of Homes, and reduce our PT from $100 to $72 …. We no longer assign any value to the Homes business in our SOTP framework (vs. a 5x EV/GP multiple previously) …."[263]

- **Benchmark**: "We have reduced our forecast for Homes to wind down by 2H22 and estimate that IMT + Mortgage EBITDA will be around $875 million in FY22, which now accounts for our entire valuation."[264]

- **Berenberg**: "Cutting price target to $83 (from $162). Exiting the iBuying business changes the structure of the company, removing what we estimate as $4.5bn in annual revenue in 2021E. While our price target is still an equal-weighted combination of EV/sales, EV/EBITDA, and a DCF, it is now based on our view of a 'core'

---

A That's correct.

Q By November 9, 2021 Zillow had announced -- I'm sorry, by November 9, 2021, it had already been reported that Zillow had overpaid for homes it had acquired, correct?

A The market knew that since October 4th, yes.

Q By November 9, 2021 Zillow had announced it was taking a more than $500 million write-down on its Zillow Offers inventory, correct?

A That's correct, but the inventory was still on their books.

Q Did the November 9, 2021 Business Insider article or the November 16th Wall Street Journal article reveal that Zillow would be writing down more – taking a larger write-down than was previously reported?

A Not that I know of.

Q Did the November 9th Business Insider article or the November 16th Wall Street Journal article report that Zillow had overpaid more for houses than was already reported?

A Not that I know of.

[263] Barclays, "Zillow, Inc., Unwinding Homes, Refocus on Core," November 3, 2021, 7:46 AM.

[264] Benchmark, "Zillow Group, Inc., Bye Bye (i)Buy. PT $105," November 3, 2021.

-74-

business.  That is, we are using 2023E estimated financials to strip out the impacts of the ZOffers wind-down."[265]

- **BofA Global Research**: "We lower PO to $50 now based on 13x core 2022 IMT/mortgages EBITDA as our framework no longer includes iBuying (we valued at 1x /22E sales)."[266]

- **BTIG**: "Pulling iBuyer from our SOTP framework, leaves us with a fair value range for ZG $66-109 ….  With no assumed value for the iBuyer business, the current enterprise value amounts to a multiple of 25x our 2022 IMT EBITDA estimate. …  Our prior PT of $145 incorporated $55/share in value for the iBuyer piece with the rest at ~$90/share."[267]

- **Evercore**: "Lowering Ests & PT: FY21 Revenue down 1% (Revenue ex-Homes largely unchanged), Gross Profit down 31%, reflecting a less optimistic Homes Gross Profit outlook, and EBITDA decreased from $581MM to $45MM. PT to $89 from $168, based on a 20x EV/Adj. EBITDA on our '23E EBITDA of $1.1B, which doesn't include any contribution from Homes."[268]

- **Jefferies**: "We are reducing our PT to $115 (from $150), which reflects iBuying value going to $0 (from $50/share) and a slightly more optimistic outlook for IMT …."[269]

- **Morgan Stanley**: "As we adjust our model, we lower our PT by -32% to $76.  In effect we are removing the $22 value associated

[265] Berenberg, "Zillow Group, Inc., Resetting focus on core business," November 5, 2021.

[266] BofA Global Research, "ZG shutting the door on iBuying business; Lowering PO to $50; Reiterate U/P," November 3, 2021, 5:00 AM.

[267] BTIG, "Zillow Group, Inc., Can't Justify Buy w/o iBuyer, Downgrade to Neutral," November 3, 2021.

[268] Evercore ISI, "Zillow Group Inc., Downgrading To In-Line On Strategy Shift," November 3, 2021, 4:12 AM.

[269] Jefferies, "Zillow, Big Swing and Miss, But Dugout Still Has Some Stars," November 3, 2021, 12:26 AM.

with Z Offers and lowering our core mortgage assumptions due to lower assumed attach and traffic conversion."[270]

- **Piper Sandler**: "In the meantime, 1) we remove Home segment from our P&L (2Q22 wind-down); and 2) adjust our SOTP. PT moves to $78 from $117 prior. … As for our valuation, we remove the Home segment from our SOTP while valuing the IMT segment at 22.5x '22 EBITDA and Mortgage at 1.25x '22 Sales. We land at $78/share in value."[271]

- **Wedbush**: "Our SOTP represents now implies zero value for Homes, 20x EV/EBITDA for IMT, and 3x EV/Revenue for Mortgages on our 2022E estimates."[272]

70.    Moreover, as discussed throughout the Complaint, the *Business Insider* and *The Wall Street Journal* articles, which describe the reasons behind Zillow's "home flipping failures," are consistent with Plaintiff's allegations, thereby further evidencing the price impact of the alleged corrective disclosures.[273]  These articles also contradict Dr. Sabry's characterization of the Company's iBuying pause and eventual shutdown of Zillow Offers as merely "strategic actions,"[274] which were "consistent with macroeconomic conditions at the time."[275]

---

[270] Morgan Stanley, "Zillow Group Inc, Offers Off ... What Matters Now? November 3, 2021, 03:40 AM GMT," November 2, 2021, 11:40 PM.

[271] Piper Sandler, "Zillow Group, Inc., Downgrading to Neutral: ZOffers Mothballed; Back to Basics in Core Internet," November 3, 2021, 3:21 AM.

[272] Wedbush, "Zillow Group, Inc., A Shocking End to an Ambitious Project," November 3, 2021.

[273] *See, e.g.*, Complaint, ¶¶9, 12–13, 17, 19, 20, 22, 74, 81, 90–91, 101–102, 105–106, 129–133, 177.

[274] Sabry Report, ¶155.

[275] Sabry Report, ¶128.

71.    For example, according to the *Business Insider* article, while the Company "blamed" the shutdown of Zillow Offers on "the unpredictability of the nation's housing market and a supply and labor shortage that has plagued businesses across the economy," "[c]urrent and former employees at the company said those explanations omitted Zillow's role in the debacle."[276] *Business Insider* wrote:

> The employees' accounts suggested that Zillow's iBuying problems had less to do with a glitch in its computer-driven, algorithmic approach to purchasing homes or unpredictable swings in prices and more to do with the **overexuberance of human managers**. Employees said leaders at the company failed to heed signs that Project Ketchup was prompting it to pay too much for homes and damaging key business relationships with contractors who fixed up properties before Zillow relisted them. …
>
> The Zillow employee in Southern California said that **much of the company's labor problems stemmed from those strains brought on by Project Ketchup, not the economywide shortages** that top Zillow executives, including CEO Rich Barton, said were responsible for its backlog of homes.[277]

72.    *The Wall Street Journal* likewise described how the failure of Zillow Offers was driven by "the company's missteps," including its use of "gross pricing overlay[s]":

> Technology has in many ways transformed the hidebound real-estate industry. But Zillow ran into some of the limits of technology in a business still informed by emotional attachments, personal tastes and other intangible factors. Some current and former employees say the company's missteps made matters worse. …

---

[276] *Business Insider*, "Zillow insiders are blaming an internal initiative called Project Ketchup for the company's home-flipping failures," November 9, 2021, 1:08 PM (emphasis added).

[277] *Ibid*.

Zillow put together a plan to speed up the pace and volume of home purchases, dubbing it Project Ketchup -- which employees took as a play on the team's mission to catch up to Opendoor.  Zillow planned to buy more homes by spending more money, offering prices well above what its algorithm and analysts picked as market value, people familiar with the matter said.

In the second quarter, Zillow Offers bought more than 3,800 homes -- more than double the previous quarter.  In the third quarter, it bought 9,680 homes.  The company was buying so many homes that its overstretched staff started running behind on closings and renovations, people familiar with the matter said. …

Staffers grew concerned Zillow was paying too much, people familiar with the matter said.  Analysts whose job it was to confirm the prices of homes found that they were routinely overruled, those people said, because the company had retooled the system to raise the analysts' suggested prices.  Automatic price add-ons coded into the company system, including one called the "gross pricing overlay" that could add as much as 7%, would boost offering prices to get more home sellers to say yes.[278]

73.    *The Wall Street Journal* also noted that Zillow's "two biggest" iBuyer competitors "shrugged off Zillow's failure":

The two biggest remaining digital home-flipping businesses, Opendoor Technologies Inc. and Offerpad Solutions Inc., have shrugged off Zillow's failure.  Opendoor has said its model is designed to respond to fluctuations in home prices, including seasonal changes.  Offerpad touts its local networks that supply it with up-to-date details on different markets around the country.  Both companies reported record revenues in the third quarter, though both also reported net losses.[279, 280]

---

[278] *The Wall Street Journal*, "What Went Wrong With Zillow?  A Real-Estate Algorithm Derailed Its Big Bet," November 17, 2021, 11:29 AM.

[279] *Ibid*.

[280] I also note that, while Dr. Sabry observes that the stock prices of other iBuying companies "decreased precipitously in 2022" (Sabry Report, Exhibit 1), she

74.     In sum, rather than "confirming that the alleged misrepresentations did not have a 'back-end' price impact on Zillow's common stock,"[281] the *Business Insider* and *The Wall Street Journal* articles provide ample evidence that the precipitous declines in the prices of Zillow stock following the alleged corrective disclosures were a direct and foreseeable consequence of the alleged misconduct in this matter.

---

provides no analysis to explain the stock price movements of these companies, or whether such price movements relate in any way to Zillow or the allegations in this matter.  (*See* Sabry Report, ¶26.  *See also* Sabry Deposition, 51:14–53:20, testifying that she did not conduct an event study to explain the stock price movements of Zillow's iBuying competitors.)

[281] *Ibid.*

75.    My work in this matter is ongoing.  My opinions in this Report are subject to refinement or revision based on analysis of new information which may be provided to me, including the opinions of other experts, receipt of additional documents and data, and based on further analysis of the data and materials described herein.  I understand that discovery is ongoing.  Should additional relevant information be provided to me, my opinions may be supplemented at a later date.

Executed on June 7, 2024 at Redwood City, California.


Zachary Nye, Ph.D.

**Exhibit 1**



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

## Zachary R. Nye
*Email:* zach@scginc.com

---

### Education

**Ph.D. – University of California, Irvine**                     2009
Finance                                                    Irvine, California

- Dissertation: Macro-Augmented Volatility Forecasting.

- Research Interests: Market efficiency of underlying and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.

- Teaching Experience: Corporate Finance, Investments, and Risk Management.

**M.Sc. – London Business School**                               2004
Finance                                                    London, England

- Earned distinction for Masters Thesis on the informational efficiency of credit-linked notes.

**A.B. – Princeton University**                                  2001
Economics                                               Princeton, New Jersey

---

### Employment History

**Vice President**                                  Summer 2015 – present
Stanford Consulting Group, Inc.                      Redwood City, California

The Stanford Consulting Group, Inc. provides economic research and expert testimony for business litigation, as well as regulatory and legislative proceedings.

Responsibilities include:

- quantifying economic damages (*e.g.*, present value of expected future earnings, price inflation, lost profits, unjust enrichment, reasonable royalties);

- enterprise, project, equity, debt, derivative-security and intellectual-property valuation;

- assessing the informational efficiency of financial securities;

- analyzing fairness opinions related to corporate mergers and acquisitions;

- econometric modeling and analysis;

- marginal cost analysis;

- preparing expert reports and declarations;

- providing deposition and trial testimony; and

- supporting counsel in preparation for cross examination of opposing experts.

**Senior Consultant**                            Summer 2009 – Summer 2015
Stanford Consulting Group, Inc.                     Redwood City, California

**Exhibit 1**

| | |
|---|---|
| **Associate** | Summer 2004 – Summer 2005 |
| Stanford Consulting Group, Inc. | Redwood City, California |
| | |
| **Mortgage Consultant** | Fall 2002 – Summer 2003 |
| Woolwich PLC | Oxford, UK |
| | |
| **Trading Desk Specialist** | Fall 2001 – Summer 2002 |
| Merrill Lynch, Defined Asset Funds | Plainsboro, New Jersey |

---

### Academic Research

Nye, Zachary and Mark Washburn, 2013, "Macro-Augmented Volatility Forecasting," *Western Decision Sciences Institute Proceedings*. Paper presented at the WDSI Annual Meeting, Long Beach, California, March 27, 2013. Winner of the 2013 Best Theoretical/Empirical Research Paper Awards.

Nye, Zachary and Philippe Jorion, 2009, "Macro-Augmented Volatility Forecasting," Working Paper, University of California at Irvine.

Nye, Zachary and Timothy C. Johnson, 2005, "Market Efficiency's Hidden Teeth: An Unambiguous Test for Derivative Securities," Working Paper, London Business School.

---

### Testimony

Jeremy Jaeger, et al. v. Zillow Group, Inc., et al., United States District Court, Western District of Washington at Seattle, Case No. 2:21-cv-01551-TSZ
>          Deposition                    April 16, 2024

Charles Larry Crews, Jr., et al. v. Rivian Automotive, Inc., et al., United States District Court, Central District of California, Case No. 2:22-cv-01524-JLS-E
>          Deposition                    January 12, 2024

In re Talis Biomedical Securities Litigation, United States District Court, Northern District of California, Case No. 3:22-cv-00105-SI
>          Deposition                    December 8, 2023

In re Apache Corp. Securities Litigation, United States District Court, Southern District of Texas, Houston Division, Case No. 4:21-cv-00575
>          Deposition                    November 8, 2023
>          Evidentiary Hearing      December 6, 2023

Altimeo Asset Management, et al. v. Qihoo 360 Technology Co. Ltd., et al., United States District Court, Southern District of New York, Case No. 1:19-cv-10067-PAE
>          Deposition                    November 30, 2023

Christopher L. Sayce, et al. v. Forescout Technologies, Inc., et al., United States District Court, Northern District of California, San Francisco Division, Case No. 3:20-cv-00076-SI
>          Deposition                    November 20, 2023

In re Alta Mesa Resources, Inc. Securities Litigation, United States District Court, Southern District of Texas, Houston Division, Case No. 4:19-cv-00957
>          Deposition                    November 14, 2023

**Exhibit 1**

Miriam Edwards, et al. v. McDermott International, Inc., et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:18-cv-04330
        Deposition           April 26, 2023
        Evidentiary Hearing     September 27, 2023

Halman Aldubi Provident and Pension Funds Ltd., et al. v. Teva Pharmaceuticals Industries Limited, et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM
        Deposition            November 4, 2022
        Evidentiary Hearing     September 21, 2023

John V. Ferris, et al. v. Wynn Resorts Limited, et al., United States District Court, District of Nevada, Case No. 2:18-cv-00479-GMN-DJA
        Deposition            August 26, 2022
        Deposition            January 31, 2023

In re Jernigan Capital, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:20-cv-09575-JLR
        Deposition            January 27, 2023

Ali Karimi, et al. v. Deutsche Bank AG, et al., United States District Court, Southern District of New York, Case No. 1:22-cv-02854-JSR
        Deposition            August 12, 2022

Teresa Doskocz, et al. v. ALS Lien Services, et al., Superior Court of California, County of Contra Costa, Case No. C17-01486
        Deposition            April 23, 2018
        Deposition            March 8, 2022
        Deposition            April 14, 2022
        Trial                 April 29, 2022

Paul Hayden, et al. v. Portola Pharmaceuticals, Inc., et al., United States District Court, Northern District of California, Case No. 3:20-cv-00367-VC
        Deposition            March 30, 2022

United States of America ex rel. Lori Morsell, et al. v. Symantec Corporation, United States District Court for the District of Columbia, Civil Action No. 12-cv-0800 (RC)
        Deposition            March 13, 2019
        Trial                 March 22, 2022

United States of America ex rel. Tiffany Montcrieff, et al. v. Peripheral Vascular Associates, P.A., United States District Court for the Western District of Texas, San Antonio Division, Civil Action No. SA-17-CV-00317-XR
        Deposition            July 31, 2020
        Trial                 February 14, 2022

In re Advance Auto Parts, Inc. Securities Litigation, United States District Court, District of Delaware, Case No. 1:18-CV-00212-RGA
        Deposition            July 14, 2020
        Deposition            September 30, 2021

In re Allergan PLC Securities Litigation, United States District Court, Southern District of New York, Civil Action No. 18-CV-12089-CM
        Deposition            May 19, 2020
        Deposition            September 27, 2021

Gabby Klein, et al. v. Altria Group, Inc., et al., United States District Court, Eastern District of Virginia, Richmond Division, Case No. 3:20-cv-00075-DJN
        Deposition            August 31, 2021

**Exhibit 1**

In re Tahoe Resources, Inc. Securities Litigation, United States District Court, District of Nevada, Case No. 2:17-cv-01868-RFB-NJK
  Deposition      August 4, 2021

Hawaii Structural Ironworkers Pension Trust Fund, et al. v. AMC Entertainment Holdings, Inc., et al., United States District Court, Southern District of New York, Case 1:18-cv-00299-AJN-SLC
  Deposition      July 9, 2020
  Deposition      July 28, 2021

In re Mylan N.V. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:16-CV-07926 (JPO)
  Deposition      November 22, 2019
  Deposition      July 20, 2021

Oregon Laborers Employers Pension Trust Fund, et al. v. Maxar Technologies Inc., et al., United States District Court, District of Colorado, Case No. 1:19-cv-00124-WJM-SKC
  Deposition      May 28, 2021

Roei Azar, et al. v. Yelp, Inc., et al., United States District Court, Northern District of California, Case No. 3:18-cv-00400-EMC
  Deposition      March 2, 2021

Roofers' Pension Fund, et al. v. Joseph C. Papa, et al., United States District Court, District of New Jersey, Civil Action No. 2:16-cv-02805-MCA-LDW
  Deposition      April 2, 2019
  Deposition      January 14, 2021

Utah Retirement Systems, et al. v. Healthcare Services Group, Inc., et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:19-cv-01227-ER
  Deposition      December 10, 2020

Matt Karinski, et al. v. Stamps.com, Inc., et al., United States District Court, Central District of California, Case No. 2:19-cv-01828-MWF-SK
  Deposition      August 14, 2020

Alexandre Pelletier, et al. v. Endo International PLC, et al., United States District Court, Eastern District of New Pennsylvania, Civil Action No. 2:17-cv-05114-MMB
  Deposition      July 27, 2020

In re Zillow Group, Inc. Securities Litigation, United States District Court, Western District of Washington at Seattle, Case No. 2:17-cv-01387-JCC
  Deposition      March 10, 2020

Joseph Prause, et al. v. TechnipFMC plc, et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:17-cv-02368
  Deposition      February 5, 2020
  Deposition      March 9, 2020

In re Quorum Health Securities Litigation, United States District Court, Middle District of Tennessee, Case No. 3:16-cv-02475
  Deposition      August 17, 2018
  Deposition      January 14, 2020

In re Snap Inc. Securities Litigation, United States District Court, Central District of California, Western Division, Case No. 2:17-cv-03679-SVW-AGR
  Deposition      December 13, 2019

**Exhibit 1**

Jet Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al., United States District Court, Southern District of New York, Case No. 1:15-cv-00307-AKH
          Deposition                       July 26, 2019

City of Pontiac General Employees' Retirement System, et al. v. Dell Inc., et al., United States District Court, Western District of Texas, Austin Division, Case No. 1:15-cv-00374-LY
          Deposition                       April 19, 2017
          Deposition                       November 6, 2018

Pirnik v. Fiat Chrysler Automobiles N.V., et al., United States District Court, Southern District of New York, Case No. 1:15-CV-07199-JMF
          Deposition                       February 2, 2018
          Deposition                       September 13, 2018

Bradley Cooper, et al. v. Thoratec Corporation, et al., United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-00360-CW
          Deposition                       March 6, 2018

L-3 Communications Corporation, et al. v. Serco, Inc., United States District Court for the Eastern District of Virginia, Case No. 1:15-cv-701-GBL-JFA
          Deposition                       October 22, 2015
          Deposition                       October 18, 2017

In re Juno Therapeutics, Inc., United States District Court of Western District of Washington at Seattle, Case No. C16-1069RSM
          Deposition                       October 4, 2017

Brad Mauss, et al. v. NuVasive, Inc., et al., United States District Court, Southern District of California, Case No.: 13-cv-02005-JM
          Deposition                       December 20, 2016
          Deposition                       August 28, 2017

In re Akorn, Inc. Securities Litigation, United States District Court, Northern District of Illinois, Eastern Division, Case No. 15-CV-01944
          Deposition                       June 21, 2017

In re Ocwen Financial Corporation Securities Litigation, United States District Court, Southern District of Florida, Case 14-81057-CIV-WPD
          Deposition                       September 23, 2016
          Deposition                       March 28, 2017

Stephen Calfo, et al. v. John P. Messina, Sr., et al., United States District Court, Southern District of New York, Civil Action No. 15 Civ. 04010 (LGS)
          Deposition                       January 5, 2017

In re EZCORP, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 14-cv-6834 (ALC)
          Deposition                       October 14, 2016

Arthur Menaldi, et al. v. Och-Ziff Capital Management Group LLC, et al., United States District Court, Southern District of New York, No. 14-CV-03251-JPO
          Deposition                       October 3, 2016

Keith Thomas, et al. v. MagnaChip Semiconductor Corp., et al., United States District Court, Northern District of California, Case No. 3:14-cv-01160-JST
          Deposition                       September 16, 2016

**Exhibit 1**

In re Rocket Fuel, Inc. Securities Litigation, United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-03998-PJH

| | |
|---|---|
| Deposition | September 14, 2016 |

Barbara Strougo, Individually and on Behalf of All Others Similarly Situated v. Barclays PLC, et al., United States District Court, Southern District of New York, Case No. 14-cv-5797 (SAS)

| | |
|---|---|
| Deposition | August 11, 2015 |
| Evidentiary Hearing | November 5, 2015 |
| Deposition | June 16, 2016 |

In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation, United States District Court, District of New Jersey, Case Numbers: 05-cv-5060; 07-cv-4021; 07-cv-4022; 07-cv-4023; 07-cv-4024; 07-cv-4546; 11-cv-6259; and 15-cv-518

| | |
|---|---|
| Deposition | December 6, 2013 |
| Deposition | October 1, 2015 |

Richard Thorpe and Darrel Weisheit, Individually and on Behalf of All Others Similarly Situated v. Walter Investment Management Corp., et al., United States District Court, Southern District of Florida, Case No. 1:14-cv-20880-UU

| | |
|---|---|
| Deposition | September 16, 2015 |

City of Austin Police Retirement System, *Individually and on Behalf of All Others Similarly Situated* v. Kinross Gold Corporation, et al., United States District Court, Southern District of New York, Civil Action No. 1:12-cv-01203-VEC-KNF

| | |
|---|---|
| Deposition | November 19, 2014 |

In re El Paso Partners, L.P. Derivative Litigation, Court of Chancery of the State of Delaware, C.A. No. 7141-CS

| | |
|---|---|
| Deposition | September 24, 2013 |
| Trial | November 12 and 13, 2014 |

L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al., United States District Court for the District of Colorado, Civil Action No. 10-cv-02868-MSK-KMT

| | |
|---|---|
| Deposition | August 7, 2014 |

Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2011-019334

| | |
|---|---|
| Deposition | February 24, 2014 |

In re Heckmann Corporation Securities Litigation, United States District Court for the District of Delaware, Case No. 1:10-cv-00378-LPS-MPT

| | |
|---|---|
| Deposition | November 9, 2012 |