# EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

------------------------------------------x

JEREMY JAEGER, individually and on
behalf of all others similarly
situated,

                    Plaintiff,

          vs.                   Case No.
                         2:21-cv-01551-TSZ

ZILLOW GROUP, INC., RICHARD
BARTON, ALLEN PARKER and JEREMY
WACKSMAN,

                    Defendants.

------------------------------------------x

                    10:01 a.m.

                    May 30, 2024


                    * CONFIDENTIAL *


          VIRTUAL DEPOSITION of FATEN SABRY, an
Expert Witness in the above entitled matter,
pursuant to Notice, before Stephen J. Moore, a
Registered Professional Reporter, Certified
Realtime Reporter and Notary Public of the State
of New York.

FATEN SABRY - CONFIDENTIAL

That was understood also and documented by the analysts, and I cite that later in the report.

Q    From the factual record you reviewed for your report, did any analysts understand before or during the class period that Zillow was slapping on overlays on top of its models, pricing models, to increase housing prices?

MS. MILSTEAD:   I object to form.

A    I would say that analysts understood from, based on publicly available information and documented that it seems that Zillow was paying too much for homes and paying too much relative to other iBuying businesses before -- that was during the class period and certainly early, as early as October 4th.

Q    I'm going to move to strike that answer, because my question wasn't about Zillow overpaying.

My question was following up on a prior answer of yours, and the question

Page 37

FATEN SABRY - CONFIDENTIAL

was specifically, from the factual record you reviewed for your report, did any analysts understand before or during the class period that Zillow was slapping on overlays on top of its pricing models to increase housing prices?

MS. MILSTEAD:  I object to form.

A    I would say that my answer is responsive to your question.

They did not say pricing overlay, but the analysts certainly documented that Zillow seems to be paying way too much for homes even -- and that exceeds the listing prices of the homes, which means that Zillow would be losing money, and they made these statements and this analysis during the class period.

Q    Again, my question is not about overpaying for houses.

My question is just whether any analyst knew before or during the class period that Zillow was slapping on overlays on top of its pricing models, yes or no?

FATEN SABRY - CONFIDENTIAL

MS. MILSTEAD:  I object to form.

A        Zillow itself -- well, I will say again, the terminology pricing overlay was not in the -- in the paragraph 17 to 21 in my report.

But the idea that Zillow was increasing the or offering higher prices on -- to acquire houses, prices that are so high that they exceed the listing price, the prices at which they would sell the homes, was well documented as early as October 4th by analyst reports and discussed in the market, as I document in my report.

Q        Dr. Sabry, am I asking about -- I'm not asking about 17 to 22 of your report, I'm being very emphatic.

I am not asking about overpaying for houses.  The question is much more simple.

From your review of the factual record in preparing your report and opinions today, did any analyst know that Zillow was slapping on overlays on top of

Page 39

FATEN SABRY - CONFIDENTIAL

its pricing models before or during the class period?

The question is focused on the overlays.

Did any analyst know about the overlays before or during the class period?

MS. MILSTEAD:   I object to form.

A        And I would say that analysts did know that Zillow was paying more than they would be able to sell the houses for, which means that they are losing money on this business as early as October 4th.

The word overlay does not appear in their -- in their analysis or in their reports, but the idea that Zillow was paying too much and too much relative to the list price, too much relative to other iBuying businesses during certain times in '21 was well known during the class period.

Q        Are you suggesting that by knowing that Zillow was overpaying for houses analysts knew that Zillow was

FATEN SABRY - CONFIDENTIAL

applying overlays to its pricing models?

A    I am saying that the analysts understood the -- that something is not working in the process that Zillow is using to acquire homes, given that they are, on average, they are buying houses at prices higher than the prices they could sell the homes for.

That's -- that was well understood during the class period and documented by various analysts.

The word, and I will say again, the term overlay, per se, was not -- was not stated, not until after the class period, when The Wall Street Journal article came out and discussed the overlays.  That was afterwards

But before that, there was -- the market understood, and actually Bloomberg articles stated that Zillow tweaked their algorithm to price up and to buy more homes and increase the prices at which they are buying the homes.

That was well understood.

FATEN SABRY - CONFIDENTIAL

there was artificial inflation, you are not disputing that the out-of-pocket methodology could calculate damages with a common methodology?

A      No; no, I am not disputing that.  It could.

Q      You are not disputing that Zillow securities experienced statistically significant price declines on October 18, 2021, correct?

A      I am checking the statistical significance on that day from the file.

Q      When you say from the file, are you referring to page 101 of your report, or material that's not an exhibit?

A      No, I am referring to my report, to the -- I have an appendix there.

Q      Page 101 I think is what you're looking for.

A      Yes.  My answer is yes.

Q      Yes, you are disputing, or no, you are not disputing that Zillow securities experienced statistically significant price decline on October 18th?

Page 76

FATEN SABRY - CONFIDENTIAL

A          No, I am not disputing.

Q          You are not disputing that Zillow securities experienced statistically significant price decline on November 1, 2021, correct?

A          Correct.

Q          You are not disputing that Zillow securities experienced statistically significant price decline on November 2, 2021?

A          Correct.

Q          You are not disputing that Zillow securities experienced statistically significant price decline on November 3, 2021, correct?

A          Correct.

Q          You are not offering any opinions on whether any of the alleged misrepresentations were material to a reasonable investor, correct?

A          Correct.

Q          You are not offering any opinions on whether any of the alleged misrepresentations or omissions were, in

Page 172

FATEN SABRY - CONFIDENTIAL
October 18th was negative, correct?

A       Was negative, yes.

Q       In the area of about negative 10.5 percent of an excess return, correct?

MS. MILSTEAD:  I object to form.

A       Correct.

Q       In reviewing and analyzing the price change on October 18, 2021, did you identify any other types of information that could have contributed to the change in Zillow's stock price on October 18, 2021 other than the totality of the statements contained in the October 17, 2021 Bloomberg News article and the October 18, 2021 Zillow press release?

A       That was not part of the price impact analysis that I -- that I outlined back in paragraph 64.

The price impact analysis is to ask, was the market reacting to -- to a corrective disclosure about the -- related to the alleged misstatements, or was -- and what was the market attributing that

Page 186

FATEN SABRY - CONFIDENTIAL

A    I answered the question.  I answered the question several times.

Q    Is it yes or no?

A    I am not offering an opinion on that.

Q    Okay.  And that is -- just to clarify, so there is a clear record, you are not offering the opinion that the backlog Zillow claimed to be experiencing as reported in October 18, 201 were a consequence of Zillow applying overlays to its pricing model?

MS. MILSTEAD:  I object to form.

Q    You are not offering that opinion, correct?

MS. MILSTEAD:  I object to form.

A    I'm not offering an opinion on what's behind the backlog in renovations, beyond what I have in my report.

Q    So, that last question was about the pricing model.  This might have a little overlap, but I'm going to ask the

Page 187

FATEN SABRY - CONFIDENTIAL

question so I have a clear record.

The last question was about overlays.  You're also not offering an opinion one way or the other whether the backlog Zillow claimed to be experiencing was a consequence of Zillow's alleged reductions to renovations, correct?

MS. MILSTEAD:  I object to form.

A    I'm not offering an opinion on the -- on this issue you asked about beyond what's in my report.

Q    In your report do you comment anywhere about whether Zillow's backlog was connected to the renovation cuts that were alleged?

MS. MILSTEAD:  I object to form.

A    I am opining in the report on what analysts attributed Zillow's decision to pause on, whether it's factors related to Zillow, factors related to the market in general.

I am opining on that.

Page 205

FATEN SABRY - CONFIDENTIAL

I found quite a bit of information that's relevant to what Key Bank presumably disclosed on October 31st.

There are several expert reports -- I'm sorry, several analyst reports, including a Bank of America report that had almost identical results to the Key Bank and was reported on October 20 -- I want to say October 28th.

There were a series of analyst reports from October 19th onward that had very similar information to Key Bank.

So, I would take issue that Key Bank is new information; it's not.

Q    Let's put aside the Key Bank report, since you disagree with the way the question was phrased.

I will reask the question. In your review of the information environment, did you identify any news about Zillow that was potentially new or relevant that was disclosed on or about November 1, 2021 other than information that was

FATEN SABRY - CONFIDENTIAL

contained in the November 1 Bloomberg News report?

MS. MILSTEAD:  I object to form.

A        I would say the Bloomberg article on November 1 about Zillow's decision was the first time the market had this information.

Q        So, was there any other new or relevant information about Zillow that came out on November 1st other than the potentially new and relevant information as alleged in the November 1st Bloomberg News article?

MS. MILSTEAD:  I object to form.

A        My understanding is that that was the news about Zillow's decision on November 1st.

Q        I understand that.  All I'm asking is other than the November 1st Bloomberg News report, which Plaintiffs allege had new and relevant information about Zillow, did you identify any other

FATEN SABRY - CONFIDENTIAL

news that came out about Zillow on that day, November 1, 2021, that was potentially new and relevant and about Zillow?

A        Not on November 1st.

Q        If we could jump up to page 63 of your report.

A        Which paragraph?

Q        Start on paragraph 153.

A        153, okay.

Q        Actually let's start at Exhibit 12, which begins on page 64 of the report.

So in Exhibit 12 there is a table titled "Reasons identified by equity analysts for the results of the Key Bank analysis and the November 1 report of Zillow's decision to sell inventory for $2.8 billion."

Correct?

A        That's correct.

Q        And in that table you identify eight analyst reports that analyze the news on November 1, correct?

A        Yes, and I examined them and

Page 215

FATEN SABRY - CONFIDENTIAL

Q    Other than the news about Zillow Offers reported by Zillow, on November 2nd and analysts' reaction toss that specific news, did you find any other news about Zillow that was potentially new and relevant that was disclosed on November 2nd?, 2021?

A    No, the news, all the news is reflected in the report.

Q    Same question for November 3rd.  Other than the information produced by Zillow in it earnings results on November 2, 2021, and analysts' reactions to those earnings result statements, did you identify any other types of information that was potentially new and relevant to Zillow that could have affected their stock price on November 3, 2021?

A    No.  Just what's reflected in the report.

Q    If I could refer you to Exhibit 13 of your report, which is on page 67.

This is a table titled

Page 243

FATEN SABRY - CONFIDENTIAL
information included overlays on Zillow's pricing models, correct?

A        Overlays and reductions in renovation costs scope.

Q        By November 9, 2021, the date of the Business Insider article, Zillow had announced it had already paused acquisitions of new homes, correct?

A        That's correct.

Q        And by November 9, 2021, Zillow had announced it was winding down it's Zillow Offers operations, correct?

A        That's correct.

Q        By November 9, 2021 Zillow had announced -- I'm sorry, by November 9, 2021, it had already been reported that Zillow had overpaid for homes it had acquired, correct?

A        The market knew that since October 4th, yes.

Q        By November 9, 2021 Zillow had announced it was taking a more than $500 million write-down on its Zillow Offers inventory, correct?

Page 244

FATEN SABRY - CONFIDENTIAL

A        That's correct, but the inventory was still on their books.

Q        Did the November 9, 2021 Business Insider article or the November 16th Wall Street Journal article reveal that Zillow would be writing down more -- taking a larger write-down than was previously reported?

A        Not that I know of.

Q        Did the November 9th Business Insider article or the November 16th Wall Street Journal article report that Zillow had overpaid more for houses than was already reported?

A        Not that I know of.

But as I said, the inventory was still on Zillow's books as of that time.

Q        By the time of the November 9th, 2021 Business Insider article, how would information about Zillow's use of overlays affect the market's expectations about Zillow Offers' future revenue and cost streams?

MS. MILSTEAD:  I object to

Page 253

FATEN SABRY - CONFIDENTIAL

I, the undersigned, a Certified Shorthand Reporter of the State of New York, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction;

That the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case before completion of the proceedings, review of the transcript [x ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: May 31, 2024

Stephen J. Moore
RPR, CRR