# EXHIBIT C

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--oOo--

JEREMY JAEGER, Individully

and on Behalf of All Others

Similarly Situated,

　　　　Plaintiffs,

vs.　　　　　　　　　　　　　No. 2:21-CV-01551-TSZ

ZILLOW GROUP, INC., RICHARD

BARTON, ALLEN PARKER, and

JEREMY WACKSMAN,

　　　　Defendant.

_____/

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped Deposition of

JEREMY JAEGER

Thursday, April 4, 2024

Reported by:

SANDRA BUNCH VANDER POL, CSR No. 3032

RMR, CRR, CLR, RSA

Job No.:  CA 6600763

ROYAL PHILLIPS, a Veritext Company, (916) 379-5553

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Arizona, in the Gilbert area.                                          09:23:32

Q.      Any particular reason why you started to        09:23:34
look at homes in the Arizona area?                       09:23:41

A.      California prices were increasing relatively    09:23:44
rapidly, and I decided that when I was buying those      09:23:48
homes, some of them were short sales, some of them       09:23:55
were, you know, very well priced, and there was very     09:23:58
little competition during that time because we were      09:24:04
still in the recession or coming out of the              09:24:08
recession -- or I guess I should say a recession         09:24:09
period, where everything was still affected.             09:24:13

       And when Blackstone came to town and started     09:24:15
buying up large numbers of homes, everybody kind of      09:24:20
got on the bandwagon, and I was -- at that time I        09:24:25
was, you know, either the only offer or one of two       09:24:32
offers, and it rapidly became eight offers, and I        09:24:35
decided that -- that I was done at that time, and I      09:24:40
started looking in other -- in other markets.            09:24:42

       And Gilbert is a good town, good community,      09:24:46
so I decided to look there, and I purchased, I           09:24:49
believe, 12 homes down there.                            09:24:52

Q.      And I think you said that you believe this      09:24:56
estimate is pretty accurate?                             09:24:59

A.      Uh-huh.                                          09:25:01

Q.      And you still maintain that belief today?       09:25:01

Page 27

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A.    As of yesterday.    09:25:04

Q.    Okay.  Great.    09:25:05

A.    I just bought a house -- or I'm in escrow on    09:25:08
a house right now.  And so I looked at Zestimate to    09:25:14
take into consideration when I was buying it.    09:25:20

Q.    Do you have a sense of what goes into    09:25:22
Zestimate, the component parts?    09:25:25

A.    I am not familiar.  No, I would have no idea    09:25:27
what -- what their algorithm is are or how they come    09:25:29
up with that estimate.    09:25:33

Q.    Okay.  And so fair to say that knowing their    09:25:34
pricing methodology is not that important to you?    09:25:39
What matters is that it's accurate; right?    09:25:44

A.    It's -- it's not a deciding factor.  It's    09:25:46
a -- it's something that is -- it's there, sitting    09:25:50
right there underneath the listing.  So it's    09:25:55
something that I look at.    09:25:58

Q.    Right.  But my understanding -- my question    09:25:59
is that it's not -- you don't feel the need to    09:26:02
understand the methodology of the valuation in order    09:26:04
for you to use and rely on that number?    09:26:09

A.    I would not buy a property solely based on a    09:26:11
Zestimate estimate or any estimate that's on any form    09:26:17
of the Internet or anything.  I would do my own due    09:26:20
diligence to look at comps and other things.    09:26:22

Page 28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q.    So your understanding is that they -- their    13:26:20
margins were improved by 2.8 percent because of    13:26:23
reduced costs in renovations and selling, is that --    13:26:27
is that consistent with how you're reading this?    13:26:31

         MR. GILMORE:   Object to form.    13:26:33

         THE WITNESS:   I believe so.    13:26:34

         MR. HSIAO:   Okay.    13:26:36

         THE WITNESS:   We're zooming in on this one    13:26:42
file, but I don't know what the rest of the document    13:26:45
says.  Yes.    13:26:47

BY MR. HSIAO:    13:26:48

Q.    (Reading) You can imagine more    13:26:48
         renovations as you have more    13:26:50
         density in the area for your    13:26:51
         renovations (end of reading).    13:26:53

A.    Yes, more homes in one location.    13:26:53

Q.    What does that mean to you?  You seem to --    13:26:55

A.    I will let you finish.  I shouldn't have    13:26:58
spoken.    13:27:00

Q.    No, no, go ahead.    13:27:00
         What's -- just out of quality, what does    13:27:01
that mean to you?    13:27:03

A.    Well, we didn't finish reading it because I    13:27:03
was rude.    13:27:07

         (Reading) You can imagine    13:27:07

Page 177

for that on the resale. 13:28:13

Q.      Right.  Okay.  And so -- 13:28:15

A.      So they are trying to fine tune on what 13:28:17
flooring they are going to put in.  Are they going to 13:28:21
put carpet in the bedrooms, hardwood in the kitchen. 13:28:23

Q.      Right. 13:28:26

A.      What can they get -- their best bang for 13:28:26
their buck. 13:28:29

Q.      Right.  Right.  So, in other words, one way 13:28:29
to cut down on renovation costs is to be more 13:28:31
thoughtful about the projects that are being done? 13:28:35

A.      Yeah.  These guys know what they are doing. 13:28:38

Q.      And potentially -- and potentially reducing 13:28:40
the scope of those projects to whatever you think the 13:28:42
customer is actually going to pay for? 13:28:46

A.      Yeah, and you're not going to put a $5,000 13:28:49
kitchen faucet in a $250,000 house.  You might put 13:28:51
one in a $10 million house, but.... 13:28:55

        MR. HSIAO:  All right.  You can put that one 13:29:01
away. 13:29:02

        THE WITNESS:  Thank you. 13:29:03

        MR. HSIAO:  Could you give me Tab 36. 13:29:15

        THE WITNESS:  Next quarter? 13:29:32

        MR. HSIAO:  Yeah. 13:29:34

        THE WITNESS:  Thank you. 13:29:35

Page 179

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, SANDRA BUNCH VANDER POL, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:  April 15, 2024

SANDRA BUNCH VANDER POL, CSR #3032

Page 213