The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:21-cv-01551-TSZ

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

THIS MATTER comes before the Court on Lead Plaintiff's Motion for Leave to Amend Complaint ("Motion"). ECF No. ___. Having reviewed all papers filed in support of, and in opposition to, the Motion, the Court GRANTS the Motion. Within seven (7) days of this Order, Lead Plaintiff may file his First Amended Consolidated Class Action Complaint (substantively in the form of Exhibit A to the Declaration of Steve W. Berman in Support of the Motion).

IT IS SO ORDERED.

Dated this _____ day of _____, 2024.

_____
THOMAS S. ZILLY
United States District Judge

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT – 1
No. 2:21-cv-01551-TSZ