The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, and JEREMY WACKSMAN,

Defendants.

No. 2:21-cv-01551-TSZ

CLASS ACTION

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Steve W. Berman, declare as follows:

1. I am an attorney duly licensed to practice law before this court. I am the Managing Partner of Hagens Berman Sobol Shapiro LLP and represent the Court-appointed Lead Plaintiff Jeremy Jaeger. *See* ECF No. 61. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. I submit this declaration in support of Lead Plaintiff's Motion for Leave to Amend Complaint, filed concurrently herewith.

3. Attached as **Exhibit A** is a true and correct copy of a clean version of the proposed First Amended Consolidated Class Action Complaint.

4. Attached as **Exhibit B** is a true and correct copy of a redlined version of the proposed First Amended Consolidated Class Action Complaint, which shows in "track changes"

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

the differences between the proposed First Amended Consolidated Class Action Complaint and the Corrected Consolidated Class Action Complaint (ECF No. 71).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of July 2024, in Seattle, Washington.

By: /s/ *Steve W. Berman*
Steve W. Berman

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX