UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., et al.,

Defendants.

C21-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is DIRECTED to file under seal and serve on opposing counsel, within seven (7) days of the date of this Minute Order, a statement concerning whether any person or entity other than a party has a financial interest in the outcome of this litigation and/or has paid or is paying any amounts, whether or not characterized as attorney's fees and/or expenses, relating to this action. Plaintiff shall identify with particularity any non-party and make the disclosures that would be required by Local Civil Rule 7.1 if such person or entity was a party.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1