The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>      v.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,<br><br>                       Defendants. | No. 2:21-CV-01551-TSZ<br><br>CLASS ACTION<br><br>**DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 23, 2024** |

DEFENDANTS' RESPONSE TO
LEAD PLAINTIFF'S MOTION FOR
LEAVE TO AMEND COMPLAINT
(No. 2:21-cv-01551-TSZ)

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

On July 5, 2024, Lead Plaintiff Jeremy Jaeger ("Plaintiff") filed a Motion for Leave to Amend Complaint (Dkt. No. 123) (the "Motion for Leave"). In connection with the Motion for Leave, Plaintiff submitted a redacted, proposed First Amended Consolidated Class Action Complaint ("Amended Complaint") as Exhibit A, together with a Motion to Seal Portions of the Motion for Leave and the Amended Complaint (Dkt. No. 122) ("Motion to Seal"). The Amended Complaint contains quotes and/or references to documents produced and designated confidential pursuant to the parties' Stipulated Protective Order (Dkt. No. 109).

Pursuant to the Court's July 25, 2024 Minute Order (Dkt. No. 129), Defendants submit this non-opposition as their Response and represent to the Court that Defendants do not oppose Plaintiff's Motion for Leave. If the Motion for Leave is granted, Defendants anticipate stipulating with Plaintiff regarding a reasonable time to respond to the Amended Complaint once it is filed.

Defendants intend to submit a response in support of Plaintiff's Motion to Seal and the redactions requested therein on or before August 19, 2024, consistent with Local Rules 7(d)(3) and 7(d)(6) and Plaintiff's Notice of Motions Renoted (Dkt. No. 127). Accordingly, Defendants respectfully request that any unredacted version of the Motion for Leave or the Amended Complaint not be publicly filed prior to the Court's ruling on the pending Motion to Seal.

DATED: August 9, 2024

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com

DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (No. 2:21-cv-01551-TSZ) - 1

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

By: */s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SKnowles@perkinscoie.com

*Attorneys for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 223 words, in compliance with the Local Civil Rules.

DATED: August 9, 2024

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)

DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (No. 2:21-cv-01551-TSZ) - 2

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000