UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY JAEGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., et al.,<br><br>Defendants. | C21-1551 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend complaint, docket no. 123, is GRANTED as unopposed, *see* Resp. (docket no. 132) (Defendants' response in non-opposition). Plaintiff shall file his First Amended Consolidated Class Action Complaint no later than August 16, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of August, 2024.

                                                            Ravi Subramanian
                                                            Clerk

                                                            s/Laurie Cuaresma
                                                            Deputy Clerk

MINUTE ORDER - 1