THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,

Defendants.

No. 2:21-CV-01551-TSZ

CLASS ACTION

**DECLARATION OF SHERYL PEACOCK IN SUPPORT OF DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION TO SEAL**

**NOTE ON MOTION CALENDAR: AUGUST 23, 2024**

DECLARATION OF SHERYL PEACOCK IN SUPPORT OF DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION TO SEAL (No. 2:21-cv-01551-TSZ)

**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1.    I, Sheryl Peacock, hereby declare as follows:

2.    I am a Practice Operations Lead in the Legal and Compliance Group at Zillow Group, Inc. ("Zillow"). I submit this declaration in support of Defendants' Response To Lead Plaintiffs' Motion To Seal. I have personal knowledge of the matters set forth in this declaration and am otherwise competent to testify thereto. For the facts of which I do not have direct personal knowledge, they are based upon information and belief, and I believe them to be true.

3.    Zillow seeks to redact 23 paragraphs of Lead Plaintiff's amended complaint which contain discussion of: (i) highly confidential consumer and market research related to Zillow's proprietary home valuation models or (ii) sensitive discussions relating to and/or revealing the inner workings and strategy-making process of Zillow, and the metrics associated therewith.

4.    Zillow still relies on this information in running its business operations. For example, Zillow still uses its proprietary home valuation models to generate a "Zestimate" value for the homes currently listed on its website.

5.    Accordingly, public disclosure of this confidential and sensitive information would harm Zillow's competitive standing and reveal the internal mechanisms of its business operations to competitors. For example, if information regarding Zillow's proprietary home valuation models or strategies were released to the public, Zillow could face competitive harm because competitors could leverage this information to undercut Zillow's relationships with customers or its product offerings. Similarly, if sensitive discussions regarding business strategies, strategic planning, and internal business decision-making were publicly disclosed, Zillow's competitors could use that information to gain insights into Zillow's confidential business strategies and internal decision-making processes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day on August 19, 2024 in Nashville, Tennessee.

By: */s/ Sheryl Peacock*
Sheryl Peacock

| DECLARATION OF SHERYL | **Skadden, Arps, Slate, Meagher &** | **Perkins Coie LLP** |
|---|---|---|
| PEACOCK IN SUPPORT OF | **Flom, LLP** | 1201 Third Avenue, Suite 4900 |
| DEFENDANTS' RESPONSE TO LEAD | 300 South Grand Avenue, Ste. 3400 | Seattle, WA 98101-3099 |
| PLAINTIFF'S MOTION TO SEAL | Los Angeles, CA 90071 | Phone: (206) 359-8000 |
| (No. 2:21-cv-01551-TSZ) - 1 | Phone: (213) 687-5000 | Fax: (206) 359-9000 |