THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,

Defendants.

No. 2:21-CV-01551-TSZ

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO SEAL**

[PROPOSED] ORDER GRANTING MOTION TO SEAL
(No. 2:21-cv-01551-TSZ)

This matter came before the Court upon Lead Plaintiff's motion pursuant to Local Rule 5(g)(3) for an order sealing portions of (1) Lead Plaintiff's Motion for Leave to Amend Complaint (ECF No. 123); (2) Exhibit A to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Leave to Amend Complaint (clean copy of the proposed First Amended Consolidated Class Action Complaint) (ECF No. 124-1); (3) Exhibit B to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Leave to Amend Complaint (redlined copy of the proposed First Amended Consolidated Class Action Complaint) (ECF No. 124-2); and (4) First Amended Consolidated Class Action Complaint (ECF No. 134) (the "Motion"). The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED,

Lead Plaintiff's motion to seal is GRANTED and the following documents shall remain under seal:

(1) Lead Plaintiff's Motion for Leave to Amend Complaint (ECF No. 123);

(2) Exhibit A to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Leave to Amend Complaint (clean copy of the proposed First Amended Consolidated Class Action Complaint) (ECF No. 124-1);

(3) Exhibit B to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Leave to Amend Complaint (redlined copy of the proposed First Amended Consolidated Class Action Complaint) (ECF No. 124-2); and

(4) First Amended Consolidated Class Action Complaint (ECF No. 134).

IT IS SO ORDERED.


 DATED this ____ day of _____, 2024.          By: _____
                                                   THOMAS S. ZILLY
                                                   United States District Judge


[PROPOSED] ORDER GRANTING MOTION TO SEAL – 1
(No. 2:21-cv-01551-TSZ)

Presented by:

　　　*/s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 521-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com


　　　*/s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SKnowles@perkinscoie.com

*Attorneys for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

[PROPOSED] ORDER GRANTING MOTION TO SEAL – 2
(No. 2:21-cv-01551-TSZ)