UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., et al.,

Defendant.

C21-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Lead Plaintiff's motion to seal, docket no. 122, is GRANTED as unopposed, *see* Resp. (docket no. 136) (Defendants' response supporting the motion to seal). Lead Plaintiff's motion to amend, docket no. 123, Exhibits A and B to the Declaration of Steve W. Berman, docket no. 124, and the First Amended Consolidated Class Action Complaint, docket no. 134, are to remain sealed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of August, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1