UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., et al.,

Defendants.

C21-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 144, the following dates and deadlines are continued as indicated:

| **JURY TRIAL DATE** | **January 26, 2026** |
|---|---|
| Joint Status Report | October 28, 2024 |
| Fact Discovery Motions due by | February 24, 2025 |
| Fact Discovery completed by | April 1, 2025 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | April 11, 2025 |
| Rebuttal Expert Disclosure/Reports due by | May 30, 2025 |
| Exchange of Reply Report by | June 27, 2025 |

MINUTE ORDER - 1

| | |
|---|---|
| Expert discovery completion deadline | July 11, 2025 |
| Dispositive and Daubert motions filing deadline | July 25, 2025 |
| Oppositions to any Dispositive or Daubert Motions deadline | September 12, 2025 |
| Replies to any Dispositive or Daubert Motions by | October 17, 2025 |
| Mediation joint certification of compliance by[1] | October 31, 2025 |
| Agreed pretrial order due | December 5, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 5, 2025 |
| Motions in limine filing deadline[2] | January 2, 2026 |
| Pretrial conference | January 16, 2026 at 10 a.m. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

---

[1] The parties are DIRECTED to conduct mediation in accordance with LCR 39.1(c) and to file a joint certification of compliance on or before October 31, 2025.

[2] The following procedures and deadlines shall apply with regard to motions in limine. All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference. Such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendants' disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect, including the requirement that the parties confer in good faith and certify that they have done so.

MINUTE ORDER - 2

Dated this 30th day of September, 2024.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 3