UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY JAEGER, Lead Plaintiff,<br><br>     Plaintiff - Respondent,<br><br>  v.<br><br>ZILLOW GROUP, INC.; et al.,<br><br>     Defendants - Petitioners. | No. 24-5473<br><br>D.C. No.<br>2:21-cv-01551-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: W. FLETCHER and RAWLINSON, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 7) is granted.

The petition for permission to appeal is granted.  *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).  Within 14 days,

petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).