UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., et al.,

Defendants.

C21-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit granted Defendants' petition to appeal pursuant to Federal Rule of Civil Procedure 23(f). See Docket no. 147. Having reviewed the Joint Status Report filed by the parties indicating that they agree that it would be in the best interest of the putative class to continue the class notice process, docket no. 146 at 3, this matter is hereby STAYED. The trial date of January 26, 2026, and all related deadlines are STRICKEN. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the Ninth Circuit issues its decision on Defendants' appeal in this case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1