UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY JAEGER,<br><br>     Plaintiff - Appellee,<br><br>  v.<br><br>ZILLOW GROUP, INC.; et al.,<br><br>     Defendants - Appellants. | No. 24-6605<br><br>D.C. No.<br>2:21-cv-01551-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: GRABER, OWENS, and R. NELSON, Circuit Judges.

Appellee is directed to file a response to the petition for panel rehearing or rehearing en banc filed on October 24, 2025. *See* Dkt. 50. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order.