UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY JAEGER,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>ZILLOW GROUP, INC.; et al.,<br><br>      Defendants - Appellants. | No. 24-6605<br><br>D.C. No.<br>2:21-cv-01551-TSZ<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered September 26, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT