The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JEREMY JAEGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., *et al.*,<br><br>Defendants. | No. 2:21-cv-01551-TSZ<br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>July 1, 2026 |

Pursuant to Local Rules 7(d)(1) and 10(g), Lead Plaintiff Jeremy Jaeger, together with Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman (the "Parties"), respectfully request that this Court alter certain case deadlines set in the Minute Order dated February 19, 2026 (Dkt. 157). As discussed herein, good cause exists to alter the case schedule.

The Parties stipulate as follows:

On February 6, 2023, the Parties submitted a Joint Status Report and Discovery Plan (Dkt. 106), which set forth a proposed schedule in this case.

On July 7, 2023, the Court issued a Minute Order setting case deadlines (Dkt. 108), which, among other things, granted the Parties, sua sponte, additional time for several case events/deadlines in comparison to the proposed schedule the Parties submitted to the Court.

STIPULATED MOTION TO AMEND SCHEDULING ORDER – 1
No. 2:21-cv-01551-TSZ

011060-11/2847587 V2

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

On December 20, 2023, the Court issued an Order Granting Stipulated Motion to Amend Scheduling Order, granting the Parties' stipulation to change certain discovery deadlines. Dkt. 112.

On June 5, 2024, the Court issued an Order Granting Stipulated Motion to Amend Scheduling Order, granting the Parties' stipulation to change certain discovery deadlines. Dkt. 120.

On September 30, 2024, the Court issued a Minute Order granting the Parties' Stipulated Motion to Amend the Scheduling Order by four months to resolve certain production issues. Dkt. 145.

On October 24, 2024, the Ninth Circuit granted Zillow's 23(f) Petition (Dkt. 147) and the Court entered a Minute Order on November 1, 2024, staying the case pending the resolution of Zillow's Petition (Dkt. 149).

On September 26, 2025, the Ninth Circuit entered its opinion affirming the certification of the class. Dkt. 151. Zillow then sought a rehearing and en banc consideration, which was unanimously denied in January 2026. The mandate was returned to the district court on January 14, 2026. Dkt. 155.

On February 19, 2026, the Court entered a Minute Order setting the current case schedule, Dkt. 157, as reflected in the Parties' Joint Status Report, Dkt. 156.

On June 2, 2026, the Court granted the Parties' Stipulated Motion on the Approval of Class Notice. Dkt. 159.

On June 5, 2026, Zillow filed a petition for writ of certiorari at the Supreme Court of the United States. Plaintiff filed a waiver of the right of respondent to file a response soon thereafter.

On June 17, 2026, the Supreme Court of the United States distributed Zillow's petition for writ of certiorari for the September 28, 2026 conference.

On June 25, 2026, the Supreme Court of the United States requested a response from Plaintiff, with a due date of July 27, 2026.

The Parties agree and jointly contend that they have met all previous case deadlines and have been litigating this case in a diligent and cooperative manner. Plaintiff has already taken eleven depositions, with another five scheduled to take place over the summer. However, due to the recent request for a response from the Supreme Court of the United States, along with some

STIPULATED MOTION TO AMEND SCHEDULING ORDER – 2
No. 2:21-cv-01551-TSZ
011060-11/2847587 V2

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

difficulties with scheduling certain Executive Defendant depositions in September and October, the Parties have agreed to extend the case schedule for approximately three months.

The Parties have also been diligently working with the notice administrator on class notice and are prepared to distribute the class notice on the July 2, 2026 deadline. However, the Parties agree that postponing class notice until after the petition for writ of certiorari is resolved will minimize confusion to class members and reduce costs should the notice be amended due to any developments with Zillow's petition for writ of certiorari.

The Parties acknowledge that the proposed schedule continues the pre-trial and trial dates originally set in the July 7, 2023 Minute Order, then amended in the December 20, 2023, June 5, 2024, September 30, 2024, and February 19, 2026 Minute Orders. However, as explained more fully above, the Parties jointly contend that there is good cause for adjusting the pre-trial and trial dates and that doing so will likely conserve litigation resources expended both by the Parties and the Court.

Accordingly, the Parties, subject to approval of the Court, stipulate and agree that good cause exists to request the following proposed case schedule modifications:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **April 26, 2027** | **August 2, 2027** |
| Fact Discovery Motions Cut-off | July 9, 2026 | October 23, 2026 |
| Oppositions to any Fact Discovery Motions | July 23, 2026 | November 2, 2026 |
| Distribution of Class Notice | July 2, 2026 | November 2, 2026 |
| Replies to any Fact Discovery Motions | August 6, 2026 | November 9, 2026 |
| Completion of Fact Discovery | August 20, 2026 | November 23, 2026 |
| Expert Witness Reports | September 25, 2026 | December 14, 2026 |
| Exchange of Rebuttal Reports | October 23, 2026 | January 22, 2027 |
| Exchange of Reply Reports | November 6, 2026 | February 5, 2027 |
| Completion of Expert Discovery | November 20, 2026 | March 1, 2027 |
| Deadline to File Dispositive Motions and Daubert Motions | December 11, 2026 | March 19, 2027 |
| Oppositions to any Dispositive or Daubert Motions | January 8, 2027 | April 16, 2027 |
| Replies to any Dispositive or Daubert Motions | January 22, 2027 | April 30, 2027 |

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All motions in limine should be filed by<br><br>All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed | February 12, 2027 | May 21, 2027 |
| Agreed Pretrial Order due | February 26, 2027 | June 4, 2027 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | February 26, 2027 | June 4, 2027 |
| Pretrial Conference to be held at 10:00 AM on | April 9, 2027 | July 16, 2027 |

IT IS SO STIPULATED.

DATED: July 1, 2026

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
By: */s/ Catherine Y. N. Gannon*
Catherine Y. N. Gannon, WSBA No. 47664
By: */s/ Sean R. Matt*
Sean R. Matt, WSBA No. 21972
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com
sean@hbsslaw.com

Lucas E. Gilmore (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
lucasg@hbsslaw.com

Raffi Melanson (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiff Jaeger*

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com

By: */s/ Joseph E. Bringman*
Joseph E. Bringman, WSBA No. 15236
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
joe.bringman@ashurstperkins.com

*Attorneys for Defendants*
*Zillow Group, Inc., Richard Barton,*
*Allen Parker, and Jeremy Wacksman*

STIPULATED MOTION TO AMEND SCHEDULING ORDER – 4
No. 2:21-cv-01551-TSZ
011060-11/2847587 V2

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

Stacey M. Kaplan (admitted pro hac vice)
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
skaplan@ktmc.com

Gregory M. Castaldo (admitted pro hac vice)
Evan R. Hoey (admitted pro hac vice)
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
gcastaldo@ktmc.com
ehoey@ktmc.com

*Additional Counsel for Lead Plaintiff Jaeger*

STIPULATED MOTION TO AMEND SCHEDULING ORDER – 5
No. 2:21-cv-01551-TSZ

011060-11/2847587 V2



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX