UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

ZILLOW GROUP, INC., et al.,

Defendants.

C21-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' Stipulated Motion, docket no. 163, is GRANTED and the Court amends the case schedule, see Minute Order at 2–3 (docket no. 157) as follows:

| JURY TRIAL DATE | September 13, 2027 |
| --- | --- |
| Fact Discovery Motions Cut-off | December 4, 2026 |
| Oppositions to any Fact Discovery Motions | December 14, 2026 |
| Distribution of Class Notice | December 14, 2026 |
| Replies to any Fact Discovery Motions | December 21, 2026 |
| Completion of Fact Discovery | January 4, 2027 |

MINUTE ORDER - 1

| Expert Witness Reports | January 25, 2027 |
|---|---|
| Exchange of Rebuttal Reports | March 5, 2027 |
| Exchange of Reply Reports | March 19, 2027 |
| Completion of Expert Discovery | April 12, 2027 |
| Deadline to File Dispositive Motions and Daubert Motions | April 30, 2027 |
| Oppositions to any Dispositive or Daubert Motions | May 28, 2027 |
| Replies to any Dispositive or Daubert Motions | June 11, 2027 |
| All motions in limine should be filed by <br><br> All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed[1] | July 1, 2027 |
| Agreed Pretrial Order due[2] | July 16, 2027 |

[1] The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

| Trial Briefs, proposed voir dire questions, and jury instructions due | July 16, 2027 |
|---|---|
| Pretrial Conference to be held at 10:00 AM on | August 27, 2027 |

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of July, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 3