The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY JAEGER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,

Defendants.

No. 2:21-CV-01551-TSZ

CLASS ACTION

**NOTICE OF SETTLEMENT**

Lead Plaintiff Jeremy Jaeger and Defendants Zillow Group, Inc., Richard N. Barton, Allen W. Parker, and Jeremy Wacksman (together, the "Parties") by and through their respective counsel, hereby stipulate and request as follows:

**WHEREAS**, beginning on November 16, 2021, alleged shareholders of Zillow filed a series of putative class actions in the United States District Court of the Western District of Washington which were ultimately consolidated under the caption, *Jaeger v. Zillow Group, Inc., et al.*, No. 2:21-cv-01551-TSZ (W.D. Wash.).

**WHEREAS**, on February 16, 2022, the Court appointed Jeremy Jaeger as Lead Plaintiff, and Lead Plaintiff thereafter filed his Consolidated Class Action Complaint on May 11, 2022 and his Corrected Consolidated Class Action Complaint on May 12, 2022.

**WHEREAS**, on August 16, 2024, Lead Plaintiff filed the operative First Amended Consolidated Class Action Complaint.

**WHEREAS**, on August 23, 2024, the Court granted Lead Plaintiff's motion to certify a class.

**WHEREAS**, pursuant to Local Rule 11(b), the Parties hereby provide notice that they have entered into and executed a Stipulation of Settlement to settle the claims and allegations in the action and will be filing a motion for preliminary approval of the settlement with the Court promptly.

DATED: October 28, 2026

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Catherine Y. N. Gannon, WSBA No. 47664
Sean R. Matt, WSBA No. 21972
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com
sean@hbsslaw.com

Lucas E. Gilmore (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
lucasg@hbsslaw.com

Raffi Melanson (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
raffim@hbsslaw.com

*Class Counsel*

Stacey M. Kaplan (admitted pro hac vice)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
skaplan@ktmc.com

*Additional Class Counsel*

By: */s/ Peter B. Morrison*
Peter B. Morrison (admitted pro hac vice)
Virginia F. Milstead (admitted pro hac vice)
Winston Hsiao (admitted pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000
Peter.Morrison@skadden.com
Virginia.Milstead@skadden.com
Winston.Hsiao@skadden.com

By: *Joseph E. Bringman*
Joseph E. Bringman, WSBA No. 15236
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
joe.bringman@ashurstperkins.com

*Attorneys for Defendants Zillow Group, Inc., Richard Barton, Allen Parker, and Jeremy Wacksman*